## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Alfredo Vazquez, on behalf of Key West Police & Fire Pension Fund ("Key West P&F"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of Key West P&F. I have reviewed the complaint with the Fund's legal counsel. Based on the legal counsel's knowledge and advice, Key West P&F has authorized the filing of the complaint.

2. Key West P&F did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Key West P&F is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Key West P&F's transactions in the Ryder System, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Key West P&F has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. Key West P&F will not accept any payment for serving as a representative party on behalf of the Class beyond Key West P&F's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of May, 2020.

Alfredo Vazquez
Chairman
*Key West Police & Fire Pension Fund*

**Key West Police & Fire Pension Fund**
**Transactions in Ryder System, Inc.**

| Transaction | Date | Shares | Price |
| --- | --- | --- | --- |
| Purchase | 9/27/2019 | 2,300 | 51.0782 |