**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| KEY WEST POLICE & FIRE PENSION FUND, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>RYDER SYSTEM, INC., ROBERT E. SANCHEZ, ART A. GARCIA, and SCOTT T. PARKER,<br><br>                Defendants. | Case No. 1:20-cv-22109-KMW<br><br>CLASS ACTION |

**MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE UNOPPOSED MOTION OF THE PUBLIC FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

The Public Funds respectfully submit this memorandum of law in further support of their unopposed Motion for Appointment as Lead Plaintiff and Approval of their Selection of Lead Counsel.[1]  ECF No. 22.

The Public Funds are the presumptive Lead Plaintiff in this action.  On July 20, 2020, the Public Funds filed a timely motion under the PSLRA seeking appointment as Lead Plaintiff.  In addition to the Public Funds' motion, a group of putative Class members filed a competing motion seeking appointment as Lead Plaintiff.  *See* ECF No. 21.  On July 31, 2020, in recognition that the Public Funds have the largest financial interest in the relief sought by the Class and are fully adequate to represent the Class, the only competing movant withdrew its motion.  *See* ECF No. 23.  Accordingly, the Public Funds' motion is unopposed.

Because there is no opposition to the Public Funds' motion, the Public Funds have the "largest financial interest" in this litigation by virtue of the over $6.9 million in losses they incurred on their Class Period investments in Ryder common stock.  *See* ECF No. 22-1 at 6.  In addition to asserting the "largest financial interest" in these claims, the Public Funds also satisfy the typicality and adequacy requirements of Rule 23 and are perfectly situated to represent all Class members.  *See id*. at 7-9.  Further, as set forth in the Joint Declaration submitted with their motion, the Public Funds—sophisticated institutional investors collectively responsible for overseeing more than $63 billion in assets—fully understand the Lead Plaintiff's obligations to the Class under the PSLRA, are willing and able to undertake the responsibilities entailed in serving as Lead Plaintiff to guarantee the vigorous prosecution of this action, and have demonstrated their commitment to

---

[1] All capitalized terms are defined in the Public Funds' opening brief, unless otherwise indicated.  *See* ECF No. 22-1.

work collaboratively to vigorously represent the interests of the Class and oversee the prosecution of this action.  *See* ECF No.22-5, Joint Decl. ¶¶2-7, 10-13, 16.

Because the Public Funds have the largest financial interest in the litigation and have made a *prima facie* showing of their typicality and adequacy, they are entitled to a strong presumption that they are the most adequate plaintiff.  Under the PSLRA, that presumption can only be rebutted "***upon proof***" that the Public Funds are inadequate or atypical.  15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) (emphasis added).  No such "proof" exists, and there are no grounds to challenge the Public Funds' typicality or adequacy.

Accordingly, the Public Funds respectfully request that the Court appoint them as Lead Plaintiff and otherwise grant their motion.

DATED: August 3, 2020                                Respectfully submitted,

**KLAUSNER KAUFMAN JENSEN
    & LEVINSON**

*/s/ Robert D. Klausner*
Robert D. Klausner
Florida Bar Number 244082
Stuart A. Kaufman
Florida Bar Number 979211
7080 NW 4th Street
Plantation, FL 33317
Tel:    (954) 916-1202
Fax:    (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Liaison Counsel for Proposed Lead Plaintiff
the Public Funds*

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**

Hannah Ross, admitted *pro hac vice*
Avi Josefson, admitted *pro hac vice*
Michael D. Blatchley, admitted *pro hac vice*

1251 Avenue of the Americas
New York, NY 10020
Tel:     (212) 554-1400
Fax:     (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
michaelb@blbglaw.com

*Counsel for Proposed Lead Plaintiff the Public Funds and Proposed Lead Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2020, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Robert D. Klausner*
Robert D. Klausner
Florida Bar Number 244082
