**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| STATE OF ALASKA, ALASKA PERMANENT FUND, THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, and THE CITY OF PLANTATION POLICE OFFICERS PENSION FUND, On Behalf of Themselves and All Others Similarly Situated, | Civil Action No. 1:20-cv-22109-AMC |
| *Plaintiffs*, | |
| v. | |
| RYDER SYSTEM, INC., ROBERT E. SANCHEZ, ART A. GARCIA, and DENNIS C. COOKE, | |
| *Defendants*. | |

**DECLARATION OF ROBERT D. KLAUSNER IN SUPPORT OF**
**LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

1.      I, Robert D. Klausner, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct.

2.      I am the Principal in the law firm of Klausner Kaufman Jensen & Levinson LLP and Liaison Counsel for Lead Plaintiffs the State of Alaska, Alaska Permanent Fund; the City of Fort Lauderdale General Employees' Retirement System; and the City of Plantation Police Officers Pension Fund.

3.      Attached hereto as Exhibit 1 is an excerpt from a true and correct copy of Ryder System, Inc.'s Form 10-Q for the three months ending September 30, 2019, filed with the SEC on October 30, 2019.

4.      Attached hereto as Exhibit 2 is an excerpt from a true and correct copy of the transcript of Ryder System, Inc.'s presentation at the JP Morgan Aviation, Transportation & Industrials Conference held on March 5, 2019.

5.      Attached hereto as Exhibit 3 is an excerpt from a true and correct copy of Ryder System, Inc.'s 2015 Form 10-K for the twelve months ending December 31, 2015, filed on February 12, 2016.

6.      Attached hereto as Exhibit 4 is an excerpt from a true and correct copy of Ryder System, Inc.'s 2016 Form 10-K for the twelve months ending December 31, 2016, filed on February 14, 2017.

7.      Attached hereto as Exhibit 5 is an excerpt from a true and correct copy of Ryder System, Inc.'s 2017 Form 10-K for the twelve months ending December 31, 2017, filed on February 20, 2018.

8.      Attached hereto as Exhibit 6 is an excerpt from a true and correct copy of Ryder System, Inc.'s 2018 Form 10-K for the twelve months ending December 31, 2018, filed on February 21, 2019.

9.      Attached hereto as Exhibit 7 is an excerpt from a true and correct copy of the transcript of Ryder System, Inc's presentation at the Stephens Investor Conference held on November 14, 2019

10.      Attached hereto as Exhibit 8 is an excerpt from a true and correct copy of Ryder System, Inc.'s Second Quarter 2018 Earnings Call transcript held on July 25, 2018.

11.      Attached hereto as Exhibit 9 is an excerpt from a true and correct copy of Ryder System, Inc.'s Third Quarter 2018 Earnings Call transcript held on October 26, 2018.

12.     Attached hereto as Exhibit 10 is an excerpt from a true and correct copy of Ryder System, Inc's Fourth Quarter 2019 Earnings Call transcript held on February 13, 2020.

13.     Attached hereto as Exhibit 11 is an excerpt from a true and correct copy of Ryder System, Inc.'s Fourth Quarter 2018 Earnings & 2019 Forecast Conference Call Presentation dated February 14, 2019.

14.     Attached hereto as Exhibit 12 is an excerpt from a true and correct copy of Ryder System, Inc.'s Second Quarter 2016 Earnings Call transcript held on July 27, 2016, as found on Alpha-Sense.com.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2021

_/s/ Robert D. Klausner_
Robert D. Klausner