# EXHIBIT 2

**Ryder System Inc at JPMorgan Aviation, Transportation & Industrials Conference**

New York Mar 10, 2019 (Thomson StreetEvents) -- Edited Transcript of Ryder System Inc presentation Tuesday, March 5, 2019 at 7:00:00pm GMT

CORPORATE PARTICIPANTS
   Robert E. Sanchez, Ryder System, Inc. - Chairman & CEO
CONFERENCE CALL PARTICIPANTS
   Brian Patrick Ossenbeck, JP Morgan Chase & Co, Research Division - Senior Equity Analyst

## PRESENTATION

**Brian Patrick Ossenbeck**, JP Morgan Chase & Co, Research Division - Senior Equity Analyst

Okay. Good afternoon. My name is Brian Ossenbeck. I'm the transports analyst here at JPMorgan, kicking off the afternoon after lunch here with Robert Sanchez, who is the Chairman and CEO of Ryder. So he's going to go through some slides, then we'll open up to Q&A. If you have any questions in the audience, please raise your hand. And I'll give it over to Robert.

**Robert E. Sanchez**, Ryder System, Inc. - Chairman & CEO

All right. Thank you, Brian. Good afternoon, everyone. As Brian said, I'm going to give you a few minutes overview on the company and then obviously open it up for some questions. You're all familiar with the safe harbor language.

We want to give you a slide that just gives you the key themes of the story. I'm not going to go through each one right now, because I'm going to go through the slides that kind of lay it out for you.

So I'll start with, first and foremost, we are a leader in transportation and logistics outsourcing. What that means is that everything that Ryder does is something that a customer can do on their own. So it could be the outsourcing of a truck, the truck or the driver or broader logistics services, really the businesses that we're in.

Last year, we were just over $8 billion of revenue. We are organized into 3 business segments. 60% of the businesses are fleet management business, which I would describe that as the outsourcing of a truck fleet. We have about 270,000 vehicles that we own the vast majority of them and maintain all of them. We have dedicated transportation solutions business, which is about 13% of the revenues of the company, which is the outsourcing of the truck and the driver. So that's where they'll outsource a private -- customer outsource a private fleet operation to Ryder. We have about, 9500 commercial truck drivers who are employed by Ryder in our dedicated business and then also in our third business, which is the Supply Chain Solutions. That's about 26% of the revenues of the company. And that is the outsourcing of broader logistic services -- could be a private fleet operation of trucks and drivers, but it could also be the running of a distribution center.

We manage 55 million square feet of warehouse space, about 250 distribution centers for companies, and also manage about $5 billion of freight spend, where a company may outsource its traffic department to Ryder. So again, Supply Chain Solutions is the outsourcing of broader integrated logistics operations.

The other key takeaway for the company is that about 90% of our revenues are in North America. So we are primarily a North America-based company and operating company. We have just under 40,000 employees, again, primarily in North America.

Second key point of the company is that we play in a very large addressable market, about $1.3 trillion total. And the biggest competitor for Ryder is the do-it-yourselfer. These are companies that buy and maintain their own trucks, hire and retain their own drivers and run their own private fleet operations and also companies that run their own logistics operations. Depending on which of these 3 markets we're talking about, 75% to 95% of the market is still a do-it-yourselfer. So there's a very big opportunity for Ryder to really tap into that do-it-yourself market, and really that's the strategy we've been on for the last 5 or 6 years.

One of the things that really makes this an attractive play for us is that the secular trends really favor outsourcing in this market. Everything that we do has gotten a lot more difficult for people to do in the last decade. And that's been primarily due to regulations, primarily due to labor shortages. But whether it's maintaining a truck, hiring a technician, hiring a truck driver, or running a broad supply chain, regulations, driver shortages, labor shortages have really made these things a lot more expensive and a lot more complex. In the outsourcing world, if it's more difficult, if it's more expensive, it's more complex, it's very good for outsourcing, because companies are more likely to look for somebody to help them with doing that.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

good return. So when we sign a lease and we buy a lease truck, we know we're getting a good return, and we think that's the best use of our capital. Second best is on dividends. We have a history of growing our dividend. We've grown it about 10% CAGR since 2005. So we think that's a good way of getting -- giving money back to shareholders.

Acquisitions, we typically do tuck-in acquisitions in our lease business, small companies that we tuck in to our existing infrastructure. So we view that as an opportunity. There's going to be plenty of leverage and capacity to do that. Supply chain, as I mentioned the MXD acquisition, we're acquiring a new capability. We're always looking for opportunities there.

And then finally on the share repurchase, we have an anti-dilutive program that really offsets any shares that we issue for compensation purposes. We have a discretionary share repurchase that we would turn on when our leverage drops below our target range. We don't see that happening this year and probably not until next year as we've got a lot of investments and good investment opportunities within our organic business. And then you can see down there over the last decade, we've returned about $1.6 billion in capital to shareholders between dividends and share repurchase.

This just gives you a scorecard on last year. And I think the takeaway here is we hit on -- we really hit on all of our targets last year. We had a really good year, nice earnings growth, nice record growth in our lease business, in our organic businesses. You can see top line growth went well. Bottom line growth was 20% -- EPS was 28%, 10% when you take out the benefit of tax reform. And you can see our ROC spread. Our goal is to get that up to the 100, 150. We started making some progress there. We still got a ways to go, given all the headwinds that we have in used vehicle sales.

And this gives you what our -- at the beginning of last year, we set these 3-year targets. So our goal would be to get to these targets by 2020. And the red, yellow, green just tells you where we were in 2018 and where we are in 2019 in terms of those goals. We expect by 2020 to be able to hit all of them with the exception of 2, and one of them is our return on capital spread. We expect to certainly make very good progress towards that 100 basis point spread. But unless we see an improvement in the used truck market, I would expect it would take us another year to get to that 100 to 150 basis point spread. That is tied to our FMS margins. FMS margins are about 7.5% this year. We need to get those back up to 10%. And we think that's a combination of growth in our lease business, cost takeouts and then some of these initiatives that we talked about around maintenance cost improvements and things like that, that will get us there.

So that's kind of where we're at. It gives you an overview of kind of who Ryder is and what some of our goals are.

## QUESTIONS AND ANSWERS

**Analyst:** Brian Patrick Ossenbeck, JP Morgan Chase & Co, Research Division - Senior Equity Analyst

**Question – Brian Patrick Ossenbeck:** Okay. Thanks a lot, Robert. So I'll go ahead and kick off the Q&A. And one of the things you mentioned early, mitigating some of the cyclical aspects of the leasing business, changing the residual values. So I was just wondering if you can give us some context how much of the lease fleet you've been able to go through and lower the residual value when you're doing new contracts. And is this a new way for Ryder to manage risk? Or is this something you typically do when the cycle is pretty strong, and like it is right now, and you kind of take advantage of the market conditions?

**Answer – Robert E. Sanchez:** I think there's 2 things, I want to make sure we're clear. The residual assumption that we make in the lease is just the cash assumption of what we assume we're going to get 7 years out when we sell that used truck. So that's the number that we said last year. We're bringing that down to the current price at the beginning of last year, which I would say is you can't call it a trough number, but it's a troughy number. It's pretty low. So I'm getting away from my 5-year rolling average. It typically takes a long time to come down and just moving to a more conservative number. What that means is that we are targeting to get our target return on investment with much less risk on that last year's cash flow. So that's already done. We did that. Every lease going forward has got that assumption in there. The second piece is around our accounting residuals. So what is -- what these -- what all the vehicles are on our books. And over the last several years, we've done 2 things. One is we've been using our 5-year rolling average to bring down the residuals of all the trucks that we have, as the used truck market has done this. And the other thing we've done is that every year, we've looked out 18 months and said, all right, for the trucks that I think I'm going to sell in the next 18 months, which I probably have more certainty around what the price is going to be, I'm going to accelerate the depreciation on those to the current market value in order to get me down quicker to get to really mark-to-market, if you will, those units. That has been -- those 2 things have been major headwinds for us in the last few years. So what we've said on the call was if used truck pricing stays where it is, well, certainly, where was it in 2018, we would expect to see some -- we've got $0.38 of headwind this year. Last year, we had double that. So we had in the 70s. So $0.38 this year. I would expect to just get another $0.38 or so next year and another $0.38 or so the following year from that headwind. Our expectation is by then, your accounting book value residual would be equal to the market value. And at that point, the headwinds are for the most part done. But the important part of the story is

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.