# EXHIBIT 7

**Ryder System Inc at Stephens Investor Conference**

Nashville Nov 20, 2019 (Thomson StreetEvents) -- Edited Transcript of Ryder System Inc presentation Thursday, November 14, 2019 at 3:45:00pm GMT

CORPORATE PARTICIPANTS
　　John Steven Sensing, Ryder System, Inc. - President of Global Supply Chain Solutions
　　Robert E. Sanchez, Ryder System, Inc. - Chairman, CEO & President
CONFERENCE CALL PARTICIPANTS
　　Justin Trennon Long, Stephens Inc., Research Division - MD

## PRESENTATION

**Justin Trennon Long**, Stephens Inc., Research Division - MD

All right. We're going to go ahead and get things kicked off with the next fireside chat presentation. Very happy to have Ryder back at the conference again this year, this time in Nashville. Joining me from the company, to my left, is Robert Sanchez, CEO; to his left is Steve Sensing. He is the President of Global Supply Chain Solutions at the company and local here in Nashville. And then Bob Brunn with IR to his left as well.

We do have presentations in the back for those of you that did not see those slides as you came in, if you want to grab a copy at some point. But I'll go ahead and turn it over to Robert to make some opening remarks, just update on the business, and then we'll get into Q&A, if that works.

**Robert E. Sanchez**, Ryder System, Inc. - Chairman, CEO & President

Sure. That's great. Thanks. Great. Thanks, Justin. Maybe what I'll do is just give you a little -- a brief overview of just who we are, the company. For those of you who may not be as familiar with Ryder, we're a Fortune 500 company, just over $8 billion last year in revenues. Been around for -- we've been around for 86 years. Our business is transportation and logistics outsourcing, which means everything that we do, a private company would do on their own, if they weren't doing it with Ryder.

So our job is to do these things more efficiently, more reliably, more safely than companies can do on their own. We're organized into 3 business segments. The first one is our Fleet Management Solutions business, which is primarily a truck leasing and rental business. So it's the outsourcing of a truck fleet. We own over 200,000 commercial trucks, most of which, those vehicles, we lease to customers, to companies that need a truck to deliver product to their customer or pick up from a supplier. That business is -- the infrastructure for that business is a network of over 800 truck maintenance shops in North America, primarily in North America, where we provide maintenance services for these vehicles to make sure that they're operational and are on the road delivering for our customers.

Our lease business is, as I mentioned, is within Fleet Management, or the largest part of that segment. That business is typically made up of multiyear leases, about 5- to 7-year leases. We don't buy a truck until we have a signed lease. We -- as part of that agreement, we not only finance the vehicle, but we also do all the maintenance associated with that vehicle. And at the end, we guarantee the residual value. We sell the vehicle through our network of used trucks.

Second segment is our Dedicated Transportation business, and that is where a customer wants to outsource not just the truck, but the truck and the driver. We have just under 10,000 commercial truck drivers who work for Ryder doing deliveries for companies. It could be from their distribution centers to their final retail stores, it could be picking up specialized goods or parts from suppliers. So really doing private fleet type operations for our customers with our trucks and drivers.

And then last but not least is a segment that's about 25% of the revenues of the company, which is our Supply Chain Solutions business. And in that business, we do broader services. We could do a dedicated transportation as a service for a customer, but we'll also run distribution centers, we have about 250 distribution centers that we run for customers across North America where we're running warehouses, we design them, and then we specialize in operating those distribution centers for customers.

We also manage transportation. So this is -- a customer may outsource their traffic department to Ryder. And for large companies, we'll actually act as their traffic department and run their transportation that may be running with carriers outside of Ryder's network. We manage about $5 billion of freight for customers through that service.

So the ability to provide these broad services for a customer really allow us to really bring different value to different customers, depending on what they're looking for. I think a key takeaway about Ryder is that there are secular trends in the industry that have now been around probably for the last 5 to 10 years, which have made everything we do

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

much more difficult, whether it's maintaining a truck with all the emissions changes that have happened to truck technology; hiring a truck driver, which has gotten much more difficult as there's been driver shortages now for numerous years and expect to continue, or even managing a supply chain activity with all the stuff going on between where do you place your distribution centers, where should your suppliers be, having people that can help -- having companies that can help other companies do that has become a very important service for us.

So we benefited from these secular trends. We've gone from a company that's been relatively mature, very little top line growth to now a company that's been growing the top line pretty meaningfully over the last several years. And we see those trends continuing.

In the last quarter, we did make an adjustment to the residual values of the trucks that we own. I mentioned, we own about 200,000 commercial trucks that are mostly in our lease business. The used truck market is -- for tractors is a relatively volatile market. We've, over the years, been able to manage through that pretty well. Just that after the recession, there was a big run-up in used trucks because not too many trucks were built during the recession. So 3 years later, there weren't a lot of trucks to sell in the used truck market. Prices went way up. And then as more trucks came into the market and there was a bit of a freight recession. Prices, came way down, and that impacted our earnings and really brought used truck prices below our accounting residual values.

So we've made an adjustment in the third quarter to bring those values down to what we see as kind of a new normal in a lower level, which has really put pressure on our earnings this year and into next year. But we expect, as we get this behind us, you're going to get the benefit of not having that depreciation headwind and also the benefit of the new business that's come on to the portfolio. So that's a general overview of what's going on.

## QUESTIONS AND ANSWERS

**Answer – Justin Trennon Long:** Well, great. Well, I'll start things with a few questions and then open it up to the audience, if there's anything. Maybe we'll start with the used market just because that is a hot topic. Has anything changed in terms of your methodology for coming up with that residual value assumption? This has just been a tough market to predict. It just seems to keep moving lower. I just want to get a little bit more insight on your methodology and your confidence that this is as low as we'll go?

**Answer – Robert E. Sanchez:** Sure. Well, we -- like I said, we've been in this business for a long time. We've historically used a rolling average of certain years to really use as our forecast of what residual values would be.

So if you think about it in a market that kind of moves kind of like a sine wave, you'd expect it's going to keep you in the middle of the fairway. Sometimes, it'll be a little bit above. Sometimes, below. And it's kind of worked pretty well for us.

We also use judgment, I would say, in addition to using an average. What we did differently this time around is certainly, as we saw the market drop pretty precipitously over the last quarter, and then based on the inventory that we're hearing is in the market and that we're seeing, and we know we have to sell, we now did -- included in that methodology more of a forward look. So we built into the residual value calculation what our view is of the next year, let's say, or the next 1.5 years to be able to really give what we think is now the best estimate of where these numbers will be.

So I guess, to answer your question, we did change it in that we included more of a forward look into that methodology as opposed to just looking back at what we've seen over the last several years.

**Answer – Justin Trennon Long:** And what were some of the key assumptions, as you thought about that forward look? You mentioned inventories, but maybe you could just talk about like what you're assuming for the progression of the freight market, any other swing factors?

**Answer – Robert E. Sanchez:** Sure. As we looked at the next -- it's hard to see beyond the next 18 months. But certainly, as we looked out to the next 18 months, what we see is more inventory coming into the used truck market because you've got all the trucks that were traded in over the last several -- last couple of years, hitting the market. There's been a bit of a freight -- I don't know if you can call it a freight recession, but certainly a freight slowdown over the last 6 months. We expect to continue at least through the middle of next year, if not beyond. And we view that as continuing to put pressure on used truck pricing. So where we had kind of -- we had been viewing the market as having bottomed out, if you will, where we've been over the last couple of years, we now really forecasted more of another step down.

So we expect the next 2 years to be at, I would say, historically low levels. Going back 20 years, I think the levels that we're forecasting are pretty much at historical lows. And then coming back up after that to a level that, as we showed on the chart here, is higher than that but still below even the levels that we saw in the third quarter. So we've kind of adjusted to what we think is a new normal for tractor pricing, which will be lower than what we've experienced over the last several years.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.