# EXHIBIT 8

## Q2 2018 Ryder System Inc Earnings Call

MIAMI Jul 31, 2018 (Thomson StreetEvents) -- Edited Transcript of Ryder System Inc earnings conference call or presentation Wednesday, July 25, 2018 at 3:00:00pm GMT

CORPORATE PARTICIPANTS

    Art A. Garcia, Ryder System, Inc. - Executive VP & CFO

    Dennis C. Cooke, Ryder System, Inc. - President of Global Fleet Management Solutions

    John J. Diez, Ryder System, Inc. - President of Dedicated Transportation Solutions

    John Steven Sensing, Ryder System, Inc. - President of Global Supply Chain Solutions

    Robert E. Sanchez, Ryder System, Inc. - Chairman & CEO

    Robert S. Brunn, Ryder System, Inc. - VP of Corporate Strategy & IR

CONFERENCE CALL PARTICIPANTS

    Benjamin John Hartford, Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst

    Brian Patrick Ossenbeck, JP Morgan Chase & Co, Research Division - Senior Equity Analyst

    Casey Scott Deak, Wells Fargo Securities, LLC, Research Division - Senior Analyst

    David Griffith Ross, Stifel, Nicolaus & Company, Incorporated, Research Division - MD of Global Transportation and Logistics

    Justin Trennon Long, Stephens Inc., Research Division - MD

    Kevin Wallace Sterling, Seaport Global Securities LLC, Research Division - MD & Senior Analyst

    Matthew Edward Reustle, Goldman Sachs Group Inc., Research Division - Senior Equity Analyst

    Scott H. Group, Wolfe Research, LLC - MD & Senior Transportation Analyst

    Todd Clark Fowler, KeyBanc Capital Markets Inc., Research Division - MD and Equity Research Analyst

## PRESENTATION

**Operator**

Good morning, and welcome to the Ryder System Second Quarter 2018 Earnings Release Conference Call. (Operator Instructions) Today's call is being recorded. If you have any objections, please disconnect at this time.

I would now like to introduce Mr. Bob Brunn, Vice President, Investor Relations, Corporate Strategy and Product Strategy for Ryder. Mr. Brunn, you may now begin.

**Robert S. Brunn**, Ryder System, Inc. - VP of Corporate Strategy & IR

Thanks very much. Good morning, and welcome to Ryder's Second Quarter 2018 Earnings Conference Call.

I'd like to remind you that during this presentation, you'll hear some forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are based on management's current expectations and are subject to uncertainty and changes in circumstances. Actual results may differ materially from these expectations due to changes in economic, business, competitive, market, political and regulatory factors. More detailed information about these factors is contained in this morning's earnings release and in Ryder's filings with the Securities and Exchange Commission.

The conference call also includes certain non-GAAP financial measures. You'll find reconciliations of each non-GAAP measure to the nearest GAAP measure in the written presentation accompanying this call, which is available on our website in investors.ryder.com.

Presenting on today's call are Robert Sanchez, Chairman and Chief Executive Officer; and Art Garcia, Executive Vice President and Chief Financial Officer. Additionally, Dennis Cooke, President of Global Fleet Management Solutions; John Diez, President of Dedicated Transportation Solutions; and Steve Sensing, President of Global Supply Chain Solutions, are on the call today and available for questions following the presentation.

With that, let me turn it over to Robert.

**Robert E. Sanchez**, Ryder System, Inc. - Chairman & CEO

Good morning, everyone, and thanks for joining us. This morning, we'll recap our second quarter 2018 results, discuss the current outlook for our business and highlight progress on some of our strategic initiatives. Then we'll open the call for questions. With that, let's turn to an overview of our second quarter results.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

business and really kind of trading gains, if you will, in used vehicle for growth from contractual business, which is good. That's what we want. So we're certainly -- you'll see this year we'll be upwards of 10% pretax in earnings, again, even with that headwind. So I would expect us even with continued headwinds next year, if we continue to have headwinds on the used truck side, to still be able to generate some nice earnings growth from -- driven by the contractual parts of the business.

**Question – Scott H. Group:** Okay. That's actually a really good point. Can I just ask one, just quick follow-up on that? Your point about earnings growth continuing next year, is that depending on continued positive rental growth? Or do you think if that sort of flattens out against tough comps, the growth in the contractual parts of the business are enough to grow earnings next year?

**Answer – Robert E. Sanchez:** Yes. I would expect -- as the rental market goes, I would expect some point next year rental to temper and to moderate but would really be an offset -- more than offset by the growth that we're going to get from contractual. I mean, the amount of lease business that we are piling up in the back half of this year and into next year will start to generate revenue and earnings through 2019. And in addition to that, all the growth that we're seeing, the strong sales we're seeing in Dedicated and Supply Chain, those are also -- those businesses also have some lead times from when you sign the deal to when you actually get started. So a lot of revenue and earnings, I think, really hitting us in the back half of this year and into the beginning of next year that really should bode well for 2019, again, even with rental at some point tapering off some. We're certainly not counting on rental to be the driver of earnings for 2019. Actually, one other thing, Scott, I should mention. Let me just add to that. Two other things that we're going to be looking for is, obviously, continued benefits from our zero-based budgeting programs and continued cost control. And then the last piece that we've been talking about in the last few calls is the maintenance cost benefit that we're really expecting in the second half of next year. As you know, the 2012 have been the higher maintenance cost vehicles. Those are costing us $30 million this year in incremental maintenance costs. Those vehicles will be out of the operating fleet by the middle of next year. And we expect what's been a maintenance cost headwind over the last several years to now become more of a tailwind starting in the second half of next year. So again, all those things will help us on the earnings side.

**Answer – Operator:** We'll hear now from Ben Hartford with Baird.

---

**Analyst:** Benjamin John Hartford, Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst

**Question – Benjamin John Hartford:** Robert and Art, together, just combining some of the comments that you've recently made. When you look toward that 10% to 12% FMS margin, Art, you made a comment about what you need to -- or the likelihood of accelerated depreciation. But to get toward the bottom end of that range, can you get there if you think the prices continue to be relatively stable but don't improve materially from here? And if so, what is the pathway to get toward the bottom end of that 10% to 12% FMS target?

**Answer – Art A. Garcia:** Yes, Ben. It would be driven by -- as I've been talking about, right, that continued contractual growth benefits of that helps leverage our maintenance network. That will be their focus on the cost controls across the business will help FMS. And then obviously, a stable rental environment. You kind of need all 3 of those. We think with -- even with kind of a flattish UVS environment, you get to closer to the bottom end of the range. And then the maintenance cost that Robert just referred to should start to benefit us in '19 and then even in '20.

**Question – Benjamin John Hartford:** Okay. And to be clear, I mean, obviously, these are 3-year targets that you introduced at the end of last year. You get to the bottom end of that range under the conditions that you had just said in kind of 2020, that time period? Or is this something that might drag out a little bit longer simply because the UVS headwinds are a little bit greater than expected?

**Answer – Art A. Garcia:** It could be. It could be in 2020 but may drag on into '21 if we see UVS continue to be kind of a flat environment.

**Question – Benjamin John Hartford:** Okay. That's helpful. And then Robert, we see really strong growth on the ChoiceLease side. But given some of the headwinds in recent years with some of the cyclical elements, UVS specifically, and the narrowing of the spread, is there any new thought given to the growth strategy within ChoiceLease, perhaps metering it a little bit and deploying resources and increasing focus on accelerating growth within the non-asset-based segments that you guys had -- you had talked about it in the prepared remarks but just wondering if -- as you look out over the next few years and the drag that FMS has created here for that spread, if there's any renewed focus on accelerating the growth within DTS and SCS.

**Answer – Robert E. Sanchez:** Yes. We clearly want to grow each of our contractual businesses. I think an important point to make is that in ChoiceLease, what we've done on the pricing is we have lowered the residual expected sales proceeds at the end of that lease life. So we've lowered that residual to generally the current levels that we're seeing today as opposed to using our normal rolling 5-year average. So you can look at ChoiceLease today as being more derisked than it has historically. And I look at it and say, hey, at that level, with that -- the derisked ChoiceLease, I want to sell as much of it as I can. So we're going to continue to do that. We are looking at different ways to accelerate

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

before you start to see some uptick in the type of used trucks pricing and volume that you sell as people start to trade down? I understand it's already happening now, but it seems like if you're seeing the order time go out 2x on a new truck, it seems like that might be starting to accelerate.

**Answer – Robert E. Sanchez:** Yes. That's a good question. It's just not an easy answer to that. Because really, none of these cycles are the same. So it's very difficult to kind of play one over the other. I think this has been a very sharp increase in demand, I think, for new trucks and for freight. So I think the behavior here could be a little differently. I think what you're seeing now is customers who want to buy a new truck but can't because of the delayed deliveries are going and buying newer used trucks. So that's raising the pricing on the newer used trucks, which, as I mentioned in the last call, I would expect then the people who get priced out of that market because the prices get too high then trade down to something a little bit older, we start to see some price uplift there. So it's hard to tell when that's going to happen, but it's just that you would expect it to be a logical progression here over the next several quarters.

**Question – Brian Patrick Ossenbeck:** Okay. Appreciate the context. The other question was just on the first half earnings generally coming at the high end or above expectations. But so far, you just kind of bumped out the outperformance into guidance and not really raised the forward view at all. So I heard that's some delayed growth in terms of the pipeline. But I was just wondering what would we need to see to get more positive on the second half of the year and actually pay forward some of the outperformance you've seen in the last couple quarters into the back half of this year.

**Answer – Robert E. Sanchez:** Yes. Look, I think the key is if you look at kind of the way we laid it out in the press release, all parts of the business is really outperforming, including lease sales. The issue is more the delivery and the timing of when those vehicles hit the ground. So if there's any -- if we're able to accelerate some of that, that will clearly be upside for the balance of the year, which we have not baked in. And obviously, things could always perform a little bit better. Rental can do a little bit better. We can get some uplift in our Dedicated or Supply Chain business. Maintenance cost can always come in a little bit better. I mean, there's always some areas that can do better. But given the delays that we're expecting on the lease deliveries, we kind of view the balance of the year as maybe not having as much of the uplift abilities as we saw in the second quarter. Also, I would argue that we have built in into the second half already quite a bit of improvement even from the beginning -- the original forecast that we've put out. So that's really it. It's really just -- I would tell you the one single thing that can make that number better is just being able to pull in the delivery of some of these leases that we've already signed.

**Answer – Operator:** We'll take our next question from Matt Reustle with Goldman Sachs.

---

**Analyst:** Matthew Edward Reustle, Goldman Sachs Group Inc., Research Division - Senior Equity Analyst

**Question – Matthew Edward Reustle:** Just a follow-up on the Dedicated business and the driver shortage. Do you think that's restricting any ability for you to take on Dedicated business? Or maybe extending the lead time in terms of that business and those contracts at all?

**Answer – Art A. Garcia:** Yes, Matt. What I will tell you is we do expect that in certain markets, it's going to have an impact. There are a good number of markets where we haven't seen that be a headwind for us to launch new business. But there are a few pockets out there that when we are faced with a new business activity, we work with the customer, set the expectations and can prolong the launch of that new business without a doubt.

**Answer – Robert E. Sanchez:** I think the key, though, Matt, is that if you step back just across our business in general, the more complicated, the more difficult it becomes, the better it is for us in general. So even in this case, it may be harder to get drivers for us, but it's really hard for somebody who doesn't do it for a living to get them. So I'll take that environment all day versus an environment where things are easier.

**Question – Matthew Edward Reustle:** Yes. Absolutely. Yes, it seems there's quite a few contractual opportunities that will expand -- extend into 2019 here and pent-up demand in a few areas. Just one more question on the ChoiceLease pricing. I just want to make sure I understood it properly. And -- I mean, in terms of your return hurdle, are you essentially pricing contracts higher with the assumption of a lower residual value? Is that the right way to think about that? And when did you implement that change in terms of the pricing?

**Answer – Robert E. Sanchez:** Yes. We -- just so you know, we've historically always used a 5-year rolling average to determine our residual value or our sales proceed at the end of the lease term. At the beginning of this year is when we switched and then said, rather than just do a rolling 5-year average, let's just bring it to generally to where we're seeing sales today. And we did that. That's primarily a Class 8 issue. So we did that really across the tractor business. And so beginning of the year is when we started that.

**Answer – Operator:** Thank you. At this time, there are no additional questions. I'd like to turn the call back over to Mr. Robert Sanchez for closing remarks.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.