# EXHIBIT 9

## Q3 2018 Ryder System Inc Earnings Call

MIAMI Oct 31, 2018 (Thomson StreetEvents) -- Edited Transcript of Ryder System Inc earnings conference call or presentation Friday, October 26, 2018 at 3:00:00pm GMT

CORPORATE PARTICIPANTS

    Art A. Garcia, Ryder System, Inc. - Executive VP & CFO

    Dennis C. Cooke, Ryder System, Inc. - President of Global Fleet Management Solutions

    John Steven Sensing, Ryder System, Inc. - President of Global Supply Chain Solutions

    Robert E. Sanchez, Ryder System, Inc. - Chairman & CEO

    Robert S. Brunn, Ryder System, Inc. - VP of Corporate Strategy & IR

CONFERENCE CALL PARTICIPANTS

    Amit Singh Mehrotra, Deutsche Bank AG, Research Division - Director and Senior Research Analyst

    Benjamin John Hartford, Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst

    Brian Lee Colley, Stephens Inc., Research Division - Research Associate

    Brian Patrick Ossenbeck, JP Morgan Chase & Co, Research Division - Senior Equity Analyst

    Christian George Theodoropoulos, Wolfe Research, LLC - Research Analyst

    David Griffith Ross, Stifel, Nicolaus & Company, Incorporated, Research Division - MD of Global Transportation and Logistics

    Jeffrey Asher Kauffman, Loop Capital Markets LLC, Research Division - MD

    John R. Cummings, Copeland Capital Management, LLC - Research Analyst

    Kevin Wallace Sterling, Seaport Global Securities LLC, Research Division - MD & Senior Analyst

    Kristine Elizabeth Kubacki, Mizuho Securities USA LLC, Research Division - Executive Director of Americas Research

    Matthew Edward Reustle, Goldman Sachs Group Inc., Research Division - Senior Equity Analyst

    Todd Clark Fowler, KeyBanc Capital Markets Inc., Research Division - MD and Equity Research Analyst

## PRESENTATION

**Operator**

Good morning, and welcome to the Ryder System Third Quarter 2018 Earnings Release Conference Call. (Operator Instructions) Today's call is being recorded. If you have any objections, please disconnect at this time.

I would now like to introduce Mr. Bob Brunn, Vice President, Investor Relations, Corporate Strategy and Product Strategy for Ryder. Mr. Brunn, you may begin.

**Robert S. Brunn**, Ryder System, Inc. - VP of Corporate Strategy & IR

Thanks very much. Good morning, and welcome to Ryder's Third Quarter 2018 Earnings Conference Call. I'd like to remind you that during this presentation, you'll hear some forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are based on management's current expectations and are subject to uncertainty and changes in circumstances. Actual results may differ materially from these expectations due to changes in economic, business, competitive, market, political and regulatory factors. More detailed information about these factors is contained in this morning's earnings release and in Ryder's filings with the Securities and Exchange Commission.

This conference call also includes certain non-GAAP financial measures. You'll find reconciliations of each non-GAAP measure to the nearest GAAP measure in the written presentation accompanying this call, which is available on our website at investors.ryder.com.

Presenting on today's call are: Robert Sanchez, Chairman and Chief Executive Officer; and Art Garcia, Executive Vice President and Chief Financial Officer. Additionally, Dennis Cooke, President of Global Fleet Management Solutions; John Diez, President of Dedicated Transportation Solutions; and Steve Sensing, President of Global Supply Chain Solutions, are on the call today and available for questions following the presentation.

With that, let me turn it over to Robert.

**Robert E. Sanchez**, Ryder System, Inc. - Chairman & CEO

Good morning, everyone, and thanks for joining us. This morning, we'll recap our third quarter 2018 results, discuss the current outlook for our business and highlight progress on some of our strategic initiatives. Then we'll open the call

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

growth into 2019 for the contractual businesses? I know you talked about FMS, ChoiceLease, but maybe Dedicated and SCS color would be helpful as well.

**Answer – Robert E. Sanchez:** Yes, I think it -- as I mentioned on the call, Dedicated had a record sales quarter. I'd say they're going for a record sales year this year, so we're very excited about that. And the nature of Dedicated and Supply Chain is a long lead time from when you sign to actually start -- you've got ramp-ups and you got start-ups. So we've got good visibility, as we normally do into next year. We feel very good about the growth that we're seeing, especially in Dedicated. Supply Chain, again, a kind of bang-up year this year. I mean earnings in Supply Chain this year, as you saw, in the quarter were up 68%. I think we're going to be up over 30% for the full year. So great earnings growth this year. We expect earnings growth next year will probably come down some to a more normalized level. But again, good sales activity across all 3 of the contractual businesses, and we expect that going into 2019.

**Answer – Operator:** (Operator Instructions) We will now go to Kristine Kubacki of Mizuho Securities.

**Answer – Kristine Elizabeth Kubacki:** My question is on Dedicated and a little on the issues that you talked about in the quarter. Was that in their original guidance? Was it worse than you expected on that start-up? And then I guess my follow-up question would be to that is, as you've learned through that and you talked about the pipeline is robust in Dedicated, should we expect kind of as you're talking up more and more new customers, is it -- we'll expect underperformance from a margin perspective in that segment?

**Answer – Robert E. Sanchez:** Yes. Well, Kristine, I'll tell you that -- was it in the guidance? No, it wasn't in the guidance. So clearly had it not been for that challenge, we would have been considerably higher in terms of our results. The question is do we -- because we're growing, do we plan on this going forward? No. We learn from each of these. This was an anomaly, as I mentioned in the prepared remarks. It happened to be a location that was a great deal location for the customer, and it was kind of a perfect storm. Very difficult driver recruiting market and a very short start-up period. So the combination of those things really led to this challenge. We've got it -- we feel that we've got it under control as we ended the quarter and learned from that and do not expect this is the sort of thing we'll be dealing with. Just to put it in perspective, across Supply Chain and Dedicated, we have over 100 start-ups in any given year. You don't hear from 99% of them but every once in a while, we run into a challenge and we deal with it. So I think John and his team have done a great job of getting their arms around it quickly and really making it so it's not an issue going into the next quarter.

**Answer – Operator:** We will now take a question from Brian Ossenbeck of JPMorgan.

---

**Analyst:** Brian Patrick Ossenbeck, JP Morgan Chase & Co, Research Division - Senior Equity Analyst

**Question – Brian Patrick Ossenbeck:** So just wanted to see if you could just talk about pricing and residual risk, if there's any sort of updated thoughts on how you look at that with newer contracts? Is this a stronger part of the cycle, where outsourcing is pretty robust and you're able to make some changes that might be a little bit more favorable, either in managing the stub as it relates to the truck at the end? Is that -- going back to a little accounting discussion, is it something that you'd want to try to maybe separating, smooth out a bit, if you were to put a fairly low residual in there? Just curious how the thought process works. I know a lot of it is mechanical on accounting, but I think some of it is strategic. And will this process start to change, as we get perhaps closer to EVs that become more widespread potentially in adoption?

**Answer – Robert E. Sanchez:** Yes, I think to your first part of your question, from a pricing standpoint, I think we mentioned this in the last call, we have lowered the residuals from a pricing standpoint. We've moved away from the 5-year rolling average and really brought it down to the current levels that we were seeing at the beginning of the year. And really using that as, we kind of view this as obviously, it's a lower number and I think we've derisked the leases quite a bit from a cash flow standpoint. So that's the way we've handled that. I think in terms of the accounting for it, we are continuing with the process that we've always had of doing the 6-year average, just to try to keep the residuals in the middle of the fairway as best we can. So as you know, as a result of that, we're dealing with accelerated depreciation at this point and depreciation policy changes.

**Question – Brian Patrick Ossenbeck:** Yes, it doesn't sound like there is anything further you would make on those adjustments with the used truck market sort of flattening out here?

**Answer – Robert E. Sanchez:** No, I mean, if you think -- if your question is about electric vehicles and all, I think the more we dig into that, especially around the heavier duty equipment which is what we're talking about here, we're probably a decade away at least from really having any impact from that, I think if you talk to the folks that are working on this, before it became more mainstream and started really impacting the pricing of this. But we're keeping an eye on it. Obviously, if we start to see some progress in that area, we would start to bring them down. And remember what -- those vehicles would have to be -- would have to take a meaningful presence in the new market first, and then start impacting the used markets. And we do have some visibility to it before we need to react to it.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.