# EXHIBIT 10

**Q4 2019 Ryder System Inc Earnings Call**

MIAMI Feb 20, 2020 (Thomson StreetEvents) -- Edited Transcript of Ryder System Inc earnings conference call or presentation Thursday, February 13, 2020 at 4:00:00pm GMT

CORPORATE PARTICIPANTS

John J. Diez, Ryder System, Inc. - President of Fleet Management Solutions
John Steven Sensing, Ryder System, Inc. - President of Global Supply Chain Solutions
Robert E. Sanchez, Ryder System, Inc. - Chairman, CEO & President
Robert S. Brunn, Ryder System, Inc. - VP of IR, Corporate Strategy & Product Strategy
Scott T. Parker, Ryder System, Inc. - Executive VP & CFO

CONFERENCE CALL PARTICIPANTS

Benjamin John Hartford, Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst
Brian Patrick Ossenbeck, JP Morgan Chase & Co, Research Division - Senior Equity Analyst
David Griffith Ross, Stifel, Nicolaus & Company, Incorporated, Research Division - MD of Global Transportation and Logistics
John R. Cummings, Copeland Capital Management, LLC - Partner & Research Analyst
Justin Trennon Long, Stephens Inc., Research Division - MD
Scott H. Group, Wolfe Research, LLC - MD & Senior Transportation Analyst
Stephanie Benjamin, SunTrust Robinson Humphrey, Inc., Research Division - Associate
Todd Clark Fowler, KeyBanc Capital Markets Inc., Research Division - MD and Equity Research Analyst

## PRESENTATION

### Operator

Good morning, and welcome to the Ryder System Fourth Quarter 2019 Earnings Release Conference Call. (Operator Instructions) Today's call is being recorded. If you have any objections, please disconnect at this time. I would now like to introduce Mr. Bob Brunn, Vice President, Investor Relations, Corporate Strategy and Product Strategy for Ryder. Mr. Brunn, you may begin.

**Robert S. Brunn**, Ryder System, Inc. - VP of IR, Corporate Strategy & Product Strategy

Thanks very much. Good morning, and welcome to Ryder's Fourth Quarter 2019 Earnings and 2020 Forecast Conference Call. I'd like to remind you that during this presentation, you'll hear some forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are based on management's current expectations and are subject to unseen changes in circumstances. Actual results may differ materially from these expectations due to changes in economics, business, competitive, market, political and regulatory factors. More detailed information about these factors and a reconciliation of each non-GAAP financial measure to the nearest GAAP measure is contained in this morning's earnings release, earnings call presentation and in Ryder's filings with the Securities and Exchange Commission which are available on Ryder's website.

Presenting on today's call are Robert Sanchez, Chairman and Chief Executive Officer; and Scott Parker, Executive Vice President and Chief Financial Officer. Additionally, John Diez, President of Global Fleet Management Solutions; and Steve Sensing, President of Global Supply Chain Solutions and Dedicated Transportation Solutions, are on the call today and available for questions following the presentation.

At this time, I'll turn the call over to Robert.

**Robert E. Sanchez**, Ryder System, Inc. - Chairman, CEO & President

Good morning, everyone, and thanks for joining us. This morning, we'll provide a brief overview of our fourth quarter results. We'll also provide our 2020 outlook, including actions that we're taking to improve returns. Following our prepared remarks, we'll open the call for questions.

With that, let's turn to an overview of our fourth quarter results. Comparable earnings per share from continuing operations was a loss of $0.01 for the quarter as compared to a profit of $1.87 in the prior year. The loss includes $1.67 in higher depreciation related to previously announced residual value estimate changes. Comparable results were at the lower end of our forecast range of a loss of $0.03 to a profit of $0.07, reflecting a modest increase in the depreciation impact of the residual value change as we trued up the estimates provided.

Operating revenue increased by 3% to a record $1.8 billion for the fourth quarter, driven by contractual revenue growth in Fleet Management and Dedicated partially offset by lower revenue as expected in Supply Chain.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Page 5 includes some additional financial information for the fourth quarter. Comparable EBITDA for the quarter was $564 million, up 1% from the prior year, primarily reflecting earnings contributions from our contractual businesses and cost reductions, partially offset by lower rental demand, higher insurance-related costs and the impact from customer labor strikes. Comparable EBITDA for the full year was a record $2.3 billion, up 11% from the prior year.

The average number of diluted shares outstanding was 52.3 million, down slightly from the prior year. Excluding pension costs and other items, the comparable tax rate was a benefit of 98.7% in Q4 '19 as compared to an expense of 21% in the prior year, reflecting the impact from residual value estimate changes.

Adjusted return on equity was 0.3%, down from 12.7% in the prior year, reflecting lower earnings from higher depreciation related to the previously announced residual value changes.

I'll turn now to Page 6 to discuss key trends that we saw in each business segment. Fleet Management Solutions operating revenue increased 6%, driven by growth in our contractual ChoiceLease product, partially offset by lower rental revenue. ChoiceLease revenue increased 9% driven by fleet growth and, to a lesser extent, higher rates on replacement vehicles. The lease fleet increased by a record of 10,500 vehicles or 7% for the full year, reflecting continued outsourcing trends.

We expanded our lease customer base by 400 accounts last year. These new customer relationships are expected to yield benefits for a very long time as we typically renew customer deals over successive lease terms and can expand many of these relationships into other services like Dedicated over time.

Rental revenue was down 4% for the quarter driven by lower demand for heavy-duty tractors, partially offset by higher truck demand and increased pricing on all vehicle types. Rental utilization on power units was 76%, down from the exceptionally high utilization levels we saw in the prior year. Our ending commercial rental fleet declined by 6% sequentially from the prior quarter reflecting actions taken to align the rental fleet size with lower market demand.

FMS realized a loss of $80 million, primarily reflecting higher depreciation of $118 million due to the impact from previously announced residual value changes as well as lower rental performance, higher insurance-related costs and the cost to prepare a higher number of vehicles for sale. Results benefited from lease fleet growth and higher pricing.

Page 7 highlights used vehicle sales results. We sold 6,000 vehicles during the quarter, up 33% versus the prior year and up 13% sequentially. For the full year, we sold 21,300 vehicles, an increase of 3,800 or 22% from the prior year. Used vehicle inventory held for sale was 9,400 vehicles at quarter end, slightly above the high end of our target range of 7,000 to 9,000 vehicles but in line with expectations.

Inventory increased by 2,500 vehicles year-over-year and by 2,100 vehicles sequentially, reflecting a greater number of units coming off-lease this year as expected and downsizing of the rental fleet. Proceeds per vehicle sold were down 25% for tractors and down 10% for trucks compared to a year ago, reflecting significant and ongoing market weakness. Sequentially, tractor pricing was down 13%, and truck pricing was down 5%. As a reminder, as discussed on our last call, we revised our assumed used vehicle sales price levels for setting residuals for both policy and accelerated depreciation purposes.

Page 9 of the third quarter earnings call slide deck identify the assumptions we made for policy depreciation purposes for vehicles to be sold in the longer term. The assumption we made for accelerated depreciation purposes for vehicles to be sold in the near term was significantly lower than that and at the trough -- near the trough level pricing that we saw back in 2002. Price levels that we saw in the quarter were in line with our expectations for the quarter.

I'll turn now to supply chain on Page 8. Operating revenue decreased 5%, reflecting previously announced lost business and customer labor strikes, partially offset by higher pricing. SCS pretax earnings were up 3% due to improved operating performance, partially offset by the impact from the strikes and a $3 million impact from the change in residual value estimates for vehicles used in supply chain. Segment earnings before tax as a percent of operating revenue were 7% for the quarter, up 50 basis points from the prior year.

Turning to Dedicated on Page 9. Operating revenue increased 4%, reflecting higher pricing in new business. DTS earnings before tax increased due to improved operating performance and favorable development from prior year insurance claims. These benefits were partially offset by a $6 million impact from the change in residual value estimates for vehicles used in DTS. Segment earnings before tax as a percent of operating revenue were 7.5%, up 70 basis points from the prior year.

At this point, I'll turn the call over to our CFO, Scott Parker, to cover several items starting with capital spending.

**Scott T. Parker**, Ryder System, Inc. - Executive VP & CFO

Thanks, Robert. Turning to Page 10. Full year gross capital expenditures were $3.6 billion, up approximately $500 million from the prior year. This increase reflects higher investments to grow and refresh the contractual lease fleet

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.