# EXHIBIT 11

FLEET LEASING & MAINTENANCE | DEDICATED TRANSPORTATION | SUPPLY CHAIN SOLUTIONS



# Fourth Quarter 2018 Earnings & 2019 Forecast Conference Call

February 14, 2019

# Asset Management YTD Update (US Only)



Legend: ■ 4Q12 YTD ■ 4Q13 YTD ■ 4Q14 YTD ■ 4Q15 YTD ■ 4Q16 YTD ■ 4Q17 YTD ■ 4Q18 YTD

**Redeployments** – Vehicles coming off-lease or in Rental with useful life remaining are redeployed in the Ryder fleet (SCS, or with another Lease customer). Redeployments exclude units transferred into the Rental product line.

**Extensions** – Ryder re-prices lease contract and extends maturity date.

**Early terminations** – Customer elects to terminate lease prior to maturity. Depending on the remaining useful life, the vehicle may be redeployed in the Ryder fleet (Commercial Rental, SCS, other Lease customer) or sold by Ryder.

(a)(b)(c)

(a)  Current year statistics may exclude some units due to a lag in reporting
(b)  Excludes early terminations where customer purchases vehicle
(c) 2018 YTD activity excludes internal assignments. Historical periods not restated to exclude assignments (represents ~30% of volume)

© 2018 Ryder System, Inc.
All Rights Reserved.

FLEET LEASING & MAINTENANCE  I  DEDICATED TRANSPORTATION  I  SUPPLY CHAIN SOLUTIONS