# EXHIBIT 12

**Q2 2016 Ryder System Inc Earnings Call**

MIAMI Aug 19, 2016 (Thomson StreetEvents) -- Edited Transcript of Ryder System Inc earnings conference call or presentation Wednesday, July 27, 2016 at 3:00:00pm GMT

CORPORATE PARTICIPANTS
  Bob Brunn, Ryder System, Inc. - VP of Corporate Strategy & IR
  Robert Sanchez, Ryder System, Inc. - Chairman & CEO
  Art Garcia, Ryder System, Inc. - EVP & CFO
  Steve Sensing, Ryder System, Inc. - President of Global Supply Chain Solutions
  Dennis Cooke, Ryder System, Inc. - President of Global Fleet Management Solutions
  John Diez, Ryder System, Inc. - President of Dedicated Transportation Solutions
CONFERENCE CALL PARTICIPANTS
  Ben Hartford, Robert W. Baird & Company, Inc. - Analyst
  David Ross, Stifel Nicolaus - Analyst
  Justin Long, Stephens Inc. - Analyst
  Scott Group, Wolfe Research - Analyst
  Kevin Sterling, BB&T Capital Markets - Analyst
  Todd Fowler, KeyBanc Capital Markets - Analyst
  Matt Brooklier, Longbow Research - Analyst
  Brian Ossenbeck, JPMorgan - Analyst
  David Campbell, Thompson Davis & Company - Analyst

## PRESENTATION

**Operator**

Good morning and welcome to Ryder System Incorporated second-quarter 2016 earnings release conference call.

(Operator Instructions)

Today's call is being recorded.

If you have any objections, please disconnect at this time. I would like to introduce Mr. Bob Brunn, Vice President Corporate Strategy and Investor Relations for Ryder. Mr. Brunn, you may begin.

**Bob Brunn**, Ryder System, Inc. - VP of Corporate Strategy & IR

Thanks very much. Good morning, and welcome to Ryder's second-quarter 2016 earnings conference call.

I'd like to remind you that during this presentation, you will hear some forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are based on management's current expectations and are subject to uncertainty and changes in circumstances. Actual results may differ materially from these expectations due to changes in economics, business, competitive, market, political and regulatory factors. More detailed information about these factors contained in this morning's earnings release, and in Ryder's filings with the Securities and Exchange Commission.

Presenting on today's call are Robert Sanchez, Chairman and Chief Executive Officer, and Art Garcia, Executive Vice President and Chief Financial Officer. Additionally, Dennis Cooke, President of Global Fleet Management Solutions; John Diez, President of Dedicated Transportation Solutions; and Steve Sensing, President of Global Supply Chain Solutions are on the call today, and available for questions following the presentation.

With that, let me turn it over to Robert.

**Robert Sanchez**, Ryder System, Inc. - Chairman & CEO

Good morning, everyone, and thanks joining us.

This morning, we'll recap our second-quarter 2016 results, review the asset management area, and discuss the current outlook for our business. Then we'll open the call for questions.

With that, let's turn to an overview of our second-quarter results. Comparable earnings per share from continuing operations were $1.56 for the second quarter of 2016, down 5% from the prior year. Second-quarter 2016 comparable

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

And if so, is there any color you could give on the breakout of that headwind, that you are now assuming in rental and used? I know you gave that EPS bridge at the beginning of the year, I'm basically wondering if you can update those numbers?

**Answer – Robert Sanchez:** If you think about that bridge, it's really about $1.30, I would say, is what we're getting in headwind, and it's about half-and-half. About half of is coming from UBS and about half coming from commercial rental.

**Answer – Steve Sensing:** A lot more from rental than what we initially thought.

**Answer – Robert Sanchez:** Right and initially in rental, we had pegged used vehicles, we had estimated about $0.62, which were a little bit worse than that and on the rental side, we had estimated $0.28, and we're going to be in the $0.60-plus range.

**Question – Justin Long:** Okay, great. That very helpful. And secondly I wanted to ask about how residual values could impact your depreciation expense in 2017 from a high level?

If used truck prices play out with what you're expecting this year, it sounds like flattish from here, would the adjustment to depreciation in 2017 be a positive, neutral or a negative? And thinking longer-term, if we just assume that used truck prices remain flat after this year, at what point do you start to face a depreciation headwind?

**Answer – Robert Sanchez:** Yes, Justin I obviously we're kind of not at that point yet next year, but I think based on the current pricing level, we're thinking about it more as a push for next year where you may have upside in some classes, and maybe going the other way in others, but we're thinking overall it's a push. I think as we look out, our averages at these levels, keep in mind, are still -- the policy is still below what we've been pricing at, what we're seeing in the current marketplace, so I think if prices stay at these levels, I wouldn't envision an increase or decrease in residual values out over the next four, five years.

**Question – Justin Long:** Okay, great. That's helpful. I appreciate the time.

**Answer – Operator:** Scott Group, Wolfe Research.

---

**Analyst:** Scott Group, Wolfe Research - Analyst

**Question – Scott Group:** So I apologize if I missed this, but do you think you can give us monthly rental demand in the second quarter and July? I guess a little surprised lowering the rental expectations, just given the pick-up we've seen a little bit interesting the past month or so?

**Answer – Robert Sanchez:** I just mentioned earlier. Primarily on tractors is where you're seeing this, so I will give you those. It was down.

In April it was 14%, in May it was 17%, and then 19% in June. And then July, I mentioned we're down to about 21%.

**Question – Scott Group:** That's rental demand?

**Answer – Robert Sanchez:** Rental demand for tractors, for Class 8 tractors, which is really what's driving most of the decline.

**Question – Scott Group:** And if I remember, were you saying more like 7% or 8% on last quarter's call?

**Answer – Robert Sanchez:** No that was combined. But we base that 7% on a 13% down, 14% down number for tractors.

**Question – Scott Group:** Okay and why do you think you haven't seen any kind of relative improvement there, just as maybe some of the spot market have picked up over the past six weeks or so?

**Answer – Robert Sanchez:** That's encouraging for us. Just sometimes, it can take a little bit. I think there's, right now in the market, is pretty clear, it's primarily in the trucking and transportation sector, and it's not only the freight volumes haven't grown to levels we'd like them to, but there is definitely an oversupply of some trucks.

So some of this might just take a little bit to bleed through, the trucks that are sitting for these folks, and once those trucks are either out of the system or they are being utilized, that's when we should start to see it help us in rental.

**Question – Scott Group:** Okay. And then just on the used truck side it sounds like the issue at this point is more of a volume than pricing? Does it tell you something that the pricing is low but the volume is not moving, like are we still in price discovery and the pricing needs to move lower for the volume to start moving?

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.