**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

STATE OF ALASKA, ALASKA PERMANENT FUND, THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, and THE CITY OF PLANTATION POLICE OFFICERS PENSION FUND, On Behalf of Itself and All Others Similarly Situated,

        *Plaintiffs*,

v.

RYDER SYSTEM, INC., ROBERT E. SANCHEZ, ART A. GARCIA, and DENNIS C. COOKE,

        *Defendants*.

1:20-cv-22109-AMC

**DECLARATION OF JONATHAN K. OSBORNE**

1. I, Jonathan K. Osborne, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct.

2. I am a shareholder at Gunster, Yoakley & Stewart, P.A. and counsel for Defendants Ryder System, Inc. ("Ryder"), Robert E. Sanchez, Art A. Garcia, and Dennis C. Cooke in the above-captioned matter. I am admitted to this Court, and I submit this declaration in further support of Defendants' Motion to Dismiss.

3. The accompanying Reply Memorandum of Law references exhibits previously submitted at ECF No. 42-1 ("Ex."), and exhibits submitted herewith ("Reply Ex.").

4. Attached hereto as Reply Exhibit 1 is a true and correct copy of the transcript of the Ryder Q4 2015 Earnings Call held on February 2, 2016 ("Q4 2015 Earnings Call").

5. Attached hereto as Reply Exhibit 2 is a true and correct copy of the transcript of

the Ryder Q1 2016 Earnings Call held on April 26, 2016 ("Q1 2016 Earnings Call").

6.      Attached hereto as Reply Exhibit 3 is a true and correct copy of the transcript of the Aviation, Transportation, and Industrial Conference Remarks made on March 5, 2019.

7.      Attached hereto as Reply Exhibit 4 is a true and correct copy of the transcript of the Ryder Analyst/Investor Day held on May 19, 2016.

8.      Attached hereto as Reply Exhibit 5 is a true and correct copy of Robert E. Sanchez's Statement of Changes in Beneficial Ownership on Form 4 filed with the SEC on December 5, 2012.

9.      Attached hereto as Reply Exhibit 6 is a true and correct copy of Robert E. Sanchez's Statement of Changes in Beneficial Ownership on Form 4 filed with the SEC on August 5, 2013.

10.      Attached hereto as Reply Exhibit 7 is a true and correct copy of the article, *Used truck volumes slipped in September*, Trucks, Parts, and Service, dated October 18, 2019.

Dated:  March 4, 2021

*/s/ Jonathan K. Osborne*

Jonathan K. Osborne

2