# REPLY EXHIBIT 3



**Aviation, Transportation & Industrials Conference**
March 5-7, 2019 • The Westin New York Grand Central

## Ryder System

*Ryder System presentation delivered at the 2019 Aviation, Transportation and Industrials Conference on Tuesday, March 05, 2019 at 2:05 PM*

**Brian Ossenbeck:**  Good afternoon. My name is Brian Ossenbeck. I'm the transports analyst here at J.P. Morgan. Kicking off the afternoon, after lunch here with Robert Sanchez who's the chairman and CEO of Ryder.

He's going to go through some slides then we'll open up to Q&A. If you have any questions in the audience, please raise your hand. I'll give it over to Robert.

**Robert Sanchez:**  All right. Thank you, Brian. Good afternoon, everyone. As Brian said, I'm going to give you a few minutes overview on the company and then obviously open it up for some questions. You're all familiar with the safe harbor language.

We want to give you a slide that just gives you the key themes of the story. I'm not going to go through each one right now. I'm going to go through the slides, it'll kind of lay it out for you.

I'll start with, first and foremost, we're a leader in transportation logistics outsourcing. What that means is that everything that Ryder does is something that a customer could do on their own. It could be the outsourcing of a truck, the truck or the driver, or broader logistics services is really the business that we're in.

Last year, we were just over $8 billion of revenue. We are organized into three business segments. 60-percent of the business is our fleet management business which I would describe as the outsourcing of a truck fleet. We have about 270,000 vehicles. We own the vast majority of them and maintain all of them.

We have a dedicated transportation solutions business which is about 13-percent of the revenues of the company, which is the outsourcing of the truck and the driver. The customer will outsource a private fleet operation to Ryder.

We have about 9,500 commercial truck drivers who are employed by Ryder in our dedicated business and then also in our third business, which is the supply chain solutions.

1

That's about 26-percent of the revenues of the company and that is the outsourcing of broader logistics services. It could be a private fleet operation of trucks and drivers, but it could also be the running of a distribution center.

We manage 55 million square-feet of warehouse space, about 250 distribution centers for companies and also manage about $5 billion of freight spend where a company may outsource its traffic department to Ryder. Again, supply chain solutions is the outsourcing of broader integrated logistics operations.

The other key takeaway for the company is that about 90-percent of revenues are in North America. We are primarily a North America-based company and operating company. We have just under 40,000 employees, again, primarily in North America.

Second key point of the company is that we play in a very large, addressable market, about $1.3 trillion total. The biggest competitor for Ryder is the do-it-yourselfer.

These are companies that buy and maintain their own trucks, hire and retain their own drivers and run their own private fleet operations, and also companies that run their own logistics operations.

Depending on which of these three markets we're talking about, 75- to 95-percent of the market is still a do-it-yourselfer. It's a very big opportunity for Ryder to really tap into that do-it-yourself market and really that's the strategy we've been on for the last five or six years.

One of the things that really makes this an attractive play for us is that the secular trends really favor outsourcing in this market. Everything that we do has gotten a lot more difficult for people to do in the last decade and that's been primarily due to regulations, primarily due to labor shortages.

Whether it's maintaining a truck, hiring a technician, hiring a truck driver, or running a broad supply chain, regulations, driver shortages, labor shortages have really made these things a lot more expensive and a lot more complex.

In the outsourcing world, if it's more difficult, if it's more expensive, it's more complex. It's very good for outsourcing because companies are more likely to look for somebody to help them with doing that.

2

Over the last several years, we've really focused on how do we capitalize on these secular trends that favor outsourcing and how do we take advantage of that to really grow the contractual parts of the business.

Nearly 90-percent of our revenues are from businesses that are multi-year contracts. A truck lease is going to be a five- to seven-year contract with a customer. A logistics or dedicated agreement is going to be a three- to five-year agreement then goes evergreen after that.

These agreements typically last for decades. Our renewal rates are very high. Once we get a customer to outsource, we're likely to have that customer for many years to come.

You can see the focus on growth of these contractual businesses, what the results of that have been over the last several years. You can see between the years of 2000 and 2011, organically we did not grow the business a whole lot. We were making that up with acquisitions and a few other things, but really was not an organic, revenue growth story.

Since 2011, you can see that the growth rates have increased significantly, really this year now growing double-digits in two of the business units, growing double-digit organically.

In logistics, we just had a year where we grew 13-percent organically, 17-percent including in acquisition. That's going to slow down a little bit to five due to tougher comps, but we expect that to pick back up as we go into 2020.

What we're trying to do is really move the company to become more of a secular growth story which we're beginning to see good results there.

One other thing that I think is important is that as we sign new contracts, we're building up a portfolio of contractual revenue which will pay out in the next five to six years.

You can see that portfolio of contracts really growing here just in what we sold in the last year. The other piece that's important is the focus on growing the contractual parts of the business will give us more earnings, predictability, and stability.

You can see in 2015 two numbers to look at here. 2015, about half of our earnings were coming from contractual businesses, the other half was from the transactional rental business and from gains on used trucks.

3

Both of those are the two non-contractual earnings sources of the company. Last year, just under 80-percent was coming from contractual, so a big shift in I would call it the quality of the earnings.

This slide tells a story of what's happened to Ryder the last several years. We hit peak earnings in 2015 at $6.10. About half of those earnings were coming from used vehicle gains and rental.

As used vehicle pricing and used truck pricing declined, we had a big impact on our earnings as you can see for a couple of years which really troughed in 2017.

2018, you saw it come back. Obviously, the tax reform was a big benefit. Even if you take tax reform out of the equation, our earnings were up 10-percent.

That's because even though we still had pretty significant headwinds from the used truck market being down, all of the earnings from the contractual business growth that we've seen in the last several years really started to kick in 2018. You can see it continuing into 2019.

If you remember those two numbers, 50-percent of the earnings were coming from transactional businesses in 2015, in 2018, about 20-percent, so a more reliable, more consistent earning stream going forward.

Some other things that we've done, what we want to do with our business is really focus on the contractual businesses, make it a more predictable earnings story. The parts that are more transactional and some of the big costs items that we can control are up on this slide.

The first one, used truck sales. The first thing we did is we've lowered the residual assumption in all of our leases. We did that at the beginning of last year which means that I have a lot less reliance on that final sale of the used truck to really make the lease earning stream work.

I'm going to get more of the earnings upfront if I get a big gain at the end. As the used market goes up that's going to be gravy, but certainly I'm looking to get to my return on capital spread and my targets with the earnings prior to the gains, so that's the first thing we did.

The second thing I think probably even more importantly is expand our retail network for used trucks. We're one of the largest resellers of used trucks in the country. We do it through a network of 60 used trucks centers.

4

We have now starting last year opened up a pretty significant inside sales organizations to really be able to sell trucks online and we're having good success there.

The reason that's important is that there is a 30-percent premium on retail versus wholesaling on a used truck. To the extent I can get more through the retail network, I'm going to improve the earnings of the company and improve the returns going forward.

Around commercial rental, I would tell you commercial rental is a good business but it is cyclical. Historically, we have run up when demand goes up. We buy a lot of trucks and move up then when it comes down, we defleet.

As we got into this last year, it was a very strong year for rental. We did see an increase in rental revenue, but certainly did not fleet up to the level that we historically have because we know there's going to be some cyclicality there.

What we want to do is have less reliance of our earnings coming from rental and really more coming from the contractual pieces. Our stated goal is to really grow rental consistent with how we see lease growing, so not outgrowing it at any time.

We've also embedded in the organization some asset management policies that are going to allow us to defleet our rental fleet pretty rapidly as rental starts to turn down at some point.

Finally, I think another exciting piece is around maintenance cost. Ryder spends about $1.3 billion on maintaining trucks. We have one of the largest fleets in the country.

Over the last decade, there's been a lot of technology change in commercial trucks. Costs have gone up. Some of those costs we've passed through to customers, some of those costs we've gone back to the OEMs, and some of those costs Ryder has eaten.

The model year 2012s were the most challenging in terms of maintenance cost. Those units are all exiting the fleet this year, so as we go into next year, the headwinds that we face from those difficult maintenance costs are going to go away.

In addition to that, we've got a pretty significant initiative that we're kicking off this year to look for $75 million in additional maintenance cost reductions through better process and better parts procurement. We're expecting $20 million of that this year and then the balance of the $55 million over the next couple of years.

5

We think that's a significant opportunity, again, ways of improving profitability and certainly taking some of the cyclicality out of the earning stream. That's what we're doing with the core business.

We're also investing in the future. A lot of stuff going on in transportation and logistics, whether it's, I call it the Tesla effect around electric and autonomous trucks, Uber effect around asset-sharing and freight-sharing, or the Amazon effect around e-commerce.

These are all things that are going to impact our business in the next 3, maybe 5, maybe 10 years, so Ryder wants to be a player in that and be on top of it.

Around advanced vehicle technology, we have announced three partnerships that we have with electric truck start-ups, where Ryder is the sales and service arm for these companies. We're positioning ourselves as really being a provider of those vehicles beyond just a lease, but also be able to sell and maintain those vehicles.

Around asset-sharing, we launched the first truck-sharing app last year called COOP by Ryder. We launched it in the Atlanta marketplace. We've now also launched it in South Florida.

Our goal is to continue to find ways where we can really allow customers or companies that have trucks that are sitting, that aren't being utilized, be able to monetize those by sharing with somebody that needs one. Ryder acts as the go-between of getting that transaction done.

It's like at Rental transaction where Ryder doesn't own the truck, so we had some nice success in Atlanta. That's a lot of customers that have been using. We've actually had some customers that have gone out and bought trucks in order to put them on the platform, because they're finding it a good source of revenue and income. We're looking to continue to do that.

RyderShare is our platform where we're also establishing a visibility platform for our larger customers to be able to see where all their freight and all their transportation assets are and those assets that are maybe moving a freight. Over time, we'll really become a freight matching and visibility tool. We're in the processes of continuing to roll that out.

Last but not least around e-commerce, we made the acquisition of a company called MXD last year, which is a major player in the big and bulky final mile space. We're now top two or three in terms of that space. We've got about three percent of the market. We see that as a growing market. We like this business.

It's a profitable business. It's a business that we think has less leverage and we can grow, so we're looking to continue to do that, especially to existing customers within Ryder.

A few weeks ago, we announced our e-fulfillment network. This is a network that will allow companies that want to go direct to consumer.

A manufacturing company that wants to sell their product directly to you as opposed to going through an e-retailer, they can actually use their website to sell the product and Ryder will fulfill it through our network, so another opportunity to really play and lead in that space.

If you're looking at our free cash flow, I think it's important to understand the way that our free cash flow model works. We're a leasing company, so when we're growing, we're spending a lot of capital in bringing in trucks. That creates pressure on free cash flow.

This year, we're looking at about a negative billion one in free cash flow, as we're going to grow our lease fleet by 11,000 vehicles. That is the most we've ever grown in the history of the company. We've got about a billion six that we're spending on growth capital. That's just growth. We're spending three six overall, two billion of it is just maintenance.

We've got a billion six that we're spending. We're going to be negative $1.1 billion of free cash flow. If you take out the growth and you just look at the replacement, we're about at positive $500 million of free cash flow. The goal is to really build that portfolio of operating cash flow and of contracts that will generate earnings and cash flow in the future.

That will move up and down, depending on how hot the market is. I would say this year we're in a very good market because not only is there secular trends of more people outsourcing, but there are a lot of trucks being built by the OEMs, which means we got a lot of opportunities to sell.

We've gone from last year, 9,500 vehicles of leased fleet growth, 11,000 this year. As OEM production starts to moderate, possibly next year and the next, I would expect that growth to come down some and free cash flow to improve.

We're going to lock in as many of these lease contracts that we can at good rates because we know those are going to generate earnings and cash for a long period. You can see it on total cash generated how we're expecting that to really go up significantly this year to about $2.6 billion.

7

In terms of capital allocation, we think our best use of capital is on our organic business. We don't buy a lease truck until we have a signed lease, so we don't go out and speculate on trucks. We don't sign a lease unless it's a good return. When we sign a lease and we buy a leased truck, we know we're getting a good return and we think that's the best use of our capital.

Second best is on dividends. We have a history of growing our dividend. We've grown it at about a 10 percent CAGR since 2005. We think that's a good way of giving money back to shareholders. Acquisitions, we typically do tuck-in acquisitions in our lease business, small companies that we tuck in to our existing infrastructure.

We view that as an opportunity that's going to be plenty of leverage and capacity to do that.

Supply chain, as I mentioned in the MXD acquisition, we were acquiring a new capability. We're always looking for opportunities there. Finally, on the share repurchase, we have an antidilutive program that really offsets any shares that we issue for compensation purposes.

We have a discretionary share repurchase that we would turn on when our leverage drops below our target range. We don't see that happening this year, and probably not until next year as we've got a lot of investments and good investment opportunities within our organic business.

You can see down there, over the last decade, we've returned about a billion six in capital to shareholders between dividends and share repurchase. This just gives you a scorecard on the last year. I think the takeaway here is, we really hit on all of our targets last year.

We had a really good year, nice earnings growth, nice record growth in or lease business, in our organic businesses. You can see top-line growth went well. Bottom-line growth was 20, EPS was 28 percent, 10 percent when you take out the benefit of tax reform.

You can see our ROC spread, our goal is to get that up to the 100, 150. We started making some progress there. We still got a ways to go, given all the headwinds that we have in used vehicle sales.

At the beginning of last year, we set these three-year targets. Our goal would be to get to these targets by 2020. The red, yellow, and green just tells you where we were in 2018 and where we are in 2019 in terms of those goals.

We expect by 2020 to be able to hit all of them with the exception of two, and one of them is our return on capital spread.

We expect to certainly make very good progress towards that 100 basis points spread, but unless we see an improvement in the used truck market, I would expect it would take us another year to get to that 100 to 150 basis points spread. That is tied to our FMS margins. MS margins are about 7 and a half this year, we need to get those back up to 10.

We think that's a combination of growth in our lease business, cost take outs, and then some of these initiatives that we talked about around maintenance, cost improvements and things like that, that will get us there. That's where we're at. That gives you an overview of how Ryder is and what some of our goals are.

**Brian:**  Thanks a lot, Robert. I'll go ahead and kick off the Q&A. One of the things you mentioned earlier, mitigating some of the cyclical aspects of the leasing business, changing the residual values.

I was just wondering if you can give us some context how much of the lease fleet you've been able to go through, and lower the residual value when you're doing new contracts.

Is this a new way for Ryder to manage risk, or is this something you typically do when the cycle is pretty strong, like it is right now, and you can take advantage of the market conditions?

**Robert:**  There's two things I want to make sure we're clear. The residual assumption that we make in the lease is just the cash assumption of what we assume we're going to get seven years out when we sell that used truck. That's the number that we said last year.

We're bringing that down to the current price at the beginning of last year, which I would say is, we can't call it a trough number but it is a trough-y number. It's pretty low.

I'm getting away from my five-year rolling average. It typically takes a long time to come down, and just moving to a more conservative number. What that means is that we are targeting to get our target return on investment with much less risk on that last year's cash flow. That's already done. We did that. Every lease going forward has got that assumption in there.

The second piece is around our accounting residuals with all the vehicles that are in our books. Over the last several years, we've done two things. One is, we've been using a five-year rolling

average to bring down the residuals of all the trucks that we have, as the used truck market has done this.

The other thing we've done is that every year, we've looked out 18 months and said, "All right. For the trucks that I think I'm going to sell next 18 months, which I probably have more certainty around what the price is going to be, I'm going to accelerate the depreciation on those to the current market value in order to get me down quicker, to really mark to market, if you will, those units."

Those two things have been major headwinds for us the last few years. What we said on the call was, if used truck pricing stays where it is, certainly where it was in 2018, we would expect to see some...We've got 38 cents of headwind this year.

Last year, we had double that, so we had in the 70s. 38 cents this year, I would expect us to get another 38 cents or so next year, and another 38 cents or so the following year from that headwind. Our expectation is, by then, your accounting book value residual will be equal to the market value. At that point, the headwinds are, for the most part, done.

The important part of the story is that we believe that all the growth that we're getting in the rest of the business as we did last year, as we're going to do this year and the next couple of years, will more than offset that amount of headwind.

**Brian:**  On the business side, not the accounting side, on the business side, when you come to a new contract, since you started doing this, you marked it down to the trough numbers. As those leases come off, then you'll be able to flow through that same sort of mechanism over time.

I don't think you're going back to redo leases, so this is just more of a go forward as you cycle through the book. As you mention, if the market works, then you've got some gravy at the end, but it should at least gradually mitigate the volatility that's embedded in that...

[crosstalk]

**Robert:**  Right. The way I look at it is, going forward, you should expect Ryder to deliver the target return on capital spread without the need for the big gains, just based on the returns that we're getting on the lease throughout its life. If used truck pricing goes way up, that's going to be gravy on top of that.

10

**Brian:**  On the used market, obviously it's been pretty volatile. I think you've expected it to go flat to down in the second half of the year. In the past, you obviously have a large amount of trucks, some of the vintages have been more problematic. It doesn't sound like you're expecting any more of those to crop up in the remaining pipeline in this assumption.

Is that a fair way to look at it, that you're just taking more of a market view? There's nothing really Ryder or vintage-specific in the outlook from here on out?

**Robert:**  If you look at what happened in the used truck markets in 2015, the whole market went down. It wasn't a 2012 only thing. 2013s, 2014s, 2011, everything was down. There was just supply and demand imbalance. I think that's come back more into balance.

I think the issue with the 2012 is that 2012s have been more challenging in terms of technology. It's more of the maintenance costs on them has been higher, so we're saying, that's going to create some headwind for us. I think we laid it out there, 16 cents or so.

We think that goes away next year as those trucks leave the market or leave the fleet, and then in the used truck market, we've been selling the 2012s and we expect to continue to sell them over the next year.

**Brian:**  You mentioned on the call that January is actually a pretty strong month for the second year in a row. Even on some tough comps, it was still pretty good. With the weather, it's a little harder to tell just how the state of the freight market is doing right now, but are there any updated thoughts on that?

Have you seen, through the supply chain, through re-leasing, any of the activity...Has there been any pull forward from the tariffs? Are there inventory levels that you're worried about? What does your view on the business tell you about the broader economy inactivity right now?

**Robert:**  First of all, we ended 2018, we saw a lot of strength. We saw rental was at, I would say almost record utilization level. There was a big demand for rental trucks, which is typically a leading indicator for us in terms of freight volumes, demand, freight and the supply and demand for trucks, so ended 2018 very strong.

It started 2019 very strong because I'll tell you, as I mentioned on the call, January is typically a little bit weaker, but from a seasonal standpoint, it was still very strong. We had our strongest, so we had good utilization. We had our strongest January on record.

11

Last January was the strongest sales month ever in the history of the company. We beat last January's sales numbers for lease, which tells you customers are still looking for trucks. They're still willing to sign up to long-term contracts for lease trucks.

That's typically a good story, not just on the economy and the demand, but also the confidence in customers and our commercial customers' willingness to make investments and sign up to contracts.

**Brian:**  You mentioned a little earlier about how to moderate the business if the cycle slows with the rental de-fleeting. I'm interested to hear a little bit more about that. In general, you got more contracts built up, but the freight cycle will slow as it always does.

How are you thinking about managing the business a little bit differently if you've got different levers to pull this time versus 2015, '16 when we saw a similar sort of slow down?

**Robert:**  I'll tell you a couple of things. One is around rental. We have put in place now, we've really implemented it over the last couple of years now where we are constantly leasing trucks out of our rental fleet. Our sales force are leasing trucks that are currently running in rental.

What we do is, we backfill those trucks with new trucks into the rental fleet. When you get a slowdown in rental, what we'll do is just cut off the backfill and allow the fleet to naturally decline.

Last time we had a slowdown, we were able to do that within three months, so I would expect us to again have the ability to right-size our rental fleet pretty quickly. That's the first thing.

The second thing around used trucks, obviously, we're trying to keep our inventories low. We are at a different point in terms of used truck pricing today than we were in 2015.

In 2015, in hindsight, pricing had really gone up probably more than it had ever gone up, due to the shortage of used trucks in the marketplace. I think we're in a different place, so how much it will decline from here is probably a different story.

To put it in context, the decline that we saw in 2015 was greater than the decline we even had during the great recession in used truck pricing. You got to back to 1999, 2000 before you see a decline in used truck pricing that big.

That goes to show you, this doesn't happen every couple of years as I think we saw there. Can you have an additional decline? You could, but I wouldn't expect it to be on the magnitude that we have here.

The big offset that we're doing is, we're growing the other pieces of the business, the parts that don't get impacted by the volatility in transport and in logistics, which if you think about other trucking companies that more are spot, and they're going to be moving up and down, our business is contractual.

Our truck leasing business are dedicated to supply chain are all multi-year contracts that will continue to provide revenue and earnings, even in a slowing economy.

**Brian:**  Like you say, these are multi-year contracts. Outsourcing is a multi-year sell, and you have higher retention rates when you get that done. Do you think that this freight cycle and the volatility in customers of yours and others, missing earnings because of freight costs, technicians are getting harder to find?

Do you think there's been an inflection point, this most recent wave of volatility where people are really struggling for a capacity that makes the outsourcing sell easier, or is it, it wasn't really that big of an inflection point and it's just a score grind from here?

**Robert:**  If you look at your star numbers, there's definitely been an inflection point. I don't think it was one thing. I don't think it was just the last year. I think it's been a culmination of EPA mandated changes to truck technology, shortage of truck drivers, e-logs, all of the stuff that has made everything we do more difficult, difficulty in hiring technicians.

All of these things have made it much tougher for private fleets to run a fleet of trucks and hire their drivers. It's made it tougher for people to run their supply chains. I think what you're seeing in that is the culmination of all those things hit us in 2018 and now into 2019.

I can tell you that selling a full service lease to a private fleet that has suffered through the model year 2011s and 2012, technology has had all the breakdowns, has had the difficulty around the reliability, has missed deliveries to their customers because the trucks weren't running, is a lot easier than it was when all those trucks ran really well back in 2000 and 2001.

That, I think, has been the big inflection point is that everything we do has gotten harder, and companies are saying, "I'd rather have somebody take that off my hands and handle it for me."

13

**Brian:**  One of the other things you mentioned on the last call that was interesting, there might be an inflection and I'd like to get your thoughts on, rental going more towards small and medium size vehicles, which seems to be for more e-commerce.

You mentioned that people are even using the COOP to build fleets to rent out. You seem more of, as we get more direct to consumer, as we get the Amazon Flex programs of the world, is that what's really driving that small piece of rental?

Has that really just been in the last couple of years that it's accelerated, or has this been slower growth is now of scale for you to pay attention to?

**Robert:**  We've been in truck rental for a long time. Ryder rental trucks are ubiquitous in North America. We track not only all the rentals that we do, but the turndowns that we have. We did notice the last couple of years, the turndowns around these medium-duty and lighter-duty trucks really went up, so we just didn't have the number of trucks that there was a demand for.

What's driving it, certainly as you look at the companies that are coming in, they are e-commerce final mile type companies that are looking for those, generally, companies that are moving product more locally as opposed to over the road, long haul.

We view that, first of all, it's a nice return business in terms of rental. It's less cyclical, is what we've seen. We think there's an opportunity for us to take some of that market share. That's really why we're looking to maybe have some growth in that part of the business.

**Brian:**  Any questions from the audience? Feel free to raise your hand. We'll get a mic out to you. There's one in the front right here.

**Audience Member:**  Just wanted to get a sense of how you size your leverage target. How do you factor your ratings into that target? Just want to know how extensively do you use securitizations for financing? If you don't use them, is it because of the fact that the underlying asset has a high degree of volatility?

**Robert:**  First of all, the way we look at our leverage, we want to keep a solid investment grade rating. We think that's very important to us as a leasing company. We have to be competitive with our borrowing rates, so that we can turn around and lease equipment to our customers.

That's very important for us, and we want to make sure that the leverage targets we have will keep us in that solid investment grade rating group. In terms of, do we use securitization? We do not use. We have historically at different times.

I don't think we have it all right now. We don't use securitization at all, because it's basically the economics. We find that it's more cost effective to issue unsecured than it is to turn around and securitize.

**Audience Member:**  Robert, you've recently entered into the final mile space, you mentioned, with the purchase of MXD. How has that gone, relative to expectations? We've seen some more entrants in there. It doesn't strike me as a very easy business to actually succeed in when you have density and high service.

We've seen a few, call it, missteps from others. Just your thoughts on that business, where you see it going, and if you're even in fact seeing any competition from these new entrants yet.

**Robert:**  I'll tell you, in terms of how it's performed, versus our expectation, I would tell you slightly better. We're pleased with the performance. We spent a few years looking at different opportunities, if you will, to enter the space.

We did find that we did look at a lot of different companies. There were a lot of companies, not a lot that are making good money. We liked MXD, because they make good money. They have a great management team.

We think they have a good model. It's an agent-based model that can be leveraged. We've seen good operations there. Our focus now is to leverage our cross sell opportunities and get our sales force really engaged and selling into that space.

That's what we're in the middle of right now. In terms of competition, still a very fragmented business. Yes, there are some more entrants, but there's still opportunity, I think, for all of us to grow. I think the key is, for us, is to be smart about where we grow.

You can't take every deal, because you're not going to make money on all of them. You've got to be selective about which deals make sense for you, then move forward with those, and make sure you execute.

**Audience Member:**  Could you elaborate a little bit on the e-fulfillment option? Does it tie

specifically into, I guess it's being rebranded as Ryder Last Mile, the MXD offering?

**Robert:**  They're two different things. Think of Ryder Last Mile as big and bulky delivery. Furniture, light goods, big appliances, things like that. If you think about our e-fulfillment network, it's more partial type business.

This thing evolved from a customer advisory board that we had with some big customers that came in, manufacturing type companies. Consumer packaged goods companies. We spent a day and a half, and they spent a day and a half complaining about dealing with e-retailers.

How difficult it is, how their supply chains aren't really set up for that. They're set up for delivery of truckload, high volume, low frequency deliveries, and e-retailers require the opposite, low volume, high frequency deliveries, smaller deliveries.

We said, "Let us let Ryder design a solution for you where we will house that inventory in our facilities. Then when you get an order, if you're selling your product off your website, you get an order, you drop us that order.

We can schedule that delivery within a day or two to your consumer without you having to go through any retailers. We got a pilot customer that we're doing that for. It's a big company that does small appliances.

It's gone very well. What we're looking to do is expand that, and really offer that to other companies.

**Brian:**  I think we have a question back there.

**Audience Member:**  Hi.

**Robert:**  Hi.

**Audience Member:**  Question around the residuals. You're lowering the residuals, which means you're shifting that risk to the customer. If I think about what you're doing versus your competitors, number one, where do you stand?

Are you ahead of your competitors in doing this or behind? Secondly, how are the customers responding to this.

16

**Robert:**  It's hard to tell exactly what the competition. I don't have access to their cost model. I can tell you that the pricing, we did have somewhat of a pricing increase. We've had it over the last couple years. The market seems to have followed.

You can tell by the growth rates that we're seeing. We certainly don't seem to be missing out on a lot of business. I think we're a relatively disciplined marketplace, it appears. The market has followed. The key for us, and again, remember, I said at the beginning, our biggest competitor is the do-it-yourselfer.

Even though I've lowered the residual, the value prop of having somebody like Ryder manage all the maintenance, buy the truck -- we're the largest purchase of commercial trucks in the country -- manage and all the maintenance and give me uptime, even with a lower residual, it's well worth it.

**Audience Member:**  Ryder has, obviously, a big footprint of shops around the country. Do you feel like you've been able to drive more utilization in those with some of the on-demand maintenance programs and other things that you've been trying to roll out?

Where do you see that footprint in three to five years? If you've got the change and the EVs rolling out, then you'd probably have something you can put through the shops. Just how you see that footprint going forward.

**Robert:**  I think one of the most valuable things Ryder has is this maintenance network across North America and the UK. 800 shops, 6,000 diesel technicians, who I think are the best in the industry. Our ability to provide that maintenance service across the country, North America, and the UK is very valuable.

We said a few years ago when we got on this growth strategy, we said we thought we had about 30, 35 percent capacity, where we could add techs, we could add shifts without really having to make significant investments in the shop.

I think with the growth that we've seen over the last five years, we've probably got about 15. We've probably eaten in 15 or 20 percent of that. We're still about 15 percent, I'd say, vacancy rate. What that means is I've still got opportunity for a leverage.

It also means that in certain markets, I'm probably going to be making some investments. You've

17

seen some of that in our numbers for 2019. Some of the strategic investments that we've pointed our, our new facilities that we're adding in key markets, certain markets like Chicago.

Even in this market, where you say, "At this point, I'm busting at the seams, and I need some additional capacity, we're adding that." I would say some investment in additional locations in key markets, but other than that, just continuing to leverage the infrastructure.

**Brian:**  Maybe we'll wrap up with just some quick thoughts on EV in general. You obviously mentioned you've got the three different classes, the small, medium, and large, and if I'll call it that. Big announcement not too long ago with FedEx and Change for 1,000 in the future.

Are we still looking at California-based incentives at this point in time, or do you think that can evolve past that?

**Robert:**  As I mentioned, we've partnered with three electric company startups. Change is one of them. They are producing a delivery van. Similar to what you would see for local deliveries. These vehicles are being produced in China, and then being imported here into the US.

Ryder is the sales and service arm for them. In terms of the long-term viability, or the viability, short-term, if you will, in terms of the value, they are relying on subsidies in order to make the value prop work.

The goal is, over time, once they get volume, once they get the production going, that they could get there without the subsidy. We're not there yet, I guess, is the takeaway. We've still a lot of work to do. What we're seeing in the marketplace is that the light duty delivery vans are probably closer to being there than maybe some of the heavier duty.

Again, unless some company were to bring out something, a technology that's significantly different.

**Brian:**  Thanks a lot, Robert. We're out of time, but I appreciate you being here.

**Robert:**  OK, thank you.

**Brian:**  Thanks.

_____



*Webcasting and transcription services*
*provided through MAP Digital, Inc.*