# REPLY EXHIBIT 6

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br><br> **SANCHEZ ROBERT E** <br><br> (Last)   (First)   (Middle) <br> 11690 N.W. 105 STREET <br><br> (Street) <br> MIAMI   FL   33178 <br> (City)   (State)   (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **RYDER SYSTEM INC** [ R ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director   10% Owner <br> X Officer (give title below)   Other (specify below) <br> Chair, CEO and President |
|---|---|---|
| | 3. Date of Earliest Transaction (Month/Day/Year) <br> 08/01/2013 | |
| | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> ☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/01/2013 | | M | | 19,685 | A | $52.48 | 68,303 | D | |
| Common Stock | 08/01/2013 | | S | | 19,685[1][2] | D | $64.0439 | 48,618 | D | |
| Common Stock | | | | | | | | 1,558 | I | By Ryder Employee Savings Plan |
| Common Stock | | | | | | | | 2,642 | I | By Ryder Deferred Compenstion Plan |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $52.48 | 08/01/2013 | | M | | | 19,685 | (3) | 02/09/2014 | Common Stock | 19,685 | $0.00 | 0 | D | |

### Explanation of Responses:

1. This reflects the weighted average price at which the shares were sold. The sale prices ranged from $64.00 to $64.14.

2. The Reporting Person will provide, upon request by the Commisssion staff, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

3. The option, representing the right to purchase 19,685 shares, vests in accordance with the following schedule: 6,562 vested on February 9, 2008, 6,561 vested on February 9, 2009 and 6,562 vested on February 9, 2010.

### Remarks:

| /s/ Julie A. Azuaje by power of attorney | 08/05/2013 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**