# REPLY EXHIBIT 7





ECONOMIC TRENDS | INDICATORS

# Used truck volumes slipped in September

According to ACT Research, used Class 8 truck volumes fell 5 percent month-over-month in September and saw a year-to-date drop of 19 percent. Details on TPS.

By — TRUCKS, PARTS, SERVICE ™ Staff (TPS)

OCT 18TH, 2019

Preliminary **used Class 8 volumes** (same dealer sales) fell 5 percent month-over-month in September, **ACT Research** reported in its latest State of the Industry: U.S. Classes 3-8 Used Trucks report.

ACT indicates longer-term comparisons yielded a 17 percent decline compared to September 2018, as well as a year-to-date drop of 19 percent, the 11th consecutive contraction for both time period comparisons. The report also notes average price and average age of used trucks fell 3 percent sequentially, while average miles climbed 5 percent.

"September marks the first time since the fall of 2012 that the used truck industry has seen average prices fall month-over-month for three straight months," says Steve Tam, vice president, ACT Research. "September also has the distinction of being the first time since mid-2017 that prices have fallen year over year for two consecutive months."

He adds, "From our perspective, there are two factors at work. Demand is falling, as evidenced by lower sales volumes, and supply is on the rise."

---

**Source URL:** https://www.truckpartsandservice.com/economic-trends/indicators/article/14989806/used-class-8-volumes-for-september-see-decline