**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| STATE OF ALASKA, ALASKA PERMANENT FUND, THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, and THE CITY OF PLANTATION POLICE OFFICERS PENSION FUND, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>RYDER SYSTEM, INC., ROBERT E. SANCHEZ, ART A. GARCIA, and DENNIS C. COOKE,<br><br>    Defendants. | Civil Action No. 1:20-cv-22109-AMC |

## DECLARATION OF JONATHAN K. OSBORNE

1.      I, Jonathan K. Osborne, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct.

2.      I am a shareholder at Gunster, Yoakley & Stewart, P.A. and counsel for Defendants Ryder System, Inc. ("Ryder"), Robert E. Sanchez, Art A. Garcia, and Dennis C. Cooke in the above-captioned matter.  I am admitted to this Court, and I submit this transmittal declaration in connection with Defendants' Memorandum of Law in Opposition to Lead Plaintiffs' Motion for Class Certification.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Professor Amy Hutton, Ph.D., dated December 16, 2022, reviewing and responding to the Expert Report of Dr. Michael L. Hartzmark, attached as Exhibit D (Dkt. 90-5) to Plaintiffs' Motion for Class Certification.

4. Attached hereto as Exhibit 2 is a true and correct copy of Ryder's Annual Report on Form 10-K for the year ended December 31, 2019 ("2019 10-K"), filed with the Securities and Exchange Commission ("SEC") on February 27, 2020.

5. Attached hereto as Exhibit 3 is a true and correct copy of Ryder's Third Quarter 2019 Earnings Conference Call Presentation ("Q3 2019 Presentation"), filed with the SEC on Form 8-K on October 29, 2019.

6. Attached hereto as Exhibit 4 is a true and correct copy of the J.P. Morgan Analyst Report for Ryder System, Inc., dated July 30, 2019 ("JPMorgan Q2 2019").

7. Attached hereto as Exhibit 5 is a true and correct copy of Ryder's Annual Report on Form 10-K for the year ended December 31, 2015 ("2015 10-K"), filed with the SEC on February 12, 2016.

8. Attached hereto as Exhibit 6 is a true and correct copy of the BB&T Transportation Services Conference Transcript held on February 11, 2016 ("Feb. 2016 Conf.").

9. Attached hereto as Exhibit 7 is a summary chart of Ryder's disclosures of policy depreciation, accelerated depreciation, valuation adjustments, and net used vehicles sales for the years 2015 through 2018.

10. Attached hereto as Exhibit 8 is a true and correct copy of Ryder's Annual Report on Form 10-K for the year ended December 31, 2017 ("2017 10-K"), filed with the SEC on February 16, 2018.

11. Attached hereto as Exhibit 9 is a true and correct copy of Ryder's Fourth Quarter 2017 Earnings Conference Call Transcript, dated February 16, 2018 ("Q4 2017 Earnings Call").

12. Attached hereto as Exhibit 10 is a true and correct copy of Ryder's Annual Report on Form 10-K for the year ended December 31, 2018 ("2018 10-K"), filed with the SEC on February 20, 2019.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Stephens Analyst Report for Ryder System, Inc., dated February 3, 2017 ("Stephens Q4 2016").

14. Attached hereto as Exhibit 12 is a true and correct copy of the Baird Analyst Report for Ryder System, Inc., dated February 16, 2018 ("Baird Q4 2017").

15.     Attached hereto as Exhibit 13 is a true and correct copy of the Wells Fargo Conference Transcript held on May 8, 2018.

16.     Attached hereto as Exhibit 14 is a true and correct copy of the Baird Analyst Report for Ryder System, Inc., dated July 31, 2019 ("Baird Q2 2019").

17.     Attached hereto as Exhibit 15 is a true and correct copy of Ryder's Current Report on Form 8-K ("Oct. 2015 8-K"), filed with the SEC on October 12, 2015.

18.     Attached hereto as Exhibit 16 is a demonstrative version of Appendix E ("Ryder System, Inc. Common Stock Data") of the Expert Report of Michael L. Hartzmark, highlighting the days identified as "news days" by Dr. Hartzmark that were not also alleged corrective disclosure dates, marked as Exhibit 4 in the Remote Video Deposition of Michael L. Hartzmark, Ph.D., held on November 30, 2022.

19.     Attached hereto as Exhibit 17 is a demonstrative version of Appendix E ("Ryder System, Inc. Common Stock Data") of the Expert Report of Michael L. Hartzmark, highlighting the days corresponding with alleged misrepresentations, marked as Exhibit 5 in the Remote Video Deposition of Michael L. Hartzmark, Ph.D., held on November 30, 2022.

20.     Attached hereto as Exhibit 18 is a true and correct copy of Ryder's Q2 2019 Press Release ("Q2 2019 Earnings"), filed with the SEC on Form 8-K on July 30, 2019.

21.     Attached hereto as Exhibit 19 is a true and correct copy of the SunTrust Analyst Report for Ryder System, Inc., dated October 29, 2019 ("SunTrust Q3 2019").

22.     Attached hereto as Exhibit 20 is a true and correct copy of the Wolfe Analyst Report for Ryder System, Inc., dated October 30, 2019 ("Wolfe Q3 2019").

23.     Attached hereto as Exhibit 21 is a true and correct copy of the J.P. Morgan Analyst Report for Ryder System, Inc., dated October 30, 2019 ("JPMorgan Q3 2019").

24.     Attached hereto as Exhibit 22 is a true and correct copy of Ryder's Q4 2019 Earnings Conference Call Presentation ("Q4 2019 Presentation"), filed with the SEC on Form   8-K on February 13, 2020.

25.     Attached hereto as Exhibit 23 is a true and correct copy of the Wolfe Analyst Report for Ryder System, Inc., dated February 13, 2020 ("Wolfe Q4 2019").

26.     Attached hereto as Exhibit 24 is a true and correct copy of the Transcript of the Remote Video Deposition of Michael L. Hartzmark, Ph.D., held on November 30, 2022 ("Hartzmark Tr.").

27.     Attached hereto as Exhibit 25 is a redlined excerpt of the Expert Report of Dr. Michael L. Hartzmark submitted on behalf of plaintiffs in *In Re Wells Fargo & Company Securities Litigation*, filed with the U.S. District Court for the Southern District of New York on October 3, 2022, showing the differences between it and the Expert Report of Dr. Michael L. Hartzmark submitted in this case, attached as Exhibit D (Dkt. 90-5) to Plaintiffs' Motion for Class Certification, marked as Exhibit 7 in the Remote Video Deposition of Michael L. Hartzmark, Ph.D., held on November 30, 2022.

28.     Attached hereto as Exhibit 26 is a true and correct copy of an excerpt of the materials for the October 2, 2015 meeting of the Audit Committee of the Board of Directors of Ryder System, Inc. [FILED UNDER SEAL].

29.     Attached hereto as Exhibit 27 is a true and correct copy of an email from Aaron A. Ward to Cristina Gallo-Aquino, dated July 10, 2019, and attachment, bearing Bates numbers RYDERS0035345 – RYDERS0035346 [FILED UNDER SEAL].

30.     Attached hereto as Exhibit 28 is a true and correct copy of Plaintiffs' LIFO Loss in Ryder System, Inc. ("Loss Charts"), attached as Exhibit B (Dkt. 22-4) to the Motion of the Public Funds for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel, filed with this Court on July 20, 2020.

31.     Attached hereto as Exhibit 29 is a true and correct copy of the records of State Street Global Advisors ("State Street") concerning State Street's trades in Ryder securities on behalf of State of Alaska, Alaska Permanent Fund, bearing Bates numbers SSGA_0003094 – SSGA_0003151 [FILED UNDER SEAL].

32.     Attached hereto as Exhibit 30 is a true and correct copy of the Transcript of the Remote Video Deposition of Brian Kendall, Corporate Designee of the City of Plantation Police Officers Pension Fund, held on December 2, 2022 ("Plantation Tr.") [FILED UNDER SEAL].

33.     Attached hereto as Exhibit 31 is a true and correct copy of DePrince, Race & Zollo's February 20, 2016 summary of the performance of its large-cap value portfolio holdings for the

City of Fort Lauderdale General Employees' Retirement System, bearing Bates numbers DRZ_00001218 – DRZ 00001219 [FILED UNDER SEAL].

34.     Attached hereto as Exhibit 32 is a true and correct copy of the Transcript of the Remote Video Deposition of Fawad Ahmed Razzaque, Corporate Designee of the State of Alaska, Alaska Permanent Fund, held on December 9, 2022 ("Alaska Tr.") [FILED UNDER SEAL].

35.     Attached hereto as Exhibit 33 is a true and correct copy of an email from Suzanne G. Dugan of Citi to employees of State of Alaska, Alaska Permanent Fund, dated November 16, 2015, bearing Bates numbers LP_RYDER_0005299 – LP_RYDER_0005301 [FILED UNDER SEAL].

36.     Attached hereto as Exhibit 34 is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories, dated August 11, 2022 [FILED UNDER SEAL].

37.     Attached hereto as Exhibit 35 is a true and correct copy of DePrince, Race & Zollo's September 12, 2019 analysis of the performance of its holdings in Ryder common stock since its October 14, 2015 date of purchase ("DRZ_00001076"), bearing Bates numbers DRZ_00001076 – DRZ_00001077 [FILED UNDER SEAL].

38.     Attached hereto as Exhibit 36 is a true and correct copy of an email from John Cummings of Copeland Capital Management to a distribution list titled "Research," dated June 21, 2016 ("COPELAND_000000977"), bearing Bates number COPELAND_000000977 [FILED UNDER SEAL].

39.     Attached hereto as Exhibit 37 is a true and correct copy of an email from Jeff Walkenhorst of Copeland Capital Management to John Cummings, also of Copeland Capital Management, dated July 30, 2019 ("COPELAND_000001263"), bearing Bates numbers COPELAND_000001263 – COPELAND_000001275 [FILED UNDER SEAL].

40.     Attached hereto as Exhibit 38 is a true and correct copy of plaintiffs' Certification Pursuant to the Federal Securities Laws ("PSLRA Certification"), attached as Exhibit A (Dkt. 22-3) to plaintiffs' Motion of the Public Funds for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel, filed with this Court on July 20, 2020.

41.     Attached hereto as Exhibit 39 is a true and correct copy of Defendants' First Set of Requests for Production of Documents Directed to Lead Plaintiffs ("RFPs"), dated July 5, 2022.

42.     Attached hereto as Exhibit 40 is a true and correct copy of Defendants' First Set of Interrogatories Directed to Lead Plaintiffs ("ROGs"), dated July 5, 2022.

43.     Attached hereto as Exhibit 41 is a true and correct copy of an email from defendants' counsel to plaintiffs' counsel, dated September 19, 2022, regarding Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories and Requests For Production [FILED UNDER SEAL].

44.     Attached hereto as Exhibit 42 is a true and correct copy of the SunTrust Analyst Report for Ryder System, Inc., dated February 13, 2020 ("SunTrust Q4 2019").

45.     Attached hereto as Exhibit 43 is a true and correct copy of Ryder's Annual Report on Form 10-K for the year ended December 31, 2016 ("2016 10-K"), filed with the SEC on February 14, 2017.

46.     Attached hereto as Exhibit 44 is a true and correct copy of DePrince, Race & Zollo's May 31, 2020 portfolio appraisal for City of Fort Lauderdale General Employees' Retirement System, bearing Bates numbers DRZ_00001523 – DRZ_00001525 [FILED UNDER SEAL].

47.     Attached hereto as Exhibit 45 is a true and correct copy of DePrince, Race & Zollo's June 30, 2020 portfolio appraisal for City of Fort Lauderdale General Employees' Retirement System, bearing Bates numbers DRZ_00001478 – DRZ_00001480 [FILED UNDER SEAL].

48.     Attached hereto as Exhibit 46 is a true and correct copy of DePrince, Race & Zollo's May 31, 2020 portfolio appraisal for City of Plantation Police Officers Pension Fund, bearing Bates numbers DRZ_00001982 – DRZ_00001984 [FILED UNDER SEAL].

49.     Attached hereto as Exhibit 47 is a true and correct copy of DePrince, Race & Zollo's June 30, 2020 portfolio appraisal for City of Plantation Police Officers Pension Fund, bearing Bates numbers DRZ_00001934 –  DRZ_00001936 [FILED UNDER SEAL].

Dated:  December 16, 2022

_____
*/s/ Jonathan K. Osborne*
Jonathan K. Osborne