# EXHIBIT 19

**CHANGING ESTIMATES**
October 29, 2019

# Ryder System, Inc. (R)



Please don't forward - Exclusive use: calene_candela@ryder.com

## 3Q19 Results; Revised Vehicle Residual Values Slash EPS, EBITDA Largely Unchanged

### What's Incremental To Our View

Following the revision of its vehicle residual value estimates and lowered guidance, we are lowering our 2019 and 2020 EPS ests. to $1.05 and $2.50, respectively (from $5.60 and $6.20). Our adj. EBITDA ests. are largely unchanged. We are lowering our PT to $60 from $65 (4.5x 2020 EBITDA, 4x-6x historical range). With the new residual value assumptions, we view Ryder has de-risked estimates and removed a key overhang on the stock. In our opinion, investors can now start to focus on what is within Ryder's control in which it's seeing healthy demand for its transportation services. Reiterate Buy.

**What Happened?:** As we outline below, Ryder lowered its residual value estimates across all power vehicles in response to deteriorating tractor pricing in 3Q and its **expectations for the used truck market to now be weak through the middle of 2021.** The impact of these new estimates as reflected by higher depreciation expense is expected to be $3.96/share hit to 2019 EPS (Ryder lowered its EPS guidance accordingly) and ~$3.50 hit to EPS in 2020. As a result, we are lowering our 2019 and 2020 EPS estimates to $1.05 and $2.50, respectively (from $5.60 and $6.20). That said, our adjusted EBITDA estimates are largely unchanged. We are now looking for 2019 and 2020 adjusted EBITDA of $2.341B and $2.404B (vs. $2.322B and $2.412B previously). We are lowering our price target to $60 from $65 (4.5x 2020 EBITDA, 4x-6x historical range).

**Where Do We Go From Here?:** In light of the significant cut to comparable EPS expectations for 2019 and 2020, Ryder shares declined –5.4% today (vs. S&P -0.1%). While the impact from non-cash depreciation expense is meaningful, we note these are largely accounting adjustments with EBITDA unaffected. More importantly, the residual value estimates are based on used sale price levels at 10-year lows and that the market is weak through the middle of 2021. We believe there is investor solace in these new assumptions with reduced risk of future adjustments/markdowns at least through 2021. As a result, we view Ryder has de-risked estimates (based on updated guidance), removing a key overhang on the stock as investors had feared (rightly so) of a potential EPS hit due to the deteriorating used truck market. As we move forward, we view investors can now start to focus on what is within Ryder's control in which it's seeing healthy demand for its transportation services as more companies look to outsource their complex supply chain needs. Additionally, we believe there is upside potential to estimates from continued zero-based budgeting savings and maintenance expense savings, which are currently tracking ahead of plan. We reiterate our Buy rating.

**Stephanie Benjamin**
404-926-5190
stephanie.benjamin@suntrust.com

**SEE PAGE 4 FOR REQUIRED DISCLOSURE INFORMATION**

---

## Buy

**Price Target: $60.00**
*Prior: $65.00*

| Δ Key Drivers | | |
|---|---|---|
| | To | From |
| **2019 Cost Lease % Sales** | 33.8% | 30.3% |
| **2020 Cost Lease % Sales** | 33.7% | 30.5% |

| | |
|---|---|
| Price (Oct. 29, 2019) | $52.12 |
| 52-Wk Range | $67.19-$45.12 |
| Market Cap ($M) | $2,736 |
| ADTV | 381,390 |
| Shares Out (M) | 52.5 |
| Short Interest Ratio/% Of Float | 5.5% |
| Dividend/Yield | $2.16/4.1% |
| TR to Target | 19.3% |
| Enterprise Value ($M) | $10,266.8 |

| | |
|---|---|
| Cash And Equivalents ($M) | $92.5 |
| Total Debt ($M) | $7,623.0 |
| Debt/TTM EBITDA | 3.0x |
| EV/EBITDA NTM | 4.3x |

| | 2018A | 2019E | | 2020E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** Adjusted | | | | | |
| 1Q | $0.96 | $1.11A | $1.11 | ($0.17) | $0.80 |
| 2Q | $1.46 | $1.40A | $1.40 | $0.66 | $1.52 |
| 3Q | $1.67 | ($1.49)A | $1.47 | $1.01 | $1.86 |
| 4Q | $1.82 | $0.01 | $1.61 | $1.00 | $2.03 |
| FY | $5.91 | $1.05 | $5.60 | $2.50 | $6.20 |
| P/E | 8.8x | 49.6x | | 20.8x | |
| **Revenue ($M)** | | | | | |
| FY | $8,410 | $8,895 | $8,915 | $9,008 | $9,322 |
| **Consensus EPS** Adjusted | | | | | |
| FY | $5.91 | $5.53 | | $5.69 | |
| **EBITDA ($M)** | | | | | |
| FY | $2,071 | $2,341 | -- | $2,404 | -- |
| EV/ EBITDA | 5.0x | 4.4x | | 4.3x | |
| FYE Dec | | | | | |

Case 1:20-cv-22109-JB   Document 97-20   Entered on FLSD Docket 12/16/2021   Page 3 of 7



**Higher Depreciation Expense Sinks 3Q19 EPS:** Ryder reported 3Q19 results with sales slightly above expectations and comparable EPS well below due to higher non-cash depreciation expense. For 3Q, it saw **gross revenue of $2.224B (+3% YoY), above our estimate of $2.194B (+1.7% YoY)** and in line with consensus, and **negative comparable EPS of -$1.49, well below our estimate of $1.47 and the consensus estimate of $1.49**. Non-cash depreciation expense of $3.01 due to lower vehicle residual value estimates drove the EPS miss. **3Q adjusted EBITDA was $592M, above our $585M estimate**.

**Lowered 2019 EPS Guidance on Accelerated Depreciation Expense:** While it continues to see a healthy demand environment across each of its segments, Ryder cut its full-year EPS guidance as market conditions for used tractors and trucks further deteriorated in 3Q. As a result, it lowered its near- and long-term tractor residual values to better align with the negative current and expected tractor market (more color below). The **lowered residual values will result in accelerated depreciation expense going forward**, with the largest impact included in 3Q19 results. Ryder **now expects comparable EPS in the range of $1.00-$1.10 vs. $5.50-$5.80 previously. We note the guidance includes a $3.96 or ~$289M impact in the 2H from a change in residual estimates/higher depreciation expense**. Ryder is guiding to 4Q comparable EPS in the range of -$0.03 to $0.07 which includes a -$0.95 hit from the change in residual value estimate and $0.08-$0.13 headwind from new lease accounting changes.

**More Color on Residual Value Estimate Changes and Impact to 2020:** Ryder reviewed and lowered its residual value estimates across all power vehicles in response to deteriorating tractor pricing in 3Q and its **expectations for the used truck market to now be weak through the middle of 2021**. In terms of the revised residual values, for vehicles expected to be sold starting in late 2021 it reduced its long-term estimate of residual values by ~18% (greater reduction for class 8 trucks). For vehicles expected to be sold by late 2021, Ryder reduced estimated residual values greater than ~18%, representing the lowest used sale price level in well over 10 years. **The total impact of the revised residual values as reflected in higher depreciation expense is estimated to be $289M or $3.96/ share in 2H19 and $250M or $3.50/share in 2020**. The incremental quarterly depreciation expense should decelerate going forward, with the largest quarterly impact in 3Q19. Overall this change results in earlier recognition of depreciation in 2019 and 2020 that would have been recognized in 2021 or later years under its prior estimate.

**Contractual Business Holds Strong:** Ryder's FMS segment (long-term leases, short-term truck rentals, maintenance services; 63% total sales) saw 7% operating revenue growth as it benefited from fleet growth and higher pricing on new replacement vehicles. Its Commercial Rental (short-term rentals) business saw 2% growth YoY despite lapping a 19% comp in 3Q18. The DTC segment (dedicated transportation; 16% sales) posted 11% operating revenue growth driven by new business wins. The SCS segment (supply chain and logistics services; 28% sales) saw operating revenue decline -1.9% YoY due to a previously disclosed customer loss.



**Ryder System, Inc.**
2017-2020E ADJUSTED EARNINGS MODEL
(dollars in millions, except per-share data)

**Stephanie Benjamin**
Phone: 404-926-5190
stephanie.benjamin@suntrust.com

Updated on: 10/29/2019

| | FYE 2017 | FYE 2018 | FYE 2019E | FYE 2020E | 1Q18 Mar-18 | 2Q18 Jun-18 | 3Q18 Sep-18 | 4Q18 Dec-18 | FYE 2018 | 1Q19 Mar-19 | 2Q19 Jun-19 | 3Q19 Sep-19 | 4Q19E Dec-19E | FYE 2019E | 1Q20E Mar-20E | 2Q20E Jun-20E | 3Q20E Sep-20E | 4Q20E Dec-20E | FYE 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fleet Management Solutions | 4,733.7 | 5,257.2 | 5,548.0 | 5,535.6 | 1,243.1 | 1,295.7 | 1,337.8 | 1,380.6 | 5,257.2 | 1,351.6 | 1,390.9 | 1,397.3 | 1,408.2 | 5,548.0 | 1,324.6 | 1,363.1 | 1,369.4 | 1,478.6 | 5,535.6 |
| Dedicated Transportation Solutions | 1,095.7 | 1,333.3 | 1,445.0 | 1,546.6 | 299.0 | 330.6 | 340.6 | 363.1 | 1,333.3 | 349.6 | 362.2 | 359.2 | 374.0 | 1,445.0 | 367.1 | 380.3 | 391.5 | 407.7 | 1,546.6 |
| Supply Chain Solutions | 1,944.8 | 2,398.1 | 2,539.5 | 2,595.1 | 494.7 | 604.5 | 628.5 | 670.4 | 2,398.1 | 635.7 | 649.3 | 617.6 | 636.9 | 2,539.5 | 603.9 | 636.3 | 667.0 | 687.8 | 2,595.1 |
| Eliminations | (469.5) | (576.6) | (637.1) | (669.0) | (132.6) | (141.0) | (147.2) | (155.8) | (576.6) | (156.6) | (157.4) | (150.2) | (172.9) | (637.1) | (164.4) | (165.3) | (157.7) | (181.6) | (669.0) |
| **Gross Revenue** | **$7,304.7** | **$8,412.0** | **$8,895.3** | **$9,008.3** | **$1,904.2** | **$2,089.8** | **$2,159.7** | **$2,258.3** | **$8,412.0** | **$2,180.3** | **$2,245.0** | **$2,223.9** | **$2,246.1** | **$8,895.3** | **$2,131.1** | **$2,214.4** | **$2,270.2** | **$2,392.5** | **$9,008.3** |
| *% Change* | *8%* | *15%* | *6%* | *1%* | *10%* | *17%* | *17%* | *17%* | *15%* | *14%* | *7%* | *3%* | *-1%* | *6%* | *-2%* | *-1%* | *2%* | *7%* | *1%* |
| Cost of Lease and Rental | 2,355.1 | 2,556.3 | 3,004.5 | 3,037.8 | 615.6 | 632.7 | 646.7 | 661.3 | 2,556.3 | 664.3 | 687.5 | 877.8 | 774.9 | 3,004.5 | 735.2 | 748.5 | 774.1 | 780.0 | 3,037.8 |
| Cost of Services | 2,978.5 | 3,661.5 | 3,908.8 | 3,962.0 | 788.8 | 908.1 | 947.9 | 1,016.7 | 3,661.5 | 971.7 | 976.4 | 948.1 | 1,012.6 | 3,908.8 | 952.6 | 963.3 | 967.1 | 1,079.0 | 3,962.0 |
| Cost of Fuel Services | 507.5 | 605.6 | 562.2 | 573.4 | 146.9 | 155.6 | 153.4 | 149.7 | 605.6 | 143.3 | 148.4 | 140.2 | 130.3 | 562.2 | 140.7 | 146.2 | 143.0 | 143.6 | 573.4 |
| **Gross Profit** | **1,463.6** | **1,588.6** | **1,419.9** | **1,435.1** | **352.9** | **393.4** | **411.7** | **430.6** | **1,588.6** | **401.0** | **432.7** | **257.8** | **328.4** | **1,419.9** | **302.6** | **356.5** | **385.9** | **390.0** | **1,435.1** |
| Other Operating Expenses | 115.5 | 124.3 | 119.2 | 119.9 | 33.0 | 30.7 | 30.0 | 30.6 | 124.3 | 33.6 | 29.7 | 28.9 | 27.0 | 119.2 | 32.0 | 28.8 | 29.5 | 29.7 | 119.9 |
| SG&A | 840.4 | 853.5 | 889.5 | 883.5 | 207.8 | 212.6 | 215.6 | 217.5 | 853.5 | 231.3 | 226.4 | 220.7 | 211.1 | 889.5 | 222.7 | 219.2 | 219.1 | 222.5 | 883.5 |
| **Operating Income** | **507.7** | **610.8** | **411.2** | **431.6** | **112.1** | **150.1** | **166.1** | **182.5** | **610.8** | **136.1** | **176.6** | **8.2** | **90.3** | **411.2** | **48.0** | **108.5** | **137.3** | **137.8** | **431.6** |
| Used Vehicle Sales, Net (gain) | 17.2 | 21.5 | 74.0 | 20.0 | 7.4 | 5.6 | 3.2 | 5.3 | 21.5 | 8.2 | 18.1 | 22.7 | 25.0 | 74.0 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 |
| Interest Expense | 140.5 | 179.7 | 241.1 | 241.0 | 38.1 | 42.8 | 47.8 | 51.0 | 179.7 | 55.3 | 60.8 | 62.5 | 62.5 | 241.1 | 61.0 | 60.0 | 60.0 | 60.0 | 241.0 |
| Misc. Income | (20.5) | (5.4) | (8.8) | (6.0) | (2.5) | (3.6) | (4.5) | 5.2 | (5.4) | (8.2) | (3.3) | 0.7 | 2.0 | (8.8) | (6.0) | (3.0) | 1.0 | 2.0 | (6.0) |
| Other Charges | 0.0 | (0.1) | 0.0 | 0.0 | 0.1 | (0.2) | 0.0 | 0.0 | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Pretax Income | 370.5 | 415.1 | 104.9 | 176.6 | 69.0 | 105.5 | 119.6 | 121.0 | 415.1 | 80.8 | 101.0 | (77.7) | 0.8 | 104.9 | (12.0) | 46.5 | 71.3 | 70.8 | 176.6 |
| Taxes | 129.6 | 102.7 | 49.9 | 45.9 | 17.9 | 28.7 | 31.3 | 24.8 | 102.7 | 22.3 | 27.1 | 0.3 | 0.2 | 49.9 | (3.1) | 12.1 | 18.5 | 18.4 | 45.9 |
| **Net Income** | **$240.7** | **$312.1** | **$55.0** | **$130.7** | **$51.1** | **$76.8** | **$88.0** | **$96.2** | **$312.1** | **$58.5** | **$73.9** | **($78.0)** | **$0.6** | **$55.0** | **($8.9)** | **$34.4** | **$52.8** | **$52.4** | **$130.7** |
| **EPS** | **$4.53** | **$5.91** | **$1.05** | **$2.50** | **$0.96** | **$1.46** | **$1.67** | **$1.82** | **$5.91** | **$1.11** | **$1.40** | **($1.49)** | **$0.01** | **$1.05** | **($0.17)** | **$0.66** | **$1.01** | **$1.00** | **$2.50** |
| Diluted Shares | 53.1 | 52.8 | 52.4 | 52.2 | 53.0 | 52.6 | 52.8 | 52.8 | 52.8 | 52.6 | 52.5 | 52.3 | 52.3 | 52.4 | 52.3 | 52.2 | 52.2 | 52.2 | 52.2 |
| **Adjusted EBITDA** | **$1,807.1** | **$2,071.1** | **$2,341.0** | **$2,403.6** | **$479.7** | **$508.6** | **$527.6** | **$555.2** | **$2,071.1** | **$564.7** | **$578.8** | **$592.2** | **$605.3** | **$2,341.0** | **$563.0** | **$605.5** | **$620.3** | **$614.8** | **$2,403.6** |

| RATIO ANALYSIS | 2017 | 2018 | 2019E | 2020E | Mar-18 | Jun-18 | Sep-18 | Dec-18 | 2018 | Mar-19 | Jun-19 | Sep-19 | Dec-19E | 2019E | Mar-20E | Jun-20E | Sep-20E | Dec-20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost of Lease and Rental | 32.2% | 30.4% | 33.8% | 33.7% | 32.3% | 30.3% | 29.9% | 29.3% | 30.4% | 30.5% | 30.6% | 39.5% | 34.5% | 33.8% | 34.5% | 33.8% | 34.1% | 32.6% | 33.7% |
| Cost of Services | 40.8% | 43.5% | 43.9% | 44.0% | 41.4% | 43.5% | 43.9% | 45.0% | 43.5% | 44.6% | 43.5% | 42.6% | 45.1% | 43.9% | 44.7% | 43.5% | 42.6% | 45.1% | 44.0% |
| Cost of Fuel Services | 6.9% | 7.2% | 6.3% | 6.4% | 7.7% | 7.4% | 7.1% | 6.6% | 7.2% | 6.6% | 6.6% | 6.3% | 5.8% | 6.3% | 6.6% | 6.6% | 6.3% | 6.0% | 6.4% |
| **Total Gross Margin** | **20.0%** | **18.9%** | **16.0%** | **15.9%** | **18.5%** | **18.8%** | **19.1%** | **19.1%** | **18.9%** | **18.4%** | **19.3%** | **11.6%** | **14.6%** | **16.0%** | **14.2%** | **16.1%** | **17.0%** | **16.3%** | **15.9%** |
| Other Operating Expenses | 1.6% | 1.5% | 1.3% | 1.3% | 1.7% | 1.5% | 1.4% | 1.4% | 1.5% | 1.5% | 1.3% | 1.3% | 1.2% | 1.3% | 1.5% | 1.3% | 1.3% | 1.2% | 1.3% |
| SG&A | 11.5% | 10.1% | 10.0% | 9.8% | 10.9% | 10.2% | 10.0% | 9.6% | 10.1% | 10.6% | 10.1% | 9.9% | 9.4% | 10.0% | 10.5% | 9.9% | 9.7% | 9.3% | 9.8% |
| **Adjusted EBITDA** | **24.7%** | **24.6%** | **26.3%** | **26.7%** | **25.2%** | **24.3%** | **24.4%** | **24.6%** | **24.6%** | **25.9%** | **25.8%** | **26.6%** | **26.9%** | **26.3%** | **26.4%** | **27.3%** | **27.3%** | **25.7%** | **26.7%** |
| **Operating Margin** | **7.0%** | **7.3%** | **4.6%** | **4.8%** | **5.9%** | **7.2%** | **7.7%** | **8.1%** | **7.3%** | **6.2%** | **7.9%** | **0.4%** | **4.0%** | **4.6%** | **2.3%** | **4.9%** | **6.0%** | **5.8%** | **4.8%** |
| Tax Rate | 35.0% | 24.7% | 47.6% | 26.0% | 25.9% | 27.2% | 26.2% | 20.5% | 24.7% | 27.6% | 26.8% | (0.4%) | 25.0% | 47.6% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |
| Net Income | 3.3% | 3.7% | 0.6% | 1.5% | 2.7% | 3.7% | 4.1% | 4.3% | 3.7% | 2.7% | 3.3% | (3.5%) | 0.0% | 0.6% | (0.4%) | 1.6% | 2.3% | 2.2% | 1.5% |

| CHANGE | 2017 | 2018 | 2019E | 2020E | Mar-18 | Jun-18 | Sep-18 | Dec-18 | 2018 | Mar-19 | Jun-19 | Sep-19 | Dec-19E | 2019E | Mar-20E | Jun-20E | Sep-20E | Dec-20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | **7.6%** | **15.2%** | **5.7%** | **1.3%** | **9.6%** | **16.9%** | **16.8%** | **16.9%** | **15.2%** | **14.5%** | **7.4%** | **3.0%** | **(0.5%)** | **5.7%** | **(2.3%)** | **(1.4%)** | **2.1%** | **6.5%** | **1.3%** |
| Fleet Management Solutions | 3.9% | 11.1% | 5.5% | (0.2%) | 9.8% | 11.4% | 11.9% | 11.2% | 11.1% | 8.7% | 7.3% | 4.4% | 2.0% | 5.5% | (2.0%) | (2.0%) | (2.0%) | 5.0% | (0.2%) |
| Dedicated Transportation Solutions | 7.3% | 21.7% | 8.4% | 7.0% | 12.2% | 21.4% | 25.1% | 27.7% | 21.7% | 16.9% | 9.6% | 5.5% | 3.0% | 8.4% | 5.0% | 5.0% | 9.0% | 9.0% | 7.0% |
| Supply Chain Solutions | 18.7% | 23.3% | 5.9% | 2.2% | 9.5% | 29.8% | 26.7% | 26.1% | 23.3% | 28.5% | 7.4% | (1.7%) | (5.0%) | 5.9% | (5.0%) | (2.0%) | 8.0% | 8.0% | 2.2% |
| Eliminations | 9.7% | 22.8% | 10.5% | 5.0% | 16.6% | 24.0% | 27.3% | 23.2% | 22.8% | 18.1% | 11.6% | 2.0% | 11.0% | 10.5% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Operating Income | (12.9%) | 20.3% | (32.7%) | 5.0% | 13.0% | 15.9% | 19.9% | 29.9% | 20.3% | 21.4% | 17.7% | (95.1%) | (50.5%) | (32.7%) | (64.8%) | (38.6%) | 1,576.4% | 52.6% | 5.0% |
| **EBITDA** | **(0.4%)** | **14.6%** | **13.0%** | **2.7%** | **12.8%** | **16.2%** | **12.6%** | **16.7%** | **14.6%** | **17.7%** | **13.8%** | **12.2%** | **9.0%** | **13.0%** | **(0.3%)** | **4.6%** | **4.8%** | **1.6%** | **2.7%** |
| Net Income | (17.1%) | 29.6% | (82.4%) | 137.7% | 15.1% | 44.6% | 24.3% | 32.6% | 29.6% | 14.5% | (3.8%) | (188.6%) | (99.4%) | (82.4%) | (115.2%) | (53.4%) | (167.7%) | 8,686.8% | 137.7% |
| EPS | (16.5%) | 30.5% | (82.3%) | 138.6% | 16.0% | 45.5% | 24.3% | 33.3% | 30.5% | 15.4% | (4.3%) | (189.5%) | (99.4%) | (82.3%) | (115.3%) | (52.8%) | (167.8%) | 8,703.7% | 138.6% |

Sources: Company reports and SunTrust Robinson Humphrey estimates

Price as of:   10/29/19   $53.00



## Company Description

Ryder System, Inc. (R) is a leading provider of outsourced transportation and logistics services. It operates under three reporting segments: Fleet Management Solutions (FMS), Dedicated Transportation Solutions (DTS), and Supply Chain Solutions (SCS). The Fleet Management Solutions segment provides full-service leasing, contract maintenance, as well as short term rental services of trucks, trailers, and tractors. The Dedicated Transportation Solutions segment offers turnkey transportation services which include providing dedicated fleets and drivers for their customers. Lastly, the Supply Chain Solutions segment offers distribution management (i.e. warehouse/distribution center operations, reverse logistics), transportation management (i.e. shipment planning, freight brokerage), and dedicated transportation services. The company was founded in 1933 and is headquartered in Miami, FL.

## Investment Thesis

Our Buy rating is based on our belief that Ryder should be able to drive at least MSD revenue growth, despite a weaker freight environment, given the contractual nature of its services and as customers look to outsource their supply chain needs in an increasingly more challenging environment. With residual values for vehicles lowered, we believe investors will start to focus on the size of the transportation outsourcing market, as well as Ryder's internal initiatives to drive meaningful costs out of its business.

## Valuation and Risks

Our $60 PT assumes a 4.5x multiple on our 2020 EBITDA estimate, in line with its historical range of 4x-6x. Given the secular trends toward transportation outsourcing we believe this multiple is justifiable. Risks to our target include (1) declining used vehicle prices, (2) economic recession leading to reduced transportation demand, and (3) high customer concentration for its Supply Chain Solutions segment.

## Analyst Certification

I, Stephanie Benjamin , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

SunTrust Robinson Humphrey, Inc. or an affiliate managed or co-managed a securities offering for the following company within the last 12 months: R-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for investment banking services within the last 12 months: R-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for investment banking services within the last 12 months: R-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for non-securities-related services within the last 12 months: R-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for non-securities related services within the last 12 months: R-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



**Rating and Price Target History for: Ryder System, Inc. (R-US) as of 10-29-2019**

Created by: BlueMatrix

## STRH Ratings System for Equity Securities

**Dissemination of Research**

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

**STRH Rating System for Equity Securities**

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**BUY (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold



S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 10/29/2019):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 409 | 61.69% | Buy | 113 | 27.63% |
| Hold | 246 | 37.10% | Hold | 41 | 16.67% |
| Sell | 8 | 1.21% | Sell | 1 | 12.50% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2019. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070