# EXHIBIT 22

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



# Fourth Quarter 2019 Earnings & 2020 Forecast Conference Call

**Note Regarding Forward-Looking Statements:**

*Certain statements and information included in this presentation are "forward-looking statements" under the Federal Private Securities Litigation Reform Act of 1995, including our forecast, outlook, expectations regarding market trends and economic environment; our financial condition; our fleet growth; performance in our product lines and segments; the strength of our contractual sales pipeline; demand, utilization and pricing in our commercial rental business; demand, sales and pricing in used vehicle sales; used vehicle inventory levels; residual values and depreciation expense; adjusted return on capital; adjusted return on equity, operating cash flow; free cash flow; capital expenditures; leverage; our ability to make investments in and obtain our projected benefits from sales, lease pricing, marketing, IT, e-commerce and new product initiatives; costs of implementing our ERP system; the impact and adequacy of steps we have taken to address our cost structure and improve returns; our ability to implement our asset management strategy to right size the rental fleet; our ability to successfully implement our maintenance cost-savings initiatives; our ability to gain market acceptance of our new products and services; and OEM production levels. Our forward-looking statements also include our estimates of the impact of our changes to residual value estimates on earnings and depreciation expense. The expected impact of the change in residual value estimates is based on our current assessment of the residual values and useful lives of revenue-earning equipment based on multi-year trends and our outlook for the expected near-term used vehicle market. Our assessment is subject to risks, uncertainties, and assumptions as to future events that may not prove to be accurate. Factors that could cause actual results related to vehicle residual values to materially differ from estimates include, but are not limited to, changes in supply and demand, competitor pricing, regulatory requirements, driver shortages, requirements and preferences, as well as changes in underlying assumption factors.*

*All of our forward-looking statements should be evaluated with consideration given to the many risks and uncertainties inherent in our business that could cause actual results and events to differ materially from those in the forward-looking statements. Important factors that could cause such differences include, among others, our ability to adapt to changing market conditions, lower than expected contractual sales, decreases in commercial rental demand or utilization or poor acceptance of rental pricing, worsening of market demand for or excess supply of used vehicles impacting current and/or estimated pricing and our anticipated proportion of retail versus wholesale sales, lack of customer demand for our services, higher than expected maintenance costs, lower than expected benefits from our cost-savings initiatives, lower than expected benefits from our sales, marketing and new product initiatives, higher than expected costs related to our ERP implementation, setbacks or uncertainty in the economic market or in our ability to grow and retain profitable customer accounts, implementation or enforcement of regulations, decreases in freight demand or volumes, poor operational execution including with respect to new accounts and product launches, our difficulty in obtaining adequate profit margins for our services, our inability to maintain current pricing levels due to soft economic conditions, business interruptions or expenditures due to labor disputes, severe weather or natural occurrences, competition from other service providers and new entrants, lower than anticipated customer retention levels, loss of key customers, driver and technician shortages resulting in higher procurement costs and turnover rates, higher than expected bad debt reserves or write-offs, changes in customers' business environments that will limit their ability to commit to long-term vehicle leases, a decrease in credit ratings, increased debt costs, adequacy of accounting estimates, higher than expected reserves and accruals particularly with respect to pension, taxes, depreciation, insurance and revenue, impact of changes in our residual value estimates and accounting policies, including our depreciation policy, the sudden or unusual changes in fuel prices, unanticipated currency exchange rate fluctuations, our ability to manage our cost structure, and the risks described in our filings with the Securities and Exchange Commission (SEC). The risks included here are not exhaustive. New risks emerge from time to time and it is not possible for management to predict all such risk factors or to assess the impact of such risks on our business. Accordingly, we undertake no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise.*

**Note Regarding Non-GAAP Financial Measures:**  This news release includes certain non-GAAP financial measures as defined under SEC rules, including:

**Comparable Earnings Measures**, including comparable earnings from continuing operations, comparable earnings per share from continuing operations, comparable earnings before income tax, comparable earnings before interest, income tax, depreciation and amortization, and comparable effective income tax rate. Additionally, our adjusted return on equity (ROE), adjusted return on capital (ROC) and adjusted return on capital spread (ROC spread) measures are calculated based on adjusted earnings items.

**Operating Revenue Measures**, including operating revenue for Ryder and its business segments, and segment EBT as a percentage of operating revenue.

**Cash Flow Measures**, including total cash generated and free cash flow.

**Debt Measures**, including total obligations and total obligations to equity.

Refer to Appendix - Non-GAAP Financial Measures for reconciliations of the non-GAAP financial measures contained in this presentation to the nearest GAAP measure. Additional information regarding non-GAAP financial measures as required by Regulation G and Item 10(e) of Regulation S-K can be found in our most recent Form 10-K, Form 10-Q, and our Form 8-K filed with the SEC as of the date of this presentation, which are available at http://investors.ryder.com.

**All amounts subsequent to January 1, 2017 have been recast to reflect the impact of the lease accounting standard, ASU 2016-02, *Leases.***
**Amounts throughout the presentation may not be additive due to rounding.**

@ 2019 Ryder System, Inc.
All Rights Reserved

FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS



@ 2019 Ryder System, Inc.
All Rights Reserved

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS**



## Fourth Quarter

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



- **FMS loss before tax (EBT) of          compared to earnings of $111M in the prior year**

@ 2019 Ryder System, Inc.
All Rights Reserved

**Ryder**
*Ever better.*

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**





@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS**



| | | |
|---|---|---:|
| $ | | 2,871 |
| | | 557 |
| | | 193 |
| | | 3,620 |
| | | (518) |
| $ | | 3,102 |

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**

**320 %**

@ 2019 Ryder System, Inc.
All Rights Reserved

FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS





@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS**



- Two-year 1.5 million share anti-dilutive repurchase program available

@ 2019 Ryder System, Inc.
All Rights Reserved



NM - Not Meaningful

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE  I  DEDICATED TRANSPORTATION  I  SUPPLY CHAIN SOLUTIONS**







(1)
(2)

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



Waterfall chart:

- 2019 Actual: $1.01
- Depreciation / Used Vehicle Sales: $1.65
- Contractual Businesses (ChoiceLease, SCS & DTS): $0.55
- Rental: $0.62
- Strategic Investments: $0.45
- Return Improvement Actions: $0.25
- Overhead & Other: $0.05
- Tax Rate: $0.35
- 2020 Forecast: $1.10 - $1.50

(1)

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS**

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**





@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**

@ 2019 Ryder System, Inc.
All Rig

ATION   I   SUPPLY CHAIN SOLUTIONS



| | |
|---|---|
| Adjusted Return on Equity | 11 - 15% |
| Operating Revenue Growth | |
| EBT as % of Operating Revenue | |
| Leverage (Debt-to-Equity) | 250 - 300% |

@ 2019 Ryder System, Inc.
All Rig...

**...ATION  I  SUPPLY CHAIN SOLUTIONS**

**Ryder** *Ever better.*

@ 2019 Ryder System, Inc.
All Rights Reserved

FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



**Asset Management**

**Non-GAAP Financial Measures & Reconciliations**

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS**

*($ millions)*

2019 Actual

| | |
|---:|---|
| $ 289 | 2H19 depreciation impact estimate (7/1/19 change) |
| 8 | Variance to depreciation impact estimate (7/1/19 change) |
| 60 | FY19 depreciation impact  (1/1/19 change) |
| 357 | FY19 depreciation impact from residual value estimate changes |
| 59 | FY19 losses from used vehicle sales |
| $ 415 | Total pre-tax impact from depreciation and UVS losses |

2020 Forecast

| | |
|---:|---|
| $ 250 | FY20 depreciation impact estimate (7/1/19 change) |
| 25 | FY20 depreciation impact estimate (1/1/19 change) |
| 275 | FY20 estimated depreciation impact from residual value estimate changes |
| 20 | FY20 estimated losses from used vehicle sales |
| $ 295 | Total estimated pre-tax impact from depreciation and UVS losses |

| | |
|---:|---|
| $  120 | *Lower estimated year-over-year pre-tax impact from residual value estimate change* |
| $1.65 | *Lower estimated year-over-year after-tax per share impact from residual value estimate change* |

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



| | 2019 O/(U) 2018 | 2018 O/(U) 2017 |
|---|---|---|

@ 2019 Ryder System, Inc.
All Rights Reserved

FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS

**Ryder**
*Ever better.*

**Full Year**

$ 2,268

NM = Not Meaningful

@ 2019 Ryder System, Inc.
All Rights Reserved

FLEET LEASING & MAINTENANCE    |    DEDICATED TRANSPORTATION    |    SUPPLY CHAIN SOLUTIONS



$ (52.7) | $ 124.8

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**

**Ryder**
*Ever better.*

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE | DEDICATED TRANSPORTATION | SUPPLY CHAIN SOLUTIONS**

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE    I    DEDICATED TRANSPORTATION    I    SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS**



20%

14.4%        14.8%        14.9%

.4%                                    16.6%

                                                  13.2%
                                                              11.1%        12.7%

10%

0%                                                                                    0.3%        2.7%

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



5.7%   5.7%   5.8%   5.8%   5.8%

5.5%   4.8%

4.8%   4.8%   4.7%   4.4%   4.3%   4.1%   4.8%   4.8%   4.4%

5.2%   1.9%   2.5%

4.2%

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**





Growth Capital Expenditures – Lease & Rental

**Free Cash Flow**

**Total Cash Generated**
**Comparable EBITDA**

FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS

@ 2019 Ryder System, Inc.
All Rights Reserved

# Financial Indicators Forecast







**Redeployments** – Vehicles coming off-lease or in Rental with useful life remaining are redeployed in the Ryder fleet (SCS, or with another Lease customer). Redeployments exclude units transferred into the Rental product line.

**Extensions** – Ryder re-prices lease contract and extends maturity date.

**Early terminations** – Customer elects to terminate lease prior to maturity. Depending on the remaining useful life, the vehicle may be redeployed in the Ryder fleet (Commercial Rental, SCS, other Lease customer) or sold by Ryder.

Legend: 4Q13 YTD, 4Q14 YTD, 4Q15 YTD, 4Q16 YTD, 4Q17 YTD, 4Q18 YTD, 4Q19 YTD

Y-axis: Percentage of Average Fleet Count

**Redeployments:** 4.3%, 4.1%, 3.1%, 4.6%, 5.2%, 3.2%, 4.0%

**Extensions:** 7.2%, 6.6%, 5.4%, 5.9%, 6.6%, 4.5%, 5.5%

**Early terminations (a)(b)(c):** 2.9%, 3.1%, 3.0%, 3.8%, 3.6%, 2.5%, 3.0%

(a)   Current year statistics may exclude some units due to a lag in reporting

(b)   Excludes early terminations where customer purchases vehicle

(c)   Beginning in 2018, activity excludes internal assignments.  Historical periods not restated to exclude assignments (represents ~30% of volume)

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**

Ryder — Ever better.

| Non-GAAP Financial Measure | Comparable GAAP Measure | Reconciliation & Additional Information Presented on Slide Titled |
|---|---|---|
| **Operating Revenue Measures:** | | |
| | | |
| **Comparable Earnings Measures:** | | |
| | | |
| **Cash Flow Measures:** | | |
| | | |
| **Debt Measures:** | | |

@ 2019 Ryder System, Inc.
All Rights Reserved

FLEET LEASING & MAINTENANCE   I   DEDICA...   I   SUPPLY CHAIN SOLUTIONS

**Ryder**
*Ever better.*

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**





| | | |
|---|---:|---|
| $ | 305 | |
| | 18 | |
| | 164 | |
| | 486 | |
| | (171) | |
| $ | 315 | |
| $ | 1,895 | |
| | 11 | |
| $ | 1,906 | |
| | 16.5 | % |

(7)   Other items impacting comparability are comprised of the following:

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**





@ 2019 Ryder System, Inc.
All Rights Reserved

FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS

(9)   Other items impacting comparability are discussed in our Adjusted Return on Equity Reconciliation.

@ 2019 Ryder System, Inc.
All Rights Reserved

FLEET LEASING & MAINTENANCE    I    DEDICATED TRANSPORTATION    I    SUPPLY CHAIN SOLUTIONS



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



| | |
|---|---:|
| | (423.7) |
| | 296.4 |
| | 27.7 |
| | 17.3 |
| | 5.5 |
| | — |
| | 2.2 |
| | 23.3 |
| | (24.1) |
| | — |
| | 348.3 |
| | 141.9 |
| | 1,257.7 |
| | 58.1 |
| | 5.8 |
| $ | 1,812.0 |

@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE  |  DEDICATED TRANSPORTATION  |  SUPPLY CHAIN SOLUTIONS**



| | | | | | | |
|---|---|---|---|---|---|---|
| $ | (53.1) | $ | 111.8 | | $ | (23.3) | $ | 286.9 |
| | (69.2) | | 4.2 | | | (19.0) | | 102.5 |
| | (122.2) | | 116.0 | | | (42.3) | | 389.5 |
| | 40.3 | | 4.3 | | | 60.4 | | 7.5 |
| | 7.6 | | 0.7 | | | 21.3 | | 0.7 |
| | 21.6 | | 3.8 | | | 35.3 | | 5.6 |
| | — | | — | | | (18.6) | | — |
| | — | | — | | | — | | 15.5 |
| | (52.7) | | 124.8 | | | 56.1 | | 418.9 |
| | 62.8 | | 51.7 | | | 241.4 | | 180.5 |
| | 536.2 | | 366.6 | | | 1,878.9 | | 1,388.6 |
| | 15.2 | | 14.6 | | | 83.1 | | 53.7 |
| | 2.0 | | 2.0 | | | 8.3 | | 7.6 |
| $ | 563.5 | $ | 559.8 | $ 2,265.0 | $ | 2,267.8 | $ | 2,049.4 |

@ 2019 Ryder System, Inc.
All Rights Reserved

FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



@ 2019 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



