# EXHIBIT 38

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

The undersigned, Angela Rodell and Benjamin Hofmeister, on behalf of the State of Alaska, Alaska Permanent Fund ("Alaska"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. We have reviewed a complaint filed in this matter.

2. We are duly authorized to institute legal action on behalf of Alaska, including litigation against Ryder System, Inc. and any other defendants, and file this motion for appointment of Alaska as lead plaintiff.

3. Alaska did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Alaska is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Alaska fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. Alaska's transactions in the Ryder System, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

6. Alaska has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

7. Alaska will not accept any payment for serving as a representative party on behalf of the Class beyond Alaska's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of July, 2020.

Angela Rodell
Chief Executive Officer
Alaska Permanent Fund Corp.

Benjamin Hofmeister
Assistant Attorney General
Alaska Department of Law

**State of Alaska, Alaska Permanent Fund**
**Transactions in Ryder System, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/21/2016 | 300 | 48.3100 |
| Purchase | 3/14/2016 | 800 | 61.2378 |
| Purchase | 3/18/2016 | 649 | 65.0595 |
| Purchase | 5/27/2016 | 71 | 69.5200 |
| Purchase | 12/8/2016 | 66 | 83.6652 |
| Purchase | 6/16/2017 | 4,674 | 67.1490 |
| Purchase | 6/30/2017 | 441 | 72.0949 |
| Purchase | 7/11/2017 | 111 | 73.5900 |
| Purchase | 10/25/2017 | 482 | 81.7261 |
| Purchase | 10/26/2017 | 39 | 82.3600 |
| Purchase | 3/6/2018 | 102 | 73.3500 |
| Purchase | 3/16/2018 | 249 | 75.2000 |
| Purchase | 4/3/2018 | 60 | 73.3800 |
| Purchase | 4/23/2018 | 2,600 | 74.5781 |
| Purchase | 4/23/2018 | 10,358 | 74.4358 |
| Purchase | 4/24/2018 | 6,261 | 68.5816 |
| Purchase | 4/24/2018 | 8,959 | 68.7757 |
| Purchase | 5/4/2018 | 1,100 | 67.6151 |
| Purchase | 5/9/2018 | 1,299 | 68.5270 |
| Purchase | 6/8/2018 | 72 | 68.6000 |
| Purchase | 6/25/2018 | 12,268 | 70.9584 |
| Purchase | 6/25/2018 | 3,050 | 71.2092 |
| Purchase | 6/26/2018 | 4,591 | 71.0161 |
| Purchase | 6/26/2018 | 1,150 | 70.6000 |
| Purchase | 6/28/2018 | 5,751 | 69.8823 |
| Purchase | 6/28/2018 | 1,425 | 69.8834 |
| Purchase | 6/29/2018 | 53 | 71.8600 |
| Purchase | 7/17/2018 | 1,075 | 73.5922 |
| Purchase | 7/17/2018 | 3,697 | 73.3774 |
| Purchase | 7/18/2018 | 1,350 | 74.3331 |
| Purchase | 7/18/2018 | 638 | 74.1940 |
| Purchase | 7/18/2018 | 450 | 74.0256 |
| Purchase | 7/20/2018 | 5,072 | 74.9027 |
| Purchase | 8/22/2018 | 317 | 79.0100 |
| Purchase | 10/10/2018 | 77 | 67.1000 |
| Purchase | 11/30/2018 | 1,350 | 56.5375 |
| Purchase | 11/30/2018 | 12,073 | 56.5727 |
| Purchase | 12/14/2018 | 5,052 | 48.9805 |

**State of Alaska, Alaska Permanent Fund**
**Transactions in Ryder System, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 12/17/2018 | 12,135 | 49.2066 |
| Purchase | 12/18/2018 | 1,900 | 48.7666 |
| Purchase | 12/19/2018 | 1,382 | 48.3545 |
| Purchase | 2/8/2019 | 67 | 57.9200 |
| Purchase | 2/20/2019 | 8,748 | 64.2648 |
| Purchase | 2/26/2019 | 44 | 62.0000 |
| Purchase | 3/15/2019 | 867 | 60.9400 |
| Purchase | 8/8/2019 | 61 | 49.9300 |
| Purchase | 8/14/2019 | 2,700 | 47.1612 |
| Purchase | 8/15/2019 | 700 | 46.3000 |
| Purchase | 8/15/2019 | 2,100 | 46.5175 |
| Purchase | 8/15/2019 | 4,963 | 46.4004 |
| Purchase | 8/16/2019 | 895 | 47.4317 |
| Purchase | 8/19/2019 | 1,775 | 48.5855 |
| Purchase | 8/19/2019 | 2,237 | 48.3304 |
| Purchase | 8/20/2019 | 1,727 | 47.7775 |
| Purchase | 8/21/2019 | 736 | 48.6297 |
| Purchase | 8/22/2019 | 1,029 | 48.8171 |
| Purchase | 8/23/2019 | 2,420 | 47.5355 |
| Purchase | 9/9/2019 | 27,364 | 53.6100 |
| Purchase | 9/30/2019 | 2,800 | 51.6086 |
| Purchase | 10/29/2019 | 2,500 | 54.0918 |
| Purchase | 10/30/2019 | 2,600 | 48.6803 |
| Purchase | 10/31/2019 | 2,800 | 48.1266 |
| Purchase | 11/7/2019 | 237 | 54.6706 |
| Purchase | 11/13/2019 | 250 | 51.8771 |
| Purchase | 12/10/2019 | 2,300 | 52.0509 |
| Purchase | 12/11/2019 | 2,300 | 51.5139 |
| Purchase | 12/13/2019 | 4,600 | 52.1223 |
| Purchase | 12/20/2019 | 1,300 | 53.7500 |
| Purchase | 12/31/2019 | 66 | 54.3100 |
| Purchase | 1/14/2020 | 26,400 | 55.1486 |
| | | | |
| Sale | 8/25/2015 | (860) | 76.1600 |
| Sale | 12/3/2015 | (868) | 62.2800 |
| Sale | 12/3/2015 | (2,280) | 62.2800 |
| Sale | 12/4/2015 | (654) | 60.8691 |
| Sale | 12/7/2015 | (1,169) | 59.2172 |

**State of Alaska, Alaska Permanent Fund**
**Transactions in Ryder System, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 1/11/2016 | (129,400) | 50.0752 |
| Sale | 1/29/2016 | (318) | 51.6065 |
| Sale | 2/28/2017 | (592) | 76.1500 |
| Sale | 2/28/2017 | (500) | 76.0801 |
| Sale | 2/28/2017 | (400) | 76.1500 |
| Sale | 6/16/2017 | (392) | 67.1535 |
| Sale | 10/13/2017 | (72) | 81.0300 |
| Sale | 12/17/2018 | (1,265) | 49.2000 |
| Sale | 12/18/2018 | (1,353) | 48.8700 |
| Sale | 2/22/2019 | (46) | 63.5500 |
| Sale | 3/21/2019 | (8,748) | 59.9528 |
| Sale | 9/20/2019 | (72) | 51.3311 |

## CERTIFICATION PURSUANT TO
## <u>THE FEDERAL SECURITIES LAWS</u>

I, Nick Schiess, on behalf of City of Fort Lauderdale General Employees' Retirement System ("Fort Lauderdale"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Pension Administrator of Fort Lauderdale.  I have reviewed a complaint filed in this matter.  Fort Lauderdale has authorized the filing of this motion for appointment as lead plaintiff.

2. Fort Lauderdale did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Fort Lauderdale is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.  Fort Lauderdale fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Fort Lauderdale's transactions in the Ryder System, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Fort Lauderdale has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

*Steamfitters Local 449 Pension Plan v. Skechers U.S.A., Inc.*, No. 17-cv-8107 (S.D.N.Y.)
*Louisiana Sheriffs' Pension & Relief Fund v. Cardinal Health, Inc.,*
No. 19-cv-3347 (S.D. Ohio)

6.  Fort Lauderdale will not accept any payment for serving as a representative party on behalf of the Class beyond Fort Lauderdale's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __17__ day of July, 2020.

_____
Nick Schiess
Pension Administrator
*City of Fort Lauderdale General Employees' Retirement System*

**City of Fort Lauderdale General Employees' Retirement System
Transactions in Ryder System Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/14/2015 | 3,010 | 70.3126 |
| Purchase | 10/15/2015 | 3,260 | 72.4836 |
| Purchase | 10/16/2015 | 1,350 | 71.8395 |
| Purchase | 10/16/2015 | 1,550 | 72.0958 |
| Purchase | 10/19/2015 | 570 | 72.1017 |
| Purchase | 10/23/2015 | 650 | 69.5865 |
| Purchase | 11/24/2015 | 790 | 66.1491 |
| Purchase | 12/11/2015 | 960 | 57.2028 |
| Purchase | 2/2/2016 | 490 | 52.0027 |
| Purchase | 6/21/2016 | 610 | 64.8673 |
| Purchase | 7/27/2016 | 1,410 | 66.4639 |
| Purchase | 1/24/2017 | 250 | 76.6775 |
| Purchase | 2/2/2017 | 520 | 73.2512 |
| Purchase | 4/25/2017 | 890 | 71.8300 |
| Purchase | 5/16/2017 | 960 | 65.5137 |
| Purchase | 5/17/2017 | 330 | 63.7749 |
| Purchase | 7/26/2017 | 3,033 | 76.6896 |
| Purchase | 7/28/2017 | 805 | 72.3670 |
| Purchase | 11/28/2017 | 420 | 78.0496 |
| Purchase | 2/16/2018 | 810 | 77.1877 |
| Purchase | 2/20/2018 | 380 | 75.0836 |
| Purchase | 3/1/2018 | 240 | 73.3996 |
| Purchase | 4/5/2018 | 630 | 70.8876 |
| Purchase | 4/24/2018 | 700 | 70.3388 |
| Purchase | 4/27/2018 | 77 | 67.8981 |
| Purchase | 4/30/2018 | 432 | 67.7285 |
| Purchase | 5/1/2018 | 371 | 66.9443 |
| Purchase | 10/26/2018 | 1,946 | 57.1399 |
| Purchase | 11/26/2018 | 1,030 | 55.0069 |
| Purchase | 4/30/2019 | 560 | 62.8354 |
| Purchase | 6/4/2019 | 510 | 52.6841 |
| Purchase | 7/30/2019 | 470 | 53.6693 |
| Purchase | 10/29/2019 | 1,250 | 50.6376 |
| Sale | 9/15/2015 | (213) | 83.0700 |
| Sale | 9/15/2015 | (1) | 83.1100 |
| Sale | 9/15/2015 | (386) | 83.1000 |
| Sale | 10/13/2015 | (430) | 70.6646 |

**City of Fort Lauderdale General Employees' Retirement System**
**Transactions in Ryder System Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 10/13/2015 | (346) | 69.1100 |
| Sale | 10/13/2015 | (164) | 69.0000 |
| Sale | 10/13/2015 | (114) | 70.2823 |
| Sale | 10/13/2015 | (270) | 69.4393 |
| Sale | 10/13/2015 | (1,154) | 69.1625 |
| Sale | 10/13/2015 | (1,036) | 69.0950 |
| Sale | 10/13/2015 | (248) | 68.9525 |
| Sale | 10/13/2015 | (219) | 69.4500 |
| Sale | 10/13/2015 | (588) | 69.4500 |
| Sale | 10/13/2015 | (567) | 69.1970 |
| Sale | 10/14/2015 | (345) | 69.9621 |
| Sale | 10/14/2015 | (719) | 69.2219 |
| Sale | 9/22/2016 | (870) | 64.6374 |
| Sale | 11/7/2016 | (1,030) | 69.9838 |
| Sale | 11/23/2016 | (1,120) | 80.4343 |
| Sale | 11/29/2016 | (50) | 78.8890 |
| Sale | 3/28/2017 | (360) | 75.1656 |
| Sale | 7/12/2017 | (1,620) | 74.4488 |
| Sale | 9/28/2017 | (650) | 83.6417 |
| Sale | 10/2/2017 | (750) | 84.4694 |
| Sale | 12/27/2017 | (570) | 84.5018 |
| Sale | 1/24/2018 | (30) | 87.9569 |
| Sale | 3/22/2018 | (490) | 73.7959 |
| Sale | 4/25/2018 | (260) | 67.7338 |
| Sale | 6/28/2018 | (600) | 69.8329 |
| Sale | 7/26/2018 | (610) | 78.0372 |
| Sale | 8/9/2018 | (280) | 77.5817 |
| Sale | 2/26/2019 | (60) | 62.6967 |
| Sale | 4/25/2019 | (630) | 64.5728 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Brian Kendall, on behalf of City of Plantation Police Officers Pension Fund ("Plantation Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of Plantation Police. I have reviewed a complaint filed in this matter with the Fund's legal counsel. Based on the legal counsel's knowledge and advice, Plantation Police has authorized the filing of this motion for appointment as lead plaintiff.

2. Plantation Police did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Plantation Police is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Plantation Police fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Plantation Police's transactions in the Ryder System Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Plantation Police has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Meredith Corp. Securities Litigation,* No. 19-cv-294 (S.D. Iowa)

6. Plantation Police has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

   *West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc.,*
   No. 19-cv-1323 (N.D. Ill.)
   *In re Plantronics, Inc. Securities Litigation,* No. 19-cv-7481 (N.D. Cal.)

7. Plantation Police will not accept any payment for serving as a representative party on behalf of the Class beyond Plantation Police's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of May, 2020.

Brian Kendall
Chairman
*City of Plantation Police Officers Pension Fund*

**City of Plantation Police Officers Pension Fund**
**Transactions in Ryder System Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/14/2015 | 970 | 70.3126 |
| Purchase | 10/15/2015 | 1,050 | 72.4836 |
| Purchase | 10/16/2015 | 440 | 71.8395 |
| Purchase | 10/16/2015 | 500 | 72.0958 |
| Purchase | 10/19/2015 | 180 | 72.1017 |
| Purchase | 10/23/2015 | 210 | 69.5865 |
| Purchase | 11/24/2015 | 260 | 66.1491 |
| Purchase | 12/11/2015 | 310 | 57.2028 |
| Purchase | 2/2/2016 | 150 | 52.0027 |
| Purchase | 2/3/2016 | 228 | 49.9148 |
| Purchase | 2/24/2016 | 289 | 54.7135 |
| Purchase | 6/21/2016 | 190 | 64.8673 |
| Purchase | 7/27/2016 | 450 | 66.4639 |
| Purchase | 1/24/2017 | 110 | 76.6775 |
| Purchase | 2/2/2017 | 320 | 73.2512 |
| Purchase | 4/25/2017 | 370 | 71.8300 |
| Purchase | 5/16/2017 | 380 | 65.5137 |
| Purchase | 5/17/2017 | 90 | 63.3833 |
| Purchase | 5/17/2017 | 140 | 63.7749 |
| Purchase | 5/18/2017 | 153 | 62.9205 |
| Purchase | 11/28/2017 | 170 | 78.0496 |
| Purchase | 2/16/2018 | 420 | 77.1877 |
| Purchase | 2/20/2018 | 180 | 75.0836 |
| Purchase | 3/1/2018 | 110 | 73.3996 |
| Purchase | 4/5/2018 | 170 | 70.8876 |
| Purchase | 4/24/2018 | 320 | 70.3388 |
| Purchase | 11/26/2018 | 270 | 55.0069 |
| Purchase | 2/28/2019 | 526 | 62.1196 |
| Purchase | 3/1/2019 | 218 | 62.1613 |
| Purchase | 3/4/2019 | 926 | 62.6540 |
| Purchase | 3/5/2019 | 936 | 61.9594 |
| Purchase | 3/7/2019 | 447 | 60.1174 |
| Purchase | 3/8/2019 | 48 | 58.5000 |
| Purchase | 3/21/2019 | 484 | 59.9331 |
| Purchase | 3/25/2019 | 209 | 58.1064 |
| Purchase | 4/30/2019 | 459 | 62.8663 |
| Purchase | 4/30/2019 | 350 | 62.8354 |
| Purchase | 5/21/2019 | 79 | 57.8152 |
| Purchase | 5/22/2019 | 269 | 56.3105 |
| Purchase | 5/23/2019 | 237 | 54.6611 |
| Purchase | 5/31/2019 | 519 | 50.7354 |
| Purchase | 6/4/2019 | 280 | 52.6841 |
| Purchase | 6/6/2019 | 75 | 52.0621 |

**City of Plantation Police Officers Pension Fund**
**Transactions in Ryder System Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/7/2019 | 350 | 53.1840 |
| Purchase | 7/30/2019 | 250 | 53.6693 |
| Purchase | 10/29/2019 | 4 | 49.8800 |
| Purchase | 10/29/2019 | 663 | 50.6376 |
| Purchase | 10/30/2019 | 232 | 48.7799 |
| Purchase | 10/31/2019 | 110 | 47.0585 |
| Purchase | 11/22/2019 | 560 | 51.7863 |
| Purchase | 11/25/2019 | 636 | 53.1178 |
| Purchase | 12/2/2019 | 46 | 52.9054 |
| Purchase | 12/3/2019 | 618 | 51.3029 |
| Purchase | 12/5/2019 | 286 | 51.1377 |
| Purchase | 12/24/2019 | 619 | 53.9719 |
| Purchase | 1/6/2020 | 36 | 53.1827 |
| Purchase | 1/9/2020 | 366 | 53.7780 |
| Purchase | 1/10/2020 | 173 | 53.2860 |
| Purchase | 1/17/2020 | 471 | 55.4248 |
| Purchase | 1/21/2020 | 179 | 54.2856 |
| Purchase | 1/22/2020 | 99 | 53.5361 |
| Purchase | 1/22/2020 | 42 | 53.2244 |
| Purchase | 1/23/2020 | 275 | 52.3505 |
| Purchase | 1/27/2020 | 603 | 49.9848 |
| Purchase | 1/30/2020 | 87 | 49.0503 |
| Sale | 4/20/2016 | (517) | 67.8444 |
| Sale | 11/7/2016 | (210) | 69.9838 |
| Sale | 11/29/2016 | (220) | 78.8889 |
| Sale | 8/10/2017 | (106) | 72.0869 |
| Sale | 8/11/2017 | (137) | 72.8379 |
| Sale | 8/21/2017 | (200) | 72.0289 |
| Sale | 9/28/2017 | (280) | 83.6417 |
| Sale | 10/2/2017 | (320) | 84.4694 |
| Sale | 8/9/2018 | (140) | 77.5817 |
| Sale | 9/5/2019 | (237) | 51.2339 |
| Sale | 9/5/2019 | (480) | 51.3233 |
| Sale | 9/6/2019 | (249) | 51.2991 |
| Sale | 9/9/2019 | (641) | 52.9834 |
| Sale | 10/24/2019 | (296) | 53.4370 |
| Sale | 1/14/2020 | (151) | 55.1166 |
| Sale | 1/15/2020 | (39) | 55.9000 |