# EXHIBIT 42



**CHANGING TARGET**
February 13, 2020

# Ryder System, Inc. (R)

Please don't forward - Exclusive use: calene_candela@ryder.com

## 4Q Recap; Not the Guidance We Expected But the Right Investments for the Long Term; Reiterate Buy

### What's Incremental To Our View

Ryder provided 2020 guidance below expectations as 2020 will be an investment year as it pivots to improve its return/FCF profiles. We expect earnings acceleration in 2021 as D&A expense normalizes, as well as it laps what we view are 2020-specific investments. We are lowering our 2020 and 2021 EBITDA estimates to $2.24B and $2.30B, respectively (from $2.40B and $2.43B). With shares trading at the low end of its 10-yr band and the path to improved returns/positive FCF in place, we are reiterating our Buy rating. We are lowering our PT to $53 (4.6x 2021 EBITDA, low end of 4x-6x hist. range).

**The Set Up Going Into the Print:** Going into 4Q, one of the biggest investor concerns was whether Ryder lowered EPS expectations enough to account for the very weak used truck market which has reduced vehicle residual values (causing depreciation expense to increase). If you recall, Ryder's assumptions for vehicles sold in the near term (impacts accelerated depreciation) were based on used truck values at the lowest level in almost 20 years vs using a 5-year rolling average previously. This conservative assumption was made with the intent that there would be enough cushion in its depreciation expense guidance, and we viewed the company had effectively cleared the decks and EPS estimates were largely de-risked.

**What Actually Happened:** Ryder reported 4Q results with revenue slightly above and EPS below estimates, but still in line with the company's guidance. However, Ryder provided 2020 EPS guidance of $1.10-$1.50, well below Street estimates of $2.56. We note that it provided 2020 adjusted EBITDA guidance of $1.235B-$1.265B, roughly 5% below estimates. On the positive front, the used truck market was in line with the company's expectations for 4Q, as well as YTD, and the residual value assumptions/depreciation expense guidance is largely unchanged for 2020. However, Ryder announced today that 2020 would be a meaningful investment year for the company as it pivots to improve its return and free cash flow profiles, creating more balanced revenue and EPS growth.

**Where Do We Go From Here?:** We are certainly frustrated as this marks the third consecutive quarter of meaningful EPS estimate revisions. That said, we believe the investments announced today, which we outline in the attached report, are positioning the company for less volatility with an improved return profile and positive FCF going forward. More importantly, we expect earnings acceleration in 2021 as depreciation expense normalizes, as well as it laps the pruning of lower-return accounts and its investments in maintenance facilities

## Buy

**Price Target: $53.00**
*Prior: $60.00*

| Δ Key Drivers | | |
|---|---|---|
| | To | From |
| **2020 Revenue Growth** | 0.6% | 1.3% |
| **2020 SGA% of Sales** | 10.7% | 9.8% |
| **2020 Tax Rate** | 31% | 26% |

| | |
|---|---|
| Price (Feb. 13, 2020) | $45.01 |
| 52-Wk Range | $67.19-$45.01 |
| Market Cap ($M) | $2,354 |
| ADTV | 507,277 |
| Shares Out (M) | 52.3 |
| Short Interest Ratio/% Of Float | 4.8% |
| Dividend/Yield | $2.24/5.0% |
| TR to Target | 22.7% |
| Enterprise Value ($M) | $10,205.2 |

| | |
|---|---|
| Cash And Equivalents ($M) | $73.6 |
| Total Debt ($M) | $7,924.8 |
| Debt/TTM EBITDA | 3.4x |
| EV/EBITDA NTM | 4.6x |

| | 2019A | 2020E | | 2021E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** Adjusted | | | | | |
| 1Q | $1.11 | ($0.70) | ($0.17) | -- | |
| 2Q | $1.40 | $0.04 | $0.66 | -- | |
| 3Q | ($1.49) | $0.78 | $1.01 | -- | |
| 4Q | ($0.01) | $1.18 | $1.00 | -- | |
| FY | $1.01 | $1.31 | $2.50 | $2.74 | $4.70 |
| P/E | 44.6x | 34.4x | | 16.4x | |
| **Revenue ($M)** | | | | | |
| FY | $8,926 | $8,977 | $9,008 | $9,441 | $9,462 |
| **Consensus EPS** Adjusted | | | | | |
| FY | $1.01 | $2.56 | | $4.80 | |
| **EBITDA ($M)** | | | | | |
| FY | $1,268 | $2,242 | $2,396 | $2,302 | $2,426 |
| EV/ EBITDA | 8.0x | 4.6x | | 4.4x | |
| FYE Dec | | | | | |

**Stephanie Benjamin**
404-926-5190
stephanie.benjamin@suntrust.com

Joseph Hafling
404-836-5930
joseph.hafling@suntrust.com

**SEE PAGE 6 FOR REQUIRED DISCLOSURE INFORMATION**

Case 1:20-cv-22109-JB   Document 97-43   Entered on FLSD Docket 12/16/2022   Page 3 of 9



and used truck centers. We are lowering our 2020 and 2021 EBITDA estimates to $2.24B and $2.30B, respectively (from $2.40B and $2.43B).

The question remains, what if the risk estimates come down from here? We are comfortable with our updated estimates for three reasons:

First, as evident by its top-line performance, the demand environment for Ryder's services remains favorable as companies continue to outsource to Ryder to manage what are increasingly more complex supply chains. Second, we believe the risk to estimates from a weaker used truck market, which is largely outside of Ryder's control, has been properly accounted for in the current guidance. Recall, the guidance assumes used truck prices at a 20-year low and that there is even further deterioration in the 1H20. Third, the change in strategy announced today is within Ryder's control and the financial impact is now fully on the table. While we understand that it may take a couple quarters for investors to have comfort in Ryder's guidance, we believe this is more than accounted for in the stock's –10.3% move today (vs. S&P -0.2%) in which shares are trading at 4.55x 2020 EBITDA, the low end of its 10-year historical range.

We are lowering our price target to $53, equating to 4.6x 2021 EBITDA, at the low end of Ryder's 4x-6x historical range. We reiterate our Buy rating as we continue to believe the stock will be rewarding to patient investors.

**For more color on the 4Q results, 2020 guidance, and the company's updated strategy, please see the attached report.**

Case 1:20-cv-22109-JB   Document 97-43   Entered on FLSD Docket 12/16/2022   Page 4 of 9



**4Q19 Revenue Beat, EPS Miss:** Ryder reported 4Q19 results with sales slightly above expectations and EPS below. For 4Q, it saw **gross revenue of $2.277B (+1% YoY), above our estimate of $2.246B (-0.5% YoY)** and the consensus estimate of $2.26B (+0.1% YoY), and **adjusted EPS of -$0.01, below our estimate of $0.01 and the consensus $0.03**. 4Q EPS came in at the low end of the company's guidance of -$0.03 to +$0.07.

**4Q Top-Line Performance:** Total operating revenue increased +2.9% YoY in 4Q. Ryder's FMS segments (long-term lease, short-term truck rentals, maintenance services, 63% of total sales) saw +5.7% operating revenue growth, a slight deceleration over 3Q's +6.7% growth, but we note it faced its most difficult comp of the year. Within the segment, its long-term leasing business continues to see nice demand with revenue up +9%, partially offset by a -4% decline in short-term rental. Given the higher truck capacity in the market and softer freight environment, we expect short term rental to decline at least through the 1H of 2020. The DTS segment (dedicated transportation; 15% of total sales) posted +3.5% operating revenue growth as it lapped +18% growth from 4Q19. Lastly, the SCS segment (supply chain and logistics services; 29% of total sales) posted a -5% operating revenue decline, in line with expectations as it laps previously announced lost business.

**2020 Guidance:** While the guidance has a lot of puts and takes, the company is looking for +0.8% YoY revenue growth driven by +1% growth in FMS, +4% in SCS, and -5% in DTC. The FMS segment guidance reflects higher pricing, as well as the impact from pruning lower-return accounts at renewal, lower active lease fleet count, and declines in short term rental. For SCS, 1H revenue will be impacted by the continued loss of two customers, but 2H growth should return to its HSD historical levels. Lastly, DTC is expected to be negatively impacted by tough YoY comps and a general slowdown in the freight environment with excess trucking capacity until at least the 1H. Comparable EPS is expected to be in the range of $1.10-$1.50 with 1Q20 EPS of -$0.65 to -$0.80 with the company returning to profitability in 2Q. Lastly, given its decision to walk away from less profitable FMS accounts and a lower fleet count in 2020, Ryder is guiding **positive FCF of $350M**, a marked improvement vs. negative -$1B in FCF reported in 2019.

**The EPS Impact of Ryder's Updated Strategy:** Ryder's 2020 EPS guidance of $1.10-$1.50, reflects a $0.09-$0.41 or 8.9%-48.5% improvement from 2019 EPS of $1.01 based on the following factors:

- +$1.65 – YoY depreciation expense/used vehicle sales being less of an incremental headwind in 2020 vs. 2019; in line with prior expectations

- +$0.55 – growth within its contractual lease business, SCS and DTS, as it continues to see demand for transportation outsourcing

- -$0.62 – lower commercial rental demand and rightsizing of the fleet given the excess truck capacity in the freight market. This should be partially offset by higher pricing truck utilization in 2H as truck capacity in the market improves

- -$0.45 – strategic investments to drive future revenue and earnings growth. The key areas of investment include: (1) increasing sales and marketing support to drive greater awareness and cross selling of its higher margin DTC and SCS segments, (2) building out its own used truck centers to achieve greater returns on its used vehicle sales in the future, and (3) investing to achieve greater maintenance savings at its facilities

- -$0.25 – investments to improve its return profile. Two key areas include: (1) the discontinuation of its lease insurance product with the expectations it will lose business with certain accounts and (2) exiting lower return accounts

Case 1:20-cv-22109-JB   Document 97-43   Entered on FLSD Docket 12/16/2021   Page 5 of 9



- -$0.05 – higher employee compensation and benefit costs are offsetting $20M in expected savings from zero-based budgeting imitative

- -$0.35 – 31% tax rate vs. 25% in 2019 The higher tax rate is expected to be an EPS headwind of $0.35

As we look at the headwinds listed above, we expect the majority of the $-0.45 strategic investment headwind to subside in 2021 as investing in its maintenance and used truck centers should actually drive savings in 2021 and beyond. Additionally, the expected -$0.25 loss to improve its return profile will impact 2021 only given the timing in which it walks away from businesses in 2020. Lastly, the company expects its tax rate to return to more normalized levels in 2021 in the high-20% range as it sees less of an impact to earnings from depreciation and returns to more normalized earnings growth.


**SunTrust ROBINSON HUMPHREY**

## Ryder System, Inc.
2018-2021E ADJUSTED EARNINGS MODEL
(dollars in millions, except per-share data)

**Stephanie Benjamin**
Phone: 404-926-5190
stephanie.benjamin@suntrust.com

Updated on: 2/13/2020

| | FYE 2018 | FYE 2019 | FYE 2020E | FYE 2021E | 1Q19 Mar-19 | 2Q19 Jun-19 | 3Q19 Sep-19 | 4Q19 Dec-19 | FYE 2019 | 1Q20E Mar-20 | 2Q20E Jun-20E | 3Q20E Sep-20E | 4Q20E Dec-20E | FYE 2020E | FYE 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fleet Management Solutions | 5,259.0 | 5,571.3 | 5,614.4 | 5,810.9 | 1,351.6 | 1,390.9 | 1,397.3 | 1,431.5 | 5,571.3 | 1,338.1 | 1,390.9 | 1,425.2 | 1,460.1 | 5,614.4 | 5,810.9 |
| Dedicated Transportation Solutions | 1,333.3 | 1,417.4 | 1,346.3 | 1,454.0 | 349.6 | 362.2 | 359.2 | 346.4 | 1,417.4 | 321.6 | 340.5 | 341.2 | 342.9 | 1,346.3 | 1,454.0 |
| Supply Chain Solutions | 2,398.1 | 2,551.3 | 2,643.0 | 2,828.0 | 635.7 | 649.3 | 617.6 | 648.7 | 2,551.3 | 613.5 | 649.3 | 673.2 | 707.1 | 2,643.0 | 2,828.0 |
| Eliminations | (576.6) | (614.3) | (626.6) | (651.6) | (156.6) | (157.4) | (150.2) | (150.1) | (614.3) | (159.7) | (160.5) | (153.2) | (153.1) | (626.6) | (651.6) |
| **Gross Revenue** | **$8,413.8** | **$8,925.7** | **$8,977.1** | **$9,441.2** | **$2,180.3** | **$2,245.0** | **$2,223.9** | **$2,276.5** | **$8,925.7** | **$2,113.4** | **$2,220.1** | **$2,286.5** | **$2,357.0** | **$8,977.1** | **$9,441.2** |
| *% Change* | *15%* | *6%* | *1%* | *5%* | *14%* | *7%* | *3%* | *1%* | *6%* | *-3%* | *-1%* | *3%* | *4%* | *1%* | *5%* |
| Cost of Lease and Rental | 2,555.3 | 3,103.7 | 3,062.6 | 3,191.1 | 664.3 | 687.5 | 877.8 | 874.1 | 3,103.7 | 760.8 | 777.0 | 771.7 | 753.1 | 3,062.6 | 3,191.1 |
| Cost of Services | 3,663.5 | 3,879.9 | 3,896.4 | 4,088.0 | 971.7 | 976.4 | 948.1 | 983.7 | 3,879.9 | 938.4 | 965.8 | 974.0 | 1,018.2 | 3,896.4 | 4,088.0 |
| Cost of Fuel Services | 605.6 | 571.7 | 573.8 | 604.2 | 143.3 | 148.4 | 140.2 | 139.8 | 571.7 | 139.5 | 146.5 | 144.0 | 143.8 | 573.8 | 604.2 |
| **Gross Profit** | **1,589.4** | **1,370.4** | **1,444.2** | **1,557.8** | **401.0** | **432.7** | **257.8** | **278.9** | **1,370.4** | **274.7** | **330.8** | **396.7** | **441.9** | **1,444.2** | **1,557.8** |
| Other Operating Expenses | 124.0 | 122.0 | 120.9 | 122.7 | 33.6 | 29.7 | 28.9 | 29.8 | 122.0 | 31.7 | 28.9 | 29.7 | 30.6 | 120.9 | 122.7 |
| SG&A | 849.3 | 907.3 | 957.9 | 972.4 | 231.3 | 226.4 | 216.0 | 233.6 | 907.3 | 232.5 | 233.1 | 240.1 | 252.2 | 957.9 | 972.4 |
| **Operating Income** | **616.1** | **341.1** | **365.4** | **462.6** | **136.1** | **176.6** | **12.9** | **15.5** | **341.1** | **10.6** | **68.8** | **126.9** | **159.1** | **365.4** | **462.6** |
| Used Vehicle Sales, Net (gain) | 22.3 | 58.6 | 21.0 | 20.0 | 8.2 | 18.1 | 22.7 | 9.6 | 58.6 | 7.0 | 6.0 | 4.0 | 4.0 | 21.0 | 20.0 |
| Interest Expense | 180.4 | 241.4 | 250.1 | 245.0 | 55.3 | 60.8 | 62.5 | 62.8 | 241.4 | 62.8 | 62.5 | 62.5 | 62.3 | 250.1 | 245.0 |
| Misc. Income | (5.4) | (15.0) | (6.0) | (6.0) | (8.2) | (3.3) | 0.7 | (4.2) | (15.0) | (6.0) | (3.0) | 1.0 | 2.0 | (6.0) | (6.0) |
| Other Charges | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Pretax Income | 418.9 | 56.1 | 100.3 | 203.6 | 80.8 | 101.0 | (73.0) | (52.7) | 56.1 | (53.2) | 3.3 | 59.4 | 90.8 | 100.3 | 203.6 |
| Taxes | 104.1 | 2.5 | 31.1 | 59.0 | 22.3 | 27.1 | 5.1 | (52.0) | 2.5 | (16.5) | 1.0 | 18.4 | 28.1 | 31.1 | 59.0 |
| **Net Income** | **$314.8** | **$53.6** | **$69.2** | **$144.6** | **$58.5** | **$73.9** | **($78.1)** | **($0.7)** | **$53.6** | **($36.7)** | **$2.3** | **$41.0** | **$62.7** | **$69.2** | **$144.6** |
| **EPS** | **$5.96** | **$1.01** | **$1.31** | **$2.74** | **$1.11** | **$1.40** | **($1.49)** | **($0.01)** | **$1.01** | **($0.70)** | **$0.04** | **$0.78** | **$1.18** | **$1.31** | **$2.74** |
| Diluted Shares | 52.8 | 52.4 | 52.7 | 52.8 | 52.6 | 52.5 | 52.3 | 52.3 | 52.4 | 52.4 | 52.6 | 52.8 | 53.0 | 52.7 | 52.8 |
| **Adjusted EBITDA** | **$2,049.4** | **$2,267.8** | **$2,242.4** | **$2,301.6** | **$564.7** | **$578.8** | **$592.2** | **$563.5** | **$2,267.8** | **$521.6** | **$555.8** | **$571.9** | **$593.1** | **$2,242.4** | **$2,301.6** |

| RATIO ANALYSIS | 2018 | 2019 | 2020E | 2021E | Mar-19 | Jun-19 | Sep-19 | Dec-19 | 2019 | Mar-20E | Jun-20E | Sep-20E | Dec-20E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost of Lease and Rental | 30.4% | 34.8% | 34.1% | 33.8% | 30.5% | 30.6% | 39.5% | 38.4% | 34.8% | 36.0% | 35.0% | 33.8% | 32.0% | 34.1% | 33.8% |
| Cost of Services | 43.5% | 43.5% | 43.4% | 43.3% | 44.6% | 43.5% | 42.6% | 43.2% | 43.5% | 44.4% | 43.5% | 42.6% | 43.2% | 43.4% | 43.3% |
| Cost of Fuel Services | 7.2% | 6.4% | 6.4% | 6.4% | 6.6% | 6.6% | 6.3% | 6.1% | 6.4% | 6.6% | 6.6% | 6.3% | 6.1% | 6.4% | 6.4% |
| **Total Gross Margin** | **18.9%** | **15.4%** | **16.1%** | **16.5%** | **18.4%** | **19.3%** | **11.6%** | **12.3%** | **15.4%** | **13.0%** | **14.9%** | **17.4%** | **18.8%** | **16.1%** | **16.5%** |
| Other Operating Expenses | 1.5% | 1.4% | 1.3% | 1.3% | 1.5% | 1.3% | 1.3% | 1.3% | 1.4% | 1.5% | 1.3% | 1.3% | 1.3% | 1.3% | 1.3% |
| SG&A | 10.1% | 10.2% | 10.7% | 10.3% | 10.6% | 10.1% | 9.7% | 10.3% | 10.2% | 11.0% | 10.5% | 10.5% | 10.7% | 10.7% | 10.3% |
| **Adjusted EBITDA** | **24.4%** | **25.4%** | **25.0%** | **24.4%** | **25.9%** | **25.8%** | **26.6%** | **24.8%** | **25.4%** | **24.7%** | **25.0%** | **25.0%** | **25.2%** | **25.0%** | **24.4%** |
| **Operating Margin** | **7.3%** | **3.8%** | **4.1%** | **4.9%** | **6.2%** | **7.9%** | **0.6%** | **0.7%** | **3.8%** | **0.5%** | **3.1%** | **5.6%** | **6.8%** | **4.1%** | **4.9%** |
| Tax Rate | 24.9% | 4.5% | 31.0% | 29.0% | 27.6% | 26.8% | (7.0%) | 98.7% | 4.5% | 31.0% | 31.0% | 31.0% | 31.0% | 31.0% | 29.0% |
| Net Income | 3.7% | 0.6% | 0.8% | 1.5% | 2.7% | 3.3% | (3.5%) | (0.0%) | 0.6% | (1.7%) | 0.1% | 1.8% | 2.7% | 0.8% | 1.5% |

| CHANGE | 2018 | 2019 | 2020E | 2021E | Mar-19 | Jun-19 | Sep-19 | Dec-19 | 2019 | Mar-20E | Jun-20E | Sep-20E | Dec-20E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | **15.2%** | **6.1%** | **0.6%** | **5.2%** | **14.5%** | **7.4%** | **3.0%** | **0.7%** | **6.1%** | **(3.1%)** | **(1.1%)** | **2.8%** | **3.5%** | **0.6%** | **5.2%** |
| Fleet Management Solutions | 11.1% | 5.9% | 0.8% | 3.5% | 8.7% | 7.3% | 4.4% | 3.6% | 5.9% | (1.0%) | 0.0% | 2.0% | 2.0% | 0.8% | 3.5% |
| Dedicated Transportation Solutions | 21.7% | 6.3% | (5.0%) | 8.0% | 16.9% | 9.6% | 5.5% | (4.6%) | 6.3% | (8.0%) | (6.0%) | (5.0%) | (1.0%) | (5.0%) | 8.0% |
| Supply Chain Solutions | 23.3% | 6.4% | 3.6% | 7.0% | 28.5% | 7.4% | (1.7%) | (3.2%) | 6.4% | (3.5%) | 0.0% | 9.0% | 9.0% | 3.6% | 7.0% |
| Eliminations | 22.8% | 6.5% | 2.0% | 4.0% | 18.1% | 11.6% | 2.0% | (3.7%) | 6.5% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 4.0% |
| Operating Income | 21.4% | (44.6%) | 7.1% | 26.6% | 21.4% | 17.7% | (92.2%) | (91.7%) | (44.6%) | (92.2%) | (61.0%) | 883.7% | 926.5% | 7.1% | 26.6% |
| EBITDA | **13.4%** | **10.7%** | **(1.1%)** | **2.6%** | **17.7%** | **13.8%** | **12.2%** | **0.7%** | **10.7%** | **(7.6%)** | **(4.0%)** | **(3.4%)** | **5.3%** | **(1.1%)** | **2.6%** |
| Net Income | 30.8% | (83.0%) | 29.1% | 108.9% | 14.5% | (3.8%) | (188.8%) | (100.7%) | (83.0%) | (162.8%) | (96.9%) | (152.5%) | (9,050.4%) | 29.1% | 108.9% |
| EPS | 31.6% | (83.0%) | 29.7% | 108.5% | 15.4% | (4.3%) | (189.6%) | (100.7%) | (83.0%) | (163.0%) | (96.9%) | (152.0%) | (8,932.1%) | 29.7% | 108.5% |

Sources: Company reports and SunTrust Robinson Humphrey estimates

Price as of:    02/13/20    $45.04

Case 1:20-cv-22109-JB   Document 97-43   Entered on FLSD Docket 12/16/2022   Page 7 of 9



### Company Description

Ryder System, Inc. (R) is a leading provider of outsourced transportation and logistics services. It operates under three reporting segments: Fleet Management Solutions (FMS), Dedicated Transportation Solutions (DTS), and Supply Chain Solutions (SCS). The Fleet Management Solutions segment provides full-service leasing, contract maintenance, as well as short term rental services of trucks, trailers, and tractors. The Dedicated Transportation Solutions segment offers turnkey transportation services which include providing dedicated fleets and drivers for their customers. Lastly, the Supply Chain Solutions segment offers distribution management (i.e. warehouse/distribution center operations, reverse logistics), transportation management (i.e. shipment planning, freight brokerage), and dedicated transportation services. The company was founded in 1933 and is headquartered in Miami, FL.

### Investment Thesis

Our Buy rating is based on our belief that Ryder should be able to drive at least MSD revenue growth, despite a weaker freight environment, given the contractual nature of its services and as customers look to outsource their supply chain needs in an increasingly more challenging environment. With residual values for vehicles lowered and 2020 being largely an investment year, we believe investors will focus on improved profit and Free Cash Flow metrics in 2021 as Ryder continues to see favorable demand for its services given increasingly complex supply chains.

### Valuation and Risks

Our $53 PT assumes a 4.6x multiple on our 2021 EBITDA estimate, at the low end of its historical range of 4x-6x. Given the secular trends toward transportation outsourcing we believe this multiple is justifiable. Risks to our target include (1) declining used vehicle prices, (2) economic recession leading to reduced transportation demand, and (3) high customer concentration for its Supply Chain Solutions segment.

## Analyst Certification

I, Stephanie Benjamin , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

SunTrust Robinson Humphrey, Inc. or an affiliate managed or co-managed a securities offering for the following company within the last 12 months: R-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for investment banking services within the last 12 months: R-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for investment banking services within the last 12 months: R-US

SunTrust Robinson Humphrey, Inc. or an affiliate expects to receive or intends to seek compensation for investment banking services from the following company in the next three months: R-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for non-securities-related services within the last 12 months: R-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for non-securities related services within the last 12 months: R-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



**Rating and Price Target History for: Ryder System, Inc. (R-US) as of 02-13-2020**

| 12/12/18 I:BUY:$63 | 02/14/19 BUY:$73 | 07/30/19 BUY:$65 | 10/29/19 BUY:$60 |

Created by: BlueMatrix

# STRH Ratings System for Equity Securities

## Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

## STRH Rating System for Equity Securities

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold



S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 02/13/2020):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 428 | 61.67% | Buy | 144 | 33.64% |
| Hold | 258 | 37.18% | Hold | 64 | 24.81% |
| Sell | 8 | 1.15% | Sell | 1 | 12.50% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. SunTrust Robinson Humphrey, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. Truist and SunTrust Robinson Humphrey are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2020. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070