# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| STATE OF ALASKA, ALASKA PERMANENT FUND, THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, and THE CITY OF PLANTATION POLICE OFFICERS PENSION FUND, On Behalf of Themselves and All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>  vs.<br><br>RYDER SYSTEM, INC., ROBERT E. SANCHEZ, ART A. GARCIA, and SCOTT T. PARKER,<br><br>                      Defendants. | Civil Action No. 1:20-cv-22109-AMC |

**EXPERT REPORT OF AMY HUTTON, PH.D.**

**DECEMBER 16, 2022**

# Table of Contents

I.     Qualifications ........................................................................................................... 1

II.    Assignment and Compensation.................................................................................. 2

III.   Summary of Opinions ............................................................................................... 3

IV.   Background and Summary of Allegations................................................................. 9

       A.     Ryder Background .......................................................................................... 9

       B.     Summary of Plaintiffs' Allegations ..................................................................... 10

       C.     Summary of the Hartzmark Report.................................................................. 12

V.    Dr. Hartzmark Fails to Articulate a Methodology That Can Reliably Measure Damages Consistent with Plaintiffs' Theories of Liability ..................................................... 13

       A.     Dr. Hartzmark Fails to Articulate a Methodology That Can Reliably Account for Publicly Available Information Affecting Ryder Stock Over Time..................... 14

              1.     The Decline in the UVS Market ............................................................... 14

              2.     Ryder's Residual Value Estimates............................................................ 22

       B.     Dr. Hartzmark Fails to Establish That Inflation Can Be Reliably Measured Based on Ryder's Stock Price Declines on the Alleged Corrective Disclosure Dates.... 31

       C.     Dr. Hartzmark Fails to Demonstrate That He Could Reliably Measure Damages Attributable to the Use of Different, Allegedly "Correct" Accounting Estimates 40

VI.   Dr. Hartzmark Fails to Articulate a Methodology That Can Disentangle Damages Attributable to Plaintiffs' Two Theories of Liability, If Needed...................................... 45

VII.  Dr. Hartzmark Fails to Articulate How He Would Account for the Possibility That the Alleged Corrective Disclosures Include the Materialization of Publicly Known Risks... 47

VIII. Dr. Hartzmark Does Not Discuss Any Information Specific to Ryder When Opining That Damages Can Be Calculated Using the "Out-of-Pocket" Methodology ......................... 52

IX.   From a Financial Economics Perspective, Dr. Hartzmark's Analyses of "Price-Related Factors" Fail to Reliably Establish a Cause-and-Effect Relationship Between News and Ryder's Price Movements............................................................................................. 55

## I.      Qualifications

1.      I am a Professor of Business Administration at the Carroll School of Management at Boston College.  I joined the Carroll School's faculty in 2006 and was promoted to Full Professor in 2010.  Previously, I served as an Associate Professor at the Tuck School of Business at Dartmouth College, an Assistant and Associate Professor at Harvard Business School, and a visiting scholar at Stanford University's Graduate School of Business.

2.      I have a Ph.D. in Business Administration from the Simon Business School at the University of Rochester, with written qualifiers in Accounting, Finance, and Organizations & Markets.

3.      In 2003, I was elected to the Board of Directors of Bandag, Inc. (NYSE, Fortune 1500 company), where I served on the Audit and Corporate Governance and Nominating Committees, and, in 2005, I was appointed chair of the Audit Committee.

4.      While I have taught various courses over the years, my specialty is Financial Statement Analysis and Valuation ("FSAV"), a capstone case-method course that draws on my real-world experiences, as well as my research and study in the areas of Strategy, Financial Economics, and Accounting.  In my courses, I teach students and executives how to value investment ventures.

5.      My research areas include:  empirical assessments of valuation methods, methods for detecting "earnings management" (a term connoting exploitation of opportunities to make accounting decisions that change reported income), effective corporate disclosure strategies, policy changes in response to Regulation Fair Disclosure and the Sarbanes-Oxley Act of 2002, and the roles of capital market intermediaries and regulators in determining market values of company stocks.  In my academic research, I have used statistical techniques to examine how information is incorporated into securities prices, including event studies.

6.      Based on my research, I was named to the 2001 Congressional Review Board, opining on the Securities Industry Association's best practices for equity research.  My research was used in the development of the Global Analyst Research Settlement between the U.S. Securities and Exchange Commission ("SEC") and numerous Wall Street firms.[1]

---

[1] "SEC Fact Sheet on Global Analyst Research Settlements," U.S. Securities and Exchange Commission, available at https://www.sec.gov/news/speech/factsheet.htm, accessed on November 29, 2022.

7.      In 2010, I won the Distinguished Contribution to Accounting Literature Award for my "Groundbreaking Research" demonstrating how strong corporate governance combats earnings management.

8.      With over 33,000 Google Scholar citations, my work has appeared in publications such as the *Journal of Financial Economics*, the *Journal of Accounting and Economics*, the *Accounting Review*, *Contemporary Accounting Research*, the *Journal of Accounting Research*, the *Review of Accounting Studies*, the *Harvard Business Review*, and the *Journal of Applied Corporate Finance*.  I served as an Editor for the *Accounting Review* from 2011 to 2014.  I also serve as a referee for the *Journal of Financial Economics*, the *Journal of Accounting and Economics*, the *Journal of Accounting Research*, and *Contemporary Accounting Research*.

9.      A copy of my curriculum vitae is attached as **Appendix A.**  A list of my testimony over the last four years is attached as **Appendix B**.

## II.      Assignment and Compensation

10.      I have been retained by counsel for Ryder System, Inc. ("Ryder" or the "Company") to review and respond to the Expert Report of Michael L. Hartzmark, Ph.D., dated September 22, 2022 ("Hartzmark Report").  Specifically, I have been asked to review and respond to Dr. Hartzmark's cause-and-effect analyses regarding market efficiency during the Proposed Class Period,[2] and whether Dr. Hartzmark has articulated a methodology that is capable of reliably measuring class-wide damages in a manner consistent with Plaintiffs' theories of liability in this matter, and only those damages attributable to those liability theories.

11.      In forming my opinions in this matter, I have relied on my knowledge of accounting, economics and finance, prior experience, and academic research.  In performing my analyses in this matter, I have examined a variety of materials, including, but not limited to, legal pleadings, the Hartzmark Report and backup materials, Hartzmark deposition transcript, academic literature, Ryder's financial filings, analyst reports, public press articles, and public data sources.

---

[2] Plaintiff alleges a class consisting of entities that purchased Ryder common stock between July 23, 2015 and February 13, 2020, inclusive (the "Proposed Class Period").  Amended Complaint for Violations of the Federal Securities Laws, *State of Alaska, et al. v. Ryder System, Inc., et al.*, Case No. 1:20-cv-22109-AMC, October 5, 2020 ("Amended Complaint"), p. 1.

A list of the documents and data I have considered in forming my opinions is attached hereto as **Appendix C**.

12.     I am being compensated at my standard billing rate of $1,050 per hour.  I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction.  I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter.  Neither my compensation in this matter nor my compensation from Cornerstone Research is in any way contingent or based on the content of my opinion or the outcome of this or any other matter.  My work on this matter is ongoing, and I reserve the right to modify or supplement my opinions if I become aware of additional information regarding this matter.

## III.     Summary of Opinions

13.     Dr. Hartzmark fails to articulate a methodology that can reliably measure class-wide damages in a manner consistent with Plaintiffs' theories of liability in this matter, and only those damages attributable to those liability theories.

14.     Dr. Hartzmark fails to articulate a damages methodology that can reliably account for information about the decline in the used vehicles sales ("UVS") market that was publicly available throughout the Proposed Class Period.  Plaintiffs claim that Ryder overstated its vehicle fleet's residual value "despite the pronounced negative developments and trends in the used vehicles sales market."[3]  As discussed in **Section V.A.1**, throughout the Proposed Class Period, there were publicly available data sources (*e.g.*, Americas Commercial Transportation Research ("ACT") monthly publications on the "State of the Industry") that documented pricing and sales trends in the UVS market.  Securities analysts commented on and referenced such data in their analyses of Ryder's stock.  Ryder also reported its used vehicle pricing changes and discussed how its business and financial conditions were affected by the UVS market throughout the Proposed Class Period.  If Ryder's stock traded in an efficient market during the Proposed Class Period as Dr. Hartzmark claims, such publicly available information about the UVS market (to the extent it was value-relevant for Ryder) would have already been incorporated into Ryder's

---

[3] Amended Complaint, ¶ 13.

stock price. Without articulating a methodology that is capable of determining what *incremental* value-relevant information about the UVS market would have been revealed had Ryder disclosed hypothetical "but for" residual value estimates, and the impact of this information on Ryder's stock, Dr. Hartzmark cannot reliably measure damages consistent with Plaintiffs' liability theories.

15. Dr. Hartzmark fails to articulate a damages methodology that can reliably account for information Ryder had already disclosed about its residual value estimates. As discussed in **Section V.A.2**, Ryder disclosed that (a) residual values were among its "Critical Accounting Estimates" that involved subjective or complex judgments, and related to different components (*e.g.*, policy depreciation, accelerated depreciation, valuation adjustments, and gains or losses on vehicles sold); and (b) Ryder took a long-term view in estimating the residual value, and its policy depreciation was based on a five-year rolling average of used vehicles' sales prices, which may not reflect the "fair value" estimates of those vehicles under the then-current market conditions. Analysts commented on Ryder's use of the five-year rolling average in determining the residual value estimates and its implication. Dr. Hartzmark fails to offer a reliable methodology to examine, had Ryder disclosed hypothetical "but for" residual value estimates, how that would have changed the Company's disclosure of policy depreciation, accelerated depreciation, valuation adjustments, and gains or losses on sales, respectively, and how these changes would have affected the valuation of Ryder's stock.

16. Dr. Hartzmark fails to articulate a methodology that can reliably measure damages based on Ryder's stock price declines on the alleged corrective disclosure dates. As discussed in **Section V.B**, Dr. Hartzmark fails to provide a reliable damages methodology that can address the following potential findings:

      a. ***New, value-relevant information.*** Dr. Hartzmark fails to propose a damages methodology that can reliably address a finding that not all information in the alleged corrective disclosures was new, value-relevant information. For example, Dr. Hartzmark fails to propose a damages methodology that can reliably address a finding that the depreciation expense Ryder announced on February 13, 2020 largely "reflect[ed] the impacts of *previously announced* change[s] in residual

value estimates."[4] Analysts generally commented that information related to residual value or depreciation impact that Ryder disclosed on this day was "in line," "largely unchanged," or "slightly worse than expected."[5]

b. ***Confounding information.*** Dr. Hartzmark fails to articulate a methodology that can reliably account for the confounding, firm-specific information that was simultaneously announced on the alleged corrective disclosure dates. For example, Ryder disclosed higher bad debt expense on July 30, 2019, and disclosed higher costs related to strategic investments on February 13, 2020. Dr. Hartzmark fails to provide a methodology that can reliably disentangle Ryder's stock price declines due to information that revealed the alleged misrepresentations from the declines resulting from confounding information.

c. ***Timely-disclosed information.*** Dr. Hartzmark fails to articulate a methodology that can reliably account for information that was timely disclosed on the alleged corrective disclosure dates. For example, Dr. Hartzmark fails to articulate a methodology that can address a finding that some or all of the $844 million "cumulative impact of reduced residual estimates" Ryder announced on October 29, 2019 was due to an accounting estimate change that was "triggered" by the deterioration in the UVS market in 3Q 2019 and was timely disclosed, instead of revealing the alleged misrepresentation or information that Ryder could and should have disclosed earlier.[6] Similarly, for July 30, 2019, Dr. Hartzmark fails to articulate a methodology that can address a finding that at least a portion of the Company's guidance revision for 2019 reflected timely-disclosed information instead of information that Ryder could and should have disclosed earlier. Ryder stated that the 2019 guidance revision was based on a slowdown in volume that began in June.[7]

d. ***Mismatched information.*** Dr. Hartzmark fails to articulate a damages methodology that can address a finding that there is a mismatch between the

---

[4] Ryder Form 8-K, Ex. 99.1, filed on February 13, 2020 (emphasis added).
[5] *See*, **Section V.B**; Appendix D
[6] *See*, Ryder 3Q 2019 Earnings Conference Call Presentation.
[7] *See*, Ryder 2Q 2019 Earnings Call Transcript, July 30, 2019.

alleged corrective disclosures and the "correctly estimated" accounting numbers Ryder allegedly could or should have disclosed earlier.[8]  For example, the alleged corrective disclosure on October 29, 2019 concerned a change in Ryder's accounting estimates (residual value estimates) and its impact on Ryder's depreciation expense for the second half of 2019 through 2024–2025.  It did not reveal what Ryder's pre-tax income should have been for each year between 2015 and 2019 as specified in the Amended Complaint, even assuming Plaintiffs' allegations that Ryder's residual value estimates were overstated during this period.

17.     Dr. Hartzmark fails to articulate a methodology that can reliably evaluate how Ryder's stock price would have changed had Ryder adopted different accounting estimates for residual values.  An alternative purported "correct" accounting estimate would have changed Ryder's stock price only if it would have revealed additional new, value-relevant information about economic conditions in the UVS market and changed the market's expectations of Ryder's future cash flows and/or risks to those cash flows.  As discussed in **Section V.C**, peer-reviewed accounting academic research has documented that certain accounting changes may not affect firm valuation.  Notably, when the market is efficient such that all public, value-relevant information is quickly incorporated into the price (Dr. Hartzmark claims that Ryder's stock traded in such an efficient market), accounting choices may not affect stock prices if there is enough information already publicly available such that the market can use available information to construct accounting estimates under alternative methods.  A reliable damages methodology needs to examine how the hypothetical "but for" accounting disclosure would have changed the expectations regarding Ryder's future cash flows and risks to those cash flows, in light of the publicly available information that the market already had.  Dr. Hartzmark makes no attempt to explain how his methodology would determine how a hypothetical "but for" residual value estimate would have changed the expectations regarding Ryder's future cash flows and risks to those cash flows at an earlier point in time.

18.     Dr. Hartzmark simply claims that there are commonly used and widely accepted techniques that can "parse" or "scale" stock price reactions on the alleged corrective disclosure

---

[8] Amended Complaint, ¶ 100.

dates to measure inflation earlier during the Proposed Class Period.[9]  However, according to Dr. Hartzmark's event study results, Ryder's stock price movements on the alleged corrective disclosure dates do not show a "scalable" relationship between the change in the accounting estimates (*e.g.*, forecast revisions in earning per share ("EPS")) and the change in Ryder's stock price.  Dr. Hartzmark cannot simply assume that a stock price reaction to the hypothetical "but for" disclosure can be derived from Ryder's stock price reactions on the alleged corrective disclosure dates.

19.     Dr. Hartzmark fails to articulate a methodology that can reliably measure damages attributable to Plaintiffs' two theories of liability, if needed.  I understand that Plaintiffs allege two separate theories regarding how Ryder allegedly overstated the residual values of its vehicles:  (1) Ryder allegedly failed to disclose that it would be selling its used vehicles into a "down market" for used trucks, which had "collapsed due to oversupply and decreased demand" by the end of 2015 (the "UVS Market Theory"); and (2) Ryder allegedly misrepresented the residual value and depreciation of vehicles with Navistar International MaxxForce Engines, which had unreliable or defective exhaust gas recirculation ("EGR") emissions technology and thus poor valuation in the industry (the "Defective Vehicles Theory").[10]  According to the Defective Vehicles Theory, the residual values of Ryder's Navistar vehicles were allegedly overstated for two reasons—one relates to operational issues that were known facts and were specific to the Navistar vehicles, and the other relates to the more general decline in the UVS market.  As discussed in **Section VI**, Dr. Hartzmark fails to explain what methodology he would use to determine the inflation that is only attributable to the Defective Vehicles Theory instead of the UVS Market Theory.  To the extent the same amount of the alleged residual value overstatement of the Navistar vehicles compared to the other vehicles may convey different information about Ryder's future cash flows and risks to those cash flows, Dr. Hartzmark fails to articulate a reliable methodology that can estimate damages under Plaintiffs' two theories of liability separately.

20.     Dr. Hartzmark fails to articulate a methodology that can reliably account for the possibility that the alleged corrective disclosures include the materialization of publicly known risks.  Plaintiffs allege that Ryder concealed the risk posed by further residual value deterioration

---

[9] Hartzmark Report, § VII.C.
[10] Amended Complaint, ¶¶ 6, 7, 66–76; MTD Order, p. 2.

and an increase in depreciation expense, and that the artificial inflation in Ryder's stock price was removed when the "facts and risks misstated and omitted by Defendants were revealed to the market."[11]  As discussed in **Section VII**, Ryder explicitly discussed the risks associated with its residual value estimates throughout the Proposed Class Period.  To the extent that the alleged misrepresentations concealed or understated the risks of further residual value deterioration and increase in depreciation expense that later materialized on the alleged corrective disclosure dates, Dr. Hartzmark fails to establish a methodology that can reliably measure inflation attributable to such allegedly concealed or understated risks.  Specifically, Dr. Hartzmark fails to provide any methodology to analyze to what extent the alleged misrepresentations changed the market's assessment of the probability that Ryder's residual value estimates would decline, and how these probability assessments might have changed over time during the Proposed Class Period, especially in light of the information about UVS pricing that was already known to the market. As an economic matter, it is not appropriate to use an event study alone to measure the price reaction when known risks materialize and then assume that this price reaction represents the inflation attributable to the alleged misrepresentations of risks throughout the Proposed Class Period.

21.     Dr. Hartzmark does not discuss any information specific to Ryder when opining that damages in this matter can be calculated using the "out-of-pocket" methodology.  As discussed in **Section VIII**, Dr. Hartzmark does not discuss *any* information specific to Ryder (other than referring to Ryder's name), the allegations in the Amended Complaint, or any other case-specific discussion when opining that damages can be calculated on a class-wide basis.  With no case-specific discussion, his mere statement that "this class-wide damages methodology is generally referred to as the 'out-of-pocket' methodology"[12] is a tautology, rather than evidence that there is a reliable damages methodology that can accommodate the specific facts and circumstances of the current matter in a way that is consistent with Plaintiffs' theories of liability.

22.     From a financial economics perspective, Dr. Hartzmark's analyses of "price-related factors" fail to reliably establish a cause-and-effect relationship between news and Ryder's price movements.  As discussed in **Section IX**, academic research in financial economics indicates that market efficiency cannot simply be assumed for a given security over time.  Dr. Hartzmark's

---

[11] Amended Complaint, ¶¶ 268, 299.
[12] Hartzmark Report, ¶ 86.

report does not provide a reliable basis to assess whether the trading of Ryder's stock reflected market efficiency.  In particular, Dr. Hartzmark's use of multi-day event windows conflicts with fundamental underpinnings of market efficiency where prices "*rapidly* change to reflect new, unanticipated, material, public information."[13]

## IV.   Background and Summary of Allegations

### A.   Ryder Background

23.   Ryder is a global transportation and supply chain management solutions company incorporated in Florida.[14]  During the Proposed Class Period, Ryder's common stock traded on the New York Stock Exchange ("NYSE") under the ticker symbol "R."[15]

24.   Ryder reported total revenues ranging from $6.6 billion to $8.9 billion from 2015 to 2019.[16]  Ryder's revenues were derived from three main business segments:  Fleet Management Solutions ("FMS"), Supply Chain Solutions ("SCS"), and Dedicated Transportation Solutions ("DTS").[17]

25.   Ryder's FMS business provides "customers with a variety of fleet solutions that are designed to improve their competitive position."[18]  FMS product offerings are "comprised of full service leasing as well as leasing with flexible maintenance options [(ChoiceLease)];[19] shorter-term commercial truck rental;[20] contract or transactional maintenance services [(SelectCare)];[21]

---

[13] Hartzmark Report, ¶ 12 (emphasis added).

[14] Amended Complaint, ¶¶ 28, 33; Ryder Form 10-K for Fiscal Year Ended December 31, 2019, filed on February 27, 2020 ("Ryder 2019 10-K"), p. 1.

[15] Amended Complaint, ¶ 28; Ryder 2019 10-K, p. 25.

[16] Ryder Form 10-K for Fiscal Year Ended December 31, 2015, filed on February 12, 2016 ("Ryder 2015 10-K"), p. 23; Ryder 2019 10-K, p. 27.

[17] Ryder 2019 10-K, p. 1.

[18] *See*, Ryder 2019 10-K, pp. 1–2 (FMS "provides full service leasing and leasing with flexible maintenance options, commercial rental, and contract or transactional maintenance services of trucks, tractors and trailers to customers principally in the U.S., Canada and the U.K.").

[19] *See*, Ryder 2019 10-K, p. 3 (The ChoiceLease offering provides customers with vehicles, maintenance services, supplies, and related equipment necessary for operation of vehicles while customers furnish and supervise their own drivers and exercise control over vehicles.  ChoiceLease customers typically receive the benefit that Ryder retains vehicle residual risk exposure).  As of December 31, 2015, Ryder's lease offering product line was known as Full Service Leasing.  *See*, Ryder 2015 10-K, p. 3.

[20] Ryder offers rental customers vehicles on a short-term basis, either because of seasonal increases in their business or discrete projects with additional transportation needs.  *See*, Ryder 2019 10-K, p. 3.

[21] Ryder provides maintenance services to customers who do not choose to lease vehicles from them.  *See*, Ryder 2019 10-K, p. 3.  As of December 31, 2015, Ryder's maintenance service product line was known as Contract Maintenance.  *See*, Ryder 2015 10-K, p. 3.

and value-added fleet support services such as vehicle administration and fuel services."[22]  Ryder also sells its used vehicles out of retail sales centers in North America and through its website.[23]  FMS operates in the U.S., Canada, and Europe.[24]  Ryder's SCS business "provides integrated logistics solutions, including distribution, management, dedicated transportation and professional services in North America."[25]  SCS operates in the U.S., Mexico, Canada, and Singapore.[26]  Ryder's DTS "provides turnkey transportation solutions in the U.S. that include[] dedicated vehicles, drivers and engineering and administrative support."[27]  DTS operates in the U.S.[28]

26.    The FMS business, Ryder's largest segment, had total revenue and assets in 2019 of $5.6 billion and $13.0 billion, respectively, representing 56% of consolidated revenue (excluding eliminations) and 90% of consolidated assets.  SCS total revenue and assets in 2019 were $2.6 billion and $1.2 billion, respectively, representing 29% of Ryder's consolidated revenue and 9% of consolidated assets.  DTS total revenue and assets in 2019 were $1.4 billion and $327 million, respectively, representing 15% of Ryder's consolidated revenue and 2% of consolidated assets.[29]

27.    Ryder's customer base includes enterprises operating in a variety of industries, including food and beverage service (22%), transportation and logistics (21%), automotive (11%), retail and consumer goods (11%), industrial (8%), housing (8%), technology (6%), business and personal services (5%), and other (8%).[30]

## B.    Summary of Plaintiffs' Allegations

28.    Plaintiffs allege that Ryder made false and misleading statements and omissions ("misrepresentations") during the Proposed Class Period regarding the residual value of Ryder's

---

[22] Ryder 2019 10-K, p. 2.
[23] Ryder 2019 10-K, p. 4.
[24] Ryder 2019 10-K, p. 2.
[25] Ryder 2019 10-K, p. 1.
[26] Ryder 2019 10-K, p. 5.  In 2Q 2019, Ryder ceased its Singapore business operations.  *See*, Ryder 2019 10-K, p. 5.
[27] Ryder 2019 10-K, p. 1.
[28] Ryder 2019 10-K, p. 7.
[29] Ryder 2019 10-K, p. 28.  Similarly, the FMS business had total revenue and assets in 2015 of $4.1 billion and $10.1 billion, respectively, representing 63% of consolidated revenue (excluding eliminations) and 92% of consolidated assets.  SCS total revenue and assets in 2015 were $1.6 billion and $637 million, respectively, representing 23% of Ryder's consolidated revenue and 6% of consolidated assets.  DTS total revenue and assets in 2015 were $896 million and $276 million, respectively, representing 14% of Ryder's consolidated revenue and 2% of consolidated assets.  *See*, Ryder 2015 10-K, p. 24.
[30] Ryder 2019 10-K, p. 28.

vehicle fleet and the level of depreciation of those assets, which allegedly inflated Ryder's net earnings, comprehensive income, and additional financial metrics.[31]

29.    Plaintiffs allege that, starting in mid-2015 and continuing throughout the Proposed Class Period, Ryder experienced two negative developments, including (1) "the throes of a sharp and prolonged downturn in the market for used vehicles," and (2) "increased maintenance costs from the lower-emissions vehicles," but it nonetheless made statements "assuring investors that the residual values for the fleet would remain stable" and did not adequately adjust downward those residual values.[32]

30.    In particular, I understand that Plaintiffs allege two separate theories regarding how Ryder purportedly overstated the residual value of its vehicles:  (1) Ryder allegedly failed to disclose that it would be selling its used vehicles into a "down market" for used trucks, which had collapsed due to oversupply and decreased demand by the end of 2015; and (2) Ryder allegedly misrepresented the residual value and depreciation of vehicles with Navistar International MaxxForce Engines, which had unreliable or defective EGR emissions technology and thus poor valuation in the industry.[33]

31.    Plaintiffs claim that the Company's alleged misrepresentations inflated Ryder's stock price during the Proposed Class Period, and that said inflation was allegedly removed "when the facts and risks misstated and omitted by Defendants were revealed to the market… through public disclosures on July 30, 2019, October 29, 2019, and February 13, 2020."[34]

   a.    On July 30, 2019, Plaintiffs allege that "the Company sharply reduced its full-year 2019 earnings forecast and management indicated that the majority of the lowered guidance reflected Ryder's weaker valuations of its tractors."[35]

   b.    On October 29, 2019, Plaintiffs allege that the Company "disclosed that it was reducing its residual value estimates by $844 million."[36]

---

[31] *See*, Amended Complaint, ¶¶ 1, 148–267.  *See also*, Order Denying Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, *State of Alaska, et al. v. Ryder System, Inc., et al.*, May 12, 2022 ("MTD Order"), pp. 1–2, 7 ("The Amended Complaint identifies 18 separate quarterly reporting periods where, despite knowledge that depreciation was understated, Defendants allegedly misstated Ryder's financial results and told investors that they were updating the residual value estimates based on current market prices and trends.").

[32] Amended Complaint, ¶¶ 6, 95; MTD Order, p. 2.

[33] Amended Complaint, ¶¶ 6, 7.

[34] Amended Complaint, ¶ 268.

[35] Amended Complaint, ¶ 18.

[36] Amended Complaint, ¶ 19.

    c.    On February 13, 2020, Plaintiffs allege that the Company "report[ed] that the financial toll of Ryder's residual value manipulation in fact now exceeded $1 billion."[37]

## C.    Summary of the Hartzmark Report

32.    Dr. Hartzmark states that "[a]n economic analysis of a basket of factors typically used by courts to analyze market efficiency—including those set forth in *Cammer* and *Krogman*— supports the conclusion that throughout the Class Period Ryder common stock traded in an efficient market."[38]  In particular, he states that Ryder common stock "exhibits the type of cause-and-effect relationship" that supports a conclusion of market efficiency, and his economic analyses, "which employ commonly utilized and generally accepted statistical tests, demonstrate that Ryder common stock rapidly responded to unanticipated and material Company-specific information consistent with efficient markets."[39]

33.    Dr. Hartzmark also states that "[t]he calculations of damages for violations of Section 10(b) of the Exchange Act may be computed on a class-wide basis using broadly accepted methodologies that would be common to all Class members."[40]  He claims that damages in this matter can be calculated "[u]sing the out-of-pocket methodology [where] damages suffered by Class members are measured based on the investors' inflation losses,"[41] and where "per share inflation losses would equal the difference between the per share artificial inflation when the Class member acquired shares [] and the per share artificial inflation when the Class member sold shares."[42]

34.    Dr. Hartzmark states that "[d]aily levels of artificial inflation are generally calculated either directly or as the difference between the actual prices paid on that day for Ryder common stock and the true or 'but-for' values of the security absent the alleged misrepresentations and

---

[37] Amended Complaint, ¶ 20.

[38] Hartzmark Report, ¶ 10.

[39] Hartzmark Report, ¶¶ 10, 55.

[40] Hartzmark Report, ¶ 10.

[41] Hartzmark Report, ¶ 86.

[42] Hartzmark Report, ¶ 89.  Dr. Hartzmark also states that: "[i]n addition, the 90-day period following the end of the Class Period would also need to be examined.  Under the Private Securities Litigation Reform Act of 1995 ('PSLRA'), a plaintiff may not recover more than the difference between the purchase price and the mean trading price of the stock during the 90-day look-back period."  Hartzmark Report, ¶¶ 86–88, footnote 102.

omissions (*i.e.*, had the truth been disclosed the price would have been the true value)."[43]  He proposes calculating an "inflation ribbon" that "represents an estimate of the daily level of artificial inflation in the prices of Ryder common stock caused by the Defendants' alleged misrepresentations and/or omissions, which are based on the price reactions to disclosures either related to or revealing the alleged misstatements and omissions."[44]

35.     Dr. Hartzmark states that "the inputs for the out-of-pocket methodology or formula" can be calculated using the same type of event study he used to evaluate the price-related factors in Section VI of the Hartzmark Report.[45]  He does not specify how he would do so, but rather states that such inputs could be calculated at the merits stage of the case "by parsing (*i.e.*, disaggregating the abnormal stock price movement into portions related and unrelated to the allegations) and scaling over time the changes in the inputs (if these adjustments are even required)"[46] using "commonly used and widely accepted techniques."[47]

## V.     Dr. Hartzmark Fails to Articulate a Methodology That Can Reliably Measure Damages Consistent with Plaintiffs' Theories of Liability

36.     According to Plaintiffs, Ryder allegedly overstated its vehicle fleet's residual values (*i.e.*, the values at which Ryder expected to sell the vehicles at the end of their useful lives in the UVS market), and Ryder's stock price was artificially inflated until Ryder made a "corrective adjustment" to its residual value estimates.[48]

37.     As explained below, Dr. Hartzmark fails to articulate a methodology that can reliably measure to what extent Ryder's stock price would have been different absent the alleged misrepresentations—that is, to what extent new, value-relevant information would have been revealed by alternative residual value estimates and how this additional information would have affected Ryder's stock price.  In particular, Dr. Hartzmark fails to explain how his methodology will (1) account for publicly available information affecting Ryder stock over time (*e.g.*, declining pricing in the UVS market); (2) reliably estimate inflation throughout the Proposed

---

[43] Hartzmark Report, ¶ 87.
[44] Hartzmark Report, ¶ 91.  Dr. Hartzmark does not identify these disclosures in his report.
[45] Hartzmark Report, ¶ 90.
[46] Hartzmark Report, ¶ 94.
[47] Hartzmark Report, ¶ 95.
[48] Amended Complaint, ¶¶ 13, 50, 268; MTD Order, p. 2.

Class Period on the basis of the decline in Ryder's stock price on the alleged corrective disclosure dates; or (3) measure damages attributable to alternative, allegedly "correctly estimated"[49] residual value estimates.

### A. Dr. Hartzmark Fails to Articulate a Methodology That Can Reliably Account for Publicly Available Information Affecting Ryder Stock Over Time

#### 1. The Decline in the UVS Market

38.     Plaintiffs claim that during the Proposed Class Period, the "market for used Ryder vehicles plummeted" and Ryder was "in the throes of a sharp and prolonged downturn in the market for used vehicles," yet Ryder failed to make downward adjustments to its residual value estimates and consequently inflated its stock price.[50]

39.     To the extent that Ryder's residual value estimates misrepresented information about the "pronounced negative developments and trends in the used vehicle sales market,"[51] as Plaintiffs allege, Dr. Hartzmark fails to offer a damages methodology that takes into account information about such "negative developments and trends," as well as its impact on Ryder's financial condition, that was already publicly available during the Proposed Class Period.

40.     As discussed below, there was publicly available information about the decline in the UVS market, including pricing in the UVS market, disclosed by Ryder and industry research reports; indeed, analysts commented on such information or referenced it in their analyses of Ryder's stock.  If Ryder's stock traded in an efficient market during the Proposed Class Period as Dr. Hartzmark claims, such information (to the extent it was value-relevant for Ryder) would have already been incorporated into Ryder's stock price.[52]  In particular, if "Ryder [w]itnessed a [s]harp [d]ecline in the [d]emand for, and [s]ales [p]rices of, [u]sed [v]ehicles"[53] during the Proposed Class Period as Plaintiffs claim, and information about this decline was publicly

---

[49] Amended Complaint, ¶ 100.
[50] Amended Complaint, ¶¶ 5, 6.
[51] Amended Complaint, ¶ 13.
[52] Plaintiffs' allegations seem to be premised on the assumption that the market was only relying on Ryder's accounting estimates of residual values to assess its economic position and future prospects during the downturn in the UVS market.  However, in an efficient market, Ryder's stock price would have incorporated the total mix of information, including all publicly available information from different sources about the UVS market and its impact on Ryder.
[53] Amended Complaint, § IV.E.

available to market participants, then in an efficient market this information would have already been reflected in Ryder's stock price.

41.    To reliably measure damages consistent with Plaintiffs' liability theories in this case, Dr. Hartzmark's damages methodology would need to determine what *incremental* value-relevant information would have been revealed by Ryder's disclosure of some purported "but for" residual value estimates, in light of the information about the UVS market that was already known to market participants at the time of the hypothetical but-for disclosure.  Dr. Hartzmark does not articulate a methodology for doing so.

42.    Throughout the Proposed Class Period, there were publicly available data sources that documented pricing and sales trends in the UVS market.  For example, Americas Commercial Transportation Research ("ACT") published monthly "State of the Industry" reports that provided updates on pricing and volume trends in the U.S. UVS market.[54]  ACT reports included comprehensive historical data on prices and volume in the UVS market summarized by vehicle class (*e.g.*, Class 8 (heavy duty), Classes 6–7 (medium duty), and Classes 3–5 (light duty)) and by market (retail, wholesale, or auction), as well as analysis of various trends (*e.g.*, volumes, pricing, mileage, and export trends; month-over-month, year-over-year, year-to-date, and six-month moving averages; among others).[55]

43.    For example, an ACT report published on October 25, 2019, before the second alleged corrective disclosure, includes data through September 2019 and shows how average tractor sale prices and volumes varied throughout the Proposed Class Period.[56]  ACT stated that "[d]ealers are reporting continued declines in used truck prices and growing truck inventories[, and that] [s]ome truck dealers and truckers have been unpleasantly surprised that the rate of decline in truck prices has not slowed."[57]  Specifically, ACT stated that "[t]he average price of total reported used Class 8 trucks fell for the third straight month in September, down 3% m/m," and

---

[54] "Commercial Vehicles, State of the Industry: U.S. Classes 3-8 Used Trucks," Americas Commercial Transportation Research Co., LLC, 2015–2020 monthly publication ("ACT Research, 2015–2020 monthly publication").

[55] The ACT reports also include industry estimates for retail sales and inventory.  *See*, ACT Research, 2015–2020 monthly publication.

[56] *See*, "Commercial Vehicles State of the Industry, U.S. Classes 3-8 Used Trucks," ACT Research, October 25, 2019 ("September 2019 ACT Report").

[57] September 2019 ACT Report, p. 1.

that it expected "elevated levels of trade-ins and waning demand to continue to assert downward pressure on pricing as the year progresses."[58]

### Class 8: U.S. Used Truck Average Sale Price
#### January 2009 - September 2019

Source: ACT Research Co., LLC: Copyright 2019

**The used Class 8 truck average sale price continued south in September, down 3% m/m and 7% y/y.**

---

[58] September 2019 ACT Report, p. 1.



**Class 8: U.S. Used Truck Sales**

January 2009 - September 2019 (Not Seasonally Adjusted)

Source: ACT Research Co., LLC: Copyright 2019

**September sales of used Class 8 vehicles fell 5% m/m, following August's 9% gain.**

44.     Further, securities analysts covering Ryder included in their reports the data from these ACT reports, and they extensively referenced and used these data for their analysis of the UVS market.[59]  Some analysts even compared Ryder's vehicle pricing information to that provided by ACT.  For example, an October 21, 2019 Wolfe report commented that the used truck pricing reported by Ryder had a high correlation of ~86.6% with the pricing information provided by ACT.[60]  Moreover, KeyBanc reports included relevant data from a proprietary survey showing respondents' expectations for used truck pricing over the next 12 months.[61]

45.     Ryder reported its used vehicle pricing changes in SEC filings throughout the Proposed Class Period.  For example, Ryder's 2Q 2015 10-Q stated that "[g]lobal average proceeds per

---

[59] *See*, for example, "Trackin' Trucks, Some Good, Some Bad," Wolfe, October 21, 2019.
[60] *See*, "Trackin' Trucks, Some Good, Some Bad," Wolfe, October 21, 2019, Exhibit 78.  Wolfe also performed similar analysis earlier in the Proposed Class Period.  *See also*, "Reflections on Meetings with Management," Wolfe, March 21, 2016, Exhibit 4.
[61] *See*, for example, "R: Checks Balanced, Lease Additions Support 2020 Growth; OW," KeyBanc, July 17, 2019, Exhibit 7.

unit increased 13% in the second quarter of 2015 and 15% in the first half of 2015 reflecting increases in average truck, tractor and trailer proceeds per unit."[62]

46.     Ryder also discussed how its business and financial conditions were affected by the UVS market throughout the Proposed Class Period.[63]  For example, on October 13, 2015, Ryder revised its 3Q 2015 and FY 2015 earnings guidance and established 4Q 2015 guidance,[64] and stated:[65]

> Used vehicle sales results also impacted earnings in the quarter, particularly in the month of September. The impact was due to 7% fewer than anticipated used power vehicles sold in the U.S., as well as moderating price growth.… The Company expects fourth quarter results to continue to be impacted by reduced used truck sales volumes and lower price expectations that are now consistent with prior-year pricing.

47.     On April 25, 2017, Ryder announced its 1Q 2017 financial results, revised FY 2017 financial guidance,[66] and stated:[67]

---

[62] Ryder Form 10-Q for Quarterly Period Ended June 30, 2015, filed on August 7, 2015 ("Ryder 2Q 2015 10-Q"), p. 31.  Similar language was included in Ryder's periodic financial statements for 3Q 2015 through 3Q 2019.  *See*, Ryder Form 10-Q for Quarterly Period Ended September 30, 2015, filed on October 22, 2015, p. 28; Ryder 2015 10-K, p. 29; Ryder Form 10-Q for Quarterly Period Ended March 31, 2016, filed on April 26, 2016, p. 25; Ryder Form 10-Q for Quarterly Period Ended June 30, 2016, filed on July 27, 2016, p. 24; Ryder Form 10-Q for Quarterly Period Ended September 30, 2016, filed on October 25, 2016, p. 23; Ryder Form 10-K for Fiscal Year Ended December 31, 2016, filed on February 14, 2017 ("Ryder 2016 10-K"), p. 30; Ryder Form 10-Q for Quarterly Period Ended March 31, 2017, filed on April 25, 2017, p. 23; Ryder Form 10-Q for Quarterly Period Ended June 30, 2017, filed on July 26, 2017, p. 26; Ryder Form 10-Q for Quarterly Period Ended September 30, 2017, filed on October 25, 2017, p. 25; Ryder Form 10-K for Fiscal Year Ended December 31, 2017, filed on February 20, 2018 ("Ryder 2017 10-K"), p. 31; Ryder Form 10-Q for Quarterly Period Ended March 31, 2018, filed on May 2, 2018, p. 35; Ryder Form 10-Q for Quarterly Period Ended June 30, 2018, filed on July 25, 2018, p. 36; Ryder Form 10-Q for Quarterly Period Ended September 30, 2018, filed on October 26, 2018, p. 36; Ryder Form 10-K for Fiscal Year Ended December 31, 2018, filed on February 21, 2019 ("Ryder 2018 10-K"), p. 32; Ryder Form 10-Q for Quarterly Period Ended March 31, 2019, filed on May 9, 2019, p. 40; Ryder Form 10-Q for Quarterly Period Ended June 30, 2019, filed on July 30, 2019, p. 40; Ryder Form 10-Q for Quarterly Period Ended September 30, 2019, filed on October 30, 2019, p. 41.

[63] *See*, **Exhibit 1a**.

[64] Ryder Form 8-K, Ex. 99.1, filed on October 13, 2015.

[65] Ryder Form 8-K, Ex. 99.1, filed on October 13, 2015, pp. 1–2.

[66] Ryder Form 8-K, Ex. 99.1, filed on April 25, 2017.

[67] Ryder Form 8-K, Ex. 99.1, filed on April 25, 2017, pp. 2, 5.

FMS earnings before tax were \$52.1 million, down 37% compared with \$83.3 million in the same period of 2016. Decreased earnings reflect lower used vehicle sales results and commercial rental performance.

Used vehicle sales results are anticipated to be below original expectations due to modestly lower pricing, reflecting continued high levels of inventory in the used vehicle market. We expect Ryder's used vehicle inventories to be near the midpoint of our target range by year end, which better positions us as we enter 2018.

48.     On February 16, 2018, Ryder announced its 4Q 2017 and FY 2017 financial results, initiated FY 2018 financial guidance,[68] and stated:[69]

However, FMS results were negatively impacted by used vehicle sales, additional accelerated depreciation, and higher insurance costs related to prior years' claims. Used vehicle sales results were below expectations, primarily due to pricing. Given our near-term outlook on pricing, the Company also recognized additional accelerated depreciation in the fourth quarter and extended accelerated depreciation through mid-2019.

49.     **Exhibit 1b** shows that securities analysts commented on the declines in the UVS market and the implications for Ryder during the Proposed Class Period, highlighting a deterioration of the UVS market from its peak in mid-2015.  For example:

(*KeyBanc, September 9, 2015*)  Used truck prices are increasing low-single digits compared to high-single to low-double digits over the past year.… **Going forward, moderating used truck prices may lower gains as [a] percentage of total earnings and reduce depreciation benefits associated with higher residuals**.[70]

---

[68] Ryder Form 8-K, Ex. 99.1, filed on February 16, 2018.
[69] Ryder Form 8-K, Ex. 99.1, filed on February 16, 2018, pp. 7–8.
[70] "R: Used Truck Pricing, Valuation Limit Upside; Move to SW," KeyBanc, September 9, 2015 (emphasis added).

(*RBC Capital Markets, October 13, 2015*)  Lower gains on used vehicle sales. During the quarter, **R saw demand for used vehicles slow dramatically**, which resulted in a lower number of vehicles sold, as well as realized gains. The decline in gains on used vehicle sales caused ~$0.06/sh (50%) of the 3Q/15 guidance reduction and ~$0.09/sh (75%) of the 4Q/15 guidance reduction.

We had already been forecasting gains on used equipment to decline slightly during 2H/15 and are now forecasting a more material 13% decline, which represents a $0.13/sh earnings headwind.[71]

(*Stephens, October 13, 2015*)  **Potential risk in the used market has recently been a hot topic, but we think this impact was felt sooner than anticipated.** As a result, we are taking a much more conservative view on gains on sale in the next year but maintain our Overweight rating given an attractive risk/reward (even on our reduced estimates) and trends in the core business that remain strong.

[…]

This lower outlook assumes a continuation of headwinds related to out-of-service vehicles and a weaker used truck environment into 4Q.

Issue #1: A Weaker Used Truck Market. We estimate this was approximately 60% of the 2H15 EPS reduction. **Management noted that weaker demand in the used truck market (particularly in September) drove lower-than-expected unit sales and moderating price growth in 3Q15.** This headwind is expected to continue into 4Q15. In our view, the potential impact of a weakening used truck market has been the main investor concern in recent months and the primary driver to the stock being 25% below YTD highs. And looking into FY16, we still think there is uncertainty as it's challenging to predict "gains on sale" (but it's also a major swing factor in the model).[72]

---

[71] "Nuanced Pre-announcement Likely to Result in Continued Debate," RBC Capital Markets, October 13, 2015 (emphasis added).
[72] "Lowers Expectations in 2H15; Reducing Our Estimates and Price Target," Stephens, October 13, 2015 (emphasis added).

(*KeyBanc, December 2, 2015*)  **Used truck headwinds persist**. Used truck pricing has decreased 8% since mid-year, and is currently down MSD [(mid-single digits)] relative to year-ago levels[]. While updated 2015 guidance provided in early Oct incorporates $0.10-$0.20 of lower gains, gains/unit remain ~45% above the 5-year average[] and could normalize if pricing further softens or residuals increase. **Our updated estimates reflect a $35M decrease in gains in 2016 (~$0.40/share) and gains/unit more in line with historical levels**.[73]

(*Stifel, February 2, 2016*)  Ryder's stock declined significantly the past 12 months due to fears the used truck market was collapsing, debt was too high, and commercial rental was going to slow due to economic weakness.… As for the three issues mentioned above, **the used truck market has softened and is expected to continue softening through 2016**. Commercial rental has not yet seen negative growth, but Ryder management is proactively shrinking the fleet in expectation of lower demand ahead to preserve utilization.

Used truck pricing – **We believe falling Class 8 tractor prices are the biggest headwind to 2016 EPS, but the company sees this as normal cyclical price action. After peaking in 2Q15, it is likely pricing will decline through the end of 2016 but should bottom out or partially recover in 2017, according to management**.[74]

(*Stifel, February 3, 2017*)  Ryder disappointed investors with both its 4Q16 report and 2017 guidance yesterday, as used vehicle pricing, most recently thought to be bottoming, management said is likely to drop another 15%-20% this year, taking tractor prices down more than 30% from the mid-2015 peak level…

**Used vehicle pricing, especially related to Class 8 tractors, will likely be a headwind through 2020, after what could be a temporary reprieve in 2018**.[75]

(*KeyBanc, July 17, 2019*)  Used truck in line with expectations. **Commentary [by survey participants] around used truck outlooks were [*sic*] mixed, with ~40% expecting pricing to deteriorate from current levels over the next 12 months, up from 13% in 1Q19; however, nearly a quarter anticipate pricing to improve going forward**. We note pricing has remained relatively stable through 1H19[], and assuming flat pricing with current levels implies a mid-single-digit increase on a full-year basis.[76]

---

[73] "R: Checks Suggest Stable Trends Near Term, Used Truck Headwinds Persist; SW," KeyBanc, December 2, 2015 (emphasis added).

[74] "Ryder Sets Reasonable Expectations for 2016 - Reiterate Buy," Stifel, February 2, 2016 (emphasis added).

[75] "Rough Ryder Quarter - Stops Showing Gains on Sale, Drops Guidance for Used Prices," Stifel, February 3, 2017 (emphasis added).

[76] "R: Checks Balanced, Lease Additions Support 2020 Growth; OW," KeyBanc, July 17, 2019 (emphasis added).

50.     In sum, as detailed above, there was publicly available information during the Proposed Class Period about the decline in the UVS market.  Without articulating a methodology that is capable of determining what *incremental* value-relevant information about the UVS market would have been revealed—and its impact on Ryder's stock—had Ryder reported some purported "but for" residual value estimates, Dr. Hartzmark cannot reliably measure damages consistent with Plaintiffs' liability theories.

### 2.     Ryder's Residual Value Estimates

51.     As discussed above, to assess the alleged inflation in Ryder's stock price during the Proposed Class Period, a reliable damages methodology needs to be able to analyze how the alleged truth would have altered the total mix of information that was contemporaneously available.

52.     In addition to information about the UVS market, Dr. Hartzmark also fails to explain how his damages methodology would take into account publicly available information that Ryder itself had disclosed, and which analysts commented on, including that (a) residual values were among Ryder's "Critical Accounting Estimates" that involved subjective or complex judgments and there were different accounting components to it, and (b) Ryder took a "long-term" view in estimating the residual value (*e.g.*, Ryder's policy depreciation was based on a five-year rolling average of used vehicles' sales prices, which may not reflect the "fair value" estimates of those vehicles under the then-current market conditions[77]).

---

[77] Ryder carried vehicles held for sale at fair value in its consolidated balance sheet.  *See*, Ryder 2015 10-K, p. 77; Ryder 2019 10-K, p. 85.  According to Ryder, "[f]air value is defined as the exchange price that would be received for an asset or paid to transfer a liability (an exit price) in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants on the measurement date"; and the asset account "[r]evenue earning equipment held for sale is measured at fair value on a nonrecurring basis and is stated at the lower of carrying amount or fair value less costs to sell."  *See*, Ryder 2015 10-K, p. 77; Ryder 2019 10-K, p. 85.

### a)   Residual Values as Critical Accounting Estimates

53.      During the Proposed Class Period, Ryder provided a list of "Critical Accounting Estimates."  The first on this list was "Depreciation and Residual Value Estimates."[78]  For example, Ryder's 2015 10-K (the first 10-K filed during the Proposed Class Period) stated that:[79]

> The preparation of financial statements in conformity with U.S. GAAP requires us to make estimates and assumptions…. Certain of these policies require the application of subjective or complex judgments, often as a result of the need to make estimates about the effect of matters that are inherently uncertain. These estimates and assumptions are based on historical experience, changes in the business environment and other factors that we believe to be reasonable under the circumstances. Different estimates that could have been applied in the current period or changes in the accounting estimates that are reasonably likely can result in a material impact on our financial condition and operating results in the current and future periods. We review the development, selection and disclosure of these critical accounting estimates with Ryder's Audit Committee on an annual basis.

> These estimates are based on management's best knowledge of historical trends, actions that we may take in the future, and other information available when the consolidated financial statements are prepared. Changes in estimates are recognized in accordance with the accounting rules for the estimate, which is typically in the period when new information becomes available. Areas where the nature of the estimate make it reasonably possible that actual results could materially differ from the amounts estimated include: depreciation and residual value guarantees, employee benefit plan obligations, self-insurance accruals, impairment assessments on long-lived assets (including goodwill and indefinite-lived intangible assets), allowance for accounts receivable, income tax liabilities and contingent liabilities.

---

[78] This was referred to as "Depreciation and Residual Value Guarantees" in the Ryder 2015 10-K.  *See*, Ryder 2015 10-K, p. 50.  Similar language exists in subsequent 10-Ks filed during the Proposed Class Period.  *See*, Ryder 2016 10-K, p. 51; Ryder 2017 10-K, p. 52; Ryder 2018 10-K, p. 53; Ryder 2019 10-K, p. 48.  Ryder's auditor similarly recognized residual value estimates as among Ryder's "Critical Audit Matters."  Ryder 2019 10-K, pp. 68–70.
[79] Ryder 2015 10-K, pp. 50, 68.

54.     Ryder disclosed that it reviewed the residual value estimates at least annually.  For example:[80]

> We review residual values and useful lives of revenue earning equipment on an annual basis or more often if deemed necessary for specific groups of our revenue earning equipment. Reviews are performed based on vehicle class, generally subcategories of trucks, tractors and trailers by weight and usage.
>
> At the end of each year, we complete our annual review of the residual values and useful lives of revenue earning equipment. Based on the results of our analysis, we adjust the residual values and useful lives of certain classes of our revenue earning equipment effective January 1.

55.     Moreover, Ryder stated in its SEC filings that its accounting estimates of residual values reflected many considerations, including but not limited to historical, current, and expected future prices for used vehicles, which may have changed from period to period as market conditions for used vehicles fluctuated, and as Ryder's long-term view regarding the residual values of its vehicles also changed from period to period.[81]  **Exhibit 2** shows Ryder discussing residual value and depreciation in SEC filings, earnings conference calls, and investor presentations during the Proposed Class Period.

56.     Ryder specifically discussed the residual risk of its vehicles during the Proposed Class Period, including the difficulty "to accurately predict residual values used in calculating [its] depreciation expense."[82]

57.     Ryder further disclosed that its residual value estimates related to different accounting components, including (1) policy depreciation, (2) accelerated depreciation, (3) valuation adjustments, and (4) gains/losses from used vehicle sales, and the Company provided information on these components in its SEC filings during the Proposed Class Period.[83]

---

[80] *See*, Ryder 2015 10-K, p. 50.  *See also*, **Exhibit 2**.

[81] *See*, Ryder 2015 10-K, p. 71; Ryder 2016 10-K, p. 76; Ryder 2017 10-K, p. 78; Ryder 2018 10-K, p. 82; Ryder 2019 10-K, p. 94.

[82] *See*, Ryder 2015 10-K, p. 13; Ryder 2016 10-K, p. 13; Ryder 2017 10-K, p. 14; Ryder 2018 10-K, p. 13.  *See also*, **Exhibit 4**.  As further discussed in **Section VII** below, to the extent that the alleged misrepresentations concealed or understated the risks of further residual value deterioration and increase in depreciation expense that materialized on the alleged corrective disclosure dates, Dr. Hartzmark fails to establish a methodology that can reliably measure inflation attributable to the allegedly misrepresented risks.

[83] *See*, Ryder 2Q 2015 10-Q, p. 14 ("The change in estimated residual values and useful lives increased pre-tax earnings for the three and six months ended June 30, 2015 by approximately $10.0 million and $20.0 million,

a.  **Policy depreciation**:  As discussed in **Section V.A.2.b** below, Ryder disclosed that, historically, policy depreciation was based on a rolling five-year average of the used vehicle sales price.[84]

b.  **Accelerated depreciation**:  Ryder stated that for vehicles expected to be made available for sale in the near-term (generally 12 to 24 months), it may adjust residual value estimates to reflect then "current market rates," and referred to such adjustments as "accelerated depreciation."[85]

c.  **Valuation adjustment**:  For vehicles that were held for sale, Ryder recognized their value "at the lower of carrying amount or fair value less costs to sell."[86] Ryder also referred to this as "losses from fair value adjustments."[87]

d.  **Gains or losses on vehicles sold**:  Ryder further recognized *gains or losses* when the vehicles were sold above or below the residual value.[88]

---

respectively."), p. 18 ("Fair value losses for three months ended June 30, 2015 are $3,252 [in thousands]."), p. 31 ("Gains on vehicle sales, net decreased 3% in the second quarter of 2015 to $33.2 million…").

[84] *See*, Ryder 2015 10-K, p. 71, for policy depreciation ("We periodically review and adjust, as appropriate, the residual values and useful lives of revenue earning equipment.  Our review of the residual values and useful lives of revenue earning equipment is established with a long-term view considering historical market price changes, current and expected future market price trends, expected lives of vehicles and extent of alternative uses.").  *See also*, Ryder 3Q 2015 Earnings Call Transcript, October 22, 2015, pp. 6, 14, and **Exhibit 3a** for the five-year rolling average methodology ("[Robert Sanchez:] However, we should see a benefit in depreciation due to higher residual values using our five-year rolling average methodology.… [W]e haven't finalized our depreciation policy analysis, looking at a five-year rolling average I think it's reasonable to assume that our depreciation policy benefit would mostly offset something of that magnitude, right.").

[85] *See*, Ryder 2016 10-K, p. 76, for accelerated depreciation ("In addition, we also monitor market trends throughout the year and assess residual values of vehicles expected to be sold in the near term and may adjust residual values for these vehicles.").

[86] *See*, for example, Ryder 2015 10-K, p. 71 ("Revenue earning equipment held for sale is stated at the lower of carrying amount or fair value less costs to sell….  Fair value is determined based upon recent market prices obtained from our own sales experience for sales of each class of similar assets and vehicle condition…."  Gains and losses on sales of operating property and equipment are reflected in 'Miscellaneous income, net.'"); Ryder 2019 10-K, p. 95 ("Revenue earning equipment held for sale is stated at the lower of net book value or fair value less costs to sell. Losses on vehicles held for sale for which carrying values exceeded fair value, which we refer to as 'valuation adjustments,' are recognized at the time they arrive at our used truck centers and are presented within 'Used vehicle sales, net' in the Consolidated Statements of Earnings. For revenue earning equipment held for sale, we stratify our fleet by vehicle type (trucks, tractors and trailers), weight class, age and other relevant characteristics and create classes of similar assets for analysis purposes. For a certain population of revenue earning equipment held for sale, fair value was determined based upon recent market prices obtained from our own sales experience for sales of each class of similar assets and vehicle condition. Expected declines in market prices were also considered when valuing the vehicles held for sale.").

[87] *See*, for example, Ryder 2018 10-K, p. 96.

[88] For example, "While we believe that the carrying values and estimated sales proceeds for revenue earning equipment are appropriate, there can be no assurance that deterioration in economic conditions or adverse changes to expectations of future sales proceeds will not occur, resulting in lower gains or losses on sales."  Ryder 2015 10-K, p. 50.

58.     Analysts also commented on the relationship between residual values, depreciation, valuation adjustments, or gains/losses at the time of sale.  For example:

> (*RBC Capital Markets, January 7, 2016*)  Because residual values are based on trailing 5-year pricing, we believe they will continue to creep up even though prices appear likely [to] decline over the near-term. This expected **rise in residual values will likely limit gains on sale of equipment**, even if realized values hold steady over the near-term.[89]

> (*Stephens, February 3, 2017*)  Ryder reported a sizable 4Q16 EPS miss vs. the Street; **however, the majority of the shortfall was a result of a used vehicle inventory valuation adjustment and accelerated depreciation associated with the company's outlook for the used truck market to remain weak through mid 2018**.  This also resulted in the initial 2017 guidance falling shy of Street expectations as the company is assuming another 15% - 20% y/y decline in used truck pricing.[90]

> (*Wolfe, October 30, 2019*)  The company's residual estimates are now 18% lower than prior estimates and incorporate further deterioration in pricing in the near term. Beyond 2021, the assumed level of residual values is at or close to that 18% lower level. **We believe this could lead to gains on sales in 2H:20 if the trucking cycle improves**…[91]

59.     Dr. Hartzmark offers no methodology to examine, if Ryder had disclosed some alternative "but for" residual value estimates, how that would have changed the Company's disclosure of policy depreciation, accelerated depreciation, valuation adjustments, and gains or losses on sales, respectively (*e.g.*, higher policy depreciation may be accompanied by lower accelerated depreciation, smaller valuation adjustments, or more gains at sales), and how these changes would have mattered for the valuation of Ryder's stock.[92]  For example, if the hypothetical but-for residual value estimate is smaller than what Ryder disclosed, then Dr. Hartzmark needs to have a methodology that can reliably analyze how the hypothetical but-for disclosure would have changed the markets' expectations regarding Ryder's future cash flows over time, taking into account that such hypothetical residual value estimate may lead to an

---

[89] "Tearing Off the Band-Aid," RBC Capital Markets, January 7, 2016 (emphasis added).

[90] "Messy 4Q & Guide Down as Expected; Remain OW as Fundamentals Likely Bottoming," Stephens, February 3, 2017 (emphasis added).

[91] "Better Positioned for the Next Upcycle," Wolfe, October 30, 2019 (emphasis added).

[92] For example, Ryder stated in its 2018 Form 10-K, "[i]f we overestimate a vehicle's residual value this could contribute to lower gains or losses on sales of our used vehicles."  Ryder 2018 10-K, p. 13.

increase in depreciation, but be followed by a smaller, less negative hypothetical valuation adjustment or bigger hypothetical gains (or smaller hypothetical losses) at time of sale.

### b) Accounting Estimates of Residual Value Based on a "Long-Term" View

60. Throughout the Proposed Class Period, Ryder stated that its review of its residual value estimates was based on a long-term view. For example, Ryder stated:[93]

> Based on the mix of revenue earning equipment at December 31, 2015, a 10% decline in expected vehicle residual values would increase depreciation expense in 2016 by approximately $105 million. We review residual values and useful lives of revenue earning equipment on an annual basis or more often if deemed necessary for specific groups of our revenue earning equipment. Reviews are performed based on vehicle class, generally subcategories of trucks, tractors and trailers by weight and usage. Our annual review is established with a long-term view considering historical market price changes, current and expected future market price trends, expected life of vehicles included in the fleet and extent of alternative uses for leased vehicles (e.g., rental fleet, and DTS and SCS applications). As a result, future depreciation expense rates are subject to change based upon changes in these factors. While we believe that the carrying values and estimated sales proceeds for revenue earning equipment are appropriate, there can be no assurance that deterioration in economic conditions or adverse changes to expectations of future sales proceeds will not occur, resulting in lower gains or losses on sales.

61. As shown in **Exhibit 3a**, Ryder further stated during earnings calls and investor presentations that it was using a five-year rolling average methodology to calculate policy depreciation, which could result in lower depreciation when the rolling average is increasing.

62. For example, President, CEO, and Chairman Robert Sanchez noted in Ryder's 3Q 2015 earnings conference call that the Company "should see a benefit in depreciation due to higher residual values using [its] five-year rolling average methodology."[94]

---

[93] Ryder 2015 10-K, p. 50.
[94] Ryder 3Q 2015 Earnings Conference Call Transcript, October 22, 2015, p. 6.

63.     During the November 2015 Goldman Sachs Industrials Conference, Mr. Sanchez stated:

[H]istorically for a very long time, the way we calculate the residual values for our vehicles that… we own is we do a rolling 5-year average of what we're selling used trucks for.  So we have – each year you drop off the fifth year and you add the new year.  So even in this environment where things may moderate a little bit, I'm still going to be dropping off now… 2010, 2011 which were years that weren't great yet at used trucks sales.  And I would be adding the more recent year, which should still give me some increase in residual values, which is a drop in depreciation expense.[95]

64.     During the February 2016 BB&T Transportation Services Conference, Mr. Sanchez stated:

… [T]he way that we determine our residual value is this, we don't typically just mark to market residual values wherever they may be.

We're doing a five-year rolling average of residual values to determine -- what we've been selling trucks for the last five years, we use that average to determine residual values.  We update it every year.

So this run-up we've had specifically in tractors over the last five years, we haven't been -- we didn't jump to the high number from the get-go.

So we've been coming up slowly, even with the drop that you've seen of 20% or we expect to see here in the year [for used tractor pricing to be down] 20%, we're still, our residual values are still below that number.

So the five-year average we've been using is below the 20% drop number that we're expecting this year.

So there isn't really -- what you were seeing -- the way you see it in our income statement is a reduction in gains.  So my gains are coming [out], for every dollar I [sic] in proceeds is a dollar lost in earnings before tax.  So that's the way it's reflected.[96]

---

[95] Ryder Company Conference Presentation Transcript from 2015 Goldman Sachs Industrials Conference, November 3, 2015, p. 9.

[96] Ryder Company Conference Presentation Transcript from 2016 BB&T Transportation Services Conference, February 11, 2016, p. 8.

65.     Speaking at the November, 2018 Baird Global Industrial Conference, Mr. Sanchez stated:[97]

> I think it's important for everybody to understand that the used truck market is a cyclical market, has its ups and downs. I've been with the company for 25 years. I've been through about 4 or 5 of these ups and downs in the used truck market. It does go down and it does go up. So it doesn't stay down forever. And we are in a period where the stock -- where the used truck market had gone up probably more than you would have expected in between 2011 and 2015, and then came down maybe more than we would have expected.  The way Ryder has historically set its residuals, we've been doing this for a long time, is we've been using a 5-year rolling average in order to determine what the residual value of our truck fleet is going to be. So if you think about using a 5-year rolling average in a cyclical business, it kind of keeps you in the middle of the fairway. You don't go up too high, you don't get down too low. Well, clearly, during a period where you start pricing down a little bit higher, we probably got a little bit ahead of ourselves with that 5-year average, and now are seeing the impact of having to bring it back down to get back to where we need to be. This year, it represented about $40 million to $45 million of adjustments in -- we do it in 2 ways. One is continue that 5-year average, to bring it down. And the other thing we do is that when our residual values are above where the used truck market is selling, we accelerate the depreciation of those vehicles that we think we're going to sell in the next year, 1.5 years to what the used truck market is currently selling at.

66.     Analysts commented on Ryder's "long-term" view and its use of the five-year rolling average (as opposed to the then-current market price of used vehicles) in determining the residual value estimates, and noted the implication of using this five-year rolling average calculation for Ryder's depreciation expense (see **Exhibit 3b**).  For example:

> (*KeyBanc, September 9, 2015*)  Depreciation is based on the difference between the cost of equipment and an estimated residual value spread over the useful life, with **the estimated residual based on a five-year rolling average of actual sales prices for used equipment**. Very basically, when residuals increase as used truck pricing goes up, future depreciation decreases all things equal, providing a year-over-year earnings tailwind.[98]

---

[97] Ryder Company Conference Presentation Transcript from 2018 Baird Global Industrial Conference, November 6, 2018, p. 8.

[98] "R: Used Truck Pricing, Valuation Limit Upside; Move to SW," KeyBanc, September 9, 2015 (emphasis added).

(*Wolfe, October 13, 2015*)   **R uses a five-year rolling weighted average of used truck prices to update its residual values which in turn impacts the following year's depreciation expense. So rising used truck prices and rising residual values ultimately reduce Depreciation expense over time**. R's used truck pricing remained up double-digits y/y in 1Q and 2Q and remained positive y/y in 3Q. Even if we assume a 5% y/y drop in 4Q:15 which would be very extreme, this would still imply that 4Q:15 used truck prices for R would be about 30% higher than R's used truck pricing in 4Q:10 which is the year that's rolling of [*sic*] in R's residual value calculation next year.

Used truck/tractor residual values determined by applying a blended average of changes in used truck and tractor pricing, then taking a 5 year rolling average of these historical residual values.[99]

(*FBR, October 22, 2015*)  [W]e expect Ryder to capture approximately $25 million in residual gains on used truck sales (calculated on a five-year rolling average truck sales price)…[100]

(*J.P.Morgan, February 29, 2016*)  Ryder usually adjusts depreciation annually based on residual values of the fleet on a five-year trailing basis.

Typically, Ryder marks its depreciated values to market on a five-year trailing basis at year-end.  Given substantial increases in used vehicle prices in recent years, this has led to successive increases in terminal values that have lowered Ryder's depreciation expense.

Expected residual value is determined by the trailing-five-year change in used vehicle prices – this is not a forward-looking metric and could lead to actual results differing significantly from estimated residual values.[101]

(*Aegis, July 27, 2017*)  Across its corporate structure, the average truck valuation is about $90,000 at purchase, and the company consistently applies residual values of 25% to 35%, depending on the point in the equipment cycle, with a 5-6 year rolling average on vehicle ages, so that much is consistent with past practices, and the company reassesses its residual values each year at the close of the year, and makes adjustments for the new year.[102]

---

[99] "Not Peak Yet - Buying Opportunity," Wolfe, October 13, 2015 (emphasis added).
[100] "3Q15 In Line with Preannounced Range; Outlook for 2016 Remains Healthy--Reiterate Outperform," FBR, October 22, 2015.
[101] "Initiating at Neutral; Challenging 2016 Dynamics Offset Secular Growth in Transportation Outsourcing," J.P.Morgan, February 29, 2016.
[102] "Ryder Raises Lowered Guidance, Sees Some Improvement, Raising Price Target to $84," Aegis, July 27, 2017.

(*J.P.Morgan, July 30, 2019*)  We believe the used vehicle headwind will remain through 2021 as the five year rolling average valuation adjustment cycles out the 2016 peak in tractor pricing.[103]

67.     In sum, it was publicly known during the Proposed Class Period that for accounting purposes, Ryder took a "long-term" view in estimating its vehicles' residual values, based on a five-year rolling average of used vehicles sales price, which may not match the "fair value" of those vehicles under the then-current market conditions.  Dr. Hartzmark fails to explain how his damages methodology would take into account this publicly available information.

> **B.      Dr. Hartzmark Fails to Establish That Inflation Can Be Reliably Measured Based on Ryder's Stock Price Declines on the Alleged Corrective Disclosure Dates**

68.     Dr. Hartzmark states that to calculate the inputs for his purported out-of-pocket damages methodology (*i.e.*, the daily levels of inflation), an expert "often begins with the same type of event study [he has] used to evaluate the price-related factors [for Ryder's common stock]," and "[u]sing the results of the event study along with the disclosures of firm-specific information, daily abnormal returns or price movements are calculated."[104]

69.     While an event study is a commonly used tool to disaggregate the security price movements due to company-specific information from market or industry factors, it is subject to certain limitations.  An event study of the alleged corrective disclosure dates may not reliably measure inflation dissipated on the alleged corrective disclosure dates, or inflation on any other day during the Proposed Class Period.  Dr. Hartzmark fails to explain how, in light of the above, his methodology would account for:

70.     ***New, value-relevant information***.  As an initial matter, an event study measures the stock price movement in response to *new*, value-relevant information.  If some alleged corrective information was not new, but only repeated information the market already knew, then in an efficient market it would not be expected to result in a statistically significant price movement.  This is because in an efficient market, prices respond *quickly* to new, value-relevant information.

---

[103] "Limited Visibility to a U-Turn in Used Tractor Prices, Lowering Estimates and Price Target," J.P.Morgan, July 30, 2019.
[104] Hartzmark Report, ¶ 90.

Stale news, if value relevant, would have already been incorporated into the stock price when it first became publicly available.

71.    As discussed in **Appendix D**:

    a.  July 30, 2019:  Plaintiffs allege that Ryder "reported earnings before tax for the second quarter of 2019 in its FMS business segment of $57.7 million compared to $72.9 million the prior year period, driven by lower used vehicle sales results which had declined from the prior year as a result of higher valuation adjustments of $10.4 million on a larger inventory and higher depreciation of $7.6 million due to residual value changes."[105]  Dr. Hartzmark fails to propose a damages methodology that could address a finding that information regarding "higher depreciation of $7.6 million due to residual value changes" was stale, not *new* value-relevant information that first became available on July 30, 2019.[106]  Dr. Hartzmark also fails to provide a methodology that can reliably address a finding that the "higher valuation adjustments of $10.4 million" reflects a timely mark-to-market adjustment in 2Q 2019, not information that Ryder could and should have disclosed earlier.[107]

    b.  February 13, 2020:  Plaintiffs allege that on February 13, 2020 the Company "report[ed] that the financial toll of Ryder's residual value manipulation in fact now exceeded $1 billion."[108]  Dr. Hartzmark fails to propose a damages methodology that could reliably address a finding that the depreciation expense Ryder announced this day, "reflecting the impacts of previously announced

---

[105] Amended Complaint, ¶ 135.

[106] As discussed in **Section V.A.2**, at the end of each year, based on its annual review of the residual values and useful lives of revenue earning equipment, Ryder adjusts the residual values and useful lives of certain classes of its revenue earning equipment effective January 1.  For example, Ryder's 2018 Form 10-K (filed on February 21, 2019) states that the "approximate unfavorable impact on the annual depreciation expense resulting from the residual value and useful life reviews" for 2019 is $30 million as of January 1, 2019.  *See,* Ryder 2018 Form 10-K, p. 53.  Dr. Hartzmark does not discuss the possibility that the additional $7.6 million in depreciation expense referenced in Ryder's 2Q 2019 earnings release was the second quarter's prorated portion of this $30 million that was already disclosed in Ryder's 2018 10-K.

[107] As explained in **Section V.A.2** above, Ryder applied valuation adjustments to vehicles that were ready to be sold to mark those vehicles to the lower of the carrying amount or their market prices (fair value) less costs to sell.  *See,* for example, Ryder 2015 Form 10-K, p. 71.  If this $10.4 million valuation adjustment reflected a mark-to-market adjustment due to the most recent developments in the UVS market during 2Q 2019 Dr. Hartzmark fails to articulate a reliable damages methodology that can take into account that this information was new, even to Ryder, and did not reflect information that could and should have been disclosed earlier.

[108] Amended Complaint, ¶ 20.

change in residual value estimates," was largely "in-line" with market expectations as shown below.[109]  More specifically, Dr. Hartzmark fails to propose a methodology that can reliably measure only the price impact of the information regarding Ryder's residual value disclosed this day that was *new* and value-relevant.  As the Amended Complaint claims, Ryder already disclosed on October 29, 2019 that "it was decreasing its residual value estimates by more than $840 million."[110]  Four of the six securities analysts that published reports on this day described the information related to the residual value or depreciation impact disclosed on February 13, 2020 as "in-line," "largely unchanged," or "slightly worse than expected."

> (*Wolfe, February 13, 2020*) **Used Truck Not the Issue This Time**. Last quarter, R materially lowered its used truck pricing and residual value assumptions, and R noted that used prices are tracking in line with its expectations, with some more downside cushion. As a result, R expects a $1.65 tailwind in C20 from lower y/y depreciation and moderating losses on sales, **just slightly worse than our expectations**.[111]

> (*Wolfe, February 13, 2020*) R[yder]'s guidance on depreciation/used tailwinds was largely **in line** with our expectations.[112]

---

[109] *See*, Ryder Form 8-K, filed on February 13, 2020 ("Q4 GAAP EPS from continuing operations loss of $(1.02) versus $2.12 in prior year, reflecting the impacts of previously announced change in residual value estimates and one-time pension settlement charge… Full-year GAAP EPS from continuing operations loss of $(0.45) versus $5.43 in prior year, reflecting the impacts of previously announced change in residual value estimates and one-time pension settlement charge... GAAP and comparable EPS for both the fourth quarter and full year were impacted by higher depreciation expense resulting from the previously announced change in residual value estimates."); "EPS Guidance Much Worse than Expected, but Free Cash Flow Better," Wolfe, February 13, 2020 ("R[yder]'s guidance on depreciation/used tailwinds was largely in line with our expectations.").

[110] Amended Complaint, ¶ 138.

[111] *See*, "Yet Another Reset, but Back at Valuation Support," Wolfe, February 13, 2020 (emphasis added).

[112] *See*, "EPS Guidance Much Worse than Expected, but Free Cash Flow Better," Wolfe, February 13, 2020 (emphasis added).

(*SunTrust, February 13, 2020*) On the positive front, the used truck market was in line with the company's expectations for 4Q, as well as YTD, and the residual value **assumptions/depreciation expense guidance is largely unchanged for 2020**.[113]

(*SunTrust, February 13, 2020*) 4Q EPS came in at the low end of the company's guidance of -$0.03 to +$0.07 as a result of a **slightly higher increase in depreciation following its 3Q residual value estimate change**.[114]

(*Stephens*, February 13, 2020) The miss relative to the Street was margin-driven, and **R noted that results were at the lower end of its forecast range due to a modest increase in the depreciation impact of vehicle residual value estimate changes**… While the outlook is expectedly messy (and the quarterly impact form residual changes was tough to predict), this 2020 forecast is clearly disappointing vs. expectations.[115]

(*Stephens*, February 13, 2020) Higher depreciation expense related to reduced vehicle residual value estimates negatively impacted EPS by $1.67 y/y (adj. EPS was down 11% y/y excluding this headwind).  The miss relative to the Street was margin-driven, and **R noted that results were at the lower end of its forecast range due to a modest increase in the depreciation impact of vehicle residual value estimate changes**.[116]

(*J.P.Morgan, February 13, 2020*) In the earnings release **Ryder noted a modest increase in the depreciation impact for residual value estimate changes**, which we believe was +$8mm per slide 26 of the earnings deck.[117]

---

[113] *See*, "4Q Recap; Not the Guidance We Expected but the Right Investments for the Long Term; Reiterate Buy," SunTrust, February 13, 2020 (emphasis added).

[114] *See*, "4Q EPS Miss; 2020 Guidance Well Below as Company Shifts to Higher Returns/Positive FCF," SunTrust, February 13, 2020 (emphasis added).

[115] *See*, "First Look at 4Q19: Adj. EPS Miss & 2020 Guidance Below Street," Stephens, February 13, 2020.

[116] *See*, "Slight Adj. EPS Miss in 4Q19; Guidance for 2020 Well Below the Street," Stephens, February 13, 2020 (emphasis added).

[117] *See*, "First Look at 4Q19 Earnings," J.P.Morgan, February 13, 2020 (emphasis added).

(*J.P.Morgan, February 13, 2020*) Clearing up some confusion on residual value assumptions. Ryder provided an update on residual value estimate changes in a different format than the detailed disclosures which featured prominently in the 3Q19 earnings slides. The addition of a 4Q19 "variance to depreciation impact estimate" as a true-up in the quarter added to the confusion when attempting to bridge to the prior guidance, further complicated by the lack of an updated Class 8 sales price index. **We confirmed with the company that the residual value estimates updated [for] July 1, 2019 [and announced on October 29, 2019] did not change for 2020 or 2021** but will still look for further details on residual values when the 10-K is filed in the next few weeks.[118]

(*KeyBanc, February 13, 2020*) Current quarter results were below expectations stemming from a greater than anticipated drag from depreciation, as well as lower rental and dedicated revenue, offset by a significant tax benefit.[119]

(*Baird, February 13, 2020*)  Used vehicle pricing is expected to remain soft in 1H20 as well before beginning to firm in 2H20, consistent with views of an improving truckload supply/demand dynamic by mid-2020. Provided that cyclical view holds, coupled with waning depreciation headwinds, FMS margins should turn positive in 2H20.[120]

72. ***Confounding information***.  Second, an event study can only be used to assess the total impact of *all* new company-specific information revealed during an event window.  Even if correctly specified, an event study cannot separately measure the effects of corrective and other company-specific confounding information that is released simultaneously.

73. The alleged corrective disclosures in the current matter occurred on Ryder's earnings and guidance announcement days (for 2Q 2019, 3Q 2019, and 4Q 2019/FY 2019) when Ryder also disclosed other financial information in addition to information about its residual value estimates.[121]  Dr. Hartzmark's event study methodology purports to measure the overall price impact of all new, value-relevant information revealed on these days, including but not limited to

---

[118] *See*, "Stuck in Low Gear," J.P.Morgan, February 13, 2020 (emphasis added).

[119] *See*, "R 4Q19 Recap: A Slow Pivot but Swift Reset; SW," KeyBanc, February 13, 2020.  *See also*, "R – ALERT: 4Q19 First Take," KeyBanc, February 13, 2020.

[120] *See*, "Book Value Remains the Focus While Mgmt. Works to Shift Strategic Focus," Baird, February 13, 2020.

[121] Amended Complaint, ¶ 6 ("When Ryder finally made the necessary and belated reductions to its residual values in the third and fourth quarters of 2019, it disclosed that the financial impact of its reduced residual value estimates was more than $1 billion.").

information about Ryder's estimates of residual values.  However, Dr. Hartzmark fails to articulate any specific methodology that can reliably control for the confounding, firm-specific information that was simultaneously announced on these dates.

74.     For example, as discussed in **Appendix D**:

      a.  July 30, 2019:  Ryder disclosed increased overheads including higher bad debt.[122]

      b.  February 13, 2020:  Ryder disclosed higher costs related to strategic investments as well as lower lease growth.[123]

75.     ***Timely-disclosed information***.  Third, an event study alone cannot account for the possibility that at least a portion of Ryder's updated residual value estimates announced on the alleged corrective disclosure dates may reflect information that had become available to Ryder only in the most recent fiscal period and was disclosed in a timely fashion to the market.  A reliable damages methodology also needs to take into consideration that the alleged corrective disclosures may reflect information that was new, even to Ryder, and did not reflect information that could and should have been disclosed earlier.

76.     Dr. Hartzmark fails to articulate a methodology capable of disentangling the valuation impact of the confounding or timely-disclosed information from information that revealed the alleged misrepresentations, such that the methodology could accommodate different factual or liability findings.  For example, as discussed in **Appendix D**:

      a.  July 30, 2019:  Ryder stated that it reduced its FY 2019 financial guidance "based on a slowdown in volume that [it] saw beginning late in the quarter, in June"[124] and a shift towards more wholesale sales compared to retail sales in the second half of 2019.[125]  Baird stated that this change "indicat[es] trends *deteriorated*

---

[122] Ryder Form 8-K, Ex. 99.1, filed on July 30, 2019, p. 3.

[123] Ryder Form 8-K, Ex. 99.1, filed on February 13, 2020, pp. 5–6.

[124] *See*, Ryder 2Q 2019 Earnings Conference Call Transcript, July 30, 2019 (emphasis added) ("As it relates to with the pricing assumptions that we've made to build that guidance, we believe we made some prudent adjustments in the forecast. To put it into some context, **it is really based on a slowdown in volume that we saw beginning late in the quarter, in June**. So in June, we saw -- we have been kind of creeping along in a pretty decent volume level with the pricing we had. **And in June, we really saw a drop-off**, which I think is what the broader markets also saw in June. So based on that and our assessment of the pricing environment for used trucks, we did take down our tractor pricing. This is really a tractor issue, a Class 8 tractor issue. **We brought down our tractor pricing about 10% in July to align with where kind of we saw the market**. So as we go into next -- as we go into the second half of the year, that's built in. In addition to that, we know we have more volume to sell in the second half, and we want to retail it as much as that volume that we can. But given the softness that we saw in June, we assumed in the forecast that most of that is going to be wholesale. So that's why you see maybe a more disproportionate impact from that.").

[125] Ryder Form 8-K, Ex. 99.1, filed on July 30, 2019, pp. 5–6.

*meaningfully since the end of April*, consistent with commentary from other covered public carriers during 2Q19 reporting."[126] As discussed above, Ryder also disclosed "higher valuation adjustments of $10.4 million," reflecting a mark-to-market adjustment in 2Q 2019 for its held for sale vehicles.[127]

     b. October 29, 2019: Ryder stated that it changed its accounting estimates for residual value as the used tractor market, which began to soften in June 2019, worsened in 3Q 2019, and it expected the market to continue to decline in the near-term.[128]

77. ***"Related" information***. Fourth, Dr. Hartzmark states that the daily level of artificial inflation is based on the "price reactions to disclosures either related to or revealing the alleged misstatements and omissions,"[129] yet he fails to explain how he would measure inflation based on information that is "related to" versus "revealing" the alleged misstatements and omissions. Dr. Hartzmark stated during his deposition that if the information is "related to the alleged misstatements and omissions... it's going to be a misstatement [and] [i]f it reveals the alleged misstatements and omissions, it's[] revealing corrective, curative information."[130] Dr. Hartzmark fails to explain in what circumstances he would measure inflation based on price reactions to the "alleged misstatements and omissions," versus in what circumstance he would measure inflation based on price reactions to the alleged "corrective, curative information," and what methodologies he would use, respectively.[131]

---

[126] "2Q19 Results in Line; 2H19 Outlook Lowered Given Noted Cyclical Headwinds," Baird, July 31, 2019 (emphasis added).

[127] Specifically, Dr. Hartzmark does not discuss the possibility that at least a portion of the "higher valuation adjustments of $10.4 million" referenced in Ryder's 2Q 2019 earnings release is the *timely* mark-to-market of Ryder's inventory of vehicles available for sale.

[128] Ryder 3Q 2019 Earnings Conference Call Presentation, October 29, 2019, p. 8. *See also,* Ryder Form 8-K, filed on October 29, 2019 ("Ryder Chairman and CEO Robert Sanchez says, 'As we discussed last quarter, despite market prices for used tractors showing stabilization and improvement in 2018 and early 2019, we began to see a softening in the used tractor market in June. In the third quarter, market conditions continued to worsen for tractors, and we now expect further market declines in the near term. As a result, we lowered our near- and long-term residual value estimates for tractors to better align with recent and expected market conditions. We also adjusted our truck residual estimates for modestly softer conditions.'")

[129] Hartzmark Report, ¶ 91.

[130] *See*, Deposition of Michael L. Hartzmark, Ph.D. dated November 30, 2022 ("Hartzmark Deposition"), 206:20–207:2.

[131] For example, of the 20 news days that Dr. Hartzmark analyzes, 18 are days with alleged misrepresentations. Excluding July 30, 2019 and October 30, 2019 which are also alleged corrective disclosure days, according to Dr. Hartzmark's Exhibit VIII and Appendix E, Ryder's stock price had a *negative* and statistically significant abnormal returns on 9 of these news days. Dr. Hartzmark fails to articulate what methodology he would use to reliably measure damages based on Ryder's price movements on those days.

78.     *Mismatched information*.  Fifth, more generally, if the alleged corrective disclosure does concern Ryder's residual value estimates, but there is a mismatch between the alleged corrective disclosure and what Plaintiffs allege to be the truth that could and should have been disclosed on the first day of the Proposed Class Period and each day thereafter, Dr. Hartzmark fails to establish that the company-specific price movement on the alleged corrective disclosure date measured by an event study can establish inflation at any earlier point in the Proposed Class Period.[132]

79.     As discussed in **Appendix D**, Dr. Hartzmark fails to articulate a damages methodology that can address a finding that there is a mismatch between the information disclosed on the alleged corrective disclosure dates and the alleged "correctly estimated" accounting information Ryder allegedly could or should have disclosed earlier in the Proposed Class Period as specified in the Amended Complaint.[133]  I understand that the alleged corrective disclosures concern on July 30, 2019, "higher valuation adjustments of $10.4 million on a larger inventory and higher depreciation of $7.6 million due to residual value changes," and as a result, a reduction in Ryder's full-year 2019 earnings guidance;[134] on October 29, 2019, a change in Ryder's accounting estimates (residual value estimates) and its impact on Ryder's depreciation expense from the second half of 2019 through 2024–2025[135]; and on February 13, 2020, information about the aggregate changes to depreciation over FY 2019 and FY 2020.[136]  None of these disclosures, however, reveal had the residual values were "correctly estimated" and the resulting depreciation expense was "correctly accounted for," what Ryder's pre-tax income should have

---

[132] In response to the question in his deposition about whether he performed "any analysis to examine whether there's a mismatch between the contents of the misrepresentations and the corrective disclosures in this case," Dr. Hartzmark responded: "I have not linked the corrective disclosure to the misstatements."  Hartzmark Deposition, 279:21–280:10.

[133] *See*, Amended Complaint, ¶ 100.

[134] *See*, Amended Complaint, ¶ 135.

[135] As described above, Ryder announced an accounting estimate change on October 29, 2019.  To estimate policy depreciation, instead of using the five-year rolling average as Ryder had previously used (which included pricing data from 2015 to estimate the residual value in 2019), Ryder would use more recent years (which excluded the peak pricing year of 2015) and would also incorporate the Company's outlook in addition to historical data.  *See*, Ryder 3Q 2019 Earnings Conference Call Transcript, October 29, 2019, p. 4; Ryder 3Q 2019 Earnings Conference Call Presentation, October 29, 2019, p. 8.

[136] *See*, Ryder 4Q 2019 Earnings and 2020 Forecast Conference Call Presentation, February 13, 2020 p. 26.

been for each year during the Proposed Class Period between 2015 and 2019 as Plaintiffs have specified in the Amended Complaint.[137]

80.     *"Parsing" and "scaling."*  Dr. Hartzmark claims that there are "commonly used and widely accepted techniques" for "parsing" or "scaling," but he fails to explain how he would "parse" or "scale" the findings from his event study analysis of the alleged corrective disclosure dates to measure the daily inflation during the Proposed Class Period.[138]  As discussed in **Section VIII** below, Dr. Hartzmark's generic reference to these techniques provides no evidence that "parsing" or "scaling" can be done reliably to take into account the mismatch between the alleged corrective disclosure and the alleged "truth," or information about the decline in the UVS market and its impact on Ryder that was already publicly available.  The type of event study proposed by Dr. Hartzmark cannot disentangle the impact of previously disclosed or confounding information for the purposes of modeling inflation during the proposed class period.[139]  As further discussed in **Section V.C** below, Ryder's stock price movements on the alleged corrective disclosure dates do not show a "scalable" relationship between the change in the accounting estimates and the change in Ryder's stock price.

81.     *Materialization of publicly known risks*.  Furthermore, as discussed in more detail in **Section VIII** below, if the alleged corrective disclosure represented the materialization of known risks as Plaintiffs claim, an event study analysis cannot reliably measure any earlier inflation attributable to the alleged misrepresentation of those risks, and Dr. Hartzmark has not offered a methodology to reliably estimate inflation in that situation.

---

[137] Specifically, according to the Amended Complaint, "if the residual values were correctly estimated by the Company from mid-2015 through 2019, and the resulting depreciation expense was correctly accounted for by Ryder in its income statement, the GAAP-based adjusted pretax income ($ in millions) would have been significantly diminished amounts in 2015 through 2018 compared to what Ryder actually reported in its financial statements," and Table 3 in the Amended Complaint shows those "significantly diminished" adjusted pretax income from 2015 to 2019.  *See*, Amended Complaint, ¶ 100, Table 3.

[138] Dr. Hartzmark describes parsing as "disaggregating the abnormal stock price movement into portions related and unrelated to the allegations… to account for confounding information," and scaling as a way to account for "potential changes in inflation over time."  *See*, Hartzmark Report, ¶¶ 94–95.

[139] Information known to the market was different during the Proposed Class Period than it was immediately before an alleged corrective disclosure.  When modeling inflation, one needs to analyze what information was available back in time, what incremental information would have been added to the total mix in the hypothetical "but for" scenario, and how that would have affected the stock price.  Even assuming the same information as the alleged corrective disclosure could have been disclosed earlier, if the total mix of information publicly available at that earlier time was different from that at the time of the alleged corrective disclosure, then that same disclosure would not have had the same price impact as that observed on the alleged corrective disclosure date.  Dr. Hartzmark fails to articulate a methodology that can reliably estimate damages taking into account the change in the total mix of information that is publicly available over time.

**C.      Dr. Hartzmark Fails to Demonstrate That He Could Reliably Measure Damages Attributable to the Use of Different, Allegedly "Correct" Accounting Estimates**

82.      Plaintiffs allege that "Defendants relied on an outdated methodology to calculate residual value, which boosted financial results."[140]  If Plaintiffs' liability theory is based on the notion that Ryder's accounting estimates for residual values were "outdated" because they did not reflect the decline in the UVS market during the Proposed Class Period, Dr. Hartzmark fails to articulate a methodology that can reliably evaluate how Ryder's stock price would have changed had Ryder adopted different accounting estimates that were not "outdated."

83.      As discussed above, in an efficient market, Ryder's stock price would have already incorporated all publicly available and value-relevant information from different sources about the UVS market and its impact on Ryder.  An alternative purported "correct" accounting estimate would have changed Ryder's stock price only if it would have revealed additional new, value-relevant information about economic conditions in the UVS market and changed the market's expectations of Ryder's future cash flows and/or risks to those cash flows.[141]  Dr. Hartzmark offers no reliable methodology to examine how different accounting estimates would have changed the total mix of information available to investors and resulted in a different valuation of Ryder's stock price in this context, given what the market already knew about the decline in the UVS market (discussed in **Section V.A.1** above) and what the market already knew about how Ryder estimated its residual value and other related components (*e.g.*, policy depreciation, accelerated depreciation, valuation adjustments, and gains or losses at time of sale) as discussed in **Section V.A.2.b** above.[142]  Consequently, Dr. Hartzmark fails to offer a reliable methodology that can analyze how different residual value estimates would have led to different assessments of Ryder's future cash flows, and thus, fails to articulate a damages methodology that can reliably determine to what extent the disclosure of some purportedly "correctly estimated" residual value would have affected Ryder's stock price.

---

[140] MTD Order, p. 10.

[141] In an efficient market, the value of a security is equal to the present value of its expected future after-tax cash flows.  Thus, when the market price of the security changes, it is due to changes in the expected future cash flows, the riskiness of those future cash flows, or both.

[142] As discussed in **Section V.A.2.b** above, a different residual value estimate may have been accompanied by a different amount of depreciation expense or valuation adjustment in a later period, or a different amount of gains or losses at the time of sale, yet Dr. Hartzmark fails to establish a methodology that can take into account the fact that different residual value estimates may imply different financial results than those Ryder reported over time.

84.    I understand that Plaintiffs claim that Ryder relied on an "outdated" methodology that overstated residual value estimates when it "knew of a decline in resale truck values."[143]  I also understand that Ryder has not restated its residual value estimates employed during the Proposed Class Period (whereas its auditor recognized the residual value estimates as a "critical" audit matter and signed off on Ryder's estimates[144]), and that Plaintiffs have not presented reliable evidence supporting what they claim to be Ryder's "correctly estimated" residual value, "correctly accounted" depreciation expense, and the resulting pre-tax income during the Proposed Class Period.[145]  In addition, Ryder's pre-tax income as tabulated in the Amended Complaint (even if those numbers were the "correctly estimated" accounting estimates for each year during the Proposed Class Period) is not the same information Ryder disclosed on the three alleged corrective disclosure dates (*see* **Section V.B** above).

85.    However, even assuming Plaintiffs were able to identify some "correctly estimated" residual value and "correctly accounted" depreciation expense, and calculate the resulting adjusted pre-tax income as in Amended Complaint Table  3, Dr. Hartzmark has not articulated a methodology that can reliably determine how Ryder's stock price would have changed in response to such purported "truth," particularly in light of the information that the market already had about the decline in the UVS market.[146]

86.    Peer-reviewed accounting academic research has documented that certain accounting changes may not affect firm valuation.  Notably, when the market is efficient such that all public, value-relevant information is quickly incorporated into the price (Dr. Hartzmark claims that Ryder's stock traded in such an efficient market as discussed in **Section IX** below), accounting choices may not affect stock prices if there is enough information already publicly available such that the market can use available information to construct accounting estimates under alternative

---

[143] MTD Order, p. 10.

[144] Ryder 2019 10-K, pp. 68–70.

[145] Amended Complaint, ¶ 100.

[146] Tables 1 and 2 purportedly show the annual impact of Ryder's residual value changes as a percentage of total adjusted pre-tax income from 2011 to 2019, along with the "cumulative benefit" per share relative to 2010.  Table 3 calculates a "Change to Ryder's reported adjusted pretax income" from 2015 to 2019 by adding, on a pro rata basis, the $415 million impact from the residual value change in FY 2019 ($357 million depreciation expense plus $58 million losses from used vehicles sales) to Ryder's reported adjusted pre-tax income.  *See*, Amended Complaint, ¶¶ 90–92, 100.

methods.[147]  For example, Kaplan and Roll (1972) find that switching from accelerated to straight-line depreciation generally does not significantly affect the stock price.[148]  Hong, Kaplan, and Mandelker (1978) find no evidence that stock prices are affected by the higher earnings reported using the pooling method compared to the purchase method for reporting mergers and acquisitions.[149]  A survey paper by Kothari (2001) summarizes the academic literature on the relationship between stock prices and accounting information and concludes that there are no systematic differences in the stock prices of firms employing different accounting methods.[150]

87.      The academic evidence above suggests that alternative accounting estimates may not provide new, value-relevant information if the alternative estimates reflect merely a change in the timing of the accounting recognition of the cash-flow effects of a firm's economic activities, particularly when there is other publicly available information about the firm's value creation and expected future cash flows.[151]  In other words, a different accounting estimate of the residual value may not change the valuation of Ryder's stock price if the different estimate does not convey new, value-relevant information in light of what the market already knows about the decline in the UVS market and its impact on Ryder.  Dr. Hartzmark makes no attempt to explain how his methodology would determine how any set of hypothetical residual value estimates

---

[147] *See*, Ross, Stephen A., Randolph W. Westerfield, and Jeffrey Jaffe, *Corporate Finance*, 9th ed., McGraw-Hill/Irwin, 2010, p. 453 ("[A]ccounting [c]hoices should not affect stock price if two conditions hold.  First, enough information must be provided in the annual report so that financial analysts can construct earnings under the alternative accounting methods.  This appears to be the case for many, though not necessarily all, accounting choices.  Second, the market must be efficient in the semistrong form.  In other words, the market must appropriately use all of this accounting information in determining the market price.").

[148] Kaplan, Robert S., and Richard Roll, "Investor Evaluation of Accounting Information: Some Empirical Evidence," *The Journal of Business* 45, no. 2 (1972): 225–257, p. 245.  Kaplan and Roll (1972) also find that with respect to accounting for investment credit, switching from the deferral method to flow-through method, while it would increase accounting earnings, had no effect on stock price.  *See* Kaplan and Roll (1972), pp. 227–228.

[149] Hong, Hai, Robert S. Kaplan, and Gershon Mandelker, "Pooling vs. Purchase: The Effects of Accounting for Mergers on Stock Prices," *The Accounting Review* 53, no. 1 (1978): 31–47.

[150] Kothari, S. P., "Capital Markets Research in Accounting," *Journal of Accounting and Economics* 31, nos. 1–3 (2001): 105–231.

[151] For example, on October 29, 2019, Ryder stated that some of the reduction in residual value estimate reflected a difference in timing of when certain depreciation would be recognized.  Specifically, with respect to the $180 million accelerated impact for FY 2020, Ryder stated, "Under our historical assumptions, approximately $100M of the $180M would have been recognized as depreciation expense during 2020.  We estimate that the approximately $80M remaining would have been recognized as either policy or accelerated depreciation in 2021 or years thereafter under our historical estimation assumptions."  Ryder 3Q 2019 Earnings Conference Call Presentation, October 29, 2019, p. 10.  Importantly, as discussed in **Section V.B** above, Ryder attributed the change in its residual value estimates in 3Q 2019 to new information about the UVS market, stating that "[i]n the third quarter, market conditions continued to worsen for tractors, and we now expect further market declines in the near term.  *As a result, we lowered our near- and long-term residual value estimates for tractors to better align with recent and expected market conditions.*"  *See,* Ryder Form 8-K, filed on October 29, 2019 (emphasis added).

would have changed the expectations regarding Ryder's future cash flows and risks to those cash flows in light of the publicly available information that the market already had.

88.    Furthermore, according to Plaintiffs, the alleged inflation in Ryder's pre-tax income was not constant.  For example, as tabulated in the Amended Complaint, Plaintiffs allege that Ryder's adjusted pre-tax income had been inflated by 19.3%, 47.4%, 57.4%, and 36.1% each year from 2015 to 2018, respectively.[152]  Plaintiffs also claim that the cumulative benefits of the increase in Ryder's residual values account for 24.3%, 35.2%, 41.7%, and 18.5% of Ryder's pre-tax income each year from 2015 and 2018, respectively.[153]

89.    Dr. Hartzmark states that his inflation ribbon "represents an estimate of the daily level of artificial inflation in the prices of Ryder common stock caused by the Defendants' alleged misrepresentations and/or omissions, which are based on the price reactions to disclosures either related to or revealing the alleged misstatements and omissions."[154]  However, Dr. Hartzmark fails to explain how his damages methodology would take into account such changing inflation or "benefits" to Ryder's reported pre-tax income in calculating the daily inflation in Ryder's stock price.  Specifically, Dr. Hartzmark fails to explain how he would translate the "benefits" to Ryder's reported pre-tax income into "inflated" estimates of the market's expectations of Ryder's future cash flows, and consequently estimate the stock price inflation based on the alleged inflation in pre-tax income.

90.    As discussed below, Ryder's stock price movements on the alleged corrective disclosure dates do not show a "scalable" relationship between the change in the management EPS guidance announced on the alleged corrective disclosure dates, or the change in analyst consensus forecast on those days, and the change in Ryder's stock price.[155]  For example, compared to the July 30, 2019 and February 13, 2020 alleged corrective disclosures, the October 29, 2019 alleged corrective disclosure had the largest percentage analyst EPS forecast revision for current and subsequent fiscal year ends (*i.e.*, compared to both FY 2019 and FY 2020 for July

---

[152] Amended Complaint, Table 3.

[153] Amended Complaint, Tables 1–2.

[154] Hartzmark Report, ¶ 91.

[155] The discussion that follows is an illustration that there is not a simple "scalable" relationship between the change in accounting numbers (*e.g.*, EPS guidance change or consensus EPS forecast change) and the change in Ryder's stock price.  In addition, as discussed in Appendix D, Dr. Hartzmark fails to propose a reliable methodology that can address a finding that Ryder's guidance change, and consequently the consensus forecast change, were attributable to various confounding information, or information about the UVS market that was timely disclosed.

30, 2019 and compared to FY 2020 and FY 2021 for February 13, 2020); however, it also had the smallest abnormal stock return (-4.9%) according to Dr. Hartzmark's event study.  The July 30, 2019 alleged corrective disclosure had the smallest percentage analyst EPS forecast revision for FY 2019 and FY 2020, but had the largest abnormal stock return (-10.8%).[156, 157]  Depending on which date one looks at, one may draw different conclusions on the relationship between changes in Ryder's EPS forecasts and its stock price reactions.

91.     Moreover, according to Dr. Hartzmark's own event study, Ryder's market capitalization declined by approximately $144 million on October 29, 2019 after controlling for market and industry movements, which was smaller than the $844 million reduction in residual value estimates Ryder announced on that day.  Dr. Hartzmark fails to articulate a methodology that can reliably derive the relationship between the the change in Ryder's market capitalization and the change in its residual value estimates on October 29, 2019.

92.     The above suggests that Dr. Hartzmark cannot simply assume that a stock price reaction to some hypothetical accounting disclosure can be derived from observations of how Ryder's stock price reacted to accounting information on the alleged corrective disclosure dates.  As discussed above, a reliable damages methodology needs to examine how the hypothetical accounting disclosure would have changed the expectations regarding Ryder's future cash flows and risks to those cash flows in light of the publicly available information that the market already had.

---

[156] For the 2Q 2019 earnings release on July 30, 2019, the median (mean) analyst consensus FY 2019 EPS forecast was $6.12 ($6.13) before the earnings release and $5.65 ($5.69) after the earning release, and the median (mean) analyst consensus FY 2020 EPS forecasts was $6.49 ($6.48) before the earnings release and $6.15 ($5.94) after the earning release.  This indicates that the percentage change in analysts' consensus median (mean) forecasts was approximately -7.7% (-7.2%) for FY 2019 and approximately -5.2% (-8.3%) for FY 2020.  For the 3Q 2019 earnings release on October 29, 2019, the median (mean) analyst consensus FY 2019 EPS forecast was $5.60 ($5.61) before the earnings release and $1.05 ($1.05) after the earning release.  The median (mean) analyst consensus FY 2020 EPS forecast was $5.70 ($5.70) before the 3Q 2019 earnings release and $2.75 ($2.70) after the earning release.  This indicates that the percentage change in analysts' consensus median (mean) EPS forecasts was approximately -81% (-81%) for FY 2019 and approximately -52% (-53%) for FY 2020.  For the 4Q and FY 2019 earnings release on February 13, 2020, the median (mean) analyst consensus FY 2020 EPS forecast was $2.60 ($2.62) before the earnings release and $1.23 ($1.23) after the earning release, and the median (mean) analyst consensus FY 2021 EPS forecasts was $4.70 ($4.76) before the earnings release and $3.75 ($3.75) after the earning release.  This indicates that the percentage change in analysts' consensus median (mean) forecasts was approximately -52.7% (-53.1%) for FY 2020 and approximately -20.2% (-21.2%) for FY 2021.  *See*, Refinitiv; Hartzmark Report, Appendix E.

[157] For the 2Q 2019 earnings release on July 30, 2019, management reduced EPS guidance for FY 2019 by 8.9% at the midpoint, from $6.05–$6.35 to $5.50–$5.80.  For the 3Q 2019 earnings release on October 29, 2019, management reduced EPS guidance for FY 2019 by 81.4% at the midpoint, from $5.50–$5.80 to $1.00–$1.10.

**VI.     Dr. Hartzmark Fails to Articulate a Methodology That Can Disentangle Damages Attributable to Plaintiffs' Two Theories of Liability, If Needed**

93.     I understand that Plaintiffs allege two separate theories regarding how Ryder purportedly overstated the residual values of its vehicles:  (1) Ryder allegedly failed to disclose that it would be selling its used vehicles into a "down market" for used trucks, which had "collapsed due to oversupply and decreased demand" by the end of 2015 (the UVS Market Theory); and (2) Ryder allegedly misrepresented the residual value and depreciation of vehicles with Navistar International MaxxForce Engines, which had unreliable or defective EGR emissions technology and thus poor valuation in the industry (the Defective Vehicles Theory).[158]  I further understand that Plaintiffs' UVS Market Theory primarily concerns Ryder's disclosure of anticipated future sales prices of its used vehicles, which reflect accounting estimates that may involve "subjective or complex judgment"[159] instead of certain facts regarding Ryder's used vehicles.  In contrast, Plaintiffs' Defective Vehicles Theory primarily concerns certain lower-emissions vehicles with operational issues that were alleged to be known facts (as opposed to forward-looking estimates) and that were viewed by Ryder's customers as "lemon products."[160]  According to Plaintiffs, both the supply-demand issue underlying the UVS Market Theory and the lower-emissions technology issue underlying the Defective Vehicles Theory affected the residual values of Ryder's vehicles and thus Ryder's financial statements, and "by mid-2015, Ryder already knew of these two negative developments and that it needed to adjust downward its vehicles' residual values at that time as a result."[161]

94.     Even assuming that Dr. Hartzmark can establish a methodology to measure the overall alleged damages attributable to both of Plaintiffs' theories of liability (which he has not), to the extent that Ryder is found liable for just one theory of liability, Dr. Hartzmark has not articulated a methodology that can reliably measure damages specific to that one specific theory of liability.

95.     For example, Dr. Hartzmark fails to explain what methodology he would use to determine the inflation dissipated on the alleged corrective disclosure dates that is only attributable to the Defective Vehicles Theory instead of the UVS Market Theory.  In particular,

---

[158] Amended Complaint, ¶¶ 6, 7, 66–76; MTD Order, p. 2.
[159] *See*, for example, Ryder 2015 10-K, p. 50.
[160] Amended Complaint, ¶ 76.
[161] Amended Complaint, ¶ 95.

Dr. Hartzmark fails to articulate a damages methodology that can reliably take into account publicly available information about these defective engines, such as their increased maintenance costs and the consequent impact on their sales price.[162]  Dr. Hartzmark fails to propose a damages methodology that can reliably address a finding that Ryder had made certain adjustment to the residual value estimate of certain Navistar vehicles, and as a result, had already increased the depreciation expense for those vehicles during the Proposed Class Period before any alleged corrective disclosures.

96.     A reliable damages methodology needs to analyze to what extent the market's assessment of Ryder's future cash flows and risks to those cash flows would have changed had Ryder disclosed hypothetical residual value estimates that "correctly" reflected the issues with these defective engines, in light of what the market already knew about the increased maintenance costs for those vehicles.  Dr. Hartzmark fails to explain how he would do that.

97.     To summarize, according to Plaintiffs' allegations, the residual values of Ryder's Navistar vehicles were allegedly overstated for two reasons—one relates to operational issues that were known facts and were specific to the Navistar vehicles, and the other relates to the more general decline in the UVS market that affected Ryder's revenue earning equipment.  To the extent the same amount of the alleged residual value overstatement of the Navistar vehicles compared to the other vehicles may convey different information about Ryder's future cash flows and risks to those cash flows,[163] Dr. Hartzmark fails to articulate a reliable methodology that can estimate damages under Plaintiffs' two theories of liability separately.

---

[162] Stifel, for example, stated on April 25, 2017 that "[t]oo many trucks had higher-than-expected maintenance costs (still issues, in our view, with the 2012 Navistars, but are there others?) Forecasting maintenance costs well is critical to producing expected returns." *See*, "Too Many Trucks Hurting 2017 EPS, but We Leave Our 2018 EPS Estimate Unchanged," Stifel, April 25, 2017.  Even the Amended Complaint states that the "existence of the significant performance issues with the MaxxForce engine are reflected in its poor valuation in the industry." *See*, Amended Complaint, ¶ 71.  Moreover, the Amended Complaint states that "In May 2019, Navistar settled a federal class-action lawsuit related to its MaxxForce engines in the U.S. District Court for the Northern District of Illinois for $135 million.  The case was filed on behalf of truck owners and lessees alleging that Navistar, Inc. and Navistar International, Inc. sold or leased 2011- 2014 model year vehicles equipped with certain MaxxForce 11- or 13-liter diesel engines equipped with a defective EGR emissions system.  The $135 million settlement provides class members with up to $2,500 per truck, or up to a $10,000 rebate off a new truck, depending on months of ownership or lease, or the option to seek up to $15,000 per truck in out-of-pocket damages caused by the alleged defect." *See*, Amended Complaint, ¶ 69.

[163] For example, the Amended Complaint suggests that Ryder could return its MaxxForce trucks back to Navistar; if so, this option would potentially help limit the residual value risk associated with the Navistar vehicles for Ryder. *See*, Amended Complaint, ¶¶ 70, 74.

**VII.    Dr. Hartzmark Fails to Articulate How He Would Account for the Possibility That the Alleged Corrective Disclosures Include the Materialization of Publicly Known Risks**

98.     According to Plaintiffs, "Defendants repeatedly made false and misleading statements to the market concerning the then-current residual values of Ryder's vehicle fleet, the associated depreciation expense, and the *risk posed by further residual value deterioration and an increase in depreciation expense*," and "[t]he artificial inflation in Ryder's stock price was removed when the facts and *risks* misstated and omitted by Defendants were revealed to the market."[164]  To the extent that the alleged misrepresentations concealed or understated the risks of further residual value deterioration and increase in depreciation expense that later materialized on the alleged corrective disclosure dates, Dr. Hartzmark fails to establish a methodology that can reliably measure inflation attributable to such allegedly concealed or understated risks.

99.     Ryder specifically discussed the residual risk of its vehicles during the Proposed Class Period, including the difficulty "to accurately predict residual values used in calculating [its] depreciation expense."[165]  For example, Ryder's 2015 10-K stated that:[166]

> **We generally bear the residual risk on the value of our vehicles. In the latter part of 2015, we saw weaker conditions in the used vehicle market, which adversely affected volume and pricing, especially for tractors. If the market for used vehicles further declines, or there is a concern regarding the quality, maintenance or condition of our vehicles, we may obtain lower sales proceeds upon the sale of used vehicles**. We sell our used vehicles through various channels, including retail sales centers, at our branch locations, through our website at *www.UsedTrucks.Ryder.com*, as well as through the wholesale market. Pricing and demand for used vehicles varies among selling channels, particularly between the retail and wholesale markets, as we generally obtain lower proceeds on vehicles sold through wholesale channels. If we are unable to meet our targeted fleet counts through our projected mix of retail versus wholesale sales, we may be required to sell more vehicles than planned through the wholesale market, which will impact our sales proceeds.

---

[164] Amended Complaint, ¶¶ 268, 299 (emphasis added).
[165] *See*, **Exhibit 4**; Ryder 2015 10-K, p. 13; Ryder 2016 10-K, p. 13; Ryder 2017 10-K, p. 14; Ryder 2018 10-K, p. 13.
[166] *See*, **Exhibit 4**; Ryder 2015 10-K, p. 13 (emphasis added).

Additionally, technology changes and sudden changes in supply and demand together with other market factors beyond our control vary from year to year and from vehicle to vehicle, making it difficult to accurately predict residual values used in calculating our depreciation expense. **Although we have developed disciplines related to the management and maintenance of our vehicles that are designed to prevent these losses, there is no assurance that these practices will sufficiently reduce the residual risk**.

100.     In Ryder's 2016 10-K, 2017 10-K, and 2018 10-K, the Company further related the residual risk to concurrent softening UVS market conditions:

(*Ryder 2016 10-K*)  **We generally bear the residual risk on the value of our vehicles. Beginning in the latter part of 2015 and continuing through 2016, we saw a weakening of conditions in the used vehicle sales market**, **which adversely affected used vehicle volume and pricing, especially for tractors**… In the latter part of 2016, we increased wholesaling activity which contributed to lower used vehicle sales results in 2016.[167]

(*Ryder 2017 10-K*)  **We generally bear the residual risk on the value of our vehicles. Beginning in the latter part of 2015 and continuing through 2017, we saw a weakening of conditions in the used vehicle sales market**, **which adversely affected used vehicle sales volume and pricing, especially for tractors**… In the latter part of 2016, we increased wholesaling activity which contributed to lower used vehicle sales results in 2016 and 2017.[168]

(*Ryder 2018 10-K*)  **We generally bear the residual risk on the value of our vehicles, which is the risk that we will not be able to resell our vehicles at a price equal to or above their expected residual values. If we overestimate a vehicle's residual value this could contribute to lower gains or losses on sales of our used vehicles**. **A decline in market demand for used vehicles would likely result in a reduction in our residual values**. Factors that could contribute to a decline in the market demand for used vehicles include an oversupply of trucks in the marketplace, concerns regarding the real or perceived quality, maintenance or condition of our vehicles, foreign exchange movements, or changes in technology that render select vehicle technology obsolete. **Beginning in the latter part of 2015 and continuing through 2018, we experienced a weakening of conditions in the used vehicle sales market, which adversely affected used vehicle sales volume and pricing, especially for tractors**.[169]

---

[167] *See*, **Exhibit 4**; Ryder 2016 10-K, p. 12 (emphasis added).
[168] *See*, **Exhibit 4**; Ryder 2017 10-K, p. 13 (emphasis added).
[169] *See*, **Exhibit 4**; Ryder 2018 10-K, p. 13 (emphasis added).

101.    Analysts also commented on the risks associated with Ryder's residual value estimates during the Proposed Class Period:

> (*Stifel, July 24, 2015*)  Residual value risk is a big risk whenever Ryder writes a long-term lease agreement, but with strong demand and pricing for used equipment, this is more of a tailwind than headwind to earnings presently.[170]

> (*J.P.Morgan, January 22, 2019*)  Roughly 40% of the rental fleet is held to support lease which likely added to the residual value risk in recent years, while also increasing the amount of vehicles in rental applications based on dynamics in the longer term lease market.[171]

102.    If Plaintiffs' claim is that the risks associated with Ryder's residual value estimates were revealed to the market as "further residual value deterioration and increase in depreciation expense"[172] on the alleged corrective disclosure dates, then Ryder's stock price decline on the alleged corrective disclosure dates does not accurately measure, and may overestimate, earlier inflation.  This is because, as discussed through the illustrative examples below, if the alleged corrective disclosure represents the materialization of allegedly concealed or understated risks, then it differs from the hypothetical "but for" disclosure Ryder allegedly could and should have made.  Such hypothetical disclosure pertains to the allegedly misrepresented likelihood of risks, rather than the certainty of such risks materializing.

103.    The materialization of known risks is not, as an economic matter, information that is "corrective" of alleged misrepresentations.  To the extent the risks were not fully known and were either concealed or understated by the alleged misrepresentations, the price declines following the materialization of the risks may overstate the amount of inflation attributable to the alleged misrepresentations.

104.    To illustrate this with an example, consider a pharmaceutical manufacturer with a product undergoing review for regulatory approval.  Assume the manufacturer expects to make profits of $100 million if the product is approved and $0 if the product is not approved.  If the manufacturer publicly represents that it believes the probability of regulatory approval is 60% (and this is the manufacturer's true understanding), and the market consensus reflects this, then

---

[170] *See*, "At Lease They Are Still Growing; Rental and Dedicated, Too; Reiterate Buy," Stifel, July 24, 2015.
[171] *See*, "Priority Express: Top Themes and Key Questions for 4Q18 Earnings," J.P.Morgan, January 22, 2019.
[172] Amended Complaint, ¶ 299.

expected profits would be $60 million (adjusted for the probability of regulatory approval), and this expectation of the $60 million profit would be built into the stock price.[173]  If the product eventually does *not* receive regulatory approval, then the manufacturer's stock price would *decrease* as the previously *uncertain* outcome of not receiving regulatory approval (40% probability) has now materialized in a *certain* and *negative* outcome of not receiving regulatory approval, and the market now expects $0 in profits compared to the $60 million profit that was previously incorporated into the stock price.[174]

105.     This decline in stock price would be due to the materialization of a known risk that the product may not receive regulatory approval resulting in the negative outcome of $0 in profits compared to the risk-adjusted expectation of $60 million.  In such a situation, the manufacturer accurately represented its understanding of both the probabilities (40% and 60%) and profits ($0 or $100 million) of the two possible outcomes, and therefore, investors would not be damaged (due to fraud) by such a stock price decline since it was caused by the materialization of a publicly known risk, which was not concealed or understated.

106.     In contrast, consider a situation where the manufacturer *misrepresents* the probability of receiving regulatory approval and publicly states that it believes the probability is 80% when its true understanding is that the probability is 60%.  The market would then assume expected profits of $80 million, and the stock price would incorporate this assumption.[175]  The stock price would be *inflated* by $20 million due to the manufacturer's misrepresentation of the probability

---

[173] There is a 40% chance the manufacturer will realize $0 in profits and a 60% chance the manufacturer will realize $100 million in profits.  Thus, the market expects (40% × $0) + (60% × $100 million) = $60 million in profits. Note, individual investors in the market may assign different probabilities to the likelihood of regulatory approval (*i.e.*, these may differ from 60%) and may have their own forecasts for what the profits of the product would be in the event of regulatory approval (*i.e.*, these may differ from $100 million); as such, the market reflects the distribution of investors' beliefs about both the probability of regulatory approval and the distribution of investors' beliefs about the profits of the product conditional on regulatory approval.  For simplicity, this example assumes a market consensus that reflects the manufacturer's representations and does not address how individual investors' calculations for the manufacturer's expected profits might differ from the market consensus.

[174] Likewise, had the product received regulatory approval then one would expect the manufacturer's stock to *increase* as the previously *uncertain* outcome of regulatory approval (60% probability) has now become a *certain* and *positive* outcome of regulatory approval (100% probability) and the market now expects $100 million in profits compared to the $60 million that was previously incorporated into the stock price.

[175] There is a 20% chance the manufacturer will realize $0 in profits and an 80% chance the manufacturer will realize $100 million in profits.  Thus, the market expects (20% × $0) + (80% × $100 million) = $80 million in profits.  Once again, for simplicity, this example assumes a market consensus that reflects the manufacturer's representations and does not address how individual investors' calculations for the manufacturer's expected profits might differ from the market consensus.

of regulatory approval.[176]  If the product eventually does *not* receive regulatory approval, then the manufacturer's stock would *decrease* as the previously *uncertain* outcome of not receiving regulatory approval (20% probability) has now materialized in a *certain* and *negative* outcome of not receiving regulatory approval.  The market now expects $0 in profits compared to the $80 million that was previously incorporated into the stock price.

107.     In contrast to the previous example, the decline in stock price would be due to the materialization of a known but understated risk that the product may not receive regulatory approval.  In this case, if the manufacturer had accurately represented its understanding of the probability of approval, as in the first example, the loss would have been $60 million and would not represent damages to investors.  However, as a consequence of the manufacturer's misrepresentation, the stock price declined to reflect a loss of $80 million.  As a result, the stock price decline due to the materialization of the concealed or understated portion of the risk reflects the incremental $20 million loss ($80 million - $60 million).

108.     Investors may be damaged by the materialization of the concealed or understated risk because had investors been able to value the stock knowing the manufacturer's understanding of the probability of approval, the stock price would still have declined $60 million, *i.e.*, the materialization of known risk, but would not have declined the additional $20 million.  Thus, it is inappropriate to back-cast the $80 million decline at the time when not receiving the regulatory approval became a certainty to the time when the manufacturer misrepresented the probability of receiving the regulatory approval, and it is inappropriate to assume that the misrepresentation inflated the stock price by $80 million.

109.     To measure inflation, one would need to determine to what extent the alleged misrepresentation changed the market's assessment of the probability of the manufacturer receiving regulatory approval (*i.e.*, the alleged misrepresentation inflated this probability by 20% from 60% to 80% in this example), and only measure the valuation impact of the portion of the probability that is misrepresented (*i.e.*, 20% in this example, which corresponds to $20 million).  Moreover, to the extent the alleged misrepresentation results in a different overstatement of the probability of regulatory approval (*i.e.*, the probability of getting regulatory approval is not

---

[176] For simplicity, this illustrative example assumes that all the profits are in cash and there is no discounting when determining the stock price.

always overstated by 20% each time), then the inflation in stock price would also be changing over time.

110.    Dr. Hartzmark fails to provide any methodology to analyze to what extent the alleged misrepresentations changed the market's assessment of the probability that Ryder's residual value estimates would decline, and how these probability assessments might have changed over time during the Proposed Class Period, especially in light of the information about UVS pricing that was already known to the market.[177]  Consequently as an economic matter, it is not appropriate to use an event study alone to measure the price reaction when known risks materialize and then assume that this price reaction represents the inflation attributable to the alleged misrepresentations throughout the Proposed Class Period.

### VIII.   Dr. Hartzmark Does Not Discuss Any Information Specific to Ryder When Opining That Damages Can Be Calculated Using the "Out-of-Pocket" Methodology

111.    When opining that damages can be calculated on a class-wide basis using a common methodology in Section VII of his report, Dr. Hartzmark does not discuss *any* information specific to Ryder or the current matter.  In Dr. Hartzmark's four-page discussion of the "Ability to Calculate Damages on a Class-Wide Basis," there is no reference to the allegations in the Amended Complaint or any other case-specific discussion (beyond a reference to Ryder's name).[178]  With no case-specific discussion, Dr. Hartzmark fails to establish a reliable damages methodology that can accommodate the specific facts and circumstances of the current matter in a way that is consistent with Plaintiffs' theories of liability.

112.    Dr. Hartzmark claims that damages can be calculated using the out-of-pocket methodology on a class-wide basis.[179]  Additionally, to implement this methodology, Dr. Hartzmark claims that unspecified "inputs"—the "daily levels of artificial inflation in the prices for Ryder common stock"—"are calculated."[180]  However, Dr. Hartzmark fails to articulate what methodology he would use to determine the "related inputs" to implement the out-of-pocket

---

[177] Dr. Hartzmark claims that "materials produced in discovery could shed light on the underlying reasons for the disclosures (if such reasons were misstated or omitted), and other expert testimony related to liability issues could also provide a basis for disaggregation."  Hartzmark Report, ¶ 97.  However, Dr. Hartzmark cannot simply assume that information about such probability assessment will be available from discovery.
[178] Hartzmark Report, ¶¶ 85–98.
[179] Hartzmark Report, ¶¶ 86–87.
[180] Hartzmark Report, ¶ 87.

methodology, and fails to provide evidence that these "related inputs" and consequently the out-of-pocket methodology can indeed be implemented in the current matter to reliably measure damages consistent with Plaintiffs' liability theories.

113.    It is my understanding that the out-of-pocket methodology provides a definition of damages for Section 10(b) matters like the current one.  However, Dr. Hartzmark's mere statement that "[t]his class-wide damages methodology is generally referred to as the 'out-of-pocket' methodology"[181] is a tautology rather than evidence that damages in the current matter can indeed be reliably measured in a way consistent with Plaintiffs' liability theories, in the absence of any explanation from Dr. Hartzmark of what specific approach he would take to determine and calculate the inputs and implement the out-of-pocket methodology.

114.     Dr. Hartzmark states that:[182]

> One can think of this out-of-pocket methodology in a similar manner as any straightforward, standard and commonly-used formula — for example, akin to the formula of the slope of a line taught in elementary school algebra; namely $Y = a + bX$.  To solve this simple formula for $Y$, one uses information to calculate a and b, and then simply inputs $X$ into the formula to solve for $Y$.

Even if there is a "straightforward [and] standard" formula that links inflation ("X") to damages ("Y"), Dr. Hartzmark has not shown how damages ("Y") can be determined if inflation ("X") is not known, or without demonstrating a methodology that can reliably measure inflation ("X").

115.    To estimate inflation, Dr. Hartzmark simply states that "there are many techniques that could be used to estimate the portion of the price reaction due to the revelation of the truth and how that price response might change over time," and refers to various techniques:[183]

---

[181] Hartzmark Report, ¶ 86.
[182] Hartzmark Report, ¶ 89.
[183] Hartzmark Report, ¶ 97.

These include, among others: the analysis of intraday pricing (if disclosures are made at different times), analysis of market and media commentary, examination of the elements that cause changes in actual or estimated earnings-per-share or EBITDA (by individual analysts, the company or a consensus of analysts), or analysis of detailed accounting and company information, such as a breakdown of revenues and earnings for different divisions, businesses, types of customers, facilities, geographic locations, etc.  In addition, material produced in discovery could shed light on the underlying reasons for the disclosures (if such reasons were misstated or omitted), and other expert testimony related to liability issues could also provide a basis for disaggregation.

116.    However, Dr. Hartzmark fails to explain how he would use these techniques, and why such techniques could reliably "estimate the portion of the price reaction due to the revelation of the truth and how that price response might change over time" in a way that is consistent with Plaintiffs' liability theories.

117.    For example, Dr. Hartzmark refers to an "examination of the elements that cause changes in actual or estimated earnings per-share or EBITDA."  To the extent that Dr. Hartzmark intends to use valuation approaches based on changes in EPS or EBITDA to estimate the alleged inflation and its change over time (note, depreciation is a non-cash expense, and the alleged misrepresentation of Ryder's depreciation would *not* have resulted in any change in EBITDA[184]), he fails to explain how he would use these techniques to control for publicly available information about the UVS market, or Ryder's "long-term" view in estimating residual values that the market already knew.  Similarly, he fails to explain how he would use such a technique to estimate inflation attributable to risks associated with Ryder's residual value estimates that were allegedly understated or concealed during the Proposed Class Period.  Dr. Hartzmark's generic reference to these techniques fails to account for the distinctive fact pattern of this current matter, and provides no evidence that damages in the current matter can be reliably measured consistent with Plaintiffs' theories of liability

---

[184] EBITDA measures earnings *before* interest, taxes, depreciation, and amortization.  Changes in depreciation would not change past period's EBITDA.

**IX.** **From a Financial Economics Perspective, Dr. Hartzmark's Analyses of "Price-Related Factors" Fail to Reliably Establish a Cause-and-Effect Relationship Between News and Ryder's Price Movements**

118. Dr. Hartzmark claims that "[t]hroughout the Class Period, Ryder common stock traded in an efficient market."[185] Dr. Hartzmark cites academic finance literature, in particular research by Professor Eugene Fama, as support for his discussion of the concept of market efficiency.[186] Dr. Hartzmark states that a market is efficient if prices "reflect all material, publicly available information" and prices "rapidly change to reflect new, unanticipated, material, public information."[187] He further states that his analyses demonstrate that "Ryder common stock rapidly responded to unanticipated and material Company-specific information consistent with efficient markets."[188]

119. Financial economists have acknowledged features or frictions of markets that can lead to outcomes that are inconsistent with market efficiency.[189] Given this evidence, one cannot presume or infer market efficiency for any given security, even for securities that trade on major

---

[185] Hartzmark Report, ¶ 99.

[186] Hartzmark Report, ¶ 13. According to Professor Fama, tests of semi-strong form efficiency focus on "[h]ow quickly … security prices reflect public information." Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance* 46, no. 5 (1991): 1575–1617 ("Fama (1991)"), p. 1576.

[187] Hartzmark Report, ¶ 12. Dr. Hartzmark stated during his deposition that "informationally efficient" is not different from "efficient" as he defines it. Hartzmark Deposition, 112:3–14.

[188] Hartzmark Report, ¶ 10.

[189] For example, in an efficient market, if two securities have identical cash flows, they must have the same price. The law of one price requires "that identical goods must have identical prices.… In capital markets, the [l]aw says that identical securities (that is, securities with identical state-specific payoffs) must have identical prices." If two securities with the same cash flows were priced differently, market participants would quickly take advantage of the arbitrage opportunity, causing prices to converge. Research has documented large stocks violating the law of one price, due to frictions such as short sale constraints. *See*, Lamont, Owen A., and Richard H. Thaler, "Anomalies: The Law of One Price in Financial Markets," *Journal of Economic Perspectives* 17, no. 4 (2003): 191–202 ("Lamont and Thaler, *J. Econ. Persp.* (2003)"), pp. 191–192; Lamont, Owen A., and Richard H. Thaler, "Can the Market Add and Subtract? Mispricing in Tech Stock Carve-outs," *Journal of Political Economy* 111, no. 2 (2003): 227–268 ("Lamont and Thaler, *J. Pol. Econ.* (2003)"), pp. 230–231. Another potential friction arises when claims to a company's assets trade in different markets, or across multiple share classes. Royal Dutch Shell presents an example in which a security listed on multiple exchanges is mispriced. The company had multiple classes of securities: Royal Dutch shares and Shell shares, and cash flows were split between the two: 60% for Royal Dutch and 40% for Shell. Both shares were listed on large exchanges and had American Depositary Receipts ("ADRs") traded in the U.S. Given that their future cash-flow rights were fixed relative to each other, one would expect the share prices to reflect this proportional split: meaning Royal Dutch shares should have traded at a 50% premium to Shell, given they received 50% greater portion of cash-flow rights. *See*, Lamont and Thaler, *J. Econ. Persp.* (2003), p. 195. However, the relative prices in each market deviated substantially from this relationship for long periods of time, "from 30 percent too low in 1981 to more than 15 percent too high in 1996," despite the fact that "there [were] no impediments to short selling or other restrictions on the actions of arbitrageurs." *See*, Lamont and Thaler, *J. Econ. Persp.* (2003), pp. 195–196.

exchanges.  Establishing market efficiency requires rigorous empirical analysis for a given individual security trading in a given market over a specific time period.

120.    Market efficiency cannot simply be assumed for a given security over time, yet Dr. Hartzmark's report does not provide a reliable basis to assess whether the trading of Ryder's stock reflected market efficiency.  As discussed below, his use of multi-day event windows conflicts with fundamental underpinnings of market efficiency.[190]  His consideration of other indicia does not provide him with a basis in financial economics to draw an inference on the question of market efficiency.[191]

121.    Notably, Dr. Hartzmark claims that in an efficient market prices "*rapidly* change to reflect new, unanticipated, material, public information."[192]  However, when he analyzes

---

[190] Moreover, Dr. Hartzmark's analysis of "news versus all other days" is inadequate and unreliable to demonstrate that Ryder's stock price rapidly incorporated new, value-relevant information, and does not provide reliable evidence of market efficiency.  Dr. Hartzmark cites no peer-reviewed academic research that uses this approach for analyzing market efficiency.  His analysis examines whether Ryder's stock price, on average, is more likely to move on his news days versus no-news days, but fails to demonstrate any reliable "cause-and-effect" relationship, and fails to show that the pattern of residual stock price movements on any news days was consistent with the expected impact of the news released that day.  In an efficient market, the stock price should not only respond to new, value-relevant information, but the direction and magnitude of the response (including whether the residual return was positive or negative) on each news day should be in line with the expected impact of the news being released to the market.  However, Dr. Hartzmark does not perform an *ex ante* assessment of the expected price response on each News Day to determine whether the abnormal price response observed is in the direction expected, given the information released.  Dr. Hartzmark conceded in his deposition that he did not examine the direction of the stock price reaction, whether it is positive or negative, in forming his opinions about market efficiency.  Hartzmark Deposition, 90:6–19.  This means that even if Ryder's stock price response on news days is in the opposite direction of what is expected, his test would still yield the same conclusion supporting market efficiency.  Dr. Hartzmark's analysis of autocorrelation also fails to demonstrate "cause-and-effect."  This analysis cannot affirmatively demonstrate market efficiency, because it does not test whether Ryder's common stock rapidly incorporated all new, value-relevant public information during the Proposed Class Period.  Rather, autocorrelation is a test of weak-form efficiency, where in a weak-form efficient market, historical price information cannot be used to predict future price movements (*i.e.*, the existence of autocorrelation is a potential violation of weak-form efficiency).  *See*, for example, Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2 (1970): 383–417, p. 383; Fama (1991), pp. 1575–1576.  Since autocorrelation is a test of weak-form efficiency, passing an autocorrelation test is insufficient evidence to conclude the market in question is semi-strong-form efficient, which I understand is the form of market efficiency that is most relevant in the present context.

[191] Hartzmark Report, ¶ 15.  Dr. Hartzmark analyzes certain "operational" factors including *Cammer* factors I through IV and three additional *Krogman* operational factors that Dr. Hartzmark purports "are primarily used to examine whether there is sufficient trading and arbitrage activity, along with widespread information dissemination, such that it can reasonably be expected that the market price for the security rapidly reflects new information." Hartzmark Report, ¶ 15.  I understand that U.S. courts frequently examine a number of structural factors when determining whether the market for a security is efficient, known as the *Cammer* and *Krogman* factors.  The *Cammer* factors include (1) average trading volume, (2) analyst coverage of the stock, (3) the presence of market makers and arbitrageurs, (4) eligibility to file an S-3 Registration Statement, and (5) the existence of a cause-and-effect relationship between new information and stock price response.  However, from a financial economic perspective, these other factors can at most serve as indicia of market efficiency.  They are not sufficient for an economist to conclude that a specific security traded in an efficient market.  I am not offering an opinion regarding the legal relevance of those other factors.

[192] Hartzmark Report, ¶ 12 (emphasis added).

"whether Ryder's stock price reacted to the alleged corrective disclosures in a way that would be expected of a stock that trades in an efficient market,"[193] he selectively switches without any basis or support to using two-day and three-day event windows.[194]  When examining the effect of the October 29, 2019 alleged corrective disclosure, he assumes a price impact on October 29 and 30, 2019; when examining the effect of the February 13, 2020 alleged corrective disclosure, he assumes a price impact on February 13, 14, and 18, 2020.[195]  Dr. Hartzmark's use of a multi-day price impact window for the alleged corrective disclosure dates is *ad hoc* and also internally inconsistent with his use of one-day returns to measure abnormal returns when he analyzes the cause-and-effect relationship between news and Ryder's stock price movements by comparing the News Days versus the No-News Days.[196]  Dr. Hartzmark also does not cite any peer-reviewed academic research or provide any well-defined economic rationale to support his use of multi-

---

[193] Hartzmark Report, § VI.5, ¶ 80.

[194] The event window is the period when the price reaction to the event would be expected.

[195] *See*, Hartzmark Report, ¶ 80.

[196] Hartzmark Report, Exhibit 8.  Similarly, when Dr. Hartzmark examines autocorrelation to "show that there is additional evidence supporting the conclusion that throughout the Class Period Ryder's common stock price rapidly reflected the daily flow of information," he examined Ryder's *daily* abnormal returns.  *See*, Hartzmark Report, ¶ 71.

day event windows, or why a two-day or three-day price impact is consistent with market efficiency.[197, 198]

Executed this 16th day of December, 2022

AMY HUTTON

---

[197] Moreover, Dr. Hartzmark stated in his deposition in this matter that "in the litigation context, one generally looks at [] close-to-close returns," and that "in a holistic approach, you would look at one day as it relates to, you know, news being reflected in the [] stock price." Hartzmark Deposition, 129:3–24. Dr. Hartzmark fails to acknowledge that academic research shows that stock prices react to news rapidly. For example, Fama (1991) states that "[t]he typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements." *See*, Fama (1991), pp. 1601–1602. Greene and Watts (1996) study earnings announcements and find that stock prices adjust rapidly over the first post-announcement half-hour on both the NYSE and NASDAQ exchanges. *See*, Greene, Jason T., and Susan G. Watts, "Price Discovery on the NYSE and the NASDAQ: The Case of Overnight and Daytime News Releases," *Financial Management* 25, no. 1 (1996): 19–42, pp. 19–20 ("We examine the market response to quarterly earnings announcements made during trading and non-trading hours on the NYSE and the NASDAQ. For non-trading-hours announcements, the opening trade on the NYSE impounds most of the price response, whereas for trading-hours announcements, the response is spread evenly over the first several post-announcement trades. In contrast, the first post-announcement trade on the NASDAQ impounds most of the price response regardless of announcement time.… Thus, transaction time analysis indicates some differences in price discovery; however, when clock time is considered, price adjusts rapidly over the first post-announcement half hour for both types of announcements on both exchanges."). Barclay and Litzenberger (1988) examine intraday stock price reactions in response to announcements of new equity issuances. *See*, Barclay, Michael J., and Robert H. Litzenberger, "Announcement Effects of New Equity Issues and the Use of Intraday Price Data," *Journal of Financial Economics* 21, no. 1 (1988): 71–99. The authors find that during the 15-minute window following the announcement of a new equity issuance, the stock price of the issuing company drops by an average of 1.3%. Busse and Green (2002) examine the intraday response times of stock prices to company-relevant news featured on a financial news channel. *See*, Busse, Jeffrey A., and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics* 65, no. 3 (2002): 415–437, p. 435. The authors find that, with rapid dissemination of information and fast, low-cost trade execution, stock prices begin responding within seconds of the company-relevant news appearing on the news channel, and fully respond within a few minutes of the coverage.

[198] Moreover, some event studies use multi-day event windows because researchers do not know the exact timing of the news (before, during, or after market hours) on a particular day. Academic literature suggests that unless there is uncertainty surrounding when information is revealed to the market, it is difficult to justify an event window longer than one-day. For example, Billett, Flannery, and Garfinkel (1995) use a one-day event window because the authors were able to identify on which trading day an announcement occurred. Robustness tests of wider event windows suggests that a wider window "simply add[ed] noise to the announcement effects" the authors sought to measure. *See*, Billett, Matthew T., Mark J. Flannery, and Jon A. Garfinkel, "The Effect of Lender Identity on a Borrowing Firm's Equity Return," *The Journal of Finance* 50, no. 2 (1995): 699-718, p. 709. *See also*, MacKinlay, A. Craig, "Event Studies in Economics and Finance." *Journal of Economic Literature* 35, no. 1 (1997): 13–39, p. 35 ("Thus far it is assumed that the event date can be identified with certainty. However, in some studies it may be difficult to identify the exact date. A common example is when collecting event dates from financial publications such as the Wall Street Journal. When the event announcement appears in the paper one can not be certain if the market was informed prior to the close of the market the prior trading day. If this is the case then the prior day is the event day, if not then the current day is the event day. The usual method of handling this problem is to expand the event window to two days—day 0 and day +1."). However, Dr. Hartzmark fails to explain why the identification of the event dates for the alleged corrective disclosures would be an issue in this case.

**Appendix A**

# AMY HUTTON

550A Fulton Hall
Carroll School of Management
Boston College
140 Commonwealth Ave.
Chestnut Hill, MA 02467
(617) 320-1068
amy.hutton@bc.edu

## EDUCATION

| | |
|---|---|
| 1992 | Ph.D., Business Administration, The Simon Business School, University of Rochester. |
| 1986 | M.B.A., *beta gamma sigma*, Accounting, Finance, and Organizations & Markets, The Simon Business School, University of Rochester. |
| 1985 | B.A., *magna cum laude*, Political Science, University of Rochester. |

## FACULTY APPOINTMENTS

| | |
|---|---|
| 7/1/92-6/30/97 | Assistant Professor of Business Administration, Harvard Business School |
| 7/1/97-6/30/03 | Associate Professor of Business Administration, Harvard Business School |
| 7/1/02-12/31/02 | Visiting Associate Professor of Business Administration, Tuck School of Business at Dartmouth |
| 1/1/03-6/30/03 | Visiting Scholar, Graduate School of Business, Stanford University |
| 7/1/03-6/30/06 | Associate Professor of Business Administration, Tuck School of Business at Dartmouth |
| 7/1/06-6/30/10 | Associate Professor of Business Administration, Carroll School of Management, Boston College |
| 7/1/10-present | Professor of Business Administration, Carroll School of Management, Boston College |
| 7/1/20-present | Ph.D. Program Director, Accounting |

### Teaching Assignments

#### Harvard Business School

| | |
|---|---|
| 1991-1994 | Financial Reporting, Management Accounting and Control |
| 1995-2000 | Business Analysis and Valuation |
| 1998-2001 | Driving Corporate Performance, Executive Education |
| 2000-2001 | Financial Reporting and Control |

#### Tuck School of Business at Dartmouth

| | |
|---|---|
| 2002-2004 | Financial Measurement, Analysis and Reporting |
| Spring 2005 | Financial Reporting and Statement Analysis |
| 2002-2006 | Various Executive Education Programs |

#### Carroll School of Management at Boston College

| | |
|---|---|
| 2006-present | Financial Statement Analysis and Valuation |
| 2009-2011 | Intermediate Accounting II |
| 2018-present | Ph.D. research seminars – Empirical, financial accounting research |

Page 1

**Appendix A**

## PUBLICATIONS

### A. Academic Articles[1]

1.  ** "Debt-Covenant Violations and Managers' Accounting Responses," *Journal of Accounting and Economics,* May 1994.

2.  ** "Detecting Earnings Management" (with Patricia M. Dechow and Richard G. Sloan), *Accounting Review*, April 1995.

3.  ** "Causes and Consequences of Earnings Management: An Analysis of Firms Subject to Enforcement Actions by the SEC" (Patricia M. Dechow and Richard G. Sloan), *Contemporary Accounting Research*, Spring 1996.

4.  "Economic Consequences of Accounting for Stock-based Compensation" (with Patricia M. Dechow and Richard G. Sloan), *Journal of Accounting Research*, Supplement 1996.

5.  "An Empirical Assessment of the Residual Income Valuation Model" (with Patricia M. Dechow and Richard G. Sloan), *Journal of Accounting and Economics*, January 1999.

6.  "Stock Performance and Intermediation Changes Surrounding Sustained Increases in Disclosure" (with Paul Healy and Krishna Palepu), *Contemporary Accounting Research,* Fall 1999.

7.  "The Relation Between Analysts' Long-Term Earnings Forecasts and Stock Price Performance Following Equity Offerings" (with Patricia M. Dechow and Richard G. Sloan), *Contemporary Accounting Research,* Spring 2000.

8.  "Short Sellers, Fundamental Analysis, and Stock Returns" (with Patricia M. Dechow, Lisa Meulbroek, and Richard G. Sloan), *Journal of Financial Economics*, July 2001.

9.  "The Role of Supplementary Statements with Management Earnings Forecasts" (with Greg Miller and Douglas Skinner), *Journal of Accounting Research,* December 2003.

10. "Analyst Earnings Forecast Revisions and the Pricing of Accruals" (with Mary Barth), *Review of Accounting Studies*, Spring 2004.

11. "Determinants of Managerial Earnings Guidance Prior to Regulation Fair Disclosure and Bias in Analysts' Earnings Forecasts," *Contemporary Accounting Research*, Winter 2005.

12. "A discussion of 'Corporate Disclosure by Family Firms' " *Journal of Accounting and Economics*, September 2007.

13. "Opaque Financial Reports, R-square, and Crash Risk" (with Alan Marcus and Hassan Tehranian), *Journal of Financial Economics*, October 2009.

14. "Detecting Earnings Management – A New Approach" (with Patricia Dechow, Jung Hoon Kim and Richard Sloan), *Journal of Accounting Research*, May 2012.

---

[1] ** published under the name *Amy Sweeney*.

**Appendix A**

15. "Do Managers Always Know Better?  An Examination of the Relative Accuracy of Management and Analyst Forecasts" (with Lian Fen Lee and Susan Shu), *Journal of Accounting Research*, December 2012.

16. "The Role of Social Media in the Capital Market: Evidence from Consumer Product Recalls" (with Lian Fen Lee and Susan Shu), *Journal of Accounting Research*, May 2015.

17. A Discussion of "Aggregate Noise Trader Risk, Mispricing, and Accounting Fundamentals" *Contemporary Accounting Research*, May 2017.

18. "Prior Forecasting Accuracy and Investor Reaction to Management Earnings Forecasts" (with Phillip C. Stocken), *Journal of Financial Reporting*, April 2021.

19. "Regulatory Transparency and the Alignment of Private and Public Enforcement" (with Susan Shu and Xin Zheng), *Journal of Financial Economics*, July 2022.

## B. Working Papers

"The Costs and Benefits of Regulatory Transparency for Public Banks: Evidence from Disclosure of SEC Comment Letters" (with Y. Lin, S. Shu, I Yeung, X. Zheng).

## C. Practitioner Publications

"Solving the New Equity Puzzle" (with Patricia M. Dechow and Richard G. Sloan), *The Financial Times: Mastering Finance Series,* Summer 1997.

"Best Practice: Four Rules for Taking Your Message to Wall Street," *Harvard Business Revi*ew, May 2001.

"Review of the Securities Industry Association's Best Practices for Research" completed for the House Financial Service Committee, Capital Markets Subcommittee, *Congressional Record*, August 2001.

"Beyond Financial Reporting—An Integrated Approach to Disclosure," *Journal of Applied Corporate Finance*, Fall 2004.

"Roundtable on Corporate Disclosure, National Corporate Finance Forum" (with Donald Chew), *Journal of Applied Corporate Finance*, Fall 2004.

"Bad News Rings True: Supplemental Information Can Enhance Earnings Forecast Credibility" (with Greg Miller and Douglas Skinner), *Investor Relations Quarterly* vol. 6 no. 2, 2004.

## D. Awards & Fellowships

AAA's **Distinguished Contribution to Accounting Literature Award**, 2010.

Carroll School **Coughlin Distinguished Teaching Award**, 2020.

**Ernst & Young Faculty Fellow**, 2022.

**E. Citations**   Google Scholar over 33,652   (over 13,829 since 2017)

**Appendix A**

## PROFESSIONAL ACTIVITIES

Cornerstone Research – Expert

Editor of the *Accounting Review*, June 2011 – June 2014

| | |
|---|---|
| Referee | *Contemporary Accounting Research, Journal of Accounting and Economics, Journal of Accounting Research, Review of Accounting Studies, Journal of Financial Economics*, *Journal of Finance*, *Review of Financial Studies*, American Accounting Association Annual Conferences |
| Member of | American Accounting Association (AAA), 1991 – present. Editorial Review Board of the *Accounting Review*, 1994-99, 2014 – 2017 Research Advisory Committee AAA, 1997 – 2000. Faculty Development Committee, AAA, 1997 – 2000. Corporate Accounting Policy Committee, AAA 1999-2001, Chair 2001. Review Board for the House Financial Service Committee, Capital Markets Subcommittee examining Securities Industry Association's proposals governing the standards and practices of research analysts, June 2001. |
| Board of Advisors | National Industries for the Blind (NIB), 2002 – 2006 Audit and Finance Committee, NIB, 2004 – 2006 |
| Directorship | Bandag, Inc., member of audit and corporate governance and nominating committees, June 2003-June 2007; chair of the audit committee May 2005-June 2007.  Bandag acquired by Bridgestone June 2007. |
| Service at Boston College | University Research Committee, January 2007 – January 2010 Accounting Department's Recruiting Committee, January 2007 – present Faculty Guide for Freshmen, Class 2012 Parent Action Committee for the Boston College Children's Center, September 2007 – 2010, 2014 – 2016. Provost's Advisory Council, September 2009 – July 2011 Promotion & Tenure Committee, July 2010 – July 2012 Student Advisor |

**Appendix A**

**Invited presentations of working papers:**

Boston College, Columbia University, HBS – Harvard University,

MIT Sloan School of Business, New York University, Northwestern University, University of Pennsylvania – Wharton School of Business, Winter/Spring 1991

University of Michigan, January 1993 and March 2011

AAA Northeast Regional Conference, March 1993

Harvard Business School, September 1993, February 1996, May 2002, September 2007, and March 2012

University of Rochester, October 1993, May 2002 and May 2015

Southern Methodist University, April 1994

Financial Decision and Control Conference, Harvard University, July 1993, 1994, and 1998

AAA National Meetings, August 1994, 1995, 1997 – 2001 and 2003

Cornell University, September 1994 and November 1997

Mitsui Life Symposium, University of Michigan, October 1994

Columbia University, January 1995 and December 2010

*Contemporary Accounting Research* Conference, April 1995 and 1998

University of Iowa, September 1995

Ohio State University, September 1995, June 2010

*Journal of Accounting Research* Conference, 1996, 2011, and 2014

Stanford University July 1996, May 2013 and December 2019

University of North Carolina, October 1996 and February 1999

Washington University, Fall 1996

University of Georgia, Fall 1996

University of Oregon, Winter 1997

University of Waterloo, April 1997

Michigan State University, September 1997

*Journal of Accounting and Economics* Conference, May 1998

Northwestern University, October 1998

Western AAA Conference, April 1999

University of Texas, Austin, October 1999

Prudential Securities Quantitative Research Conference, December 1999

*The Center for Investment Research,* Corporate Earnings Analysis Seminar, NYC, May 2001.

Tuck School of Business - Dartmouth, September 2001 and May 2005

National Investor Relations Institute (NIRI) Senior Roundtable Nov. 2001

**Appendix A**

**Invited presentations of working papers (continued):**

M.I.T., Sloan School of Management, May 2002 and May 2006

London Business School, July 2002

University of Washington, November 2002

Emory University, November 2002

Boston College, April 2005

*Journal of Accounting and Economics* Conferences, Discussant 2005

FEA Conference, University of North Carolina, Chapel Hill, Nov. 2005

George Washington University, March 2006

Carnegie Mellon University, January 2007

University of Pennsylvania, Wharton School of Business, April 2007 and November 2020

Boston University, May 2007 and May 2013

University of Wisconsin, Madison, November 2007 and November 2009

INSEAD, May 2009

Yale University, November 2014

*Contemporary Accounting Research* Conference, Discussant 2014

IMO Conference, Harvard Business School, Discussant 2016

University of Southern California, October 2020

Baruch College, October 2020

Community Banking Research Conference, St. Louis Fed., Sept. 2022

**Invited presentations:**

AAA National Meetings, various years as a discussant and moderator

AAA New Faculty Consortium as a panelist, February 1996

The Conference Board, May 2001 (co-taught Lycos case study with CEO)

SEC / NIRI (National Investor Relations Institute) Symposium on the Effects of Regulation Fair Disclosure, as a panelist May 2001

Securities Industry Association (SIA), Research and Regulation: Analyst Objectivity and Related Issues, as a panelist April 2002

NIRI 2002 Annual Conference: "Disclosure Tactics", June 2002

National Association of Corporate Directors, Corporate Financial Reporting and Disclosure: "The Expanding Role of the Audit Committee", November 2002

Forum on Corporate Finance Annual Meeting, "Earnings Guidance: Taking Back Control of the Disclosure Agenda", Stern School of Business New York University, May 2004

2005 Financial Services CEO Gathering, Panel Discussion: The Role of

**Appendix A**

the CEO in Dealing with the External Environment, Morgan Stanley, May 2005.

**Invited conferences (that I was able to attend):**

AAA Financial Reporting Conferences, 1991, 1992, 1994 & 1995

Trueblood Seminar Series, Deloitte & Touche 1993

AAA New Faculty Consortium 1993

Arthur Andersen Accounting Research Symposium 1993

Stanford Summer Camp 1996, Discussant 2021

AAA Corporate Accounting Polices (CAPs) 1994, 1999 & 2000
    Selected Chairman for the AAA CAPs Conference in 2001

AAA Financial Reporting Conference, The FASB, 1996 & 1997

*Journal of Accounting and Economics* Conferences, 1993, 2000 through
    2003;  2005 through 2011, 2013 through 2022
    Discussant at the October 2022 JAE conference.

*Journal of Accounting Research* Conference, 1994, 2003, 2006, 2008
    through 2011

Financial Decision and Control Conference, Harvard Business School,
    1993 through 1998 and 2001

IMO Conference, Harvard Business School
    2006, 2007, 2009 – 2011, 2015 – 2019, 2022

# AMY HUTTON

# Depositions and Testimony for Prior Four Years

Deposition Testimony of Amy Hutton in *In Re Perrigo Company plc Securities Litigation*, U.S. District Court, Southern District of New York, Civil Case No. 19-CV-70 (DLC) (February 24, 2021).

Deposition Testimony of Amy Hutton in *Huntsman International LLC v. Albemarle Corporation, Rockwood Specialties Group, Inc., and Rockwood Holdings, Inc.*, American Arbitration Association, Case No. 01-17-001-4588 (March 5, 2021).

Arbitration Testimony of Amy Hutton in *Huntsman International LLC v. Albemarle Corporation, Rockwood Specialties Group, Inc., and Rockwood Holdings, Inc.*, American Arbitration Association, Case No. 01-17-001-4588 (May 13, 2021).

Deposition Testimony of Amy Hutton in *In Re Millennium Lab Holdings II, LLC, et al.*, U.S. Bankruptcy Court, District of Delaware, Case No. 15-12284 (LSS) (April 5, 2022)

Deposition Testimony of Amy Hutton in *In Re Valeant Pharmaceuticals International, Inc. Securities Litigation,* U.S. District Court, District of New Jersey, Civil Action No. 3:18-cv-00343-MAS-LHG (June 20, 2022)

**Appendix C**

# Documents Relied Upon by Amy Hutton, Ph.D.

**Academic Articles**

- Barclay, Michael J., and Robert H. Litzenberger, "Announcement Effects of New Equity Issues and the Use of Intraday Price Data," *Journal of Financial Economics* 21, no. 1 (1988): 71–99.

- Billett, Matthew T., Mark J. Flannery, and Jon A. Garfinkel, "The Effect of Lender Identity on a Borrowing Firm's Equity Return," *The Journal of Finance* 50, no. 2 (1995): 699–718.

- Busse, Jeffrey A., and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics* 65, no. 3 (2002): 415–437.

- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2 (1970): 383–417.

- Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance* 46, no. 5 (1991): 1575–1617.

- Greene, Jason T., and Susan G. Watts, "Price Discovery on the NYSE and the NASDAQ: The Case of Overnight and Daytime News Releases," *Financial Management* 25, no. 1 (1996): 19–42.

- Hong, Hai, Robert S. Kaplan, and Gershon Mandelker, "Pooling vs. Purchase: The Effects of Accounting for Mergers on Stock Prices," *The Accounting Review* 53, no. 1 (1978): 31–47.

- Kaplan, Robert S., and Richard Roll, "Investor Evaluation of Accounting Information: Some Empirical Evidence," *The Journal of Business* 45, no. 2 (1972): 225–257.

- Kothari, S. P., "Capital Markets Research in Accounting," *Journal of Accounting and Economics* 31, nos. 1–3 (2001): 105–231.

- Lamont, Owen A., and Richard H. Thaler, "Anomalies: The Law of One Price in Financial Markets," *Journal of Economic Perspectives* 17, no. 4 (2003): 191–202.

- Lamont, Owen A., and Richard H. Thaler, "Can the Market Add and Subtract? Mispricing in Tech Stock Carve-outs," *Journal of Political Economy* 111, no. 2 (2003): 227–268.

- MacKinlay, A. Craig, "Event Studies in Economics and Finance." *Journal of Economic Literature* 35, no. 1 (1997): 13–39.

**Appendix C**

**Analyst Reports**

- "R – 2Q15 Earnings Recap; Price Target to $120," Avondale, July 23, 2015.

- "At Lease They Are Still Growing; Rental and Dedicated, Too; Reiterate Buy," Stifel, July 24, 2015.

- "R: Used Truck Pricing, Valuation Limit Upside; Move to SW," KeyBanc, September 9, 2015.

- "R: Lowering Estimates to Reflect Updated Guidance; SW," KeyBanc, October 12, 2015.

- "2H'15 Downside Pre-Release from Weak Used Truck Pricing and Rental Utilization," BB&T Capital Markets, October 13, 2015.

- "Lowers Expectations in 2H15; Reducing Our Estimates and Price Target," Stephens, October 13, 2015.

- "Not Peak Yet - Buying Opportunity," Wolfe, October 13, 2015.

- "Nuanced Pre-announcement Likely to Result in Continued Debate," RBC Capital Markets, October 13, 2015.

- "ATA Truck Takeaways: It's Not Always Sunny in Philadelphia," Wolfe, October 21, 2015.

- "3Q15 In Line with Preannounced Range; Outlook for 2016 Remains Healthy--Reiterate Outperform," FBR, October 22, 2015.

- "R: Maintain Sector Weight on Used Equipment Headwinds, Peaking Lease/Rental," KeyBanc, October 22, 2015.

- "3Q15 Results In Line with Pre-Release; Focus on Used Truck Headwinds Continues," Stephens, October 23, 2015.

- "R: Checks Suggest Stable Trends Near Term, Used Truck Headwinds Persist; SW," KeyBanc, December 2, 2015.

- "Tearing Off the Band-Aid," RBC Capital Markets, January 7, 2016.

- "Repositioning Transports for a Potential Recession – Time to Own Stocks is Approaching Again," Wolfe, January 12, 2016.

- "Transportation Services: 4Q Earnings Preview and Establishing 2017 Estimates," Raymond James, January 12, 2016.

- "4Q15 EPS and 2016 Guidance Falls Short, but Stock Should Find a Bottom Here--Reiterate OP," FBR, February 2, 2016.

- "First Look at 4Q15 Results," Stephens, February 2, 2016.

**Appendix C**

- "R 4Q15 Recap: Expectations More Realistic Post Outlook; SW," KeyBanc, February 2, 2016.

- "Ryder Sets Reasonable Expectations for 2016 - Reiterate Buy," Stifel, February 2, 2016.

- "R: Q4'15 Impacted by Weaker Used Truck and Slowing Rental Markets; Same for '16," BB&T Capital Markets, February 3, 2016.

- "Initiating at Neutral; Challenging 2016 Dynamics Offset Secular Growth in Transportation Outsourcing," J.P.Morgan, February 29, 2016.

- "NDR Takeaways: Long-Term Tailwinds Outweigh Near-Term Challenges; Raising PT," Stephens, March 7, 2016.

- "Reflections on Meetings with Management," Wolfe, March 21, 2016.

- "First Look at 1Q16 Results," Stephens, April 26, 2016.

- "Investor Day Homes in on the Expansive Addressable Market and Ryder's Long-Term Strategy - ALERT," J.P.Morgan, May 20, 2016.

- "Trucking: Used Truck Market Likely a Continued Drag into 2017," KeyBanc, August 25, 2016.

- "Transportation and Logistics: 3Q16 Earnings Preview," KeyBanc, October 6, 2016.

- "First Look at 3Q16 Results," Stephens, October 25, 2016.

- "3Q16 Inline; Weak Used Market Drives a Widely Expected Guide Down; Remain OW," Stephens, October 26, 2016.

- "R: Further Weakness in Used Truck Market Weighs on Results; Maintain BUY," Longbow, October 26, 2016.

- "R: Key Takeaways Following Management Meetings, 2017 Outlook Preview; SW," KeyBanc, November 20, 2016.

- "R: 4Q16 Recap – Outlook Muted on Weak Used Truck Market; Sector Weight," KeyBanc, February 2, 2017.

- "Revised: Updated First Look at 4Q16 Results," Stephens, February 2, 2017.

- "Messy 4Q & Guide Down as Expected; Remain OW as Fundamentals Likely Bottoming," Stephens, February 3, 2017.

- "R: Used Vehicle Market Drives Downside Surprise; Maintaining BUY," Longbow, February 3, 2017.

**Appendix C**

- "Rough Ryder Quarter - Stops Showing Gains on Sale, Drops Guidance for Used Prices," Stifel, February 3, 2017.

- "Weak Used Vehicle Market Pressures Results Through 2018, Lowering Estimates Again," J.P.Morgan, February 3, 2017.

- "Initiating Coverage with a Neutral Rating; Weak Used Truck Market and Sloppy Freight Environment," Seaport, April 21, 2017.

- "Too Many Trucks Hurting 2017 EPS, but We Leave Our 2018 EPS Estimate Unchanged," Stifel, April 25, 2017.

- "Core Markets Strong, Used Truck Market Appears to Have Finally Bottomed," Seaport, July 26, 2017.

- "R: 2Q17 Recap - Improved Intermediate Outlook; SW," KeyBanc, July 26, 2017.

- "Ryder Raises Lowered Guidance, Sees Some Improvement, Raising Price Target to $84," Aegis, July 27, 2017.

- "R: Earnings Path Improving; Upgrade to Overweight with $100 Price Target," KeyBanc, September 13, 2017.

- "Meetings with Management – Mixed Bag in 2018," Wolfe, November 22, 2017.

- "Management Meeting Highlights," J.P.Morgan, December 1, 2017.

- "R: Positive Near Term, Initial 2018 Guidance Potentially Conservative; OW," KeyBanc, December 6, 2017.

- "Q4 Update: Solid Q4:17 Results, 2018 Outlook Tempered by the Used Truck Market (Not a Freight Demand Issue Though)," Seaport, February 20, 2018.

- "1Q18 Preview: Rails Tight on Labor, Short on Network Resiliency. Downgrading Ryder to Underweight," J.P.Morgan, April 5, 2018.

- "Model Update," J.P.Morgan, April 24, 2018.

- "Ryder System Inc. (R): 1Q18 Beat but Used Vehicle Market Remains an Overhang," Goldman Sachs, April 24, 2018.

- "Ryding the Wave to Further Transportation Outsourcing; Initiate Buy/$63 PT," SunTrust, December 12, 2018.

- "Priority Express: Top Themes and Key Questions for 4Q18 Earnings," J.P.Morgan, January 22, 2019.

**Appendix C**

- "Q4 Update: 2019 Outlook Solid, but Keeping an Eye on Used Truck Values; Introducing 2020 Estimates," Seaport, February 14, 2019.

- "Transports & Industrials Insights (2-15-19) - BDC, CPS, FDX, GLOG, GPK, GTLS, IP, JEC, PKG, R, STNG, TREX, WRK, XPO and More," Seaport, February 15, 2019.

- "R: Checks Balanced, Lease Additions Support 2020 Growth; OW," KeyBanc, July 17, 2019.

- "2Q19 First Look: Adj. EPS In Line; 2019 Guidance Reduced on Used Truck Weakness," Stephens, July 30, 2019.

- "First Look at 2Q19 Earnings," J.P.Morgan, July 30, 2019.

- "Limited Visibility to a U-Turn in Used Tractor Prices, Lowering Estimates and Price Target," J.P.Morgan, July 30, 2019.

- "2019E Guidance Meaningfully Reduced Given Used Tractor Softness; Maintain BUY," Buckingham, July 31, 2019.

- "2Q19 Results In Line but Used Truck Weakness Drives Guidance Cut; Remain EW," Stephens, July 31, 2019.

- "2Q19 Results In Line; 2H19 Outlook Lowered Given Noted Cyclical Headwinds," Baird, July 31, 2019.

- "Earnings (CHRW, R, ARCB), Consumer Confidence, Truck Data," Deutsche Bank, July 31, 2019.

- "Get Used to Used Vehicle Drag; Lowering Estimates," Stifel, July 31, 2019.

- "Ryder Overgrows Again – Lowering EPS and PT," Loop Capital Markets, July 31, 2019.

- "Updating Model," Seaport, August 20, 2019.

- "Trackin' Trucks, Some Good, Some Bad," Wolfe, October 21, 2019.

- "3Q19 Results; Revised Vehicle Residual Values Slash EPS, EBITDA Largely Unchanged," SunTrust, October 29, 2019.

- "First Look at Messy 3Q19 Miss & Guide Down; Sizable Decline in Residual Values," Stephens, October 29, 2019.

- "Messy 3Q19 Results & Guide Down; Used Truck Market Weighing on EPS & Returns," Stephens, October 29, 2019.

- "Better Positioned for the Next Upcycle," Wolfe, October 30, 2019.

**Appendix C**

- "Residual Value Overhang Finally Removed? Maintain BUY," Buckingham, October 30, 2019.

- "Shift in Strategic Focus Is Good, If Late; But Patience Still Required," Baird, October 30, 2019.

- "4Q EPS Miss; 2020 Guidance Well Below as Company Shifts to Higher Returns/Positive FCF," SunTrust, February 13, 2020.

- "4Q Recap; Not the Guidance We Expected but the Right Investments for the Long Term; Reiterate Buy," SunTrust, February 13, 2020.

- "Book Value Remains the Focus While Mgmt. Works to Shift Strategic Focus," Baird, February 13, 2020.

- "EPS Guidance Much Worse than Expected, but Free Cash Flow Better," Wolfe, February 13, 2020.

- "First Look at 4Q19: Adj. EPS Miss & 2020 Guidance Below Street," Stephens, February 13, 2020.

- "First Look at 4Q19 Earnings," J.P.Morgan, February 13, 2020.

- "R – ALERT: 4Q19 First Take," KeyBanc, February 13, 2020.

- "R 4Q19 Recap: A Slow Pivot but Swift Reset; SW," KeyBanc, February 13, 2020.

- "Slight Adj. EPS Miss in 4Q19; Guidance for 2020 Well Below the Street," Stephens, February 13, 2020.

- "Stuck in Low Gear," J.P.Morgan, February 13, 2020.

- "Yet Another Reset, but Back at Valuation Support," Wolfe, February 13, 2020.

**Data**

- Refinitiv.
- S&P Capital IQ.

**Depositions**

- Deposition of Michael L. Hartzmark, Ph.D. dated November 30, 2022.

**Appendix C**

**Earnings Conference Call and Investor Presentation Transcripts**

- Ryder Quarterly Earnings Conference Call Transcripts during the period from 3Q 2015 to 4Q 2019.

- Ryder 3Q 2019 Earnings Conference Call Presentation, October 29, 2019.

- Ryder 4Q 2019 Earnings and 2020 Forecast Conference Call Presentation, February 13, 2020.

- Ryder Company Conference Presentation Transcript from 2015 Goldman Sachs Industrials Conference, November 3, 2015.

- Ryder Company Conference Presentation Transcript from 2015 Baird Global Industrial Conference, November 10, 2015.

- Ryder Company Conference Presentation Transcript from 2015 Stephens Fall Investment Conference, November 11, 2015.

- Ryder Company Conference Presentation Transcript from 2016 BB&T Transportation Services Conference, February 11, 2016.

- Ryder Company Conference Presentation Transcript from 2016 Baird Global Industrial Conference, November 9, 2016.

- Ryder Company Conference Presentation Transcript from 2017 Wells Fargo Industrials Conference, May 10, 2017.

- Ryder Company Conference Presentation Transcript from 2017 Wolfe Annual Global Transportation Conference, May 23, 2017.

- Ryder Company Conference Presentation Transcript from 2017 Baird Global Industrial Conference, November 7, 2017.

- Ryder Company Conference Presentation Transcript from 2017 Stephens Fall Investment Conference, November 7, 2017.

- Ryder Company Conference Presentation Transcript from 2018 Citi Global Industrials Conference, February 22, 2018.

- Ryder Company Conference Presentation Transcript from 2018 Wells Fargo Industrials Conference, May 8, 2018.

- Ryder Company Conference Presentation Transcript from 2018 Morgan Stanley Annual Laguna Conference, September 12, 2018.

- Ryder Company Conference Presentation Transcript from 2018 Baird Global Industrial Conference, November 6, 2018.

- Ryder Company Conference Presentation Transcript from 2019 Citi Global Industrials Conference, February 20, 2019.

- Ryder Company Conference Presentation Transcript from 2019 J.P. Morgan Aviation, Transportation and Industrials Conference, March 5, 2019.

- Ryder Company Conference Presentation Transcript from 2019 Deutsche Bank Annual Global Industrials & Materials Summit, June 6, 2019.

## Expert Reports

- Expert Report of Michael L. Hartzmark, Ph.D. dated September 22, 2022, including all documents cited therein and backup materials.

## Industry Reports

- "Commercial Vehicles, State of the Industry, U.S. Classes 3-8 Used Trucks," Americas Commercial Transportation Research Co., LLC, 2015–2020 monthly publication.

## Legal Documents and Pleadings

- Amended Complaint for Violations of the Federal Securities Laws, *State of Alaska, et al. v. Ryder System, Inc., et al.*, Case No. 1:20-cv-22109-AMC, October 5, 2020.

- Order Denying Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, *State of Alaska, et al. v. Ryder System, Inc., et al.*, May 12, 2022.

## SEC Filings

- Ryder Form 8-K, filed on October 13, 2015.

- Ryder Form 8-K, filed on October 25, 2016.

- Ryder Form 8-K, filed on April 25, 2017.

- Ryder Form 8-K, filed on February 16, 2018.

- Ryder Form 8-K, filed on July 30, 2019.

- Ryder Form 8-K, filed on October 29, 2019.

- Ryder Form 8-K, filed on February 13, 2020.

**Appendix C**

- Ryder Forms 10-K during the period from FY 2015 to 2019.

- Ryder Forms 10-Q during the period from 2Q 2015 to 3Q 2019.

**Textbooks**

- Ross, Stephen A., Randolph W. Westerfield, and Jeffrey Jaffe, *Corporate Finance*, 9th ed., McGraw-Hill/Irwin, 2010.

**Websites**

- "SEC Fact Sheet on Global Analyst Research Settlements," U.S. Securities and Exchange Commission, available at https://www.sec.gov/news/speech/factsheet.htm, accessed on November 29, 2022.

**All documents cited and referenced in this report and exhibits.**

## I.       Appendix D-1:  The July 30, 2019 Alleged Corrective Disclosure

1.       Before market open on July 30, 2019, Ryder announced its 2Q 2019 financial results and revised FY 2019 financial guidance, and held an earnings conference call shortly after the market opened to discuss its financial results.[1]  Plaintiffs allege that on July 30, 2019 "the Company sharply reduced its full-year 2019 earnings forecast and management indicated that the majority of the lowered guidance reflected Ryder's weaker valuations of its tractors."[2]  Specifically, Plaintiffs allege that:[3]

> The Company reported earnings before tax for the second quarter of 2019 in its FMS business segment of $57.7 million compared to $72.9 million the prior year period, driven by lower used vehicle sales results which had declined from the prior year as a result of higher valuation adjustments of $10.4 million on a larger inventory and higher depreciation of $7.6 million due to residual value changes. As a result, Ryder reduced its earnings per share forecast for 2019 to a range of $4.80 to $5.10, as compared to its prior forecasted range of $5.28 to $5.58.

Ryder's common stock price declined from a closing price of $59.32 on July 29, 2019 to a closing price of $53.38 (a decline of $5.94 or 10.01%) on July 30, 2019.[4]

2.       As discussed below, Dr. Hartzmark fails to provide a reliable methodology to measure inflation dissipated on this day that can address potential findings including:  (1) the alleged corrective disclosure regarding "higher depreciation of $7.6 million due to residual value changes" was not new news; (2) the alleged corrective disclosure regarding "higher valuation adjustments of $10.4 million" reflected a mark-to-market adjustment in 2Q 2019 that was timely disclosed; (3) the alleged corrective disclosure regarding the lowered FY 2019 guidance reflected the latest developments in the UVS market and softening demand in commercial rentals that were timely disclosed; (4) Ryder announced confounding information including higher bad debt expense; and (5) there is a mismatch between the alleged corrective disclosure and the purported

---

[1] Ryder Form 8-K, Ex. 99.1, filed on July 30, 2019; Ryder 2Q 2019 Earnings Conference Call Transcript, July 30, 2019 ("Ryder's Second Quarter earnings call and webcast is scheduled for 7/30/2019 at 11:00 a.m. ET.").
[2] Amended Complaint, ¶ 18.
[3] Amended Complaint, ¶ 135.
[4] The residual return on July 30, 2019 according to Dr. Hartzmark's regression model was -10.76%, which is statistically significant at the 99% confidence level.  *See*, Hartzmark Report, Appendix E.

**Appendix D**

"truth" that Plaintiffs claim Ryder could and should have disclosed earlier.  Dr. Hartzmark fails to provide a methodology that can reliably disentangle Ryder's stock price decline due to information that revealed the alleged misrepresentations from the decline resulting from confounding information or timely-disclosed information, and fails to provide a methodology that can "parse" or "scale" Ryder's stock price decline on this day to reliably measure daily inflation throughout the Proposed Class Period.

3.      Plaintiffs claim that the "truth" revealed this day includes Ryder attributing the year-over-year decline in 2Q 2019 results to "higher valuation adjustments of $10.4 million on a larger inventory" and "higher depreciation of $7.6 million due to residual value changes."  Dr. Hartzmark fails to propose a damages methodology that can address a finding that at least a portion of the information regarding "higher depreciation of $7.6 million due to residual value changes" was stale, not *new* value-relevant information.  Ryder's 2018 10-K (filed more than five months earlier on February 21, 2019) stated:

> At the end of each year, we complete our annual review of the residual values and useful lives of revenue earning equipment.  Based on the results of our analysis, we adjust the residual values and useful lives of certain classes of our revenue earning equipment effective January 1 of each year.

The 2018 10-K further stated that the "approximate unfavorable impact on the annual depreciation expense resulting from the residual value and useful life reviews" for 2019 is $30 million as of January 1, 2019.[5]  As Ryder adopted a straight-line depreciation method, Dr. Hartzmark fails to propose a methodology that can address the possibility that some or all of the additional $7.6 million in depreciation expense announced on July 30, 2019 was the second quarter's prorated portion of this $30 million that was already disclosed in Ryder's 2018 10-K. In an efficient market, information about this $30 million annual depreciation impact (or its prorated portion for each quarter), if value-relevant, would have already been incorporated into Ryder's stock price when its 2018 10-K was filed, and would not have caused a decline in Ryder's stock price on July 30, 2019.

4.      Dr. Hartzmark fails to propose a damages methodology that can address a finding that at least a portion of the $10.4 million valuation adjustment was timely disclosed and reflected a

---

[5] Ryder 2018 10-K, p. 53.

mark-to-market adjustment due to the most recent developments in the UVS market in 2Q 2019.[6] As explained in **Section V.A.2** above, Ryder applied valuation adjustments to vehicles that were held for sale to the "lower of the carrying amount or their market prices (fair value) less costs to sell."[7] To the extent Plaintiffs claim that a portion of this $10.4 million valuation adjustment reflected information that Ryder could and should have disclosed earlier, Dr. Hartzmark fails to propose a methodology that can reliably measure the price impact of an earlier disclosure of a valuation adjustment (*e.g.*, as discussed in **Section V.A.2** above, Dr. Hartzmark fails to propose a damages methodology that takes into account the relationship between residual value estimate, policy and accelerated depreciation, valuation adjustment, and gains or losses at sale).

5.       Ryder reduced its FY 2019 financial guidance on this day, and Plaintiffs claim "the majority of the lowered guidance reflected Ryder's weaker valuations of its tractors."[8] To the extent the guidance reduction was attributable to a change in Ryder's residual value estimate, Dr. Hartzmark fails to offer a methodology that can reliably disaggregate the price impact of the portion of the guidance reduction that revealed the alleged misrepresentations, versus the portion that reflected the decline in the UVS market in 2Q 2019 in a timely fashion.  Notably, Ryder stated that the 2019 guidance revision was based on softening rental demand, a slowdown in volume that began in June, and a shift towards more wholesale sales compared to retail sales in the second half of 2019:[9]

> We continue to see a healthy demand environment across our contractual lease, dedicated, and supply chain businesses; however, beginning late in the quarter, we saw softening demand for heavy-duty tractors in our transactional used vehicle sales and rental product lines, **driven primarily by slowing demand from for-hire transportation companies**.[10]
>
> …

---

[6] Ryder 2Q 2019 Earnings Conference Call Transcript, July 30, 2019, p. 4 (emphasis added) ("Comparable [year-over-year] pretax earnings were down 4%, reflecting depreciation headwinds of $8 million and higher valuation adjustments of $10 million **related to lower used vehicle pricing**.").

[7] Ryder 2019 10-K, p. 82.

[8] Amended Complaint, ¶ 18.

[9] *See*, Ryder 2Q 2019 Earnings Conference Call Transcript, July 30, 2019, p. 8; Ryder Form 8-K, Ex. 99.1, filed on July 30, 2019, pp. 5–6.

[10] Ryder Form 8-K, Ex. 99.1, filed on July 30, 2019, p. 5 (emphasis added).

**Appendix D**

Our strategy to expand our medium-duty truck rental business to capture growing e-commerce demand is on track.  However, given the slower demand from the for-hire sector, **we now anticipate heavy-duty tractor rental activity to be somewhat below our prior forecast**. We expect to largely mitigate this impact by executing our asset management playbook and taking other cost actions.

In used vehicle sales, based on the demand and market conditions we began to see in June, we now expect tractor pricing to be below our previous forecast, **primarily due to more units being wholesaled in the second half of the year**.[11]

**In view of these factors**, Ryder is revising its full-year 2019 GAAP EPS forecast to a range of $4.80 to $5.10…

6.      Dr. Hartzmark also fails to offer a methodology that can reliably account for Ryder's disclosure that its financial results were negatively impacted by other developments including higher than normal levels of bad debt.[12]  Analysts commented on such confounding information. For example:

(*J.P.Morgan, July 30, 2019*) FMS was weaker than expected, as used vehicle results and higher bad debt weighed on performance, partially offset by a solid topline and operating beat at DTS during the quarter.[13]

(*Stephens, July 30, 2019*) Negative Takeaways. Ryder lowered its full year guidance by 9% at the midpoint, due to weakening conditions in the used truck market and commercial rental.[14]

(*Loop Capital Markets, July 31, 2019*) The largest factor leading to the lower valuation we carry on the shares is the $1.7 billion year-over-year increase in net debt.[15]

---

[11] Ryder Form 8-K, Ex. 99.1, filed on July 30, 2019, p. 6 (emphasis added).
[12] Ryder Form 8-K, Ex. 99.1, filed on July 30, 2019, p. 3.
[13] "First Look at 2Q19 Earnings," J.P.Morgan, July 30, 2019.
[14] "2Q19 First Look: Adj. EPS In Line; 2019 Guidance Reduced on Used Truck Weakness," Stephens, July 30, 2019.
[15] "Ryder Overgrows Again – Lowering EPS and PT," Loop Capital Markets, July 31, 2019.

(*Baird, July 31, 2019*) Outlook moves lower reflective of and consistent with weakening freight demand trends through the quarter.  Management noted that weakness in 2Q19 used vehicle sales was primarily back-end loaded (i.e., June).  Recall, management raised guidance by $0.05 at the midpoint during 1Q19 (4/30) reporting, indicating trends deteriorated meaningfully since the end of April, consistent with commentary from other covered public carriers during 2Q19 reporting.[16]

7.      Furthermore, Dr. Hartzmark fails to propose a reliable methodology that can take into account the mismatch between the alleged corrective disclosure and what Plaintiffs claim to be the "correctly estimated" residual value, depreciation expense, and pre-tax income during the Proposed Class Period.  As discussed above, the alleged corrective disclosure on July 30, 2019 concerned Ryder's 2Q 2019 results and FY 2019 guidance, and did not reveal what residual value, depreciation expense, and pre-tax income Ryder could and should have disclosed earlier between 2015 and 2019.   Dr. Hartzmark fails to articulate a methodology that can reliably "parse" or "scale" Ryder's stock price decline on this day to measure the valuation impact had Ryder disclosed the "correctly estimated" accounting numbers earlier during the Proposed Class Period.  As discussed in **Section V.C**, Ryder's stock price reaction to accounting information cannot be estimated by mechanically scaling up or down Ryder's abnormal returns on the alleged corrective disclosure dates.  Dr. Hartzmark fails to articulate a reliable damages methodology that can examine how the hypothetical accounting disclosure would have changed the expectations regarding Ryder's future cash flows and risks to those cash flows, in light of the publicly available information that the market already had contemporaneously.

## II.      Appendix D-2:  The October 29, 2019 Alleged Corrective Disclosure

8.      Before market open on October 29, 2019, Ryder announced its 3Q 2019 financial results and revised FY 2019 financial guidance, and held an earnings conference call shortly after the market opened to discuss its financial results.[17]  Plaintiffs allege that on October 29, 2019 the

---

[16] "2Q19 Results in Line; 2H19 Outlook Lowered Given Noted Cyclical Headwinds," Baird, July 31, 2019.

[17] Ryder Form 8-K, Ex. 99.1, p. 10, filed on October 29, 2019 ("Ryder's Third Quarter earnings call and webcast is scheduled for 10/29/2019 at 11:00 a.m. ET."); Ryder 3Q 2019 Earnings Conference Call Transcript, October 29, 2019.

**Appendix D**

Company "disclosed that it was reducing its residual value estimates by $844 million."[18]
Specifically, Plaintiffs allege that:[19]

> Defendants disclosed to investors that "management concluded that our residual value estimates likely exceeded the expected future values that would be realized upon the sale of power vehicles in our fleet."

> As a result, Ryder significantly lowered the residual value estimates for all vehicles and incurred $177 million in additional depreciation expense in the third quarter of 2019, and reduced its residual value estimates for the second half of 2019 by $289 million and 2020 by $250 million. All told, Ryder disclosed a cumulative reduction of its residual values covering the period from the second half of 2019 through 2024-25 in the total amount of $844 million.

Ryder's common stock price declined from a closing price of $55.12 on October 28, 2019 to a closing price of $52.12 (a decline of $3.00 or -5.44%) on October 29, 2019(.[20]

9.      As discussed below, Dr. Hartzmark fails to provide a reliable methodology to measure inflation dissipated on this day that can address potential findings including: (1) the reduction in Ryder's residual value estimates was attributed to a change in accounting estimates that was "triggered" by the deterioration in the UVS market that started in June 2019 and continued in 3Q 2019, that is, at least a portion of the reduction in the residual value estimate reflected timely-disclosed information; and (2) there is a mismatch between (a) the information about this accounting estimate change and its impact on Ryder's residual value estimate and depreciation expense for 2019 through 2025, and (b) the "correctly estimated" accounting numbers for Ryder from 2015 through 2019 that Plaintiffs claim Ryder could and should have disclosed earlier. Dr. Hartzmark fails to provide a methodology that can reliably disentangle Ryder's stock price decline due to information that revealed the alleged misrepresentations from the decline resulting from timely-disclosed information, and fails to provide a methodology that can "parse" or "scale" Ryder's stock price decline on this day to reliably measure daily inflation throughout the Proposed Class Period.

---

[18] Amended Complaint, ¶ 19.
[19] Amended Complaint, ¶ 138.
[20] The residual return on October 29, 2019 according to Dr. Hartzmark's regression model was -4.90%, which is statistically significant at the 99% confidence level. *See*, Hartzmark Report, Appendix E.

**Appendix D**

10.     During the earnings call, Ryder stated that "pricing began to decline in June 2019 and worsened in 3Q19.  The changes triggered a re-evaluation of residual value estimates in the third quarter."[21]  It further stated that the lowered residual value estimates were "intended to reflect this downturn and [Ryder's] lowered outlook."[22]  It disclosed the change in its accounting estimates for policy depreciation and accelerated depreciation:[23]

> 1) Policy Depreciation:  For vehicles expected to be sold starting in late 2021, reduced long-term estimate of residual values to reflect more recent multi-year trends (which exclude 2015 peak) and include outlook

> 2) Accelerated Depreciation:  For vehicles expected to be sold by late 2021, reduced estimated residual values below policy depreciation residual level to reflect expected near-term used vehicle market downturn and increased wholesaling activity.

11.     Ryder explained that for policy depreciation, instead of using the five-year rolling average as Ryder had previously done (which would have included pricing from 2015), it would exclude the peak pricing year of 2015 and incorporate the Company's outlook in addition to four years of historical data.  Ryder stated that it "[e]valuated [its] long-term view of residual value estimates including future expected market impacts," as "a prolonged decline in residuals versus 2015 peak is now expected," and that it "believe[d] more recent sales prices of used vehicles are more indicative of [its] long-term view of residuals vs. prior estimates."[24]

12.     Ryder outlined the impact of this change in accounting estimates in its earnings call presentation slide.  Specifically, it disclosed a "[c]umulative impact of reduced residual estimates" of $844 million, and provided a breakdown of this $844 million by policy impact and accelerated impact for each quarter from 3Q 2019 to 4Q 2020, for each year from 2021 to 2023, and for 2024–2025 combined.[25]  Ryder also explained that some of this reduction in residual

---

[21] Ryder 3Q 2019 Earnings Conference Call Presentation, October 29, 2019, p. 28.
[22] Ryder 3Q 2019 Earnings Conference Call Transcript, October 29, 2019, p. 5.
[23] Ryder 3Q 2019 Earnings Conference Call Presentation, October 29, 2019, p. 8 (emphasis removed).
[24] Ryder 3Q 2019 Earnings Conference Call Presentation, October 29, 2019, p. 29.
[25] Ryder 3Q 2019 Earnings Conference Call Presentation, October 29, 2019, p. 10.

value estimate reflected a difference in timing of when certain depreciation would be recognized.[26]

13.     Dr. Hartzmark fails to articulate a methodology that can address a finding that at least a portion of this $844 million "[c]umulative impact of reduced residual estimates" was "triggered" by the decline in the UVS market in 3Q 2019 and was timely disclosed, instead of revealing the alleged misrepresentation or information that Ryder could and should have disclosed earlier.

14.     Analysts commented on the deteriorating market conditions that led to Ryder's change of accounting estimates, and that depreciation expense is an "accounting adjustment[] with EBITDA unaffected."  For example:

> (*Stephens*, *October 29, 2019*) Due to deteriorating conditions in the used tractor market that are expected to continue in the near term, Ryder lowered its near and long-term residual value estimates for tractors to better align with recent and expected market conditions.  The company also adjusted its truck residual estimates for modestly softer conditions.  More specifically, Ryder reduced its residual estimate for policy depreciation on all power vehicles by 18% from its prior estimate.  While these changes in estimates will significantly affect earnings into 2020 (and beyond), Ryder expects the severity of the negative impact to decline sequentially going forward.[27]

> (*Baird*, *October 30, 2019*) Deteriorating used equipment (primarily tractor) prices since June have triggered changes to residual value assumptions in its vehicle fleet, resulting in $289 million in incremental depreciation expense in 2H19.  Depreciation expenses rise in out-years (2020-2025) as a result of the changes, but at a diminishing pace.  Though used equipment headwinds were noted throughout 3Q19 and into 4Q19 [], warranting patience into 3Q19's report [], the magnitude of Ryder's exposure was nonetheless greater than expected.[28]

---

[26] For example, with respect to the $180 million accelerated impact for FY 2020, Ryder stated, "Under our historical assumptions, approximately $100M of the $180M would have been recognized as depreciation expense during 2020.  We estimate that the approximately $80M remaining would have been recognized as either policy or accelerated depreciation in 2021 or years thereafter under our historical estimation assumptions."  Ryder 3Q 2019 Earnings Conference Call Presentation, October 29, 2019,  p. 10.

[27] "Messy 3Q19 Results & Guide Down; Used Truck Market Weighing on EPS & Returns," Stephens, October 29, 2019.

[28] "Shift in Strategic Focus Is Good, If Late; But Patience Still Required," Baird, October 30, 2019.

(*Buckingham, October 30, 2019*) Specifically in light of an incrementally more challenging secondary market – which saw used tractor and to a lesser extent truck pricing drop further during June that continued into 3Q19 – management took action to reduce further exposure to what has been a multi-year headwind from residual values on power units that were originally too high.  We also believe R used this opportunity to hit the reset button to some extent to clear the way for future depreciation and sale gain/loss y/y tailwinds moving forward (barring any significant further decrease in the secondary market).[29]

(*SunTrust, October 29, 2019*) While the impact from non-cash depreciation expense is meaningful, we note these are largely accounting adjustments with EBITDA unaffected.  More importantly, the residual value estimates are based on used sale price levels at 10-year lows and that the market is weak through the middle of 2021.  We believe there is investor solace in these new assumptions with reduced risk of future adjustments/markdowns at least through 2021.  As a result, we view Ryder has de-risked estimates (based on updated guidance), removing a key overhang on the stock as investors had feared (rightly so) of a potential EPS hit due to the deteriorating used truck market.  As we move forward, we view investors can now start to focus on what is within Ryder's control in which it's seeing healthy demand for its transportation services as more companies look to outsource their complex supply chain needs.  Additionally, we believe there is upside potential to estimates from continued zero-based budgeting savings and maintenance expense savings, which are currently tracking ahead of plan.[30]

15.     Furthermore, Dr. Hartzmark fails to propose a reliable methodology that can take into account the mismatch between the alleged corrective disclosure and what Plaintiffs claim to be the "correctly estimated" residual value, depreciation expense, and pre-tax income during the Proposed Class Period.  As discussed above, the alleged corrective disclosure concerned Ryder's policy impact and accelerated impact for each quarter from 3Q 2019 to 4Q 2020, for each year from 2021 to 2023, and for 2024–2025 combined,[31] and did not reveal what residual value, depreciation expense, and pre-tax income Ryder could and should have disclosed earlier between 2015 and 2019.  Dr. Hartzmark fails to articulate a methodology that can reliably "parse" or "scale" Ryder's stock price decline on this day to measure the valuation impact had Ryder disclosed the "correctly estimated" accounting numbers earlier during the Proposed Class Period.

---

[29] "Residual Value Overhang Finally Removed? Maintain BUY," Buckingham, October 30, 2019.

[30] "3Q19 Results; Revised Vehicle Residual Values Slash EPS, EBITDA Largely Unchanged," SunTrust, October 29, 2019.

[31] Ryder 3Q 2019 Earnings Conference Call Presentation, October 29, 2019, p. 10.

**Appendix D**

As discussed in **Section V.C**, Ryder's stock price reaction to accounting information cannot be estimated by mechanically scaling up or down Ryder's abnormal returns on the alleged corrective disclosure dates.  Dr. Hartzmark fails to articulate a reliable damages methodology that can examine how the hypothetical accounting disclosure would have changed the expectations regarding Ryder's future cash flows and risks to those cash flows, in light of the publicly available information that the market already had contemporaneously.

### III.   Appendix D-3:  The February 13, 2020 Alleged Corrective Disclosure

16.   Before market open on February 13, 2020, Ryder announced its 4Q 2019 and FY 2019 financial results and initial FY 2020 financial guidance, and held an earnings conference call shortly after the market opened to discuss its financial results.[32]  Plaintiffs allege that on February 13, 2020 the Company "report[ed] that the financial toll of Ryder's residual value manipulation in fact now exceeded $1 billion."[33]  Specifically:[34]

> Ryder disclosed that, as a result of the significant reductions to the residual value of its fleet, it had incurred a total of $357 million in depreciation expense for 2019 (instead of $289 million) plus a loss of approximately $59 million on the sale of used vehicles.  The Company also announced that, for 2020, it expected to incur another $25 million in depreciation expense on its fleet due to the reductions in residual value (on top of the already disclosed $250 million increased depreciation expense for 2020) plus an additional $20 million estimated loss on used vehicle sales.  This brought the cumulative negative financial impact of Ryder's residual value manipulation to $1.021 billion ($357 million + $59 million + $275 million + $20 million + $130 million (2021) + $180 million (2022-225)).

Ryder's common stock price declined from a closing price of $50.19 on February 12, 2020 to a closing price of $45.01 (a decline of $5.18 or -10.32%) on February 13, 2020.[35]

17.   As discussed below, Dr. Hartzmark fails to provide a reliable methodology to measure inflation dissipated on this day that can address potential findings including: (1) the depreciation

---

[32] Ryder Form 8-K, Ex. 99.1, filed on February 13, 2020 ("Ryder's earnings conference call and webcast is scheduled for 2/13/2020 at 11:00 a.m. ET."); Ryder 4Q 2019 Earnings Conference Call Transcript, February 13, 2020.

[33] Amended Complaint, ¶ 20.

[34] Amended Complaint, ¶ 143.

[35] The residual return on February 13, 2020 according to Dr. Hartzmark's regression model was -10.45%, which is statistically significant at the 99% confidence level.  *See*, Hartzmark Report, Appendix E.

expense Ryder announced this day, "reflecting the impacts of previously announced change[s] in residual value estimates," was largely "in line" with market expectations; (2) the alleged corrective disclosure regarding losses from used vehicle sales, at least a portion of them, was timely disclosed; (3) Ryder disclosed FY 2020 financial guidance that was affected by cofounding information including higher costs related to strategic initiatives; and (4) there is a mismatch between the alleged corrective disclosure and the purported "truth" that Plaintiffs claim Ryder could and should have disclosed earlier. Dr. Hartzmark fails to provide a methodology that can reliably disentangle Ryder's stock price decline due to information that revealed the alleged misrepresentations from the decline resulting from confounding information or timely-disclosed information, and fails to provide a methodology that can "parse" or "scale" Ryder's stock price decline on this day to reliably measure daily inflation throughout the Proposed Class Period.

18.     Plaintiffs claim that on February 13, 2020, the Company "further shocked investors by reporting that the financial toll of Ryder's residual value manipulation in fact now exceeded $1 billion."[36] Dr. Hartzmark fails to propose a damages methodology that can reliably address a finding that the depreciation expense Ryder announced this day largely "reflect[ed] the impacts of *previously announced* change[s] in residual value estimates."[37] For example, Ryder disclosed:[38]

> Q4 GAAP EPS from continuing operations loss of $(1.02) versus $2.12 in prior year, reflecting the impacts of previously announced change in residual value estimates and one-time pension settlement charge.…
>
> Full-year GAAP EPS from continuing operations loss of $(0.45) versus $4.53 in prior year, reflecting the impacts of previously announced change in residual value estimates and one-time pension settlement charge.…
>
> GAAP and comparable EPS for both the fourth quarter and full year were impacted by higher depreciation expense resulting from the previously announced change in residual value estimates

---

[36] Amended Complaint, ¶ 143
[37] *See*, Ryder Form 8-K, Ex. 99.1, filed on February 13, 2020 (emphasis added).
[38] *See*, Ryder Form 8-K, Ex. 99.1, filed on February 13, 2020.

**Appendix D**

19.     Dr. Hartzmark fails to propose a methodology that can reliably measure only the price impact of the information regarding Ryder's residual value disclosed this day that was *new* and value-relevant.  According to the Amended Complaint, Ryder already allegedly "shocked the market" on October 29, 2019 with the disclosure that "it was decreasing its residual value estimates by more than $840 million."[39]  Four of the six securities analysts that published reports on this day described the information related to residual value or depreciation impact that Ryder disclosed on February 13, 2020 as "in line," "largely unchanged," or "slightly worse than expected."  For example:

> (*Wolfe*, *February 13, 2020*) **Used Truck Not the Issue This Time**.  Last quarter, R materially lowered its used truck pricing and residual value assumptions, and R noted that used prices are tracking in line with its expectations, with some more downside cushion.  As a result, R expects a $1.65 tailwind in C20 from lower y/y deprecation and moderating losses on sales, **just slightly worse than our expectations**.[40]

> (*Wolfe, February 13, 2020*) R[yder]'s guidance on depreciation/used tailwinds was largely **in line** with our expectations...[41]

> (*SunTrust*, *February 13, 2020*) On the positive front, the used truck market was in line with the company's expectations for 4Q, as well as YTD, and the residual value **assumptions/depreciation expense guidance is largely unchanged for 2020**.[42]

> (*SunTrust, February 13, 2020*) 4Q EPS came in at the low end of the company's guidance of -$0.03 to +$0.07 as a result of a **slightly higher increase in depreciation following its 3Q residual value estimate change**.[43]

---

[39] Amended Complaint, ¶ 138.

[40] *See*, "Yet Another Reset, but Back at Valuation Support," Wolfe, February 13, 2020 (emphasis added).

[41] *See*, "EPS Guidance Much Worse than Expected, but Free Cash Flow Better," Wolfe, February 13, 2020 (emphasis added).

[42] *See*, "4Q Recap; Not the Guidance We Expected but the Right Investments for the Long Term; Reiterate Buy," SunTrust, February 13, 2020 (emphasis added).

[43] *See*, "4Q EPS Miss; 2020 Guidance Well Below as Company Shifts to Higher Returns/Positive FCF," SunTrust, February 13, 2020 (emphasis added).

**Appendix D**

(*Stephens*, *February 13, 2020*) The miss relative to the Street was margin-driven, and **R noted that results were at the lower end of its forecast range due to a modest increase in the depreciation impact of vehicle residual value estimate changes**... While the outlook is expectedly messy (and the quarterly impact form [*sic*] residual changes was tough to predict), this 2020 forecast is clearly disappointing vs. expectations.[44]

(*Stephens*, *February 13, 2020*) Higher depreciation expense related to reduced vehicle residual value estimates negatively impacted EPS by $1.67 y/y (adj. EPS was down 11% y/y excluding this headwind).  The miss relative to the Street was margin-driven, and **R noted that results were at the lower end of its forecast range due to a modest increase in the depreciation impact of vehicle residual value estimate changes**.[45]

(*J.P.Morgan, February 13, 2020*) In the earnings release **Ryder noted a modest increase in the depreciation impact for residual value estimate changes**, which we believe was +$8mm per slide 26 of the earnings deck.[46]

(*J.P.Morgan*, *February 13, 2020*) Clearing up some confusion on residual value assumptions. Ryder provided an update on residual value estimate changes in a different format than the detailed disclosures which featured prominently in the 3Q19 earnings slides. The addition of a 4Q19 "variance to depreciation impact estimate" as a true-up in the quarter added to the confusion when attempting to bridge to the prior guidance, further complicated by the lack of an updated Class 8 sales price index. **We confirmed with the company that the residual value estimates updated [for] July 1, 2019 [and announced on October 29, 2019] did not change for 2020 or 2021** but will still look for further details on residual values when the 10-K is filed in the next few weeks.[47]

(*KeyBanc, February 13, 2020*) Current quarter results were below expectations stemming from a greater than anticipated drag from depreciation, as well as lower rental and dedicated revenue, offset by a significant tax benefit.[48]

---

[44] *See*, "First Look at 4Q19: Adj. EPS Miss & 2020 Guidance Below Street," Stephens, February 13, 2020.

[45] *See*, "Slight Adj. EPS Miss in 4Q19; Guidance for 2020 Well Below the Street," Stephens, February 13, 2020 (emphasis added).

[46] *See*, "First Look at 4Q19 Earnings," J.P.Morgan, February 13, 2020 (emphasis added).

[47] *See*, "Stuck in Low Gear," J.P.Morgan, February 13, 2020 (emphasis added).

[48] *See*, "R 4Q19 Recap: A Slow Pivot but Swift Reset; SW," KeyBanc, February 13, 2020.  *See also*, "R – ALERT: 4Q19 First Take," KeyBanc, February 13, 2020.

(*Baird, February 13, 2020*)  Used vehicle pricing is expected to remain soft in 1H20 as well before beginning to firm in 2H20, consistent with views of an improving truckload supply/demand dynamic by mid-2020. Provided that cyclical view holds, coupled with waning depreciation headwinds, FMS margins should turn positive in 2H20.[49]

20.     To the extent Plaintiffs claim the reduction in residual value estimate Ryder announced on February 13, 2020 exceeds the $844 million "cumulative impact of reduced residual estimates" that Ryder announced on October 29, 2020, Dr. Hartzmark fails to propose a damages methodology that can address a finding that at least a portion of such incremental change was timely disclosed, reflecting the change in the UVS market in 4Q 2020.  For example, the Amended Complaint points to "a loss of approximately $59 million on the sale of used vehicles" for 2019 plus "an additional $20 million estimated loss on used vehicle sales" for 2020 that Ryder disclosed on February 13, 2020.[50]  Dr. Hartzmark fails to propose a damages methodology that can address a finding that at least a portion of such loss was timely-disclosed information based on Ryder's *actual* used vehicle sales in 4Q 2019, and was not information that Ryder could and should have disclosed earlier.

21.     Dr. Hartzmark also fails to propose a damages methodology that can reliably control for the confounding information Ryder disclosed this day.  In particular, Ryder disclosed its FY 2020 financial guidance, and analysts commented on several factors affecting that guidance. For example:

> (*Wolfe, February 13, 2020*) **Used Truck Not the Issue This Time**… **However, pretty much everything else in R's guidance was worse than we expected** including lower Commercial Rental and Dedicated earnings, a higher tax rate, and continued strategic investments.  As a result, we're lowering our C20 EPS estimate from $2.60 to $1.20.[51]

---

[49] *See*, "Book Value Remains the Focus While Mgmt. Works to Shift Strategic Focus," Baird, February 13, 2020.
[50] Amended Complaint, ¶ 143.
[51] *See*, "Yet Another Reset, but Back at Valuation Support," Wolfe, February 13, 2020 (emphasis added).

**Appendix D**

(*SunTrust*, *February 13, 2020*) 2020 Strategy Change and How That Impacts Guidance:  In order to achieve a balance of revenue and earnings growth with positive FCF over a cycle, **Ryder is altering its strategy** by:  (1) moderating growth in FMS, while accelerating growth in higher return DTC and SCS segments, (2) raising lease prices and pruning lower-return lease accounts to improve FMS's returns, (3) investing in its sales force and targeted marketing to increase awareness around its DTC and SCS segments, and (4) closing underperforming facilities while expanding other cost-cutting initiatives.[52]

(*KeyBanc*, *February 13, 2020*) Ahead of today's 11:00 a.m. call, we expect a negative reaction in shares considering a weaker 2020 outlook stemming from higher than anticipated rental headwinds, lower lease growth, and near-term costs associated with efforts to improving returns intermediately.[53]

(*Stephens*, *February 13, 2020*) We think the primary focus was on guidance for 2020 adj. EPS of $1.10 - $1.50 that was significantly below consensus of $2.56. While this is partially due to a 35c y/y headwind from a higher tax rate, **we believe the fundamental outlook was weaker-than-expected with assumptions for rental demand to be down 10%, dedicated operating revenue to be down 1% and higher costs related to strategic investments / return improvements**. Going forward, while management is proactively addressing its profitability / return profile, guidance was for a negative return on capital spread of 190 bps in 2020 and it could take years to see a positive inflection.  As a result, we remain Equal-Weight and have adjusted our PT to $47 (was $50).[54]

22.     Dr. Hartzmark fails to propose a reliable methodology that can take into account the mismatch between the alleged corrective disclosure and what Plaintiffs claim to be the "correctly estimated" residual value, depreciation expense, and pre-tax income during the Proposed Class Period.  As discussed above, the alleged corrective disclosure concerned Ryder's 4Q 2019 financial results and FY 2020 guidance, and did not reveal what residual value, depreciation expense, and pre-tax income Ryder could and should have disclosed earlier between 2015 and 2019.  Dr. Hartzmark fails to articulate a methodology that can reliably "parse" or "scale" Ryder's stock price decline on this day to measure the valuation impact had Ryder disclosed the "correctly estimated" accounting numbers earlier during the Proposed Class Period.  As discussed in **Section V.C**, Ryder's stock price reaction to accounting information cannot be

---

[52] *See*, "4Q EPS Miss; 2020 Guidance Well Below as Company Shifts to Higher Returns/Positive FCF," SunTrust, February 13, 2020 (emphasis added).
[53] *See*, "R – ALERT: 4Q19 First Take," KeyBanc, February 13, 2020.
[54] *See*, "Slight Adj. EPS Miss in 4Q19; Guidance for 2020 Well Below the Street," Stephens, February 13, 2020 (emphasis added).

**Appendix D**

estimated by mechanically scaling up or down Ryder's abnormal returns on the alleged corrective disclosure dates.  Dr. Hartzmark fails to articulate a reliable damages methodology that can examine how the hypothetical accounting disclosure would have changed the expectations regarding Ryder's future cash flows and risks to those cash flows, in light of the publicly available information that the market already had contemporaneously.

**Exhibit 1a**

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
### SEC Filings, Earnings Conference Calls, and Investor Presentations
### 7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 10/13/15 | Ryder 3Q 2015 Guidance Revision Release | Used vehicle sales results also impacted earnings in the quarter, particularly in the month of September. The impact was due to 7% fewer than anticipated used power vehicles sold in the U.S., as well as moderating price growth… The Company expects fourth quarter results to continue to be impacted by reduced used truck sales volumes and lower price expectations that are now consistent with prior-year pricing. |
| 10/22/15 | Ryder 3Q 2015 Earnings Call Transcript | [Robert Sanchez:] For the fourth quarter we're assuming a further modest decline in pricing as compared to what we realized in September. Overall for the fourth quarter, we expect year-over-year gains on used vehicle sales to be down by the same magnitude as the third quarter with improved volumes offsetting lower pricing. As we look ahead into 2016, we're likely to see lower gains on sale due to pricing.<br><br>Ben Hartford [*from Baird*]: Okay. That's good. So you addressed a lot in there. The second part of the question was just about your confidence to growth next year and going forward if we're in a declining market. I guess if we go back to the prior cycle of 7, build was down, but you guys still grew the fleet. That was probably a function of some of the wins later in the cycle layering on, but the point is you feel confident that this environment can be a little bit different, you have traction with new customers that can support a decoupling of that growth? I just want to clarify that remark.<br><br>Robert Sanchez: Absolutely. Absolutely. We -- I do feel that. I do feel -- just based on what I'm seeing and the conversations we're having with customers, I don't see that slowing down because I think that this secular trend that's really helping us is going to continue. I think on the flip side, I would tell you that clearly the used truck side we've seen some sequential softening. I believe that's more, like I mentioned earlier, a rise in the supply. We're forecasting now for the fourth quarter about a 7% drop in proceeds, in pricing relative to our Q2 peak, if you will. That's probably consistent with what you're hearing from some of the industry research firms.<br><br>Scott Group [*from Wolfe*]: And, Robert, are you still of the belief that you can get back to that 13% kind of past peak margin or better than that or given the changes in the used truck market, is that unrealistic now?<br><br>Robert Sanchez: I think we can get back. I think the timing of it is going to change. I think it's going -- certainly going to be tougher to get back next year if we have a headwind of call it $20 million, $30 million in used vehicle sales because if you think about it, the total revenue for FMS is probably $4 billion next year, probably somewhere in that range. So if you've got headwind of $20 million, that's 50 basis points right there. |

**Exhibit 1a**

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
### SEC Filings, Earnings Conference Calls, and Investor Presentations
### 7/23/15 – 7/29/19

| Date | Source | Excerpts |
|------|--------|----------|
| 2/2/16 | Ryder 4Q 2015 Earnings Call Transcript | [Robert Sanchez:] I'll turn now to page 18 to cover our outlook for 2016. Pages 18 and 19 highlight some of the key assumptions we've made in the development of our 2016 earnings forecast. As you know, the economic and freight environments are highly uncertain at the moment, which makes forecasting challenging… Our approach to the forecast was to assume a significant negative impact in used vehicle sales and a weaker commercial rental environment, as well as some headwinds in new lease sales. We think this is a prudent approach to our initial forecast for the year and we'll make any appropriate adjustment as conditions merit…Our forecast also assumes used vehicle pricing will decrease materially in 2016, particularly for tractors. Tractor pricing is forecast to be down by 20% from the peak in the second quarter of 2015, which would drive an overall price decline of 11% across all vehicle types. This is equivalent to the price declines we've seen in other recent downturns, including the 2008-2009 period. |
| 4/26/16 | Ryder 1Q 2016 Earnings Call Transcript | [Robert Sanchez:] Our second-quarter comparable EPS forecast is $1.50 to $1.55 versus our prior year of $1.65. This reflects weaker year-over-year performance in rental and used vehicle sales. Used vehicle sales comparisons will be the most unfavorable in the second quarter as used vehicle pricing peaked in the second quarter of last year.<br><br>Art Hatfield [*from Raymond James*]: And Dennis while you look that up if I can ask a follow-up, Robert. You've said, and I can't recall you mentioning it today, but in the past you've talked about historically these used truck cycles, these down cycles, lasting anywhere from four to eight quarters, I think if I recall correctly. Anything that you're seeing now that would indicate a different scenario, a more lengthy type of down cycle than we've seen in the past?<br><br>Robert Sanchez: Yes, typically it's been four to six and considering we saw a bit of a leveling off here in the first quarter I would say probably not. It's probably looking more like a four to six quarter event because -- who knows, anything could happen next quarter, but we're into our -- now we're into our third quarter of a slowing used truck market, and if it starts to level off a little bit we could be out of this in the four to six quarters that you normally see. |
| 7/27/16 | Ryder 2Q 2016 Earnings Call Transcript | [Robert Sanchez:] Used vehicle results were down year-over-year due to the lower used vehicle pricing, primarily on tractors... In used vehicle sales, we expect pricing to be generally consistent with recent trends, on somewhat lower sales volumes. Our outlook for Class A tractor pricing remains unchanged at 16% to 17% down for the full year. |
| 10/25/16 | Ryder 3Q 2016 Earnings Call Transcript | [Robert Sanchez:] In used vehicle sales the overall environment continues to be very challenging. Pricing has been in line with our expectations, but volumes have been lower than it anticipated. Going forward, we'll continue to balance price and volume in order to maximize sales proceeds at the same time managing inventory levels to be near our target range… Given these factors, we're reducing our full-year comparable earnings per share forecast to $5.70 to $5.85 from $5.90 to $6.05, primarily to reflect our reduced outlook for used vehicle sales results. Given the shortfall in used vehicle sales volumes in the third quarter, we're expanding their range of our fourth-quarter estimate to account for some additional wholesaling activity which may be necessary to maintain inventories near our target range. The fourth quarter comparable earnings per share forecast is $1.35 to $1.50 versus the prior year of $1.66. |

**Exhibit 1a**

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 10/25/16 | Ryder 3Q 2016 Earnings Release | Commenting on the Company's third quarter results, Ryder Chairman and CEO Robert Sanchez said, "We're pleased that we performed in line with our third quarter forecast, despite a very challenging transactional rental and used vehicle sales market. Our team's proactive efforts, including right-sizing the rental fleet earlier in the year, allowed us to maintain stable rental pricing and realize utilization within our target range. We maintained used vehicle pricing in line with expectations in the quarter; however, used vehicle sales volumes were lower than anticipated...." |
| 11/9/16 | Baird 2016 Global Industrial Conference | [Robert Sanchez:] Used truck market, we still don't see an improvement there. So, pricing is somewhat stable but the volumes just aren't there. So, I think that's going to continue through most of next year. This year, our used truck business probably cost us about almost $0.70 a share based on our latest estimates. So, we don't think the headwind will be as big next year but still, it's going to be a headwind as we go into next year, as we continue to work through the current environment. |
| 2/2/17 | Ryder 4Q 2016 Earnings Call Transcript | [Robert Sanchez:] Comparable results were below our forecast range of $1.35 to $1.50 as the used vehicle market proved to be more challenging than expected while the other areas of our business performed in line with expectations. Lower used vehicle results including a $0.35 impact from inventory valuation adjustments and accelerated depreciation negatively affected earnings in the quarter... We also increased our use of the wholesale channel in order to move our used vehicle inventory levels closer to target. Based on our view that challenging conditions in the used vehicle market will continue over the next 18 months, we took some actions during the fourth quarter.<br><br>[Robert Sanchez:] These actions negatively impacted the fourth quarter results by $0.35. Although these actions negatively impacted the fourth quarter results and resulted in earnings well below our forecast, we believe they are appropriate given our outlook is for the used vehicle market, challenges to persist through mid-2018. Additionally we believe these actions better position both the vehicles currently held for sale as those we -- as those we expect to make available for sale through June of 2018.<br><br>[Robert Sanchez:] We're forecasting earnings to be flat to down in 2017, primarily due to an anticipated further decline in used vehicle market pricing. |

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 2/13/17 | Ryder 2016 10-K | Beginning in the latter part of 2015 and continuing through 2016, we saw a weakening of conditions in the used vehicle sales market, which adversely affected used vehicle volume and pricing, especially for tractors. If the market for used vehicles further declines, or there is a concern regarding the quality, maintenance or condition of our vehicles, we may obtain lower sales proceeds upon the sale of used vehicles, which may impact the residual value estimates of our operating fleet.<br><br>Used vehicle sales, net includes gains and selling costs from sales of used vehicles as well as the write-downs of vehicles classified as held for sale to fair market value. Used vehicle sales, net decreased 99% to $1 million in 2016, due to a drop in the market value of trucks and tractors, which has resulted in lower gains on sales of used vehicles and higher fair market value write-downs. Average proceeds per unit decreased in 2016 from the prior year reflecting a 14% decrease in tractor proceeds per unit and a 1% decrease in truck proceeds per unit. We expect used vehicle pricing to continue declining through 2017. Used vehicle sales, net decreased 14% to $100 million in 2015 due to lower sales volume and higher fair market value write-downs, partially offset by higher average proceeds per unit. |
| 4/25/17 | Ryder 1Q 2017 Earnings Call Transcript | [Robert Sanchez:] In used vehicle sales, the pricing environment continues to be challenging, and there are high levels of inventory in the market. Given elevated inventory levels, we expect used vehicle pricing to be modestly below our original expectation.<br><br>Justin Trennon Long [from Stephens]: Okay, great. That's helpful. And secondly, you provided the EPS bridge at the beginning of the year, but I was wondering if you could provide an update on the year-over-year EPS headwind that you're now assuming within the 2017 guidance for both used and rental. I just wanted to get a sense for what the earnings performance looks like if you strip out those transactional headwinds.<br><br>Robert E. Sanchez: Well, if you -- as I mentioned earlier, I'm not going to get into the whole waterfall, but I'll tell you, obviously rental is meaningfully worse than what we had expected. I said it's more than 50% of the decline in our guidance. And then used vehicle sales is modestly worse. I mentioned 2% to 3% price declines. So those 2 are really the big drivers of -- or the big changes, if you will, the biggest changes, if you will, around the year-over-year number. |
| 4/25/17 | Ryder 1Q 2017 Earnings Release | FMS earnings before tax were $52.1 million, down 37% compared with $83.3 million in the same period of 2016. Decreased earnings reflect lower used vehicle sales results and commercial rental performance.<br><br>Used vehicle sales results are anticipated to be below original expectations due to modestly lower pricing, reflecting continued high levels of inventory in the used vehicle market. We expect Ryder's used vehicle inventories to be near the midpoint of our target range by year end, which better positions us as we enter 2018. |

**Exhibit 1a**

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
### SEC Filings, Earnings Conference Calls, and Investor Presentations
### 7/23/15 – 7/29/19

| Date | Source | Excerpts |
|------|--------|----------|
| 5/10/17 | Wells Fargo Securities Industrials Conference | [Art Garcia:] We are -- in light of all the equipment that we own on the lease and rental side, we -- we're a big seller of Used Trucks at the end of their life for us. Both the rental and the Used Truck market have been going through some demand challenges or oversupply challenges, if you will, which have been impacting our results really since the latter half of 2015, and it's kind of overshadowed a bit what's been happening in our contractual businesses.<br><br>Art A. Garcia Former Special Advisor to the Chief Executive Officer: If anything, it's the used truck market, you hear different things out there. There's not a lot of detailed information but, I guess, there would be some view that maybe pricing has stabilized in the used truck side maybe. But that's still way off of prior levels. |
| 5/23/17 | Wolfe Research 10th Annual Global Transportation Conference | [Robert Sanchez]: Ryder used truck business, because where we've had our challenges have been around the used truck market and even around our rental market, to a certain extent. On the used trucks side, we're the largest independent retailer of used trucks in the country. So as you all have heard, used truck pricing has been on a decline over the last 1.5 years. |
| 7/25/17 | Ryder 2Q 2017 10-Q | Used vehicle sales, net includes gains from sales of used vehicles as well as the selling costs associated with used vehicles and write-downs of vehicles to fair market values. Used vehicle sales, net decreased to a loss of $15.3 million in the second quarter of 2017 and $14.5 million in the first half of 2017, primarily due to a drop in the market value of trucks and tractors, which resulted in lower gains on sales and greater fair market value write-downs on vehicles held for sale. Global average proceeds per unit in the second quarter decreased from the prior year reflecting a 16% decrease in tractor proceeds per unit and a 14% decrease in truck proceeds per unit. Global proceeds per unit in the first half of 2017 decreased from the prior year reflecting a 17% decrease in trucks proceeds per unit and a 16% decrease in tractor proceeds per unit. |
| 7/26/17 | Ryder 2Q 2017 Earnings Call Transcript | [Robert Sanchez:] In used vehicle sales, the environment continues to be challenging but somewhat stabilizing, with high levels of Class 8 inventory still in the market. We now expect used vehicle pricing to decline between 18% and 20% on a full year-over-year basis, which is slightly reduced from the prior forecast… used vehicle results and accelerated depreciation are also impacting quarterly results versus historical years. |

**Exhibit 1a**

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 10/24/17 | Ryder 3Q 2017 Earnings Call Transcript | Todd Clark Fowler, MD and Equity Research Analyst, Keybanc Capital Markets Inc., Research Division: Robert, maybe just on the last comment that you made about the moving parts related to used vehicles going into 2018. Could you maybe just go over again? It sounds like that you're saying that if you don't have the accelerated depreciation and when you think about the residual impact that it would be a $0.20 headwind in the numbers. Is that right? And if that's the case, what's the biggest driver of that? Is that the residuals? Or is there something else happening in the used truck market that's holding off on the gains?<br><br>Art A. Garcia: Yes. Todd, this is Art. Yes, you have it right. The impact we talked about was a net $0.20 from those, assuming that used vehicle results were flat with the prior year and that there was no more accelerated depreciation. So the big driver there would be the residual value impacts that we're estimating right now based on the pricing we've seen over the last couple of years. How that bakes into the model results in a reduction in residuals. |
| 11/7/17 | Baird 2017 Global Industrial Conference | [Robert Sanchez:] So we are subject to the cyclical nature of the used truck market and also the cyclical nature of the rental market. Beginning in the middle of 2015, we went into a downturn on the used truck market. Any of you that follow that know that it's pretty widely known. Used truck pricing has dropped in the last 2.5 years about 30% from the peak. The good news is that over the last quarter, we saw the rate of decline really being able to -- beginning to level off and the pricing beginning to level off. So that's good news after 2.5 years of decline. We're cautiously optimistic. I say cautiously, because there is some additional inventory that's coming into the market in 2018. And the -- whether that will be absorbed and we continue to see a flattening and maybe an improvement in the used truck pricing depends on what the demand is going to be. The demand in used trucks is driven by kind of the demand in a lot of trucks, which is how much freight is moving, which is driven by the economy. So we like the idea of a 3% GDP world. We think that's going to help absorb that. We are long in terms of this downturn. Historical downturns, the worst that we ever had was in 1999 to 2002, and that was a 3-year downturn. We're 2.5 years into this one. So we like to think we're getting maybe to the bottom here. And with a little help from the economy, we can start to see things begin to improve in the middle of next year. |
| 11/7/17 | Stephens Fall 2017 Investment Conference | Justin Trennon Long Stephens Inc., Research Division: One question that I get a lot on used is, I don't think we've ever seen an improving truckload market and a used market that hasn't improved as well. And obviously, the truckload market is improving now, so that would bode well for next year. Your commentary has been a bit more cautious on the used market, maybe it kind of holds flat with where it is in the next 12 months. What's driving that discrepancy? What's different this time?<br><br>Art A. Garcia Former Special Advisor to the Chief Executive Officer: Well, I mean -- yes, it's hard for me to go back to prior cycles. I don't know. I just focus on this one is that we still have a higher-than-normal level of Class 8 inventory out there for sale. So until that normalizes, you would think that price would continue to be pressured so that could be one. The other one is the -- we're dealing with some of these model years that maybe not -- are not as desirable in the current market, and that could be affecting the price also. |

**Exhibit 1a**

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
### SEC Filings, Earnings Conference Calls, and Investor Presentations
### 7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 2/16/18 | Ryder 4Q 2017 Earnings Call Transcript | [Robert Sanchez:] Used vehicle sales will be a headwind in 2018 due to the ongoing impact of the extended market downturn. Our forecast assumes a modestly improving outlook for used vehicle's pricing in 2018.<br><br>[Robert Sanchez:] In order to reflect multiyear used vehicle pricing trends, we've lowered our residual value estimates for vehicles operating -- in operations, resulting in a negative impact of $0.50 per share. In addition, we extended accelerated depreciation on vehicles that we expect to make available for sale through mid-2019, whereas, previously accelerated depreciation extended through mid-2018. Accelerated depreciation negatively impacted 2018 earnings by $0.23. However, the impact of accelerated depreciation will be lower than the prior year, resulting in a year-over-year EPS benefit of $0.14.<br><br>[Robert Sanchez:] As we articulated at the time, these targets were based on stable conditions in the transactional rental and used vehicle markets. Since then, however, the market environment for used vehicles has -- in particular, has materially changed. As a result, we believe it's appropriate to revise some of our 3-year targets to reflect the changed markets for used vehicle sales. |
| 2/16/18 | Ryder 4Q 2017 Earnings Release | However, FMS results were negatively impacted by used vehicle sales, additional accelerated depreciation, and higher insurance costs related to prior years' claims. Used vehicle sales results were below expectations, primarily due to pricing. Given our near-term outlook on pricing, the Company also recognized additional accelerated depreciation in the fourth quarter and extended accelerated depreciation through mid-2019.<br><br>These benefits are expected to be partially offset by impacts from the extended downturn in the used vehicle market as well as higher maintenance costs on certain older model year vehicles that will largely exit the fleet over the next 18 months. We anticipate a modestly improved outlook for used vehicle pricing in 2018 that will benefit year over year results; however, we still expect used vehicle sales to incur a loss for the year. We are also reducing our long-term residual value estimates on vehicles in operation to reflect used vehicle market trends. Additionally, we are further accelerating depreciation on vehicles which we expect to make available for sale through mid-2019. |

Exhibit 1a

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
### SEC Filings, Earnings Conference Calls, and Investor Presentations
### 7/23/15 – 7/29/19

| Date | Source | Excerpts |
|------|--------|----------|
| 2/19/18 | Ryder 2017 10-K | We are also reducing our long term residual value estimates on vehicles in operation to reflect used vehicle market trends. Additionally, we are further accelerating depreciation on vehicles, which we expect to make available for sale through mid-2019.<br><br>Additionally, FMS results in the fourth quarter included accelerated depreciation of $9 million in 2017 and $10 million in 2016 to reflect a challenging used vehicle market outlook.<br><br>Beginning in the latter part of 2015 and continuing through 2017, we saw a weakening of conditions in the used vehicle sales market, which adversely affected used vehicle sales volume and pricing, especially for tractors. If the market for used vehicles further declines, or there is a concern regarding the quality, maintenance or condition of our vehicles, we may obtain lower sales proceeds upon the sale of used vehicles, which may impact the residual value estimates of our operating fleet.<br><br>Used vehicle sales, net decreased to a loss of $17 million in 2017, due to a drop in the market value of tractors and trucks, which resulted in lower gains on sales. We anticipate a modestly improved outlook for used vehicle pricing in 2018 that will benefit year over year results; however, we still expect used vehicle sales to incur a loss for the year. Used vehicle sales, net decreased to a gain of $1 million in 2016, due to a drop in the market value of trucks and tractors, which resulted in lower gains on sales of used vehicles and higher fair market value write-downs. |
| 2/22/18 | Citi Global Industrials Conference | [Robert Sanchez:] And every year, we've got to sell a certain number of them, anywhere between 15,000 and 20,000 trucks that we sell in a year. As used truck prices go up, we do better. As used truck prices go down, we do worse. Used truck prices have been down for the last two-and-a-half years as there's been an oversupply of used trucks in the market and not enough buyers. |

**Exhibit 1a**

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
### SEC Filings, Earnings Conference Calls, and Investor Presentations
### 7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 4/24/18 | Ryder 1Q 2018 Earnings Call Transcript | Scott H. Group, MD & Senior Transportation Analyst, Wolfe Research, LLC: So sorry, one more on used. So your proceeds are going higher. Are you saying that's all mix, and underlying price is not improving? Is that what you're saying? And then can you just be clear, the guidance is assuming no underlying pricing improvement from here in used truck? Or are you counting on some pricing improvement? And then maybe just the last thing on used. So there's a worry about like all these truck orders and then it's going to flood the market with more used trucks. Do you have a view on the trucks that are going to enter the market? Or the -- as new trucks enter the market and then other trucks get put up on the used truck market, are those going to be relatively younger trucks or older trucks like you guys deal with? If that makes sense.<br><br>Robert E. Sanchez: Yes. Well, okay. I'll answer both. The first question is, what we're expecting for the balance of the year is basically a flat market. We're not expecting any improvement. We're expecting it to be flat from where we were in the first quarter. So you're going to have -- we're going to have more retail versus wholesale, so you're going to see some improvement in that. But other than that, the overall market, I would tell you, we're assuming it's flat. In terms of the new -- in terms of the vehicles coming into the used truck market, I think it depends on what age vehicles come in. If you get more of the newer equipment, the newer model used vehicles, that may have less impact than if you get more of the older model year, which is what we typically sell. We are seeing the volume move through, so it's not like we're in an environment where there's not a market for it, it's just the pricing hasn't picked up yet. So that piece we have not -- we haven't called that yet. I think it's too early, but that's what it boils down to. As we're assuming flat, if there's any pickup, it'll be upside, but we're not calling that yet. |
| 5/8/18 | Wells Fargo Securities Industrials Conference | [Art Garcia:] I think the area we've been dealing with as a business has just been some of the overhang from a weaker used truck market. The used truck market started to decline really in the latter half of 2015. It continues to be soft and we expect that to be the case at least through the middle of next year. |
| 7/24/18 | Ryder 2Q 2018 10-Q | Used vehicle sales, net includes gains from sales of used vehicles, selling costs associated with used vehicles and write-downs of vehicles to fair market values. Used vehicle sales, net improved to a $6 million loss in the second quarter of 2018, and $13 million loss in the first half of 2018, primarily due to higher inventory adjustments in the prior year, partially offset by lower gains from sales of used vehicles due to the mix and volume of units sold in the current year. Global average proceeds per unit in the second quarter and in the first half of 2018, increased for both tractors and trucks. |
| 7/25/18 | Ryder 2Q 2018 Earnings Call Transcript | [Robert Sanchez:] ROC spread has been impacted by lower used vehicle sales results and related depreciation due to the significant multiyear downturn in the used vehicle market. |
| 9/12/18 | Morgan Stanley 6th Annual Laguna Conference | [Art Garcia:] We see that part of the market kind of staying flat through the balance of the year and right now, not improving until maybe the second half of next year. And so we've got a fairly conservative view on the used truck market, and we'll see what happens as we close out this year and decide what happens after that. |

**Exhibit 1a**

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 10/25/18 | Ryder 3Q 2018 10-Q | Used vehicle sales, net includes gains from sales of used vehicles, selling costs associated with used vehicles and write-downs of vehicles to fair market values. Used vehicle sales, net decreased to a $3 million loss in the third quarter of 2018, due to lower units sold and higher inventory valuation adjustments due to more challenging prior year comparisons. Used vehicle sales, net decreased to a $16 million loss in the nine months ended September 30, 2018, primarily due to lower gains from sales of used vehicles due to the mix and volume of units sold in the current year, partially offset by lower inventory valuation adjustments year-to-date. |
| 10/26/18 | Ryder 3Q 2018 Earnings Call Transcript | [Robert Sanchez:] ROC spread has been impacted by lower used vehicle sales results and related depreciation due to the significant multi-year downturn in the used vehicle market. We expect full year return on capital spread to be 10 basis points above our original forecast of breakeven.<br><br>[Robert Sanchez:] The forecast in used vehicle pricing to remain generally consistent with recent trends. We anticipate Ryder's used vehicle inventory to remain near the low end of our target range, positioning us well for 2019. |
| 11/6/18 | Baird 2018 Global Industrial Conference | [Robert Sanchez:] So those are the general trends and the things that we are working on at Ryder. One of the headwinds that we have been facing over the 2.5 years has been a declining and really a slow used truck market. That has impacted our earnings and has really got us in a situation where we're accelerating depreciation on our fleet of trucks. That has created headwinds for our earnings, that began in 2015. We have seen the used truck market stabilize over the last several quarters and actually, had a little bit of an uptick in this last quarter. It's good news. However, we're assuming, even going forward, if there is not a pickup and the used truck market continues to be where it is, we believe we can still generate nice earnings growth in light of -- I mean, in spite of some headwinds that we'll see on the used truck side.<br><br>[Robert Sanchez:] Right, well first, I think it's important for everybody to understand that the used truck market is a cyclical market, has its ups and downs. I've been with the company for 25 years. I've been through about 4 or 5 of these ups and downs in the used truck market. It does go down and it does go up. So it doesn't stay down forever. And we are in a period where the stock -- where the used truck market had gone up probably more than you would have expected in between 2011 and 2015, and then came down maybe more than we would have expected. |
| 2/14/19 | Ryder 4Q 2018 Earnings Call Transcript | [Robert Sanchez:] Used vehicle sales results are forecast to be modestly lower in 2019. This reflects slightly lower pricing expectations given higher expected volumes, especially in the second half of the year. We're lowering residual value estimates for vehicles in operation and have extended accelerated depreciation to vehicles expected to be sold in mid-2020. |

Exhibit 1a

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 2/20/19 | Citi Global Industrials Conference | Robert E. Sanchez Chairman & CEO: Yes, well, you're talking about secondary market for trucks? Yes, that's -- certainly, it's negatively impacted us the last couple of years. That's been a big challenge for our business. So what I'm excited about is, I think, 2018 is really an inflection point as it relates to that. Because the headwinds from a drop in the used truck market, which the market was down about 30% starting in '15. That has stabilized and sort of inched up in 2018. |
| 2/20/19 | Ryder 2018 10-K | Impact on Used Vehicle Sales. We generally bear the residual risk on the value of our vehicles, which is the risk that we will not be able to resell our vehicles at a price equal to or above their expected residual values. If we overestimate a vehicle's residual value this could contribute to lower gains or losses on sales of our used vehicles. A decline in market demand for used vehicles would likely result in a reduction in our residual values. Factors that could contribute to a decline in the market demand for used vehicles include an oversupply of trucks in the marketplace, concerns regarding the real or perceived quality, maintenance or condition of our vehicles, foreign exchange movements, or changes in technology that render select vehicle technology obsolete. Beginning in the latter part of 2015 and continuing through 2018, we experienced a weakening of conditions in the used vehicle sales market, which adversely affected used vehicle sales volume and pricing, especially for tractors. If the market for used vehicles declines further, or there is a concern regarding the quality, maintenance or condition of our vehicles, we may obtain lower sales proceeds upon the sale of used vehicles, which would likely negatively impact the residual value estimates of our operating fleet.

Used vehicle sales, net includes gains from sales of used vehicles, selling costs associated with used vehicles and write-downs of vehicles held for sale to fair market value. Used vehicle sales, net declined to a loss of $22 million in 2018, due to lower gains from sales of used vehicles driven by the mix and volume of units sold in the current year, partially offset by lower inventory valuation adjustments. Used vehicle sales, net decreased to a loss of $17 million in 2017, due to a drop in the market value of trucks and tractors, which resulted in lower gains on sales of used vehicles and higher fair market value write-downs. |
| 3/5/19 | J.P.Morgan 2019 Aviation, Transportation and Industrials Conference | [Robert Sanchez:] As used vehicle pricing and used truck pricing declined, we had a big impact on our earnings, as you can see, for a couple of years, which really troughed in 2017. 2018, you saw it coming back.

[Robert Sanchez:] ... [I]f you look at what happened in the used truck market in 2015, the whole market went down. It wasn't a 2012-only thing, like 2013, 2014, everything was down. |
| 4/30/19 | Ryder 1Q 2019 Earnings Call Transcript | [Robert Sanchez:] In used vehicle sales, we continue to expand our retail sales capacity to handle additional volume expected this year. Although used vehicle pricing was up in the first quarter, we continue to expect pricing to be down slightly for the full year, particularly in the second half of 2019 due to additional inventory that's likely to come to the market. |

**Exhibit 1a**

# Ryder System, Inc.
## Selected Discussion on the Decline in the UVS Market[1]
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 6/6/19 | Deutsche Bank 10th Annual Global Industrials & Materials Summit | Amit Singh Mehrotra [*from Deutsche*]: So when you talk about $30 million of headwind, $30 million of headwind, that 2021 kind of neutralization, does that assume like a further pressure on used truck values, given the deliveries that we're seeing this year? Or does that kind of assume kind of steady state with what's been happening today?<br><br>[Robert Sanchez:] We've already baked in some decline in the used truck market in the second half of the year. So as we gave our guidance, we talked about, we're assuming that as the used truck inventory in the market increases this year, which everybody expects it to as more trucks are built, there's going to be some pressure on pricing. So we've already accounted for that in some of the forecast that we're giving. |

Source:  Ryder SEC Filings; Ryder Earnings Conference Calls and Presentations

Note:
[1]  A keyword search across Ryder's SEC filings, earnings conference call transcripts and deck, and investor presentation transcripts during the Proposed Class Period using the terms "used vehicle(s)," "used truck(s),""used tractor(s)," "used equipment(s)," or "used market(s)" yielded 1,677 results from 73 unique sources out of 87 sources.

**Exhibit 1b**

# Ryder System, Inc.
## Sample Analyst Commentary on the Decline in the UVS Market[1]
### 7/23/15 – 7/29/19

| Date | Source | Analyst Report Excerpts |
|---|---|---|
| 7/23/15 | Avondale | All-in-all, the quarter's earnings exceeded our (and the Street's) earnings expectations while fuel price headwinds somewhat offset revenue growth driven by a growing fleet, strong utilization and a tight used vehicle market. |
| 9/9/15 | KeyBanc | Used truck prices are increasing low-single digits compared to high-single to low-double digits over the past year… Going forward, moderating used truck prices may lower gains as [a] percentage of total earnings and reduce depreciation benefits associated with higher residuals.<br><br>Our second concern around moderating used truck pricing relates to the impact on residuals used in determining annual depreciation expense. Depreciation is based on the difference between the cost of equipment and an estimated residual value spread over the useful life, with the estimated residual based on a five-year rolling average of actual sales prices for used equipment. Very basically, when residuals increase as used truck pricing goes up, future depreciation decreases all things equal, providing a year-over-year earnings tailwind. |
| 10/12/15 | KeyBanc | Additionally, a softer used truck market resulted in a 7% reduction in units sold and weaker pricing.<br><br>From a sensitivity standpoint, approx. half of the 3Q15 reduction (from $1.82-$1.87 to $1.72-$1.74, or $0.05-$0.08) and two-thirds of the 4Q15 reduction (from $1.90-$1.95 to $1.72-$1.84, or $0.05-$0.12) is related to the softer used truck market, for a total of $0.10-$0.20 of the $0.16-$0.38 reduction. |
| 10/13/15 | BB&T | Our colleague Rhem Wood recently wrote a detailed note on September 10, analyzing the used truck market. Some of Rhem's channel checks indicate that dealers are starting to (or expect to) accumulate more used inventory, which will likely lead to a decline in pricing.<br><br>Our 2016 estimate cut reflects continued weakness in the used truck market as we believe higher interest rates could have a detrimental impact. |
| 10/13/15 | RBC Capital Markets | Lower gains on used vehicle sales. During the quarter, R saw demand for used vehicles slow dramatically, which resulted in a lower number of vehicles sold, as well as realized gains. The decline in gains on used vehicle sales caused ~$0.06/sh (50%) of the 3Q/15 guidance reduction and ~$0.09/sh (75%) of the 4Q/15 guidance reduction.<br><br>We had already been forecasting gains on used equipment to decline slightly during 2H/15 and are now forecasting a more material 13% decline, which represents a $0.13/sh earnings headwind. |

Exhibit 1b

# Ryder System, Inc.
## Sample Analyst Commentary on the Decline in the UVS Market[1]
### 7/23/15 – 7/29/19

| Date | Source | Analyst Report Excerpts |
|---|---|---|
| 10/13/15 | Stephens | FY15 EPS expectation was reduced by 4% at the mid-point from 1) a weakening used truck market... Potential risk in the used market has recently been a hot topic, but we think this impact was felt sooner than anticipated. As a result, we are taking a much more conservative view on gains on sale in the next year but maintain our Overweight rating given an attractive risk/reward (even on our reduced estimates) and trends in the core business that remain strong.<br><br>Our new FY16 EPS estimate is $6.65 (was $7.30) with the main driver to this reduction being a more conservative outlook for the used truck market / gains on sale.<br><br>This lower outlook assumes a continuation of headwinds related to out-of-service vehicles and a weaker used truck environment into 4Q.<br><br>Issue #1: A Weaker Used Truck Market. We estimate this was approximately 60% of the 2H15 EPS reduction. Management noted that weaker demand in the used truck market (particularly in September) drove lower-than-expected unit sales and moderating price growth in 3Q15. This headwind is expected to continue into 4Q15. In our view, the potential impact of a weakening used truck market has been the main investor concern in recent months and the primary driver to the stock being 25% below YTD highs. And looking into FY16, we still think there is uncertainty as it's challenging to predict "gains on sale" (but it's also a major swing factor in the model). |
| 10/21/15 | Wolfe | R's pre-report was bad and reflective of a weaker used truck market, but if used truck pricing can stabilize, we still believe R can see solid EPS growth next year from a combination of leasing fleet growth, rising residual values, and its new OnDemand maintenance product.<br><br>[I]t seems that used truck pricing has weakened significantly over the past 60 days or so. ACT Research cited an average retail sales price of $58K in the used truck market 3 months ago relative to $54K currently. On the flip side, we heard from carriers that used trailer pricing (on the dry van side) is continuing to hold up nicely. |
| 10/22/15 | FBR | Used truck markets soften, but impact offset by residual gains. Ryder reported a drop in used truck pricing in 3Q15 driven by waning demand, and we believe that without a meaningful uptick in demand in 2016, used truck prices could remain 5% to 10% below prior levels for most of the year. |
| 10/22/15 | KeyBanc | A softer used equipment market is expected to weigh on 4Q15, but factored in prior guidance reduction. |
| 10/23/15 | Stephens | However, our estimates for next year remain below the Street given our more pessimistic outlook for the used truck market, and we think uncertainty on this issue could make a near-term recovery in the stock more challenging.<br><br>[T]he near-term outlook could be somewhat challenging as we think incremental risk in the used truck market could continue to weigh on Street estimates. |

# Ryder System, Inc.
## Sample Analyst Commentary on the Decline in the UVS Market[1]
### 7/23/15 – 7/29/19

| Date | Source | Analyst Report Excerpts |
|---|---|---|
| 12/2/15 | KeyBanc | Used truck headwinds persist. Used truck pricing has decreased 8% since mid-year, and is currently down MSD [(mid-single digits)] relative to year-ago levels (Exhibit 3). While updated 2015 guidance provided in early Oct incorporates $0.10-$0.20 of lower gains, gains/unit remain ~45% above the 5-year average (Exhibit 4) and could normalize if pricing further softens or residuals increase. Our updated estimates reflect a $35M decrease in gains in 2016 (~$0.40/share) and gains/unit more in line with historical levels.<br><br>Used Truck Market:<br>"The used market is soft right now. We are not getting the same dollars for the same type of equipment we were getting this time last year."<br>"The used truck market is very soft. I think wholesalers all over the country are feeling it."<br>"I think the used truck market is softer with Class 8s, not as much in medium duty." |
| 1/12/16 | Raymond James | There is a good bit of investor concern regarding the used truck market as sales prices have started to ease and with less demand for new trucks and ultimately used trucks, pressures on unit sales, and prices are expected to intensify. |
| 1/12/16 | Wolfe | R's stock has badly underperformed over the past 6+ months on concerns about its cyclical commercial rental business and falling gains on sales in a weaker used truck market. |
| 2/2/16 | FBR | Used-truck markets soften with only partial offset from residual gains. Ryder reported a 9% drop in used-truck pricing in 4Q15 driven by waning demand and is forecasting an 11% drop for 2016 (with a 20% decline in tractor pricing). |
| 2/2/16 | KeyBanc | Lower used equipment gains from a softer used truck market are expected to be a ~$0.60 earnings headwind, with guidance incorporating a further 9% decline in pricing from current levels. |
| 2/2/16 | Stephens | Headwinds in the used truck market and rental seem worse than anticipated. |
| 2/2/16 | Stifel | Ryder's stock declined significantly the past 12 months due to fears the used truck market was collapsing, debt was too high, and commercial rental was going to slow due to economic weakness.… As for the three issues mentioned above, the used truck market has softened and is expected to continue softening through 2016. Commercial rental has not yet seen negative growth, but Ryder management is proactively shrinking the fleet in expectation of lower demand ahead to preserve utilization.<br><br>Used truck pricing – We believe falling Class 8 tractor prices are the biggest headwind to 2016 EPS, but the company sees this as normal cyclical price action. After peaking in 2Q15, it is likely pricing will decline through the end of 2016 but should bottom out or partially recover in 2017, according to management. |

**Exhibit 1b**

# Ryder System, Inc.
## Sample Analyst Commentary on the Decline in the UVS Market[1]
### 7/23/15 – 7/29/19

| Date | Source | Analyst Report Excerpts |
|---|---|---|
| 2/3/16 | BB&T | Ryder reported Q4'15 results that were below forecasts, as the used truck market continues to worsen and a softer freight environment is slowing rental growth (the lowest growth rate in 2 years and a potential leading indicator for lease demand).<br><br>Given the uncertain macro environment contributing to lower demand and a challenging used truck market (tractor pricing is expected to decline another 9% in 2016 and down 20% from peak in Q2'15, truck pricing down 5%), we are maintaining our Hold rating.<br><br>[H]owever, we currently find valuation closer to fair in light of some of the weakness in the used truck market and commercial rental. |
| 3/7/16 | Stephens | And while concerns about the broader economy haven't helped, we think this pullback is primarily a function of 1) a weakening used truck market…<br><br>Over the past 2 - 3 quarters, we believe sentiment has become increasingly negative given moderating freight demand and a sharp decline in the used truck market. |
| 4/26/16 | Stephens | While a moderating used truck market and weaker rental trends will remain a drag this year, we believe these headwinds are very well known. |
| 5/20/16 | J.P.Morgan | We come away from the event more constructive on Ryder's recent and planned initiatives aimed at driving topline growth by tapping into a large addressable market. However, we expect the muted 2016 outlook challenged by weak rental markets and used vehicle headwinds remains the primary driver of the stock near-term. |
| 8/25/16 | KeyBanc | Used Truck Market Likely a Continued Drag into 2017<br><br>Within our truckload coverage, with ~13% of expected 2017 earnings from gains, we see the greatest relative exposure to used truck market trends for WERN and CGI. That said, headwinds may be partially offset by lower maintenance and fuel expense from younger fleets. For R, we expect gains per unit to continue deteriorating in 2H16/FY17, with a ~$0.10- $0.30 headwind in '17 (reflected in estimate cut). |
| 10/6/16 | KeyBanc | We anticipate forward commentary to suggest a modest, condensed holiday peak, but lower 2017 estimates to reflect reduced equipment gains from a challenging used truck market and more modest pricing expectations.<br><br>[O]ur sense is the used truck market will remain soft through 1H17, negatively impacting equipment gains and making prior earnings growth assumptions likely unachievable; we lower our estimates accordingly. |

Exhibit 1b

# Ryder System, Inc.
## Sample Analyst Commentary on the Decline in the UVS Market[1]
### 7/23/15 – 7/29/19

| Date | Source | Analyst Report Excerpts |
|---|---|---|
| 10/25/16 | Stephens | Ryder reported 3Q16 adj. EPS of $1.67 that came in line with consensus and the company's guidance of $1.65 - $1.72. However, due to weaker-than-expected trends in the used truck market, the company reduced the mid-point of its 2016 adj. EPS guidance by 3% to $5.78 and this is also 3% below consensus of $5.95.<br><br>Looking ahead, while we expect headwinds related to the used truck market and rental to continue, it is likely the y/y pace of declines start to moderate in the quarters ahead, allowing favorable trends in its core contractual businesses to become more evident. |
| 10/26/16 | Longbow | The main source of management's downward EPS revision stems from a more difficult used vehicle market – specifically Class 8s – that negatively impacted gains on sales in the current quarter which is expected to continue during 4Q16.<br><br>Management's commentary regarding a softer than expected used truck market during 3Q16 which hindered R's ability to sell a portion of Class 8 equipment at targeted proceed per unit levels, and the need to potentially up wholesaling activity during 4Q16, we view as an incremental negative for Truck OEM and Dealers not under our direct covered. |
| 10/26/16 | Stephens | Ryder has essentially been a flattish stock since the Spring, while most of the transportation sector has rallied over this timeframe. We think this is largely attributed to fears around the used truck market and hesitancy to step-in and buy before seeing some signs of stabilization. |
| 2/2/17 | KeyBanc | Initial full-year 2017 guidance was established at $5.10-$5.40, below consensus of $5.86 and our $5.80 estimate, with a 1Q17 range of $0.82-$0.92 (prior consensus $1.09). Reflecting a tepid used truck market, guidance incorporates $0.16 of accelerated depreciation, $0.07 of incremental depreciation related to lower residuals and $0.12 of equipment losses, with management not anticipating an improvement until mid-2018. |
| 2/2/17 | Stephens | Ryder reported 4Q16 adj. EPS of $1.07 that missed consensus of $1.42 and the company's guidance of $1.35 - $1.50. The miss was driven by a weaker-than-expected used truck market and we would note that 1) adjustments to its used vehicle inventory valuations and accelerated depreciation actions resulted in a 35c EPS headwind and 2) a lower tax rate was a $0.09 tailwind. We were hesitant on the guidance in front of this quarter, but the outlook for 2017 EPS $5.10 - $5.40 was worse than both our estimate ($5.65) and the Street ($5.86) as Ryder expects the used truck market weakness to persist thru mid-2018. |
| 2/3/17 | J.P.Morgan | Weak Used Vehicle Market Pressures Results Through 2018, Lowering Estimates Again<br><br>We are reducing our target to $70 which is based on 5x 2018E EBITDA, in-line with Ryder's long term-average as the company is expected see continued progress in their contractual businesses, but will have earnings growth held back by a weak used vehicle market. |
| 2/3/17 | Longbow | Management introduced 2017 EPS below consensus in light of negative impact from used vehicle market. Management introduced its 2017 EPS guidance in a range of $5.10-$5.40, with the midpoint ($5.25) 10.4% below consensus $5.86 prior to the report. The decrease in EPS guidance primarily reflects management's reduced pricing expectations and its impact on used vehicle valuations and future sale gains. |

**Exhibit 1b**

# Ryder System, Inc.
## Sample Analyst Commentary on the Decline in the UVS Market[1]
### 7/23/15 – 7/29/19

| Date | Source | Analyst Report Excerpts |
|---|---|---|
| 2/3/17 | Stephens | Ryder reported a sizable 4Q16 EPS miss vs. the Street; however, the majority of the shortfall was a result of a used vehicle inventory valuation adjustment and accelerated depreciation associated with the company's outlook for the used truck market to remain weak through mid 2018.<br><br>The used truck market was weaker than expected in 4Q16 and Ryder now expects these depressed market conditions to continue over the next 18 months. |
| 2/3/17 | Stifel | Ryder disappointed investors with both its 4Q16 report and 2017 guidance yesterday, as used vehicle pricing, most recently thought to be bottoming, management said is likely to drop another 15%-20% this year, taking tractor prices down more than 30% from the mid-2015 peak level….With the FMS (Fleet Management Solutions) segment driving the stock, in our view, we believe it is now range-bound for a while due to margin pressure from the used truck market, even after the company accelerated some depreciation, and we maintain our Hold rating on the shares. |
| 4/21/17 | Seaport | We are initiating coverage of Ryder System (R) with a Neutral rating. With an uncertain economic backdrop, inconsistent freight flows and a weak used truck market, we find its valuation closer to fair, but certainly not full, given R's impressive track record of execution.<br><br>Ryder anticipates that the used vehicle market will continue to decline through 2017 and into the summer of 2018. Therefore, the company has accelerated its depreciation on vehicles it expects to make available for sale through the middle of 2018. |
| 7/26/17 | KeyBanc | That said, we believe rental fundamentals have neared peak cycle providing limited upside, and ongoing weakness in the used truck market may lower gains and reduce depreciation benefits associated with higher residuals in the intermediate term, which results in our Sector Weight rating. |
| 7/26/17 | Seaport | The fact that management did not raise guidance more, we do not view negatively in light of the past two quarters' estimate cuts (we think it is prudent to maintain caution given the fragile nature of the used truck market). |
| 7/27/17 | Aegis | Rather, the downturn of 2015-2016 has been more severe and prolonged than anticipated, but it unusual for these downturns to last more than 2-3 years, and result in equipment value destruction in excess of 20%, where is where we bottomed from the peak of equipment prices in early 2015. The point being, if the used vehicle market does not turn up over the next year, than it is possible there is another adjustment the company will have to make toward 2019, and we acknowledge that risk, although we view that possibility as highly unlikely, given our view of tighter industry capacity and increase truck rates in 2018. |
| 11/22/17 | Wolfe | Additional accelerated depreciation: Due to the weak used truck market, R has been accelerating depreciation expense over the past year. |
| 12/1/17 | J.P.Morgan | Used vehicle market expected to stay soft in 2018. |

**Exhibit 1b**

# Ryder System, Inc.
## Sample Analyst Commentary on the Decline in the UVS Market[1]
### 7/23/15 – 7/29/19

| Date | Source | Analyst Report Excerpts |
|---|---|---|
| 2/20/18 | Seaport | Solid Q4:17 results, 2018 outlook tempered by the used truck market<br><br>Despite a solid mid-to-upper single-digit growth forecast for operating revenue at each of Ryder's segments, the used truck market is still not fully cooperating (in fact, management anticipates used vehicle sales to incur another loss for the year, albeit smaller than the previous two years)... Ryder is lowering residual values of equipment in operation as well as accelerating depreciation of vehicles for sale to reflect the lingering tough used truck marketplace (as it is difficult for R to cycle through some older, less reliable equipment). |
| 4/24/18 | Goldman Sachs | (R): 1Q18 beat but used vehicle market remains an overhang. |
| 4/24/18 | J.P.Morgan | Following a 1Q18 adjusted EPS beat, our estimates rise on strength from Dedicated Transportation Services (DTS) and Supply Chain Services (SCS) offset by continued weakness in the used truck market which keeps us below the low end of guidance. |
| 12/12/18 | SunTrust | Our $63 PT assumes a 9x multiple on our 2020 EPS estimate, at the low end of its historical range of 8x-15x. Given the more stable used truck market and secular trends toward transportation outsourcing we believe our 9x multiple is justifiable.<br><br>What Is the Current Used Truck Environment? As a background, mid-2015 through 3Q17 marked one of the worst used truck markets in history as overall freight demand was weak and used truck inventories were elevated. As a result, used truck prices declined at least MSD from mid-2015 through 2017 (see Figure 5) and Ryder saw an average -12% decline in sales proceeds on used vehicle sales.<br><br>Ryder shares are currently trading at 8x 2020E EPS, at the low end of its 10-year historical average of 8x- 15x. Our $63 PT assumes a 9x multiple on our 2020 EPS estimate. Given the stable used truck market and secular trends toward transportation outsourcing we believe our 9x multiple is justified. |
| 2/14/19 | Seaport | For now though, we are maintaining our Neutral rating as we have some concerns around the used truck market and an influx of vehicles possibly depressing pricing. |

**Exhibit 1b**

# Ryder System, Inc.
## Sample Analyst Commentary on the Decline in the UVS Market[1]
### 7/23/15 – 7/29/19

| Date | Source | Analyst Report Excerpts |
|------|--------|--------------------------|
| 2/15/19 | Seaport | For now though, we are maintaining our Neutral rating as we have some concerns around the used truck market and an influx of vehicles possibly depressing pricing. |
| 7/17/19 | KeyBanc | Used truck in line with expectations. Commentary around used truck outlooks were mixed, with ~40% expecting pricing to deteriorate from current levels over the next 12 months, up from 13% in 1Q19; however, nearly a quarter anticipate pricing to improve going forward. We note pricing has remained relatively stable through 1H19 (Ex. 5), and assuming flat pricing with current levels implies a mid-single-digit increase on a full-year basis. |

Notes:

[1]  The analyst reports are obtained from counsel, Refinitiv and S&P Capital IQ. A keyword search across all analyst reports during the Proposed Class Period for the terms "used vehicle(s)," "used truck(s)," "used tractor(s)," "used equipment(s)," or "used market(s)" yielded 2,228 results from 328 unique analyst reports out of 395 reports.

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 10/22/15 | Ryder 3Q 2015 Earnings Call Transcript | Ben Hartford [*from Baird*]: Okay. That's good. So you addressed a lot in there. The second part of the question was just about your confidence to growth next year and going forward **if we're in a declining market**. I guess if we go back to the prior cycle of 7, build was down, but you guys still grew the fleet. That was probably a function of some of the wins later in the cycle layering on, but the point is you feel confident that this environment can be a little bit different, you have traction with new customers that can support a decoupling of that growth? I just want to clarify that remark.<br><br>Robert Sanchez: Absolutely. Absolutely. We -- I do feel that. I do feel -- just based on what I'm seeing and the conversations we're having with customers, I don't see that slowing down because I think that this secular trend that's really helping us is going to continue.<br>I think on the flip side, I would tell you that **clearly the used truck side we've seen some sequential softening**. I believe that's more, like I mentioned earlier, **a rise in the supply**. **We're forecasting now for the fourth quarter about a 7% drop in proceeds, in pricing relative to our Q2 peak, if you will. That's probably consistent with what you're hearing from some of the industry research firms**. So just to put that in context, we sell about $400 million. If you look at our cash flow statement, we're doing about $400 million in proceeds. So, 7% puts you around $28 million, $30 million.<br>As I look at that and I say, alright, I'm going to absorb some of that this year in the third and in the fourth quarter, I'm probably looking at $20 million next year of some headwind just if the pricing is there. If it goes down more, maybe $30 million. As I look at that, even though we have not finalized, I got to caveat this, **we haven't finalized our depreciation policy analysis, looking at a five-year rolling average** I think it's reasonable to assume that our depreciation policy benefit would mostly offset something of that magnitude, right. So you would -- the benefit in depreciation expense should mostly offset a reduction of that range, 7%, I would say even 5% to 10% mostly or partially offset. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|------|--------|-------------|
| 11/3/15 | Goldman Sachs 2015 Industrials Conference | Thomas Kim Goldman Sachs Group Inc., Research Division: So if -- you've talked about possibly smaller declines, not contraction in your used truck gains going forward. **How does that impact residual values? So if you have the environment where used truck sale prices are coming down, can residual values still go up in that environment**?<br><br>Robert E. Sanchez Chairman, CEO & President: Well, they can because of the way that we calculate our residual values. We've talked about we've historically, for a very long time, the way **we calculate the residual values for our vehicles that are -- that we own is we do a rolling 5-year average of what we're selling used trucks for**. So we have -- each year, you drop off the fifth year and you add the new year. So even in this environment where things may moderate a little bit, I'm still going to be dropping off now 2011 -- 2010, 2011, which were years that weren't great yet at used truck sales. And I would be adding the more recent year, which should still give me some **increase in residual values**, which is a **drop in depreciation expense**. Obviously, we step back and take look at it and make sure that we're still selling vehicles below -- still selling vehicles above where our residual values are going to be set. **But we think that's still going to probably provide us some benefit for next year, which is going to help offset some of the reduction in gains that we're expecting**. |
| 2/11/16 | BB&T Transportation Services Conference | Unidentified Audience Member: Can you talk a little bit about your [depreciation model]? [Are you in a] period now where (inaudible - microphone inaccessible) down 20%?<br>[...]<br><br>Robert Sanchez: Yes. No, luckily, the way that we determine our residual value is this, we don't typically just mark to market residual values wherever they may be. We're doing a five-year rolling average of residual values to determine -- what we've been selling trucks for the last five years, we use that average to determine residual values. We update it every year. So this run-up we've had specifically in tractors over the last five years, we haven't been -- we didn't jump to the high number from the get-go. So we've been coming up slowly, even with the drop that you've seen of 20% or we expect to see here in the year of 20%, we're still, our residual values are still below that number.<br>So the five-year average we've been using is below the 20% drop number that we're expecting this year. So there isn't really -- what you were seeing -- the way you see it in our income statement is a reduction in gains. So my gains are coming [out], for every dollar I loose in proceeds is a dollar lost in earnings before tax. So that's the way it's reflected. We don't have a situation where we've got a bunch of vehicles that are at high residual values have to be written down. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 2/12/16 | Ryder 2015 10-K | **Provision for depreciation is computed using the straight-line method on all depreciable assets**... We periodically review and adjust, as appropriate, the residual values and useful lives of revenue earning equipment. **Our review of the residual values and useful lives of revenue earning equipment, is established with a long-term view considering historical market price changes, current and expected future market price trends, expected lives of vehicles and extent of alternative uses**. Factors that could cause actual results to materially differ from estimates include, but are not limited to, unforeseen changes in technology innovations.<br><br>**Revenue earning equipment held for sale is stated at the lower of carrying amount or fair value less costs to sell**. For revenue earning equipment held for sale, we stratify our fleet by vehicle type (tractors, trucks, and trailers), weight class, age and other relevant characteristics and **c**reate classes of similar assets for analysis purposes. **Fair value is determined based upon recent market prices obtained from our own sales experience for sales of each class of similar assets and vehicle condition**. Reductions in the carrying values of vehicles held for sale are recorded within "Other operating expenses" in the Consolidated Statements of Earnings.<br><br>**Based on the mix of revenue earning equipment at December 31, 2015, a 10% decline in expected vehicle residual values would increase depreciation expense in 2016 by approximately $105 million**. We review residual values and useful lives of revenue earning equipment on an annual basis or more often if deemed necessary for specific groups of our revenue earning equipment. Reviews are performed based on vehicle class, generally subcategories of trucks, tractors and trailers by weight and usage. Our annual review is established with a **long-term view considering historical market price changes, current and expected future market price trends, expected life of vehicles included in the fleet and extent of alternative uses for leased vehicles** (e.g., rental fleet, and DTS and SCS applications). As a result, **future depreciation expense rates are subject to change based upon changes in these factors.** While we believe that the carrying values and estimated sales proceeds for revenue earning equipment are appropriate, there can be no assurance that deterioration in economic conditions or adverse changes to expectations of future sales proceeds will not occur, resulting in lower gains or losses on sales.<br><br>At the end of each year, we complete our annual review of the residual values and useful lives of revenue earning equipment. Based on the results of our analysis, **we adjust the residual values and useful lives of certain classes of our revenue earning equipment effective January 1**. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|------|--------|-------------|
| 7/27/16 | Ryder 2Q 2016 Earnings Call Transcript | Justin Long [*from Stephens*]: Okay, great. That very helpful. And secondly I wanted to ask about **how residual values could impact your depreciation expense in 2017 from a high level?** If used truck prices play out with what you're expecting this year, it sounds like flattish from here, would the adjustment to depreciation in 2017 be a positive, neutral or a negative? And thinking longer-term, **if we just assume that used truck prices remain flat after this year, at what point do you start to face a depreciation headwind**?<br><br>Robert Sanchez: Yes, Justin I obviously we're kind of not at that point yet next year, but I think based on the current pricing level, we're thinking about it more as a push for next year where you may have upside in some classes, and maybe going the other way in others, but we're thinking overall it's a push. I think as we look out, our averages at these levels, keep in mind, are still -- the policy is still below what we've been pricing at, what we're seeing in the current marketplace, so I think if prices stay at these levels, **I wouldn't envision an increase or decrease in residual values out over the next four, five years**. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
### SEC Filings, Earnings Conference Calls, and Investor Presentations
### 7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 2/2/17 | Ryder 4Q 2016 Earnings Call Transcript | Ben Hartford [*from Baird*]: Robert, you made a point earlier about the depth of this used equipment price cycle being as deep as you've seen in 15 years. I'm just interested in some perspective on why it is so deep and perhaps compare it to that late 1990's period. <br><br> Obviously we ordered too many trucks in 2014. Everybody got excited about the temporary tightness there so that's contributed to it. But maybe in the same vein, **is some of the weakness you're experiencing with regard to wholesaling attributed to a specific make and model year, i.e. the 2012 international trucks**? <br><br> Any perspective on how this cycle compares to previous and that specific model year issue and what role it might be playing would be helpful. <br><br> Robert Sanchez: Yes, look, I think they're all a little different. I actually remember the 1999 through 2003. We had issues [*sic*] certain makes and models also, but overall the market was soft. This is very similar. **I think overall the market is soft. I certainly can point to certain model years and say these are worse. When it's a buyer's market the uglier vehicles don't get as much attention and those prices drop more. Overall what we're dealing with is the supply-demand imbalance**. You have got a lot more trucks in the market, demand has softened and that's creating this issue. <br><br> You also have a relatively weak export market, although a little better than a year ago but still relatively weak. We've just got to work our way through that imbalance here over the next 12 to 18 months. And obviously a pickup in demand. Some of the things we talked about, the economy really picks up is going to help us flush through it much quicker and help the market flush through it much quicker. <br><br> But if not it's just going to be a step-by-step process to find our way through this. So what we tried to do was forecast an environment where we thought if you did something -- if what happens is something like what we saw in 1999 to 2003 what would that do to pricing over the next year, which is basically just another equal downturn from what we saw this year. <br><br> And then how would we then be able to -- how would we use that the mix of wholesale and retail to move those vehicles out next year. **That's really what you have in there, in addition to obviously the depreciation, the accelerated depreciation we're going to take on pulling forward some of those residual values so that when they get to the UTC we've already got them down**. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 2/2/17 | Ryder 4Q 2016 Earnings Call Transcript | David Ross, Analyst, Stifel Nicolaus: **The question I have is just on the accelerated depreciation, the change from prior practice. Why did you choose to accelerate depreciation based on an assumption for low prices through 2018 versus the rolling five-year average method that you have used for a long, long time?** And if you thought that used truck values were going to climb in 18 months, would you pull that benefit forward down the road?<br><br>Art Garcia: Yes, David this is Art. **We're really not changing how we've handled this**. **If you think back into during the great recession, when we went through a trough in pricing, we accelerated depreciation during that time period.** So typically if we see vehicles coming in at a point **where we're going to be at net losses at the time they're held for sale, that kind of triggers a requirement to try to accelerate**. That's really what we're doing now. **We're going to continue to do our standard depreciation policy, which is really a longer-term outlook for the fleet**. **We would use accelerated depreciation comes in during periods of soft markets**, if you will. Obviously to your point, if we think that we see a sudden turnaround we probably would adjust those estimates going forward. But we'll probably need to wait to see that. |
| 2/14/17 | Ryder 2016 10-K | **Provision for depreciation is computed using the straight-line method on all depreciable assets**... We periodically review and adjust, as appropriate, the residual values and useful lives of revenue earning equipment. **Our review of the residual values and useful lives of revenue earning equipment is established with a long-term view considering historical market price changes, current and expected future market price trends, expected lives of vehicles and extent of alternative uses**. Factors that could cause actual results to materially differ from estimates include, but are not limited to, unforeseen changes in technology innovations. In addition, we also monitor market trends throughout the year and assess residual values of vehicles expected to be sold in the near term and may adjust residual values for these vehicles**.**<br><br>We routinely dispose of used revenue earning equipment as part of our FMS business. **Revenue earning equipment held for sale is stated at the lower of carrying amount or fair value less costs to sell**. For revenue earning equipment held for sale, we stratify our fleet by vehicle type (trucks, tractors and trailers), weight class, age and other relevant characteristics and create classes of similar assets for analysis purposes. **Fair value is determined based upon recent market prices obtained from our own sales experience for sales of each class of similar assets and vehicle condition, as well as anticipated market price changes.** Losses on vehicles held for sale for which carrying values exceeded fair value are recognized at the time they arrive at our used truck centers and are presented within "Used vehicle sales, net" in the Consolidated Statements of Earnings. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
### SEC Filings, Earnings Conference Calls, and Investor Presentations
### 7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|------|--------|-------------|
| 2/14/17 | Ryder 2016 10-K | **Based on the mix of revenue earning equipment at December 31, 2016, a 10% decline in expected vehicle residual values would increase depreciation expense in 2017 by approximately $125 million**. We review residual values and useful lives of revenue earning equipment on an annual basis or more often if deemed necessary for specific groups of our revenue earning equipment. Reviews are performed based on vehicle class, generally subcategories of trucks, tractors and trailers by weight and usage. **Our annual review is established with a long-term view considering historical market price changes, current and expected future market price trends, expected life of vehicles included in the fleet and extent of alternative uses for leased vehicles (e.g., rental fleet, and DTS and SCS applications)**. As a result, future depreciation expense rates are subject to change based upon changes in these factors. While we believe that the carrying values and estimated sales proceeds for revenue earning equipment are appropriate, there can be no assurance that deterioration in economic conditions or adverse changes to expectations of future sales proceeds will not occur, resulting in lower gains or losses on sales. <br><br>At the end of each year, we complete our annual review of the residual values and useful lives of revenue earning equipment. Based on the results of our analysis, **we adjust the residual values and useful lives of certain classes of our revenue earning equipment effective January 1 of each year**. <br><br>In addition, we also monitor market trends throughout the year and assess residual values of **vehicles expected to be sold in the near term and may adjust residual values for the vehicles**. <br><br>Factors that could cause actual results to materially differ from the estimated results include significant changes in the used equipment market brought on by **unforeseen changes in technology innovations and any resulting changes in the useful lives of used equipment.** |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 2/20/18 | Ryder 2017 10-K | **Provision for depreciation is computed using the straight-line method on all depreciable assets**... We periodically review and adjust, as appropriate, the residual values and useful lives of revenue earning equipment. Our review of the residual values and useful lives of revenue earning equipment is established with a **long-term view considering historical market price changes, current and expected future market price trends, expected lives of vehicles and extent of alternative uses**. Factors that could cause actual results to materially differ from estimates include, but are not limited to, unforeseen changes in technology innovations. **In addition, we also monitor market trends throughout the year and assess residual values of vehicles expected to be sold in the near term and may adjust residual values for these vehicles.**<br><br>We routinely dispose of used revenue earning equipment as part of our FMS business. **Revenue earning equipment held for sale is stated at the lower of carrying amount or fair value less costs to sell**. For revenue earning equipment held for sale, we stratify our fleet by vehicle type (trucks, tractors and trailers), weight class, age and other relevant characteristics and create classes of similar assets for analysis purposes. Fair value is determined based upon **recent market prices obtained from our own sales experience for sales of each class of similar assets and vehicle condition, as well as anticipated market price changes.** Losses on vehicles held for sale for which carrying values exceeded fair value are recognized at the time they **arrive at our used truck centers** and are presented within "Used vehicle sales, net" in the Consolidated Statements of Earnings.<br><br>**Based on the mix of revenue earning equipment at December 31, 2017, a 10% decline in expected vehicle residual values would increase depreciation expense in 2018 by approximately $126 million**. We review residual values and useful lives of revenue earning equipment on an annual basis or more often if deemed necessary for specific groups of our revenue earning equipment. Reviews are performed based on vehicle class, generally subcategories of trucks, tractors and trailers by weight and usage. **Our annual review is established with a long-term view considering historical market price changes, current and expected future market price trends, expected life of vehicles included in the fleet and extent of alternative uses for leased vehicles** (e.g., rental fleet, and DTS and SCS applications). As a result, future depreciation expense rates are subject to change based upon changes in these factors. While we believe that the carrying values and estimated sales proceeds for revenue earning equipment are appropriate, there can be no assurance that deterioration in economic conditions or adverse changes to expectations of future sales proceeds will not occur, resulting in lower gains or losses on sales.<br><br>At the end of each year, we complete our annual review of the residual values and useful lives of revenue earning equipment. Based on the results of our analysis, **we adjust the residual values and useful lives of certain classes of our revenue earning equipment effective January 1 of each year**.<br><br>In addition, we also monitor market trends throughout the year and assess residual values of **vehicles expected to be sold in the near term and may adjust residual values for the vehicles**. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 7/25/18 | Ryder 2Q 2018 Earnings Call Transcript | Scott H. Group [*from Wolfe*]: And then maybe, Art, if you had anything with -- I think last quarter, you said $30 million to $40 million residuals. Same number to use or any change there?<br><br>Art A. Garcia: Yes. We talked last quarter -- remember, we'd said $30 million to $40 million around a policy. That view hasn't changed. Obviously, on the accelerated depreciation side, we haven't made the final call there. I would just add that in any event that pricing kind of stays the same -- and that's our expectation, we would likely extend accelerated again. So combined, we would look at the impact of policy and accelerated next year to be in that $40 million to $45 million range. So a little bit higher than what it is this year. The other piece is we -- because we would need -- **we estimate about a 25% to 30% increase in pricing from these levels to eliminate the need for accelerated depreciation by July of '19.**<br><br>Matthew Edward Ruestle [*from Goldman Sachs*]: Yes. Absolutely. Yes, it seems there's quite a few contractual opportunities that will expand -- extend into 2019 here and pent-up demand in a few areas. Just one more question on the ChoiceLease pricing. I just want to make sure I understood it properly. And -- I mean, in terms of your return hurdle, **are you essentially pricing contracts higher with the assumption of a lower residual value? Is that the right way to think about that? And when did you implement that change in terms of the pricing**?<br><br>Robert E. Sanchez: Yes. We -- just so you know, **we've historically always used a 5-year rolling average to determine our residual value or our sales proceed at the end of the lease term**. **At the beginning of this year is when we switched and then said, rather than just do a rolling 5-year average**, **let's just bring it to generally to where we're seeing sales today**. And we did that. That's primarily a Class 8 issue. So we did that really across the tractor business. And so beginning of the year is when we started that. |
| 10/26/18 | Ryder 3Q 2018 Earnings Call Transcript | Robert E. Sanchez: Yes, I would say as it relates to next year, I think you got that from Art earlier. Bottom line is **we're assuming that there's a continuation of the current used truck market going into next year**. Again the upward -- some of the upward benefits that we've seen recently, probably offset by more volume and kind of keep us flat. So that's really the assumption. As it relates to the fourth quarter, we do not have accelerated depreciation in there, so I think we don't -- no incremental. We would expect that to really, if we've got to do that, it's in the number that you've got for 2019 that Art gave you earlier. So that's for the accelerated depreciation that would happen.<br><br>[Robert Sanchez:] **[F]rom a pricing standpoint,** I think we mentioned this in the last call, **we have lowered the residuals from a pricing standpoint. We've moved away from the 5-year rolling average and really brought it down to the current levels that we were seeing at the beginning of the year**. And really using that as, we kind of view this as obviously, it's a lower number and I think we've derisked the leases quite a bit from a cash flow standpoint. So that's the way we've handled that. **I think in terms of the accounting for it, we are continuing with the process that we've always had of doing the 6-year average, just to try to keep the residuals in the middle of the fairway as best we can**. So as you know, as a result of that, we're dealing with accelerated depreciation at this point and depreciation policy changes. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 11/6/18 | Baird 2018 Global Industrial Conference | Benjamin John Hartford Robert W. Baird & Co. Incorporated, Research Division: Maybe walk through that, the mechanics of that? And then what are some offsets? You mentioned some of the **maintenance expense tailwinds** in the back half of the year. So what are some offsets to allow for earnings growth in 2019?<br><br>Robert E. Sanchez Chairman & CEO: Sure. Right, well first, I think **it's important for everybody to understand that the used truck market is a cyclical market, has its ups and downs**. I've been with the company for 25 years. I've been through about 4 or 5 of these ups and downs in the used truck market. It does go down and it does go up. So it doesn't stay down forever. And we are in a period where the stock -- where the used truck market had gone up probably more than you would have expected in between 2011 and 2015, and then came down maybe more than we would have expected. The way **Ryder has historically set its residuals**, we've been doing this for a long time, **is we've been using a 5-year rolling average in order to determine what the residual value of our truck fleet is going to be. So if you think about using a 5-year rolling average in a cyclical business, it kind of keeps you in the middle of the fairway**. You don't go up too high, you don't get down too low. Well, clearly, during a period where you start pricing down a little bit higher, **we probably got a little bit ahead of ourselves with that 5-year average, and now are seeing the impact of having to bring it back down to get back to where we need to be**. This year, it represented about $40 million to $45 million of adjustments in -- **we do it in 2 ways. One is continue that 5-year average, to bring it down. And the other thing we do is that when our residual values are above where the used truck market is selling, we accelerate the depreciation of those vehicles that we think we're going to sell in the next year, 1.5 years to what the used truck market is currently selling at**. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 2/14/19 | Ryder 4Q 2018 Earnings Call Transcript | Scott H. Group [*from Wolfe*]: Okay. And then, Robert, I just want to understand the 2020, 2021 comments. When you say a similar impact, are you talking about a similar year-over-year headwind or on a year-over-year basis, it will be sort of a neutral? And... |
| | | Robert E. Sanchez: Similar year-over-year impact, right? So what you saw on the waterfall that we're showing for 2019, you should expect something similar to that in 2020 -- in 2020 and 2021. |
| | | Scott H. Group: And is **that a comment on accelerated depreciation, residual value and vehicle sales? Or just accelerated depreciation and residual value**? |
| | | Robert E. Sanchez: **That's a comment on the whole thing. So as an example, this year we're showing you a $0.38 headwind. You should expect the $0.38 headwind next year and then the following year. And once we've done that, we'll have parity between our market price and our residual value**. Because again, that's a lot less than what we saw in 2018. Because in 2018, we probably had, what, $53 million? |
| | | Art A. Garcia: Twice that. |
| | | Robert E. Sanchez: Twice as much. So definitely, we're seeing -- we've seen an improvement in that as prices have improved and also as the impact of all the accelerated and depreciation policy changes we're making starts to bring that number down. So I feel really good about where we're headed with that. Because I think if you look at 2018, I think you see a bit of an inflection point where all the growth that we're seeing from our strategy of multi-years trying to get -- grow in all of the businesses is more than offsetting these headwinds. So going forward, I see the growth continuing and the headwinds really beginning to subside. So I feel that really helps us feel really good about what we're going to be facing in the next couple of years. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 2/21/19 | Ryder 2018 10-K | **Provision for depreciation is computed using the straight-line method on all depreciable assets**... We periodically review and adjust, as appropriate, the residual values and useful lives of revenue earning equipment. Our review of the residual values and useful lives of revenue earning equipment is established with a **long-term view considering historical market price changes, current and expected future market price trends, expected lives of vehicles and extent of alternative uses**. **Factors that could cause actual results to materially differ from estimates include, but are not limited to, unforeseen changes in technology innovations. In addition, we also monitor market trends throughout the year and assess residual values of vehicles expected to be sold in the near term and may adjust residual values for these vehicles**.<br><br>We routinely dispose of used revenue earning equipment as part of our FMS business. Revenue earning equipment held for sale is stated at the lower of carrying amount or fair value less costs to sell. For revenue earning equipment held for sale, we stratify our fleet by vehicle type (trucks, tractors and trailers), weight class, age and other relevant characteristics and create classes of similar assets for analysis purposes. **Fair value is determined based upon recent market prices obtained from our own sales experience for sales of each class of similar assets and vehicle condition, as well as anticipated market price changes**.<br>**Based on the mix of revenue earning equipment at December 31, 2018, a 10% decline in expected vehicle residual values would increase depreciation expense in 2019 by approximately $123 million**.<br><br>We review residual values and useful lives of revenue earning equipment on an annual basis or more often if deemed necessary for specific groups of our revenue earning equipment. Reviews are performed based on vehicle class, generally subcategories of trucks, tractors and trailers by weight and usage. **Our annual review is established with a long-term view considering historical market price changes, current and expected future market price trends, expected life of vehicles included in the fleet and extent of alternative uses for leased vehicles** (e.g., rental fleet, and DTS and SCS applications). As a result, future depreciation expense rates are subject to change based upon changes in these factors. While we believe that the carrying values and estimated sales proceeds for revenue earning equipment are appropriate, there can be no assurance that deterioration in economic conditions or adverse changes to expectations of future sales proceeds will not occur, resulting in lower gains or losses on sales.<br><br>At the end of each year, we complete our annual review of the residual values and useful lives of revenue earning equipment. Based on the results of our analysis, **we adjust the residual values and useful lives of certain classes of our revenue earning equipment effective January 1 of each year**.<br><br>In addition, we also monitor market trends throughout the year and assess residual values of **vehicles expected to be sold in the near term** and may adjust residual values for the vehicles. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 3/5/19 | J.P. Morgan 2019 Aviation, Transportation and Industrials Conference | [Robert Sanchez:] **The residual assumption that we make in the lease is just the cash assumption of what we assume we're going to get 7 years out when we sell that used truck**. So that's the number that we said last year. **We're bringing that down to the current price at the beginning of last year, which I would say is you can call it a tough number**, but it's a trophy number. It's pretty low. **So I'm getting away from my 5-year rolling average**. It typically takes a long time to come down and just moving to a more conservative number. What that means is that we are targeting to get our target return on investment with much less risk on that last year's cash flow. So that's already done. We did that. **Every lease going forward has got that assumption in there. The second piece is around our accounting residuals**. So what is -- what these -- when all the vehicles are on our books. A**nd over the last several years, we've done 2 things. One is we've been using our 5-year rolling average to bring down the residuals of all the trucks that we have, as the used truck market has done this. And the other thing we've done is that every year, we've looked out 18 months and said, all right, for the trucks that I think I'm going to sell in the next 18 months, which I probably have more certainty around what the price is going to be, I'm going to accelerate the depreciation on those to the current market value in order to get me down quicker to get to really mark-to-market, if you will, those units**. That has been -- those 2 things have been major headwinds for us in the last few years. |
| 4/30/19 | Ryder 1Q 2019 Earnings Call Transcript | Scott H. Group [*from Wolfe*]: Okay. And then just lastly, so I think last quarter you had talked about, give or take, a **$0.40 headwind from losses on sales and lower residuals this year and then a similar headwind next year**. Given your sort of views on used truck market and what you're seeing, do either of those numbers change for this year or next year? <br><br> Robert E. Sanchez: No. I would say, again, **we're going to know a lot more in the second half of this year,** but right now I would say we're probably on track for those numbers. |
| 5/9/19 | Ryder 1Q 2019 10-Q | **Our determination of the residual values** (i.e., the price at which we ultimately expect to dispose of revenue earning equipment) **is established with a long-term view** considering historical market price changes, current and expected future market price trends, expected lives of vehicles and extent of alternative uses. Factors that could cause actual results to materially differ from estimates include, but are not limited to, unforeseen changes in technology innovations, sudden changes in supply and demand, and competitor pricing. We have developed disciplines related to the management and maintenance of our leased vehicles designed to manage the risk associated with the residual values of our revenue earning equipment. I**n addition, we also monitor market trends throughout the year and assess residual values of vehicles expected to be sold in the near term and may adjust residual values for these vehicles**. <br><br> Cost of lease & related maintenance and rental also increased by $9 million in the first quarter of 2019, due to higher depreciation as a result of changes in estimated vehicle residual values effective January 1, 2019, and, to a lesser extent, accelerated depreciation. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 7/30/19 | Ryder 2Q 2019 10-Q | **Our determination of the residual values** (i.e., the price at which we ultimately expect to dispose of revenue earning equipment) **is established with a long-term view considering historical market price changes, current and expected future market price trends, expected lives of vehicles and extent of alternative uses**. Factors that could cause actual results to materially differ from estimates include, but are not limited to, **unforeseen changes in technology innovations, sudden changes in supply and demand, and competitor pricing**. We have developed disciplines related to the management and maintenance of our leased vehicles designed to manage the risk associated with the residual values of our revenue earning equipment. In addition, we also monitor market trends throughout the year and assess residual values of vehicles expected to be sold in the near term and may adjust residual values for these vehicles.<br><br>Cost of lease & related maintenance and rental also increased by $7.6 million in the second quarter of 2019 and $16.1 million in the first half of 2019, primarily due to higher depreciation as a result of changes in estimated vehicle residual values effective January 1, 2019.<br><br>**However, based on the demand and market conditions that began late in the second quarter, we expect pricing for our tractors to decrease in the second half of 2019.** We will continue to **monitor market trends** for used vehicle sales pricing throughout the remainder of the year and assess fair values of vehicles expected to be sold in the near term as compared to their carrying values and **we will, if required, adjust carrying values for those vehicles accordingly**. Refer to Note 4, "Revenue Earning Equipment, net" for additional information. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 7/30/19 | Ryder 2Q 2019 Earnings Call Transcript | [Robert Sanchez:] In used vehicle sales, we saw lower tractor demand beginning in June and now expect tractor pricing to be below our previous forecast, primarily due to more vehicles being sold to the wholesale channel as we manage inventory levels. In light of these factors, we're revising our full year comparable EPS forecast to $5.50 to $5.80 versus our prior range of $6.05 to $6.35, primarily to reflect lower used vehicle sales results.<br><br>Scott H. Group, MD & Senior Transportation Analyst, Wolfe Research, LLC: So I think last quarter, you guys talked about a $0.40 headwind in '19 and then again, in '20 from losses on sales and no residual values. Can you give the updated number now and the guidance for '19? And then does this make the 2020 number worse as well? And then I got that used truck pricing year-over-year, but I didn't hear sequentially, so maybe if you can give us that too and what you're thinking about for back half of the year, used truck price.<br><br>Robert E. Sanchez : Let me address the second half of the year. **The majority of the reduction in guidance is really from the used truck side**. So you can argue those -- **that's just incremental**, whether it's **accelerated depreciation, valuation adjustments or losses**, **that will be incremental to the $0.38 that we discussed at the beginning of the year**. **As it relates to with the pricing assumptions that we've made to build that guidance, we believe we made some prudent adjustments in the forecast**. To put it into some context, it is really based on a slowdown in volume that we saw beginning late in the quarter, in June. So in June, we saw -- we have been kind of creeping along in a pretty decent volume level with the pricing we had. And **in June**, **we really saw a drop-off**, **which I think is what the broader markets also saw in June**. So based on that and our assessment of the pricing environment for used trucks, we did take down our tractor pricing. **This is really a tractor issue, a Class 8 tractor issue. We brought down our tractor pricing about 10% in July to align with where kind of we saw the market.** So as we go into next -- as we go into the second half of the year, that's built in. In addition to that, we know we have more volume to sell in the second half, and we want to retail it as much as that volume that we can. But given the softness that we saw in June, we assumed in the forecast that **most of that is going to be wholesale**. So that's why you see maybe a more disproportionate impact from that. So that doesn't take away from the fact that we're doing everything we can based on the expanded sales force and inside sales to retail as much as we can, but we felt given that level, one month only of really seeing it and that level of uncertainty, we felt it was prudent to come in to that level. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 7/30/19 | Ryder 2Q 2019 Earnings Call Transcript | Scott H. Group [*from Wolfe*]: Just so I understand, when you guys were originally talking about that $0.40, give or take, headwind again in 2020, were you assuming additional accelerated depreciation next year? And then, I guess, does it now feel more likely that we'll have to do that?<br><br>Robert E. Sanchez: We were **assuming more accelerated depreciation** next year. **And then a larger policy adjustment was less accelerated in 2021**. So what would -- if pricing comes down, there will be more accelerated, I would argue, than what we had before. But again, Scott, **I think that still remains to be seen**. **If I had 3 months of experience under my belt before we give you this forecast, I'd be able to probably give you a little bit better color. But given it was such a short time frame, I think we try to take a prudent number here, but it's hard to tell exactly where the market will settle in the next several months.**<br><br>Scott H. Group [*from Wolfe*]: So Robert, just philosophically, I wanted to ask you a question. We've got visibility that these continued used headwinds for several more years. **Why don't we do just a more aggressive write-down, more aggressive accelerated depreciation, to just get through this and stop having this same discussion every single quarter?**<br><br>Robert E. Sanchez: Yes. I feel your pain, Scott, and I think **the challenge for us is just the accounts and the way that accounting rules work**, right? It is -- **you really can't write down a vehicle that's in operation. And as those residuals change, you have to take it over time as part of your new residual valuation and then depreciation expense**. So that's really been the challenge, and that's -- obviously, you're right, every time we have bad news, our goal is to get it out as soon as possible and get it behind us. This one, as we go into the fourth year, we haven't been able to because of the way that you've got to treat vehicles and you've got to treat these residual assumptions. **These residual assumptions are nothing more than an estimate of what we think the vehicle will sell for over time. Some of these vehicles are going to be sold in the next years, some are going to be sold 7 years from now.**<br>S**o this methodology of rolling 5-year averages has really helped Ryder to get set for many years. The challenge that we brought into is the precipitous drop in tractor pricing that happened in '15**. And the first and precipitous increase as used vehicle pricing really went up between '11 and '15 and in the big drop after that. That increase, after the great recession, really drifted up our residual values forward then obviously now we would like them to have gone. Never went up to the pricing it was at, they had a little bit -- drift a little too high, I would say. **Now we're working through the process of -- with this elongated now what appears to be a more new normal, we're on our way to drifting them down. And all the math we do says that the stuff that we just continue with the math methodology and this is a new normal, we'll be done with this by 2021. If there's way to get through that quicker, we're going to continue to look at them and try to get that done. But to this point, Scott, the answer has been that this is the way to really get through it. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 10/29/19 | Ryder 3Q 2019 Earnings Call Transcript | [Robert Sanchez:] Following the mid-2015 peak, **tractor proceeds declined sharply through 2017 to below our accounting residuals as supply entered the market and the freight environment slowed**. The used tractor market showed signs of stabilization and improvement during 2018 and early '19. Based on these trends, we had previously anticipated that market prices and the accounting residual values used for depreciation were moving towards alignment, thereby reducing the likelihood of losses at the time of sale or the need for additional accelerated appreciation in future years. <br><br>As we discussed on the second quarter call, **this trend began to change in June when we started seeing softening market conditions for used tractors. Used tractor conditions continued to worsen in the third quarter and we now expect this downward trend to continue in the near term. This triggered a review and lowering of residual value estimates on power vehicles, which is intended to reflect this downturn and our lowered outlook**. <br><br>Finally, when a vehicle is no longer used in operation and is moved to our used vehicle sales center, we record a downward adjustment to vehicle -- **to the vehicle's value if its expected market value is below its estimated residual value at that time**. **We do not record an upward adjustment if the market value is above the estimated residual value. Instead, those vehicles would see a gain recorded at the time of sale.** We refer to this as valuation adjustments. <br><br>As a reminder, **we last adjusted residual values on January 1 in accordance with our standard annual review. Effective July 1, we further lowered our long-term view of residual values for vehicles expected to be sold starting in late 2021 to reflect more recent multiyear market trends in our outlook. This view now excludes the peak pricing year of 2015**. <br><br>Our view of residual values also now incorporate our expectations for a near-term used vehicle downturn. **This revision to our view of long-term residuals will be reflected as a policy depreciation impact. We also lowered our near-term view of residual values for vehicles expected to be sold through late 2021**. The estimated residuals on these vehicles have been lowered to below policy depreciation levels to reflect our expectations for a continued near-term vehicle downturn and increased wholesaling activity. **Revisions to our view of near-term residuals are reflected as accelerated depreciation. The largest impact of these residual estimate changes is for Class 8 tractors.** We also lowered truck residuals, although to a lesser extent, to align with market conditions we saw in the quarter and our revised outlook. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|------|--------|-------------|
| 10/29/19 | Ryder 3Q 2019 Earnings Call Transcript | [Robert Sanchez:] Page 9 illustrates the level of our new residual value estimate on tractors for policy depreciation purposes as compared to historical sales prices. **The estimate no longer includes the peak sales year of 2015 and incorporates our outlook for a continued market downturn in the near term**. **The change in estimated residuals, policy depreciation for all power vehicle types represents an 18% reduction from the prior estimate primarily driven by a reduction in tractors**. This impact will be recognized over the remaining life of the vehicles. The estimate used for accelerated depreciation, which is applied to vehicles to be sold through late 2021, is at an even lower level than the policy values shown here.<br>The next page details the impact by quarter and year of our change in residual estimates on both policy and accelerated depreciation. As you can see, the negative impact is most significant in the third quarter of 2019, with declining impacts in each quarter thereafter.<br>A total of $177 million in additional depreciation was taken this quarter. This includes $125 million of **accelerated depreciation** reflecting our updated view of near-term residuals and $52 million of **policy depreciation impact** reflecting our updated view of long-term residuals. **Overall, this change results in earlier recognition of depreciation in 2019 and 2020 that would have been recognized in 2021 or later years under our historical estimation practice**.<br>Based on these lower residual value estimates in our current market outlook, going forward, **we expect to reduce our need for valuation adjustments to mark down vehicles going into the used vehicle centers or for accelerated depreciation beyond the amounts projected through 2020**.<br><br>David Griffith Ross [*from Stifel*]: And then the other just related question is on the timing. **So what's the reason for a continued change in depreciation, both policy and accelerated through 2020 rather than having it all be reflected in 3Q** here?<br><br>Scott T. Parker: The units have to -- David, have to be amortized over the life of that remaining period for those contracts. So that -- this is -- when you kind of set the new residual for each one of those assets, the numbers that we're showing over the next couple of quarters for accelerated is to get those units coming off-lease at that time down to the new level that we expect those residuals to sell for.<br><br>Robert E. Sanchez: **The timing is based on the end of term or end of life for those vehicles**. So we're moving -- we're depreciating those vehicles to the new residual value over the remaining life. And in some of those vehicles, the remaining life is 2 months, 1 month. Some of it is 18 months, and some of it is a little further. But that's really what is creating that -- the red bar, if you will, the red part of the bar on Slide 10, which is the **accelerated depreciation**. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations

7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 10/30/19 | Ryder 3Q 2019 10-Q | Our review of the residual values and useful lives of revenue earning equipment is established with a long-term view based on vehicle class, generally subcategories of trucks, tractors and trailers by weight and usage, as well as other factors, **which we refer to as "policy depreciation."** These other factors include, but are not limited to, historical market prices, current and expected future market price trends, expected lives of vehicles, and expected sales in the wholesale and retail markets. Factors that could cause actual results to materially differ from estimates include, but are not limited to, changes in technology; changes in supply and demand; competitor pricing; regulatory requirements; driver shortages, requirements and preferences; as well as changes in underlying assumption factors.<br><br>**At the end of the second quarter of 2019, we began to experience softening in used vehicle market conditions, which intensified during the third quarter of 2019 and we now expect to continue through 2020. In addition, our inventory of used vehicles that is expected to be made available for sale was higher than expected, which has and will impact the volume of used vehicle sales expected to be transacted through our wholesale channels**. Due to these dynamics and our updated outlook, management concluded that our residual value estimates likely exceeded the expected future values that would be realized upon the sale of power vehicles in our fleet. **As a result, we changed the estimates of our vehicle residual values in the third quarter of 2019 to reflect more recent multi-year trends and our outlook for the expected near-term used vehicle market**.<br><br>We also monitor market trends throughout the year and assess residual values of vehicles expected to be sold in the near-term (generally 12 to 24 months) and may adjust residual values for these vehicles, **which we refer to as "accelerated depreciation."** Following the completion of our review in the third quarter of 2019, the near-term forecast for realized residual values on used vehicle sales was below our estimates of residual value discussed above. **As a result, we adjusted the estimated residual values for these vehicles and increased accelerated depreciation expense for these vehicles beginning in the third quarter of 2019**. |

**Exhibit 2**

# Ryder System, Inc.
## Selected Discussion on Residual Value and Depreciation Expense
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 2/13/20 | Ryder 4Q 2019 Earnings Call Transcript | [Robert E. Sanchez:] Inventory increased by 2,500 vehicles year-over-year and by 2,100 vehicles sequentially, reflecting a greater number of units coming off-lease this year as expected and downsizing of the rental fleet. Proceeds per vehicle sold were down 25% for tractors and down 10% for trucks compared to a year ago, reflecting significant and ongoing market weakness. Sequentially, tractor pricing was down 13%, and truck pricing was down 5%. As a reminder, as discussed on our last call, we revised our assumed **used vehicle sales price levels for setting residuals for both policy and accelerated depreciation purposes**.<br><br>Page 9 of the third quarter earnings call slide deck identify the assumptions we made for policy depreciation purposes for vehicles to be sold in the longer term. **The assumption we made for accelerated depreciation purposes for vehicles to be sold in the near term was significantly lower than that and at the trough -- near the trough level pricing that we saw back in 2002**. Price levels that we saw in the quarter were in line with our expectations for the quarter. |

Source:  Ryder SEC Filings; Ryder Earnings Conference Calls and Presentations

Note:
[1]  Emphasis added.

**Exhibit 3a**

# Ryder System, Inc.
## Selected Discussion on Accounting Estimates of Residual Value
## Based on a Five-Year Rolling Average
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 10/22/15 | Ryder 3Q 2015 Earnings Call Transcript | [Robert Sanchez:] As we look ahead into 2016, we're likely to see lower gains on sale due to pricing. However, we should see a benefit in depreciation due to higher residual values using our five-year rolling average methodology. We are currently conducting our annual residual value analysis and will provide an earnings benefit on this on our fourth quarter earnings call.<br><br>[Robert Sanchez:] ... I'm probably looking at $20 million next year of some headwind just if the pricing is there. If it goes down more, maybe $30 million. As I look at that, even though we have not finalized, I got to caveat this, we haven't finalized our depreciation policy analysis, looking at a five-year rolling average I think it's reasonable to assume that our depreciation policy benefit would mostly offset something of that magnitude, right. So you would -- the benefit in depreciation expense should mostly offset a reduction of that range, 7%, I would say even 5% to 10% mostly or partially offset. |
| 11/3/15 | Goldman Sachs 2015 Industrials Conference | [Robert Sanchez:] [H]istorically, for a very long time, the way we calculate the residual values for our vehicles that are -- that we own is we do a rolling 5-year average of what we're selling used trucks for. So we have -- each year, you drop off the fifth year and you add the new year. So even in this environment where things may moderate a little bit, I'm still going to be dropping off now 2011 -- 2010, 2011, which were years that weren't great yet at used truck sales. And I would be adding the more recent year, which should still give me some increase in residual values, which is a drop in depreciation expense. Obviously, we step back and take look at it and make sure that we're still selling vehicles below -- still selling vehicles above where our residual values are going to be set. But we think that's still going to probably provide us some benefit for next year, which is going to help offset some of the reduction in gains that we're expecting. |
| 11/10/15 | Baird 2015 Global Industrial Conference | [Robert Sanchez:] However we also look at our residual values each year. And the way we determine the residual value of the trucks that we have operating is we do a rolling five-year average of what we've been selling used trucks for. So as used truck pricing has really gone up we've been lagging in that just because you don't want to overshoot the residual values.<br>So even in this environment I would expect that a five-year rolling average is going to cause an increase in residual values which is a benefit to depreciation expense. |
| 11/11/15 | Stephens Fall 2015 Investment Conference | [Art Garcia:] We did talk about on the call that if you think about a 5% to 10% kind of declining price environment, what that could do to gains on a year-over-year basis. If you think about we have about $400 million in proceeds, so 5% to 10% in between there is going to give you an idea of how gains could be impacted. Now, on the other side, annually we look at our depreciation in setting our residuals. We haven't finalized that, but I think as we sit here today we still would expect there to be a positive from residual values despite kind of a declining environment here in the last few months. Remember, we utilize a five-year average in setting our residuals, so the pricing that is falling off is still lower than actually what we're seeing today. |

**Exhibit 3a**

# Ryder System, Inc.
## Selected Discussion on Accounting Estimates of Residual Value
## Based on a Five-Year Rolling Average
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 2/11/16 | BB&T Transportation Services Conference | [Robert Sanchez:] [T]he way that we determine our residual value is this, we don't typically just mark to market residual values wherever they may be. We're doing a five-year rolling average of residual values to determine -- what we've been selling trucks for the last five years, we use that average to determine residual values. We update it every year. <br> So this run-up we've had specifically in tractors over the last five years, we haven't been -- we didn't jump to the high number from the get-go. So we've been coming up slowly, even with the drop that you've seen of 20% or we expect to see here in the year of 20%, we're still, our residual values are still below that number. So the five-year average we've been using is below the 20% drop number that we're expecting this year. So there isn't really -- what you were seeing -- the way you see it in our income statement is a reduction in gains.  So my gains are coming [out], for every dollar I loose [sic] in proceeds is a dollar lost in earnings before tax.  So that's the way it's reflected. |
| 2/11/16 | Ryder 2015 10-K | We review residual values and useful lives of revenue earning equipment on an annual basis or more often if deemed necessary for specific groups of our revenue earning equipment. Reviews are performed based on vehicle class, generally subcategories of trucks, tractors and trailers by weight and usage. Our annual review is established with a long-term view considering historical market price changes, current and expected future market price trends, expected life of vehicles included in the fleet and extent of alternative uses for leased vehicles (e.g., rental fleet, and DTS and SCS applications). As a result, future depreciation expense rates are subject to change based upon changes in these factors. |
| 2/2/17 | Ryder 4Q 2016 Earnings Call Transcript | David Ross, Analyst, Stifel Nicolaus: The question I have is just on the accelerated depreciation, the change from prior practice. Why did you choose to accelerate depreciation based on an assumption for low prices through 2018 versus the rolling five-year average method that you have used for a long, long time? And if you thought that used truck values were going to climb in 18 months, would you pull that benefit forward down the road? <br><br> Art Garcia: Yes, David this is Art. We're really not changing how we've handled this. If you think back into during the great recession, when we went through a trough in pricing, we accelerated depreciation during that time period. So typically if we see vehicles coming in at a point where we're going to be at net losses at the time they're held for sale, that kind of triggers a requirement to try to accelerate. That's really what we're doing now. We're going to continue to do our standard depreciation policy, which is really a longer-term outlook for the fleet. We would use accelerated depreciation comes in during periods of soft markets, if you will. Obviously to your point, if we think that we see a sudden turnaround we probably would adjust those estimates going forward. But we'll probably need to wait to see that. |

**Exhibit 3a**

# Ryder System, Inc.
## Selected Discussion on Accounting Estimates of Residual Value
## Based on a Five-Year Rolling Average
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 2/13/17 | Ryder 2016 10-K | We review residual values and useful lives of revenue earning equipment on an annual basis or more often if deemed necessary for specific groups of our revenue earning equipment. Reviews are performed based on vehicle class, generally subcategories of trucks, tractors and trailers by weight and usage. Our annual review is established with a long-term view considering historical market price changes, current and expected future market price trends, expected life of vehicles included in the fleet and extent of alternative uses for leased vehicles (e.g., rental fleet, and DTS and SCS applications). As a result, future depreciation expense rates are subject to change based upon changes in these factors. |
| 11/7/17 | Baird 2017 Global Industrial Conference | [Robert Sanchez:] [W]e determine our residual values based on 5-year history or 5-year rolling average of what we sold used trucks for. If you just take that into consideration and the pricing that we've seen this year, what rolls off, what comes on, it's a $0.20 headwind year-over-year in terms of earnings for the company. |
| 11/7/17 | Stephens Fall 2017 Investment Conference | Justin Trennon Long, Stephens Inc., Research Division: Is there a way to think about kind of the average residual value across your fleet today and how that compares to the market? Because I know when you look at residual values, you look at a 5-year rolling average, so it kind of smooths the trend. But I'm just curious what that gap between -- what you're using for that calculation today and the market is?<br><br>Art A. Garcia, Former Special Advisor to the Chief Executive Officer: Yes. Clearly, it's higher, but I mean, I don't know if I have the number right off the bat as to how much higher it is. That's probably why we're making the changes to bring it more in line with -- well, not really more in line with current, but it just comes down naturally with the 5-year average process. |
| 2/16/18 | Ryder 4Q 2017 Earnings Call Transcript | [Robert Sanchez:] Remember, we use a 5-year rolling average to do our depreciation analysis. And we need that pricing to really start to tick back up. And that we really haven't seen a big move in that yet. So I think until we see that, you'll see us -- we still have to look at this, and it has some additional depreciation. |
| 2/19/18 | Ryder 2017 10-K | We review residual values and useful lives of revenue earning equipment on an annual basis or more often if deemed necessary for specific groups of our revenue earning equipment. Reviews are performed based on vehicle class, generally subcategories of trucks, tractors and trailers by weight and usage. Our annual review is established with a long-term view considering historical market price changes, current and expected future market price trends, expected life of vehicles included in the fleet and extent of alternative uses for leased vehicles (e.g., rental fleet, and DTS and SCS applications). As a result, future depreciation expense rates are subject to change based upon changes in these factors. |

**Exhibit 3a**

# Ryder System, Inc.
## Selected Discussion on Accounting Estimates of Residual Value
## Based on a Five-Year Rolling Average
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 11/6/18 | Baird 2018 Global Industrial Conference | [Robert Sanchez:] I think it's important for everybody to understand that the used truck market is a cyclical market, has its ups and downs. I've been with the company for 25 years. I've been through about 4 or 5 of these ups and downs in the used truck market. It does go down and it does go up. So it doesn't stay down forever. And we are in a period where the stock -- where the used truck market had gone up probably more than you would have expected in between 2011 and 2015, and then came down maybe more than we would have expected.  The way Ryder has historically set its residuals, we've been doing this for a long time, is we've been using a 5-year rolling average in order to determine what the residual value of our truck fleet is going to be. So if you think about using a 5-year rolling average in a cyclical business, it kind of keeps you in the middle of the fairway. You don't go up too high, you don't get down too low. Well, clearly, during a period where you start pricing down a little bit higher, we probably got a little bit ahead of ourselves with that 5-year average, and now are seeing the impact of having to bring it back down to get back to where we need to be. This year, it represented about $40 million to $45 million of adjustments in -- we do it in 2 ways. One is continue that 5-year average, to bring it down. And the other thing we do is that when our residual values are above where the used truck market is selling, we accelerate the depreciation of those vehicles that we think we're going to sell in the next year, 1.5 years to what the used truck market is currently selling at. |
| 2/20/19 | Ryder 2018 10-K | We review residual values and useful lives of revenue earning equipment on an annual basis or more often if deemed necessary for specific groups of our revenue earning equipment. Reviews are performed based on vehicle class, generally subcategories of trucks, tractors and trailers by weight and usage. Our annual review is established with a long-term view considering historical market price changes, current and expected future market price trends, expected life of vehicles included in the fleet and extent of alternative uses for leased vehicles (e.g., rental fleet, and DTS and SCS applications). As a result, future depreciation expense rates are subject to change based upon changes in these factors. |
| 3/5/19 | J.P.Morgan 2019 Aviation, Transportation and Industrials Conference | Brain Patrick Ossenbeck [*from J.P.Morgan*]: And one of the things you mentioned early, mitigating some of the cyclical aspects of the leasing business, changing the residual values. So I was just wondering if you can give us some context how much of the lease fleet you've been able to go through and lower the residual value when you're doing new contracts. And is this a new way for Ryder to manage risk? Or is this something you typically do when the cycle is pretty strong, and like it is right now, and you kind of take advantage of the market conditions?<br><br>[Robert Sanchez:] The second piece is around our accounting residuals. So what is -- what these -- when all the vehicles are on our books. And over the last several years, we've done 2 things. One is we've been using our 5-year rolling average to bring down the residuals of all the trucks that we have, as the used truck market has done this. And the other thing we've done is that every year, we've looked out 18 months and said, all right, for the trucks that I think I'm going to sell in the next 18 months, which I probably have more certainty around what the price is going to be, I'm going to accelerate the depreciation on those to the current market value in order to get me down quicker to get to really mark-to-market, if you will, those units. |

# Ryder System, Inc.
## Selected Discussion on Accounting Estimates of Residual Value
## Based on a Five-Year Rolling Average
SEC Filings, Earnings Conference Calls, and Investor Presentations
7/23/15 – 7/29/19

| Date | Source | Excerpts |
|---|---|---|
| 5/9/19 | Ryder 1Q 2019 10-Q | Our determination of the residual values (i.e., the price at which we ultimately expect to dispose of revenue earning equipment) is established with a long-term view considering historical market price changes, current and expected future market price trends, expected lives of vehicles and extent of alternative uses. Factors that could cause actual results to materially differ from estimates include, but are not limited to, unforeseen changes in technology innovations, sudden changes in supply and demand, and competitor pricing. We have developed disciplines related to the management and maintenance of our leased vehicles designed to manage the risk associated with the residual values of our revenue earning equipment. In addition, we also monitor market trends throughout the year and assess residual values of vehicles expected to be sold in the near term and may adjust residual values for these vehicles. |

Source:  Ryder SEC Filings; Ryder Earnings Conference Calls and Presentations

**Exhibit 3b**

# Ryder System, Inc.
## Sample Analyst Commentary on Accounting Estimates of Residual Value
## Based on a Five-Year Rolling Average[1]
7/23/15 – 7/29/19

| Date | Contributor | Analyst Report Excerpts |
|---|---|---|
| 9/9/15 | KeyBanc | Our second concern around moderating used truck pricing relates to the impact on residuals used in determining annual depreciation expense. Depreciation is based on the difference between the cost of equipment and an estimated residual value spread over the useful life, with the estimated residual based on a five-year rolling average of actual sales prices for used equipment. Very basically, when residuals increase as used truck pricing goes up, future depreciation decreases all things equal, providing a year-over-year earnings tailwind. |
| 10/13/15 | Wolfe | R uses a five-year rolling weighted average of used truck prices to update its residual values which in turn impacts the following year's depreciation expense. So rising used truck prices and rising residual values ultimately reduce Depreciation expense over time. R's used truck pricing remained up double-digits y/y in 1Q and 2Q and remained positive y/y in 3Q. Even if we assume a 5% y/y drop in 4Q:15 which would be very extreme, this would still imply that 4Q:15 used truck prices for R would be about 30% higher than R's used truck pricing in 4Q:10 which is the year that's rolling of in R's residual value calculation next year.<br><br>Used truck/tractor residual values determined by applying a blended average of changes in used truck and tractor pricing, then taking a 5 year rolling average of these historical residual values. |
| 10/22/15 | FBR | [W]e expect Ryder to capture approximately $25 million in residual gains on used truck sales (calculated on a five-year rolling average truck sales price), which should offset most downward pressure on gains. |
| 2/2/16 | FBR | Ryder's 2016 guidance is forecasting ~$22 million in residual gains on used-truck sales (calculated on a five-year rolling average truck sales price), which should offset ~$0.40 of the used-truck headwind. |

**Exhibit 3b**

# Ryder System, Inc.
## Sample Analyst Commentary on Accounting Estimates of Residual Value
## Based on a Five-Year Rolling Average[1]
### 7/23/15 – 7/29/19

| Date | Contributor | Analyst Report Excerpts |
|---|---|---|
| 2/29/16 | J.P.Morgan | Ryder usually adjusts depreciation annually based on residual values of the fleet on a five-year trailing basis.<br><br>Typically, Ryder marks its depreciated values to market on a five-year trailing basis at year-end. Given substantial increases in used vehicle prices in recent years, this has led to successive increases in terminal values that have lowered Ryder's depreciation expense.<br><br>Used vehicle prices weakened in the back half of 2015. Furthermore, there were strong increases in proceeds/unit during 2010 and 2011 which are cycling out of the five-year trailing average. This should drive a decline in residual values, and we expect the depreciation benefit begins to wane in 2016 and 2017.<br><br>Expected residual value is determined by the trailing-five-year change in used vehicle prices – this is not a forward-looking metric and could lead to actual results differing significantly from estimated residual values. |
| 11/20/16 | KeyBanc | [O]ur analysis of rolling five-year used truck pricing (Exhibit 6) suggests little change in residuals, potentially resulting in depreciation being earnings neutral in 2017, though headwinds may materialize in 2018/2019.<br><br>Exhibit 6: 2016 residuals are modestly higher than 2011, with a slightly favorable impact on the rolling five-year average. |
| 7/27/17 | Aegis | Across its corporate structure, the average truck valuation is about $90,000 at purchase, and the company consistently applies residual values of 25% to 35%, depending on the point in the equipment cycle, with a 5-6 year rolling average on vehicle ages, so that much is consistent with past practices, and the company reassesses its residual values each year at the close of the year, and makes adjustments for the new year. |
| 9/13/17 | KeyBanc | Exhibit 3: Lower residuals in 2018 may result in $0.05-$0.10 of incremental depreciation… Rolling five-year average… |
| 12/6/17 | KeyBanc | Exhibit 12: Lower residuals in 2018 may result in ~$0.20 of incremental depreciation… Rolling five-year average... |
| 4/5/18 | J.P.Morgan | Without price increases, a further reduction to residual values is implied in early 2019 calculated on a five year moving average as the 2018 prices cycle in to the calculation and the 2013's cycle out. As shown in Figure 70 the sales price per vehicle has generally declined and as Ryder noted previously the proceeds per tractor are down 25% from the 2Q15 peak while trucks are down 16%. |

Note:
[1]  The analyst reports are obtained from counsel, Refinitiv, and S&P Capital IQ.

**Exhibit 4**

## Ryder System, Inc.
## Selected Discussion on Residual Value Risk
Form 10-K
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|------|--------|-------------|
| 2/12/16 | Ryder 2015 10-K | **We generally bear the residual risk on the value of our vehicles. In the latter part of 2015, we saw weaker conditions in the used vehicle market, which adversely affected volume and pricing, especially for tractors**. **If the market for used vehicles further declines, or there is a concern regarding the quality, maintenance or condition of our vehicles, we may obtain lower sales proceeds upon the sale of used vehicles.** We sell our used vehicles through various channels, including retail sales centers, at our branch locations, through our website at *www.UsedTrucks.Ryder.com* , as well as through the wholesale market. Pricing and demand for used vehicles varies among selling channels, particularly between the retail and wholesale markets, as we generally obtain lower proceeds on vehicles sold through wholesale channels. If we are unable to meet our targeted fleet counts through our projected mix of retail versus wholesale sales, we may be required to sell more vehicles than planned through the wholesale market, which will impact our sales proceeds.<br><br>Changes in residual values also impact the overall competitiveness of our full service lease product line, as estimated sales proceeds are a significant component of the overall price of the lease. Additionally, technology changes and sudden changes in supply and demand together with other market factors beyond our control vary from year to year and from vehicle to vehicle, making it difficult to accurately predict residual values used in calculating our depreciation expense. **Although we have developed disciplines related to the management and maintenance of our vehicles that are designed to prevent these losses, there is no assurance that these practices will sufficiently reduce the residual risk**. |

**Exhibit 4**

## Ryder System, Inc.
## Selected Discussion on Residual Value Risk
Form 10-K

7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 2/14/17 | Ryder 2016 10-K | **We generally bear the residual risk on the value of our vehicles. Beginning in the latter part of 2015 and continuing through 2016, we saw a weakening of conditions in the used vehicle sales market, which adversely affected used vehicle volume and pricing, especially for tractors. If the market for used vehicles further declines, or there is a concern regarding the quality, maintenance or condition of our vehicles, we may obtain lower sales proceeds upon the sale of used vehicles, which may impact the residual value estimates of our operating fleet**. We sell our used vehicles through various channels, including retail sales centers, at our branch locations, through our website at *www.UsedTrucks.Ryder.com* , as well as through the wholesale market. Pricing and demand for used vehicles varies among selling channels, particularly between the retail and wholesale markets, as we generally obtain lower proceeds on vehicles sold through wholesale channels. If we are unable to meet our targeted fleet counts through our projected mix of retail versus wholesale sales, we may be required to sell more vehicles than planned through the wholesale market, which will impact our sales proceeds. **In the latter part of 2016, we increased wholesaling activity which contributed to lower used vehicle sales results in 2016**.<br><br>Changes in residual values also impact the overall competitiveness of our full service lease product line, as estimated sales proceeds are a significant component of the overall price of the lease. Additionally, technology changes and sudden changes in supply and demand together with other market factors beyond our control vary from year to year and from vehicle to vehicle, making it difficult to accurately predict residual values used in calculating our depreciation expense. **Although we have developed disciplines related to the management and maintenance of our vehicles designed to prevent these losses, there is no assurance that these practices will sufficiently reduce the residual risk**. |

**Exhibit 4**

## Ryder System, Inc.
## Selected Discussion on Residual Value Risk
Form 10-K
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|------|--------|-------------|
| 2/20/18 | Ryder 2017 10-K | **We generally bear the residual risk on the value of our vehicles. Beginning in the latter part of 2015 and continuing through 2017, we saw a weakening of conditions in the used vehicle sales market, which adversely affected used vehicle sales volume and pricing, especially for tractors. If the market for used vehicles further declines, or there is a concern regarding the quality, maintenance or condition of our vehicles, we may obtain lower sales proceeds upon the sale of used vehicles, which may impact the residual value estimates of our operating fleet**. We sell our used vehicles through various channels, including retail sales centers, at our branch locations, through our website at *www.UsedTrucks.Ryder.com* , as well as through the wholesale market. Pricing and demand for used vehicles varies among selling channels, particularly between the retail and wholesale markets, as we generally obtain lower proceeds on vehicles sold through wholesale channels. If we are unable to meet our targeted fleet counts through our projected mix of retail versus wholesale sales, we may be required to sell more vehicles than planned through the wholesale market, which will impact our sales proceeds. **In the latter part of 2016, we increased wholesaling activity which contributed to lower used vehicle sales results in 2016 and 2017**.<br><br>Impact on our ChoiceLease Product Line**.** Changes in residual values also impact the overall competitiveness of our ChoiceLease product line, as estimated sales proceeds are a significant component of the overall price of the lease. Additionally, technology changes and sudden changes in supply and demand, together with other market factors beyond our control, vary from year to year and from vehicle to vehicle, making it difficult to accurately predict residual values used in calculating our depreciation expense. **Although we have developed disciplines related to the management and maintenance of our vehicles designed to maintain the value of our used vehicles, there is no assurance that these practices will sufficiently reduce the residual risk**. |

**Exhibit 4**

# Ryder System, Inc.
## Selected Discussion on Residual Value Risk
Form 10-K
7/23/15 – 2/13/20

| Date | Source | Excerpts[1] |
|---|---|---|
| 2/21/19 | Ryder 2018 10-K | **We generally bear the residual risk on the value of our vehicles, which is the risk that we will not be able to resell our vehicles at a price equal to or above their expected residual values. If we overestimate a vehicle's residual value this could contribute to lower gains or losses on sales of our used vehicles. A decline in market demand for used vehicles would likely result in a reduction in our residual values.** Factors that could contribute to a decline in the market demand for used vehicles include an oversupply of trucks in the marketplace, concerns regarding the real or perceived quality, maintenance or condition of our vehicles, foreign exchange movements, or changes in technology that render select vehicle technology obsolete. **Beginning in the latter part of 2015 and continuing through 2018, we experienced a weakening of conditions in the used vehicle sales market, which adversely affected used vehicle sales volume and pricing, especially for tractors**. If the market for used vehicles declines further, or there is a concern regarding the quality, maintenance or condition of our vehicles, we may obtain lower sales proceeds upon the sale of used vehicles, which would likely negatively impact the residual value estimates of our operating fleet. We sell our used vehicles through various channels, including retail sales centers, at our branch locations, through our website at *www.UsedTrucks.Ryder.com*, as well as through the wholesale market. Pricing and demand for used vehicles varies among selling channels, particularly between the retail and wholesale markets, as we generally obtain lower proceeds on vehicles sold through wholesale channels. If we are unable to meet our targeted sales goals and inventory levels through our projected sales mix of retail versus wholesale, we may be required to sell more vehicles than planned through the wholesale market, which will impact our sales proceeds.<br><br>**Changes in residual values also impact the overall competitiveness of our ChoiceLease product line**, as estimated sales proceeds are a significant component of the overall price of the lease. Additionally, technology changes and sudden changes in supply and demand, **competitor pricing**, together with other market factors beyond our control, vary from year to year and from vehicle to vehicle, making it difficult to accurately predict residual values used in calculating our depreciation expense. **Although we have developed disciplines related to the management and maintenance of our leased vehicles designed to maximize the value of our used vehicles, there is no assurance that these practices will sufficiently reduce the residual risk**. |

Source:  Ryder Forms 10-K

Note:
[1]  Emphasis added.