# EXHIBIT 4

**J.P.Morgan**

North America Equity Research
30 July 2019

# Ryder System, Inc.

## Limited Visibility to a U-Turn in Used Tractor Prices, Lowering Estimates and Price Target

Ryder's lowered 2H19 outlook (see our first look here) and commentary on the 2Q19 earnings call was a reminder that its earnings leverage to the used vehicle pricing cycle still trumps secular growth in outsourced logistics. We believe the used vehicle headwind will remain through 2021 as the five year rolling average valuation adjustment cycles out the 2016 peak in tractor pricing. Our lower 2020 estimates and price target reflect a continuation of weaker used tractor prices amidst an environment of rising demand uncertainty as well as FMS margin pressure from a mix shift toward trucks in the rental fleet. Management is adjusting to market dynamics and continuing to diversify Ryder's revenue streams, however, these efforts take time to mature and provide a material offset to the cyclicality of used truck valuations. We could see additional accelerated depreciation in 4Q19 for assets held for sale in 2020 (similar to the 4Q18 pull-forward of 2019) but we expect the stock will underperform peers with greater exposure to truckload rates while used tractor valuations continue to search for stability.

- **Lowering estimates for persistent used tractor price uncertainty.** Ryder did not quantify the impact of used vehicle prices on the 2019 outlook, but did indicate the majority of the lowered guide reflected weaker tractor valuations. The estimated $0.55 per share drag in 2H19 is a consideration in our lowered outlook which implies 2.6% EPS growth, down from 5.4% previously off a higher base. In addition, we expect a continued mix shift to lighter duty rental trucks will also weigh on FMS margins but should provide some offsetting relief on capex given the lower capital intensity.

- **$52 target, Underweight.** We are lowering our Dec 2019 price target in conjunction with continued headwinds from used vehicle valuation headwinds in 2020. Our updated $52 target remains based on a below historical-average, 4.8x EV/EBITDA multiple which is merited in our view considering the negative cyclical earnings leverage continues to outweigh potential secular benefits.

## Underweight

**R, R US**

Price (29 Jul 19): $59.32

▼ **Price Target (Dec-19): $52.00**
Prior (Dec-19): $57.00

**Airfreight and Surface Transportation**

**Brian P. Ossenbeck, CFA** [AC]
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com
**Bloomberg** JPMA OSSENBECK <GO>

**Lacey-Ann Wisdom**
(1-212) 622-9566
lacey-ann.wisdom@jpmchase.com

J.P. Morgan Securities LLC

### Key Changes (FYE Dec)

| | Prev | Curr |
|---|---|---|
| Adj. EPS - 19E ($) | 6.05 | 5.60 |
| Adj. EPS - 20E ($) | 6.38 | 5.75 |
| FCFF - 19E ($ mn) | (1,185) | (1,834) |
| FCFF - 20E ($ mn) | (395) | (408) |
| Net lease fleet growth YoY - 19E | 7.9% | 7.5% |
| Net lease fleet growth YoY - 20E | 2.5% | 2.0% |

### Quarterly Forecasts (FYE Dec)

Adj. EPS  ($)

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| Q1 | 0.91 | 1.11A | 1.18 |
| Q2 | 1.43 | 1.40A | 1.43 |
| Q3 | 1.64 | 1.50 | 1.51 |
| Q4 | 1.81 | 1.59 | 1.64 |
| FY | 5.78 | 5.60 | 5.75 |

### Style Exposure

| Quant Factors | Current Rank | Historical Rank | | | |
|---|---|---|---|---|---|
| | | 6M | 1Y | 3Y | 5Y |
| Value | 3 | 2 | 2 | 5 | 9 |
| Growth | 35 | 86 | 69 | 75 | 79 |
| Momentum | 72 | 85 | 56 | 66 | 14 |
| Quality | 38 | 17 | 14 | 15 | 48 |
| Low Vol | 59 | 51 | 58 | 56 | 43 |
| ESGQ | 72 | 65 | 26 | 2 | 13 |

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**See page 6 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

This document is being provided for the exclusive use of calene_f_candela@ryder.com.

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

**North America Equity Research**
30 July 2019

**J.P.Morgan**

## Price Performance



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 23.2% | 1.7% | -9.4% | 0.4% |
| Rel | 6.9% | 1.5% | -7.6% | 1.0% |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 52 |
| 52-week range ($) | 79.95-44.80 |
| Market cap ($ mn) | 3,114.30 |
| Exchange rate | 1.00 |
| Free float(%) | 98.8% |
| 3M - Avg daily vol (mn) | 0.49 |
| 3M - Avg daily val ($ mn) | 27.8 |
| Volatility (90 Day) | 35 |
| Index | RUSSELL 2000 |
| BBG BUY|HOLD|SELL | 7|3|1 |

## Key Metrics (FYE Dec)

| $ in millions | FY18A | FY19E | FY20E |
|---|---|---|---|
| **Financial Estimates** | | | |
| Revenue | 8,409 | 8,909 | 9,281 |
| Adj. EBITDA | 1,947 | 2,179 | 2,282 |
| Adj. EBIT | 553 | 626 | 665 |
| Adj. net income | 306 | 295 | 305 |
| Adj. EPS | 5.78 | 5.60 | 5.75 |
| BBG EPS | 5.79 | 6.02 | 6.46 |
| Cashflow from operations | 1,635 | 3,112 | 1,993 |
| FCFF | (887) | (1,834) | (408) |
| **Margins and Growth** | | | |
| Revenue growth | 14.9% | 5.9% | 4.2% |
| EBITDA margin | 23.2% | 24.5% | 24.6% |
| EBITDA growth | 13.9% | 11.9% | 4.7% |
| EBIT margin | 6.6% | 7.0% | 7.2% |
| Net margin | 3.6% | 3.3% | 3.3% |
| Adj. EPS growth | 27.9% | (3.1%) | 2.6% |
| **Ratios** | | | |
| Adj. tax rate | 26.3% | 27.1% | 25.5% |
| Interest cover | 10.9 | 9.1 | 8.8 |
| Net debt/Equity | 2.1 | 3.1 | 3.2 |
| Net debt/EBITDA | 3.2 | 3.8 | 3.9 |
| ROCE | 4.7% | 4.5% | 4.3% |
| ROE | 10.6% | 10.5% | 11.1% |
| **Valuation** | | | |
| FCFF yield | (28.3%) | (58.8%) | (13.0%) |
| Dividend yield | 3.6% | 3.7% | 4.0% |
| EV/EBITDA | 4.8 | 5.2 | 5.3 |
| Adj. P/E | 10.3 | 10.6 | 10.3 |

## Summary Investment Thesis and Valuation

The core of Ryder's business model is the efficient utilization of the largest commercial vehicle fleet in North America as well as the underlying residual values. Management expects used vehicle headwinds could remain consistent through 2021 although we believe this view is at risk as pricing pressure will increase throughout 2019 as build rates increase. Ryder's leasing, dedicated, and supply chain services should benefit as outsourced transportation solutions for customers dealing with increasingly complex and costly supply chains.

Our December 2019 price target utilizes a below historical-average EV/EBITDA valuation of 4.8x, which is merited in our view. Ryder's leverage to used vehicle prices represents a risk as market fundamentals are under pressure.

## Performance Drivers



| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market**: MSCI US | 0.81 | 0.76 |
| **Sect**: Industrials | 0.49 | 0.31 |
| **Ind**: Transportation | 0.26 | 0.25 |
| **Macro**: | | |
| Non-Energy Commodity | -0.08 | -0.26 |
| Economic Surprise | -0.26 | -0.25 |
| US 10yr Breakeven | 0.42 | 0.24 |
| **Quant Styles**: | | |
| Momentum | -0.65 | -0.38 |
| Value | 0.63 | 0.37 |
| Size | -0.45 | -0.29 |

Sources for: Performance Drivers – Bloomberg, J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

2

This document is being provided for the exclusive use of calene_f_candela@ryder.com.

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

North America Equity Research
30 July 2019

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Ryder System, Inc. *(Underweight; Price Target: $52.00)*

**Investment Thesis**

Ryder's leasing, dedicated, and supply chain services should benefit as outsourced transportation solutions for customers dealing with increasingly complex and costly supply chains. Ventures into electric vehicles, on-demand maintenance, peer-to-peer utilization of underutilized trucks, and heavy home good deliveries should all supplement the secular outsourcing trends. However, at the core of the business model is the efficient utilization of the largest commercial vehicle fleet in North America as well as the underlying residual values. Based on our view for the used truck market to face downside pricing pressure in 2019, we see limited upside to gains on sales and favorable residual value adjustments.

**Valuation**

Our December 2019 price target utilizes an EV/EBITDA valuation methodology considering price/book no longer has a comparable, historical range following DTL revaluation in the wake of U.S. tax reform, which increased Ryder's book value. We utilize a below historical-average multiple of 4.8x in our price target, which is merited in our view given the uncertainty in the underlying leverage to recovering used vehicle prices and sales volumes.

**Risks to Rating and Price Target**

Faster-than-expected contract growth in Ryder's Supply Chain Solutions and Dedicated Transportation Solutions could drive upside to current estimates.

Higher used vehicle prices or an improving rental market would also drive potential upside in the core cyclical earnings drivers for the company.

3

This document is being provided for the exclusive use of calene_f_candela@ryder.com.

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

**North America Equity Research**
30 July 2019

**J.P.Morgan**

# Ryder System, Inc.: Summary of Financials

| Income Statement - Annual | FY16A | FY17A | FY18A | FY19E | FY20E | Income Statement - Quarterly | 1Q19A | 2Q19A | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 6,787 | 7,318 | 8,409 | 8,909 | 9,281 | Revenue | 2,180A | 2,245A | 2,202 | 2,281 |
| Adj. EBITDA | 1,741 | 1,709 | 1,947 | 2,179 | 2,282 | Adj. EBITDA | 501A | 555A | 550 | 573 |
| D&A | (1,187) | (1,255) | (1,395) | (1,553) | (1,617) | D&A | (377)A | (391)A | (385) | (399) |
| Adj. EBIT | 554 | 454 | 553 | 626 | 665 | Adj. EBIT | 123A | 164A | 165 | 174 |
| Net Interest | (148) | (141) | (179) | (238) | (260) | Net Interest | (55)A | (61)A | (60) | (63) |
| Adj. PBT | 407 | 314 | 374 | 388 | 405 | Adj. PBT | 68A | 103A | 105 | 111 |
| Tax | (142) | 477 | (98) | (105) | (103) | Tax | (22)A | (28)A | (27) | (28) |
| Minority Interest | (1) | (1) | (1) | (1) | (1) | Minority Interest | (0)A | (0)A | (0) | (0) |
| Adj. Net Income | 290 | 240 | 306 | 295 | 305 | Adj. Net Income | 58A | 74A | 79 | 84 |
| Reported EPS | 4.91 | 14.82 | 5.16 | 5.34 | 5.67 | Reported EPS | 0.86A | 1.43A | 1.48 | 1.57 |
| Adj. EPS | 5.43 | 4.52 | 5.78 | 5.60 | 5.75 | Adj. EPS | 1.11A | 1.40A | 1.50 | 1.59 |
| DPS | 1.70 | 1.80 | 2.12 | 2.22 | 2.40 | DPS | 0.54A | 0.56A | 0.56 | 0.56 |
| Payout ratio | 34.6% | 12.1% | 41.1% | 41.5% | 42.3% | Payout ratio | 62.7%A | 39.2%A | 37.8% | 35.6% |
| Shares outstanding | 53 | 53 | 53 | 53 | 53 | Shares outstanding | 53A | 52A | 53 | 53 |

| Balance Sheet & Cash Flow Statement | FY16A | FY17A | FY18A | FY19E | FY20E | Ratio Analysis | FY16A | FY17A | FY18A | FY19E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 59 | 78 | 68 | 167 | 132 | EBITDA margin | 25.7% | 23.4% | 23.2% | 24.5% | 24.6% |
| Accounts receivable | 832 | 1,011 | 1,219 | 1,077 | 1,115 | EBIT margin | 8.2% | 6.2% | 6.6% | 7.0% | 7.2% |
| Inventories | 70 | 74 | 79 | 87 | 90 | Net profit margin | 4.3% | 3.3% | 3.6% | 3.3% | 3.3% |
| Other current assets | 141 | 159 | 202 | 334 | 334 | | | | | | |
| Current assets | 1,102 | 1,322 | 1,568 | 1,665 | 1,671 | ROE | 14.3% | 9.8% | 10.6% | 10.5% | 11.1% |
| PP&E | 8,894 | 9,132 | 10,342 | 12,255 | 13,203 | ROA | 2.6% | 2.1% | 2.5% | 2.1% | 1.9% |
| LT investments | - | - | - | - | - | ROCE | 5.0% | (3.1%) | 4.7% | 4.5% | 4.3% |
| Other non current assets | 907 | 998 | 1,141 | 1,493 | 1,433 | Net debt/equity | 2.5 | 1.8 | 2.1 | 3.1 | 3.2 |
| Total assets | 10,902 | 11,452 | 13,051 | 15,412 | 16,307 | | | | | | |
| | | | | | | P/E (x) | 10.9 | 13.1 | 10.3 | 10.6 | 10.3 |
| Short term borrowings | 507 | 587 | 630 | 817 | 817 | P/BV (x) | 1.5 | 1.1 | 1.1 | 1.2 | 1.1 |
| Payables | 445 | 599 | 732 | 782 | 810 | EV/EBITDA (x) | 4.7 | 4.8 | 4.8 | 5.2 | 5.3 |
| Other short term liabilities | 791 | 826 | 930 | 848 | 848 | Dividend Yield | 2.9% | 3.0% | 3.6% | 3.7% | 4.0% |
| Current liabilities | 1,744 | 2,013 | 2,292 | 2,448 | 2,475 | | | | | | |
| Long-term debt | 4,600 | 4,584 | 5,694 | 7,595 | 8,295 | Sales/Assets (x) | 0.6 | 0.7 | 0.7 | 0.6 | 0.6 |
| Other long term liabilities | 2,506 | 2,021 | 2,155 | 2,684 | 2,744 | Interest cover (x) | 11.8 | 12.2 | 10.9 | 9.1 | 8.8 |
| Total liabilities | 8,850 | 8,617 | 10,141 | 12,726 | 13,514 | Operating leverage | (313.8%) | (231.2%) | 145.6% | 224.0% | 149.0% |
| Shareholders' equity | 2,052 | 2,835 | 2,910 | 2,686 | 2,793 | | | | | | |
| Minority interests | - | - | - | - | - | Revenue y/y Growth | 3.3% | 7.8% | 14.9% | 5.9% | 4.2% |
| Total liabilities & equity | 10,902 | 11,452 | 13,051 | 15,412 | 16,307 | EBITDA y/y Growth | (1.1%) | (1.9%) | 13.9% | 11.9% | 4.7% |
| BVPS | 38.45 | 53.44 | 55.12 | 51.04 | 52.65 | Tax rate | 34.8% | 152.2% | 26.3% | 27.1% | 25.5% |
| y/y Growth | 3.0% | 39.0% | 3.1% | (7.4%) | 3.1% | Adj. Net Income y/y Growth | (11.3%) | (17.1%) | 27.2% | (3.5%) | 3.5% |
| Net debt/(cash) | 5,048 | 5,093 | 6,256 | 8,244 | 8,979 | EPS y/y Growth | (11.5%) | (16.7%) | 27.9% | (3.1%) | 2.6% |
| | | | | | | DPS y/y Growth | 9.0% | 5.9% | 17.8% | 4.7% | 8.1% |
| Cash flow from operating activities | 1,601 | 1,548 | 1,635 | 3,112 | 1,993 | | | | | | |
| o/w Depreciation & amortization | 1,187 | 1,255 | 1,395 | 1,553 | 1,617 | | | | | | |
| o/w Changes in working capital | (62) | (74) | (241) | 1,106 | (14) | | | | | | |
| Cash flow from investing activities | (1,406) | (1,366) | (2,746) | (4,845) | (2,535) | | | | | | |
| o/w Capital expenditure | (1,905) | (1,860) | (3,050) | (5,516) | (2,993) | | | | | | |
| as % of sales | 28.1% | 25.4% | 36.3% | 61.9% | 32.3% | | | | | | |
| Cash flow from financing activities | (186) | (155) | 1,093 | 1,818 | 507 | | | | | | |
| o/w Dividends paid | (91) | (96) | (112) | (118) | (127) | | | | | | |
| o/w Net debt issued/(repaid) | 6 | (89) | - | - | - | | | | | | |
| Net change in cash | (0) | 21 | (13) | 100 | (35) | | | | | | |
| Adj. Free cash flow to firm | 213 | 43 | (887) | (1,834) | (408) | | | | | | |
| y/y Growth | (130.4%) | (79.8%) | (2155.2%) | 106.7% | (77.8%) | | | | | | |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data). Fiscal year ends Dec. o/w - out of which

4

This document is being provided for the exclusive use of calene_f_candela@ryder.com.

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

**North America Equity Research**
30 July 2019

J.P.Morgan

**Analyst Certification:** All authors named within this report are research analysts unless otherwise specified. The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to Ryder System, Inc..
- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Ryder System, Inc..
- **Debt Position:** J.P. Morgan may hold a position in the debt securities of Ryder System, Inc., if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.



**Ryder System, Inc. (R, R US) Price Chart**

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Feb 29, 2016. All share prices are as of market close on the previous business day.

| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 01-Aug-16 | N | 59.09 | 72.00 |
| 06-Oct-16 | N | 66.92 | 69.00 |
| 26-Oct-16 | N | 66.07 | 65.00 |
| 15-Dec-16 | N | 80.03 | 80.00 |
| 17-Jan-17 | N | 77.03 | 81.00 |
| 03-Feb-17 | N | 71.81 | 70.00 |
| 10-Apr-17 | N | 75.43 | 77.00 |
| 26-Apr-17 | N | 68.28 | 64.00 |
| 10-Jul-17 | N | 73.71 | 67.00 |
| 27-Jul-17 | N | 76.46 | 69.00 |
| 12-Oct-17 | N | 83.42 | 82.00 |
| 25-Oct-17 | N | 81.90 | 83.00 |
| 13-Dec-17 | N | 81.76 | 84.00 |
| 11-Jan-18 | N | 87.17 | 94.00 |
| 16-Feb-18 | N | 84.74 | 73.00 |
| 05-Apr-18 | UW | 72.99 | 65.00 |
| 11-Jul-18 | UW | 75.19 | 67.00 |
| 26-Jul-18 | UW | 78.32 | 73.00 |
| 12-Oct-18 | UW | 66.89 | 70.00 |
| 29-Oct-18 | UW | 57.22 | 61.00 |
| 18-Dec-18 | UW | 49.20 | 50.00 |
| 14-Feb-19 | UW | 60.52 | 57.00 |

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of

This document is being provided for the exclusive use of calene_f_candela@ryder.com.

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

**North America Equity Research**
30 July 2019

J.P.Morgan

the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Ossenbeck, Brian P**: C.H. Robinson (CHRW), CSX (CSX), Canadian National Railway (CNR.TO), Canadian Pacific Railway (CP.TO), Echo Global (ECHO), FedEx Corporation (FDX), Genesee & Wyoming (GWR), Heartland Express (HTLD), Hub Group (HUBG), J.B. Hunt (JBHT), Kansas City Southern (KSU), Knight-Swift (KNX), Norfolk Southern (NSC), Ryder System, Inc. (R), Schneider (SNDR), U.S. Xpress (USX), Union Pacific (UNP), United Parcel Service (UPS), Werner Enterprises (WERN), XPO Logistics (XPO)

**J.P. Morgan Equity Research Ratings Distribution, as of July 06, 2019**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 45% | 41% | 14% |
| IB clients* | 52% | 49% | 36% |
| JPMS Equity Research Coverage | 42% | 44% | 14% |
| IB clients* | 76% | 65% | 56% |

*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

Any data discrepancies in this report could be the result of different calculations and/or adjustments.

**Options and Futures related research:** If the information contained herein regards options or futures related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal entity responsible for the production of research**: The legal entity identified below the name of the Reg AC research analyst who authored this report is the legal entity responsible for the production of this research. Where multiple Reg AC research analysts authored this report with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential

6

This document is being provided for the exclusive use of calene_f_candela@ryder.com.

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

North America Equity Research
30 July 2019

J.P.Morgan

Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 058/04/2019 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE. **Russia:** CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Argentina:** JPMorgan Chase Bank Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission")

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or

7

This document is being provided for the exclusive use of calene_f_candela@ryder.com.

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

North America Equity Research
30 July 2019

J.P.Morgan

have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** This report is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. The information contained herein is not, and under no circumstances is to be construed as an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised July 20, 2019.

**Copyright 2019 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

8

This document is being provided for the exclusive use of calene_f_candela@ryder.com.