# EXHIBIT 6

## *Ryder System Inc at BB&T Transportation Services Conference - Final*

FD (Fair Disclosure) Wire

February 11, 2016 Thursday

Copyright 2016 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2016 CCBN, Inc.

**Length:** 6131 words

## Body

Corporate Participants

* Robert Sanchez

Ryder System, Inc. - Chairman, CEO

Conference Call Participants

* Kevin Sterling

BB&T - Analyst

Presentation

KEVIN STERLING, ANALYST, BB&T: Good morning everyone. Up next is Ryder System. And from Ryder, we have CEO Robert Sanchez. And I always joke with Robert and Bob that they always have the shortest commute. We love coming to sunny and warm Miami. So please don't blame the Virginia folks for bringing the cold weather. But let me turn it over to Robert.

ROBERT SANCHEZ, CHAIRMAN, CEO, RYDER SYSTEM, INC.: Great. Thanks, Kevin. Well, hopefully this is a good ad for companies that want to relocate down to south Florida because this is the weather we have all the time.

But thanks, Kevin. It's a pleasure to be here. Let me give you a quick overview of the Company, then I'll get into some of the more recent results.

First, today's presentation includes some forward-looking statements. These statements are based on our current expectations and are subject to uncertainty and change in circumstances, including the risk factors set forth in our 10-K and 10-Q.

As a quick overview, for those of you that are less familiar with Ryder, we provide outsourced transportation and supply chain solutions for commercial customers.

Last year, our 33,000 employees in North America, the UK, and Asia helped the Company to generate $6.6 billion in revenue.

We support over 230,000 vehicles, manage 40 million square feet of warehouse space, and handle 142,000 North American border crossings a year.

I'd like to briefly highlight the services in our three business segments. First, Fleet Management Solutions provides vehicles, maintenance, and support services for commercial customers. 70% of our segment revenue is for contracted lease agreements with average lease terms of around six years.

1

Ryder System Inc at BB&T Transportation Services Conference - Final

We also provide short-term rental agreements on a daily, weekly, or monthly basis.

Our customer base is highly diverse and is typically a business that needs a private fleet of trucks to move product to their customers.

We purchase trucks at a discount due to our volume and provide guaranteed maintenance to improve our customers' uptime and lower their cost. After their initial life with Ryder, we sell the used trucks ourselves at a premium, mainly through our 60 retail used truck centers.

Ryder's focus is to grow the number of vehicles maintained through our network of over 800 shops. By doing so, we're able to leverage our maintenance facility infrastructure to drive higher margins and return on capital over time.

In Dedicated Transportation Solutions, we provide turnkey transportation solutions. Here we take a full-service lease vehicle, we add a driver employed by Ryder, and provide routing and scheduling capabilities, as well as managerial and administrative support.

We focus on high-value, specialized solutions that are typically for closed-loop, local, or regional distribution.

We're seeing a strong secular trend such as the driver shortage and increasing regulatory challenges that are driving growth in our dedicated business.

In addition, we're leveraging the opportunity to up-sell lease customers to a more comprehensive dedicated solution. When we up-sell a full-service lease vehicle into a dedicated application, revenue increases four to five times and margin dollars increase two to three times, all with the same asset investment.

In Supply Chain Solutions, we provide a wide range of logistic services to support customers' supply chain and distribution requirements. Services include inbound and outbound distribution, warehouse management, transportation management, and supply chain design and engineering.

We also provide dedicated transportation services within our Supply Chain segment as part of an integrated logistics solution.

We differentiate ourselves by providing deep expertise in services to targeted industry segments. The primary industries that we serve are consumer packaged goods, retail, automotive, industrial, and technology and healthcare.

We play in very large markets with significant growth opportunities. Only about 10% of fleet transportation and logistics functions are outsourced today. The remaining 90%, the do-it-yourselfers is our biggest growth opportunity.

For example, the total commercial truck fleet market is about eight million vehicles. Only a million of these are outsourced to lease and rental companies like Ryder.

There's an opportunity here to grow our market share with companies that have already decided to outsource. But our main focus is on the companies that own their own vehicles and manage their own maintenance, which account for the other seven million vehicles.

We've been pleased with our recent results in converting private fleets to outsourcing. About a third of our new lease sales are coming from companies making their first moves into outsourcing.

There's also a large market for the Maintenance-Only solutions. These also provide a great opportunity to expand our customer base and leverage our existing infrastructure with our contract maintenance and our new on-demand maintenance products.

The dedicated and supply chain markets are large as well, and both have significant opportunities for growth.

Private fleet owners and logistics managers are facing many challenges that make it harder for them to handle their transportation and supply chain needs. These trends include the higher cost and complexity of equipment, as well as investing in training and technology required to provide maintenance services, increasing government regulations such as the ELD mandate which will lead to tighter capacity within the next two years, the ongoing driver shortage which continues to drive

2

Ryder System Inc at BB&T Transportation Services Conference - Final

more private fleets to consider outsourcing, and increase supply chain complexity and a desire to avoid disruptions which increases the importance of an efficient and well-run supply chain.

The more difficult it becomes for companies to manage their transportation and supply chain needs, the more demand there will be for Ryder's outsourced solutions.

We're implementing numerous growth initiatives to take advantage of these outsourcing trends. For instance, we're bringing new products to the market like on-demand maintenance which we launched last fall. This product expands our target customer base by leveraging our existing maintenance infrastructure which has plenty of room for growth.

We've enhanced our sales capability with a total cost of ownership model. This allows our sales team to help prospects understand their total cost and demonstrate the savings that Ryder can bring.

We're also leveraging our large FMS customer base by driving growth in dedicated. We've had great success in up-selling lease customers to dedicated. In fact, over half of our dedicated sales come from collaboration with FMS and dedicated teams.

Now I'd like to highlight a few of the items from 2015 relative to our initial forecasts. Driven by strong sales results, we had record organic growth of 6,800 leased vehicles. This is well above our initial forecast of 4,000 vehicles and more than doubled our growth in 2014.

This growth will benefit earnings throughout the average six-year term of these contracts.

Our initial forecast for operating revenue growth was 7%. For the year, we achieved a 6% increase in revenue, or 8%, excluding a larger-than-expected foreign exchange impact.

We completed the internal work for our new on-demand maintenance product and broadly launched it in August of last year. On-demand maintenance targets large fleets such as for-hire carriers, and provides them with flexible access to our nationwide maintenance network.

Market interest continues to be strong. And along with other new products, we expect that it will meaningfully contribute to earnings growth over time.

We generated another year of record comparable earnings per share in 2015, although we fell short of our initial expectations. Stronger performance from our contractual business was partially offset by lower used vehicle prices in the second half of the year.

Our return on capital spread widened to 140 basis points at the end of 2015, at the high end of our forecast range, driven primarily by higher leverage, as well as stronger earnings.

An uncertain economic and freight environment created challenges as we developed our 2016 outlook. We planned for a weaker freight environment, which we believe will drive 5% lower rental demand. This would be worse than the decline in 2012, but not as severe as during the last recession.

We're also planning for used tractor pricing to be down 20% from recent peak levels. This is consistent with other recent downturns.

We're also forecasting lower year-over-year lease fleet growth due to the general economic softness and the expected decline in new class 8 vehicle production levels in 2016.

As we look for ways to execute well in this environment, we're focused on the four key areas of the Ryder playbook. First we're reducing our rental fleet. We already reduced it by 1,700 vehicles, 700 more than originally planned, and have significantly cut our 2016 rental capital spending.

We feel good about the rental fleet size and expect to be at our target level within the next 60 days.

Second, we're controlling cost. We've already taken action to reduce overhead spending by over $30 million in 2016.

3

Ryder System Inc at BB&T Transportation Services Conference - Final

Third, we're going to manage our used truck inventory. Inventories are at the high end of our target range due to the rental vehicles out-serviced at yearend. Our plan is for the inventory to peak in the second quarter and then decline in the second half of the year.

Finally, we're continuing to sell profitable contractual business. December sales were strong and the pipeline is healthy. In fact, this last December was the second-best December sales month in FMS history. SCS also ended the year with robust sales activity.

Now let me turn to some of the 2016 forecast highlights. We're forecasting contracted lease fleet growth of 3,500 vehicles. This would be the second-highest year of organic lease growth.

FMS operating revenue is expected to be up 4%, or 6% excluding FX. This is down from 2015, as higher lease revenue is partially offset by lower rental revenue.

DTS operating revenue is forecasted to grow 9%. This comes from the continued up-selling of full-service lease customers to dedicated, as well as customers that are new to Ryder.

SCS operating revenue is forecast to be up 5%, or 7% excluding FX, supported by strong sales inked in 2015.

Comparable EPS is expected to be stable or grow modestly. Higher earnings in the contractual business and benefits from the cost management are forecast to offset weaker used vehicle pricing and rental results, as well as headwinds from higher tax rate, share count, and FX.

Finally, free cash flow is forecast to turn positive this year. This reflects lower plant spending, especially for rental vehicles, and demonstrates the countercyclical cash flow model.

Given our actions, we're positioned to benefit if the fleet environment is better than expected, which could benefit lease sales, rental, and used vehicle sales.

This chart outlines the key changes in our comparable EPS forecast from 2015 to 2016. Weaker market conditions and used vehicle sales will reduce EPS by $0.62. Rental is expected to decrease EPS by $0.28 based on lower expected demand and utilization on a smaller fleet, partially offset by higher residual values.

Dedicated and supply chain are forecast to add $0.20 and $0.25 to earnings, driven by revenue growth in both segments and margin expansion in dedicated. Workforce reduction and other cost savings yields $0.38.

The largest EPS driver comes from our contractual FMS product lines totaling $0.73. Fleet growth and higher residual values are the main drivers of this increase.

The net results of the operational items I've discussed so far would result in EPS of $6.54. However, we're forecasting a negative impact of $0.24 from a higher tax rate, share count, and foreign exchange. This brings the total EPS forecast to $6.10 to $6.30.

We're forecasting total gross capital spending of $2 billion, which is down almost $700 million from last year, reflecting lower spending in lease and significantly lower spending in rental.

Lease capital is forecast to decline by $280 million due to lower forecasted fleet growth. We're planning to spend minimal capital on rental, down $430 million from last year, with the rental fleet expected to shrink by 4%.

Proceeds from used vehicles are forecast to grow 8% to $430 million, with higher sales volumes on a larger inventory, partially offset by lower tractor pricing. This results in a $700 million decline in net CapEx.

Free cash flow is forecast to provide a positive $100 million reflecting this lower capital spending. With higher free cash flow, the business is expected to delever. We expect debt to equity to come down to 245% at yearend, just below the midpoint of our range of 225% to 275%.

Ryder System Inc at BB&T Transportation Services Conference - Final

Declining leverage provides us with greater balance sheet flexibility and will be key to restarting our anti-dilutive share repurchases. Based on our current leverage forecast, we anticipate resuming the anti-dilutive share repurchase midyear.

We've talked in recent years about the impact of higher growth capital has had on our business. The next slide highlights growth capital spend per year, driven both by fleet growth and higher vehicle investment cost per unit which impact cash flow.

For 2016, we expect to spend $680 million in growth capital for lease and no capital for rental. The box on the right-hand side of the page highlights the growth spending in lease.

A greater number of lease vehicles will require $275 million in capital. The higher cost for per vehicle due to technology change will an additional $405 million.

Both earnings and cash flow will benefit from the contracted growth over the average six-year life of these vehicles. Free cash flow is favorably impacted by lower capital expenditures, demonstrating the countercyclical nature of our business model.

As you can see in the bottom line of the page, growth capital spending in recent years has significantly benefited operating cash.

Operating cash was projected to be over $1.6 billion, up 60% from 2009.

In closing, we're excited about the road ahead and the strategy to penetrate the large, non-outsourced transportation and logistics markets to drive shareholder value.

All of our businesses operate in large markets that provide significant opportunities for growth. There is leverage across our business, including our maintenance network of over 800 shops that provide us with margin expansion potential.

Secular trends that make it more difficult for do-it-yourselfers to manage their transportation and logistics services on their own, favor the decision to outsource. We see these trends continuing.

And finally, the majority of our revenue is generated by long-term contracts. Our strong centralized asset management capabilities allow us to react quickly to changes in the other transactional parts of our business. This supports a more stable revenue and earnings stream.

That concludes my prepared remarks. I'd be happy to answer any questions.

Questions and Answers

KEVIN STERLING: Thank you, Robert. Let me kick things off with just a general question. You and I were talking before your presentation here. And a lot of chatter we've heard this week from carriers, both public and private shippers, is it's not as bad as the stock market says it is.

And you guys touch so many customers, I'd love to get your take on your outlook on the economy and what you're seeing in, and particularly maybe from some customer conversation.

ROBERT SANCHEZ: Sure. Well, just to give you an overview, we do business with about 15,000 commercial customers. And we're touching on the FMS side, we deal with a lot of the small to midsize-type companies, privately owned, industrial type companies. And then on the supply chain side, we deal with the larger Fortune 100, Fortune 500 companies.

What I would tell you is what we're seeing is clearly what's impacted our business has been the used truck pricing that has come down, especially around tractors, class 8 stuff. We've seen a decline there.

And as you look at our 2016 forecast, we tried to really put into that forecast what we would normally see in a downturn in this market.

On the rental side, which I would say probably gives you a little bit more indication of what's going on in the market, as far as freight goes, our truck, first of all, our rental year-over-year demand was up in the fourth quarter 6%. So even though it fell short of our forecast of being up 8%, it was still up.

Ryder System Inc at BB&T Transportation Services Conference - Final

And I will tell you around straight trucks, demand was strong. Demand has been strong around the straight trucks, around tractors, especially the sleeper tractors, that's where we saw some weakness. That's where we've really pulled back on a lot of the capital and we de-fleeted a lot in the fourth quarter.

That is probably what you're hearing from some of the carriers that started to talk about some weakness last year. The folks that are renting those class 8 tractors are typically either going to be our lease customers who are leasing tractors, or carriers. And what we've seen is some weakness on that side.

So I will tell you, there is some softness in some areas. If you compare that to what's happening in the stock market, I think they're very different. I think the stock market's taking a much more draconian view of what's happening.

KEVIN STERLING: Yes. No, I think so, too. And a lot of chatter this week, everybody's like is this 2008, 2009? But maybe you could touch on this. From what I'm hearing, we fell off a cliff, and we're not there yet.

ROBERT SANCHEZ: Right. I remember clearly 2008, 2009, and it was definitely a very different environment. I mean 2008, 2009, demand just kind of seemed to vaporize across the business.

The other piece of the business I should probably talk to is demand for our contractual products, lease, dedicated, and supply chain.

We had a very strong fourth quarter in sales around our dedicated business, our supply chain business, and, most importantly, around our lease business.

As I mentioned in the script, December was our second-best sales month in lease, only second to the prior December. And we have a very strong pipeline going into 2016.

So even though we brought down our lease growth for 2016, it's primarily expecting that after the middle of the year we may see some slowdown then. We haven't seen it yet, I can tell you that. As I look today, still a lot of conversations, a lot of deals getting inked, a lot of customers interested in leasing equipment.

KEVIN STERLING: So along those lines with leasing, and maybe this is kind of uncertainty that might be out there, are you seeing customers ask for shorter durations or have you seen that come down at all?

ROBERT SANCHEZ: Not materially, no.

KEVIN STERLING: Okay.

ROBERT SANCHEZ: No. I'd say there's a lot of activity, customers are looking to, they have to refresh their fleets. These trends towards outsourcing, we are seeing a lot of activity with customers who have historically bought their own vehicles and done their own maintenance, are looking for outsourcing solutions to save money and also to improve the uptime in their vehicles.

A lot of fleets have really struggled with keeping the new technology vehicles up and running. And those have impacted their business. They're looking for companies like Ryder to help them with uptime and helping them with managing those costs.

KEVIN STERLING: And also, Robert, too, maybe you could touch on this, because one area where there obviously is a lot of growth is e-commerce. And I imagine your commercial rental unit would benefit from that, too, particularly during the peak season.

ROBERT SANCHEZ: Right. That's where I mentioned the straight truck business in rental has been strong. In the fourth quarter, what we did see is that some of the parcel companies picked up the trucks a little later than we expected. So overall in the quarter is a little more softness than what we had forecast.

But once they picked them up, demand was very strong. And as we go into this year, we were expecting to see continued relatively strong demand in the straight truck business, which is really what the e-commerce, that final mile piece is typically renting.

Ryder System Inc at BB&T Transportation Services Conference - Final

KEVIN STERLING: Go ahead, [Tasesh].

UNIDENTIFIED AUDIENCE MEMBER: (Inaudible - microphone inaccessible) e-commerce (inaudible) if you could share your thoughts about how you think the (inaudible) is also built on (inaudible) in order to make better use of the [backhauls] from the private fleet.

ROBERT SANCHEZ: Right.

UNIDENTIFIED AUDIENCE MEMBER: How does all of that, which may result in better utilization of the trucks that are already on the road and not being fully utilized, how could that kickback the (inaudible)?

ROBERT SANCHEZ: Sure. Well, there's a couple things happening. One is this [uberization], I think, of trucking, which, to me, is kind of sharpening the skills of truck brokerage, right. It's going to make truck brokerage that much more efficient.

There's also an asset sharing technology and folks that are out there trying to -- it was done with some of the construction equipment, could that go into trucking? That's an area that interests us quite a bit, because you can say, well, does that replace rental over time?

I think the issue is that asset sharing of a commercial truck's a little different than even on a car, because you got all the placards and who's going to provide the insurance and when does the truck get back.

We actually think that -- we are looking at that, because we actually think maybe there's a way for Ryder to play in that space where we are sort of the broker of all that with the trucks.

So we are looking at it. I think these are all trends that are evolving. We're also out there talking to some of these companies that are starting these things to see how -- we have access to a lot of freight and we touch a lot of customers. And combined with one of these companies that might be starting something like this, it could provide some real value.

UNIDENTIFIED AUDIENCE MEMBER: (Inaudible - microphone inaccessible) do a lot of maintenance this year (inaudible)? In looking at outsourcing opportunities (inaudible) for example (inaudible) other parts of the world (inaudible) [incentive across the ocean].

ROBERT SANCHEZ: Right.

UNIDENTIFIED AUDIENCE MEMBER: But for maintenance, I was in Mexico in November, and I saw the kind of labor that's available (inaudible) that over here, we wouldn't have to chance that because the box is too high. Have you explored -- are you doing any maintenance off-shoring by sending them across the border? And do you see opportunity -- ?

ROBERT SANCHEZ: Right. I guess the challenge, because, obviously, outsourcing, you say, well, outsourcing why don't we go offshore? The challenge obviously is getting the trucks. There's a marginal piece there that you might be able to do.

We have strong a operation in Mexico. We run a pretty meaningful piece of our supply chain business in Mexico. And we run truck maintenance shops there, too.

so we do provide some of that already. We've got some folks that are looking at where are there opportunities. But they're marginal, I would say, right, because there's got to be a truck that's close enough to the border. You got the whole border crossing piece to get that done. So I don't know how big that opportunity's going to be.

KEVIN STERLING: We had a question right there.

ROBERT SANCHEZ: Yes?

UNIDENTIFIED AUDIENCE MEMBER: Can you talk a little bit about your [depreciation model]? [Are you in a] period now where (inaudible - microphone inaccessible) down 20%?

ROBERT SANCHEZ: Yes.

UNIDENTIFIED AUDIENCE MEMBER: How do you (inaudible)?

ROBERT SANCHEZ: Yes. No, luckily, the way that we determine our residual value is this, we don't typically just mark to market residual values wherever they may be.

We're doing a five-year rolling average of residual values to determine -- what we've been selling trucks for the last five years, we use that average to determine residual values. We update it every year.

So this run-up we've had specifically in tractors over the last five years, we haven't been -- we didn't jump to the high number from the get-go.

So we've been coming up slowly, even with the drop that you've seen of 20% or we expect to see here in the year of 20%, we're still, our residual values are still below that number.

So the five-year average we've been using is below the 20% drop number that we're expecting this year.

So there isn't really -- what you were seeing -- the way you see it in our income statement is a reduction in gains. So my gains are coming [out], for every dollar I loose in proceeds is a dollar lost in earnings before tax. So that's the way it's reflected.

We don't have a situation where we've got a bunch of vehicles that are at high residual values have to be written down. I don't know, [Art], is there anything else that I might have missed on that?

KEVIN STERLING: We have a question back there.

ROBERT SANCHEZ: Yes?

UNIDENTIFIED AUDIENCE MEMBER: How is the feeling (inaudible - microphone inaccessible)

ROBERT SANCHEZ: Yes.

UNIDENTIFIED AUDIENCE MEMBER: (Inaudible)

ROBERT SANCHEZ: It's a good question. I always say that the harder our business becomes for us, the better it is for us, because companies are trying to do that on their own. It gets tougher, they're more likely to outsource.

Technician hiring is a good example of that, right. Companies and other businesses that are doing their own maintenance have really struggled with hiring techs.

We've been very fortunate. I mean, we have over 5,500 technicians. We have a relatively low turnover in that space. We have a lot of technicians that have been with us 10, 20, 30, 40, even a couple that have been with us 50 years.

It's a great place to work if you're a technician, because it is the product. It is what we sell. There's a lot of programs that we have around retaining technicians. There's bonus-type programs that we have for them. So we do a lot to retain them.

And then we also have a very extensive recruiting network, technician recruiting network. So we have really -- our technician vacancy is very low. Last year, as we started to ramp up, in the third quarter we had some challenges around productivity and had some trucks sitting. That was more our issue as we were trying to drive more and more productivity from the existing techs as the fleet was going up. We got a little bit ahead of ourselves.

But around technician hiring, it's really leveraging the network that we have of technician recruiters, and then also the work we do around retention and making sure the turnover stays low.

KEVIN STERLING: Okay.

UNIDENTIFIED AUDIENCE MEMBER: As we go to more driverless trucks and put full technology in them, does that not favor your business, because a lot of companies will not be able to afford the machines and the equipment that is needed to

Ryder System Inc at BB&T Transportation Services Conference - Final

maintain those trucks, and they're going to have to go to specialists and that you should be looking forward to more of that happening, right?

ROBERT SANCHEZ: We love complexity. We want complexity. I'm not going to say we want regulation. But the more complicated what we do becomes, the better it is for us, right.

And as you go to driverless trucks, think about the technology that's going to be on that, they're going need people. They're going to be very expensive. They're going to need people that really know how to maintain them.

And that's where we've got this network of 800 shops. It's very difficult to replicate. And we're going to leverage that network and really make sure we continue to hire the best technicians so that we can put more capacity to it.

KEVIN STERLING: Let me take that a step further, if you don't mind, Robert. In this environment where maybe carriers are looking to tighten their belts, they do have their own maintenance shops, maybe they're rethinking, do I really need that, as the complexity gets harder.

ROBERT SANCHEZ: Right.

KEVIN STERLING: Are you getting more calls like will you do our maintenance?

ROBERT SANCHEZ: Well, we have seen a rise over the last several months, actually the last couple quarters around what we call on-site maintenance, which is where a company that has their own maintenance shop outsources that maintenance shop to us.

So it's their facility. We bring in our management team. We bring in our systems. We bring in our buying power for parts. And we'll typically hire a lot of their technicians. But, obviously, we'd bring some efficiencies in, and we can typically save you money and get you better service. And we are seeing a really meaningful pickup in interest around that type of business.

KEVIN STERLING: We have a question right -- John, yes?

UNIDENTIFIED AUDIENCE MEMBER: To what extent does your dedicated service overlap with the dedicated that we see when we see the [motor carriers], J.B. Hunt or someone like that?

ROBERT SANCHEZ: Right.

UNIDENTIFIED AUDIENCE MEMBER: Where are you strong? Where are they strong?

ROBERT SANCHEZ: I would say J.B. Hunt and Ryder kind of play in a similar space, more the high-value higher-touch type. Dock door-to-dock door-type deliveries, we don't play much in, right.

So a lot of the carriers are doing dedicated where it might be a shuttle between two distribution centers. What we're going to do well in is when the driver has to do something more than just drive the truck.

So an example we always use is CVS. It's our biggest dedicated customer. We're doing deliveries to about 60%, 70% of the CVS stores in the country. So when you see that CVS truck pull up to the store, it says CVS on it. The driver's got a CVS uniform with a little Ryder logo. That's all a Ryder operation that we do for CVS.

We do the same thing, we recently picked up True Value, and we're doing the same thing for them.

So it's those deliveries, the final miles to the store I would say is probably a good example of where we're doing a lot of business.

And where we don't is probably the longer haul dock door-to-dock door-type stuff which a lot of the other carriers tend to play in.

KEVIN STERLING: Robert, let me piggyback on that question, too. You mentioned regulations. No one really likes them. But maybe your sales force does.

Ryder System Inc at BB&T Transportation Services Conference - Final

And what I mean by that is, with this pending onslaught of regulations, are they gaining traction and maybe winning new business for your dedicated offering? Because what we continue to hear this week, that shippers, they know what's coming down the pike, whether it's next year, whenever, capacities going to tighten.

ROBERT SANCHEZ: It's going to tighten.

KEVIN STERLING: And we want to secure capacity.

ROBERT SANCHEZ: Right.

KEVIN STERLING: Which would be good for dedicated. Love to hear your thoughts on that.

ROBERT SANCHEZ: We are, and it's interesting, because every one of these, whether it was the hours of service, the CSA, now the electronic logs, everything that creates friction for drivers and creates tightness around trucks is going to make it harder for companies that -- remember, companies that are outsourcing today, again, are not trucking companies.

KEVIN STERLING: Right.

ROBERT SANCHEZ: They're companies that do something else other than trucking. -- makes it harder for them to deal with that operation, that helps us.

So you see our dedicated business, we're forecasting 9% operating revenue growth in that business. And a lot of that is just customers that today lease from us, they lease our trucks but they have their own drivers. Those customers are saying, you know what, I need help with everything, because finding the driver is tightening up and I need help with that.

And some of them are saying, you know what, as I see even some of the stuff that we run in truckload that that might be tightening up, maybe I need to move more to dedicated -- I mean, need to move more to my private fleet and maybe look at dedicated.

So yes, I think as capacity tightens up, that's been a very good thing for dedicated.

KEVIN STERLING: Yes. No, makes sense. Sounds like you like complexity and friction.

ROBERT SANCHEZ: Yes.

KEVIN STERLING: So let me wrap up here, the last question. Obviously it seems your biggest headwind is the used truck market.

ROBERT SANCHEZ: Yes.

KEVIN STERLING: Forecasting, I think truck prices down 20% from peak. Compare this to past cycles when you've seen this. Can it turn quickly on a dime? When used truck pricing and the capacity tightens, can we see the market all of a sudden flip?

ROBERT SANCHEZ: What's different about this downturn I think, is that historically it's been when we have a lot of supply of used trucks and the rest of the market has a lot of supply of used trucks, you see pricing go down. Demand doesn't move a whole lot, and it's typically a supply issue.

We don't have a big supply. We haven't had. Our supply went up a little bit now in the fourth quarter. But this is not an environment -- we've had years where our used truck inventory goes up over 10,000. We're about at 8,000.

And we don't have a lot of units being renewed this year in terms of leases terming out. So we don't expect a lot of units coming into the used truck center.

So this is a different environment. I think it's three things that are really driving it. One is there is a little bit of softness around tractors and the demand.

Ryder System Inc at BB&T Transportation Services Conference - Final

The second thing is, I think the export market, the fact that you've got a strong dollar has really hurt the export market. And even though I don't know the total percentage of used trucks that are exported, but call it 10%, that's 10% that's now put into the U.S. market.

And then you also have these 2011, 2012 technology vehicles that were being discounted in the market by some of the other providers and really putting pressure on pricing across the board. I think that's got to work its way out.

What we've historically seen is it takes four to six quarters to kind of see that stuff move through. This could be less or it could be more. I mean, I think that's why we're just trying to make sure we stay prepared. I think we're in a good place. We're not in a year, where we're going to have a lot of trucks coming into the used truck center, but we're working through those the way we can.

And the way we do it, the other thing is, we're the largest independent reseller of used trucks. So we resell to retail customers. We've got these 60 used truck centers, so we're pushing as much as we can through that.

And then where I've got -- if I see inventories getting a little too high, you'll see us wholesale a few more and get the pricing out that way.

So the 20% that we put in the guidance really takes all that into account. It takes into account we're going to be wholesaling more and bringing the pricing down.

KEVIN STERLING: Yes. No, that's good. And it's good clarification, I think, on the export market, too. That's a little bit different.

But that's all we have time for today. I'd like to thank Robert.

ROBERT SANCHEZ: Great. Thank you. Thanks everyone. Thanks, Kevin.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** February 13, 2016

End of Document