# EXHIBIT 7

| 2015 to 2018 Actual | | | | |
|---|---|---|---|---|
| (in millions) | 2015 | 2016 | 2017 | 2018 |
| Policy Depreciation | 40[1] | 35[2] | (4)[3] | (40)[4] |
| Accelerated Depreciation | - | (10)[5] | (30)[6] | (39)[7] |
| Valuation Adjustments | (18)[8] | (67)[9] | (58)[10] | (54)[11] |
| Net Used Vehicle Sales | 100[12] | 1[13] | (17)[14] | (22)[15] |

[1] Ex. 5 (2015 10-K) at 34 ("Full service lease and commercial rental results benefited from lower depreciation of $40 million due to residual value changes implemented January 1, 2015.").

[2] Ex. 43 (2016 10-K) at 35 ("Full service lease and commercial rental results benefited from lower depreciation of $35 million due to residual value changes implemented January 1, 2016.").

[3] Ex. 8 (2017 10-K) at 52 ("The approximate (unfavorable) / favorable impact on the annual depreciation expense resulting from the residual value and useful life reviews is as follows: … 2017 ($4 million).").

[4] Ex. 10 (2018 10-K) at 53 ("The approximate unfavorable impact on the annual depreciation expense resulting from the residual value and useful life reviews is as follows: … ($40 million) 2018").

[5] Ex. 43 (2016 10-K) at 85 ("The impact of the change [in accelerated depreciation] increased depreciation by $10 million in 2016").

[6] Ex. 10 (2018 10-K) at 30 ("In both years, cost of lease and rental reflected higher depreciation and maintenance costs due to a larger average lease fleet, depreciation policy changes and *accelerated depreciation* of $39 million in 2018 and $30 million in 2017.").

[7] *Id.*

[8] Ex. 5 (2015 10-K) at 83 ("Therefore, our revenue earning equipment held for sale was classified within Level 3 of the fair value hierarchy. During 2015, 2014, and 2013, we recognized losses to reflect changes in fair value of $18 million, $11 million and $16 million, respectively.").

[9] Ex. 10 (2018 10-K) at 96 ("During 2018, 2017, and 2016, we recognized losses to reflect changes in fair value of $54 million, $58 million and $67 million, respectively.").

[10] *Id.*

[11] *Id.*

[12] Ex. 43 (2016 10-K) at 86 (2015 "Used vehicle sales, net").  $100 million net gain = gains on vehicles for 2015 of $118 million, less the valuation adjustment for 2015 of $18 million, per row above.  *Id.*

[13] Ex. 43 (2016 10-K) at 86 (2016 "Used vehicle sales, net").  $1 million net gain = gains on used vehicle sales for 2016 of $68 million, less valuation adjustment for 2016 of $67 million, per row above.  *Id.*

[14] Ex. 8 (2017 10-K) at 88 (2017 "Used vehicle sales, net").  $17 million net loss = gains on used vehicle sales for 2017 of $41 million, less valuation adjustment for 2017 of $58 million, per row above.  *Id.*

[15] Ex. 10 (2018 10-K) at 96 (2018 "Used vehicle sales, net").  $22 million net loss = gains on used vehicle sales for 2018 of $32 million, less valuation adjustment for 2018 of $54 million, per row above.  *Id.*