# EXHIBIT 9

**S&P Global**
Market Intelligence

# Ryder System, Inc. NYSE:R
# FQ4 2017 Earnings Call Transcripts

## Friday, February 16, 2018 4:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2017- | | | -FQ1 2018- | -FY 2017- | | | -FY 2018- | |
|---|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | GUIDANCE |
| EPS Normalized | 1.36 | 1.37 | ▲0.74 | 1.07 | 4.52 | 4.53 | ▲0.22 | 5.90 | - |
| Revenue (mm) | 1841.04 | 1939.70 | ▲5.36 | 1817.78 | 7227.67 | 7329.60 | ▲1.41 | 7564.52 | 8000.00 |

Currency: USD
Consensus as of  Feb-16-2018 2:56 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise      ▼ Negative EPS Normalized surprise      ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2017 | 0.84 | 0.82 | ▼ (2.38 %) |
| FQ2 2017 | 0.95 | 1.00 | ▲ 5.26 % |
| FQ3 2017 | 1.31 | 1.33 | ▲ 1.53 % |
| FQ4 2017 | 1.36 | 1.37 | ▲ 0.74 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Contents**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | .................................................................................................... | 3 |
| Presentation | .................................................................................................... | 4 |
| Question and Answer | .................................................................................................... | 12 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Art A. Garcia**
*Former Special Advisor to the
Chief Executive Officer*

**Dennis C. Cooke**
*President of Global Fleet
Management Solutions*

**Robert E. Sanchez**
*CEO, Chairman & President*

**Robert S. Brunn**
*Vice President of Investor
Relations, Corporate Strategy &
Product Strategy*

## ANALYSTS

**Benjamin John Hartford**
*Robert W. Baird & Co.
Incorporated, Research Division*

**Brian Patrick Ossenbeck**
*JP Morgan Chase & Co, Research
Division*

**Casey Scott Deak**
*Wells Fargo Securities, LLC,
Research Division*

**David Griffith Ross**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**John R. Cummings**
*Copeland Capital Management,
LLC*

**Justin Trennon Long**
*Stephens Inc., Research Division*

**Kevin Wallace Sterling**
*Seaport Global Securities LLC,
Research Division*

**Matthew Stevenson Brooklier**
*The Buckingham Research Group
Incorporated*

**Scott H. Group**
*Wolfe Research, LLC*

**Todd Clark Fowler**
*KeyBanc Capital Markets Inc.,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning, and welcome to the Ryder System Fourth Quarter 2017 Earnings Release Conference Call. [Operator Instructions] Today's call is being recorded. If you have any objections, please disconnect at this time.

I would now like to introduce Mr. Bob Brunn, Vice President, Corporate Strategy and Investor Relations for Ryder. Mr. Brunn, you may begin.

**Robert S. Brunn**
*Vice President of Investor Relations, Corporate Strategy & Product Strategy*

Thank you. Good morning, and welcome to Ryder's Fourth Quarter 2017 Earnings and 2018 Forecast Conference Call. I'd like to remind you that during this presentation, you'll hear some forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are based on management's current expectations and are subject to uncertainty and changes in circumstances. Actual results may differ materially from these expectations due to changes in economic, business, competitive, market, political and regulatory factors. More detailed information about these factors is contained in this morning's earnings release and in Ryder's filings with the Securities and Exchange Commission.

Presenting on today's call are Robert Sanchez, Chairman and Chief Executive Officer; and Art Garcia, Executive Vice President and Chief Financial Officer. Additionally, Dennis Cooke, President of Global Fleet Management Solutions; John Diez, President of Dedicated Transportation Solutions; and Steve Sensing, President of Global Supply Chain Solutions, are on the call today and available for questions following the presentation.

With that, let me turn it over to Robert.

**Robert E. Sanchez**
*CEO, Chairman & President*

Good morning, everyone, and thanks for joining us. This morning, we'll recap our fourth quarter 2017 results, review the asset management area and discuss our outlook for 2018. Then we'll open up the call for questions.

With that, let's turn to an overview of our fourth quarter results. Comparable earnings per share from continuing operations were $1.37, up 28% from $1.07 in the prior year driven primarily by improved results in used vehicle sales and commercial rental and continued strong ChoiceLease performance. Comparable results were just above the midpoint of our forecast range of $1.31 to $1.41 as performance in our Dedicated -- outperformance in our Dedicated and benefits from a favorable tax rate, unrelated to tax reform, were offset by lower-than-expected FMS results.

In FMS, better rental performance was more than offset by lower-than-expected used vehicle sales results primarily due to pricing as well as additional accelerated depreciation and higher insurance costs related to prior year claims. Based on our near-term outlook for used vehicle pricing, we further accelerate depreciation on vehicles we expect to make available for sale through mid-2019. Previously, the accelerated depreciation extended through mid-2018. Used vehicle sales activity was strong during the quarter, and we effectively executed our plan to reduce inventory levels to the bottom of our target range, better positioning us for 2018.

Our contractual businesses -- ChoiceLease, Dedicated and Supply Chain -- all grew during the quarter, continuing to benefit from secular trends that favor outsourcing as well as our ongoing sales and marketing initiatives. Fourth quarter comparable results exclude a significant onetime net tax benefit of $10.77 primarily due to a reduction in the deferred tax liabilities we will no longer expect to incur under

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

RYDER SYSTEM, INC. FQ4 2017 EARNINGS CALL | FEB 16, 2018

the recently enacted Tax Cuts and Jobs Act. The new tax provisions are expected to improve Ryder's earnings going forward due to a significant reduction in our effective tax rate.

In connection with the benefits -- with these benefits we are anticipating from tax reform, we awarded a onetime bonus totaling $23 million to all nonincentive-eligible employees in the U.S. This onetime employee bonus was excluded from comparable results.

We also increased our dividend by 13% as you saw in our press release on Monday. The new tax provisions also enhance Ryder's typical leasing benefit versus ownership, further increasing the ChoiceLease value proposition.

Comparable results also exclude a $0.27 gain on property sale, a $0.24 restructuring charge and fees, and $0.07 of nonoperating pension cost. Restructuring costs are related to company-wide workforce reduction taken in the fourth quarter, impacting approximately 260 employees. These actions, combined with additional cost-savings initiatives, are expected to generate $0.50 earnings per share benefit in 2018. Cost reductions and tax reform benefits support the funding of our strategic growth initiatives. Comparable earnings from the prior year exclude $0.09 of nonoperating pension cost and $0.06 of restructuring and other charges.

Operating revenue, which excludes fuel and subcontracted transportation revenue, grew by 8% to a record $1.6 billion in the fourth quarter. Revenue was higher in all 3 business segments, reflecting new business and higher volumes. I'm also pleased to report that, following strong fourth quarter of new sales, 2017 was a record sales year for the company.

Page 5 includes some additional financial information for the fourth quarter. The average number of diluted shares outstanding increased to 53.1 million shares -- decreased to 53.1 million shares from 53.4 million last year. We began repurchasing shares under a 2 million share antidilutive repurchase program in the second quarter of 2016. During the quarter, we bought 154,000 shares at an average price of $80.92. For the full program, we purchased 1.62 million shares at an average price of $71.19, including 500,000 shares now purchased under the prior program. This program expired in December of 2017. Our board approved a new 2-year, 1.5 million share antidilutive repurchase program in December. We expect to begin repurchasing shares under this new program shortly.

Excluding pension cost and other items, the comparable tax rate was 30.4%, up slightly from the prior year's tax rate of 30.1% and was not impacted by tax reform.

Page 6 highlights key financial statistics on a full year basis. Operating revenue grew 4% to $6 billion. Comparable earnings per share from continuing operations were $4.53, down 16% from the prior year. The spread between adjusted return on capital and cost of capital declined to negative 20 basis points, down 70 basis points from the prior year driven by lower lease and rental margin as well as weaker used vehicle sales results.

I'll turn now to Page 7 and discuss key trends that we saw in the business segments during the quarter. Fleet Management Solutions operating revenue, which excludes fuel, grew 7%, driven by growth in all product lines. ChoiceLease revenue increased 6% due to fleet growth and higher rates on replacement vehicles. The lease fleet increased by 1,700 vehicles sequentially and by 2,800 vehicles year-over-year. Adjusting for a higher number of vehicles being prepared for sale in the prior year's fleet count, which provides a more relevant comparison, the lease fleet increased by 2,100 vehicles sequentially and increased by 4,100 vehicles for the full year. This is above our forecast of 3,500 vehicles and reflects robust sales activity.

ChoiceLease continues to benefit from favorable outsourcing trend as well as our sales and marketing initiatives. For the full year, approximately 40% new sales came from customers new to outsourcing. Miles driven per vehicle per day in the U.S. -- on U.S. lease power units declined slightly versus the prior year but continue to run at normal historical levels. SelectCare revenue was up 7%. The average SelectCare fleet grew by approximately 5,100 vehicles from the prior year, reflecting new customer wins. We've been very pleased with our growth in this asset-light contractual product line.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

RYDER SYSTEM, INC. FQ4 2017 EARNINGS CALL | FEB 16, 2018

Vehicles serviced during the quarter under on-demand maintenance agreements increased by 4% from the prior year due to new business. Units were down sequentially due to lower seasonal activity. Commercial rental revenue was up 7% for the quarter driven by higher demand and pricing. Local rental demand was up 4%, exceeding our expectations. Local pricing was up 2% for the quarter.

Rental utilization on power units was 81.2%, up nearly 400 basis points from the prior year, reflecting stronger demand as well as fleet rightsizing actions taken earlier in the year. The average rental fleet was down sequentially -- was down slightly versus the prior year.

For the full year, the number of leased vehicles that were extended beyond their original lease term increased versus prior year by around 900 units, which was similar to the levels seen in the prior few years. Vehicles redeployed into other applications increased significantly to around 5,900 vehicles for the full year of 2017. Early terminations decreased by around 300 vehicles during the year.

As mentioned earlier, used vehicle results in the quarter improved year-over-year due to lower inventory valuation adjustments versus the prior year. I'll provide additional information regarding these results separately in a few minutes.

Overall, FMS earnings improved significantly due to improved used vehicle sales results primarily due to lower used inventory valuation adjustments and higher commercial rental and lease performance. Earnings before tax in FMS increased 43%. FMS earnings as a percent of operating revenue were 8.7%, up 220 basis points from the prior year.

I'll turn now to Dedicated Transportation Solutions on Page 8. Operating revenue grew 3% due to higher volumes. Total revenue was up 11%, reflecting increased purchased transportation and higher operating revenue. DTS earnings increased 1% due to favorable development of prior year self-insurance claims. This was largely offset by higher driver costs due to increased turnover and seasonal volumes at select accounts as well as higher equipment costs on certain older model-year vehicles. Segment earnings before tax as a percent of operating revenue were 7.8%, down 10 basis points from the prior year.

I'll turn now to Supply Chain Solutions on Page 9. Operating revenue grew 16% due to new business. Supply Chain Solutions earnings before tax were up 5% primarily due to revenue growth, partially offset by lower operating performance in 2 customer accounts and higher planned investments in IT. While we again saw the year-over-year impact from the same 2 customer accounts that impacted the third quarter results, the performance improved sequentially as expected. Segment earnings before tax as a percent of operating revenue were 6.8% for the quarter, down 70 basis points from the prior year.

At this point, I'll turn the call over to our CFO, Art Garcia, to cover several items, including the onetime impact from tax reform as well as the full year capital spending, cash flow and leverage.

**Art A. Garcia**
*Former Special Advisor to the Chief Executive Officer*

Thanks, Robert. As everyone knows, the Tax Cuts and Jobs Act was signed into law in late December. Our team continues to work to fully assess the impacts of the many tax changes, which overall are expected to be favorable for Ryder. There are several impacts that are onetime in nature.

First, in the fourth quarter of 2017, Ryder recognized a provisional noncash net benefit of $586 million or $11.04 per share from a revaluation of the company's net deferred tax liabilities. The net benefit reflects lower U.S. corporate tax rates partly offset by a onetime tax on unrepatriated foreign earnings. The provisional amount of the repatriation tax is $33 million.

Due to the increase in equity resulting from the revaluation of our deferred tax liabilities, the company's balance sheet leverage declined by 50 percentage points and was 191% as of year-end 2017. Again, the impact here is noncash, and we don't anticipate a near-term change in our capital allocation. As a result, we've lowered our target leverage range from 250% to 300% to 200% to 250% debt to equity. Finally, our return on capital spread is expected to be minimally impacted by tax reform as higher return on capital is expected to be offset by an increased cost of capital from the lower tax rate and leverage.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

RYDER SYSTEM, INC. FQ4 2017 EARNINGS CALL | FEB 16, 2018

Turning to Page 11. Full year gross capital expenditures were $1.9 billion, up $178 million from the prior year. This increase primarily reflects higher planned investments to refresh the rental fleet, partially offset by lower lease spending due to the greater use of used equipment to fulfill new lease contracts.

We realized proceeds primarily from the sale of revenue-earning equipment of $429 million, up $8 million from the prior year. The increase reflects the Q4 sale of a supply chain property and was largely offset by lower used vehicle volumes and pricing. Full year net capital expenditures increased by $170 million to $1.5 billion.

Turning to the next page. We generated cash from operating activities of $1.5 billion for 2017, down around 3% from the prior year. We generated $2.1 billion of total cash during the year, down by around $50 million from the prior year. Cash payments for capital expenditures decreased by around $40 million to a little under $1.9 billion. Free cash flow for 2017 was $190 million, down slightly from the prior year.

Page 13 addresses our debt-to-equity position. Total debt of approximately $5.4 billion was substantially unchanged from year-end 2016. Debt-to-equity at the end of 2017 decreased to 191%, down from 263% at the end of 2016. As I mentioned earlier, leverage declined by 50 percentage points due to an increase in equity resulting from tax reform.

Our accumulated pension equity charge decreased this year because of favorable asset returns, which more than offset a lower discount rate. The accumulated pension charge continues to impact leverage at 32 points as of year-end 2017, although down from a 61 point impact at year-end 2016. The decreased impact reflects the higher equity base after tax reform.

Equity at the end of the quarter was around $2.8 billion, up almost $800 million from year-end 2016 due primarily to earnings, including the revaluation of deferred tax liabilities.

At this point, I'll hand the call back over to Robert to provide a used vehicle sales update.

**Robert E. Sanchez**
*CEO, Chairman & President*

Thanks, Art. Page 15 summarizes key results for used vehicle sales. Used vehicle inventory held for sale was 6,000 vehicles at quarter-end. Adjusting the prior period's fleet count for a higher number of vehicles being prepared for sale, which provides a more relevant comparison, used vehicle inventory declined by 2,700 vehicles versus the prior year and by 700 vehicles sequentially. We effectively executed our plans this year to reduce inventory levels to the low end of our target range of 6,000 to 8,000 vehicles.

We sold 4,000 used vehicles during the quarter, down 11% versus the prior year and down 15% sequentially, resulting from a lower inventory level. For the full year, we sold 17,600 vehicles, down 4% from 2016.

Proceeds per vehicle sold were up 2% for both trucks and tractors compared to a year ago. From a sequential standpoint, tractor pricing was up 11% and truck pricing was up 2% versus the third quarter. Higher proceeds per vehicle reflect the mix of vehicles sold versus the prior periods. We generally view the market as stabilizing during the fourth quarter. Compared to peak periods, the peak prices realized in the second quarter of 2015, tractor proceeds were down 25% and truck proceeds were down 16%.

I'll turn now to Page 17 to cover our outlook for 2018. Pages 17 and 18 highlight some of the key assumptions that underpin our 2018 earnings forecast. We expect higher earnings in 2018 primarily due to robust contractual revenue growth across all business segments following a record sales year in 2017 and a strong sales pipeline going into 2018.

Earnings are also expected to benefit from cost-reduction initiatives and improved commercial rental performance. These benefits will be partially offset by strategic investments, ongoing headwinds in used vehicle sales, negative impact from depreciation and higher maintenance costs on certain older model year vehicles. The negative impact from used vehicle sales will be lower in 2018 versus 2017.

Our 2018 forecast assumes moderate growth for the overall economy, a rising interest-rate environment and a minimal impact from foreign exchange. In Fleet Management, we expect 2018 to be our seventh

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

RYDER SYSTEM, INC. FQ4 2017 EARNINGS CALL | FEB 16, 2018

consecutive year of organic lease fleet growth. We're forecasting lease fleet growth of 6,500 vehicles, up 60% from the prior year and well above the target we laid out at our Investor Day conference almost 2 years ago. We also expect strong fleet growth in our SelectCare maintenance products with an increase of 4,500 vehicles.

We're anticipating strong sales activity this year driven by secular trends that favor outsourcing, our ongoing sales and marketing initiatives as well as a strengthening freight environment. We're also expecting improving commercial rental performance in light of an accelerating fleet environment.

Rental demand is expected to increase by 6% with pricing expected to increase by 3% with higher utilization. We plan to grow the average rental fleet by 2,100 vehicles or 6%. Higher capital spending to fund higher growth and replacement in both lease and rental will result in negative free cash flow in 2018. Used vehicle sales will be a headwind in 2018 due to the ongoing impact of the extended market downturn. Our forecast assumes a modestly improving outlook for used vehicle's pricing in 2018.

We expect proceeds per vehicles to be up approximately 7%, reflecting more vehicles sold through Ryder's retail network versus wholesale channels. Used vehicle sales are forecast to generate a loss of $0.14 per share due to valuation adjustments. However, this represents a year-over-year EPS benefit of $0.06 versus 2017.

In order to reflect multiyear used vehicle pricing trends, we've lowered our residual value estimates for vehicles operating -- in operations, resulting in a negative impact of $0.50 per share. In addition, we extended accelerated depreciation on vehicles that we expect to make available for sale through mid-2019, whereas, previously accelerated depreciation extended through mid-2018. Accelerated depreciation negatively impacted 2018 earnings by $0.23. However, the impact of accelerated depreciation will be lower than the prior year, resulting in a year-over-year EPS benefit of $0.14.

Turning to Page 18. Strong 2017 sales activity and a robust pipeline are expected to drive strong revenue growth in both DTS and SCS. Dedicated's earnings will benefit from revenue growth and cost-savings initiatives, partially offset by favorable insurance development realized in 2017 that are not currently forecast for 2018 as well as strategic investments. Supply Chain earnings are expected to benefit from revenue growth, higher pricing and a better operating performance, partially offset by strategic investments.

We're planning for a lower effective tax rate due to tax reform, which will benefit earnings. We're also expecting significant reductions in discretionary and overhead cost as a result of the new zero-based budgeting process we recently implemented. Cost savings and tax benefits will fund strategic investments in sales and marketing, new product development and technology, which are focused on driving long-term revenue and earnings growth. This level of growth in strategic spending for 2018 is higher than we would expect going forward.

We also plan to purchase shares under our new 2-year 1.5 million share antidilutive repurchase program. This program replaces our prior program that expired in December.

Page 19 provides a summary of key statistics in our 2018 forecast, which is based on the assumptions I just outlined. We expect operating revenue to grow 8% with revenue up in all business segments. Comparable earnings per share is forecast to be in the range of $5.40 to $5.70 in 2018 as compared to $4.53 last year. This reflects strong growth in our contractual product lines, a lower tax rate, cost-savings initiatives and increased rental results. These benefits are partially offset by strategic investments, impacts from extended downturn in the used vehicle market and higher maintenance costs on certain older model year vehicles that will largely exit the fleet over the next 18 months.

Our share count is forecast to remain unchanged at 53 million due to antidilutive share repurchase activity. We project a comparable tax rate of 26.1%, down significantly from last year's rate of 34.9% due to the impact of tax reform. The spread between our return on capital and cost of capital is forecast to be breakeven, which is 20 basis points better than the prior year. Our 2018 return on equity forecast is about 10%.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

RYDER SYSTEM, INC. FQ4 2017 EARNINGS CALL  FEB 16, 2018

Page 20 outlines our revenue expectations by business segment. Record sales results in 2017 and a strong pipeline support a strong revenue growth outlook for the year. In Fleet Management, operating revenue is expected to increase by 8%, above our long-term target range, reflecting growth in all product lines. ChoiceLease revenue is forecast to grow at 8%, significantly higher than the 4% growth last year driven largely by increased fleet growth. We're forecasting a 9% increase in commercial rental revenue due to an accelerating freight environment.

DTS operating revenue is also forecast to grow by 9% in 2018 in line with our long-term revenue growth target and significantly better than last year. Supply Chain Solutions revenue growth is also expected to be a solid 6%, just below our long-term target.

Page 21 provides a chart outlining the key changes in our comparable earnings per share forecast from 2017 to 2018. We continue to make strategic investments to drive future earnings and growth. In 2018, we're planning a higher-than-normal increase of $0.38 in strategic spending, focused primarily on sales and marketing, new-product development and IT. Sales and marketing investments include adding new salespeople and product development. IT investments include new customer-facing technology, which provides expanded capabilities for our customers.

The net impact from used vehicle sales result and higher depreciation expense is expected to negatively impact earnings by $0.30. Higher depreciation from policy changes to reflect used vehicle trends will be partially offset by lower accelerated depreciation and valuation adjustments versus the prior year.

Higher compensation expense is expected to impact earnings by $0.27 this year. This includes the impact of planned bonus at target as well as standard merit increases. Higher interest rates and increased liability insurance premiums are forecast to negatively impact earnings per share by $0.18.

Turning to the positive earnings drivers. Growth in Dedicated revenue and increased margin should add $0.10. In Supply Chain, we expect $0.20 of earnings growth driven primarily by higher revenue and better operating performance. Commercial rental is expected to increase earnings per share by $0.23 as higher demand drives better utilization on a larger fleet with higher pricing.

Workforce reduction and other cost-savings actions driven by our new zero-based budgeting process are expected to benefit EPS by $0.50 this year. We believe further opportunities for lower cost and driving efficiencies exist in the future.

Biggest operating income contributor to higher earnings is expected to be FMS ChoiceLease and SelectCare, totaling an additional $0.60 of earnings per share this year. This is driven by strong fleet growth and higher pricing. ChoiceLease results include higher maintenance costs on certain older model year vehicles that will largely exit the fleet over the next 18 months.

The net impact of the operational items I've mentioned so far would result in an earnings per share of $4.98. In addition, we're forecasting a $0.72 net tax benefit driven by lower U.S. federal income tax rate resulting from tax reform. This brings the high end of our comparable EPS to $5.70 with a forecast range of $5.40 to $5.70.

I'll turn it back over to Art now to cover capital spending, cash flow and ongoing impacts from tax reform.

**Art A. Garcia**
*Former Special Advisor to the Chief Executive Officer*

Thanks, Robert. Turning to Page 22. We're forecasting total gross capital spending of nearly $3 billion, up about $960 million from last year due to higher growth and replacement spending in both lease and rental.

Lease spending is up due to significantly higher fleet growth in the forecast as well as an increased number of vehicles up for replacement this year. We also expect to fill more replacements with new equipment this year. For rental, we're planning to spend a total of $745 million in 2018, up almost $400 million year-over-year in order to refresh and grow the fleet. The average rental fleet is forecast to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

increase by 6% or around 2,000 vehicles. Higher replacement spending in 2018 follows 2 years of below-replacement-level spending for rental.

Investment in operating property and equipment is expected to increase by around $50 million in 2018. These funds will be used primarily to add or expand FMS operating locations. Proceeds from sales are forecast to decrease by about 3% to $415 million primarily because 2017 included proceeds from a sale -- a property sale not forecast to recur in 2018.

Excluding this item, proceeds are expected to be up 6% as used vehicle sales volumes and pricing are forecast to be higher than prior year. Net capital expenditures are forecast at around $2.5 billion. This represents an increase of almost $1 billion from 2017. Nearly 3/4 of this capital will be used to support multiyear contractual lease agreements.

Free cash flow is forecast at negative $600 million, down by about $800 million from the prior year, reflecting higher capital spending, partially offset by higher cash from operations. With lower expected free cash flow, debt-to-equity is forecast to modestly increase to 199% at year-end, just below the bottom end of our updated target range of 200% to 250%.

We've talked in recent years about the impacts that higher-growth capital spending has on the business. Page 23 highlights the amount of growth capital we've invested by year, driven from both fleet growth and higher vehicle investment cost per unit and its impact on cash flow. For 2018, we expect to spend nearly $1.2 billion in growth capital with $865 million to support contracted lease growth and $305 million to refresh and grow the rental fleet.

The box on the right-hand side of the page breaks out the growth investment in lease. Forecasted lease fleet growth of 6,500 units will require $610 million of capital. Higher per-unit costs on lease vehicles being replaced will require an additional $255 million. All of this capital drives higher future revenue and earnings in lease over the average 6-year life of these vehicles.

For 2018, free cash flow declines due to this higher capital spending, partially offset by higher operating cash flow. The bottom line on the page highlights how operating cash flow has increased over time as a result of growth capital investment. Operating cash flow is projected at a 10-year high of $1.8 billion, up almost $265 million from the prior year, reflecting returns from several years of fleet growth investments.

In addition to the onetime impacts from tax reform that I discussed earlier, several items related to tax reform will have ongoing impacts for Ryder. First, the lower U.S. corporate tax rate is expected to benefit reported earnings but have no cash impact in the near term. Ryder's global effective GAAP tax rate is expected to decline to around 26% in 2018. This rate had ranged from 34% to 35% over the past 5 years.

Second, like-kind exchange programs, which Ryder had regularly used, are no longer available. The loss of the taxable gain deferral on vehicles due to the repeal of this program will be more than offset by accelerated expensing at least in the near term.

Third, the limitation on net interest deductibility is not expected to impact Ryder through 2021 while the limitation is based on EBITDA. Once the limitation becomes EBIT-based in 2022, Ryder's ability to deduct net interest expense will be dependent on various factors, including earnings, capital spending, depreciation and net interest, among others. Any nondeductible interest can be carried forward for use in a future period.

Finally and importantly, the value proposition from ChoiceLease versus ownership typically improves under the new tax regulations. This is because the reduced tax shield from a lower federal tax rate more than offsets the incremental value of moving from current bonus depreciation rate to 100% expensing.

Let me also add that the historical key drivers of the ChoiceLease value advantage are unchanged by tax reform. These include Ryder's world-class maintenance expertise, which lowers operating costs, our vehicle purchasing power and use of our retail used vehicle network for vehicle sales. You can find more detail about the impact of tax reform in Ryder's whitepaper that is available on our IR website at investors.ryder.com.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**RYDER SYSTEM, INC. FQ4 2017 EARNINGS CALL   FEB 16, 2018**

At this point, let me turn the call back over to Robert to recap our EPS forecast and discuss some changes to our longer-term targets.

**Robert E. Sanchez**
*CEO, Chairman & President*

All right. Thanks, Art. Turning to Page 25. We're forecasting comparable earnings per share of $5.40 to $5.70 versus $4.53 last year. This represents an increase of 19% to 26%. 2018's EPS includes a $0.72 year-on-year favorable impact from a lower tax rate driven by tax reform. We're also providing a first quarter comparable EPS forecast of $0.83 to $0.90 versus the prior year of $0.82. The first quarter represents the most challenging year-over-year comparisons. This is due to the timing of FMS overhead spending, including commissions expense and investments in sales, marketing and technology to fund growth as well as increased vehicle depreciation.

Additionally, first quarter 2017 results included an unusually strong quarter for SCS, whereas, we expect some challenges in the first quarter 2018 SCS results from 1 of the 2 accounts that we've discussed previously. These first quarter headwinds are expected to be partially offset by earnings growth in rental and lease as well as benefits from tax reform.

Turning to Page 27. As many of you will recall, we laid out a number of 3-year financial targets at our Investor Day almost 2 years ago back in May of 2016. As we articulated at the time, these targets were based on stable conditions in the transactional rental and used vehicle markets. Since then, however, the market environment for used vehicles has -- in particular, has materially changed. As a result, we believe it's appropriate to revise some of our 3-year targets to reflect the changed markets for used vehicle sales.

Our operating revenue growth targets remain unchanged as the secular trends that favor outsourcing remains strong, and we continue to see positive results from our sales and marketing initiatives focused on penetrating the large nonoutsourced markets in all 3 of our business segments.

We've lowered our 3-year target for FMS pretax earnings as a percent of operating revenue to 10% to 12% from 12% to 13% to reflect the ongoing impact from lower used vehicle residuals. Earnings targets in Dedicated and Supply Chain remain unchanged.

Due to the change in the FMS earnings target, we've also correspondingly lowered our target for ROC spread by 50 basis points to 100 to 150 basis points. And finally, as mentioned earlier, we lowered our target leverage range to 200% to 250% to reflect the noncash impact to equity from tax reform.

That concludes our prepared remarks this morning. Please note that our 10-K will be filed this afternoon and contains additional details for your review. We had a lot of material covered today with both fourth quarter results and 2018 outlook. [Operator Instructions]
At this time, I'll turn the call over to the operator to open up the line for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And we'll take our first question from Ben Hartford with Baird.

**Benjamin John Hartford**
*Robert W. Baird & Co. Incorporated, Research Division*

Robert, maybe we'll come back to that, the final slide there, the 3-year financial targets. Obviously, you introduced those in, what, May of 2016 at the Investor Day. So the implied kind of 3-year target at that point in time was roughly 2019/2020. The update here and maintaining the 3-year financial target language, are we to read these revised targets as 2019 targets? Or are they 3-year targets from this point forward?

**Robert E. Sanchez**
*CEO, Chairman & President*

Right. Ben, they're 3-year targets from this point forward -- revised 3-year targets.

**Benjamin John Hartford**
*Robert W. Baird & Co. Incorporated, Research Division*

Okay. As it stands today from a used-equipment point of view, there's obviously a lot of moving pieces here in 2019, the decision to accelerate the depreciation in -- here this year. If your current assumptions hold, would you expect the loss that you had talked about from used vehicle sales in 2018 to return to a gain in 2019?

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. Ben, it's hard to tell, I think, at this point. I think if you look at -- what we're assuming here is that pricing really stabilizes and maybe ticks up slightly during the year but really doesn't have a comeback yet, which as the year progresses, we'll see if that comeback begins in 2018 or is pushed off to 2019.

**Benjamin John Hartford**
*Robert W. Baird & Co. Incorporated, Research Division*

Okay. And then I'll circle back real quick, just to follow up on that 3-year target. So 3 years from here, you've got 10% to 12% EBT margin target in FMS. What's the sensitivity to the bottom end and the top end of that range, that 10% to 12% range? Is it all UVS and gains on sale? Or is there an element in your control that can allow some of the variance between that 200 basis points range?

**Robert E. Sanchez**
*CEO, Chairman & President*

Well, it clearly requires an improvement in the used vehicle environment, right. I think that's going to be a given. The top and the bottom, I think, is more driven by the growth that we can drive in contractual business. Obviously, rental doing well. And then our ability to really manage cost and get the cost pull-through.

**Operator**

[Operator Instructions] We'll take our next question from Todd Fowler with KeyBanc Capital Markets.

**Todd Clark Fowler**
*KeyBanc Capital Markets Inc., Research Division*

Robert, just on the used -- just on the used vehicle outlook, when I think about some of the indications, even what you're seeing within your own business, your inventories are at the lower end of the range.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

RYDER SYSTEM, INC. FQ4 2017 EARNINGS CALL   FEB 16, 2018

It looks like the pricing, both on tractors and trucks, was up year-over-year here in the fourth quarter. What is it that's driving the change in residuals and the additional depreciation that you're taking? Is it something specific with the vintage of equipment that you're seeing? Or is it the expectation as you look out and the supply that's coming into -- potentially coming into the market here into '18? If you can just give us a sense of maybe why some of the fundamentals seem a little bit better, but you still are dealing with the change in the residuals and the incremental depreciation.

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. I think, Todd, it's consistent with what we've said earlier in the year that our concern is that as it relates to the used trucks is that it's -- OEM production is going up. There's a lot -- there's going to be some units that will be hitting the used-truck market. And really, that could put pressure -- additional pressure on pricing. So we don't know yet, but the pricing seems to have bottomed out here. But we're certainly mindful of that. I think the other piece to note is that for us to be able to leave depreciation where it is, we need pricing to come up. So we need used vehicle market pricings to come up. Remember, we use a 5-year rolling average to do our depreciation analysis. And we need that pricing to really start to tick back up. And that we really haven't seen a big move in that yet. So I think until we see that, you'll see us -- we still have to look at this, and it has some additional depreciation. I don't know, Art, if there's any other color around what happens in 2019 if the pricing comes in where we forecast in 2018?

**Art A. Garcia**
*Former Special Advisor to the Chief Executive Officer*

Yes. If it comes in at 2018 -- at the plan level, we probably would still continue to have some depreciation and policy headwinds. It'll be at a lower level than what we had seen this year, but we still have some [indiscernible].

**Todd Clark Fowler**
*KeyBanc Capital Markets Inc., Research Division*

And would it be, Art, that the $0.50 of the depreciation that you're taking this year are from the change in residuals? I think that's through mid-2019. Would that also -- if you see things play out, that would be -- would it be half of that then, so you'd actually get like a $0.25 pickup into '19 as that tails off.

**Art A. Garcia**
*Former Special Advisor to the Chief Executive Officer*

Well, clearly, if we're in a spot where we don't believe we need to do any more with accelerated, you're going to see a nice pickup with that if it's about $20 million of accelerated depreciation that is in the 2018 forecast right now.

**Todd Clark Fowler**
*KeyBanc Capital Markets Inc., Research Division*

Okay. So this is the kind of capture that you got. [indiscernible] around it, this is the worst it gets, you start to see it stabilize and then maybe even flat to up. You have those as flipping to being year-over-year tailwinds into next year.

**Art A. Garcia**
*Former Special Advisor to the Chief Executive Officer*

Yes. Well, we have to see at the end. Let's just see how it all plays out, right, Todd? It's dependent on what our used vehicle sales results are and everything. But to your point, it would be a reduced headwind of that probably at worst for us.

**Operator**

Moving to our next question from Scott Group with Wolfe Research.

**Scott H. Group**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Wolfe Research, LLC*

So the Dedicated and Supply Chain margin that you're leaving it at 8% to 9%, do you think you can do that in '19 since that guidance hasn't changed? Or is that not realistic?

**Robert E. Sanchez**
*CEO, Chairman & President*

Well, we're looking. I would tell you, we're either -- we think we can either be in that range or certainly be approaching it in 2018 and 2019. Yes.

**Scott H. Group**
*Wolfe Research, LLC*

Okay. And then can you say how much -- how [indiscernible] extra maintenance are you seeing in the numbers in '18 that goes away, in your mind, I guess, back half of '19 and then, I guess, fully away in '20 is what it sounds like? How much extra maintenance is this year?

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. It's really the maintenance associated with some of these aged units. We're probably looking at this year a headwind as a result of that of about $30 million. So as we get into next year, that's going to be less. And then as we get into late 2019, 2020, it really becomes more of a tailwind.

**Scott H. Group**
*Wolfe Research, LLC*

And just so I'm clear, that $30 million that's year-over-year? Or is that the cumulative headwind? Because I'm guessing this has been building for a couple years.

**Robert E. Sanchez**
*CEO, Chairman & President*

That's year-over-year. That's year-over-year.

**Scott H. Group**
*Wolfe Research, LLC*

Do you have any sense with what the cumulative headwind is from these bad vintage trucks that goes away?

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. It gets complicated because you've got -- you've also got the newer stuff that's coming in really much better. So this will turn into really more of a tailwind out into late 2019 and 2020.

**Operator**

We'll take our next question from Justin Long with Stephens.

**Justin Trennon Long**
*Stephens Inc., Research Division*

I wanted to ask about incremental margins in rental. So you're guiding for rental demand to be up 6%. You're increasing the size of that fleet by 6%. But if I look at the EPS bridge, rental is only expected to add about $0.23 to EPS. So when I run the math on all that, the incremental margins seem lower versus what we've seen historically. Could you just provide some more color around why that might be the case?

**Dennis C. Cooke**
*President of Global Fleet Management Solutions*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Justin, this is Dennis. It really gets down to maintenance costs. And I'll put it into 2 buckets. First is outservicing of more units. Our rental fleet has aged as a result of not investing as much in the prior 2 years. And so we've got to outservice several units. And that's -- it's almost 2x our normal run rate of outservicing of units. And then you've got some of these aged units, the model years, we've struggled with that, are still aging in the fleet. And so it's really those 2. It's the aging of the rental fleet, which is occurring, and then it's the outservicing of several units, like I said, 2x what we normally outservice. That's giving us a drag than we would normally see with margins in rental.

**Justin Trennon Long**
*Stephens Inc., Research Division*

And after some of the replacement that's planned for 2018, is this a situation that improves in 2019 and we see something that's more normalized from an incremental margin standpoint?

**Dennis C. Cooke**
*President of Global Fleet Management Solutions*

That's right. That's exactly right. As we outservice these units, which, again, it was a lower number in 2017. It's 2x that number in 2018. You got to put that cost into the vehicles and then get rid of some of these vehicles that have higher costs. And that's in the middle of 2019 when we start to see that get better.

**Operator**

We'll go to our next question from David Ross with Stifel.

**David Griffith Ross**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Just want to follow-up on Ben's question, maybe ask it a little bit differently. What do you need to do to get back to 11% to 12% operating margins in FMS? It's not even double digits in 2018 if I'm looking at it correctly, although growth is back in rental volumes and pricing, growth continues in full-service lease and maintenance, the used market's improving. So I just don't know what we're missing to get back to where historically the segment's operated.

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. Look, I think, the key drivers are growth in the lease business, growth in the contractual business, which we're expecting to really hit that hard this year. So that's a good guide that we're heading on. Rental coming back, which is coming back. As Dennis mentioned, we do have some headwind as we have a higher-than-normal amount of replacement going on in rental. But the demand is there, and that's coming back now in 2018. The other piece is around the maintenance costs on these aged units. So really having those units kind of get out of the system. And as we mentioned, a lot of that will be behind us this year in 2018. There'll still be a little bit left in 2019. But after that, we will have a fleet of vehicles that is primarily with a more -- with a lower-cost maintenance technology. And then finally, used vehicle sales. Used vehicle sales have bottomed out. We need used vehicle to come back. I mean, we need used vehicle. Gains are still going to be -- the used vehicle impact this year will still be negative. That has to turn around positive to really help the margins get back into that range.

**Operator**

We'll go to our next question from Casey Deak with Wells Fargo.

**Casey Scott Deak**
*Wells Fargo Securities, LLC, Research Division*

All right. Just wanted to touch, you have strong growth in the lease fleet that you put out for 2018. Can you talk about where that is relative to the clients and what you're seeing, where the strength is basically on an end market, if that is additional, mainly coming from additional tractors from existing clients,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**RYDER SYSTEM, INC. FQ4 2017 EARNINGS CALL   FEB 16, 2018**

if it's new clients? If you can just give a little more color on what you're seeing there and how you're extrapolating that growth.

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. Thanks, Casey. Look, I'd tell you, we're now seeing a very robust market in the freight environment. It's really helping each of our businesses. I will tell you, it's helping FMS on the ChoiceLease side. We've had very strong sales, especially in the fourth quarter. I would tell you in January in each of the businesses Dedicated is being helped significantly as customers are struggling with finding, not only trucks but also finding drivers. So we're seeing a big improvement and a big pickup in sales, as you're seeing in some of the growth that we're forecasting. And in Supply Chain. So I'll tell you, it's a very robust environment across the board. We are seeing on the transport side, certainly seeing over the last couple months more of a pickup even with transports as you've seen the transport market tighten. We're seeing customers that are coming for leasing vehicles there. Rental market is extremely high. I mean, the fourth quarter was, as we mentioned, record utilization levels. We're seeing every truck that we've got in rental is being utilized. So we've seen a strong fourth quarter. We're seeing a strong January. And again, a great environment, I think, for our business and our business model. The only downside we're seeing is still the used vehicle side. And that part is obviously creating some pressure. But overall, it's been a good environment. And I think with an improving economy and strengthening freight environment, I think we've got -- we should have a very good year this year in 2018. And we're kind of working through that. In terms of exactly where we're seeing some of the growth and what customer industries and types, I don't know if, Dennis, you want to add some color there?

**Dennis C. Cooke**
*President of Global Fleet Management Solutions*

A couple things I'd add. One is, remember, 40% of our growth, Casey, is still coming from customers who are new to outsourcing. We talk about the high maintenance costs and downtime that we've seen from some of these model years. As customers have experienced that, although it's painful in our P&L, the reality is, it's painful for our customers. And they're outsourcing more. So that secular trend continues. And then I'd just add to what Robert said, that it's the transports. We're seeing a lot more growth coming from the transports, although there were other verticals where we're seeing outsourcing occurring. So strength across the board.

**Casey Scott Deak**
*Wells Fargo Securities, LLC, Research Division*

Okay. Great. And kind of along those lines, with the rental and the strength that you see in there with utilization, is that -- can you talk -- is that a similar breakdown? Are you seeing that it's grabbing another truck for an existing lease client? Or are you seeing it more kind of in the -- kind of that spot rental market?

**Dennis C. Cooke**
*President of Global Fleet Management Solutions*

This is Dennis again. Both. One, you've got customers who were leasing from us for the first time who -- ones that we call it in the wait new lease rental vehicle. So that is certainly increasing as our lease sales go up. But in addition, we call it the pure market. We're seeing it increasing also. So we're seeing strength both on the lease support side and on the pure side.

**Casey Scott Deak**
*Wells Fargo Securities, LLC, Research Division*

Okay. And I guess just to finish that, is that normal relative to what you see historically? Is it different? Or has it changed at all over the last few months?

**Dennis C. Cooke**
*President of Global Fleet Management Solutions*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**RYDER SYSTEM, INC. FQ4 2017 EARNINGS CALL** **FEB 16, 2018**

I would say it's even stronger than what we've seen historically. We're seeing, as Robert said, utilizations that are at 10-year highs.

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. I think we were operating -- I would tell you in the last few years, we've been operating in an environment where there was too many trucks and not enough freight. We're now in an environment with a lot of freight and not enough trucks. So that is very good for rental. And I think that's going to -- we see that continuing for now. And again, that is leading to also significant improvement on the lease and Dedicated and Supply Chain side.

**Operator**

And we'll take our next question from Brian Ossenbeck with JPMorgan.

**Brian Patrick Ossenbeck**
*JP Morgan Chase & Co, Research Division*

Just want to go back to the Investor Day again for a second and specifically on the lease fleet growth and sort of an upside scenario, which I think was about 5,000 vehicles, which it looks like 2018 will be above that. In that analysis, you're still expecting to be a little bit free cash flow positive or flat. Clearly, a couple things have changed in the forward guidance, sounds like mostly on the used vehicle side. But when do you think that scenario could be realistic, again, as you kind of reset and look out over the next couple of years?

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. I think what we need, Brian, on the free cash flow side, is what you need is -- you need multiple years of a steady growth rate, right. Because when you get a steady growth rate now the cash from the vehicles that you just sold the previous year are paying for the same growth that you're getting the next year. Obviously, what we're going to have here is significant increase in the growth rate, probably doubling. So where you have these spikes or pickups in growth rates, you're going to go to negative free cash flow. So -- but we want to -- we're taking the growth every time we can get it. And we know over the long run, that's really what drives -- what's going to drive earnings and what's going to drive value for the shareholders. So we're expecting a strong year this year. It's going to result in negative free cash flow this year. But if we can put a string of these higher growth rate years together, you'll see positive free cash flow. If the growth rate were to drop some, you'll also see positive free cash flow.

**Brian Patrick Ossenbeck**
*JP Morgan Chase & Co, Research Division*

Okay. So it sounds like it's just a bigger step-up and you're going to have to cycle through that for a few years before you can expect that to level off?

**Robert E. Sanchez**
*CEO, Chairman & President*

Correct. If what we're looking for is 6,500 units of growth for the next several years, you're right, it'll take you a few years.

**Art A. Garcia**
*Former Special Advisor to the Chief Executive Officer*

Plus, Brian, this year is impacted, too. We're refreshing rental. That's kind of probably not exactly how it was in the Investor Day...

**Brian Patrick Ossenbeck**
*JP Morgan Chase & Co, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. Right, right, of course, but even if you strip out that from the 600, then it gets a little bit lower than I would have thought but understand the moving parts. Can you just real quickly go through since overhead cost reductions has been a big part of the EPS waterfall for '17 and '18, if you can maybe just touch on how '17 came in versus your expectations and then what are some of the bigger pieces for '18? I realize there are -- already have been some adjustments, but anything else that you could add around that would be helpful.

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. I guess the first thing on 2017, we hit the number. I think we had $0.30, $0.35 in last year's waterfall. And we came in on that number. This year's $0.50, as I mentioned, is a result of the zero-based budgeting initiative that we've started. A good chunk of that is a result of some headcount actions that we've taken as we looked at spans and layers in the organization, across the organization. There's some other items around just managing indirect costs, which we are in the midst of. We've got a pretty robust process in place to make sure we hit that. So we feel confident in our ability to hit that $0.50 that, again, will help us fund some of the strategic investments. And we haven't had a chance to talk much about that, but it's investments in things that are important to drive growth. And for example, in our Supply Chain business, our visibility and optimization tool, RyderShare. We're going to be spending a good amount of money on that this year. It's important for our contractual Supply Chain customers. And really, it's going to give us a competitive advantage, I think, against the other players in that space. So these are investments that are important. They're important to our future growth. And this year is an important year to make that happen. So we're going to be doing that. We're going to also be spending money on more salespeople to increase the growth rate. We have added some salespeople, which are already paying dividends. So we're investing in that. And then also investing in some other technology tools that will impact FMS and Dedicated, which you'll hear about here in the next several months.

**Operator**

We'll go to our next question from Matt Brooklier with Buckingham Research.

**Matthew Stevenson Brooklier**
*The Buckingham Research Group Incorporated*

So a question on the commercial rental side. The 6% fleet growth, can you roughly talk to how much of that 6% just reflects increased growth in terms of lease units you expect to add in '18? And how much of that growth is a result of just, I guess, a stronger spot rental market?

**Dennis C. Cooke**
*President of Global Fleet Management Solutions*

Matt, it's Dennis. I would estimate 40% of it for supporting lease growth and about 60% based on just rental demand increasing in the spot market.

**Matthew Stevenson Brooklier**
*The Buckingham Research Group Incorporated*

That's somewhat similar to past years, is that right.

**Dennis C. Cooke**
*President of Global Fleet Management Solutions*

Yes.

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. I mean, think about it, we're forecasting 9% rental growth and 8% ChoiceLease growth. So yes, they're kind of growing consistent.

**Matthew Stevenson Brooklier**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*The Buckingham Research Group Incorporated*

Okay. And then just a quick one on rental pricing. I think the guide was for 3% growth. If you look back to the prior peak, like how far are we off -- or maybe we're not, but how does your expectations for '18 pricing, I guess, on a rental absolute basis, how does that compare to the prior peak that, I think, we hit in '14 or '15?

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. I don't have the side-by-side here, but I would expect we're not too far off and maybe a little higher. As you might imagine, vehicle costs are higher. So I would expect that number to continue to rise as the vehicles that have been coming into the fleet are more expensive.

**Matthew Stevenson Brooklier**
*The Buckingham Research Group Incorporated*

Okay. And then where -- can you talk to rental pricing in January? And that's my last one.

**Robert E. Sanchez**
*CEO, Chairman & President*

Rental pricing in January?

**Matthew Stevenson Brooklier**
*The Buckingham Research Group Incorporated*

Yes.

**Robert E. Sanchez**
*CEO, Chairman & President*

We're on track with the 2018 forecast we're giving here. We had a strong January. And as I mentioned, strong sales also across the contractual businesses.

**Operator**

We'll go to our next question from Kevin Sterling with Seaport Global Securities.

**Kevin Wallace Sterling**
*Seaport Global Securities LLC, Research Division*

So Robert, you guys have done a fabulous job with all the information you've given us and laying out so appreciate the level of detail. But you talked about just another question on the used vehicle market. You said you need used vehicle sales to come back this year to, I guess, to slow or stop the accelerated depreciation. Can you quantify how much of an increase will we need to see to kind of stem that tide? Is it 1%, 2% increase in used vehicle price? Is it 5%, 10%? Is there a way to kind of help quantify that?

**Robert E. Sanchez**
*CEO, Chairman & President*

It's probably, Kevin, about 10% to 15% up from where we are now. And that's adjusting for inflation so as a percent of our vehicle investment. So yes, we need this thing to turn around and really start moving back up. This is an extended downturn. We certainly wouldn't have expected used-truck pricing to remain depressed this long, but we're trying to -- we're really, I think, executing well on the things we can control, keeping our inventory levels down, trying to retail as many of the units as we can. So you're going to see, in 2018, an improvement on the percentage of units that'll be retail versus wholesale. And if we can do better than that, obviously, we're going to do that. So with the things within our control, we're executing well. The issue is just getting the market right, and we're moving the right direction again.

**Kevin Wallace Sterling**
*Seaport Global Securities LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

RYDER SYSTEM, INC. FQ4 2017 EARNINGS CALL   FEB 16, 2018

Yes. Just follow up, what -- from your perspective, what's 1 or 2 things you need to see in your mind to kind of get those rates really moving back? What's 1 or 2 key things that you think really need to happen to kind of really get that jump in used vehicle prices?

**Robert E. Sanchez**
*CEO, Chairman & President*

That's a good question. I think the things that I want to see happening are happening, right. The economy is picking up. The freight environment is hot. This will -- in historical downturns, this leads to an improvement in used vehicle pricing. Usually, more buyers in the marketplace, they need trucks to move stuff, and that should be good. We haven't seen it yet. We've seen a leveling off, but we haven't really seen a big turnaround yet. But the environment is right for a turnaround. The only headwind you have right now is how many more units are going to hit the used-truck market in the next 6 months. And that remains to be seen and the ability to digest those. But I'll tell you, the market -- the freight market being strong, which is, I think, the most important thing, we're seeing that.

**Operator**

And we'll take our final question from John Cummings with Copeland Capital.

**John R. Cummings**
*Copeland Capital Management, LLC*

I just wanted to hear your thoughts on the potential shift towards more electric vehicles and how that would potentially affect the leasing versus buying decisions and then just your [indiscernible] in general?

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. John, that's a good question. We -- as you know, we've announced 3 partnerships with electric vehicle start-up companies. We are -- we actually have some electric vehicles in the fleet as we speak, mostly in smaller delivery-type vehicles that we are -- that we have some in our rental fleet. And we also have some that we're beginning to lease to customers. So we are driving some of the initial demand for that with our customers to really understand how these -- how they work, how they operate and really be able to help our customers. We view our position in this as really being the -- continue to be the fleet manager and the adviser for our customers to provide the vehicles and the maintenance for those vehicles. As these start-ups, for example, typically are looking for a network that can provide them the maintenance that commercial vehicles need, I think Ryder is uniquely positioned to be able to do that. So we view our position in that, that becomes a larger part of the market is as we'd be well positioned for that. The other thing I would add is, I think it still has a long way to go. I mean, we're still in the initial phases of getting some of these vehicles out in the market. The technology is evolving. So there's still a lot of things that need to happen. But we're excited. We think there's a good opportunity for some of our customers, and there's a good opportunity for Ryder to continue to provide our expertise and our maintenance on these vehicles.

**John R. Cummings**
*Copeland Capital Management, LLC*

Okay. And then just, I know this is even more speculative at this point, but I'd just love to hear any thoughts you have on the potential for autonomous driving and how that trend might affect your business?

**Robert E. Sanchez**
*CEO, Chairman & President*

Yes. That -- obviously, that would have an impact on our Dedicated and Supply Chain business. We've actually had a few partnerships out there also with some of the autonomous vehicle start-up companies. I know the OEMs are all working on something also. We see the technology evolving pretty rapidly. But probably still a ways away in terms of an implementation that would impact our business and that would impact freight in general. But I think, clearly making some good progress. I think what's most exciting for us is, it's all translating into safer trucks. And safety technology on commercial vehicles today is

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

significantly greater than it was just a few years ago. And that is good for Ryder as obviously insurance cost come down over time. It's good for carriers and good for the driving public. So we're excited about that. I think that you're going to continue to see that. The vehicles that we're purchasing certainly for our use, we're purchasing with the latest collision avoidance technology that's out there. And also many of our lease customers are really looking at it as a great investment in safety and in their fleets.

**Operator**

At this time, there are no additional questions. I'd like to turn the call back over to Mr. Robert Sanchez for closing remarks.

**Robert E. Sanchez**
*CEO, Chairman & President*

Okay. Thanks, everyone. I know it's been a long call for you. We had a lot to cover, so I appreciate everybody's patience. We certainly look forward to getting out here over the next few weeks and months and get a chance to meet with all of you, and again, continue to review some of the great things we got going on here. So thank you, everyone.

**Operator**
That concludes today's conference. Thank you all for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**RYDER SYSTEM, INC. FQ4 2017 EARNINGS CALL   FEB 16, 2018**

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.