# EXHIBIT 11

# RESEARCH BRIEF

**Stephens**

**February 3, 2017**

**Justin Long, Analyst**
501-377-2036, justin.long@stephens.com

**Brian Colley, Associate**

| Changes | Previous | Current |
|---|---|---|
| Rating | -- | Overweight |
| Target Price | -- | $81.00 |
| Price: | | $71.81 |
| Fully Diluted Shares Out (mil.): | | 53.47 |
| 52-Week High: | | $85.42 |
| 52-Week Low: | | $49.42 |
| Market Cap (mil.): | | $3,839.5 |
| Fiscal Year End: | | Dec |
| Average Daily Volume: | | 564,522 |
| Float (mil.): | | 99.3 |
| Debt/Cap: | | 72.4 |
| Cash/Shr: | | $1.10 |
| Dividend/Yield: | | $2.38/2.3% |
| Book Value/Shr: | | $39.22 |

| EPS | 2016A | 2017E | 2018E |
|---|---|---|---|
| Mar | $1.05A | $0.74 | $0.86 |
| Prev. | -- | $0.88 | $1.01 |
| Jun | $1.38A | $1.16 | $1.32 |
| Prev. | -- | $1.34 | $1.48 |
| Sep | $1.59A | $1.51 | $1.70 |
| Prev. | -- | $1.60 | $1.73 |
| Dec | $0.92A | $1.41 | $1.56 |
| Prev. | $1.32 | $1.51 | $1.66 |
| FY | $4.95A | $4.83 | $5.43 |
| Prev. | $5.34 | $5.33 | $5.88 |
| P/E | 14.5x | 14.9x | 13.2x |

| Oper. EPS | 2016A | 2017E | 2018E |
|---|---|---|---|
| Mar | $1.12A | $0.82 | $0.94 |
| Prev. | -- | $0.96 | $1.09 |
| Jun | $1.56A | $1.24 | $1.40 |
| Prev. | -- | $1.42 | $1.56 |
| Sep | $1.67A | $1.59 | $1.78 |
| Prev. | -- | $1.68 | $1.81 |
| Dec | $1.07A | $1.49 | $1.64 |
| Prev. | $1.40 | $1.59 | $1.74 |
| FY | $5.43A | $5.15 | $5.75 |
| Prev. | $5.75 | $5.65 | $6.20 |
| P/E | 13.2x | 13.9x | 12.5x |
| Rev. | $6.79B | $7.05B | $7.34B |
| Prev. | $6.76B | $6.95B | $7.25B |

**Ryder System** provides leading-edge transportation, logistics and supply chain management solutions worldwide. Product offerings range from full-service leasing, Commercial Rental and programmed vehicle maintenance to integrated services such as dedicated contract carriage and carrier management.

# Ryder System, Inc.

R – NYSE

**Overweight**
**Reason for Report:** Estimate Changes, Analysis of Sales/Earnings

## Messy 4Q & Guide Down as Expected; Remain OW as Fundamentals Likely Bottoming

**INVESTMENT CONCLUSION:**
Ryder reported a sizable 4Q16 EPS miss vs. the Street; however, the majority of the shortfall was a result of a used vehicle inventory valuation adjustment and accelerated depreciation associated with the company's outlook for the used truck market to remain weak through mid 2018. This also resulted in the initial 2017 guidance falling shy of Street expectations as the company is assuming another 15% - 20% y/y decline in used truck pricing. That said, we believe earnings in Ryder's transactional businesses will likely find a cyclical bottom in 2017. When combined with continued secular growth in its core contractual businesses (full service lease, dedicated and supply chain services) and signs of an improving transportation market ahead, we are maintaining our **Overweight** rating and $81 PT.

**KEY POINTS:**
**Estimate Changes.** We are lowering our 2017 adj. EPS est. to $5.15 (from $5.65) to be within Ryder's 2017 EPS guidance range. We are also lowering our 2018 adj. EPS est. to $5.75 (from $6.20) primarily due to a weaker outlook for used truck sales (now assuming a $10 mil. loss in 2018). *See GAAP results and quarterly changes in table.*

**4Q16 Summary.** Ryder reported 4Q16 adj. EPS of $1.07 that missed consensus of $1.42, our estimate of $1.40 and guidance of $1.35 - $1.50. The miss was driven by a weaker-than-expected used truck market and we would note that 1) adjustments to its used vehicle inventory valuations and accelerated depreciation actions resulted in a 35c EPS headwind and 2) a lower tax rate was a $0.09 tailwind. GAAP EPS was $0.92 and included a 15c headwind from non-operating pension costs (9c) and restructuring / other charges (6c). Total rev. was $1.729 bil. (+3.4% y/y) vs. consensus of $1.710 bil. and our est. of $1.701 bil. Operating rev. (excl. fuel) of $1.467 bil. was up 2% y/y (+3% y/y excl. FX). Pre-tax income margins of 4.8% were below our est. of 6.9% and resulted in pre-tax income of $82.5 mil. vs. our est. of $117.0 mil. By segment, FMS EBIT of $64.4 mil. was down 48% y/y, DTS EBT of $15.3 mil. was up 38% y/y and SCS EBT of $26.4 mil. was up 11% y/y.

**2017 Guidance.** Ryder issued 2017 adj. EPS guidance of $5.10 - $5.40 (flat to down 6% y/y) that was 10% (61c) below the Street est. of $5.86 at the mid-point. However, we would note a higher tax rate and FX are estimated to be a $0.13 headwind y/y with lower gains on sale and accelerated depreciation also serving as a $0.28 headwind y/y. Guidance for 2017 also assumes 1) operating revenue growth of 3% y/y (based on moderate-to-slow economic growth), 2) FCF of

---

**See important disclosures and analyst certification on pages 4 - 5 of this report.**

© 2017 Stephens Inc.

111 Center Street          Little Rock, AR 72201          501-377-2000          800-643-9691          www.stephens.com          Member NYSE, SIPC

$250 mil. and 3) growth in all three of its contractual businesses. Finally, Ryder also issued 1Q17 EPS guidance of $0.82 - $0.92 that is 20% (22c) below the Street of $1.09 at the midpoint.

**FMS Segment:** FMS operating revenue was down 1% y/y (up 1% y/y excluding FX) and pre-tax income declined by 48%. This decline was primarily driven by lower used truck sales, and to a lesser extent, weaker rental results and accelerated depreciation for vehicles expected to be sold through mid-2018. These headwinds were partially offset by growth in full service lease and reduced over spending. Looking at 2017, Ryder expects growth in the lease fleet of 3,500 units, a 3% decline in rental demand and a 15% - 20% decline in used truck pricing. More detail on FMS segment results by product is below:

- **Commercial Rental.** Revenue was down 14% y/y due to lower demand. Global rental pricing was up 1% y/y (+3% y/y excluding FX) in the quarter and slightly better than the company's expectation. Utilization of 77.3% was down 30 bps y/y but an improvement from 1H16 due to a right-sizing of the fleet. For 2017, the company expects operating revenue to be down 1% y/y due to 3% lower demand and a smaller average fleet. However, this segment is expected to be a 9c y/y tailwind to EPS in 2017 due to improved utilization and a 1% y/y increase in pricing.

- **Full Service Lease.** Revenue was up 5% y/y (up 6% y/y excluding FX) from fleet growth and the benefit of increased residual values. Excluding U.K. trailers, the full service lease fleet was up 400 units sequentially and up 4,100 units for the full year, exceeding the company's initial guidance for growth of 3,500 at the start of last year. Looking at 2017, Ryder expects operating revenue to increase 4% y/y from lease fleet growth of 3,500 vehicles y/y (excluding U.K. trailers). This segment is expected to contribute $0.23 of y/y EPS growth 2017.

- **Contract Maintenance / Contract-Related Maintenance.** 4Q16 contract maintenance revenue declined by 1% y/y and the contract maintenance fleet grew organically by 3,700 units y/y from new business. Contract-related maintenance revenue was up 1% y/y and included 7,900 vehicles serviced under Ryder's on-demand maintenance product (+10% y/y).

- **Asset Management / Used Vehicle Sales.** The used truck market was weaker than expected in 4Q16 and Ryder now expects these depressed market conditions to continue over the next 18 months. Used vehicle sales of 4,500 units were flat y/y but up 13% sequentially. This resulted in inventory ending the quarter at 8.700 units, which remains above Ryder's target range of 6,000 - 8,000 units. Tractor pricing in the quarter was down 17% y/y, down 12% seq. and is now down 26% from the peak in 2Q15. Truck pricing in the quarter was down 12% y/y, down 15% seq. and is now down 17% from the peak in 2Q15. Looking into 2017, Ryder expects used vehicle sales pricing to be down 15% - 20% y/y with a slight increase in volumes. This is expected to result in a 12c y/y EPS headwind from used truck sales in 2017 (~$10 mil. of losses on sales).

**DTS Segment.** 4Q16 operating revenue increased by 3% y/y from higher volumes, increased prices and new business. Pre-tax income was up 38% y/y from better operating performance and customer bankruptcy-related charges in 4Q15. Pre-tax income margins of 7.9% were up 200 bps y/y. Looking into 2017, Ryder expects operating revenue growth of 3% y/y driven by new sales activity in 2H16, with earnings expected to benefit from revenue increases and lower overhead costs. For the full year, this segment is expected to contribute $0.06 of y/y EPS growth.

**SCS Segment.** 4Q16 operating revenue was up 9% y/y (up 11% y/y excluding FX) driven by higher volumes and new business. Pre-tax income was up 11% y/y from operating revenue growth. Pre-tax income margins of 7.5% were up 10 bps y/y. Looking into 2017, Ryder expects operating revenue growth of 5% y/y driven by new business and higher volumes with existing accounts. For the full year, this segment is expected to contribute $0.30 of y/y EPS growth.

**Thoughts on the Stock.** Shares are currently trading at 14.0x our revised 2017 operating EPS estimate and 12.5x our revised 2018 operating EPS estimate. This compares to the 5 year NTM P/E multiple that has ranged from roughly 8.0x - 15.0x and averaged 12.0x. In our view, a multiple near the high end of this range is justified given our belief that earnings in Ryder's transactional businesses (used truck sales and rental) will be at a cyclical trough in 2017. In addition, the company's core contractual businesses continue to see nice secular growth from outsourcing and are becoming a larger portion of the overall business / earnings. As a result, we maintain our **Overweight** rating and $81 price target. This target equates to roughly 14.0x our new 2018 EPS estimate.

**Ryder System, Inc.**
Income Statement Summary

*(In Millions, Except per Share)*

| | FYE 2012A | FYE 2013A | FYE 2014A | FYE 2015A | 3/31/16 | 6/30/16 | 9/30/16 | 12/31/16 | FYE 2016A | 3/31/17E | 6/30/17E | 9/30/17E | 12/31/17E | FYE 2017E | 3/31/18E | 6/30/18E | 9/30/18E | 12/31/18E | FYE 2018E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lease and Rentals Gross Revenue | $ 2,695 | $ 2,770 | $ 2,939 | $ 3,122 | $ 768 | $ 798 | $ 803 | $ 802 | $ 3,171 | $ 787 | $ 819 | $ 829 | $ 830 | $ 3,264 | $ 816 | $ 850 | $ 861 | $ 864 | $ 3,391 |
| Services Gross Revenue | 2,707 | 2,820 | 2,911 | 2,912 | 759 | 786 | 801 | 806 | 3,152 | 773 | 807 | 828 | 840 | 3,248 | 807 | 842 | 864 | 877 | 3,391 |
| Fuel Services Gross Revenue | 855 | 830 | 788 | 538 | 103 | 120 | 120 | 121 | 464 | 118 | 138 | 138 | 139 | 533 | 124 | 144 | 145 | 146 | 560 |
| **Total Gross Revenue** | $ 6,257 | $ 6,419 | $ 6,639 | $ 6,572 | $ 1,630 | $ 1,704 | $ 1,724 | $ 1,729 | $ 6,787 | $ 1,678 | $ 1,764 | $ 1,795 | $ 1,810 | $ 7,046 | $ 1,747 | $ 1,837 | $ 1,871 | $ 1,887 | $ 7,342 |
| Cost of Lease and Rentals | $ 1,892 | $ 1,916 | $ 2,039 | $ 2,155 | $ 553 | $ 555 | $ 558 | $ 569 | $ 2,234 | $ 581 | $ 582 | $ 580 | $ 581 | $ 2,323 | $ 597 | $ 601 | $ 599 | $ 600 | $ 2,397 |
| Cost of Services | 2,264 | 2,367 | 2,448 | 2,413 | 632 | 646 | 659 | 666 | 2,603 | 643 | 666 | 683 | 693 | 2,684 | 670 | 694 | 711 | 722 | 2,797 |
| Cost of Fuel Services | 839 | 814 | 768 | 520 | 99 | 116 | 117 | 117 | 448 | 114 | 133 | 134 | 135 | 516 | 120 | 140 | 141 | 141 | 542 |
| **Total Costs of Goods Sold** | $ 4,994 | $ 5,097 | $ 5,255 | $ 5,088 | $ 1,283 | $ 1,317 | $ 1,334 | $ 1,352 | $ 5,286 | $ 1,337 | $ 1,380 | $ 1,397 | $ 1,409 | $ 5,523 | $ 1,387 | $ 1,435 | $ 1,450 | $ 1,464 | $ 5,736 |
| Lease and Rentals Gross Profit | $ 804 | $ 854 | $ 900 | $ 966 | $ 215 | $ 243 | $ 245 | $ 233 | $ 937 | $ 206 | $ 238 | $ 249 | $ 249 | $ 941 | $ 219 | $ 249 | $ 263 | $ 263 | $ 994 |
| Services Gross Profit | 443 | 452 | 464 | 499 | 127 | 140 | 142 | 140 | 549 | 131 | 141 | 145 | 147 | 564 | 137 | 148 | 153 | 155 | 594 |
| Fuel Services Gross Profit | 16 | 15 | 20 | 18 | 4 | 4 | 4 | 4 | 15 | 4 | 5 | 5 | 5 | 18 | 4 | 5 | 5 | 5 | 18 |
| **Total Costs of Gross Profit** | $ 1,263 | $ 1,322 | $ 1,383 | $ 1,484 | $ 347 | $ 387 | $ 391 | $ 377 | $ 1,502 | $ 341 | $ 383 | $ 398 | $ 401 | $ 1,523 | $ 360 | $ 402 | $ 420 | $ 424 | $ 1,606 |
| Selling, General and Administrative Expenses | 767 | 791 | 802 | 843 | 211 | 215 | 199 | 210 | 835 | 220 | 221 | 206 | 217 | 865 | 223 | 225 | 210 | 224 | 882 |
| Gains on Vehicle Sales | (89) | (96) | (127) | (118) | (19) | (12) | (2) | 32 | (1) | - | 4 | 4 | 4 | 11 | 3 | 3 | 3 | 3 | 10 |
| Other Operating Expenses | 104 | 111 | 117 | 115 | 23 | 20 | 21 | 20 | 84 | 16 | 18 | 18 | 18 | 70 | 17 | 19 | 19 | 20 | 75 |
| **Total Operating Expenses** | $ 783 | $ 805 | $ 791 | $ 839 | $ 215 | $ 223 | $ 218 | $ 262 | $ 918 | $ 236 | $ 242 | $ 228 | $ 239 | $ 945 | $ 243 | $ 246 | $ 232 | $ 246 | $ 967 |
| **EBIT** | 480 | 517 | 592 | 644 | 131 | 164 | 173 | 116 | 584 | 105 | 141 | 170 | 162 | 577 | 117 | 156 | 188 | 178 | 639 |
| Interest Expense | 141 | 137 | 142 | 148 | 38 | 37 | 37 | 35 | 148 | 39 | 39 | 40 | 41 | 159 | 42 | 43 | 44 | 45 | 173 |
| Other Expense / (Income) | (12) | (14) | (14) | (10) | (2) | (6) | (3) | (2) | (13) | (3) | (3) | (3) | (3) | (13) | (3) | (3) | (3) | (3) | (13) |
| **Pre-Tax Income** | 351 | 393 | 463 | 506 | 96 | 132 | 139 | 83 | 449 | 69 | 105 | 133 | 124 | 431 | 79 | 116 | 147 | 136 | 478 |
| Income Taxes | 125 | 136 | 166 | 179 | 35 | 49 | 50 | 25 | 159 | 25 | 38 | 49 | 45 | 157 | 29 | 42 | 54 | 50 | 175 |
| Net Income Before Other Items | $ 226 | $ 256 | $ 297 | $ 327 | $ 60 | $ 83 | $ 89 | $ 58 | $ 291 | $ 44 | $ 67 | $ 85 | $ 79 | $ 274 | $ 50 | $ 74 | $ 94 | $ 87 | $ 304 |
| Other Items | 3 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| **Net Income** | $ 224 | $ 254 | $ 296 | $ 327 | $ 60 | $ 83 | $ 89 | $ 57 | $ 290 | $ 44 | $ 66 | $ 84 | $ 78 | $ 273 | $ 50 | $ 73 | $ 93 | $ 86 | $ 303 |
| Diluted Shares Outstanding | 51 | 52 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 |
| GAAP EPS | $ 3.91 | $ 4.41 | $ 4.14 | $ 5.74 | $ 1.05 | $ 1.38 | $ 1.59 | $ 0.92 | $ 4.95 | $ 0.74 | $ 1.16 | $ 1.51 | $ 1.41 | $ 4.83 | $ 0.86 | $ 1.32 | $ 1.70 | $ 1.56 | $ 5.43 |
| **Operating EPS\*** | $ 4.41 | $ 4.88 | $ 5.59 | $ 6.13 | $ 1.12 | $ 1.56 | $ 1.67 | $ 1.07 | $ 5.43 | $ 0.82 | $ 1.24 | $ 1.59 | $ 1.49 | $ 5.15 | $ 0.94 | $ 1.40 | $ 1.78 | $ 1.64 | $ 5.75 |
| **EBIT** | $ 480 | $ 517 | $ 592 | $ 644 | $ 131 | $ 164 | $ 173 | $ 116 | $ 584 | $ 105 | $ 141 | $ 170 | $ 162 | $ 577 | $ 117 | $ 156 | $ 188 | $ 178 | $ 639 |
| Depreciation & Amortization | 940 | 957 | 1,040 | 1,211 | 287 | 294 | 297 | 300 | 1,178 | 305 | 305 | 310 | 310 | 1,230 | 310 | 310 | 315 | 315 | 1,250 |
| **EBITDA** | $ 1,420 | $ 1,474 | $ 1,632 | $ 1,855 | $ 418 | $ 458 | $ 470 | $ 416 | $ 1,762 | $ 410 | $ 446 | $ 480 | $ 472 | $ 1,807 | $ 427 | $ 466 | $ 503 | $ 493 | $ 1,889 |
| **Year-over-Year Change:** | | | | | | | | | | | | | | | | | | | |
| Total Revenue | 3.4% | 2.6% | 3.4% | (1.0%) | 4.0% | 2.5% | 3.3% | 3.4% | 3.3% | 3.0% | 3.5% | 4.1% | 4.7% | 3.8% | 4.1% | 4.1% | 4.2% | 4.3% | 4.2% |
| EBITDA | 9.2% | 3.8% | 10.7% | 13.6% | 8.2% | (0.8%) | (0.6%) | (22.1%) | (5.0%) | (2.1%) | (2.6%) | 2.1% | 13.5% | 2.6% | 4.3% | 4.4% | 4.8% | 4.5% | 4.5% |
| EBIT | 12.2% | 7.6% | 14.6% | 8.8% | 5.5% | (7.4%) | (4.8%) | (28.2%) | (9.4%) | (20.2%) | (14.0%) | (1.8%) | 39.8% | (1.1%) | 12.0% | 10.4% | 10.6% | 10.0% | 10.7% |
| **Margins:** | | | | | | | | | | | | | | | | | | | |
| EBITDA | 22.7% | 23.0% | 24.6% | 28.2% | 25.7% | 26.9% | 27.3% | 24.0% | 26.0% | 24.4% | 25.3% | 26.7% | 26.1% | 25.6% | 24.5% | 25.4% | 26.9% | 26.1% | 25.7% |
| Operating Ratio | 92.3% | 92.0% | 91.1% | 90.2% | 91.9% | 90.4% | 90.0% | 93.3% | 91.4% | 93.8% | 92.0% | 90.5% | 91.1% | 91.8% | 93.3% | 91.5% | 89.9% | 90.6% | 91.3% |
| Net Income | 3.6% | 4.0% | 4.5% | 5.0% | 3.7% | 4.9% | 5.2% | 3.3% | 4.3% | 2.6% | 3.8% | 4.7% | 4.3% | 3.9% | 2.8% | 4.0% | 5.0% | 4.6% | 4.1% |
| Tax Rate | 35.6% | 34.7% | 35.8% | 35.3% | 37.0% | 36.9% | 35.7% | 30.1% | 35.3% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% |

*Excludes extraordinary / non-recurring charges.*
*Source: Stephens and Company reports.*

Justin Long (501) 377-2036

## APPENDIX A

**ANALYST CERTIFICATION**

The analyst primarily responsible for the preparation of the content of this report certifies that (i) all views expressed in this report accurately reflect the analyst's personal views about the subject company and securities, and (ii) no part of the analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the analyst in this report.

## REQUIRED DISCLOSURES

The research analyst principally responsible for preparation of this report has received compensation that is based on the firm's overall revenue which includes investment banking revenue.

Stephens Inc. maintains a market in the common stock of Ryder System, Inc. as of the date of this report and may act as principal in these transactions.

Ryder System, Inc. is or has been a client of Stephens Inc. for non-investment banking securities related services within the past 12 months.

Stephens Inc. expects to receive or intends to seek compensation for investment banking services from Ryder System, Inc. in the next three months.



Rating and Price Target History for: Ryder System, Inc. (R) as of 02-02-2017

| Date | Rating/Target |
| --- | --- |
| 04/24/14 | OW:$95 |
| 07/24/14 | OW:$102 |
| 10/23/14 | OW:$105 |
| 04/23/15 | OW:$110 |
| 10/13/15 | OW:$86 |
| 02/03/16 | OW:$70 |
| 03/07/16 | OW:$75 |
| 04/27/16 | OW:$83 |
| 07/27/16 | OW:$81 |

Created by BlueMatrix

## Valuation Methodology for Ryder System, Inc.
- We used multiple valuation techniques, including P/E and comparable company analysis, to arrive at our 12-month price target for Ryder.
- Our P/E multiple assumption is based on the stock's recent trading range, its recent and longer-term multiple ranges and also a comparison to its peers.
- We place a great deal of weight upon the Company's long-term growth prospects and free cash flow generation potential.
- The rate of improvement is also considered when assessing trends.

## Risks to Achievement of Target Price for Ryder System, Inc.
We believe risks to the stock achieving our 12-month price target include 1) economic activity, 2) residual risk, 3) rental utilization rates, 4) concentrated customer base in SCS and 5) pension obligations.

## Ratings Definitions
OVERWEIGHT (O) - The stock's total return is expected to be greater than the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. EQUAL-WEIGHT (E) - The stock's total return is expected to be equivalent to the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. UNDERWEIGHT (U) - The stock's total return is expected to be less than the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. VOLATILE (V) - The stock's price volatility is potentially higher than that of the company's industry sector. The company stock ratings may reflect the analyst's subjective assessment of risk factors that could impact the company's business.

**Research Brief**
**February 3, 2017**

## Distribution of Stephens Inc. Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | IB Serv./Past 12 Mos. Percent |
|---|---|---|---|---|
| **BUY [OW]** | 281 | 52.82 | 72 | 25.62 |
| **HOLD [EW]** | 238 | 44.74 | 30 | 12.61 |
| **SELL [UW]** | 13 | 2.44 | 0 | 0.00 |

## OTHER DISCLOSURES

This report has been prepared solely for informative purposes as of its stated date and is not a solicitation, or an offer, to buy or sell any security. It does not purport to be a complete description of the securities, markets or developments referred to in the material. Information included in the report was obtained from internal and external sources which we consider reliable, but we have not independently verified such information and do not guarantee that it is accurate or complete. Such information is believed to be accurate on the date of issuance of the report, and all expressions of opinion apply on the date of issuance of the report. No subsequent publication or distribution of this report shall mean or imply that any such information or opinion remains current at any time after the stated date of the report. We do not undertake to advise you of any changes in any such information or opinion. Prices, yields, and availability are subject to change with the market. Nothing in this report is intended, or should be construed, as legal, accounting, regulatory or tax advice. Any discussion of tax attributes is provided for informational purposes only, and each investor should consult his/her/its own tax advisors regarding any and all tax implications or tax consequences of any investment in securities discussed in this report. Please note that we provide supplemental news and analysis in Quick Takes blogs available to clients on our website. ***If applicable, when reading research on Business Development Companies, you should consider carefully the investment objectives, charges, risks, fees and expenses of the investment company before investing. The prospectus, and, if available, the summary prospectus, contain this and other information about the investment company. You can obtain a current prospectus, and, if available, a summary prospectus, by calling your financial consultant. Please read the prospectus, and, if available, the summary prospectus, carefully before investing as it contains information about the previous referenced factors and other important information.*** Also, please note other reports filed with the Securities and Exchange Commission by the relevant investment company at www.sec.gov . Additional information available upon request.