# EXHIBIT 12

# Ryder System, Inc. (R)

## Lingering Used Vehicle Headwinds Cloud an Otherwise Bright Growth Outlook



**Remain Outperform-rated.** Both 4Q17 results and 2018's initial EPS guidance were slightly below expectations, pressured by lingering headwinds from soft used vehicle sales (UVS) fundamentals. However, the weakness in UVS trends belies otherwise healthy momentum across Ryder's business units. While UVS uncertainty pressures near-term estimates and remains an overhang, we see accelerating EBT growth in 2H18 and 2019 as presenting a fundamental catalyst to R. Buyers relative to our new $95 price target.

- **4Q17 results.** Comparable 4Q17 EPS from continuing operations of $1.37 (+28% yoy) was roughly in line with our consensus-matching $1.36 EPS estimate and management's $1.31-1.41 guidance range. EBT was +27% yoy but below our estimate by ~6%.

- **2018 comparable EPS guidance was below expectations** ($5.40-5.70, below recent $5.86 consensus), given lingering headwinds from used vehicle sales and higher maintenance expenses. Guidance reflects total revenue +6% yoy and operating revenue +8% yoy.
  - **1Q18 comparable EPS** expected to be $0.83-0.90, below recent $1.03 consensus.

- Three key takeaways from 4Q17's result and conference call:
  - **Used vehicle sales (UVS) headwinds remain the key source of risk.** Though used vehicles held for sale (6,000 at 4Q17-end) are toward the bottom end of management's targeted range (6,000-8,000), pricing remains pressured. As such, residual values for vehicles in operation were reduced (a $0.50/sh headwind year-over-year to EPS), largely consistent with expectations articulated on management's 3Q17 EPS call. The incremental drag is the ~$0.23/sh headwind from the decision extend accelerated depreciation on units held for sale through mid-2019 (from mid-2018 previously) given continued UVS pricing weakness and uncertainty.
  - **Long-term (three-year) financial targets resultantly revised.** FMS margin (EBT as % of operating revenue) target lowered to 10-12% (from 12-13%) given incremental UVS headwinds since this target's introduction at 2Q16's investor day. ROC spread target (now 100-150 bps, from 150-200 bps) and leverage ratio (now 200-250%, from 250-300%) also lowered.
  - **However, the UVS drag belies otherwise healthy momentum.** FMS operating revenue growth forecast of +8% yoy is supported by core ChoiceLease growth (est'd +4.7%, or 6,500 units), +9% est'd operating revenue growth in Commercial Rental (+3% yoy pricing, +6% yoy fleet). Operating revenue growth outlook for 2018 in DTS (+9% yoy) and SCS (+6% yoy) similarly healthy and expected to produce positive operating leverage.

- **Reducing our 2018 EPS estimate** to reflect ongoing UVS headwinds included in management's outlook. Introducing a 2019 EPS estimate (+20% yoy) that reflects 8.6% FMS margins (EBT as % of op rev), still below management's three-year (i.e., 2020) target of 10-12%.

- **Our new $95 price target** reflects ~14x NTM+1 EPS (near Ryder's 10-year, ~14x average).

*Ryder is one of the largest full-service truck leasing and commercial rental companies. Offerings include: Fleet Management Solutions, Supply Chain Solutions, and Dedicated Transportation Solutions.*

## LOWERING PRICE TARGET

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Higher Risk |
| Price Target/Previous: | ▼$95/$98 |
| Price (2/16/18): | $76.43 |
| Market Cap (mil): | $4,058 |
| Shares Out (mil): | 53.1 |
| Average Daily Vol (mil): | 0.50 |
| Dividend Yield: | 2.7% |

### Estimates

| FY Dec | 2017A | 2018E | 2019E |
|---|---|---|---|
| Q1 | 0.82 A | 0.86 E | |
| Q2 | 1.00 A | 1.26 E | |
| Q3 | 1.33 A | 1.66 E | |
| Q4 | 1.37 A | 1.80 E | |
| **Fiscal EPS** | **4.53 A** | **5.57 E** | **6.67 E** |
| Previous Est | 4.52 A | 5.75 E | |
| Fiscal P/E | 16.9x | 13.7x | 11.5x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

> **Please refer to Appendix - Important Disclosures and Analyst Certification**

**Benjamin J. Hartford, CFA**
Sr. Research Analyst
bhartford@rwbaird.com
414.765.3752

Intended for ccandela@ryder.com only. Property of Baird. Contact Baird for permission to share.

# Details

**Investment perspective.** Both 4Q17 results and 2018's initial EPS guidance were slightly below expectations, pressured by lingering headwinds from soft used vehicle (UVS) fundamentals. See Figure 1 for a bridge to 2018's comparable EPS guidance. Though used vehicles held for sale (6,000 at 4Q17-end) are toward the bottom end of management's targeted range (6,000-8,000), pricing remains pressured. As such, residual values for vehicles in operation were reduced (a $0.50/sh headwind year-over-year to EPS), largely consistent with expectations articulated on management's 3Q17 EPS call. The incremental drag is the ~$0.23/sh headwind from the decision extend accelerated depreciation on units held for sale through mid-2019 (from mid-2018 previously) given continued UVS pricing weakness and uncertainty.

However, the weakness in UVS trends belies otherwise healthy momentum across Ryder's business units. FMS operating revenue growth forecast of +8% yoy is supported by core ChoiceLease growth (est'd +4.7%, or 6,500 units), +9% est'd operating revenue growth in Commercial Rental (+3% yoy pricing, +6% yoy fleet). Operating revenue growth outlook for 2018 in DTS (+9% yoy) and SCS (+6% yoy) similarly healthy and expected to produce positive operating leverage. All told, while UVS uncertainty pressures near-term estimates and remains an overhang, we see accelerating EBT growth in 2H18 and 2019 as presenting a fundamental catalyst to R -- and supporting our Outperform rating on the stock.

FIGURE 1: 2018 EARNINGS GUIDANCE BRIDGE

| 2017 Comparable EPS | $4.53 | |
|---|---|---|
| | **EPS Impact** | **Comments:** |
| *Positives* | | |
| Tax | $0.72 | Lower federal tax rate given the TCJA |
| ChoiceLease/SelectCare | $0.60 | Organic fleet growth and higher pricing, partially offset by lower residuals |
| Overhead Actions | $0.50 | New zero-base budgeting effort |
| Commerical Rental | $0.23 | Higher pricing and stronger demand |
| SCS | $0.20 | Revenue growth and margin improvement |
| DTS | $0.10 | Revenue growth and margin improvement |
| **Total Tailwind** | $2.35 | |
| *Negatives* | | |
| Strategic Investments | ($0.38) | Investments in sales/marketing, new product development, and IT |
| Used Vehicle Sales/Accel. Depreciation | ($0.30) | -$0.50 from residual value changes, partially offset by accel. depr. +$0.14 and UVS +$0.06 |
| Compensation | ($0.27) | Higher bonus (planned at target); standard merit increases |
| Interest/Insurance | ($0.18) | Higher interest rates and increased liability insurance premiums |
| Other (Foreign Exchange) | ($0.05) | |
| **Total Headwind** | ($1.18) | |
| 2018 Guidance Range | $5.40-5.70 | |

Source:  Company reports

Key highlights of 1Q18, 2018, and longer-term guidance:

- **1Q18**
  - **Comparable EPS** of $0.83-0.90 (GAAP of $0.82-0.89)

- **2018**
  - **Comparable EPS** of $5.40-5.70 (GAAP of $5.34-5.64)
  - **FMS:** Total revenue growth of +7% yoy; operating revenue +8% given +8% growth in ChoiceLease and +9% growth in Commercial Rental. ChoiceLease is expected to grow its fleet 6,500, while SelectCare grows its fleet by 4,500 units given continued strength in secular outsourcing trends and marketing initiatives, into a strengthening freight environment. Rental demand +6%, pricing +3%, and fleet growth +6%, with higher utilization. Depreciation expense will increase by $0.50 in EPS given policy changes to reflect used vehicle trends, partially offset by extended accelerated depreciation benefiting EPS $0.14 yoy.
  - **DTS:** "Significantly" stronger revenue growth (+5% gross; +9% operating revenue) given strong sales and a strong pipeline. Earnings will benefit from both top line growth and cost saving initiatives, partially offset by strategic investments.

- **SCS:** Revenue growth of +6% (both gross and operating) driven by strong sales and a strong pipeline, with earnings to additionally benefit from higher pricing and improved operating performance.
- **Capex:** Gross capex is expected to be $2,905 million ($2,490 net), including $1,980 in ChoiceLease, $745 for Commercial Rental, and $180 for operating property and equipment. The increase in capex is driven by renewed spending on growth after two years of more minimal growth.
- **FCF** is expected to be a negative $600 million given significant higher capex to fund growth, particularly in ChoiceLease and Commercial Rental. However, the leverage ratio is only expected to increase slightly to 199%.
- **Tax rate** of 25.8% from continuing operation (26.1% on a comparable basis, yoy).
- **ROC Spread** of 0.0%.
- **Average diluted share count** of 53.0 million.

- **Three-year (2020) targets:**
  - **FMS:** Operating revenue growth of +6-7% % (in line with previous long-term guidance). EBT margin (as a % of operating revenue) of 10-12% (below previous long-term guidance of 12-13%).
  - **DTS:** Operating revenue growth of +9-10% % (in line with previous long-term guidance). EBT margin (as a % of operating revenue) of 8-9% (in line with previous long-term guidance).
  - **SCS:** Operating revenue growth of +7-8% % (in line with previous long-term guidance). EBT margin (as a % of operating revenue) of 8-9% (in line with previous long-term guidance).
  - **ROC Spread** of 100-150 bps, down from the previous 150-200 bps long-term guidance to adjust for the impact of the TCJA.
  - **Leverage (Debt-to-Equity) ratio** target of 200-250%, down from the previous 250-300% long-term guidance to adjust for the impact of the TCJA.

**Reducing our 2018 EPS estimate** to reflect ongoing UVS headwinds included in management's outlook. Introducing a 2019 EPS estimate (+20% yoy) that reflects 8.6% FMS margins (EBT as % of op rev), still below management's three-year (i.e., 2020) target of 10-12%.

**Our $95 price target** reflects ~14x our NTM+1 EPS estimate, a target near its 10-year historical average NTM P/E, balancing accelerating industry fundamentals with ongoing pressure to core FMS margins given UVS headwinds and resulting constraint to its ROC profile. While we recognize ongoing UVS headwinds will remain a headwind in 2018/19, we believe momentum from both structural outsourcing trends and Ryder's new business initiatives, as well as accelerating truckload industry fundamentals (specifically core contractual truckload pricing growth) provide critical positive catalysts.

February 16, 2018   |   Ryder System, Inc.

# Detailed Summary of 4Q17 Results

## Ryder System, Inc. (R - NYSE)
### Quarterly Results and Variance Sheet

| ($ in millions) | **Quarterly Results** | | | | | **Percent of Operating Rev** | | |
|---|---|---|---|---|---|---|---|---|
| | 4Q17 | 4Q16 | Chg | BAIRD | Variance | 4Q17 | 4Q16 | BAIRD |
| Gross Revenue | 1,940 | 1,729 | 12% | 1,811 | 7% | | | |
| **Operating Revenue** | **1,587** | **1,467** | **8%** | **1,532** | **4%** | | | |
| Operating Expenses | 1,825 | 1,622 | 13% | 1,670 | 9% | 94.1% | 93.8% | 92.2% |
| Interest Expense/Other | 9 | 33 | -72% | 30 | -69% | 0.5% | 1.9% | 1.7% |
| **Earnings Before Tax (EBT)** | **104** | **82** | **27%** | **111** | **-6%** | **6.6%** | **5.6%** | **6.1%** |
| Income Tax Rate | 30.5% | 30.2% | | 35.0% | | | | |
| Net Income (Continuing Ops) | 72.6 | 57.4 | 26% | 73 | 0% | 3.7% | 3.3% | 4.0% |
| EPS | $1.37 | $1.06 | 28% | $1.36 | 0% | | | |
| Consensus | $1.36 | | | | | | | |
| Diluted Shares | 53.1 | 53.4 | -1% | 52.6 | 1% | | | |

| | 4Q17 | 4Q16 | Chg | BAIRD | Variance | **Percent of Operating Rev** | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 4Q17 | 4Q16 | BAIRD |
| FMS | 1,057 | 992 | 7% | 1,017 | 4% | 63% | 64% | 63% |
| SCS | 411 | 353 | 16% | 384 | 7% | 25% | 23% | 24% |
| DTS | 198 | 193 | 3% | 201 | -1% | 12% | 13% | 13% |
| **Operating Revenue** | **1,587** | **1,467** | **8%** | **1,532** | **4%** | **100%** | **100%** | **100%** |
| FMS | 92 | 64 | 43% | 92 | 0% | 8.7% | 6.5% | 9.0% |
| SCS | 28 | 26 | 5% | 28 | 0% | 6.7% | 7.5% | 7.2% |
| DTS | 15 | 15 | 1% | 14 | 9% | 7.8% | 7.9% | 7.0% |
| Elimination | (15) | (13) | 17% | (12) | 28% | | | |
| Unallocated | (15) | (11) | 41% | (11) | 39% | | | |
| **Earnings Before Tax (EBT)** | **104** | **82** | **27%** | **111** | **-6%** | **6.6%** | **5.6%** | **7.2%** |

Source: Company reports, Baird estimates

**Summary by operating segment:**

**Fleet Management Solutions (~66% of 2017 EBT):**

### FLEET MANAGEMENT SOLUTIONS (FMS) SEGMENT DETAILS

| | 2016 | Q1 | Q2 | Q3 | Q4 | 2017 | Q1E | Q2E | Q3E | Q4E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Revenue Growth** | 0% | 3% | 1% | 4% | 8% | 4% | 8% | 9% | 9% | 8% | 8% | 4% |
| **Operating Revenue Growth** | 3% | 0% | 0% | 3% | 7% | 2% | 8% | 8% | 8% | 8% | 8% | 4% |
| *Choice Lease* | 7% | 5% | 2% | 4% | 6% | 4% | 8% | 8% | 8% | 8% | 8% | 4% |
| *Commercial Rental* | -10% | -15% | -7% | 0% | 7% | -4% | 8% | 9% | 9% | 9% | 9% | 3% |
| *Select Care* | 7% | -1% | 3% | 3% | 7% | 3% | 8% | 5% | 6% | 3% | 5% | 3% |
| **EBT Growth (% Gross Revenue)** | -20% | -37% | -39% | -10% | 42% | -16% | -12% | 0% | -3% | 14% | 1% | 23% |
| **EBT Margin (% Operating Revenue)** | 9.4% | 5.4% | 6.8% | 9.8% | 8.7% | 7.7% | 4.4% | 6.3% | 8.8% | 9.2% | 7.2% | 8.6% |
| **Choice Lease** | | | | | | | | | | | | |
| *Average Lease Fleet Growth* | 4% | 3% | 3% | 2% | 1% | 2% | | | | | | |
| *Unit miles/day* | 2% | 2% | -2% | 0% | 0% | 0% | | | | | | |
| **Commercial Rental** | | | | | | | | | | | | |
| *Rental Rate yoy* | 1% | 1% | 1% | 1% | 2% | 1% | | | | | | |
| *Rental Utilization (%)* | 74.8% | 67.2% | 75.6% | 78.0% | 81.2% | 75.5% | | | | | | |
| *Average Rental Fleet Growth* | -8% | -9% | -6% | -2% | 0% | -4% | | | | | | |

Source:  Company data, Baird estimates

### Supply Chain Solutions (~22% of EBT):

**SUPPLY CHAIN SOLUTIONS (SCS) SEGMENT DETAILS**

| | 2016 | Q1 | Q2 | Q3 | Q4 | 2017 | Q1E | Q2E | Q3E | Q4E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Revenue Growth** | 6% | 19% | 17% | 19% | 26% | 20% | 12% | 8% | 6% | 0% | 6% | 6% |
| **Operating Revenue Growth** | 8% | 12% | 8% | 9% | 16% | 11% | 6% | 6% | 6% | 6% | 6% | 6% |
| **EBT Growth (% Gross Revenue)** | 13% | 38% | -9% | -29% | 5% | -2% | -11% | 6% | 29% | 11% | 8% | 7% |
| **EBT Margin (% Operating Revenue)** | 7.8% | 7.6% | 7.2% | 5.9% | 6.7% | 6.8% | 6.4% | 7.2% | 7.2% | 7.0% | 7.0% | 7.0% |

Source:  Company data, Baird estimates

### Dedicated (~12% of EBT):

**DEDICATED TRANSPORTATION SOLUTIONS (DTS) SEGMENT DETAILS**

| | 2016 | Q1 | Q2 | Q3 | Q4 | 2017 | Q1E | Q2E | Q3E | Q4E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Revenue Growth** | 14% | 9% | 6% | 4% | 11% | 7% | 8% | 6% | 6% | 0% | 5% | 6% |
| **Operating Revenue Growth** | 8% | 2% | 3% | 1% | 3% | 2% | 9% | 9% | 6% | 6% | 7% | 6% |
| **EBT Growth (% Gross Revenue)** | 39% | -21% | -10% | -22% | 1% | -13% | 13% | 12% | 9% | 9% | 10% | 9% |
| **EBT Margin (% Operating Revenue)** | 8.2% | 5.8% | 7.4% | 7.0% | 7.8% | 7.0% | 6.0% | 7.6% | 7.2% | 8.0% | 7.2% | 7.4% |

Source:  Company data, Baird estimates

### Balance Sheet and Cash Flow:

**BALANCE SHEET AND CASH FLOW ($millions)**

| | 2016 | Q1 | Q2 | Q3 | Q4 | 2017 | Q1E | Q2E | Q3E | Q4E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | 265 | 38 | 51 | 59 | 642 | 791 | 42 | 63 | 85 | 92 | 282 | 341 |
| D&A | 1,187 | 311 | 310 | 312 | 322 | 1,255 | 331 | 329 | 336 | 345 | 1,341 | 1,402 |
| Other | 211 | 39 | 59 | 52 | (661) | (510) | 51 | 51 | 45 | 45 | 192 | 180 |
| Working Capital | (62) | (57) | (20) | 12 | 78 | 12 | - | - | - | - | - | - |
| **Cash Flow from Operating** | **1,601** | **331** | **400** | **434** | **382** | **1,548** | **424** | **443** | **465** | **482** | **1,814** | **1,923** |
| Capital Expenditures (Net) | (1,484) | (265) | (384) | (362) | (501) | (1,512) | (623) | (623) | (623) | (623) | (2,490) | (1,950) |
| **Cash Flow from Investing** | **(1,406)** | **(247)** | **(369)** | **(346)** | **(477)** | **(1,439)** | **(604)** | **(604)** | **(604)** | **(604)** | **(2,417)** | **(1,877)** |
| Issuance (Repayment) of Debt (net) | (72) | (69) | 47 | (42) | - | - | 213 | 213 | 213 | 213 | 850 | 50 |
| Sales (Repurchase) of Stock (net) | (19) | (13) | (39) | (3) | - | - | (10) | (10) | (10) | (10) | (40) | (40) |
| **Cash Flow from Financing** | **(186)** | **(106)** | **(16)** | **(69)** | **36** | **(155)** | **175** | **175** | **175** | **175** | **700** | **(107)** |
| **Ending Cash Balance** | **59** | **38** | **55** | **72** | **13** | **13** | **7** | **21** | **57** | **110** | **110** | **50** |
| **Ending Debt Balance** | 5,391 | 5,326 | 5,385 | 5,349 | 5,410 | 5,410 | 5,622 | 5,835 | 6,047 | 6,260 | 6,260 | 6,310 |
| Debt / Total Cap (incl Op leases) | 71% | 71% | 71% | 71% | 71% | 71% | | | | | | |

Source: Company data, Baird estimates

# Investment Thesis

**Current thoughts.** Both 4Q17 results and 2018's initial EPS guidance were slightly below expectations, pressured by lingering headwinds from soft used vehicle (UVS) fundamentals. However, the weakness in UVS trends belies otherwise healthy momentum across Ryder's business units. While UVS uncertainty pressures near-term estimates and remains an overhang, we see accelerating EBT growth in 2H18 and 2019 as presenting a fundamental catalyst to R. Our Outperform rating remains unchanged; we are buyers relative to our new $95 price target.

**Largest full-service leasing firm.** Ryder is one of only two nationwide full-service truck leasing companies, with ~$4 billion in operating revenue and leading positions in truck leasing and commercial rental, dedicated transportation, and supply chain solutions. Ryder leverages its breadth of services, nationwide coverage, and reputation to differentiate itself from regional providers.

**Attractively positioned to benefit from secular outsourcing themes.** Interest in fleet outsourcing and full-service lease options is rising among private fleet operators given rising equipment costs and increased vehicle complexity following multiple engine emission standard changes. Additionally, increased interest in rental options given concerns about the sustainability of current economic trends and improved customer base/relationships following the recession support better rental fleet utilization and pricing dynamics this cycle. Ryder's FMS segment is attractively positioned to benefit from this secular shift in increased outsourcing of fleet-related services. We also anticipate higher peak FMS margins this cycle given improvements made to the segment over the last decade, which supports better full-cycle cash flows and earnings through this economic cycle relative to previous ones.

**Counter-cyclical cash flow profile.** Despite the tough environment, the largely contractual business model and cash flow potential supported Ryder's valuation. Free cash flow is negative during expansionary times as capital is deployed to support asset growth. During a weak economy like 2009, Ryder generates strong free cash; Ryder generated over $11 per share in free cash in 2009. This free cash allows Ryder to more conservatively deploy cash to fund acquisitions in the near term and return cash to shareholders.

**Valuation.** Our $95 price target reflects ~14x our NTM+1 EPS estimate, a target near its 10-year historical average NTM P/E of 13.6x, balancing accelerating industry fundamentals with ongoing pressure to core FMS margins given UVS headwinds and resulting constraint to its ROC profile. While we recognize ongoing UVS headwinds will remain a headwind in 2018/19, we believe momentum from both structural outsourcing trends and Ryder's new business initiatives, as well as accelerating truckload industry fundamentals (specifically core contractual truckload pricing growth) provide critical positive catalysts.

# Risks & Caveats

**Cyclical business.** Ryder's business is dependent on freight volumes, which depends on domestic economy growth. Commercial Rental represents most earning risk. Additionally, near-term earnings and long-term asset values can be impacted by used truck prices, which vary with the economic cycle.

**Availability of funds.** Leasing organizations depend on access to capital to secure revenue-earning equipment; inability to secure capital or deterioration of R's credit quality would compromise its competitive position.

**Interest rate exposure.** Rising interest rates can negatively impact operating costs.

**Competitive logistics markets**. Global logistics is highly competitive with larger logistics providers.

## Company Description

Ryder is one of the largest full-service truck lease and commercial rental companies. In recent years, the company significantly narrowed its focus while improving its cost structure and capital discipline. Today, Ryder's product offerings concentrate on truck fleet solutions and supply chain management in three segments:

- **Fleet Management Solutions** (61% of 2017 operating revenue, 66% of EBT) focuses on full-service truck leases (5-7 year contracts) providing the vehicle, maintenance, and insurance while the shipper furnishes the driver and exercises control over the vehicle. Also offers commercial truck rental, outsourced maintenance for non-leased vehicles, and other support services.

- **Supply Chain Solutions** (26% of operating revenue, 22% of EBT) provides non-asset-based logistics services including management of inbound logistics, warehousing, freight procurement and planning; primarily domestic with heavy automotive and retail/consumer product exposure.

- **Dedicated Transportation Solutions** (13% of operating revenue, 12% of EBT) provides dedicated truck operations, allowing shippers to outsource fleet procurement, maintenance, and execution. Ryder Dedicated provides the vehicle, driver, insurance, and manages execution, and is a dedicated outsourced alternative to private fleet operations.

# Ryder System, Inc.
## (R - NYSE)



**2/16/2018**

## Income Statement ($millions)

**Robert W. Baird & Co., Inc.**

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Q1 | Q2 | Q3 | Q4 | 2017 | Q1E | Q2E | Q3E | Q4E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Gross Revenue** | **6,204** | **4,886** | **5,136** | **6,051** | **6,257** | **6,419** | **6,639** | **6,572** | **6,787** | **1,748** | **1,793** | **1,849** | **1,940** | **7,330** | **1,903** | **1,936** | **1,986** | **2,028** | **7,853** | **8,214** |
| Growth (%) | -5.5% | -21.2% | 5.1% | 17.8% | 3.4% | 2.6% | 3.4% | -1.0% | 3.3% | 7.3% | 5.2% | 7.2% | 12.2% | 8.0% | 8.9% | 7.9% | 7.4% | 4.6% | 7.1% | 4.6% |
| **Operating Revenue** | | | | | | | | | | | | | | | | | | | | |
| Choice Lease | 2,042 | 1,990 | 1,934 | 1,996 | 2,102 | 2,177 | 2,276 | 2,407 | 2,574 | 656 | 662 | 674 | 696 | 2,689 | 709 | 715 | 728 | 752 | 2,904 | 3,020 |
| Commercial Rental | 558 | 431 | 525 | 723 | 773 | 790 | 877 | 940 | 846 | 174 | 199 | 216 | 224 | 814 | 188 | 217 | 235 | 244 | 885 | 912 |
| **Fleet Management Solutions** | **3,038** | **2,817** | **2,847** | **3,136** | **3,321** | **3,424** | **3,630** | **3,846** | **3,948** | **849** | **881** | **909** | **941** | **3,580** | **917** | **953** | **983** | **1,018** | **3,871** | **4,018** |
| Growth (%) | 2% | -7% | 1% | 10% | 6% | 3% | 6% | 6% | 3% | -12% | -11% | -9% | -5% | -9% | 8% | 8% | 8% | 8% | 8% | 4% |
| **Supply Chain Solutions** | **1,867** | **1,412** | **1,473** | **1,858** | **1,116** | **1,160** | **1,201** | **1,256** | **1,352** | **362** | **359** | **376** | **411** | **1,508** | **384** | **380** | **399** | **435** | **1,598** | **1,694** |
| Growth (%) | 0% | -24% | 4% | 26% | -40% | 4% | 4% | 5% | 8% | 12% | 8% | 9% | 16% | 11% | 6% | 6% | 6% | 6% | 6% | 6% |
| **Dedicated** | | | | | **533** | **600** | **661** | **714** | **774** | **193** | **200** | **198** | **198** | **789** | **211** | **218** | **210** | **210** | **848** | **899** |
| Growth (%) | | | | | | 13% | 10% | 8% | 8% | 2% | 3% | 1% | 3% | 2% | 9% | 9% | 6% | 6% | 7% | 6% |
| **Total Operating Revenue** | **4,708** | **4,062** | **4,158** | **4,815** | **4,770** | **4,966** | **5,252** | **5,561** | **5,791** | **1,332** | **1,366** | **1,408** | **1,471** | **5,576** | **1,459** | **1,498** | **1,537** | **1,605** | **6,098** | **6,382** |
| Growth (%) | 2% | -14% | 2% | 16% | -1% | 4% | 6% | 6% | 4% | -5% | -6% | -4% | 0% | -4% | 10% | 10% | 9% | 9% | 9% | 5% |
| **Total Expenses** | 5,625 | 4,596 | 4,827 | 5,643 | 5,808 | 5,929 | 6,056 | 5,948 | 6,198 | 1,651 | 1,682 | 1,707 | 1,799 | 6,839 | 1,812 | 1,814 | 1,834 | 1,865 | 7,326 | 7,593 |
| EBITDA | 1,421 | 1,169 | 1,143 | 1,280 | 1,389 | 1,448 | 1,623 | 1,752 | 1,776 | 408 | 421 | 453 | 463 | 1,745 | 422 | 451 | 487 | 508 | 1,868 | 2,023 |
| Interest Expense/Other | 158.9 | 140.6 | 123.8 | 124.1 | 128.9 | 123.6 | 133.5 | 154.5 | 139.8 | 27.7 | 26.9 | 30.2 | 28.9 | 113.7 | 29.1 | 30.5 | 31.9 | 33.3 | 124.9 | 139.5 |
| **Earnings Before Tax** | | | | | | | | | | | | | | | | | | | | |
| **FMS** | **374** | **182** | **195** | **266** | **308** | **344** | **434** | **462** | **371** | **52** | **68** | **101** | **92** | **313** | **46** | **68** | **98** | **104** | **316** | **389** |
| EBT Margin (% OR) | 12.3% | 6.5% | 6.8% | 8.5% | 9.3% | 10.0% | 12.0% | 12.0% | 9.4% | 6.1% | 7.7% | 11.1% | 9.7% | 8.7% | 5.0% | 7.1% | 9.9% | 10.3% | 8.2% | 9.7% |
| Growth (%) | 5% | -51% | 7% | 36% | 16% | 12% | 26% | 6% | -20% | -37% | -39% | -10% | 42% | -16% | -12% | 0% | -3% | 14% | 1% | 23% |
| **SCS** | **114** | **77** | **82** | **105** | **80** | **89** | **78** | **94** | **106** | **27** | **26** | **22** | **28** | **103** | **24** | **27** | **29** | **31** | **111** | **119** |
| EBT Margin (% OR) | 6.1% | 5.4% | 5.5% | 5.6% | 7.2% | 7.7% | 6.5% | 7.5% | 7.8% | 7.6% | 7.2% | 5.9% | 6.7% | 6.8% | 6.4% | 7.2% | 7.2% | 7.0% | 7.0% | 7.0% |
| Growth (%) | -5% | -33% | 7% | 28% | -24% | 11% | -13% | 21% | 13% | 38% | -9% | -29% | 5% | -2% | -11% | 6% | 29% | 11% | 8% | 7% |
| **DTS** | | | | | **35** | **41** | **45** | **46** | **64** | **11** | **15** | **14** | **15** | **55** | **13** | **17** | **15** | **17** | **61** | **67** |
| EBT Margin (% OR) | | | | | 6.6% | 6.8% | 6.7% | 6.4% | 8.2% | 5.8% | 7.4% | 7.0% | 7.8% | 7.0% | 6.0% | 7.6% | 7.2% | 8.0% | 7.2% | 7.4% |
| Growth (%) | | | | | | 16% | 9% | 3% | 39% | -21% | -10% | -22% | 1% | -13% | 13% | 12% | 9% | 9% | 10% | 9% |
| **Total EBT** | **421** | **157** | **190** | **285** | **320** | **368** | **454** | **489** | **449** | **69** | **85** | **111** | **104** | **370** | **62** | **91** | **120** | **130** | **402** | **481** |
| EBT Margin (% GR) | 6.8% | 3.2% | 3.7% | 4.7% | 5.1% | 5.7% | 6.8% | 7.4% | 6.6% | 4.0% | 4.7% | 6.0% | 5.4% | 5.0% | 3.3% | 4.7% | 6.0% | 6.4% | 5.1% | 5.9% |
| EBT Margin (% OR) | 8.9% | 3.9% | 4.6% | 5.9% | 6.7% | 7.4% | 8.6% | 8.8% | 7.8% | 5.2% | 6.2% | 7.9% | 7.1% | 6.6% | 4.2% | 6.1% | 7.8% | 8.1% | 6.6% | 7.5% |
| Growth (%) | 3% | -63% | 21% | 51% | 12% | 15% | 23% | 8% | -8% | -27% | -36% | -20% | 27% | -18% | -11% | 7% | 8% | 24% | 9% | 20% |
| Tax Rate (%) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35.3% | 36.5% | 37.3% | 36.2% | 30.5% | 34.9% | 25.8% | 25.8% | 25.8% | 25.8% | 25.8% | 25.8% |
| Net Income | 240 | 122 | 133 | 192 | 227 | 256 | 299 | 328 | 291 | 44 | 53 | 71 | 73 | 241 | 46 | 67 | 89 | 96 | 298 | 357 |
| Growth (%) | -2.6% | -49.3% | 9.2% | 43.9% | 18.5% | 13.0% | 16.5% | 9.8% | -11.4% | -26.8% | -36.2% | -20.7% | 26.1% | -17.2% | 4.2% | 27.1% | 25.2% | 32.4% | 23.9% | 19.7% |
| Shares Outstanding (Diluted) | 56.8 | 55.1 | 51.9 | 50.9 | 50.7 | 52.1 | 53.0 | 53.3 | 53.4 | 53.4 | 52.9 | 52.8 | 53.1 | 53.0 | 53.1 | 53.0 | 53.0 | 53.0 | 53.0 | 53.0 |
| **Continuing Ops EPS** | **$4.23** | **$2.20** | **$2.53** | **$3.71** | **$4.41** | **$4.88** | **$5.58** | **$6.10** | **$5.42** | **$0.82** | **$1.00** | **$1.33** | **$1.37** | **$4.53** | **$0.86** | **$1.26** | **$1.66** | **$1.80** | **$5.57** | **$6.67** |
| Growth (%) | 3% | -48% | 15% | 47% | 19% | 11% | 14% | 9% | -11% | -27% | -36% | -20% | 28% | -16% | 5% | 26% | 25% | 31% | 23% | 20% |
| GAAP EPS | $3.49 | $1.45 | $2.26 | $3.31 | $3.91 | $4.48 | $5.47 | $6.21 | $5.08 | $0.74 | $0.92 | $1.25 | $1.28 | $4.20 | $0.78 | $1.19 | $1.58 | $1.72 | $5.27 | $6.37 |
| **Dividend** | $0.92 | $0.96 | $1.04 | $1.12 | $1.20 | $1.30 | $1.42 | $1.56 | $1.70 | $0.44 | $0.44 | $0.46 | $0.46 | $1.80 | $0.52 | $0.52 | $0.52 | $0.52 | $2.08 | $2.20 |
| **Expense Ratios** | | | | | | | | | | | | | | | | | | | | |
| Cost of Lease and Rentals | | 31.8% | 31.2% | 28.9% | 30.2% | 29.8% | 30.7% | 32.8% | 32.9% | 33.1% | 32.3% | 31.8% | 31.4% | 32.1% | 32.4% | 31.9% | 31.6% | 32.1% | 32.0% | 32.7% |
| Cost of Services | | 34.0% | 34.3% | 36.1% | 36.2% | 36.9% | 36.9% | 36.7% | 38.4% | 40.8% | 41.0% | 41.2% | 40.9% | 41.0% | 43.8% | 40.9% | 41.3% | 42.1% | 42.0% | 43.3% |
| Cost of Fuel Services | | 12.4% | 13.6% | 14.4% | 13.4% | 12.7% | 11.6% | 7.9% | 6.6% | 7.2% | 6.8% | 6.7% | 7.0% | 6.9% | 4.3% | 7.0% | 6.6% | 4.3% | 5.5% | 2.9% |
| Other Operating Expenses | | 3.3% | 2.6% | 2.0% | 1.9% | 1.9% | 1.7% | 1.8% | 1.7% | 1.8% | 1.5% | 1.5% | 1.5% | 1.6% | 1.4% | 1.5% | 1.5% | 1.3% | 1.4% | 1.3% |
| SGA Expenses | | 12.8% | 12.8% | 12.7% | 12.3% | 12.3% | 12.1% | 12.9% | 11.8% | 11.5% | 11.4% | 11.2% | 11.7% | 11.5% | 13.0% | 12.1% | 11.3% | 12.2% | 12.2% | 12.4% |
| Gains on Vehicles Sales, Net | | -0.3% | -0.6% | -0.9% | -1.1% | -1.2% | -1.7% | -1.5% | 0.0% | 0.0% | 0.9% | -0.1% | 0.3% | 0.2% | 0.3% | 0.3% | 0.0% | 0.0% | 0.1% | 0.0% |

Source: Company reports and Baird estimates.
Research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/research-disclosure.aspx.

**Benjamin J. Hartford, CFA, Senior Research Analyst (414) 765-3752**

**Ryder System, Inc.**
(R - NYSE)



| Balance Sheet | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Cash and cash equivalents | $120 | $99 | $213 | $105 | $66 | $62 | $50 | $61 | $59 | $78 |
| Accounts receivable, net | 635 | 599 | 615 | 755 | 776 | 777 | 795 | 835 | 835 | |
| Inventories | 48 | 50 | 59 | 66 | 64 | 64 | 66 | 64 | 70 | |
| Other current assets | 147 | 133 | 137 | 163 | 134 | 159 | 165 | 138 | 141 | 1,244 |
| **Total Current** | **951** | **880** | **1,023** | **1,088** | **1,040** | **1,062** | **1,076** | **1,098** | **1,102** | **1,322** |
| Revenue earning equipment, net | 4,565 | 4,179 | 4,201 | 5,050 | 5,755 | 6,491 | 7,202 | 8,185 | 8,148 | 8,355 |
| Property & equipment, net | 547 | 544 | 607 | 624 | 625 | 634 | 700 | 715 | 746 | 777 |
| Direct financing leases & other | 391 | 401 | 393 | 394 | 435 | 461 | 446 | 510 | 472 | |
| Goodwill, intangible assets | 235 | 256 | 428 | 462 | 465 | 456 | 460 | 444 | 435 | 998 |
| **Total Assets** | **6,690** | **6,260** | **6,652** | **7,618** | **8,319** | **9,104** | **9,883** | **10,953** | **10,902** | **11,452** |
| | | | | | | | | | | |
| **LIABILITIES & EQUITIES** | | | | | | | | | | |
| Current portion of debt | 384 | 233 | 420 | 274 | 368 | 259 | 36 | 635 | 791 | |
| Accounts payable | 295 | 263 | 294 | 392 | 399 | 475 | 561 | 502 | 445 | |
| Accrued expenses | 432 | 355 | 417 | 508 | 506 | 496 | 514 | 543 | 507 | |
| **Total Current** | **1,111** | **850** | **1,132** | **1,174** | **1,273** | **1,231** | **1,111** | **1,680** | **1,744** | **1,187** |
| Long-term debt | 2,479 | 2,265 | 2,327 | 3,108 | 3,453 | 3,930 | 4,694 | 4,868 | 4,600 | 5,410 |
| Other non-current liabilities | 837 | 682 | 681 | 897 | 949 | 655 | 783 | 830 | 818 | 2,021 |
| Deferred income taxes | 917 | 1,036 | 1,109 | 1,121 | 1,177 | 1,391 | 1,476 | 1,588 | 1,689 | |
| Shareholders' equity | 1,345 | 1,427 | 1,404 | 1,318 | 1,468 | 1,897 | 1,819 | 1,987 | 2,052 | 2,835 |
| **Total Liabilities and Equities** | **6,690** | **6,260** | **6,652** | **7,618** | **8,319** | **9,104** | **9,883** | **10,953** | **10,902** | **11,452** |

| Balance Sheet Analysis | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Current Ratio | 0.9 | 1.0 | 0.9 | 0.9 | 0.8 | 0.9 | 1.0 | 0.7 | 0.6 | 1.1 |
| Days Sales Outstanding (DSOs) | 44 | 46 | 43 | 41 | 45 | 44 | 43 | 45 | 45 | 41 |
| Net WC/LTM Revenue | 1.7% | 3.4% | 1.9% | 1.4% | 1.1% | 0.5% | -0.7% | -0.1% | 1.3% | 0.8% |
| EBITDA/Int | 9 | 8 | 9 | 10 | 10 | 11 | 11 | 12 | 12 | 12 |
| Debt / Total Cap (incl Op leases) | 69% | 65% | 67% | 72% | 73% | 69% | 71% | 71% | 71% | 71% |
| Total Obligations/Equity | 225% | 183% | 203% | 261% | 270% | 226% | 245% | 245% | 245% | 245% |
| Book Value/Share | $24.24 | $26.33 | $27.54 | $26.00 | $28.89 | $35.99 | $34.32 | $37.28 | $38.42 | $53.39 |
| Tangible Book/Share | $20.00 | $21.61 | $19.14 | $16.88 | $19.74 | $27.34 | $25.65 | $28.94 | $30.28 | $34.60 |

**Source: Company reports and Baird estimates.**

**Please refer to Appendix - Important Disclosures and Analyst Certification.**

| Cash Flow Statement | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | $200 | $90 | $125 | $171 | $201 | $243 | $220 | $306 | $265 | $791 | $282 | $341 |
| Depreciation and Amortization | 843 | 881 | 834 | 872 | 940 | 957 | 1,040 | 1,122 | 1,187 | 1,255 | 1,341 | 1,402 |
| Other | 153 | 138 | 70 | 84 | 66 | 93 | 143 | 146 | 211 | (510) | 192 | 180 |
| NWC Changes | 59 | (124) | (0) | (86) | (73) | (70) | (34) | (132) | (62) | 12 | 0 | 0 |
| **Cash Flow from Ops (CFO)** | **1,256** | **985** | **1,028** | **1,042** | **1,134** | **1,223** | **1,370** | **1,442** | **1,601** | **1,548** | **1,814** | **1,923** |
| Maintenance Capex, Net | (772) | (371) | (700) | (1,000) | (1,200) | (798) | (873) | (1,170) | (900) | (900) | (900) | (900) |
| **Free Cash Ex-Growth Capex** | **483** | **614** | **328** | **42** | **(66)** | **425** | **497** | **271** | **701** | **648** | **914** | **1,023** |
| Total Capex | (907) | (371) | (771) | (1,299) | (1,649) | (1,617) | (1,697) | (2,170) | (1,407) | (1,439) | (2,417) | (1,877) |
| **Free Cash Flow (FCF)** | **348** | **614** | **258** | **(257)** | **(514)** | **(394)** | **(327)** | **(728)** | **194** | **109** | **(603)** | **46** |
| Acquisitions | (247) | (89) | (212) | (362) | (5) | (2) | (10) | 0 | 0 | 0 | 0 | 0 |
| Dividends | (52) | (53) | (54) | (58) | (61) | (68) | (75) | (83) | (91) | (96) | (110) | (117) |
| **Net Cash Flow (NCF)** | **49** | **472** | **(8)** | **(676)** | **(581)** | **(464)** | **(412)** | **(811)** | **103** | **13** | **(713)** | **(70)** |
| FCF Ex-Growth Capex/Share | 8.71 | 11.33 | 6.43 | 0.83 | (1.30) | 8.17 | 9.38 | 5.09 | 13.12 | 12.20 | 17.25 | 19.31 |
| FCF/Share | 6.28 | 11.33 | 5.06 | (5.06) | (10.15) | (7.58) | (6.16) | (13.65) | 3.63 | 2.05 | (11.37) | 0.88 |

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Margins (NI/Net Rev) | 3.9% | 2.5% | 2.6% | 3.2% | 3.6% | 4.0% | 4.5% | 5.0% | 4.3% | 3.3% |
| Assets Turnover (Net Rev/A) | 0.92 | 0.75 | 0.76 | 0.72 | 0.79 | 0.74 | 0.70 | 0.63 | 0.62 | 0.66 |
| Leverage (A/E) | 4.19 | 4.67 | 4.56 | 5.24 | 5.72 | 5.18 | 5.11 | 5.47 | 5.41 | 4.57 |
| **Return on Equity** | **14.9%** | **8.8%** | **8.9%** | **11.9%** | **16.3%** | **15.2%** | **16.1%** | **17.2%** | **14.4%** | **9.8%** |
| **Return on Assets** | **3.5%** | **1.9%** | **2.0%** | **2.3%** | **2.8%** | **2.9%** | **3.1%** | **3.1%** | **2.7%** | **2.2%** |
| **Return on Capital** | **8.0%** | **4.6%** | **5.0%** | **6.1%** | **6.0%** | **5.8%** | **6.2%** | **6.5%** | **6.0%** | **4.1%** |

| Valuation Measures | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Historical P/E High | 17 | 21 | 21 | 16 | 13 | 15 | 17 | 16 | 16 | 0 |
| Historical P/E Low | 6 | 9 | 13 | 9 | 7 | 10 | 12 | 9 | 8 | 0 |
| Historical P/FCF High - current yr | 9 | 4 | 8 | 73 | -44 | 9 | 10 | 20 | 7 | 0 |
| Historical P/FCF Low - current yr | 3 | 2 | 5 | 41 | -25 | 6 | 7 | 11 | 3 | 0 |
| **Debt Adj. Market Value** | | | | | | | | | Recent Price: | $76.84 |
| Market Value | 2,152 | 2,231 | 2,685 | 2,688 | 2,531 | 3,840 | 4,921 | 3,029 | 3,976 | 0 |
| ST+LT Debt | 2,863 | 2,498 | 2,747 | 3,382 | 3,821 | 4,189 | 4,731 | 5,503 | 5,391 | 5,410 |
| Cash, Equivalents & ST Invest. | 120 | 99 | 213 | 105 | 66 | 62 | 50 | 61 | 59 | 78 |
| Total Ent Value | 4,895 | 4,631 | 5,219 | 5,966 | 6,286 | 7,968 | 9,602 | 8,471 | 9,309 | 5,331 |
| EBITDA | 1,421 | 1,169 | 1,143 | 1,280 | 1,389 | 1,448 | 1,623 | 1,752 | 1,776 | 1,745 |
| **EV / EBITDA** | 3.4 | 4.0 | 4.6 | 4.7 | 4.5 | 5.5 | 5.9 | 4.8 | 5.2 | 3.1 |

**February 16, 2018  |  Ryder System, Inc.**

# Appendix - Important Disclosures and Analyst Certification

Approved on 16 February 2018 16:12EST/ Published on 16 February 2018 16:12EST.



1 Robert W. Baird & Co. Incorporated makes a market in the securities of R.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of January 31, 2018, Baird U.S. Equity Research covered 694 companies, with 57% rated Outperform/Buy, 42% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 12% of Outperform/Buy-rated and 6% of Neutral/Hold-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; and (4) compliance with all of Baird's internal policies and procedures. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research

**February 16, 2018** | **Ryder System, Inc.**

Oversight Committee. Research analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/research-disclosure.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The senior research analyst(s) certifies that the views expressed in this research report and/or financial model accurately reflect such senior analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird research analysts may provide incremental data points or views regarding covered companies in the form of Research Posts and Flash Reports. All Posts and Flash Reports are available to clients via https://bol.rwbaird.com/ Login, but not all are sent directly to clients. Baird Associates may, at their discretion, choose whether to send these Posts and Flash Reports to Baird clients after they are posted online. Such decisions are based on, among other things, client interest, coverage, stock ownership and indicated email preferences. The incremental content and/or analysis contained in these pieces may be useful to investors as part of a broader investment thesis, but is not sufficient to warrant a change in the research analyst's published opinion, including rating, estimates and price targets. Access to https://bol.rwbaird.com/Login is available to all Baird Clients. Contact your Baird representative if you would like access to https://bol.rwbaird.com/Login.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to,

**February 16, 2018   |   Ryder System, Inc.**

and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2018 Robert W. Baird & Co. Incorporated**

Ask the analyst a question                                        Click here to unsubscribe