# EXHIBIT 13

Ryder
May 08, 2018
09:15 AM EDT
Speaker ID:
Page1

**Ryder**
**May 08, 2018**
**09:15 AM EDT**

Casey Deak:          Happy to open it up to the floor with plenty of time for questions as well.

So Art, thank you again. And if you could start with just reminding the audience of the core service offerings of Ryder, where you guys fit into the market, and maybe add a little color on where you feel those -- where you are in the cycle in those markets.

Art Garcia:          Okay, thank you. Thanks for having us.

For those that don't know Ryder, we're an outsource provider of transportation solutions in the marketplace. We -- and it goes from rental -- as from a transactional point of view to leasing, full-service leasing and maintenance of trucks and tractors, to dedicated transportation solutions, and then to supply chain solutions, where we're managing warehouses and the like. So our core business is going to be around contractual services, being full-service leasing -- ChoiceLease is what we call it now; dedicated transportation, and then supply chain solutions.

We're excited about those businesses. These are still predominantly handled by the private fleet, private groups do it themselves -- do-it-yourselfers, if you will. So there's a lot of opportunity still for us to grow our business as we convert private fleet to our proposition.

And there's a lot of good trends in that business. On the leasing side there's increased cost and complexity and maintenance costs around new technology on power units. On the dedicated transportation side there's an ongoing driver shortage, which all these factors, for a company that is an outsourcer, it actually makes this -- those are good things for us. It gives -- companies who are not in the business of doing that themselves will look to a company like Ryder to provide that service.

So we're seeing -- Casey, to your point, in our business right now we're seeing a -- there's a really strong freight environment out there which is driving, really, growth across our whole product line. Our ChoiceLease products, which really -- it comes into play whenever a customer is thinking about buying a truck, they're either going to guy it or lease it with Ryder typically is their choice. So we're at a record sales year for us right now, coming off of a record -- it was a record in 2017. Q1 was another record sales year for us. We're expecting to have our biggest lease fleet growth ever this year at 7,500 units.

Ryder
May 08, 2018
09:15 AM EDT
Speaker ID:
Page2

Our dedicated business, right now we're rebounding from a little slowdown maybe in the middle of last year. We had a record sales year this quarter, in the fourth quarter and the first quarter. We're looking at double-digit growth in rental or in revenue in the second half of the year so that business is really growing nicely. Supply chain, coming off a big year last year. We're expecting another good year there.

So I think from the contractual parts of our business, everything is trending the right way given where we are in the cycle.

The other piece of our business, a couple other things on the transactional side. There's commercial rental. The core part of what we — it's key to what we do in that about 50% of our rental revenue is from our lease customers, so it's a very important product to have. That's a business where we've seen a real increase in demand even over the last nine months given what's been happening in the freight environment. The last two quarters have been record — or maybe not record, but highest utilization in a decade for us in the last two quarters, so that is also trending very nicely for us.

I think the area we've been dealing with as a business has just been some of the overhang from a weaker used truck market. The used truck market started to decline really in the latter half of 2015. It continues to be soft and we expect that to be the case at least through the middle of next year. What we deal with and talk about, though, is even despite the headwinds from that, we're still going to grow our business solidly. Excluding the benefits of tax reform, we're going to grow our business 5% to 10% with at least an over 10% headwind just from the used truck environment.

So, I think we're excited about what's happening in the business. The long-term parts of our model are going the right way. We don't see this — for us, the value prop around leasing is enhanced right now, especially with a lot of the OEM orders going in. That's going to continue to some extent we believe going forward. That cycle's not going to abate. So that's going to help us. And rental we see is positioned well with — at a — from a fleet size relative to the market, we're really, if anything, underfleeted so we're excited about that.

| | |
|---|---|
| Casey Deak: | That's great. Thanks, Art. Why don't we go into used vehicle sales and kind of — |
| Art Garcia: | Okay. |
| Casey Deak: | Tackle that elephant — |
| Art Garcia: | Okay. |
| Casey Deak: | In the room first. So what can you say you've seen in this used equipment market that's factored into the length of the downturn? And as you say, you can have pressure into the middle of next year. What's different this time? What's lengthening that? |
| Art Garcia: | Yeah. |
| Casey Deak: | Can you speak to that at all? |
| Art Garcia: | Well, I mean there's a lot of factors I think that drive the market itself. Part of it, you start off with just a supply of used tractors held for sale because it's really been a tractor issue to date. And so, typically, the average tractors held for sale is in that 45,000, 50,000 unit |

range in the marketplace. We're running well above that for the last couple years. It actually has been starting to trend downward now. I think the last number I saw was around maybe 65,000 units so it's starting to trend downward. That's obviously a good thing for pricing. So that's been an overriding factor, is there a lot of trucks held in the marketplace for sale.

You get into various other things can drive it, around -- type vintages are not as desirable right now. I'd say because of some of the maintenance costs associated with say the 2012 units and the like. That's driven it. And then obviously, as you think about as you go forward, there's been a lot of production of new units which, if by and large that's replacement vehicles, it's going to put more -- continue to put units on the street, if you will. So that's why we kind of have a very -- we don't have a view right now that the used truck pricing is going to move up in the near term in light of that.

**Casey Deak:** Sure. And kind of to what you're saying there and the comments you're making, class 8 orders have been good and elevated. Do you have a good idea of where those orders are coming from? How does that relate to your business? Are these coming from companies that are going to push similar vintages back into the used market in your opinion, or do you think these are newer equipment that doesn't compete as well?

**Art Garcia:** Yeah. I think, by and large, it's going to be newer equipment probably than what we are marketing. Just the nature of our business prop, when we lease to customers there on tractors, you're taking six- to eight-year type holding periods for us. So I think that's kind of what's happening, probably the volume. There's going to be some of that because a lot of it is, as the customers have owned, they want -- they're going to be putting older equipment on the street, though, also.

**Casey Deak:** Okay. So sounds like it's getting better there.

**Art Garcia:** I think trend-wise, if you look at the macro pieces with the declining truck -- tractors held for sale, I think that's a good sign. For us, we tweaked our expectations a little bit. Pricing was a little bit softer than we had anticipated. We've factored that in. But I think the general marketplace is starting to trend in a better fashion.

**Casey Deak:** All right, thank you. And we can now move into some of the more positive commentary. So small business optimism. It remains up near historical highs. It's been very strong. How have you seen that in your business? Can you kind of talk to the audience a little bit about your core customer size, the industries you serve, and what you're reading from them at this point of the cycle?

**Art Garcia:** Yeah. Our-- I mean we service customers across the board but, by and large, our average customer is 10 to 12 trucks, so they're going to be smaller businesses. And across the economy, right? We have maybe a little bit of higher of a transportation bent, I'd say, but by and large it's across all the industrial parts of the economy.

And for us, remember, leasing a truck, the customer really is making the same decision. Do I buy it or do I lease it? The lease is a little less of a commitment, but it's still a -- it's a commitment. It's a long-term obligation for the customer. So that really, when you see growth and we see us growing our lease fleet, that tells you customers have confidence about their business prospects. Because if there was uncertainty, typically we would see it more on the rental side first, companies who maybe want to rent trucks from us first. But once they've signing the leases, it's really a testament to their view on the economy.

Ryder
May 08, 2018
09:15 AM EDT
Speaker ID:
Page4

|  | Like I said, 2017 was a record year for us on the lease sales side. Q1 was a record quarter for us. So we've raised our expectations for the full year to now 7,500 units growth, with the caveat that actually it could even be a little bit higher depending on how the orders play out, the deliveries and everything. We could actually go above the 7,500 units. |
|---|---|
| Casey Deak: | Sure. And looking at that growth, from my estimate and what I look at in the model, it looks like pricing in lease has been positive and remained positive from what I was looking at over the past five quarters or so. So if we're going to extrapolate that out and say you're getting record growth, should we look at that and say that's going to -- those are coming on at maybe mid-single-digit increases in lease rate, or should we look more about how you're looking at pricing relative to the spread? |
| Art Garcia: | Right. We focus more pricing relative to spread. Our target is we want to always sell business on a portfolio basis that is 80 to 150 basis points above our cost of capital. We're doing that today. We're getting nice pricing in the marketplace. So that really is what fuels our view about growing the business. If we can't make the kind of -- that kind of pricing spread, we won -- we just won't do the deal. We don't -- on the lease side I always remind people we don't buy units on spec. We sign a deal with a customer, we're comfortable with the pricing and the returns, and then we'll go out and order the equipment for them. So we're not taking that kind of risk. |
| Casey Deak: | Gotcha. Do you think there's opportunity right now given kind of the positive transport economic backdrop that that spread can be increased? So if you're targeting 80 to 100 on a lease customer, do you think you have the ability to push that right now, or is that not the focus? |
| Art Garcia: | I mean, yeah, we'll try to push it. I think our team, our salesmen are incented to get the widest spread possible. That's just from a benefit, a personal benefit for them. |
| Casey Deak: | Sure. |
| Art Garcia: | So we think that's the case. I think as we -- we're always going to look to kind of move that. But remember, for us, when I say 80 to 150 basis point spread we're talking fully-loaded cost structure, however -- but in a world where we're actually growing, we don't incur all the -- our maintenance network doesn't really have to grow. A lot of our overheads, we're not going to grow those incrementally with that. So on a growth unit, the spread over cost of capital is going to be much bigger than that. So that's really what we try to focus on from a growth perspective. |
| Casey Deak: | So you and Robert in the past have talked about kind of the capacity or the amount of units that you could push into a lease, the capacity you have available. |
| Art Garcia: | Yeah. |
| Casey Deak: | At this time. Can you say kind of where you are given the growth you're going to have, of maybe the way the network is built out with your shops and -- |
| Art Garcia: | Right. |
| Casey Deak: | With what you can push through, of how many additional -- |
| Art Garcia: | Yeah. We see we have capacity for another 25-30% in unit growth without having to significantly change the footprint. We're going to grow shops from time to time. We're |

doing that when we see in key markets that make sense we would want to grow and expand. So we're going to continue to do that. But outside of that, we still have capacity for 50,000. I don't know if we've converted that to a unit, but it's going to be that kind of unit capacity. So really, growth at this level is not-- doesn't really affect our ability to absorb it.

**Casey Deak:** Okay. And then finally, demand. Kind of the contractual business is very strong. Now what we saw in earnings, you've raised the low end of guidance, you had a modest beat in the quarter. You had a very negative reaction post-earnings-

**Art Garcia:** Yeah.

**Casey Deak:** In the share price, too. Do you think there's a disconnect right now in the market of what people are focusing on at Ryder? Do you-- is there something that you feel is positive that people are missing at this point?

**Art Garcia:** Right. I don't think anyone's missing the story, if you will, because we think are pretty clear about what we're seeing on the contractual side. For us, if you step back, for the quarter we saw a really strong rental environment. We expect that to continue to some extent. We increased our views around the lease business. So the earnings driven by contractual growth, if you will, was somewhat offset by our refinement of our views around used trucks. So that's kind of why the full-- the number didn't change, if you will.

**Casey Deak:** Okay.

**Art Garcia:** So that's kind of been something we've been dealing with. I think investors clearly talk about that or are focused on. So what we try to harp on and make clear is don't lose sight of the fact that we-- despite that headwind, we're still growing our business 5% to 10%, excluding tax reform benefit. So with that kind of-- with the headwind that we're seeing, we're still able through our contractual growth, our cost management actions and the like, they're still driving earnings improvement for us.

So that's the message we want to keep trying to get out. As we go into the balance of the year, we're expecting earnings growth in our lease business despite that headwind, year over-year earnings growth in that business. So those are the points we want to bring home. However, there is a certain uncertainty about used trucks also that we're just sort of grinding through.

**Casey Deak:** Understood. Going into lease, I know you ended there on the commentary, you're seeing and you commented in the quarterly results that preexisting customers, the ones that you have in the portfolio, are adding trucks at this point.

**Art Garcia:** Yes.

**Casey Deak:** Now, it's been a while since we've seen that. I remember kind of four or five quarters ago it was more driven by new entrants to outsourcing.

**Art Garcia:** Yeah.

**Casey Deak:** So at this point, and kind of looking into your unit growth projections and the guidance, how much are you building in to new entrants into the business and to the outsourcing market versus what you're seeing from your existing customers?

Art Garcia:     Yeah. I mean all that I don't know if we had it at that granular level, I would tell you we probably are still around that 30% to 40% range for private fleet conversion so we expect that to continue to be strong. It may, I think, trend towards the 30% range as we end out - close out the year given the growth. Because we do see, to your point, customers starting to - our existing customers expanding their fleet a little bit, plus we're excited about market share opportunities with companies that have already outsourced. We think we can grow in that space also. So we see the percentages of private fleet conversion still being strong, but as a percentage of our growth it may be a little bit less.

Casey Deak:     Does that affect rental at all? So if you say these existing customers are adding to the lease fleet, is that taking customers away from rental, where they may have in the past or over the last 6 to 12 months been adding a rental truck to deal with demand, or is that being absorbed elsewhere?

Art Garcia:     Yeah. There could be some of that, but I think we see still a lot of market demand that we probably - just with the size of our rental fleet, we really have - we haven't been able to meet, if you will. I think if we would've had a bigger fleet we would've shown even better results. So remember, also part of it - that's using our rental fleet in those peak times is an item - an area of revenue for us. But also, as we sell new business to new customers we can - they can sell their existing unit and we can put them into a rental unit in the meantime. So there's other avenues where we continue to grow rental. We're really excited about the rental business right now.

Casey Deak:     Right. And I am happy to open it up. If anybody has any questions going along here, just feel free to add. And we have - Stacey has a microphone right in the back.

Unidentified Audience Member:  Art, can you talk to technology, how's it changing and influencing your business? There are a couple of different technology platforms with the longhaul truckers that seem to be making headway. Just want to know if that's impacting your business at all or if you see it as an opportunity.

Art Garcia:     Technology - in what sense? Around ELD?

Unidentified Audience Member:  Integration in terms of say warehouses, delivery times, better integration in terms of basically inventories and just -

Art Garcia:     Right.

Unidentified Audience Member:  About transportation.

Art Garcia:     Right. Yeah. Obviously one of the things we're excited about is a tool - is a visibility tool we've launched called RyderShare which really provides that kind of cross-the-spectrum visibility to customers as to where their truck is, where relative to the final delivery point, where the pickup is and all that. We see that as a value add for us in the marketplace.

                From the trucks themselves, technology is changing. It has changed a lot. Obviously, as we go forward with the ELD mandate, where we're going to provide technology solutions in all of our rental trucks, that's an important item as we move forward also.

Casey Deak:     All right. If we continue kind of along that path, along with technology and investments you make there, there are some new products that you have rolled out over the past few years. One of those, the on-demand maintenance within SelectCare.

Art Garcia:     Yeah.

Casey Deak:     Seemed like a little step back in the first quarter, but are you seeing that still increase inbound activity? Is it leading to?

Art Garcia:     We're -- overall, we have a broad spectrum of SelectCare, which includes the on-demand piece, and that continues to be a product that we're excited about for -- from a long-term perspective. What we see -- we've also seen a lot of -- derived a lot of value because we've had -- we've established a lot of customer relationships that began as an on-demand discussion and has actually migrated to more of a contractual commitment for us, whether it's SelectCare, even full-service lease. So we view that as an area that we can grow, but it's also a nice on-ramp intro product for us.

Casey Deak:     Okay. Do you anticipate that that goes back to sort of a double-digit growth rate and you get more customer signed up for that on-demand product or?

Art Garcia:     Yeah. I mean I would say yeah. I don't -- I think I'd said it has that capability to grow in that 10% to 15% range, something like that. I would say is probably where we are right now.

Casey Deak:     Okay. If I look at kind of what you guys changed in your CapEx outlook--

Art Garcia:     Right.

Casey Deak:     And different things there, do you feel at this point of the cycle what you're going to add to rental is a comfortable level, that that helps you absorb the demand there, or do you think that you might have to revisit that?

Art Garcia:     Yeah, right. We're definitely comfortable with what we've spent so far. I would tell you again, to repeat, we've been record utilization the last couple quarters. We're looking for high utilization as we move forward. So I think we're going to continue to revisit that. We're probably at the point where if we want to move rental further, we may have to make an additional investment in that.

                Rental, remember, is also very important for our lease customers. As we sell lease business, a lot of customers will look to us to provide them a rental truck in the interim before their new unit comes in and the like. So to have a larger, newer rental fleet in this environment is I think an important point for us. So we're going to continue to look at that over the balance of the year. May very well increase that expectation.

Casey Deak:     Okay. Looking at that targeted return on capital that spread--

Art Garcia:     Yeah.

Casey Deak:     That you guys have talked to in the past, is there anything right -- I know we talked about how you go in and price a deal and what you're looking for. But from an enterprise level and what you're targeting, it's like that's been brought in a little bit--

Art Garcia:     Right.

Casey Deak:     Over the past year or two. And do you see -- what are the impediments at this point? Because it feels like a good environment. It feels like the pricing's there. You're adding

|  |  |
|---|---|
|  | to the lease fleet, rental's good. In the past we've seen that lead to higher margins. |
| Art Garcia: | Yeah. |
| Casey Deak: | And what is the impediment? Is it just on that transactional side of the business that it's-- to pushing that higher? |
| Art Garcia: | Right. That's one of the key ones, right, that our long-term view of spread is driven by a stable transactional environment, both rental and used. So the used truck environment, right now our forecast for the year is to be at a negative $25 million was what we talked about. If you look at the average, the long-term average is closer to $40 million positive. So that's going to be a big driver of return on capital performance. |
|  | The other area we've focused on is, as we've been through we've talked about it we've been seeing increased maintenance spending in some of the new generation, the first round of that say in 2011 to 2013. Those model years the maintenance costs were much higher than we would have anticipated. We're starting to exit out of some of those this year and then much more so next year. So as we kind of get that behind us you should see an improvement in our overall spread. |
| Casey Deak: | Okay. |
| Art Garcia: | Those are probably the bigger ones that drive what are impacting us today. Rental is obviously trending in the right direction. Even at these levels, we're still not where we were probably in the most optimal point in rental. So there's still some opportunity there on that side. But then it just goes for us it's the core parts of the business, right, continue to grow, the contractual and manage the cost. If we do that, we're going to get you're going to get back into that 100 to 150 point range. |
| Casey Deak: | Okay. And then can we go into the cash flow dynamics a little bit? There is from the investor side push back on burning cash and what the free cash flow would look like at Ryder. So right now it's-- you're looking at a cash burn in 2018, pretty significant. And that goes along with the growth that you're seeing in lease. |
| Art Garcia: | Right. |
| Casey Deak: | Now what else is impacting that? What-- over time? So if we look out say three to five years and you remain here but the cyclical turn and used truck pricing gets better. |
| Art Garcia: | Right. |
| Casey Deak: | You start to bring in some cash flow there. How do you anticipate the changes and the nuances of when you can start generating cash again or-- |
| Art Garcia: | Right. |
| Casey Deak: | Versus-- |
| Art Garcia: | I mean I would always I'd highlight that our negative free cash flow is driven entirely by growth in the business, right? We are going to grow 7,500 units in lease. We're growing at least 2,000- let's say 2,500 units in rental. So that's 10,000 units we're increasing 10,000 units, that's going to be close to $1 billion of spend right there. |

Ryder
May 08, 2018
09:15 AM EDT
Speaker ID:
Page 9

So our business - I try to always make this clear is -- can generate free cash flow depending on your level of growth, right? So if we grow - last year we grew about 4,000 units. Didn't grow rental at all. So we grew 4,000 lease units and we were close to a maintenance level of rental spend. It was about $200 million of free cash flow. This year we're going to grow 10,000 units and you have a little - and we're spending more in rental than we did last year from a maintenance perspective, because we're making up for the last couple years. That's what's driving us to negative free cash flow.

So, our business can generate free cash flow at 4,000 unit growth is what it can do. But at 10,000 unit growth it's not going to generate free cash flow. So that's how we try to make clear to investors, is - if over a while - over a period of time, if we get into a cycle of growing 10,000 every year, you'll see us start generating free cash flow at 10,000 unit growth. You have to get the operating - cash flow catches up after several years of that kind of organic growth.

Unidentified Audience Member:  When do you think that'll catch up? Three years? Four years?

Art Garcia:      I think the pic (ph) is how long we can grow. If we grow next year at 4,000 units again and not 10,000 units, then you'll see us free cash flow next year, right. If we grow 10,000 going forward, it would take - it probably would take two or three years before you would see that cash flow catch up. It's just the maintenance model.

Casey Deak:     Okay. So we did have a recent acquisition that you guys pushed through, MXD. Is that something that we should continue to see as a use of capital going forward? Or what just - a - how would you view that strategically and where you're hitting in the market and why MXD was the right investment for you?

Art Garcia:      Yeah. We're really excited about that acquisition. It was - we view ecommerce as a growth engine for us long term. And if you think about why MXD, their - it established us as - really, it was the number two provider out there at that point. So we're going to have a - we're going to be in a position that we could grow the business, a nice platform of growth for us so we're excited about it. We're definitely interested in adding on to those capabilities and we'll see what happens as we move forward.

And that's what we kind of talked about. In our business it's a little bit different on both sides. On the supply chain side it's about adding capabilities. Whether - you remember a few years ago we would've bought TLC, which was - established our consumer packaged goods vertical. This really is kind of the same play. It's establishing really the footprint for us around e-commerce, right, and we think we can build nice off that. We have customers - a lot of our existing customers are interested in services like that so we think there's cross-sell opportunities, up-sell opportunities. That's kind of the strategy in supply chain, is adding capabilities, by and large.

On the fleet management side it's really -- there's a couple big players in the market and then a lot of smaller players that are all privately held. Those are nice tuck-in synergy plays for us and we'll continue to look at those. So hopefully we're going to be able to do both of these as we move forward.

Casey Deak:     A question here.

Unidentified Audience Member:  You guys have done a really good job with supply chain solutions. How did you
               (inaudible - microphone inaccessible?)

Ryder
May 08, 2018
09:15 AM EDT
Speaker ID:
Page 10

Art Garcia:   Well, I think competitively we're positioned nicely, right? We have a - clearly we're established now on the e-commerce space. We're in a nice spot in auto. We're one of the top providers of automotive solutions. Consumer packaged goods through TLC. We're a top provider.

Sometimes you get caught up a little bit in - the that we've been dealing with on the leasing side of the house with some of the volatility around used trucks, and then rental to a lesser extent in the past. So I think that's what takes away some of the wind out of the sails, if you will. However, it's -- supply chain's an important business for us. It has - about 40% of it is a truck-based business so it has a lot of nice synergies with our leasing business. And it can be a little countercyclical in that sense compared to some of the transactional parts. So it's something that we try to keep in front of investors and we'll continue to do that.

Casey Deak:   We haven't talked about - I guess more of an issue for some of the truckload guys but with you guys as well, having the dedicated division and drivers. What have you seen with the impact of hard enforcement of electronic logging devices? Have you felt an impact driver-wise in the market? If you could just talk around trends then and what you're seeing before we wrap up.

Art Garcia:   Well, clearly the market is I think a tougher market now, more impactful than it was even a year ago. I'm not sure it's all tied -- I don't -- I haven't seen the connection yet to ELD because we started seeing some of this last year. So I'm not sure I attribute it to ELD. But clearly, the continuing impact of the driver shortage is there. I think on our end, though, we view that net/net in our business, that's net/net a good thing, right? Because companies who are not in the core business of running trucks will look to someone like Ryder to handle that business for them. And we have an infrastructure that allows us to recruit. We have 7,000 drivers of our own. So we have a process to kind of recruit them and we're able to source that and handle that a lot more efficiently than private fleets. So we see that as that's one of the reasons why we see so many and are so excited about the growth opportunities here, right? We're looking at double-digit growth the second half of the year and that's a long-term trend that we don't see going away.

Casey Deak:   That's good. We have time for probably one more question if anybody in the audience - there's one over -.

Unidentified Audience Member:   (Inaudible - microphone inaccessible)

Casey Deak:   Can you go on the microphone, please, for the webcast?

Unidentified Audience Member:   No, just going forward your capital financing needs.

Art Garcia:   Yes. This is a big capital year for us from a financing perspective with the negative free cash flow we've talked about. Typically, what we do is we'll go -- we fund the majority of our long-term financing through public debt bonds, medium-term notes we issue. So we would expect to be doing that several times during the year and we don't see any issues with that.

Casey Deak:   All right. With that, I think that will wrap us up here. I'd like to thank Art and Calene for joining us today.

Art Garcia:   Okay.

Ryder
May 08, 2018
09:15 AM EDT
Speaker ID:
Page11

Casey Deak:          And thank you all for being here

Art Garcia:           Thank you