# EXHIBIT 14



July 31, 2019 | Baird Equity Research
Transportation/Logistics



# Ryder System, Inc. (R)

## 2Q19 Results in Line; 2H19 Outlook Lowered Given Noted Cyclical Headwinds

**Retain Outperform rating but lowering price target.** 2Q19 results were in line with expectations as solid performances in SCS and DTS were offset by weakness in FMS given deterioration in used equipment pricing in the quarter. However, a lowered 2019 full-year outlook and a below-consensus 3Q guide underscore ongoing cyclical headwinds (reflected in both incremental used equipment pricing and commercial rental utilization softness). Remain Outperform-rated but patient buyers; lowering our price target to $60 as still-weak cyclical industry dynamics remain an overhang, likely into 2020.

- **In-line 2Q19 results.** Comparable 2Q19 EPS from continuing operations of $1.40 (-4% yoy) was in line with our/consensus' EPS estimate and slightly above the midpoint of management's prior guidance range of $1.34-1.44.

- **Outlook moves lower** reflective of and consistent with weakening freight demand trends through the quarter. Management noted that weakness in 2Q19 used vehicle sales was primarily back-end loaded (i.e., June).
  - **3Q19 comparable EPS** range ($1.45-1.60) below recent consensus of $1.74.
  - **Full-year comparable EPS** lowered from $6.05-6.35 to $5.50-5.80, below recent consensus of $6.13. Recall, management raised guidance by $0.05 at the midpoint during 1Q19 (4/30) reporting, indicating trends deteriorated meaningfully since the end of April, consistent with commentary from other covered public carriers during 2Q19 reporting.

- Three key takeaways:
  - **Momentum in contractual-oriented offering offset weakness in used equipment pricing.** ChoiceLease average fleet growth was strong in the quarter (+10% yoy), accelerating for the sixth consecutive quarter as demand for outsourcing continues to be robust despite soft freight dynamics in 2019. Solid results from DTS and SCS offset the EBT shortfall in the overall FMS segment in the quarter (DTS op rev +16% yoy, EBT +46% yoy; SCS op rev +12% yoy, EBT +24% yoy).
  - **Outlook lowered given weakness in cyclically sensitive areas.** Management noted that late in the second quarter, softer demand in heavy-duty trucks negatively impacted utilization (rental utilization down ~410 bps yoy to 75.3%). In UVS, management now expects tractor pricing to be below previous expectations, driving the lowered EBT outlook in FMS for full-year 2019.
  - **Cycle concerns likely outweigh operational execution potential** in the near term given continued pressure to used truck pricing and industry trends that, in our view, have yet to bottom. That said, we are encouraged by execution in the quarter at SCS and DTS in the quarter.

- **Our forward EPS estimates** are lowered to reflect a weaker-than-expected full-year 2019 outlook. Further, we believe 2020 numbers likely continue to need to reset lower (we model $6.05 versus recent $6.57 consensus).

- **Our new $60 price target reflects** ~9.5x NTM+1 P/E and ~5x EV/forward EBITDA. More aggressive buyers at/below $50.

## LOWERING PRICE TARGET

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Higher Risk |
| Price Target/Previous: | ▼$60/$63 |
| Price (7/30/19): | $53.38 |
| Market Cap (mil): | $2,802 |
| Shares Out (mil): | 52.5 |
| Average Daily Vol (mil): | 0.50 |
| Dividend Yield: | 4.3% |

### Estimates

| FY Dec | 2018A | 2019E | 2020E |
|---|---|---|---|
| Q1 | 0.96 A | 1.11 A | |
| Q2 | 1.42 A | 1.40 A | |
| Q3 | 1.64 A | 1.55 E | |
| Q4 | 1.82 A | 1.58 E | |
| **Fiscal EPS** | **5.79 A** | **5.65 E** | **6.05 E** |
| Previous Est | | 6.10 E | 6.45 E |
| Fiscal P/E | 9.2x | 9.4x | 8.8x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

**[ Please refer to Appendix - Important Disclosures and Analyst Certification ]**

*Ryder is one of the largest full-service truck leasing and commercial rental companies. Offerings include: Fleet Management Solutions, Supply Chain Solutions, and Dedicated Transportation Solutions.*

**Benjamin J. Hartford, CFA**
Sr. Research Analyst
bhartford@rwbaird.com
414.765.3752

**Andrew B. Reed**
Research Analyst
abreed@rwbaird.com
414.765.3643

Intended for Bob_S_Brunn@ryder.com only. Property of Baird. Contact Baird for permission to share.

# Details

## Detailed Summary of 2Q19 Results

**Ryder System, Inc. (R - NYSE)**
Quarterly Results and Variance Sheet

| ($ in millions) | 2Q19 | 2Q18 | Chg | BAIRD | Variance | 2Q19 | 2Q18 | BAIRD |
|---|---|---|---|---|---|---|---|---|
| | | **Quarterly Results** | | | | **Percent of Gross Rev** | | |
| Gross Revenue | 2,245 | 2,090 | 7% | 2,195 | 2% | | | |
| **Operating Revenue** | **1,812** | **1,640** | **11%** | **1,808** | **0%** | | | |
| Operating Expenses | 2,087 | 1,945 | 7% | 2,047 | 2% | 92.9% | 93.1% | 93.3% |
| Interest Expense/Other | 39 | 39 | -1% | 47 | -17% | 1.7% | 1.9% | 2.1% |
| **Earnings Before Tax (EBT)** | **101** | **106** | **-4%** | **101** | **0%** | **4.5%** | **5.1%** | **4.6%** |
| Income Tax Rate | 26.9% | 27.2% | | 27.0% | | | | |
| Net Income (Continuing Ops) | 74 | 77 | -4% | 74 | 0% | 3.3% | 3.7% | 3.4% |
| EPS | $1.40 | $1.46 | -4% | $1.40 | 0% | | | |
| Consensus | $1.40 | | | | | | | |
| Diluted Shares | 52.5 | 52.6 | 0% | 52.6 | 0% | | | |

| | 2Q19 | 2Q18 | Chg | BAIRD | Variance | 2Q19 | 2Q18 | BAIRD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **Percent of Operating Rev** | | |
| FMS | 1,179 | 1,081 | 9% | 1,170 | 1% | 65% | 66% | 65% |
| SCS | 483 | 430 | 12% | 482 | 0% | 27% | 26% | 27% |
| DTS | 248 | 214 | 16% | 244 | 2% | 14% | 13% | 13% |
| **Operating Revenue** | **1,812** | **1,640** | **11%** | **1,808** | **0%** | **100%** | **100%** | **100%** |
| FMS | 58 | 77 | -25% | 66 | -13% | 4.9% | 7.1% | 5.6% |
| SCS | 46 | 37 | 24% | 39 | 16% | 9.5% | 8.6% | 8.2% |
| DTS | 27 | 19 | 46% | 19 | 40% | 10.9% | 8.7% | 8.0% |
| **Earnings Before Tax (EBT)** | **101** | **106** | **-4%** | **101** | **0%** | **5.6%** | **6.4%** | **5.6%** |

Source: Company reports, Baird estimates

**Summary by operating segment**

**Fleet Management Solutions (62% of 2018 EBT)**

**FLEET MANAGEMENT SOLUTIONS (FMS) SEGMENT DETAILS**

| | 2017 | Q1 | Q2 | Q3 | Q4 | 2018 | Q1 | Q2 | Q3E | Q4E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Revenue Growth** | 4% | 10% | 11% | 12% | 11% | 11% | 9% | 7% | 3% | 3% | 6% | 3% |
| **Operating Revenue Growth** | 2% | 8% | 8% | 9% | 10% | 9% | 10% | 9% | 4% | 3% | 7% | 3% |
| **EBT Growth** | -16% | -5% | 12% | -5% | 16% | 6% | 12% | -25% | -10% | -16% | -12% | 5% |
| **EBT Margin (% Operating Revenue)** | 7.7% | 5.2% | 7.1% | 8.5% | 9.1% | 7.5% | 5.3% | 4.9% | 7.3% | 7.4% | 6.2% | 6.4% |
| **Choice Lease** | | | | | | | | | | | | |
| *Average Lease Fleet Growth* | 2% | 2% | 3% | 5% | 6% | 4% | 8% | 10% | | | | |
| *Unit miles/day* | -1% | -1% | 1% | 1% | 0% | 0% | 1% | -3% | | | | |
| **Commercial Rental** | | | | | | | | | | | | |
| *Rental Rate yoy* | 1% | 3% | 3% | 3% | 4% | 3% | 3% | 2% | | | | |
| *Rental Utilization (%)* | 75.5% | 74.8% | 79.4% | 80.4% | 81.6% | 79.1% | 74.9% | 75.3% | | | | |
| *Average Rental Fleet Growth* | -4% | 3% | 9% | 13% | 13% | 9% | 11% | 10% | | | | |

Source:  Company data, Baird estimates

### Supply Chain Solutions (26% of EBT)

**SUPPLY CHAIN SOLUTIONS (SCS) SEGMENT DETAILS**

| | 2017 | Q1 | Q2 | Q3 | Q4 | 2018 | Q1 | Q2 | Q3E | Q4E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Revenue Growth | 19% | 10% | 30% | 29% | 26% | 24% | 29% | 7% | -1% | -1% | 7% | 3% |
| Operating Revenue Growth | 12% | 6% | 20% | 23% | 19% | 17% | 25% | 12% | -5% | -5% | 6% | 3% |
| EBT Growth | -2% | -6% | 41% | 69% | 18% | 28% | 27% | 24% | -6% | -2% | 10% | 3% |
| EBT Margin (% Operating Revenue) | 6.9% | 6.7% | 8.6% | 8.1% | 6.6% | 7.5% | 6.8% | 9.5% | 8.0% | 6.8% | 7.8% | 7.8% |

Source: Company data, Baird estimates

### Dedicated Transportation Services (12% of EBT)

**DEDICATED TRANSPORTATION SOLUTIONS (DTS) SEGMENT DETAILS**

| | 2017 | Q1 | Q2 | Q3 | Q4 | 2018 | Q1 | Q2 | Q3E | Q4E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Revenue Growth | 7% | 12% | 21% | 25% | 28% | 22% | 17% | 10% | 6% | 4% | 9% | 5% |
| Operating Revenue Growth | 2% | 4% | 7% | 12% | 18% | 10% | 17% | 16% | 5% | 5% | 10% | 5% |
| EBT Growth | -13% | 16% | 25% | 1% | 2% | 11% | 33% | 46% | 16% | 7% | 26% | 5% |
| EBT Margin (% Operating Revenue) | 7.0% | 6.5% | 8.7% | 6.3% | 6.8% | 7.0% | 7.4% | 10.9% | 6.9% | 6.9% | 8.1% | 8.1% |

Source: Company data, Baird estimates

### Balance Sheet and Cash Flow

**BALANCE SHEET AND CASH FLOW ($millions)**

| | 2017 | Q1 | Q2 | Q3 | Q4 | 2018 | Q1 | Q2 | Q3E | Q4E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | 791 | 34 | 44 | 90 | 109 | 276 | 46 | 74 | 90 | 92 | 301 | 315 |
| D&A | 1,255 | 337 | 345 | 347 | 366 | 1,395 | 377 | 391 | 367 | 382 | 1,517 | 1,545 |
| Other | (428) | 75 | 63 | 40 | 27 | 206 | 124 | 18 | 38 | 39 | 219 | 198 |
| Working Capital | (71) | (131) | 54 | (85) | (80) | (241) | (62) | (77) | 70 | 70 | - | - |
| **Cash Flow from Operating** | **1,547** | **315** | **506** | **392** | **423** | **1,635** | **485** | **560** | **564** | **582** | **2,037** | **2,059** |
| Capital Expenditures (Net) | (1,431) | (573) | (646) | (689) | (746) | (2,654) | (925) | (1,029) | (615) | (615) | (3,185) | (2,250) |
| **Cash Flow from Investing** | **(1,366)** | **(553)** | **(796)** | **(669)** | **(728)** | **(2,746)** | **(923)** | **(1,031)** | **(605)** | **(605)** | **(3,165)** | **(2,230)** |
| Issuance (Repayment) of Debt (net) | 0 | 272 | 316 | 299 | 337 | 1,225 | 479 | 544 | 163 | 163 | 1,350 | 250 |
| Sales (Repurchase) of Stock (net) | (58) | (12) | (1) | (2) | 1 | (14) | (14) | (6) | (10) | (10) | (40) | (40) |
| **Cash Flow from Financing** | **(155)** | **232** | **287** | **266** | **309** | **1,093** | **434** | **508** | **124** | **124** | **1,191** | **86** |
| **Ending Cash Balance** | **77** | **74** | **70** | **57** | **62** | **62** | **57** | **93** | **176** | **277** | **125** | **39** |
| **Ending Debt Balance** | 5,410 | 5,678 | 5,978 | 6,283 | 6,649 | 6,649 | 7,143 | 7,672 | 7,836 | 7,999 | 7,999 | 8,249 |
| Debt / Total Cap (incl Op leases) | 71% | 71% | 71% | 71% | 71% | 71% | 71% | 71% | | | | |

Source: Company data, Baird estimates

# Investment Thesis

**Largest full-service leasing firm.** Ryder is one of only two nationwide full-service truck leasing companies, with ~$4 billion in operating revenue and leading positions in truck leasing and commercial rental, dedicated transportation, and supply chain solutions. Ryder leverages its breadth of services, nationwide coverage, and reputation to differentiate itself from regional providers.

**Attractively positioned to benefit from secular outsourcing themes.** Interest in fleet outsourcing and full-service lease options is rising among private fleet operators given rising equipment costs and increased vehicle complexity following multiple engine emission standard changes. Additionally, increased interest in rental options given concerns about the sustainability of current economic trends and improved customer base/relationships following the recession support better rental fleet utilization

and pricing dynamics this cycle. Ryder's FMS segment is attractively positioned to benefit from this secular shift in increased outsourcing of fleet-related services. We also anticipate higher peak FMS margins this cycle given improvements made to the segment over the last decade, which supports better full-cycle cash flows and earnings through this economic cycle relative to previous ones.

**Counter-cyclical cash flow profile.** Despite the tough environment, the largely contractual business model and cash flow potential supported Ryder's valuation. Free cash flow is negative during expansionary times as capital is deployed to support asset growth. During a weak economy like 2009, Ryder generates strong free cash; Ryder generated over $11 per share in free cash in 2009. This free cash allows Ryder to more conservatively deploy cash to fund acquisitions in the near term and return cash to shareholders.

**Valuation.** Our $60 price target reflects ~9.5x NTM+1 P/E, below its 20-year average (12.6x NTM P/E), balancing the likelihood of continued moderation in cyclically sensitive trends during 2019 with Ryder's company-specific margin improvement potential in 2020/2021. While we recognize ongoing UVS headwinds will remain a headwind in 2019, and Commercial Rental utilization presents an incremental risk if trucking industry fundamentals were to deteriorate, we believe momentum from structural outsourcing trends a waning UVS headwind provide the potential for FMS operating leverage to emerge in 2020/21 (a source of upside to EPS estimates), which coupled with growth from higher-ROIC segments DTS and SCS and Ryder's new business initiatives provide the potential for improvement in its ROC spread in upcoming years.

# Risks & Caveats

**Cyclical business.** Ryder's business is dependent on freight volumes, which depends on domestic economy growth. Commercial Rental represents most earning risk. Additionally, near-term earnings and long-term asset values can be impacted by used truck prices, which vary with the economic cycle.

**Availability of funds.** Leasing organizations depend on access to capital to secure revenue-earning equipment; inability to secure capital or deterioration of R's credit quality would compromise its competitive position.

**Interest rate exposure.** Rising interest rates can negatively impact operating costs.

**Competitive logistics markets**. Global logistics is highly competitive with larger logistics providers.

# Company Description

Ryder is one of the largest full-service truck lease and commercial rental companies. In recent years, the company significantly narrowed its focus while improving its cost structure and capital discipline. Today, Ryder's product offerings concentrate on truck fleet solutions and supply chain management in three segments:

- **Fleet Management Solutions** (63% of 2018 operating revenue, 62% of EBT) focuses on full-service truck leases (5-7 year contracts) providing the vehicle, maintenance, and insurance while the shipper furnishes the driver and exercises control over the vehicle. Also offers commercial truck rental, outsourced maintenance for non-leased vehicles, and other support services.

- **Supply Chain Solutions** (25% of operating revenue, 26% of EBT) provides non-asset-based logistics services including management of inbound logistics, warehousing, freight procurement and planning; primarily domestic with heavy automotive and retail/consumer product exposure.

- **Dedicated Transportation Solutions** (12% of operating revenue, 12% of EBT) provides dedicated truck operations, allowing shippers to outsource fleet procurement, maintenance, and execution. Ryder Dedicated provides the vehicle, driver, insurance, and manages execution, and is a dedicated outsourced alternative to private fleet operations.

# Ryder System, Inc.
# (R - NYSE)



**Baird**

**Benjamin J. Hartford, CFA, Senior Research Analyst (414) 765-3752**

7/31/2019

**Andy Reed, Research Analyst (414) 765-3643**

**Consolidated Income Statement ($Millions)**

| | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19 | 2Q19 | 3Q19E | 4Q19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total  Gross Revenue** | 7,297 | 1,904 | 2,090 | 2,158 | 2,258 | 8,410 | 2,180 | 2,245 | 2,210 | 2,301 | 8,936 | 9,215 |
| Growth (%) | 8% | 10% | 17% | 17% | 16% | 15% | 15% | 7% | 2% | 2% | 6% | 3% |
| | | | | | | | | | | | | |
| **EBITDA** | 1,711 | 441 | 487 | 510 | 478 | 1,915 | 505 | 549 | 519 | 538 | 2,112 | 2,156 |
| EBITDA Margin | 23.5% | 23.2% | 23.3% | 23.6% | 21.2% | 22.8% | 23.2% | 24.5% | 23.5% | 23.4% | 23.6% | 23.4% |
| Growth (%) | -4% | 8% | 16% | 10% | 15% | 12% | 15% | 13% | 2% | 13% | 10% | 2% |
| | | | | | | | | | | | | |
| **Continuing Ops EPS** | $4.53 | $0.96 | $1.46 | $1.64 | $1.82 | $5.79 | $1.11 | $1.40 | $1.55 | $1.58 | $5.65 | $6.05 |
| Growth (%) | -16% | 16% | 46% | 24% | 33% | 28% | 15% | -4% | -6% | -13% | -2% | 7% |
| | | | | | | | | | | | | |
| **GAAP EPS** | $4.17 | $0.69 | $0.82 | $1.68 | $1.74 | $4.97 | $0.87 | $1.43 | $1.71 | $1.74 | $5.60 | $6.00 |

Source: Company reports and Baird estimates.

Research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/research-disclosure.aspx.

**Contact your Baird Representative to receive a full working Excel model including the Balance Sheet.**

**July 31, 2019  |  Ryder System, Inc.**

# Appendix - Important Disclosures and Analyst Certification

Approved on 30 July 2019 20:52EDT/ Published on 31 July 2019 01:02EDT.



1 Robert W. Baird & Co. Incorporated makes a market in the securities of R.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

Investment Ratings: Outperform (O) - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. Neutral (N) - Expected to perform in line with the broader U.S. equity market over the next 12 months. Underperform (U) - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

Risk Ratings: L - Lower Risk – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. A - Average Risk – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. H - Higher Risk – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. S - Speculative Risk – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

Valuation, Ratings and Risks. The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

Distribution of Investment Ratings. As of June 28, 2019, Baird U.S. Equity Research covered 709 companies, with 60% rated Outperform/ Buy, 39% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 9% of Outperform/Buy-rated and 3% of Neutral/Hold-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

Analyst Compensation. Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; and (4) compliance with all of Baird's internal policies

and procedures. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Research analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

Analyst Certification

The senior research analyst(s) certifies that the views expressed in this research report and/or financial model accurately reflect such senior analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

Disclaimers

Baird prohibits analysts from owning stock in companies they cover.

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

Other Disclosures

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**July 31, 2019**  |  **Ryder System, Inc.**

Dividend Yield. As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK.

For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**July 31, 2019   |   Ryder System, Inc.**

Copyright 2019 Robert W. Baird & Co. Incorporated

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                                        Click here to unsubscribe

**Baird**                                                                                                          10