EXHIBIT 20

Galene Candela – ccandela@ryder.com – Do not forward



**AIRFREIGHT & SURFACE TRANSPORTATION**

*Airfreight & Logistics – Market Weight*
*Railroads – Market Overweight*
*Trucking – Market Weight*
*Truck Machinery – Market Underweight*

**October 30, 2019**

# RYDER SYSTEM INC.
(R – $52.12 – Outperform)

## *Better Positioned for the Next Upcycle*

- **Big Reset.** Based on materially lower residual value assumptions, R reported a 3Q EPS loss of ($1.49) yesterday and guided to essentially breakeven 4Q EPS. As a result, R now expects full-year C19 EPS of $1.05 at the midpoint vs. prior Cons. of $5.53. The stock was volatile but finished down 5%.

- **EPS Tailwinds from Here.** Relative to the materially reduced C19 EPS base of $1.05, R expects y/y tailwinds of $1.40 in C20 and another $1.80 y/y in C21 from lower depreciation expense. We also expect that losses on sales will go away by 2H:20 and likely turn into gains on sales. Just eliminating the losses would add $0.75 of EPS relative to the C19 base. So if we assume some modest fleet growth and Dedicated and SCS earnings growth, we believe R's earnings can recover to around $3 next year and $5.50-$6.00 in C21 (see Exhibit 1 below). So we've cut our C20 EPS estimate materially but raised our C21 estimate slightly as R pulled forward more of the pain into C19-20.

- **Better Positioned for the Next Trucking Cycle.** Without yesterday's actions, R would have faced mounting y/y EPS headwinds the next several years related to weak used truck prices, and it would have likely missed out on the next trucking up-cycle, much like it missed out on the 2017-18 cycle. But unlike 2017-18 when R faced a combined $1.40 of EPS headwinds from lower residual value assumptions and lower gains on sales, R should now see used truck and depreciation tailwinds in the next trucking up-cycle. R should also benefit from improved rental utilization from here with 3Q:19 utilization at its lowest level since 4Q:09 (ex. seasonally weak 1Q periods).

- **Used Overhang Behind Us?** R has assumed long-term (post '21) used truck prices well below current levels, and used truck prices the next 2 years even more materially below current levels. So barring something crazy, we don't think used truck pricing should be an overhang on R's stock anymore. So the pace of earnings and cash flow recovery should be what we increasingly focus on. R's trading at 19.0x our materially reduced C20 EPS estimate but just 9x our slightly higher C21 EPS estimate that we now have more confidence in following the big pull forward of headwinds. Based on an 11x multiple, we raise our year-end '20 target price to $63. Reiterate Outperform.

## Adjusted EPS (US$)

|  |  | 1Q | 2Q | 3Q | 4Q | FY | FC Cons | P/E |
|---|---|---|---|---|---|---|---|---|
| **2019E** |  | $1.11A | $1.40A | ($1.49A) | $0.01E | $1.04E |  | 50.1x |
|  | Prior |  |  |  | 1.53E | 5.50E | $5.53E |  |
| **2020E** |  | 0.03E | 0.56E | 0.97E | 1.17E | 2.75E |  | 19.0x |
|  | Prior | 0.92E | 1.22E | 1.48E | 1.63E | 5.25E | 5.69E |  |
| **2021E** |  |  |  |  |  | 5.75E |  | 9.1x |
|  | Prior |  |  |  |  | 5.50E | 5.94E |  |

FC Cons = First Call Consensus, P/E based on WR estimates.

| Trading and Fundamental Data | |
|---|---|
| **Target Price YE '20** | **$63** |
| 52-Week Range | $45-$68 |
| Market Cap. (M) | $2,730 |
| Enterprise Value (M) | $10,840 |
| Shares Out. (M) | 52.3 |
| Dividend/Yield | 4.1% |
| Avg. Daily Vol. (000) | 470 |
| Total Debt to Total Cap | 55.5% |
| Short-Interest Ratio | 7.3 |
| % of Float | 5.5% |
| Book Value | $47 |
| Free Cash Flow Yield | -11.9% |

| Price Performance | YTD | LTM |
|---|---|---|
| R | 8% | -9% |
| Freight Transports | -7% | 0% |
| S&P 500 | 21% | 14% |



Source: FactSet/Wolfe Research

**Scott H. Group**
(646) 845-0721
SGroup@WolfeResearch.com

**Ivan Yi**
(646) 845-0724
IYi@WolfeResearch.com

**Robert Salmon, CFA**
(646) 845-0727
RSalmon@WolfeResearch.com

**Wesley Mattox, CFA**
(646) 845-0725
WMattox@WolfeResearch.com

**Jacob Lacks**
(646) 845-0726
JLacks@WolfeResearch.com

DO NOT FORWARD – DO NOT DISTRIBUTE – DOCUMENT CAN ONLY BE PRINTED TWICE
This report is limited solely for the use of clients of Wolfe Research. Please refer to the DISCLOSURE SECTION located at the end of this report for Analyst Certifications, Important Disclosures and Other Disclosures.

Galene Candela - ccandela@ryder.com - Do not forward



**Ryder System Inc.**

**October 30, 2019**

## Investment Conclusion

R's stock opened down around 10%, rallied on the call and then faded and fell 5% yesterday after reporting a big 3Q loss and materially lowering its full-year guidance to $1.05 at the midpoint vs. $5.65 previously. R's stock is now up just 8% YTD and is badly underperforming the S&P 500 which is up 21% and our overall WR Transport Index which is up 24%.

We've lowered our full-year C19 EPS estimate from $5.50 to $1.04 based on the 3Q loss and material headwind in 4Q from lower residual value assumptions and accelerated depreciation. Relative to $1.04 of EPS this year, R expects a $1.40 EPS tailwind next year from lower depreciation expense. We've also assumed a $24M or $0.35 y/y tailwind next year from moderating losses on sales. So just based on accounting items, R's EPS should improve to approximately $2.80 next year before any changes in core business trends. We're reducing our C20 EPS estimate from $5.25 to $2.75 as we assume a big y/y headwind in rental earnings next year will more than offset EPS tailwinds from fleet growth and Dedicated earnings growth.

Looking out to C21, R expects another $1.80 EPS tailwind from lower depreciation expense, and we expect losses on sales will completely go away which represents another $0.45 EPS tailwind relative to our C20 losses on sales assumptions. So relative to our C20 EPS estimate of $2.75, accounting items alone should boost C21 EPS to approximately $5.00. If we then assume some continued leasing growth, Dedicated and SCS earnings growth, and a lack of rental headwinds, we see a pretty clear path to $5.50-$6.00 of EPS in C21, with potential upside if R actually starts reporting gains on sales which seems pretty likely to us but which we haven't assumed in our model.

So we're actually raising our C21 EPS estimate from $5.50 to $5.75 and we now have a lot more confidence in that number today based on the disclosures from R yesterday and the pull forward of big used pricing headwinds in 2019-20. In other words, we couldn't have done an accurate 2021 bridge before yesterday like we show below. While we're raising our C21 EPS estimate, we remain 3% below prior Consensus.

**Exhibit 1. Bridge From 2019 to 2021 EPS**



Source: Company reports; Wolfe Research estimates.

Bigger picture, the weak used truck market has been a massive headwind and overhang on R's stock. And without yesterday's actions, R would have faced mounting y/y EPS headwinds the next several years and likely

Galene Candela - ccandela@ryder.com - Do not forward



**Ryder System Inc.**

**October 30, 2019**

missed out on the next trucking upcycle, much like in 2017-18. As shown below, R faced a combined $97M or $1.40/share of headwinds from lower residual value assumptions and lower gains on sales in 2017-18. So despite huge fleet growth and strong rental utilization amid a record trucking cycle in 2018, R's FMS pre-tax income only grew 7% y/y in C18. Simply excluding these headwinds, R's FMS pre-tax income would have increased 22% y/y in C18. This time around, R should actually see used truck and depreciation tailwinds in the next trucking up-cycle, so earnings growth from a low level should be even better. R should also benefit from improved rental utilization from here with 3Q:19 utilization at its lowest level since 4Q:09 (ex. seasonally weak 1Q periods).

**Exhibit 2. Operating Income Excluding y/y Headwinds from Accelerated Depreciation and Residual Value Adjustments**

|  | 2017 | 2018 |
|---|---|---|
| Policy Depreciation | (4) | (40) |
| Accelerated Depreciation | (20) | (9) |
| Valuation Adjustments | 9 | 4 |
| Gains/Losses | (27) | (10) |
| **Total y/y Headwinds** | **(42)** | **(55)** |
|  |  |  |
| FMS Reported EBT Growth | (16%) | 7% |
| FMS ex-Headwinds EBT Growth | (4%) | 22% |

Source: Company reports; Wolfe Research estimates.

R is now trading at 19.0x our materially lower C20 EPS estimate but just 9x our slightly higher C21 EPS. The weak used truck market has been a massive earnings and sentiment overhang on R, but barring something crazy, we don't think used truck pricing should be an overhang on R's stock anymore. So the pace of earnings and cash flow recovery should be what we increasingly focus on. After resetting earnings in C19-20, we think there's much better visibility to C21 EPS of $5.50-$6.00 and the clearer path should help R's multiple expand closer to its long-term average. Applying a below historical 11x target forward P/E to our slightly higher C21 EPS estimate of $5.75, we're raising our year-end C20 target price to $63 (from $61). **We reiterate our Outperform rating.**

## Quarterly Highlights

- On Tuesday morning, R reported an adjusted 3Q EPS loss of ($1.49), well below Consensus of +$1.49 and our +$1.45 estimate.

- Adjusted EPS includes $3.01 related to increased depreciation expense due to changes in residual value estimates and excludes $0.09 of non-operating pension costs, $0.09 from ERP implementation and $0.08 of restructuring costs.

- Pre-tax income and adjusted EPS declined by 161% y/y and 189% in 3Q, compared to -4% and -4% last quarter.

- R reported negative FMS pre-tax income as the company significantly cut residual value estimates and further accelerated depreciation on equipment. Residual values assumed for R's new D&A policy are 18% below prior residual estimates.

Galene Candela - ccandela@ryder.com - Do not forward

**Exhibit 3. R Variance – Wolfe Research Estimate vs. Actual**

| ($millions) | Actual | WR Est. | EPS Impact |
|---|---|---|---|
| Operating Revenue (ex fuel and PT) | | | |
| FMS | $1,199 | $1,192 | $0.01 |
| Dedicated | $248 | $233 | $0.02 |
| Supply Chain Solutions | $454 | $440 | $0.02 |
| Intercompany | ($150) | ($155) | $0.01 |
| **Total Revenue** | **$1,900** | **$1,865** | **$0.04** |
| | | | |
| Net Contribution Margin (ex fuel and PT) | | | |
| FMS | -9.1% | 5.8% | ($2.54) |
| Dedicated | 7.5% | 10.0% | ($0.08) |
| SCS | 7.6% | 9.0% | ($0.09) |
| Eliminations | 4.1% | 10.9% | $0.15 |
| Central Support Services | -0.7% | -0.8% | $0.04 |
| **Overall Pretax Margin** | **-0.5%** | **7.3%** | **($2.52)** |
| | | | |
| Tax Rate | -7.0% | 25.0% | ($0.45) |
| Share Count | 52.3 | 52.4 | ($0.00) |
| | | | |
| **EPS** | **($1.49)** | **$1.45** | **($2.94)** |

Source: Company reports; Wolfe Research estimates.

## 4Q and 2019 Guidance

▪ R reduced its C19 adjusted EPS from $5.65 at the midpoint to $1.05, down 82% y/y, driven by lower used tractor pricing and lower residual value assumptions now in D&A.

▪ 4Q EPS guidance is for $0.02 at the midpoint, well below prior Consensus of $1.60 and our $1.53. Relative to 3Q, 4Q will see $65M of lower sequential D&A expense, or a ~$0.90/share benefit, so that drives a majority of the sequential improvement.

▪ We expect lease fleet growth to decelerate from here and for the rental fleet to continue to decline sequentially in 4Q.

## FMS Revenue

▪ R's operating revenue (excluding purchased transportation and fuel costs) increased 6.7% y/y in 3Q, decelerated from +9.1% and 10.0% the prior 2 quarters but was 40bp better than our estimate.

▪ As shown below, revenue growth decelerated slightly at Full Service Lease to +8.6% vs. 9.2% and 8.3% the prior 2 quarters.

▪ Commercial Rental revenue increased 2.0% y/y, decelerated from +9.3% and +15.4% the prior 2 quarters. Slower revenue growth reflected lower utilization offset by higher pricing.

Galene Candela - ccandela@ryder.com - Do not forward

**Ryder System Inc.**

**October 30, 2019**

**Exhibit 4. R Lease vs. Commercial Rental Revenue Growth Y/Y**



Source: Company reports; Wolfe Research.

**Exhibit 5. R FMS Division Revenue Growth Y/Y**

| | 1Q:17 | 2Q:17 | 3Q:17 | 4Q:17 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18 | 1Q:19 | 2Q:19 | 3Q:19 | y/y trend |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Full Service Lease | 5.4% | 2.5% | 3.8% | 6.2% | 5.3% | 5.8% | 6.5% | 7.6% | 8.3% | 9.2% | 8.6% | - |
| Total Maintenance | (0.7%) | 3.1% | 3.4% | 7.2% | 7.3% | 6.7% | 7.6% | 11.8% | 11.4% | 8.9% | 6.0% | - |
| Commercial Rental | (15.0%) | (7.1%) | (0.3%) | 6.6% | 17.5% | 16.6% | 19.4% | 18.5% | 15.4% | 9.3% | 2.0% | - |
| Fuel | 25.6% | 5.6% | 8.1% | 15.9% | 19.7% | 30.4% | 26.3% | 15.9% | 2.0% | (1.3%) | (7.4%) | - |
| Other | (9.4%) | (4.9%) | 0.5% | 12.0% | 19.7% | 12.4% | 12.6% | 7.3% | 5.9% | 5.5% | 17.8% | + |
| **Total Fleet Management Solutions (FMS)** | **3.2%** | **1.1%** | **3.5%** | **7.8%** | **9.8%** | **11.4%** | **11.9%** | **11.2%** | **8.7%** | **7.3%** | **4.5%** | **-** |

Source: Company Reports; Wolfe Research.

## FMS Margins

- FMS reported a pre-tax loss in 3Q, down 211% y/y from a profitable level a year ago. This compares to -25% and +12% in the 2 previous quarters.

- FMS net contribution margins deteriorated 1,780bp y/y in 3Q to -9.1% and missed our model by 1,490bp. The record low net contribution margin primarily reflects $169M of higher D&A costs related to lower residual value assumptions on vehicles.

- FMS results were also negatively impacted by $8M of valuation adjustments and lower rental fleet utilization of 74.0%, down 640bp y/y and down 130bp sequentially.

Galene Candela - ccandela@ryder.com - Do not forward

**Ryder System Inc.**

**October 30, 2019**

**Exhibit 6. R FMS Net Contribution Margin**



Source: Company reports; Wolfe Research estimates

## Commercial Rental

- Commercial Rental revenue increased 2.0% y/y in 3Q, decelerated from +9.3% and 15.4% the last 2 quarters but 450bp better than our estimate.

- Commercial rental utilization deteriorated 640bp y/y to 74.0%, worse than -410bp last quarter. Rental utilization was the worst since 4Q:09, excluding seasonally low 1Qs.

- We expect Commercial Rental revenue to inflect negative in 1Q as the company continues to shrink the fleet sequentially.

**Exhibit 7. R Commercial Rental Revenue Growth**



Source: Company reports; Wolfe Research

Please help us protect your advantage…
**DO NOT Forward**

Galene Candela   ccandela@ryder.com   Do not forward

**WOLFE RESEARCH**

**Ryder System Inc.**

October 30, 2019

**Exhibit 8. R Commercial Rental Utilization is Historically Low (note that all 1Q periods have been removed)**



Source: Company reports; Wolfe Research

**Exhibit 9. R Commercial Rental Utilization Improvement Y/Y vs. Truckstop.com Market Demand Index Y/Y**



Source: Truckstop.com; Bloomberg; Wolfe Research

## FMS Fleet Growth

▪ As seen in Exhibit 10, R's FMS end of period lease fleet count increased 14,800 units y/y (+10%) in 3Q. This is in line with +10% last quarter and a record growth rate in the history our model.

▪ R is on track to grow its ChoiceLease fleet by at least 11,000 units or 7% in C19, with 10,900 tractors added YTD.

---

Please help us protect your advantage…
**DO NOT Forward**

Galene Candela   ccandela@ryder.com   Do not forward

**Ryder System Inc.**

October 30, 2019

**Exhibit 10. R Y/Y Lease and Rental Fleet Growth**



Source: Company reports; Wolfe Research

## Losses on Sale

- R reported a $22.7M loss on sales in 3Q which includes $8M in valuation adjustments to inventory and equates to -$0.32/share. This was $2.7M worse than our estimate.

- R sold 5,300 used vehicles during 3Q, up 29% y/y and +4% sequentially. R has 7,300 units held for sale, down from 8,300 last quarter, and is within its target of 7,000-9,000 units.

- We expect R to report a $54M loss on sales in C19, down from our prior estimate of $65M after accelerating depreciation even further in 2H:19. We are modeling some losses on sales to continue through 1H:20, but then approach zero by 2H:20 as R works to bring down the book value of its tractors quicker than originally planned.

- R's used tractor pricing decreased 8% y/y and used truck pricing decreased 10% y/y. Used tractor pricing decreased 15% sequentially, while truck pricing declined 8% sequentially. R saw the used tractor market continue to soften throughout 3Q and is assuming further weakness through 2021 before pricing begins to recover.

- The company's residual estimates are now 18% lower than prior estimates and incorporate further deterioration in pricing in the near term. Beyond 2021, the assumed level of residual values is at or close to that 18% lower level. We believe this could lead to gains on sales in 2H:20 if the trucking cycle improves, but we're just modeling no further losses.

Please help us protect your advantage…
DO NOT Forward

Calene Candela - ccandela@ryder.com - Do not forward

**WOLFE** RESEARCH

**Ryder System Inc.**

**October 30, 2019**

**Exhibit 11. R's Gains (Losses) on Sale**



Source: Company reports; Wolfe Research estimates

## SCS & Dedicated

▪ Dedicated operating revenues increased 11.5% y/y in 3Q, decelerated from +16.0% last quarter. Dedicated margins increased by 120bp y/y to 7.5%, 250bp worse than our estimate and below R's 3-year target range of 8-9%.

▪ For full year C19, we now expect Dedicated operating revenues to grow 12.1% y/y and net contribution margins to improve 130bp y/y to 8.3%.

▪ Supply Chain operating revenue declined 1.9% y/y in 3Q, inflecting negative from +12.3% last quarter but better than our -5.0% estimate.

▪ We now expect Supply Chain operating revenues to grow 7.1% y/y in C19 and net contribution margins to expand 30bp y/y to 7.7%. We expect revenue to continue to decline through 2Q:20 and return to modest growth in 2H:20.

Calene Candela - ccandela@ryder.com - Do not forward

Calene Candela - ccandela@ryder.com - Do not forward



**Ryder System Inc.**

**October 30, 2019**

**Exhibit 12. R Y/Y Dedicated and Supply Chain Solutions Operating Revenue Growth**



Source: Company reports; Wolfe Research estimates

**Exhibit 13. R Y/Y Dedicated and Supply Chain Solutions Margin Improvement**



Source: Company reports; Wolfe Research estimates

## Balance Sheet & Cash Flow

- R's book value declined sequentially in 3Q to $2.48B ($47.36/share), down from $2.61B ($49.67/share) in 2Q. Based on break-even EPS in 4Q, we expect R's book value to fall a little more sequentially in 4Q. But based on our expectations for positive earnings in excess of dividends in C20 and beyond, we don't expect further reductions in book value.

- R did not change guidance for C19 gross and net capex of $3.6B and $3.2B, respectively. Next year we're modeling net capex of $2.6B driven by fewer additions to the lease fleet and lower replacement capex in the rental fleet.

- We expect R to burn over $1.1B of cash in C19 reflecting the elevated CapEx this year. R burned $55M of cash in 3Q, better than $277M cash burned last year. We expect negative FCF to continue in C20 but relatively improve vs. C19, and we're modeling positive FCF in C21.

Calene Candela - ccandela@ryder.com - Do not forward

# WOLFE RESEARCH

**Ryder System Inc.**

**October 30, 2019**

- R repurchased 63k shares in the quarter for $3.2M at an average price of $51.13/share.

- R ended the quarter with its debt to equity ratio at 313%, above the high end of its target ratio of 250%-300%. R is now forecasting to end 2019 with a 330% Debt to Equity ratio.

## Updating Modeling Assumptions

**Exhibit 14. WR Prior and Revised EPS Estimates**

| | 4Q:19E | | 1Q:20E | | 2020E | | 2021E | |
|---|---|---|---|---|---|---|---|---|
| | Prior | Revised | Prior | Revised | Prior | Revised | Prior | Revised |
| **Revenue growth** | | | | | | | | |
| FMS | 4.3% | 4.0% | 3.4% | 3.4% | 2.7% | 3.0% | 1.6% | 3.6% |
| Full-Service Lease | 8.5% | 7.0% | 6.0% | 6.0% | 5.0% | 4.7% | 3.0% | 4.5% |
| SCS | (5.0%) | (2.5%) | 0.0% | (2.5%) | 0.0% | 1.2% | 0.0% | 5.0% |
| DTS | 7.5% | 5.0% | 6.0% | 4.0% | 4.7% | 4.0% | 5.0% | 5.0% |
| Total | 2.0% | 2.2% | 2.8% | 1.8% | 2.2% | 2.6% | 1.5% | 4.2% |
| | | | | | | | | |
| **Pretax (NBT) margin** [(1)] | | | | | | | | |
| FMS | 6.2% | (1.4%) | 3.4% | (1.3%) | 5.0% | 1.8% | 5.2% | 5.5% |
| DTS | 9.8% | 7.3% | 7.8% | 7.4% | 9.1% | 8.4% | 9.2% | 9.0% |
| SCS | 9.0% | 7.0% | 7.7% | 6.5% | 8.7% | 7.5% | 8.8% | 8.0% |
| Total | 0.6% | 0.7% | (0.3%) | 0.1% | 0.3% | 1.0% | 0.3% | 1.6% |
| **Pretax profit growth** | | | | | | | | |
| FMS | (28.1%) | (116.2%) | (34.5%) | (124.6%) | (7.4%) | (1302.4%) | 4.7% | 217.8% |
| DTS | 54.6% | 12.3% | 12.0% | 4.2% | (0.4%) | 5.8% | 6.6% | 12.3% |
| SCS | 29.6% | 3.5% | 13.7% | (6.4%) | 2.2% | (1.4%) | 0.7% | 11.6% |
| Total | (11.6%) | (99.5%) | (19.4%) | (97.1%) | (5.4%) | 77.6% | 3.5% | 109.3% |
| | | | | | | | | |
| **Gains on sales** | -19.0 | -5.0 | -30.0 | -15.0 | -100.0 | -30.0 | -100.0 | 0.0 |
| | | | | | | | | |
| **Interest expense** | 60.8 | 62.5 | 59.9 | 61.6 | 234.5 | 241.3 | 235.2 | 242.0 |
| *y/y change* | 19.2% | 22.5% | 8.4% | 11.4% | (1.4%) | 0.1% | 0.3% | 0.3% |
| | | | | | | | | |
| **Tax Rate** | 25.0% | 25.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |
| | | | | | | | | |
| **Adjusted EPS (ex pension)** | $1.53 | $0.01 | $0.92 | $0.03 | $5.25 | $2.75 | $5.50 | $5.75 |
| *y/y change* | -16% | -100% | -17% | -97% | -5% | 164% | 5% | 109% |
| | | | | | | | | |
| Share Count | 52.3 | 52.3 | 52.2 | 52.3 | 52.0 | 52.3 | 51.4 | 52.3 |

Notes: (1) As a percent of operating revenue, which excludes fuel and purchased transportation.

Source: Company reports; Wolfe Research estimates

*Please help us protect your advantage...*
**DO NOT Forward**

Calene Candela - ccandela@ryder.com - Do not forward

**WOLFE** RESEARCH

**Ryder System Inc.**

**October 30, 2019**

## DISCLOSURE SECTION

**Analyst Certification:**

The analyst of Wolfe Research, LLC primarily responsible for this research report whose name appears first on the front page of this research report hereby certifies that (i) the recommendations and opinions expressed in this research report accurately reflect the research analysts' personal views about the subject securities or issuers and (ii) no part of the research analysts' compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this report.

**Important Disclosures:**

Price Chart with Ratings and Target Price History



Note: OP = Outperform; PP = Peer Perform; UP = Underperform

**Wolfe Research, LLC Fundamental Valuation Methodology:**

| Company: | Fundamental Valuation Methodology: |
|---|---|
| R | Forward P/E |

**Wolfe Research, LLC Fundamental Recommendation, Rating and Target Price Risks:**

| Company: | Risks That May Impede Achievement of the Recommendation, Rating or Target Price: |
|---|---|
| R | Risks to Downside: Another leg down in used truck pricing; Really tough commercial rental comps; Near-term earnings risk; Slower leasing fleet growth; High-end SCS exposure to Autos; Rising interest rates. |

**Wolfe Research, LLC Research Disclosures:**

| Company: | Research Disclosures: |
|---|---|
| R | 9 |

**Wolfe Research, LLC Research Disclosure Legend:**

9.   R: In the past 12 months, Wolfe Research Securities, an affiliate of Wolfe Research, LLC, has received compensation for NON investment banking services (securities related) from the subject company.

Wolfe Research Securities, an affiliate of Wolfe Research, LLC, expects to receive compensation for NON  investment banking services (securities related) from the subject company in the next three months.

The subject company is or was, within the past 12 months, an investment banking client of Wolfe Research Securities doing business as Wolfe Capital Markets and Advisory an affiliate of Wolfe Research, LLC

Calene Candela - ccandela@ryder.com - Do not forward

**WOLFE** RESEARCH

**Ryder System Inc.**

**October 30, 2019**

**Other Disclosures:**

**Wolfe Research, LLC Fundamental Stock Ratings Key:**

| | |
|---|---|
| Outperform (OP): | The security is projected to outperform analyst's industry coverage universe over the next 12 months. |
| Peer Perform (PP): | The security is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months. |
| Underperform (UP): | The security is projected to underperform analyst's industry coverage universe over the next 12 months. |

Wolfe Research, LLC uses a relative rating system using terms such as Outperform, Peer Perform and Underperform (see definitions above). Please carefully read the definitions of all ratings used in Wolfe Research, LLC research. In addition, since Wolfe Research, LLC research contains more complete information concerning the analyst's views, please carefully read Wolfe Research, LLC research in its entirety and not infer the contents from the ratings alone. In all cases, ratings (or research) should not be used or relied upon as investment advice and any investment decisions should be based upon individual circumstances and other considerations.

**Wolfe Research, LLC Sector Weighting System:**

| | |
|---|---|
| Market Overweight (MO): | Expect the industry to outperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |
| Market Weight (MW): | Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the U.S.) over the next 12 months. |
| Market Underweight (MU): | Expect the industry to underperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |

**Wolfe Research, LLC Distribution of Fundamental Stock Ratings (As of October 28, 2019):**

| | | |
|---|---|---|
| Outperform: | 44% | 1% Investment Banking Clients |
| Peer Perform: | 44% | 2% Investment Banking Clients |
| Underperform: | 12% | 0% Investment Banking Clients |

Wolfe Research, LLC does not assign ratings of Buy, Hold or Sell to the stocks it covers. Outperform, Peer Perform and Underperform are not the respective equivalents of Buy, Hold and Sell but represent relative weightings as defined above. To satisfy regulatory requirements, Outperform has been designated to correspond with Buy, Peer Perform has been designated to correspond with Hold and Underperform has been designated to correspond with Sell.

Wolfe Research Securities and Wolfe Research, LLC have adopted the use of Wolfe Research as brand names. Wolfe Research Securities, a member of FINRA (www.finra.org) is the broker-dealer affiliate of Wolfe Research, LLC and is responsible for the contents of this material. Any analysts publishing these reports are dually employed by Wolfe Research, LLC and Wolfe Research Securities.

The content of this report is to be used solely for informational purposes and should not be regarded as an offer, or a solicitation of an offer, to buy or sell a security, financial instrument or service discussed herein. Opinions in this communication constitute the current judgment of the author as of the date and time of this report and are subject to change without notice. Information herein is believed to be reliable but Wolfe Research and its affiliates, including but not limited to Wolfe Research Securities, makes no representation that it is complete or accurate. The information provided in this communication is not designed to replace a recipient's own decision-making processes for assessing a proposed transaction or investment involving a financial instrument discussed herein. Recipients are encouraged to seek financial advice from their financial advisor regarding the appropriateness of investing in a security or financial instrument referred to in this report and should understand that statements regarding the future performance of the financial instruments or the securities referenced herein may not be realized. Past performance is not indicative of future results. This report is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to applicable law, or which would subject Wolfe Research, LLC or any affiliate to any registration requirement within such location. For additional important disclosures, please see www.WolfeResearch.com/Disclosures.

The views expressed in Wolfe Research, LLC research reports with regards to sectors and/or specific companies may from time to time be inconsistent with the views implied by inclusion of those sectors and companies in other Wolfe Research, LLC analysts' research reports and modeling screens. Wolfe Research communicates with clients across a variety of mediums of the clients' choosing including emails, voice blasts and electronic publication to our proprietary website.

Copyright © Wolfe Research, LLC 2019. All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Wolfe Research, LLC. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of Wolfe Research, LLC.

Calene Candela - ccandela@ryder.com - Do not forward

# WOLFE
RESEARCH

**Ryder System Inc.**

**October 30, 2019**

This report is limited for the sole use of clients of Wolfe Research. Authorized users have received an encryption decoder which legislates and monitors the access to Wolfe Research, LLC content. Any distribution of the content produced by Wolfe Research, LLC will violate the understanding of the terms of our relationship.