# EXHIBIT 23

Galene Candela – ecandela@ryder.com – Do not forward



**WOLFE RESEARCH**

*Airfreight & Logistics – Market Weight*
*Railroads – Market Overweight*
*Trucking – Market Weight*
*Truck Machinery – Market Underweight*

February 13, 2020

# RYDER SYSTEM INC.
(R – $45.01 – Outperform)

## *Yet Another Reset, but Back at Valuation Support*

- **Another Large Reset.** This morning, R reported a 4Q adjusted EPS loss of ($0.01), below Cons. of +$0.03. R also provided C20 EPS guidance of $1.30 at the midpoint, materially below prior Cons. of $2.56 including a much larger than expected loss in 1Q:20. The stock fell another 10%.

- **Used Truck Not the Issue This Time.** Last quarter, R materially lowered its used truck pricing and residual value assumptions, and R noted that used prices are tracking in line with its expectations, with some more downside cushion. As a result, R expects a $1.65 tailwind in C20 from lower y/y deprecation and moderating losses on sales, just slightly worse than our expectations. However, pretty much everything else in R's guidance was worse than we expected including lower Commercial Rental and Dedicated earnings, a higher tax rate, and continued strategic investments. As a result, we're lowering our C20 EPS estimate from $2.60 to $1.20.

- **Updating our Bridge to 2021.** We still expect a $1.80 y/y tailwind from lower depreciation expense in C21 and another $0.25 tailwind as we assume losses on sales go away next year. Then, assuming about half of this year's rental headwinds reverse next year, continued growth in contractual earnings, and a lower tax rate, offset by continued strategic investments, we estimate a combined $2.80 of y/y tailwinds in C21. So we're lowering our C21 EPS estimate from $5.75 to $4.00. Meanwhile, R now expects to reach an 11% return on equity within 3 years, implying C22 EPS of more than $5/share.

- **Free Cash Flow Inflection.** Based on much lower CapEx, R expects $350M of free cash flow this year implying a 15% free cash flow yield. But rental CapEx is around $300M below replacement levels, so free cash flow will likely fall materially next year. Based on an average of C20-21 free cash flow in our model, R's trading at a 6% yield.

- **Retain Outperform.** R's now trading slightly below 1x book value and at 11x our materially reduced C21 EPS estimate. Applying an historical 13x P/E multiple to our C21 EPS estimate, we arrive at our new year-end target price of $52. Combined with a 5% dividend yield and downside support at book value, we see enough here to maintain our Outperform rating.

### Adjusted EPS (US$)

|  |  | 1Q | 2Q | 3Q | 4Q | FY | FC Cons | P/E |
|---|---|---|---|---|---|---|---|---|
| 2019A |  | $1.11A | $1.40A | ($1.49A) | ($0.01A) | $1.01A |  | 44.2x |
| 2020E |  | (0.74E) | 0.20E | 0.57E | 1.17E | 1.20E |  | 37.5x |
|  | Prior | 0.03E | 0.53E | 0.92E | 1.12E | 2.60E | 2.56E |  |
| 2021E |  |  |  |  |  | 4.00E |  | 11.3x |
|  | Prior |  |  |  |  | 5.75E | 4.80E |  |

FC Cons = First Call Consensus, P/E based on WR estimates.

| Trading and Fundamental Data | |
|---|---|
| **Target Price YE '20** | **$52** |
| *Prior Target* | *$69* |
| 52-Week Range | $45-$68 |
| Market Cap. (M) | $2,350 |
| Enterprise Value (M) | $10,500 |
| Shares Out. (M) | 52.3 |
| Dividend/Yield | 4.8% |
| Avg. Daily Vol. (000) | 740 |
| Total Debt to Total Cap | 66.3% |
| Short-Interest Ratio | 3.6 |
| % of Float | 4.8% |
| Book Value | $47 |
| Free Cash Flow Yield | -9.2% |

| Price Performance | YTD | LTM |
|---|---|---|
| R | -17% | -24% |
| Freight Transports | 4% | 11% |
| S&P 500 | 4% | 23% |



Source: FactSet/Wolfe Research

**Scott H. Group**
(646) 845-0721
SGroup@WolfeResearch.com

**Ivan Yi**
(646) 845-0724
IYi@WolfeResearch.com

**Robert Salmon, CFA**
(646) 845-0727
RSalmon@WolfeResearch.com

**Wesley Mattox, CFA**
(646) 845-0725
WMattox@WolfeResearch.com

**Jacob Lacks**
(646) 845-0726
JLacks@WolfeResearch.com

DO NOT FORWARD – DO NOT DISTRIBUTE – DOCUMENT CAN ONLY BE PRINTED TWICE
This report is limited solely for the use of clients of Wolfe Research. Please refer to the DISCLOSURE SECTION located at the end of this report for Analyst Certifications, Important Disclosures and Other Disclosures.

Galene Candela   ccandela@ryder.com   Do not forward

**Ryder System Inc.**

**February 13, 2020**

## Investment Conclusion

R's stock ended the day down 10%, after reporting a small 4Q loss and issuing full-year C20 EPS guidance materially below Consensus. R's stock is now down 17% YTD and is badly underperforming the S&P 500 which is up 4% and our overall WR Transport Index which is up 4%.

We've lowered our full-year C20 EPS estimate from $2.60 to $1.20, which is now 53% below prior Consensus. Relative to $1.01 of EPS in 2019, R expects a $1.65 EPS tailwind this year from lower depreciation expense and lower losses on sales of used vehicles. R also expects continued growth in contractual earnings (FMS and SCS offset by lower Dedicated earnings) which is more than offset by declining rental demand, a higher tax rate and other cost items. So while the tailwind from D&A and used vehicle sales was mostly in line with our expectations, the outlook for rest of the business was worse than we expected.

**Exhibit 1. Guidance Bridge From 2019 to 2020 EPS**



Source: Company reports; Wolfe Research.

Looking out to C21, we still expect a $1.80 EPS tailwind from lower depreciation expense per R's guidance from last quarter. We also expect losses on sales will completely go away which represents another $0.25 EPS tailwind relative to our C20 losses on sales assumptions. So relative to our C20 EPS estimate of $1.20, accounting items alone should boost C21 EPS to $3.25. We've then assumed $0.55 of contractual earnings growth next year, consistent with 2020E, and that half of this year's Rental headwind of $0.62 reverses next year based on our expectations for an improving TL market. Lastly, we've assumed a $0.10 tailwind from a lower tax rate next year, offset by another $0.20 of strategic investments. All in, we estimate around $2.80 of y/y EPS tailwinds in C21. So we've reduced our C21 EPS estimate from $5.75 to $4.00 and we're now 17% below prior Consensus next year.

Galene Candela   ccandela@ryder.com   Do not forward

**Ryder System Inc.**

**February 13, 2020**

**Exhibit 2. Wolfe Bridge From 2020 to 2021 EPS**



Source: Wolfe Research estimates.

R is now trading at 38x our materially reduced C20 EPS estimate and 11x our materially lower C21 EPS estimate. Additionally, R is now trading below 1x book value and at 1.2x tangible book value, with both multiples well below its historical range. We believe this should provide some downside support for the stock. Applying a historical average 13x target forward P/E to our materially lower C21 EPS estimate of $4.00, we're lowering our year-end C20 target price to $52 (from $69). **Based on the implied 16% upside and a 5% dividend yield, we retain our Outperform rating.**

**Exhibit 3. R Historical Price-to-Book and Price-to-Tangible Book**



Source: FactSet; Company reports; Wolfe Research estimates.

Galene Candela - ccandela@ryder.com - Do not forward

**WOLFE**
RESEARCH

**Ryder System Inc.**

**February 13, 2020**

## Quarterly Highlights

- On Thursday morning, R reported an adjusted 4Q EPS loss of ($0.01), below Consensus of +$0.03 and our +$0.01 estimate.

- Adjusted EPS includes $1.67 of higher depreciation expense related to lower residual values of vehicles but excludes $0.59 of non-operating pension costs, $0.11 from ERP implementation and $0.31 of restructuring costs.

- Pre-tax income and adjusted EPS declined by 142% y/y and 101% in 4Q, compared to -161% and -189% last quarter.

- R reported negative FMS pre-tax income as the company continued to feel pressure from elevated depreciation.

**Exhibit 4. R Variance – Wolfe Research Estimate vs. Actual**

| ($millions) | Actual | WR Est. | EPS Impact |
|---|---|---|---|
| Operating Revenue (ex fuel and PT) | | | |
| FMS | $1,234 | $1,227 | ($0.00) |
| Dedicated | $241 | $245 | ($0.00) |
| Supply Chain Solutions | $466 | $477 | ($0.01) |
| Intercompany | ($150) | ($164) | $0.01 |
| **Total Revenue** | **$1,942** | **$1,949** | **($0.00)** |
| | | | |
| Net Contribution Margin (ex fuel and PT) | | | |
| FMS | -6.5% | -1.4% | ($0.90) |
| Dedicated | 7.5% | 7.2% | $0.01 |
| SCS | 6.9% | 7.0% | ($0.00) |
| Eliminations | 5.4% | 12.2% | $0.16 |
| Central Support Services | -0.8% | -0.8% | ($0.02) |
| **Overall Pretax Margin** | **0.4%** | **2.7%** | **($0.75)** |
| | | | |
| Tax Rate | 98.7% | 25.0% | $0.74 |
| Share Count | 52.3 | 52.3 | $0.00 |
| | | | |
| **EPS** | **($0.01)** | **$0.01** | **($0.02)** |

Source: Company reports; Wolfe Research estimates.

## 1Q and 2020 Guidance

- R expects C20 adjusted EPS of $1.30 at the midpoint, up 29% y/y but 50% below Consensus of $2.56 and our prior estimate of $2.60 driven by incremental cost headwinds, lower rental expectations and a higher tax rate.

- R expects a 1Q EPS loss of ($0.725) at the midpoint, well below prior Consensus of +$0.06 and our prior estimate of +$0.03. Relative to 4Q, R expects $32M of lower sequential D&A expense in 1Q, or a ~$0.45/share benefit, but normal seasonality and other cost pressures more than offset any benefit.

Galene Candela - ccandela@ryder.com - Do not forward

**Ryder System Inc.**

**February 13, 2020**

▪ R expects its active lease fleet to grow by 1K units, or +1% y/y, decelerated from 10.5K units in 2019, or +7% y/y. The company expects to reduce its rental fleet by about 9% y/y.

## FMS Revenue

▪ R's operating revenue (excluding purchased transportation and fuel costs) increased 5.7% y/y in 4Q, decelerated from +6.7% and 9.1% the prior 2 quarters but was 60bp better than our estimate.

▪ As shown below, revenue growth accelerated slightly at full-service Lease to 9.1% vs. +8.6% and +9.2% the prior 2 quarters.

▪ Commercial Rental revenue declined 3.6% y/y, inflecting negative from +2.0% and +9.3% the prior 2 quarters. Slower revenue growth reflected meaningfully lower utilization and a 3% sequential reduction in the fleet.

**Exhibit 5. R Lease vs. Commercial Rental Revenue Growth Y/Y**



Source: Company reports; Wolfe Research.

**Exhibit 6. R FMS Division Revenue Growth Y/Y**

| | 1Q:17 | 2Q:17 | 3Q:17 | 4Q:17 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18 | 1Q:19 | 2Q:19 | 3Q:19 | 4Q:19 | y/y trend |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Full Service Lease | 5.4% | 2.5% | 3.8% | 6.2% | 5.3% | 5.8% | 6.5% | 7.8% | 8.3% | 9.2% | 8.6% | 9.1% | + |
| Total Maintenance | (0.7%) | 3.1% | 3.4% | 7.2% | 7.3% | 6.7% | 7.6% | 11.8% | 11.4% | 8.9% | 6.0% | 4.6% | - |
| Commercial Rental | (15.0%) | (7.1%) | (0.3%) | 6.6% | 17.5% | 16.6% | 19.4% | 18.5% | 15.4% | 9.3% | 2.0% | (3.6%) | - |
| Fuel | 25.6% | 5.6% | 8.1% | 15.9% | 19.7% | 30.4% | 26.3% | 15.9% | 2.0% | (1.3%) | (7.4%) | (7.8%) | - |
| Other | (9.4%) | (4.9%) | 0.5% | 12.0% | 19.7% | 12.4% | 12.6% | 7.3% | 5.9% | 5.5% | 17.8% | 23.6% | + |
| **Total Fleet Management Solutions (FMS)** | **3.2%** | **1.1%** | **3.5%** | **7.8%** | **9.8%** | **11.4%** | **11.9%** | **11.3%** | **8.7%** | **7.3%** | **4.5%** | **3.6%** | **-** |

Source: Company Reports; Wolfe Research.

## FMS Margins

▪ FMS reported a pre-tax loss in 4Q, down 172% y/y from a profitable level a year ago. This compares to -211% and -25% in the 2 previous quarters.

▪ FMS net contribution margins deteriorated 1,610bp y/y in 4Q to -6.5% and missed our model by over 500bp. The negative net contribution margin primarily reflects $118M of higher D&A costs related to lower residual value assumptions on vehicles.

Galene Candela   scandela@ryder.com   Do not forward

**Ryder System Inc.**

**February 13, 2020**

- FMS results were also negatively impacted by lower rental fleet utilization of 76.0%, down 560bp y/y but up 200bp sequentially.

**Exhibit 7. R FMS Net Contribution Margin**



Source: Company reports; Wolfe Research estimates

## Commercial Rental

- Commercial Rental revenue decreased 3.6% y/y in 4Q, inflecting negative from +2.0% and +9.3% the last 2 quarters and was 360bp worse than our estimate.

- Commercial rental utilization deteriorated 560bp y/y to 76.0%, slightly improved from -640bp last quarter. As the company shrinks the rental fleet to match lower demand, they expect utilization to begin to improve in 2H:20.

- R expects Commercial Rental revenue to decline by 7% y/y in C20 with the rental fleet down 9% y/y, partially offset by better pricing.

**Exhibit 8. R Commercial Rental Revenue Growth**



Source: Company reports; Wolfe Research

Galene Candela - ccandela@ryder.com - Do not forward

# WOLFE RESEARCH

**Ryder System Inc.**

**February 13, 2020**

**Exhibit 9. R Commercial Rental Utilization is Historically Low (note that all 1Q periods have been removed)**



Source: Company reports; Wolfe Research

**Exhibit 10. R Commercial Rental Utilization Improvement Y/Y vs. Truckstop.com Market Demand Index Y/Y**



Source: Truckstop.com; Bloomberg; Wolfe Research

## FMS Fleet Growth

▪ As seen in Exhibit 11, R's FMS end of period lease fleet count increased 10,500 units y/y (+7%) in 4Q. This is decelerated from +10% last quarter which was a record growth rate in the history our model. R shrank the fleet by 400 units sequentially.

▪ R expects to grow its ChoiceLease active fleet by 1,000 units or 1% in C20 and guided for its rental fleet to decline by 9%, or almost 4,000 trucks.

Galene Candela - ccandela@ryder.com - Do not forward



**Ryder System Inc.**

**February 13, 2020**

**Exhibit 11. R Y/Y Lease and Rental Fleet Growth**



Source: Company reports; Wolfe Research

## Losses on Sale

- R reported a $9.6M loss on sales in 4Q which includes valuation adjustments to inventory and equates to -$0.13/share. This was $4.6M worse than our estimate.

- R sold 6,000 used vehicles during 4Q, up 33% y/y and +13% sequentially. R has 9,400 units held for sale, up from 7,300 last quarter, above its target of 7,000-9,000 units.

- R expects a $20M loss on sales in C20, down from our prior estimate of $30M. We are modeling $10M of losses on sales in 1Q and 2Q and expect those to go to zero in 2H:20 as R works through its accelerated depreciation plan.

- R's used tractor pricing decreased 25% y/y and used truck pricing decreased 10% y/y. Used tractor pricing decreased 13% sequentially, while truck pricing declined 5% sequentially.

- The used truck market softened in 4Q, and current residual values of tractors are below the assumed residual value for R's policy depreciation currently. So R expects some recovery in the used truck market in the back half of the year to get back its policy depreciation level where R would record neither losses nor gains.

**Please help us protect your advantage...**
**DO NOT Forward**

Calene Candela - ccandela@ryder.com - Do not forward

**Ryder System Inc.**

**February 13, 2020**

**Exhibit 12. R's Gains (Losses) on Sale**



Source: Company reports; Wolfe Research estimates

## SCS & Dedicated

- Dedicated operating revenues increased 3.5% y/y in 4Q, decelerated from +11.5% last quarter. Dedicated margins increased by 70bp y/y to 7.5%, 30bp better than our estimate.

- For full year C20, we now expect Dedicated operating revenues to decline 1% y/y and net contribution margins to decline almost 100bp y/y to 7.4%.

- Supply Chain operating revenue declined 4.8% y/y in 4Q, deteriorated from -1.9% last quarter and worse than our -2.5% estimate.

- We now expect Supply Chain operating revenues to grow 2.3% y/y in C20 and net contribution margins to stay flattish at 7.8%. We expect revenue to decline in 1Q and return to modest growth in 2H:20.

**Exhibit 13. R Y/Y Dedicated and Supply Chain Solutions Operating Revenue Growth**



Source: Company reports; Wolfe Research estimates

Please help us protect your advantage…
**DO NOT Forward**

Calene Candela - ccandela@ryder.com - Do not forward

**Ryder System Inc.**

**February 13, 2020**

**Exhibit 14. R Y/Y Dedicated and Supply Chain Solutions Margin Improvement**



Source: Company reports; Wolfe Research estimates

## Balance Sheet & Cash Flow

- R's book value remained stable in 4Q at $2.48B ($47.35/share), unchanged from $2.48B ($47.36/share) in 3Q. Based on negative EPS in 1Q, we expect R's book value to fall a little more sequentially in 1Q. But based on our expectations for positive earnings in excess of dividends in C20 and beyond, we don't expect further reductions in book value.

- R introduced C20 gross and net capex of $2.1B and $1.7B, respectively. R expects gross capex from total ChoiceLease of $1.8B and capex of $130M related to commercial rental replacements. A more normalized run-rate for rental replacement capex is around $400M.

- We expect R to generate $335M of cash in C20, reflecting the lower level of replacement and growth capex this year. R burned $112M of cash in 4Q, better than $306M cash burned last year. R guided to FCF of $350M in C20, the first year of positive free cash flow in 3 years.

- R authorized a new repurchase program for 1.5M shares that expires in December of 2021 but did not repurchase any shares in the quarter.

- R ended the quarter with its debt to equity ratio at 320%, above the high end of its target ratio of 250%-300%. R is now forecasting to end 2020 with a 315% Debt to Equity ratio.

Calene Candela - ccandela@ryder.com - Do not forward

**WOLFE** RESEARCH

**Ryder System Inc.**

**February 13, 2020**

## Updating Modeling Assumptions

**Exhibit 15. WR Prior and Revised EPS Estimates**

|  | 1Q:20E | | 2Q:20E | | 2020E | | 2021E | |
|---|---|---|---|---|---|---|---|---|
|  | Prior | Revised | Prior | Revised | Prior | Revised | Prior | Revised |
| **Revenue growth** | | | | | | | | |
| FMS | 2.7% | 1.4% | 1.6% | 0.4% | 2.4% | 0.5% | 3.6% | 4.6% |
| Full-Service Lease | 5.0% | 4.0% | 4.0% | 3.0% | 3.7% | 2.2% | 4.5% | 5.0% |
| SCS | (2.5%) | (1.0%) | (2.5%) | 2.0% | 1.2% | 4.0% | 5.0% | 7.5% |
| DTS | 2.0% | (8.0%) | 2.0% | (6.0%) | 2.8% | (5.3%) | 5.0% | 5.0% |
| Total | 1.0% | (1.0%) | 0.3% | (0.4%) | 2.0% | 0.3% | 4.2% | 5.5% |
| **Pretax (NBT) margin** [1] | | | | | | | | |
| FMS | (1.3%) | (7.1%) | 0.1% | (2.3%) | 1.6% | (0.9%) | 5.6% | 2.8% |
| DTS | 7.3% | 7.0% | 10.8% | 8.0% | 8.3% | 7.4% | 8.5% | 8.0% |
| SCS | 6.5% | 7.0% | 8.5% | 9.0% | 7.5% | 7.8% | 8.0% | 8.0% |
| Total | 0.1% | 0.9% | 1.3% | 1.9% | 1.0% | 1.5% | 1.5% | 1.9% |
| **Pretax profit growth** | | | | | | | | |
| FMS | (124.6%) | (235.1%) | (98.9%) | (148.2%) | (1190.1%) | (40.3%) | 258.8% | (428.6%) |
| DTS | 0.8% | (8.6%) | 0.9% | (28.0%) | 3.1% | (12.3%) | 7.7% | 13.8% |
| SCS | (6.4%) | 2.4% | (12.6%) | (3.2%) | (1.4%) | 5.2% | 11.6% | 9.7% |
| Total | (97.8%) | (169.7%) | (62.7%) | (84.8%) | 68.2% | 62.3% | 121.3% | 224.1% |
| **Gains on sales** | -15.0 | -10.0 | -15.0 | -10.0 | -30.0 | -20.0 | 0.0 | 0.0 |
| **Interest expense** | 61.6 | 63.1 | 60.8 | 63.3 | 241.3 | 253.7 | 242.0 | 259.2 |
| *y/y change* | 11.4% | 14.0% | 9.9% | 14.5% | 0.1% | 5.1% | 0.3% | 2.2% |
| **Tax Rate** | 26.0% | 31.0% | 26.0% | 31.0% | 26.0% | 31.0% | 26.0% | 29.0% |
| **Adjusted EPS (ex pension)** | $0.03 | ($0.74) | $0.53 | $0.20 | $2.60 | $1.20 | $5.75 | $4.00 |
| *y/y change* | -98% | -167% | -62% | -86% | 150% | 18% | 121% | 233% |
| Share Count | 52.3 | 52.3 | 52.3 | 52.3 | 52.3 | 52.3 | 52.3 | 52.3 |

Notes: (1) As a percent of operating revenue, which excludes fuel and purchased transportation.

Source: Company reports; Wolfe Research estimates

Please help us protect your advantage…
**DO NOT Forward**

Calene Candela - ccandela@ryder.com - Do not forward

# WOLFE RESEARCH

**Ryder System Inc.**

**February 13, 2020**

## DISCLOSURE SECTION

### Analyst Certification:

The analyst of Wolfe Research, LLC primarily responsible for this research report whose name appears first on the front page of this research report hereby certifies that (i) the recommendations and opinions expressed in this research report accurately reflect the research analysts' personal views about the subject securities or issuers and (ii) no part of the research analysts' compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this report.

### Important Disclosures:

Price Chart with Ratings and Target Price History



Note: OP = Outperform; PP = Peer Perform; UP = Underperform

**Wolfe Research, LLC Fundamental Valuation Methodology:**

| Company: | Fundamental Valuation Methodology: |
|---|---|
| R | Forward P/E |

**Wolfe Research, LLC Fundamental Recommendation, Rating and Target Price Risks:**

| Company: | Risks That May Impede Achievement of the Recommendation, Rating or Target Price: |
|---|---|
| R | Risks to Downside: Another leg down in used truck pricing; Really tough commercial rental comps; Near-term earnings risk; Slower leasing fleet growth; High-end SCS exposure to Autos; Rising interest rates. |

**Wolfe Research, LLC Research Disclosures:**

| Company: | Research Disclosures: |
|---|---|
| R | 9 |

**Wolfe Research, LLC Research Disclosure Legend:**

9.  R: In the past 12 months, Wolfe Research Securities, an affiliate of Wolfe Research, LLC, has received compensation for NON investment banking services (securities related) from the subject company.

Wolfe Research Securities, an affiliate of Wolfe Research, LLC, expects to receive compensation for NON investment banking services (securities related) from the subject company in the next three months.

The subject company is or was, within the past 12 months, an investment banking client of Wolfe Research Securities doing business as Wolfe Capital Markets and Advisory an affiliate of Wolfe Research, LLC

Calene Candela - ccandela@ryder.com - Do not forward

**WOLFE**
RESEARCH

**Ryder System Inc.**

**February 13, 2020**

**Other Disclosures:**

**Wolfe Research, LLC Fundamental Stock Ratings Key:**

| | |
|---|---|
| Outperform (OP): | The security is projected to outperform analyst's industry coverage universe over the next 12 months. |
| Peer Perform (PP): | The security is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months. |
| Underperform (UP): | The security is projected to underperform analyst's industry coverage universe over the next 12 months. |

Wolfe Research, LLC uses a relative rating system using terms such as Outperform, Peer Perform and Underperform (see definitions above). Please carefully read the definitions of all ratings used in Wolfe Research, LLC research. In addition, since Wolfe Research, LLC research contains more complete information concerning the analyst's views, please carefully read Wolfe Research, LLC research in its entirety and not infer the contents from the ratings alone. In all cases, ratings (or research) should not be used or relied upon as investment advice and any investment decisions should be based upon individual circumstances and other considerations.

**Wolfe Research, LLC Sector Weighting System:**

| | |
|---|---|
| Market Overweight (MO): | Expect the industry to outperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |
| Market Weight (MW): | Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the U.S.) over the next 12 months. |
| Market Underweight (MU): | Expect the industry to underperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |

**Wolfe Research, LLC Distribution of Fundamental Stock Ratings (As of February 12, 2020):**

| | | |
|---|---|---|
| Outperform: | 46% | 2% Investment Banking Clients |
| Peer Perform: | 43% | 2% Investment Banking Clients |
| Underperform: | 11% | 0% Investment Banking Clients |

Wolfe Research, LLC does not assign ratings of Buy, Hold or Sell to the stocks it covers. Outperform, Peer Perform and Underperform are not the respective equivalents of Buy, Hold and Sell but represent relative weightings as defined above. To satisfy regulatory requirements, Outperform has been designated to correspond with Buy, Peer Perform has been designated to correspond with Hold and Underperform has been designated to correspond with Sell.

Wolfe Research Securities and Wolfe Research, LLC have adopted the use of Wolfe Research as brand names. Wolfe Research Securities, a member of FINRA (www.finra.org) is the broker-dealer affiliate of Wolfe Research, LLC and is responsible for the contents of this material. Any analysts publishing these reports are dually employed by Wolfe Research, LLC and Wolfe Research Securities.

The content of this report is to be used solely for informational purposes and should not be regarded as an offer, or a solicitation of an offer, to buy or sell a security, financial instrument or service discussed herein. Opinions in this communication constitute the current judgment of the author as of the date and time of this report and are subject to change without notice. Information herein is believed to be reliable but Wolfe Research and its affiliates, including but not limited to Wolfe Research Securities, makes no representation that it is complete or accurate. The information provided in this communication is not designed to replace a recipient's own decision-making processes for assessing a proposed transaction or investment involving a financial instrument discussed herein. Recipients are encouraged to seek financial advice from their financial advisor regarding the appropriateness of investing in a security or financial instrument referred to in this report and should understand that statements regarding the future performance of the financial instruments or the securities referenced herein may not be realized. Past performance is not indicative of future results. This report is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to applicable law, or which would subject Wolfe Research, LLC or any affiliate to any registration requirement within such location. For additional important disclosures, please see www.WolfeResearch.com/Disclosures.

The views expressed in Wolfe Research, LLC research reports with regards to sectors and/or specific companies may from time to time be inconsistent with the views implied by inclusion of those sectors and companies in other Wolfe Research, LLC analysts' research reports and modeling screens. Wolfe Research communicates with clients across a variety of mediums of the clients' choosing including emails, voice blasts and electronic publication to our proprietary website.

Copyright © Wolfe Research, LLC 2020. All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Wolfe Research, LLC. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of Wolfe Research, LLC.

Calene Candela - ccandela@ryder.com - Do not forward

**Ryder System Inc.**

**February 13, 2020**

This report is limited for the sole use of clients of Wolfe Research. Authorized users have received an encryption decoder which legislates and monitors the access to Wolfe Research, LLC content. Any distribution of the content produced by Wolfe Research, LLC will violate the understanding of the terms of our relationship.

Calene Candela - ccandela@ryder.com - Do not forward