# EXHIBIT 26

**RYDER SYSTEM, INC.**
**BOARD OF DIRECTORS**
**AUDIT COMMITTEE**
**OCTOBER 2, 2015**
**7:30 A.M.  – 9:00 A.M.**

## AGENDA

1. Minutes of the Committee's Meeting of July 9, 2015, Telephonic Meeting of July 22, 2015 and Special Telephonic Meeting of August 5, 2015 – Proposed for Approval
   - (a) Follow-Up Items

   - Abbie Smith

2. Internal Audit Department Report
   - (a) Sarbanes Oxley Section 404 Update
   - (b) Audit Services Activities

   - Sanjay Singh    7:30 – 7:40
     Maria Zarate

3. Independent Auditor
   - (a) Audit Status Update

   - Andrew Reinsel    7:40 – 8:00
     Mike Parsons
     Bob Sturm
     Bob McCutcheon

4. ERM Update
   - (a) Residual Values

   - Dennis Cooke    8:00 – 8:15
     Mark Cicchini

5. Significant Accounting Estimates
   - (a) Depreciation and Residual Values

   - Scott Allen
     Cristy Gallo
     Ryan Mosley

6. General Counsel Report
   - (a) Global Compliance Update

   - Bob Fatovic    8:15 – 8:25
     Celeste Bailey

7. Auditor Evaluation
   - (a) 2015 Engagement Letter
   - (b) Proposed Changes to 2016 Engagement Letter

   - Abbie Smith    8:25 – 8:35
     Scott Allen
     Bob Fatovic

8. Outside Directors Session    8:35 – 9:00
   - (a) PwC LLP
   - (b) Internal Auditor
   - (c) Controller
   - (d) CFO
   - (e) Committee Evaluation Discussion

Appendices:
   - a) 2015 Audit Committee Agenda Schedule
   - b) 2015 Audit Committee Compliance Checklist

Corporate Secretary
October 2, 2015

Separator Page

# Residual Values

58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

RYDERS0005462

REV-RDR-0000020

**Executive Summary – Review of Enterprise Risks: Residual Values**

Residual Values

Ryder must protect from the risk that a decline in market demand for used vehicles could result in potential erosion of the Company's residual values negatively impacting revenue and depreciation expenses.

The four greatest contributors to this risk are a drop in demand due to an oversupply of vehicles in the marketplace, technology changes rendering select vehicle technology less desirable, real or perceived maintenance quality concerns and the impact of over-estimating residual values. Ryder controls and mitigates these risks in the following ways:

*North American Retail Network* – Ryder has 59 Used Vehicle Centers throughout North America with 130 individuals dedicated to selling vehicles. Ryder is the largest independent U.S. retailer of used trucks.

*Centralized Pricing Committee* – Ryder has established this committee led by the VP, Asset Management to analyze sales results, inventory levels and competitive intelligence quarterly to determine future pricing. Authority limits and approval processes are in place to ensure compliance.

*Developing International Markets* – Ryder has created several international markets, including Africa and South America, which represent 6-12% of our annual used vehicle sales.

*Warranty* – Ryder Strong vehicles with warranty further distinguishes Ryder as the premiere used vehicle provider in the marketplace. Our offerings alleviate concerns around purchasing used vehicles.

Recently, UVS Inventory has begun to reflect greater numbers of New Technology Vehicles. Ryder has identified Navistar Tractors as a portion of this population with slower moving inventory. Ryder controls and mitigates these risks in the following ways:

*New Technology Vehicles* – Currently the active power fleet is 94% New Technology Vehicles. UVS Inventory is 63% New Technology while only 33% of sales are from these vehicles. Ryder continues to train the UVS sales force to overcome customer concerns with new technology. To increase volume of new technology vehicles sold Ryder is offering component specific warranty, monitoring competitive price points and expanding financing options, at no risk to Ryder.

*Navistar Tractors* – Ryder's active power fleet is 10% Navistar Tractors model years 2008 – 2014. Ryder is mitigating slow sales volumes in the US retail market for model year 2008 – 2014 Navistar Tractors by leveraging OEM buybacks and increasing export activity to Vietnam. Residual values for these vehicles are evaluated separately and reflect market conditions. Ryder pursues OEM Warranty opportunity outside standard coverage.

The 2015 used truck market conditions remain strong with inventories at the low end of the range and solid demand leading to historically high pricing. Based on our established controls and inventory levels the likelihood of risk to our residual values eroding is low.

Audit Committee
October, 2015

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    RYDERS0005463
SUBJECT TO PROTECTIVE ORDER
REV-RDR-0000020



FLEET MANAGEMENT  |  SUPPLY CHAIN SOLUTIONS

# ERM Update – Residual Values

Audit Committee
October 2015

60

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

RYDERS0005464

REV-RDR-0000020

Audit Committee Meeting Materials – Tab 4 (a) Residual Values

# Enterprise Risk: Residual Values

## Current Risk Contributor: Navistar Tractors

- Continue to leverage OEM buybacks for both lease and rental

- Increasing export activity to Vietnam

- Distinct depreciation policy to reflect market conditions

- Evaluating warranty opportunities with OEM's based on vehicle performance

  – Received $3.5M in 2013 for commercial claim

**US Navistar Vehicles '08-'14 Model Year**

|  | Active Fleet | UVS Inventory | 2015 YTD UVS Sales |
|---|---|---|---|
| Units | 11,380 | 845 | 580 |
| % Total | 11% | 18% | 7% |

*Leverage OEM relationships and multiple sales channels mitigate risk*

Proprietary and Confidential

FLEET MANAGEMENT   |   SUPPLY CHAIN SOLUTIONS



69

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

RYDERS0005473

REV-RDR-0000020

Separator Page

# Depreciation and Residual Values

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

RYDERS0005482

REV-RDR-0000020



FLEET MANAGEMENT | DEDICATED TRANSPORTATION | SUPPLY CHAIN SOLUTIONS

# Review of Depreciation and Residual Values

## October 2015

80

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

RYDERS0005484

REV-RDR-0000020

# Proposed Residual Value Changes – Navistar Tractors

| Vehicle Group<br>($ millions) | Policy | | Impact |
| --- | --- | --- | --- |
| | 2015 Policy<br>Residual % [1] | 2016<br>Proposed<br>Policy<br>Residual % | 2016<br>Depreciation<br>Impact<br>(Inc.) / Dec. |
| Non-Sleeper Tractors | 33% | 29% | (5.9) |
| Sleeper Tractors | 29% | 24% | (1.4) |
| | | | $ (7.3) |

[1] Policy on Navistar tractors in 2015 was lower than the average mileage group based on downward adjustments made in prior years due to engine issues.

- Based on discussions with Asset Management, review of Ryder internal sales data, and market values sourced from Truck Blue Book (TBB), it was determined that Navistar tractors require a lower residual values for model years 2008 to 2014.

  - The lower resale values are primarily related to issues with their 2007+ proprietary engines. Newer Navistar units, MY2015+, are using proven Cummins engines, and therefore are not expected to have a comparable issue.

- The proposed residual policy for the Navistar tractors reflects their lower current market value based on comparisons of Navistar TBB values to those of similar tractors from other OEMs (primarily Freightliner).

> ✓  *2016 impact of the 4,200 Navistar tractors under the revised residual policy is increased depreciation of $7.3M.*

Proprietary and Confidential      FLEET MANAGEMENT  |  DEDICATED TRANSPORTATION  |  SUPPLY CHAIN SOLUTIONS



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

RYDERS0005492

REV-RDR-0000020

Audit Committee Meeting Materials – Tab 5 (a) Depreciation and Residual Values

# Proposed Policy Changes – Combined Impact

| Vehicle Group ($ millions) | Avg Miles Impact (Inc.) / Dec. | High Miles Impact (Inc.) / Dec. | Navistar Policy Impact (Inc.) / Dec. | Total Impact (Inc.) / Dec. |
|---|---|---|---|---|
| Light-Duty Trucks | $ 1.1 | $ 0.3 | $ - | $ 1.4 |
| Medium-Duty Trucks | 7.3 | 1.0 | - | $ 8.3 |
| Heavy-Duty Trucks | 4.8 | 0.4 | - | $ 5.2 |
| Non-Sleeper Tractors | 7.1 | 1.2 | (5.9) | $ 2.4 |
| Sleeper Tractors | 11.0 | 2.0 | (1.4) | $ 11.6 |
| Trailers | 3.3 | - | - | $ 3.3 |
| | $ 34.6 | $ 4.9 | $ (7.3) | $ 32.2 |

✓ *Combined impact of proposed depreciation policy changes is positive $32.2M*

✓ *We will continue to monitor used vehicle trends and update our analysis at year end, if needed*

✓ *Overall impact will be disclosed in our December 31, 2015 Form 10-K and implemented on January 1, 2016*

Proprietary and Confidential    FLEET MANAGEMENT  I  DEDICATED TRANSPORTATION  I  SUPPLY CHAIN SOLUTIONS



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER
REV-RDR-0000020

RYDERS0005493



Proprietary and Confidential    **FLEET MANAGEMENT | DEDICATED TRANSPORTATION | SUPPLY CHAIN SOLUTIONS**



92

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

REV-RDR-0000020

RYDERS0005496