# EXHIBIT 27

Message
_____

**From**:        Aaron A. Ward [Aaron_A_Ward@ryder.com]
**Sent**:        7/10/2019 11:21:14 PM
**To**:          Cristina Gallo-Aquino [Cristina_Gallo-Aquino@ryder.com]
**Subject**:     Maxxforce Fleet
**Attachments**: Cristy BOD File (Maxxforce).xlsx


Cristy,

Please see the current Maxxforce fleet for Active and Held for Sale by Truck, Non Sleeper and Sleeper.

Currently 2% of Active, 18% of UVS Inventory and 3% overall are Maxxforce.  That's less than 3,800 units.  70% are trucks.

Aaron



**Aaron A. Ward**

Group Director – Asset Management Finance

Ryder System, Inc. | 11690 NW 105 Street | Miami, FL 33178

T: 305-500-3927 C: 913-940-3304 | award@ryder.com



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

RYDERS0035345

**Ryder System Inc,**
**FMSUS**
**Active and Held For Sale Fleet**
**December, 2018**

| | Active Fleet | | | | Held For Sale | | | | Total Power Fleet | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Trucks | Non-Sleeper | Sleeper | Total Power | Trucks | Non-Sleeper | Sleeper | Total Power | Trucks | Non-Sleeper | Sleeper | Total Power |
| **Total Fleet** | | | | | | | | | | | | |
| Pre 07 | 395 | 299 | 20 | 714 | 284 | 33 | - | 317 | 679 | 332 | 20 | 1,031 |
| 2008 | 111 | 67 | 5 | 183 | 50 | 9 | - | 59 | 161 | 76 | 5 | 242 |
| 2009 | 179 | 165 | 13 | 357 | 72 | 28 | 1 | 101 | 251 | 193 | 14 | 458 |
| 2010 | 200 | 103 | 12 | 315 | 77 | 15 | 3 | 95 | 277 | 118 | 15 | 410 |
| 2011 | 901 | 501 | 52 | 1,454 | 542 | 104 | 7 | 653 | 1,443 | 605 | 59 | 2,107 |
| 2012 | 3,205 | 3,046 | 683 | 6,934 | 1,093 | 408 | 157 | 1,658 | 4,298 | 3,454 | 840 | 8,592 |
| 2013 | 4,026 | 3,331 | 2,136 | 9,493 | 706 | 209 | 174 | 1,089 | 4,732 | 3,540 | 2,310 | 10,582 |
| 2014 | 7,312 | 6,312 | 3,194 | 16,818 | 374 | 133 | 102 | 609 | 7,686 | 6,445 | 3,296 | 17,427 |
| 2015 | 8,379 | 6,939 | 2,785 | 18,103 | 122 | 68 | 31 | 221 | 8,501 | 7,007 | 2,816 | 18,324 |
| 2016 | 9,069 | 7,579 | 3,947 | 20,595 | 51 | 15 | 47 | 113 | 9,120 | 7,594 | 3,994 | 20,708 |
| 2017 | 7,150 | 3,359 | 1,775 | 12,284 | - | - | 1 | 1 | 7,150 | 3,359 | 1,776 | 12,285 |
| 2018 | 9,394 | 4,143 | 2,280 | 15,817 | 1 | - | - | 1 | 9,395 | 4,143 | 2,280 | 15,818 |
| 2019 | 9,283 | 5,962 | 5,221 | 20,466 | - | - | - | - | 9,283 | 5,962 | 5,221 | 20,466 |
| **Total** | **59,604** | **41,806** | **22,123** | **123,533** | **3,372** | **1,022** | **523** | **4,917** | **62,976** | **42,828** | **22,646** | **128,450** |
| **Maxxforce Power** | | | | | | | | | | | | |
| Pre 07 | 5 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 5 | - | - | 5 |
| 2008 | 2 | 0 | 0 | 2 | 2 | 0 | 0 | 2 | 4 | - | - | 4 |
| 2009 | 27 | 2 | 0 | 29 | 11 | 1 | 0 | 12 | 38 | 3 | - | 41 |
| 2010 | 21 | 3 | 0 | 24 | 6 | 0 | 0 | 6 | 27 | 3 | - | 30 |
| 2011 | 320 | 109 | 0 | 429 | 214 | 60 | 0 | 274 | 534 | 169 | - | 703 |
| 2012 | 439 | 396 | 8 | 843 | 286 | 74 | 5 | 365 | 725 | 470 | 13 | 1,208 |
| 2013 | 620 | 257 | 39 | 916 | 141 | 22 | 7 | 170 | 761 | 279 | 46 | 1,086 |
| 2014 | 298 | 15 | 76 | 389 | 15 | 1 | 16 | 32 | 313 | 16 | 92 | 421 |
| 2015 | 244 | 8 | 0 | 252 | 0 | 0 | 0 | 0 | 244 | 8 | - | 252 |
| 2016 | 8 | 0 | 0 | 8 | 2 | 0 | 0 | 2 | 10 | - | - | 10 |
| 2017 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | - | - | 1 |
| 2018 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - |
| 2019 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - |
| **Total** | **1,985** | **790** | **123** | **2,898** | **677** | **158** | **28** | **863** | **2,662** | **948** | **151** | **3,761** |
| **Maxxforce %** | | | | | | | | | | | | |
| Pre 07 | 1% | 0% | 0% | 1% | 0% | 0% | | 0% | 1% | 0% | 0% | 0% |
| 2008 | 2% | 0% | 0% | 1% | 4% | 0% | | 3% | 2% | 0% | 0% | 2% |
| 2009 | 15% | 1% | 0% | 8% | 15% | 4% | 0% | 12% | 15% | 2% | 0% | 9% |
| 2010 | 11% | 3% | 0% | 8% | 8% | 0% | 0% | 6% | 10% | 3% | 0% | 7% |
| 2011 | 36% | 22% | 0% | 30% | 39% | 58% | 0% | 42% | 37% | 28% | 0% | 33% |
| 2012 | 14% | 13% | 1% | 12% | 26% | 18% | 3% | 22% | 17% | 14% | 2% | 14% |
| 2013 | 15% | 8% | 2% | 10% | 20% | 11% | 4% | 16% | 16% | 8% | 2% | 10% |
| 2014 | 4% | 0% | 2% | 2% | 4% | 1% | 16% | 5% | 4% | 0% | 3% | 2% |
| 2015 | 3% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 3% | 0% | 0% | 1% |
| 2016 | 0% | 0% | 0% | 0% | 4% | 0% | 0% | 2% | 0% | 0% | 0% | 0% |
| 2017 | 0% | 0% | 0% | 0% | | | 0% | 0% | 0% | 0% | 0% | 0% |
| 2018 | 0% | 0% | 0% | 0% | 0% | | | 0% | 0% | 0% | 0% | 0% |
| 2019 | 0% | 0% | 0% | 0% | | | | | 0% | 0% | 0% | 0% |
| **Total** | **3%** | **2%** | **1%** | **2%** | **20%** | **15%** | **5%** | **18%** | **4%** | **2%** | **1%** | **3%** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

RYDERS0035346