# EXHIBIT 28

**Alaska**

LIFO Loss in Ryder System, Inc. (NYSE: R)
Class Period: 07/23/15 - 02/13/20
CUSIP: 783549108
Retained share price: $31.4631 (02/14/20 - 05/13/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 141,277 | | | Sale | 8/25/2015 | (860) | 76.1600 | ($65,497.60) |
| | | | | | Sale | 12/3/2015 | (868) | 62.2800 | ($54,059.04) |
| | | | | | Sale | 12/3/2015 | (2,280) | 62.2800 | ($141,998.40) |
| | | | | | Sale | 12/4/2015 | (654) | 60.8691 | ($39,808.39) |
| | | | | | Sale | 12/7/2015 | (1,169) | 59.2172 | ($69,224.91) |
| | | | | | Sale | 1/11/2016 | (129,400) | 50.0752 | ($6,479,730.88) |
| | | | | | Sale | 1/29/2016 | (18) | 51.6065 | ($928.92) |
| | | | | | Sales offsetting against opening balance | | (135,249) | | ($6,851,248.14) |
| Purchase | 1/21/2016 | 300 | 48.3100 | $14,493.00 | | | | | |
| Purchase | 3/14/2016 | 800 | 61.2378 | $48,990.24 | | | | | |
| Purchase | 3/18/2016 | 649 | 65.0595 | $42,223.62 | | | | | |
| Purchase | 5/27/2016 | 71 | 69.5200 | $4,935.92 | | | | | |
| Purchase | 12/8/2016 | 66 | 83.6652 | $5,521.90 | | | | | |
| Purchase | 6/16/2017 | 4,674 | 67.1490 | $313,854.43 | | | | | |
| Purchase | 6/30/2017 | 441 | 72.0949 | $31,793.85 | | | | | |
| Purchase | 7/11/2017 | 111 | 73.5900 | $8,168.49 | | | | | |
| Purchase | 10/25/2017 | 482 | 81.7261 | $39,391.98 | | | | | |
| Purchase | 10/26/2017 | 39 | 82.3600 | $3,212.04 | | | | | |
| Purchase | 3/6/2018 | 102 | 73.3500 | $7,481.70 | | | | | |
| Purchase | 3/16/2018 | 249 | 75.2000 | $18,724.80 | | | | | |
| Purchase | 4/3/2018 | 60 | 73.3800 | $4,402.80 | | | | | |
| Purchase | 4/23/2018 | 2,600 | 74.5781 | $193,903.06 | | | | | |
| Purchase | 4/23/2018 | 10,358 | 74.4358 | $771,006.02 | | | | | |
| Purchase | 4/24/2018 | 6,261 | 68.5816 | $429,389.40 | | | | | |
| Purchase | 4/24/2018 | 8,959 | 68.7757 | $616,161.50 | | | | | |
| Purchase | 5/4/2018 | 1,100 | 67.6151 | $74,376.61 | | | | | |
| Purchase | 5/9/2018 | 1,299 | 68.5270 | $89,016.57 | | | | | |
| Purchase | 6/8/2018 | 72 | 68.6000 | $4,939.20 | | | | | |
| Purchase | 6/25/2018 | 12,268 | 70.9584 | $870,517.64 | | | | | |
| Purchase | 6/25/2018 | 3,050 | 71.2092 | $217,188.06 | | | | | |
| Purchase | 6/26/2018 | 4,591 | 71.0161 | $326,034.92 | | | | | |
| Purchase | 6/26/2018 | 1,150 | 70.6000 | $81,190.00 | | | | | |
| Purchase | 6/28/2018 | 5,751 | 69.8823 | $401,893.11 | | | | | |
| Purchase | 6/28/2018 | 1,425 | 69.8834 | $99,583.85 | | | | | |
| Purchase | 6/29/2018 | 53 | 71.8600 | $3,808.58 | | | | | |
| Purchase | 7/17/2018 | 1,075 | 73.5922 | $79,111.62 | | | | | |

**Alaska**
LIFO Loss in Ryder System, Inc. (NYSE: R)
Class Period: 07/23/15 - 02/13/20
CUSIP: 783549108
Retained share price: $31.4631 (02/14/20 - 05/13/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/17/2018 | 3,697 | 73.3774 | $271,276.25 | | | | | |
| Purchase | 7/18/2018 | 1,350 | 74.3331 | $100,349.69 | | | | | |
| Purchase | 7/18/2018 | 638 | 74.1940 | $47,335.77 | | | | | |
| Purchase | 7/18/2018 | 450 | 74.0256 | $33,311.52 | | | | | |
| Purchase | 7/20/2018 | 5,072 | 74.9027 | $379,906.49 | | | | | |
| Purchase | 8/22/2018 | 317 | 79.0100 | $25,046.17 | | | | | |
| Purchase | 10/10/2018 | 77 | 67.1000 | $5,166.70 | | | | | |
| Purchase | 11/30/2018 | 1,350 | 56.5375 | $76,325.63 | | | | | |
| Purchase | 11/30/2018 | 12,073 | 56.5727 | $683,002.21 | | | | | |
| Purchase | 12/14/2018 | 5,052 | 48.9805 | $247,449.49 | | | | | |
| Purchase | 12/17/2018 | 12,135 | 49.2066 | $597,122.08 | | | | | |
| Purchase | 12/18/2018 | 1,900 | 48.7666 | $92,656.54 | | | | | |
| Purchase | 12/19/2018 | 1,382 | 48.3545 | $66,825.92 | | | | | |
| Purchase | 2/8/2019 | 67 | 57.9200 | $3,880.64 | | | | | |
| Purchase | 2/20/2019 | 8,748 | 64.2648 | $562,188.46 | | | | | |
| Purchase | 2/26/2019 | 44 | 62.0000 | $2,728.00 | | | | | |
| Purchase | 3/15/2019 | 867 | 60.9400 | $52,834.98 | | | | | |
| Purchase | 8/8/2019 | 61 | 49.9300 | $3,045.73 | | | | | |
| Purchase | 8/14/2019 | 2,700 | 47.1612 | $127,335.24 | | | | | |
| Purchase | 8/15/2019 | 700 | 46.3000 | $32,410.00 | | | | | |
| Purchase | 8/15/2019 | 2,100 | 46.5175 | $97,686.75 | | | | | |
| Purchase | 8/15/2019 | 4,963 | 46.4004 | $230,285.19 | | | | | |
| Purchase | 8/16/2019 | 895 | 47.4317 | $42,451.37 | | | | | |
| Purchase | 8/19/2019 | 1,775 | 48.5855 | $86,239.26 | | | | | |
| Purchase | 8/19/2019 | 2,237 | 48.3304 | $108,115.10 | | | | | |
| Purchase | 8/20/2019 | 1,727 | 47.7775 | $82,511.74 | | | | | |
| Purchase | 8/21/2019 | 736 | 48.6297 | $35,791.46 | | | | | |
| Purchase | 8/22/2019 | 1,029 | 48.8171 | $50,232.80 | | | | | |
| Purchase | 8/23/2019 | 2,420 | 47.5355 | $115,035.91 | | | | | |
| Purchase | 9/9/2019 | 27,364 | 53.6100 | $1,466,984.04 | Sale | 1/29/2016 | (300) | 51.6065 | ($15,481.95) |
| Purchase | 9/30/2019 | 2,800 | 51.6086 | $144,504.08 | Sale | 2/28/2017 | (592) | 76.1500 | ($45,080.80) |
| Purchase | 10/29/2019 | 2,500 | 54.0918 | $135,229.50 | Sale | 2/28/2017 | (500) | 76.0801 | ($38,040.05) |
| Purchase | 10/30/2019 | 2,600 | 48.6803 | $126,568.78 | Sale | 2/28/2017 | (400) | 76.1500 | ($30,460.00) |
| Purchase | 10/31/2019 | 2,800 | 48.1266 | $134,754.48 | Sale | 6/16/2017 | (392) | 67.1535 | ($26,324.17) |
| Purchase | 11/7/2019 | 237 | 54.6706 | $12,956.93 | Sale | 10/13/2017 | (72) | 81.0300 | ($5,834.16) |
| Purchase | 11/13/2019 | 250 | 51.8771 | $12,969.28 | Sale | 12/17/2018 | (1,265) | 49.2000 | ($62,238.00) |
| Purchase | 12/10/2019 | 2,300 | 52.0509 | $119,717.07 | Sale | 12/18/2018 | (1,353) | 48.8700 | ($66,121.11) |

**Alaska**
LIFO Loss in Ryder System, Inc. (NYSE: R)
Class Period: 07/23/15 - 02/13/20
CUSIP: 783549108
Retained share price: $31.4631 (02/14/20 - 05/13/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/11/2019 | 2,300 | 51.5139 | $118,481.97 | Sale | 2/22/2019 | (46) | 63.5500 | ($2,923.30) |
| Purchase | 12/13/2019 | 4,600 | 52.1223 | $239,762.58 | Sale | 3/21/2019 | (8,748) | 59.9528 | ($524,467.09) |
| Purchase | 12/20/2019 | 1,300 | 53.7500 | $69,875.00 | Sale | 9/20/2019 | (72) | 51.3311 | ($3,695.84) |
| Purchase | 12/31/2019 | 66 | 54.3100 | $3,584.46 | | | | | |
| Purchase | 1/14/2020 | 26,400 | 55.1486 | $1,455,923.04 | Retained | | (206,395) | 31.4631 | ($6,493,819.20) |
| | | 220,135 | | $13,101,173.16 | | | (220,135) | | ($7,314,485.67) |

**LIFO Loss** **($5,786,687.50)**

**Fort Lauderdale**

LIFO Loss in Ryder System, Inc. (NYSE: R)

Class Period: 07/23/15 - 02/13/20

CUSIP: 783549108

Retained share price: $31.4631 (02/14/20 - 05/13/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 6,800 | | | Sale | 9/15/2015 | (213) | 83.0700 | ($17,693.91) |
| | | | | | Sale | 9/15/2015 | (1) | 83.1100 | ($83.11) |
| | | | | | Sale | 9/15/2015 | (386) | 83.1000 | ($32,076.60) |
| | | | | | Sale | 10/13/2015 | (430) | 70.6646 | ($30,385.78) |
| | | | | | Sale | 10/13/2015 | (346) | 69.1100 | ($23,912.06) |
| | | | | | Sale | 10/13/2015 | (164) | 69.0000 | ($11,316.00) |
| | | | | | Sale | 10/13/2015 | (114) | 70.2823 | ($8,012.18) |
| | | | | | Sale | 10/13/2015 | (270) | 69.4393 | ($18,748.61) |
| | | | | | Sale | 10/13/2015 | (1,154) | 69.1625 | ($79,813.53) |
| | | | | | Sale | 10/13/2015 | (1,036) | 69.0950 | ($71,582.42) |
| | | | | | Sale | 10/13/2015 | (248) | 68.9525 | ($17,100.22) |
| | | | | | Sale | 10/13/2015 | (219) | 69.4500 | ($15,209.55) |
| | | | | | Sale | 10/13/2015 | (588) | 69.4500 | ($40,836.60) |
| | | | | | Sale | 10/13/2015 | (567) | 69.1970 | ($39,234.70) |
| | | | | | Sale | 10/14/2015 | (345) | 69.9621 | ($24,136.92) |
| | | | | | Sale | 10/14/2015 | (719) | 69.2219 | ($49,770.55) |
| | | | | | Sales offsetting against opening balance | | (6,800) | | ($479,912.74) |
| Purchase | 10/14/2015 | 3,010 | 70.3126 | $211,640.93 | | | | | |
| Purchase | 10/15/2015 | 3,260 | 72.4836 | $236,296.54 | | | | | |
| Purchase | 10/16/2015 | 1,350 | 71.8395 | $96,983.33 | | | | | |
| Purchase | 10/16/2015 | 1,550 | 72.0958 | $111,748.49 | | | | | |
| Purchase | 10/19/2015 | 570 | 72.1017 | $41,097.97 | | | | | |
| Purchase | 10/23/2015 | 650 | 69.5865 | $45,231.23 | | | | | |
| Purchase | 11/24/2015 | 790 | 66.1491 | $52,257.79 | | | | | |
| Purchase | 12/11/2015 | 960 | 57.2028 | $54,914.69 | | | | | |
| Purchase | 2/2/2016 | 490 | 52.0027 | $25,481.32 | | | | | |
| Purchase | 6/21/2016 | 610 | 64.8673 | $39,569.05 | | | | | |
| Purchase | 7/27/2016 | 1,410 | 66.4639 | $93,714.10 | | | | | |
| Purchase | 1/24/2017 | 250 | 76.6775 | $19,169.38 | | | | | |
| Purchase | 2/2/2017 | 520 | 73.2512 | $38,090.62 | | | | | |
| Purchase | 4/25/2017 | 890 | 71.8300 | $63,928.70 | | | | | |
| Purchase | 5/16/2017 | 960 | 65.5137 | $62,893.15 | Sale | 9/22/2016 | (870) | 64.6374 | ($56,234.54) |
| Purchase | 5/17/2017 | 330 | 63.7749 | $21,045.72 | Sale | 11/7/2016 | (1,030) | 69.9838 | ($72,083.31) |
| Purchase | 7/26/2017 | 3,033 | 76.6896 | $232,599.56 | Sale | 11/23/2016 | (1,120) | 80.4343 | ($90,086.42) |
| Purchase | 7/28/2017 | 805 | 72.3670 | $58,255.44 | Sale | 11/29/2016 | (50) | 78.8890 | ($3,944.45) |
| Purchase | 11/28/2017 | 420 | 78.0496 | $32,780.83 | Sale | 3/28/2017 | (360) | 75.1656 | ($27,059.62) |

**Fort Lauderdale**
LIFO Loss in Ryder System, Inc. (NYSE: R)
Class Period: 07/23/15 - 02/13/20
CUSIP: 783549108
Retained share price: $31.4631 (02/14/20 - 05/13/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/16/2018 | 810 | 77.1877 | $62,522.04 | Sale | 7/12/2017 | (1,620) | 74.4488 | ($120,607.06) |
| Purchase | 2/20/2018 | 380 | 75.0836 | $28,531.77 | Sale | 9/28/2017 | (650) | 83.6417 | ($54,367.11) |
| Purchase | 3/1/2018 | 240 | 73.3996 | $17,615.90 | Sale | 10/2/2017 | (750) | 84.4694 | ($63,352.05) |
| Purchase | 4/5/2018 | 630 | 70.8876 | $44,659.19 | Sale | 12/27/2017 | (570) | 84.5018 | ($48,166.03) |
| Purchase | 4/24/2018 | 700 | 70.3388 | $49,237.16 | Sale | 1/24/2018 | (30) | 87.9569 | ($2,638.71) |
| Purchase | 4/27/2018 | 77 | 67.8981 | $5,228.15 | Sale | 3/22/2018 | (490) | 73.7959 | ($36,159.99) |
| Purchase | 4/30/2018 | 432 | 67.7285 | $29,258.71 | Sale | 4/25/2018 | (260) | 67.7338 | ($17,610.79) |
| Purchase | 5/1/2018 | 371 | 66.9443 | $24,836.34 | Sale | 6/28/2018 | (600) | 69.8329 | ($41,899.74) |
| Purchase | 10/26/2018 | 1,946 | 57.1399 | $111,194.25 | Sale | 7/26/2018 | (610) | 78.0372 | ($47,602.69) |
| Purchase | 11/26/2018 | 1,030 | 55.0069 | $56,657.11 | Sale | 8/9/2018 | (280) | 77.5817 | ($21,722.88) |
| Purchase | 4/30/2019 | 560 | 62.8354 | $35,187.82 | Sale | 2/26/2019 | (60) | 62.6967 | ($3,761.80) |
| Purchase | 6/4/2019 | 510 | 52.6841 | $26,868.89 | Sale | 4/25/2019 | (630) | 64.5728 | ($40,680.86) |
| Purchase | 7/30/2019 | 470 | 53.6693 | $25,224.57 | | | | | |
| Purchase | 10/29/2019 | 1,250 | 50.6376 | $63,297.00 | Retained | | (21,284) | 31.4631 | ($669,659.87) |
| | | 31,264 | | $2,118,017.72 | | | (31,264) | | ($1,417,637.90) |

**LIFO Loss** **($700,379.83)**

**Plantation Police**

LIFO Loss in Ryder System, Inc. (NYSE: R)

Class Period: 07/23/15 - 02/13/20

CUSIP: 783549108

Retained share price: $31.4631 (02/14/20 - 05/13/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | | | 0 | | $0.00 |
| | | | | | Sales offsetting against opening balance | | 0 | | $0.00 |
| Purchase | 10/14/2015 | 970 | 70.3126 | $68,203.22 | | | | | |
| Purchase | 10/15/2015 | 1,050 | 72.4836 | $76,107.78 | | | | | |
| Purchase | 10/16/2015 | 440 | 71.8395 | $31,609.38 | | | | | |
| Purchase | 10/16/2015 | 500 | 72.0958 | $36,047.90 | | | | | |
| Purchase | 10/19/2015 | 180 | 72.1017 | $12,978.31 | | | | | |
| Purchase | 10/23/2015 | 210 | 69.5865 | $14,613.17 | | | | | |
| Purchase | 11/24/2015 | 260 | 66.1491 | $17,198.77 | | | | | |
| Purchase | 12/11/2015 | 310 | 57.2028 | $17,732.87 | | | | | |
| Purchase | 2/2/2016 | 150 | 52.0027 | $7,800.41 | | | | | |
| Purchase | 2/3/2016 | 228 | 49.9148 | $11,380.57 | | | | | |
| Purchase | 2/24/2016 | 289 | 54.7135 | $15,812.20 | | | | | |
| Purchase | 6/21/2016 | 190 | 64.8673 | $12,324.79 | | | | | |
| Purchase | 7/27/2016 | 450 | 66.4639 | $29,908.76 | | | | | |
| Purchase | 1/24/2017 | 110 | 76.6775 | $8,434.53 | | | | | |
| Purchase | 2/2/2017 | 320 | 73.2512 | $23,440.38 | | | | | |
| Purchase | 4/25/2017 | 370 | 71.8300 | $26,577.10 | | | | | |
| Purchase | 5/16/2017 | 380 | 65.5137 | $24,895.21 | | | | | |
| Purchase | 5/17/2017 | 90 | 63.3833 | $5,704.50 | | | | | |
| Purchase | 5/17/2017 | 140 | 63.7749 | $8,928.49 | | | | | |
| Purchase | 5/18/2017 | 153 | 62.9205 | $9,626.84 | | | | | |
| Purchase | 11/28/2017 | 170 | 78.0496 | $13,268.43 | | | | | |
| Purchase | 2/16/2018 | 420 | 77.1877 | $32,418.83 | | | | | |
| Purchase | 2/20/2018 | 180 | 75.0836 | $13,515.05 | | | | | |
| Purchase | 3/1/2018 | 110 | 73.3996 | $8,073.96 | | | | | |
| Purchase | 4/5/2018 | 170 | 70.8876 | $12,050.89 | | | | | |
| Purchase | 4/24/2018 | 320 | 70.3388 | $22,508.42 | | | | | |
| Purchase | 11/26/2018 | 270 | 55.0069 | $14,851.86 | | | | | |
| Purchase | 2/28/2019 | 526 | 62.1196 | $32,674.91 | | | | | |
| Purchase | 3/1/2019 | 218 | 62.1613 | $13,551.16 | | | | | |
| Purchase | 3/4/2019 | 926 | 62.6540 | $58,017.60 | | | | | |
| Purchase | 3/5/2019 | 936 | 61.9594 | $57,994.00 | | | | | |
| Purchase | 3/7/2019 | 447 | 60.1174 | $26,872.48 | | | | | |
| Purchase | 3/8/2019 | 48 | 58.5000 | $2,808.00 | | | | | |
| Purchase | 3/21/2019 | 484 | 59.9331 | $29,007.62 | | | | | |

**Plantation Police**

LIFO Loss in Ryder System, Inc. (NYSE: R)
Class Period: 07/23/15 - 02/13/20
CUSIP: 783549108
Retained share price: $31.4631 (02/14/20 - 05/13/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/25/2019 | 209 | 58.1064 | $12,144.24 | | | | | |
| Purchase | 4/30/2019 | 459 | 62.8663 | $28,855.63 | | | | | |
| Purchase | 4/30/2019 | 350 | 62.8354 | $21,992.39 | | | | | |
| Purchase | 5/21/2019 | 79 | 57.8152 | $4,567.40 | | | | | |
| Purchase | 5/22/2019 | 269 | 56.3105 | $15,147.52 | | | | | |
| Purchase | 5/23/2019 | 237 | 54.6611 | $12,954.68 | | | | | |
| Purchase | 5/31/2019 | 519 | 50.7354 | $26,331.67 | | | | | |
| Purchase | 6/4/2019 | 280 | 52.6841 | $14,751.55 | | | | | |
| Purchase | 6/6/2019 | 75 | 52.0621 | $3,904.66 | | | | | |
| Purchase | 6/7/2019 | 350 | 53.1840 | $18,614.40 | | | | | |
| Purchase | 7/30/2019 | 250 | 53.6693 | $13,417.33 | | | | | |
| Purchase | 10/29/2019 | 4 | 49.8800 | $199.52 | | | | | |
| Purchase | 10/29/2019 | 663 | 50.6376 | $33,572.73 | | | | | |
| Purchase | 10/30/2019 | 232 | 48.7799 | $11,316.94 | Sale | 4/20/2016 | (517) | 67.8444 | ($35,075.55) |
| Purchase | 10/31/2019 | 110 | 47.0585 | $5,176.44 | Sale | 11/7/2016 | (210) | 69.9838 | ($14,696.60) |
| Purchase | 11/22/2019 | 560 | 51.7863 | $29,000.33 | Sale | 11/29/2016 | (220) | 78.8889 | ($17,355.56) |
| Purchase | 11/25/2019 | 636 | 53.1178 | $33,782.92 | Sale | 8/10/2017 | (106) | 72.0869 | ($7,641.21) |
| Purchase | 12/2/2019 | 46 | 52.9054 | $2,433.65 | Sale | 8/11/2017 | (137) | 72.8379 | ($9,978.79) |
| Purchase | 12/3/2019 | 618 | 51.3029 | $31,705.19 | Sale | 8/21/2017 | (200) | 72.0289 | ($14,405.78) |
| Purchase | 12/5/2019 | 286 | 51.1377 | $14,625.38 | Sale | 9/28/2017 | (280) | 83.6417 | ($23,419.68) |
| Purchase | 12/24/2019 | 619 | 53.9719 | $33,408.61 | Sale | 10/2/2017 | (320) | 84.4694 | ($27,030.21) |
| Purchase | 1/6/2020 | 36 | 53.1827 | $1,914.58 | Sale | 8/9/2018 | (140) | 77.5817 | ($10,861.44) |
| Purchase | 1/9/2020 | 366 | 53.7780 | $19,682.75 | Sale | 9/5/2019 | (237) | 51.2339 | ($12,142.43) |
| Purchase | 1/10/2020 | 173 | 53.2860 | $9,218.48 | Sale | 9/5/2019 | (480) | 51.3233 | ($24,635.18) |
| Purchase | 1/17/2020 | 471 | 55.4248 | $26,105.08 | Sale | 9/6/2019 | (249) | 51.2991 | ($12,773.48) |
| Purchase | 1/21/2020 | 179 | 54.2856 | $9,717.12 | Sale | 9/9/2019 | (641) | 52.9834 | ($33,962.36) |
| Purchase | 1/22/2020 | 99 | 53.5361 | $5,300.07 | Sale | 10/24/2019 | (296) | 53.4370 | ($15,817.35) |
| Purchase | 1/22/2020 | 42 | 53.2244 | $2,235.42 | Sale | 1/14/2020 | (151) | 55.1166 | ($8,322.61) |
| Purchase | 1/23/2020 | 275 | 52.3505 | $14,396.39 | Sale | 1/15/2020 | (39) | 55.9000 | ($2,180.10) |
| Purchase | 1/27/2020 | 603 | 49.9848 | $30,140.83 | | | | | |
| Purchase | 1/30/2020 | 87 | 49.0503 | $4,267.38 | Retained | | (16,974) | 31.4631 | ($534,054.06) |
| | | 21,197 | | $1,287,819.63 | | | (21,197) | | ($804,352.39) |

**LIFO Loss**      **($483,467.24)**