# EXHIBIT 30

State of Alaska
v. Ryder System

FINAL

December 2, 2022
Brian Kendall

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-----------------------------------
STATE OF ALASKA, ALASKA PERMANENT
FUND, THE CITY OF FORT LAUDERDALE
GENERAL EMPLOYEES' RETIREMENT
SYSTEM, and THE CITY OF PLANTATION
POLICE OFFICERS PENSION FUND,
on Behalf of Itself and All
Others Similarly Situated,
          Plaintiffs,
          v.
RYDER SYSTEM, INC.; ROBERT E.
SANCHEZ; ART A. GARCIA; and DENNIS
C. COOKE,
          Defendants.

Civil Action No. 1:20-cv-22109-AMC
-----------------------------------

REMOTE VIDEO DEPOSITION OF
Brian Kendall, Corporate Designee of The City of
Plantation Police Officers Pension Fund

December 2, 2022
Lead: Wilfred Beaye, Junior, Esquire
Firm: Wachtell Lipton Rosen & Katz

FINAL COPY
JANE ROSE REPORTING  1-800-825-3341

Page 2

A P P E A R A N C E S

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

John Rizio-Hamilton, Esquire
John J. Esmay, Esquire
Adam H. Wierzbowski, Esquire
Bernstein Litowitz Berger & Grossmann, LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 554-1400

ATTORNEYS FOR LIAISON COUNSEL FOR LEAD PLAINTIFFS
THE STATE OF ALASKA, ALASKA PERMANENT FUND, THE CITY
OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT
SYSTEM, AND THE CITY OF PLANTATION POLICE OFFICERS
PENSION FUND

Robert D. Klausner, Esquire
Klausner Kaufman Jensen & Levinson
7080 Northwest Fourth Street
Plantation, Florida 33317
(954) 916-1202

Page 3

A P P E A R A N C E S   C O N T I N U E D

ATTORNEYS FOR DEFENDANTS

Wilfred T. Beaye, Junior, Esquire
Alison B. Brockman, Esquire
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, New York 10019
(212) 403-1000

JANE ROSE REPORTING
74 Fifth Avenue
New York, New York 10011
1-800-825-3341
Joan V. Cain, Court Reporter
Joseph Salinas, Legal Videographer

Page 4

TABLE OF CONTENTS

Witness:
Brian Kendall

Examination
By Mr. Beaye..............................Page 6

Reporter Certificate......................Page 282

Notice to Read and Sign....................Page 284

Index of Exhibits.........................Page 286

State of Alaska
v. Ryder System

FINAL

December 2, 2022
Brian Kendall

Page 205

BY MR. BEAYE:

Q   And before you answer that, let me -- let me just rephrase the question slightly because I think John's objection is fair.

Do the announcements or public disclosures in either of these two paragraphs reveal securities fraud in and of themselves?

MR. RIZIO-HAMILTON:  Objection to the form.

Go ahead, Detective.

THE WITNESS:  I think when you look at the two paragraphs amongst the entire amended complaint, yes.  Now, if you just pick out the two paragraphs, I take them for what they say.  This was the initial reporting, once they finally started reporting the loss after misrepresent- -- misrepresentation of the value of their fleet.

BY MR. BEAYE:

Q   Can you describe the fraud revealed in either of these two paragraphs, just -- or from the disclosures related to these paragraphs?

MR. RIZIO-HAMILTON:  Objection to the form. Calls for a legal conclusions and expert testimony.

BY MR. BEAYE:

Q   You can answer.

A   I've provided the answers that I'm

Page 206

comfortable providing, and I don't think there's any other answers I can give you that you're going to be happy with.

Those are -- those are my answers that I provided to you.

Q   After this announcement in paragraph 135 on July 30th, 2019, did your investment advisor who invests in Ryder securities contact you about fraud?

A   No.

Q   Did any of your investment advisors contact you about fraud?

A   No.

Q   Did you ever discuss the events in paragraph 135 with any of your investment advisors?

A   Yes.

Q   When did you have that discussion?

A   When this lawsuit was initially -- was -- initially came to light -- the fraud came to light, I had a discussion with a representative of DRZ in their marketing department that we were going forward with a lawsuit for one of their holdings.

Q   What was the response from that representative?

A   I don't recall the exact response.  It was more of just me making him aware of that.

Page 207

Q   Did he agree that Plantation Police had been defrauded?

MR. RIZIO-HAMILTON:  Objection to the form.

THE WITNESS:  I don't know if that question was ever asked of him or whether he was aware of the allegations.

BY MR. BEAYE:

Q   Did you share the amended complaint with him?

A   No.

Q   Did you describe what you believed the fraud to be with him?

A   Yes, at a very high level.

Q   Can we just go to the next page of Tab 11?

MR. RIZIO-HAMILTON:  What paragraph?

MR. BEAYE:  Paragraph 138.  Starting at paragraph 138.

MR. RIZIO-HAMILTON:  Okay.

BY MR. BEAYE:

Q   And just looking at paragraphs 138 through 141, I am actually going to ask you to read these paragraphs aloud, if you don't mind.

MR. RIZIO-HAMILTON:  And by the way, again, Detective, if there's surrounding information you want to read, please feel free.  If there's anything

Page 208

else in this document you want to read, please feel free.

THE WITNESS:  138 to what?

BY MR. BEAYE:

Q   To 141.

A   138:  "Thereafter, on October 29, 2019, the Company shocked the market with the bombshell disclosure that it was decreasing its residual value estimates by more than $840 million.  That day, Defendants disclosed to investors that 'management concluded that our residual value estimates likely exceeded the expected future values that would be realized upon the sale of power vehicles in our fleet.'  On that day's conference call with investors, Defendant Sanchez admitted that, 'following the mid-2015 peak [in used tractor prices], tractor proceeds declined sharply through 2017 to below our accounting residuals as supply entered the market and the freight environment slowed.'  As a result, Ryder significantly lowered the residual value estimates for all vehicles and incurred $177 million in additional depreciation expense in the third quarter of 2019, and reduced its residual value estimates for the second half of 2019 by $289 million and 2020 by $250 million.  All

State of Alaska
v. Ryder System

FINAL

December 2, 2022
Brian Kendall

Page 249

MR. BEAYE:  Yeah, that's right.

THE WITNESS:  We are on page 13.

BY MR. BEAYE:

Q   Great.

This page lists transactions in Ryder securities.

Do you see that?

A   Yes.

Q   The amended complaint alleges that the disclosure on July 30th, 2019, which we reviewed earlier, revealed fraud as of July 2019, but as you can see, Plantation Police actually increased its stake in Ryder securities by 250 shares on that day alone.

Do you see that?

A   Yes.

Q   Similarly, the amended complaint alleges that the disclosure on October 29, 2019 revealed fraud as of October 2019, but as you can see, Plantation Police actually increased its stake in Ryder by nearly 700 shares on that day alone and by nearly 1,000 shares over the course of the next three days.

Do you see that?

A   Yes.

Page 250

Q   Along these lines, since Plantation Police moved for lead plaintiff status in this case in July 2020, do you know if Plantation Police has purchased Ryder's stock?

A   I don't know.

Q   Would it surprise you to hear that Plantation Police purchased Ryder's stock after it moved for lead plaintiff status?

MR. RIZIO-HAMILTON:  Objection to the form.

THE WITNESS:  Are you asking me again about being surprised?

BY MR. BEAYE:

Q   I am.

A   Not much surprises me.

Q   Would it -- would it surprise you that -- to hear that Plantation Police purchased Ryder stock after it filed the amended complaint?

MR. RIZIO-HAMILTON:  Objection to the form.

THE WITNESS:  Not much surprises me.

MR. BEAYE:  I want to load as Exhibit 15 what's marked -- I want to mark as Exhibit 15 what's labeled Tab 14.

- - -

(Defendants' Exhibit 15 was marked for identification.)

Page 251

- - -

BY MR. BEAYE:

Q   And just let me know when you have -- when you actually see the document, Detective.

A   Yes, sir.

We have it up and loaded, and I'm looking at it.

Q   Great.

Do you recognize this document, Detective?

A   I saw it yesterday in preparation.

Q   This is a small cap value report from -- from DRZ, as the title states.

I just want you to scroll to page 10 of this document.

A   Okay.

Q   Before I go into it, did you see this document before yesterday?

A   No, I have not.

Q   Page ten of the document has "Top 10 Holdings as of December 31st, 2020."

Do you see that?

A   That's what it states.

Q   And Ryder is listed as the third company on that list of ten.

Do you see that?

Page 252

A   That's correct.

Q   Do you think, as a fiduciary, Plantation Police had a responsibility to sell its holdings in Ryder stock if it believed that Ryder had engaged in -- in securities fraud?

MR. RIZIO-HAMILTON:  Objection to the form.

THE WITNESS:  The board has the responsibility to provide our investment manager with discretion when making their investments to maximize a total return for the fund.

BY MR. BEAYE:

Q   I -- I understand your answer.  I'm not quite sure that answers my question.

MR. BEAYE:  Joan, could you read back my question to the witness.

(The reporter read the record as requested.)

MR. RIZIO-HAMILTON:  I repeat the objection.

THE WITNESS:  No, not necessarily.

BY MR. BEAYE:

Q   Why not?

A   We have a fiduciary duty to the fund to maximize returns and provide discretion to the investment manager when making -- when they're