# EXHIBIT 31

# DePrince, Race & Zollo, Inc.
## Large Cap Value
## *City of Ft. Lauderdale General Employees' Retirement System*
## February 29, 2016

## Investment Philosophy

The cornerstone of DePrince, Race and Zollo, Inc. is an investment philosophy based on our belief that undervalued stocks with above-average dividend yields provide the opportunity for superior long-term total returns. The bottom-up stock selection process consists of three equally balanced factors: above-average dividend yield, low long-term relative valuation and an imminent fundamental catalyst. Activity is important as funds are moved into new stocks, which have better risk/reward prospects.

## Portfolio Performance

| | Gross of Fees | Russell 1000 Value | S&P 500 |
|---|---|---|---|
| One Month | 1.75% | (0.03%) | (0.13%) |
| Year to Date | (4.15%) | (5.19%) | (5.09%) |
| One Year* | (13.61%) | (9.41%) | (6.19%) |
| Three Years* | 4.49% | 8.27% | 10.75% |
| Five Years* | 6.30% | 8.81% | 10.13% |
| Seven Years* | 18.88% | 16.52% | 17.27% |
| Ten Years* | 5.71% | 5.13% | 6.44% |
| Fifteen Years* | N/A | 5.66% | 5.06% |
| Twenty Years * | N/A | 8.03% | 7.67% |
| Inception to Date* (07/31/04-02/29/16) | 6.67% | 6.60% | 7.19% |
| *Annualized | | | |

| | |
|---|---|
| Market Value as of 01/31/16 | $52,841,330 |
| Contributions | 16,018 |
| Withdrawals | 0 |
| Gain(Loss) | 873,652 |
| Interest & Dividends | 53,530 |
| Market Value as of 02/29/16 | $53,784,530 |

## Portfolio Summary

The DRZ Large-Cap Value strategy outperformed the Russell 1000 Value Index during the month as attractively valued, cyclical stocks outperformed.

Superior stock selection within Industrials was the largest contributor to performance as your portfolio's Industrials holdings returned +7% vs. those in the Index returning +3.5%. Eaton PLC, a multi-industry company, returned over +12% in February as the company continues to manage expenses and look for additional portfolio actions. With the Cooper Industries integration and overall Electrical business consolidation complete, the stock should continue to re-value higher. Emerson Electric also contributed to performance with a gain of more than +6%, driven by sequentially improving order trends which are on track to turn positive by April. The portfolio's relative overweight within Materials, the best performing sector in the Index, benefited performance during the month as commodities rallied into the month-end. On a stock specific basis, Huntsman Corp. returned over +26% as the company delivered better than expected fourth quarter results and is expected to generate improved free cash flow in 2016.

Financial services provider, MetLife, negatively impacted performance after the company reported disappointing quarterly results driven by weak investment income. We believe the recent announcement to separate retail life and annuity operations will positively impact the stock as the company remains broadly diversified and should unlock additional shareholder value. Our exposure to high quality Energy companies with solid management teams and company specific catalysts was a headwind to performance. Energy companies we own on your behalf are taking corrective actions in this challenging environment by shoring up their balance sheets, reducing expenses, and announcing meaningful reductions to capital spending programs. As previously mentioned, we view the current price of oil as unsustainable and look for a recovery in prices as industry spending cuts lead to lower North American production in 2016.

As always, we are steadfast in executing our investment discipline and believe the portfolio will continue to benefit from a renewed focus on company fundamentals.

## Purchases

**Flowers Foods-** This packaged food company's shares will re-value higher, driven by organic sales growth and a more rational pricing environment.

**Helmerich & Payne-** The company is a high-quality oil service & equipment provider with a low-cost advantage and strong balance sheet to withstand the current difficult market environment.

**St. Jude Medical-** A medical equipment & device company who will benefit from new product approvals that are expected to accelerate sales growth.

## Sales

**Tidewater Inc.-** Exited the position as the dividend yield fell below our requirement.

CONFIDENTIAL

DRZ_00001218

DRZ_00001218

## Top Ten Holdings

| Security | Portfolio % | Yield % |
|---|---|---|
| SCHLUMBERGER LTD | 2.6 | 2.8 |
| CHEVRON CORP | 2.5 | 5.1 |
| EXXON MOBIL CORP | 2.3 | 3.6 |
| BB+T CORP | 2.2 | 3.4 |
| EASTMAN CHEM CO | 2.1 | 2.9 |
| OCCIDENTAL PETE CORP | 2.0 | 4.4 |
| WAL MART STORES INC | 2.0 | 3.0 |
| EMERSON ELEC CO | 2.0 | 3.9 |
| MERCK & CO INC | 1.9 | 3.7 |
| ST JUDE MED INC | 1.8 | 2.3 |

## DePrince, Race & Zollo, Inc. Historical Performance

| | Large Cap Gross of Fees | Large Cap Net of Fees | Russell 1000 Value | S&P 500 |
|---|---|---|---|---|
| One Year | (13.58%) | (14.10%) | (9.41%) | (6.19%) |
| Three Years* | 4.53% | 3.91% | 8.27% | 10.75% |
| Five Years* | 6.38% | 5.74% | 8.81% | 10.13% |
| Seven Years* | 18.89% | 18.18% | 16.52% | 17.27% |
| Ten Years* | 5.57% | 4.94% | 5.13% | 6.44% |
| Fifteen Years* | 7.47% | 6.83% | 5.66% | 5.06% |
| Twenty Years* | 9.09% | 8.44% | 8.03% | 7.67% |
| Inception to Date* (03/31/95-02/29/16) | 9.99% | 9.33% | 9.07% | 8.71% |

Preliminary Performance     *Annualized     See attached disclosure

## Portfolio Characteristics




## Sector Allocation



### DePrince, Race & Zollo, Inc. News

We constantly strive to get information to you as quickly and efficiently as possible. If you wish to receive this monthly communication electronically, please contact your Client Service representative or kindly send a request to info@drz-inc.com

Portfolio Management:     Jill S. Lynch and Harry C. Radovich

Client Service Team:     Primary: Katie A. Byrne
                         Co:     Brian J. Casey

DePrince, Race & Zollo, Inc. * 250 Park Avenue South, Suite 250 * Winter Park, FL  32789 * telephone (407) 420-9903 * facsimile (407) 841-8778

CONFIDENTIAL

DRZ_00001219

DRZ_00001218