# EXHIBIT 33

**From:** Dugan, Suzanne G[SUZANNE.G.DUGAN@CITI.COM]
**Sent:** Mon 11/16/2015 6:52:44 AM (UTC-05:00)
**Subject:** CRIB NOTES - BARRONs - Week of 11/16/15 (UTX, HON, BHI, HAL, GWR, BIDU)

Hope you all had another great weekend! This week's review includes summaries from the following Barron's articles:

1. Danaher and Honeywell: What Industrial Recession?
2. Baker Hughes Blues
3. Genesee & Wyoming: The Little Railroad That Could
4. Baidu's Shares Are a Buy

_Danaher and Honeywell: What Industrial Recession?_
Barron's argues that industrial companies with close ties to energy and materials are indeed experiencing a recession, but overall, industrials aren't in a recession because if so, profits should have declined and that hasn't happened. According to Thomason Reuters I/B/E/S, the earnings of industrial companies in the S&P 500 have actually grown—albeit at just 0.1%. Companies like Dover (DOV) and Pentair (PNR) have certainly struggled, and will continue to if oil stays ~$40 a barrel. However, multi-industry companies like HON, GE and UTX have not acted at all like they did in previous recessions in 2001/2002 (when earnings dropped ~20%) and 2008-2009 when they plunged ~45%. For now, many analysts expect those companies to grow at a MSD pace in 2016. Barron's highlights other areas of strength in the US economy, such as nonresidential construction, residential heating, ventilating, air condition, and heath care. Next year, DHR and HON are expected to grow 15% and 10%, respectfully. What sets them, along with GE apart, is their ability to allocate capital much better than their smaller peers. Their ability to do M&A also helps them. Since 2003, acquisitions have contributed 70% to DHR's revenue growth, and 40% to HON's sales growth.

- Tim Thein has got mixed signals across the major used equipment markets that he tracks. Used equipment prices are important to monitor, as they have obvious implications on trade-ins and therefore prospects for new equipment sales. Beyond continued, gradual erosion in segments of large Ag (especially late model, high horsepower tractors and sprayers) and mining equipment, the sharpest secondary value delta appears to be NAM trucks, consistent with our update in late-September, which has been followed by cautious commentary from the likes of Ryder and the largest public truckload operator (Swift). Used truck values had moved sideways for the past year or so, but have seen a fairly significant weakening in recent months, which seems to be most pronounced in late-model sleepers. This has added to the list of concerns for dealers, some of which will face losses on pre-arranged trades, and it also negative implications for new truck sales. Conversely, we have noted some recent positive read-throughs to US rental, good for Buy-rated URI. Link: Machinery - Used Market Signals; Order Divergence between TEX and OSK.
- Tobias Levkovich has written that the analytical community appears to be getting overly worried about an industrial recession as a number of distributors have cited increased or spreading business weakness. As a result, there have been estimates cuts and recommendation downgrades. Yet, he suspects such management team commentary simply reflects poor prior guidance amidst a culture of denial in the face of declining ISM trends as the collapsed mining and energy industries were harming associated end markets. He notes the there's a possible glut of aircrafts as well as some concern about used heavy duty truck pricing and potential used auto price softness. However, it's too early to assume an ominous outcome, as more data suggests to pick up. Link: Monday Morning Musings - Industrial Indignities
- Jason Gursky rates UTX a Buy with a $115 PT because of their compelling valuation and long-term earnings growth outlook. In the near-term, earnings growth is likely to slow as the company begins to ramp new aerospace programs and absorbs the impact of slowing construction demand in China. However, over the longer-term he expects the new ramps to drive earnings growth on OEM profit improvement and accelerating aftermarket trends. He also expects further urbanization and global growth of the middle-class to offer secular growth for the company as disposable income is spent on elevators, air-conditioning, air travel and other related products the company offers. After their October 3Q results, UTX addressed a major worry: that they lacked the visibility/ability to manage expectations following successive guidance cuts in recent quarters. Not only did they beat 3Q expectations, but they held their 2015 guidance. Jason remains a buyer even as Street EPS estimates could still fall as UTX management sets an expectation floor. Plus, investors are being paid to wait for the more robust EPS growth that comes in 2017+ thanks to recent investments paying off. Catalysts include the Sikorsky close by year-end (prompting a $6b ASR) & the Dec 10 investor meeting where UTX will offer specific 2016 guidance. Link: UTX - Shareholders getting paid while waiting for EPS inflection

_Baker Hughes Blues_
Barron's argues that while BHI could potentially rally 27% on news of an approved merger with HAL, there's too much uncertainty surrounding the deal to take that bet. Currently, BHI shares are 22% below HAL's year-old buyout offer of ~$61 a share in cash and stock. If the merger is approved, the DOJ will allow the marriage of the world's 2nd and 3rd largest oil-service companies, behind first-place SLB. The deal is expected to close by year-end but a HAL spokesperson said it could move into 2016. The merger arbitrage spread between the two companies made a big move from 7% in May, reflecting how skeptical investors really are of this deal going through. Many analysts and regulators have lessened their prospect of the deal closing, because a merger would mean the industry would be dominated by a duopoly. If it doesn't go through, HAL must pay BHI a whopping $3.5bn breakup fee to help it return to operating independently. Barron's argues that there are less risky arb deals to play, such as Berkshire Hathaway's (BRK/A) bid for Precision Castparts (PCP). This deal should close within the next 90 days, and yields 8% on an annualized basis.

- Scott Gruber rates BHI a Buy with a $67 PT. BHI's stock is trading at a wider discount on NTM P/E versus peers than normal. This likely reflects investor perception that the company is more exposed to negative revisions that peers. He believes earnings achievability is superior at BHI. If negative revisions fail to materialize and BHI delivers the earnings growth we forecast, then the stock should appreciate. The market is pricing in a ~65% chance of approval of the deal going

Confidential

through. Scott believes the likelihood is 70%. Scott's valuation framework yields more a 28% upside too HAL's share price. Halliburton hopes to hear a final decision from the U.S. DOJ by December 15th, although the DOJ can request an extension to their timing agreement. On an individual stock basis, Scott's top three names (in order) are HAL, BHI and SLB. He believes HAL and SLB offer best value and that investors should buy these quality names because of their growth leverage. Despite his Buy-rating on BHI, he acknowledges that BHI could drop ~28% if the deal fell through. He utilizes three valuation metrics to assess their downside risk, including trough P/BV as well as P/E and EV/EBITDA of HAL and WFT (on consensus 2018). Inclusive of the break-up fee, this analysis suggests that BHI could fall to ~$39, or ~28%. Link: <u>Deal or No Deal: What's BHI's Downside Risk?</u>

## Genesee & Wyoming: The Little Railroad That Could

Barron's believes GWR stock could rise 20% in the next year if they keep throwing off cash and make solid acquisitions. What could drive the stock even more though, is if Canadian Pacific (CP) and Norfolk Southern (NSC) merge. Last week the two giant rail operators said they were in talks to combine but it's still undergoing regulatory scrutiny, and there's a good chance the merged railway would be forced to sell many of its rail routes. That's where GWR can benefit—it's a leading candidate to buy a number of NSC's routes, since nearly 1/3rd of its NAM routes already connect with NSC's. GWR would likely take advantage of some NCS's divestitures because the already-connected routes would easily enable big cost savings. GWR has already made numerous successful regional short-line acquisitions, usually 600 miles of track or less, that connect with larger mainline Class 1 carriers. In addition to acquiring some of NSC's routes, it could also expand the number of bolt-on transactions as the weak European market will likely further consolidate. Luckily, GWR is positioned to facilitate deals—it has lots of stock, cash and a $556mn credit line. GWR shares have fallen 25% this year (in line with peers) as low commodity prices have led to industry consolidation and crunched profits. Yet despite these opportunistic acquisition possibilities, shares only trade at 18x 2015 earnings estimates, well below its 10-year average forward PE of 22x. This year's profits should mark a trough at $4.10/shr, with 2016 estimates rising to $4.30/shr. It's revenues are also expected to trough this year. By some analysts' estimates, G&W's FCF yield is 7% vs. 1% for typical railroads, because it's short-line system doesn't require the high capital intensity that Class 1 railroads do.

- Chris Wetherbee rates GWR a Buy with an $81 PT. He believes the stock's 30%+ pullback since mid-March provides a compelling entry point and a positively skewed risk/reward. Negative 1Q and 2Q preannouncements and concerns over commodity weakness and its impact on the Australian segment have pressured the stock, but he believes contribution from the Freightliner acquisition, which closed in late 1Q, will provide the next catalyst and leg of growth beginning in 2015, muting concerns in Australia. Chris trimmed his 4QE EPS by 5c to 93c, on a somewhat weaker volume outlook. His 2016 estimate decreases by 3% (10c) to $4.10, on a moderated volume growth outlook, but maintained yield growth and 20 bps of YoY OR improvement. Looking to 2016, while we are moderating our 2016 outlook modestly, we believe Freightliner should help to drive ~3% organic revenue growth in 2H16 on less than 1% volume growth. Link: <u>GWR - Headwinds Remain, but FCF Holds Intrinsic Value</u>
- CP & NSC Merger: Chris rates CP a Buy with a $181 PT, and rates NSC Neutral with an $86 PT. Earlier this week Chris highlighted that the leak of CP's merger discussion with NSC could be designed to attract shareholders to put more pressure on NSC (or CSX) management to consider a combination. He also think it could have been designed to pressure the Surface Transportation Board to provide some clarity on what an acceptable merger of Class 1 rails would look like. One of the biggest hurdles to consolidation is an unclear and untested regulatory process, and Chris remains concerned that the STB lacks the resources to really review a transaction of this size. If the desire of market participants to merge is not going away, he believes the STB may be persuaded to provide at least a rough framework of what would work and what wouldn't. If that's the case the next news story to break could be on the regulatory front. Link: <u>Wetherbee's Weekly Freight Line - Friday, November 13, 2015</u>

## *Baidu's Shares Are a Buy*

Barron's argues that BIDU, China's equivalent to Google, isn't getting enough investor credit for building an "online-to-offline" (O2O) powerhouse. One reason shares are down 13% this year is because mgmt. pledged to invest over $3bn in O2O development. However, Barron's believes that in China, O2O will be "as disruptive to service providers like travel agencies and restaurants as e-commerce was to retailers." O2O is a business model where companies try to persuade online customers to use their offline services. One example would be an online coupon to be used for dinner at a local restaurant. So far O2O hasn't succeeded in the US, but it will in China. The US has only 10 cities with over 1mn people, but China has 276. Furthermore, China already books 60% of movie tickets online (vs. the US at only 20%), and 2% of restaurant bookings online (vs. 1% in the US). Investors are concerned BIDU is wasting cash to acquire and retain users by offering huge coupon discounts. This has hurt their margins, which have halved in the last 2½ years to a mere 16%. But analysts have found that 50% of users would continue using O2O services even without any discount. Another investor concern has been the rising competition from Tencent and BABA.

- Thomas Chong rates BIDU a Buy with a US $238 PT. He believes it's well positioned to capture the opportunities in mobile internet through its multi-pronged strategies leveraging its competitive strengths in search traffic and technologies. Baidu demonstrates strong execution in mobile search monetization and paves the road ahead for its diversified business models in apps distributions and location based services, as well as its vertical strategy such as online travel and online video. He also acknowledges that O2O is still in the ramping phase. During the quarter, GMV from Nuomi and food delivery grew 475% YoY and 12-folds respectively in 3Q15, with Nuomi and food delivery covering about 400 and 100 cities respectively. There is no change in the SG&A expense trend, and is expected to increase by 80-90% HoH in 2H15, after the deconsolidation of Qunar. Subsidies seem necessary to grab the user market share in near term, in his view. Link: <u>BIDU - Heading Towards LT Goals</u>

Joseph Morgan
Citi | Institutional Equity Sales

Confidential

LP_RYDER_0005300

1650 Market Street, F43, Philadelphia, PA 19103
Office: 215.854.6080
joseph.morgan@citi.com

Important disclosures: https://icg.citi.com/icg/data/documents/ST_ExternalDiscl.pdf.

Confidential

LP_RYDER_0005301