# EXHIBIT 35

**INDUSTRIAL COMMISSION OF ARIZONA**
**ANALYSIS OF SECURITIES THAT EXCEEDS MARKET VALUE BY 25% OR GREATER**

**MANAGER**
DePrince, Race & Zollo, Inc. - Large Cap Value

**NAME OF SECURITY**
Ryder System, Inc (R)

**PURCHASE DATE OF SECURITY**
10/14/15

**BRIEF DESCRIPTION OF BUSINESS**
Ryder System provides logistics, supply chain, and transportation management solutions.  R's core offerings include long term leasing, short term rental, and maintenance solutions for truck fleets.

**OUTLOOK/STATUS**
Over the course of our holding period, R's core full service, long-term leasing business has been solid.  Most of the volatility in R's shares is explained by the more cyclical short-term rental business and pockets of weakness in used truck pricing.  Longer term, R is a beneficiary of the secular trend towards outsourcing of truck fleets due to rising costs and complexity (environmental regulations, driver shortages etc.).  In recent quarters, the short-term rental market and used truck pricing showed some sequential improvement following periods of weakness.

2Q19 results included a quarterly EPS beat with solid underlying trends despite weaker used truck pricing, but R lowered guidance for 2019 9% at the midpoint reflecting weaker used truck pricing and softening commercial rental demand late in the quarter.  Shares sold off on the news, a reaction we believe was overdone and a reflection of the volatility of cyclical stocks in the recent, trade-tension induced market atmosphere.

**BUY, HOLD OR SELL AND WHY?**
Buy.  We value R on relative P/E, and it currently trades at ~ 59% of a market multiple on this metric vs. its history of a modest discount to the market.  R's core full service leasing business is well positioned to benefit from long term secular trends in outsourcing, while understanding the short term rental business and used vehicle pricing will continue to be sources of short-term volatility.  R pays an attractive 4.2% dividend yield.

CONFIDENTIAL

DRZ_00001076

**GRAPHICAL ANALYSIS OF HOW THE STOCK PRICE HAS PERFORMED SINCE PURCHASE**



DRZ_00001077