# EXHIBIT 36

Message

| From: | John Cummings [jcummings@copelandcapital.com] |
|---|---|
| Sent: | 6/21/2016 6:53:09 PM |
| To: | Research [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A04B1706E61B4DD184A62563316CE2A8-7815E8AE-2A7A-4C1C-8FDE-F956733781DB] |
| Subject: | Ryder (R) Investment Packet |
| Attachments: | IR presentation June 2016.pdf; R Stock Report.docx; Ryder Model RJ.xlsx |

Let's discuss tomorrow at the meeting. Despite its higher than typical beta for our strategies, I believe this company still fits nicely with our dividend growth philosophy, has a compelling growth story, and is trading extremely cheap.

Maybe the most important slide in their deck:



**John Cummings**
Research Analyst
**Copeland Capital Management**
161 Washington Street, Suite 1325
Conshohocken, PA 19428
(484) 351-3627 Direct
(484) 351-3700 Main
jcummings@copelandcapital.com
www.copelandcapital.com

DISCLOSURE: The preceding email message contains information that is confidential and may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient of this message, please notify the sender. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited and may be unlawful.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY