# EXHIBIT 37

Message

| | |
|---|---|
| **From:** | Jeff Walkenhorst [jwalkenhorst@copelandcapital.com] |
| **Sent:** | 7/30/2019 3:48:27 PM |
| **To:** | John Cummings [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EFE57434593F4864BCAE5311AFB1435E-JCUMMINGS]; Research [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A04B1706E61B4DD184A62563316CE2A8-7815E8AE-2A7A-4C1C-8FDE-F956733781DB] |
| **Subject:** | RE: Ryder (R): In-line quarter, but lowers guidance due to used vehicle pricing |

John >>> div vs price chart says to, at min, hold or buy more SO long as confident in C/F/div trajectory:





**Jeffrey Walkenhorst, CFA**
Principal, Portfolio Manager
**Copeland Capital Management, LLC**
161 Washington Street, Suite 1325 | Conshohocken, PA 19428
(484) 351-3652 Office | (484) 351-3700 Main
jwalkenhorst@copelandcapital.com | www.copelandcapital.com |
www.copelandfunds.com

**From:** John Cummings <jcummings@copelandcapital.com>
**Sent:** Tuesday, July 30, 2019 3:40 PM
**To:** Research <research@copelandcapital.com>
**Subject:** RE: Ryder (R): In-line quarter, but lowers guidance due to used vehicle pricing

**Conclusion:** Stock is down 11% on the reduced guidance driven by the weaker used vehicle pricing trends that hit late in the quarter. Management has indicated that used vehicle pricing for the second half is expected to be down 10% sequentially on a like-for-like basis, but realized pricing could even be worse than that since they expect to sell more via

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COPELAND_000001263

wholesale rather than retail. Additionally, they saw some minor weakness in rental (11% of revenue) late in the quarter. However, the core business continues to crank higher with overall operating revenue (ex-fuel) up 12% y/y. The leasing business was up 9% y/y with dedicated and supply chain outperforming that. EBITDA was up 14% in the quarter and YTD OCF is up 21% y/y. Despite the lowered guidance for EPS (now expecting EPS down 5% for 2019), their expectation for OCF was maintained for 2019 which is for +24% OCF growth, reflecting the strong underlying business growth. One key negative is that the div growth was only 4% this year, more reflective on the weak earnings growth environment rather than the cash flow situation. Overall, I continue to like the stock here and recommend we continue to hold.

## Deutsche Bank
Research



| Rating | Company | Date |
| --- | --- | --- |
| **Buy** | **Ryder** | 30 July 2019 |
| North America United States | | Results |
| Industrials Trucking | | |

| | Reuters | Bloomberg | Exchange | Ticker |
| --- | --- | --- | --- | --- |
| | R.N | R US | NYS | R |

| Price at 29 Jul 2019 (USD) | 59.32 |
| --- | --- |
| Price Target | 77.00 |
| 52-week range | 79.01 - 45.15 |

# Good operating Q, but used truck prices sting

Ryder reported 2Q EPS that was a touch ahead of the midpoint of its guidance, but the company lowered full-year guidance by 9% at the midpoint on the back of a weaker used truck market...a bit disappointing but not all that surprising given new deliveries for replacement and the older-age of Ryder's held-for-sale fleet. With respect to the Q, total ebit was $158.5M which was just ahead of our model despite worse book losses from used truck sales...implying an underlying better performance at the company's Dedicated and Supply Chain businesses (i.e. FMS missed our model by $15M...primarily due to $10M higher losses from used truck sales). The company did call out "lower demand conditions in used vehicle sales and rental...late in the quarter", which tends to be a good leading indicator for macro conditions. Full-year EPS guidance was revised down 9% at the midpoint (to $5.65 vs. current consensus of $6.02), seemingly reflective of a weaker market for used vehicle sales (i.e. likely lower price and lower volume). **Net/net**, not surprisingly we'd expect a negative reaction to these results. While Dedicated and Supply Chain are undoubtedly performing well.....Ryder can't seem to shake the impact of weaker used truck prices, which is something that is taking longer to recover than we had previously expected (even despite well-flagged incremental headwinds on depreciation). Conf. call 11am ET/ 888-352-6803; pw: Ryder

### Valuation & Risks

Amit Mehrotra
Research Analyst
+1-212-250-2076

Seldon Clarke
Research Analyst
+1-212-250-5969

Dimitri Roumeliotis
Research Associate
+1-212-250-4087

Chris Snyder
Research Analyst
+212-250-0165

Some highlights from the call:

Management noting weaker rental trends late in the quarter:

Our strategy to capture higher e-commerce-driven demand for medium duty trucks remains on track. Late in the second quarter, however, we saw softer demand for heavy duty tractors, which impacted utilization for the quarter against very strong prior year comparisons. Used vehicle results for the quarter were down year-over-year. I'll discuss those results separately in a minute. Overall, FMS earnings decreased reflecting lower used vehicle results, including higher depreciation of $8 million from residual value changes and higher valuation adjustments of $10 million. Results were also negatively impacted by higher overheads, including higher than normal levels of bad debt, and to a lesser extent, the impact from the adoption of the new lease accounting standard.

Used pricing was up y/y in the quarter, but more neutral sequentially:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COPELAND_000001264

# 2nd Quarter Used Vehicle Sales Update - FMS

- **Sold 5,100 used vehicles during the second quarter, up 9% from the prior year and up 3% sequentially**

- **Used vehicles inventory was 8,300 at quarter end, up from 5,600 in the prior year**
  - Increased by 700 vehicles sequentially

- **Proceeds per unit were up 19% for tractors and down 1% for trucks in the second quarter compared with prior year**
  - YOY tractor comparisons benefited from improved pricing levels that began in 3Q18
  - 2Q19 tractor pricing was in line with 4Q18
  - Proceeds per unit were down 2% for tractors and up 3% for trucks, sequentially

Overall operating revenue (ex-fuel) was up 11% y/y in the quarter, with particular strength in supply chain solutions and dedicated:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COPELAND_000001265

# Business Segments

## Second Quarter

*($ Millions)*

| Total Revenue: | 2019 | 2018 | % B/(W) | Memo: Operating Revenue | | |
|---|---|---|---|---|---|---|
| | | | | 2019 | 2018 | % B/(W) |
| Fleet Management Solutions | $ 1,390.9 | $ 1,295.7 | 7% | $ 1,178.5 | $ 1,080.5 | 9% |
| Supply Chain Solutions | 649.3 | 604.5 | 7% | 482.8 | 430.1 | 12% |
| Dedicated Transportation Solutions | 362.2 | 330.6 | 10% | 248.1 | 213.8 | 16% |
| Eliminations | (157.5) | (141.0) | (12)% | (97.2) | (84.7) | (15)% |
| Total | $ 2,245.0 | $ 2,089.9 | 7% | $ 1,812.2 | $ 1,639.7 | 11% |
| | | | | | | |
| Segment Earnings Before Tax: [1] | | | | | | |
| Fleet Management Solutions | $ 57.7 | $ 76.6 | (25)% | | | |
| Supply Chain Solutions | 45.8 | 36.9 | 24% | | | |
| Dedicated Transportation Solutions | 27.1 | 18.5 | 47% | | | |
| Eliminations | (19.2) | (15.3) | (25)% | | | |
| | 111.5 | 116.6 | (4)% | | | |
| Central Support Services (Unallocated Share) | (10.5) | (11.1) | 5% | | | |
| Non-operating Pension Costs | (6.7) | (0.9) | NM | | | |
| Restructuring and Other Items, net | 8.8 | (2.8) | NM | | | |
| Earnings Before Income Taxes | $ 103.1 | $ 101.9 | 1% | | | |
| Provision for Income Taxes | 27.6 | 55.7 | 50% | | | |
| Earnings from Continuing Operations | $ 75.5 | $ 46.2 | 63% | | | |
| Comparable Earnings from Continuing Operations | $ 73.9 | $ 76.8 | (4)% | | | |

(1)   Our primary measure of segment financial performance excludes unallocated CSS, non-operating pension costs and restructuring and other items, net.

© 2019 Ryder System, Inc.
All Rights Reserved    FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS       |   21

Expecting continued strong growth in dedicated, but weakening Supply chain solutions due to a lost customer:

We expect continued strong operating performance in our Supply Chain and Dedicated businesses, resulting in free tax margins within their long-term target range. In DTS, we expect revenue growth rate comparisons to remain favorable, although below first half 2019 levels. We are also encouraged by a robust sales pipeline in Dedicated that's only slightly below last year's record levels.

In Supply Chain Solutions, we expect year-over-year revenue comparisons to turn negative for the second half of the year, primarily due to previously announced loss business, but expect free tax margins to remain within the target range.

On used vehicle pricing coming in below expectations:

In used vehicle sales, we saw lower tractor demand beginning in June and now expect tractor pricing to be below our previous forecast, primarily due to more vehicles being sold through the wholesale channel as we manage inventory levels

In light of these factors, we're revising our full year comparable EPS forecast to $5.50 to $5.80 versus our prior range of $6.05 to $6.35, primarily to reflect lower used vehicle sales results. Our third quarter comparable EPS forecast is $1.45 to $1.60, compared to $1.67 in prior year.

On the weaker trends in rental:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Yeah, let me just give you a high-level overview of kind of what's changed from maybe a quarter ago. It is a relatively contained area where we saw really a slowdown in rental demand. It was really around tractors and primarily driven I would say by the four hire carrier market where there was just less demand for rental tractors. So we would expect now in the second half, we're going to downsize the Fleet. And we'd expect less demand in that area. The rest of the business, though, I will tell you on the truck side, especially around the medium duty tractors where we've upsized the Fleet in order to capture more of that e-commerce-driven demand, it's on track and going well. So, Dennis, I don't know if you want to give him a little more color?

## Dennis Cooke

Yeah, Matt, I'd just add, when you look at Q2, we had originally expected tractor demand to be up year-over-year about 13% and we realized 6%. So it's still growing just at a slower rate than we expected. Trucks, actually were pretty robust. We realized 11% demand increase year-over-year. We had expected even a little more. But we still feel good about what's happening from a truck point of view but tractors are softer.

On used vehicle pricing change:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COPELAND_000001267

Let me address the second half. The majority of the reduction in guidance is really from the used truck side. So you can argue that's just incremental. Whether it's accelerated depreciation, valuation, adjustments or losses, that will be incremental to the $0.38 that we discussed in the beginning of the year.

As it relates to what the pricing assumptions that we've made to build that guidance, we believe we made some prudent adjustments to the forecast. To put it into some context, it is really based on a slowdown in volume that we saw beginning late in the quarter, I mean, June. So in June, we saw – we had been kind of clicking along at a decent volume level. With the pricing we had in June, we really saw a drop-off which, I think, is what the broader market also saw in June. So based on that and our assessment of the pricing environment for used trucks, we did take down our tractor pricing. This is really a tractor issue, a Class 8 tractor issue. We brought down our tractor pricing about 10% in July to align with where kind of we saw the market. So as we go into next – as we go into the second half of the year, that's built in. In addition to that, we know we have more volume to sell in the second half.

And we want to retail as much of that volume that we can. But given the softness that we saw in June, we assumed in the forecast that most of that is going be wholesales. So that's why you see maybe a more disproportionate impact from that. So that doesn't take away from the fact that we're doing everything we can based on the expanded sales force and inside sales to retail as much as we can. But we felt, given that level, the one month only of really seeing it, and that level of uncertainty, we felt it was prudent to come in at that level.

As it relates to 2020, I will tell you it's still too early to tell. I think if used truck pricing does decline, and the amount of wholesaling that we have to do materializes, as we go into 20 – as we go into 2020, you probably – if that trend continued, you'd have more impact from either gains or losses or accelerated. Policy probably wouldn't – the policy impact probably wouldn't change much. It's a five-year rolling average. But you would see that. So still a lot remains to be seen. Number 1 is has the decline really materialized? If it doesn't materialize, the how steep will it go? And then the duration of the slowdown if it does happen.

So it's kind of a challenging time for us to do a forecast only because we only had really one month and now maybe call it a month-and-a-half of really seeing the impact of this. So we try to give you the best view that we can based on the information that we have. But clearly our goal is to try to, again, stays the same. Our strategy is to retail as many vehicles as we possibly can.

Expecting to continue to grow in 2020 from this level but at a reduced rate:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COPELAND_000001268

Hey. Good morning. Can you talk a little bit more about the lease pipeline? Obviously, you had strong visibility coming into this year, and you've been pretty confident around that 11,000 units. You've booked a lot of that now in the first half. As you look out over into the second half, how do we think about the cadence of additions? And I think you've talked about 3,500 as a baseline into 2020. Can you just talk a little bit about what you're seeing on the lease side and expectations going forward?

A

Well, I'll tell you, the lease sales. I will tell you, a statement across all of our contractual businesses that it remains very strong. Now, for all of them versus last year, we're down from last year because last year was a record year in terms of sales. But if you look at where we're going to end the year, I would say for contractual businesses and even in our ChoiceLease business, it should be third best sales year in the history of the company. So still a very healthy pipeline. A lot of demand. More companies wanting to outsource, truck lease wanting to outsource, and dedicated wanting to outsource logistics. So those secular trends are in full swing. And we don't see them necessarily slowing down. Obviously, just the level of overall economic activity is less than it was last year, but we still see those going forward as good trends for growth.

Now I would expect this year's growth, we're looking at now maybe 11,000 or so. Last year was about 10,000. Next year, given the OEM production information and forecast that we have, which a lot of folks expect to be down maybe 20%, I would expect our growth will be down, also, just relative to there's fewer at-bats, if you will, for us. I also, based on the asset management actions that we're taking to reduce our rental fleet and redeploy equipment, I would expect more of our lease sales to be fulfilled with used equipment versus new. That will – that will mostly impact the late in this year, as a lot of our new leases are already locked in or scheduled through end of October, beginning of November. But I would expect as we go into next year, we'll still continue to have more of that redeployment activity, and that should reduce some reduction in CapEx as we get into 2020, in addition to less growth.

On the used vehicle pricing down 10% sequentially into the third quarter:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COPELAND_000001269

**Stephanie Benjamin**



Hi. Good afternoon. I wanted to circle back on just the used truck pricing environment and the guidance reduction. Can you give a little bit of color, still kind of a broad range what your expectations for the full year for EPS, what's baked in? I know you mentioned that you took pricing down about 10% kind of based on what you saw in June. Can you kind of walk through the levers of what kind of happened to get to the low end of your guidance? Then conversely, the high-end of your guidance? Thanks.

Yeah. Stephanie, I wanted to give you a little bit color with that 10% and the fact that we're going wholesale more. But given still a lot of uncertainty in the market, I certainly don't want to be totally prescriptive about exactly what's built in, only because we don't know yet and we've tried to give a range that gives you some indication of where things could go. And it could be that the range was built on 10% decline in retail that we already put in place. And then the incremental amount of vehicles we have to wholesale, tractors, we have to wholesale. We have to sell will be wholesale. That may not be the way we get there. We may retail more.

Hopefully, we do retail more. We don't know what the retail price is going to be. So I think this gives you a good view of where the results would be or could be and we think we've made the right adjustments and the prudent adjustments. There's obviously upside if we do better, but I don't want to get too prescriptive of exactly the numbers because we don't know and we certainly don't want to impact the market precise assumptions that we're making.

On big picture margins in leasing and the impact of used vehicle pricing:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    COPELAND_000001270

And then the FMS target range for the margin of 10% to 12% has only been achieved I think three of the last ten years. So why do you think that's a realistic long-term target range, and what would you assign the odds of – falling within that range in 2020 be?

A

Yeah, I think the way we modeled this out, if used truck pricing stays where it was in 2020 – stayed or averages to where it was in 2018, I think you start getting to the bottom end of that range by 2021. Clearly, with used truck pricing going down, I think it puts pressure on that, and it pushes it – it pushed it out to more. So there's a certain amount of used vehicle returns that we would normally expect on average, and unfortunately, over the last several years we've been below that number. That's what's put pressure on our earnings.

Our five-year rolling average methodology is now beginning to get us down to what we're currently seeing, and I think once you get there, then you start to see the returns on the new business coming in. So you'll really almost have to step back. We've been in business a long time, and we've been doing this lease business for a long time. During that entire period of time, there has been numerous – countless numbers of used vehicle cycles where demand goes up, demand goes down, supply goes up and down, and the pricing can move. That pricing change does impact our earnings. And in good years you're going have better returns, and in bad years you're going suffer some from losses and accelerate depreciation, in this case.

I think what's happened over the last few years is, there was a pretty significant drop in 2015, and it's brought us down to a new normal, if you will, that we're adjusting to. And we're going get to that new normal using our normal methodology in next couple years. And whether it's a little by more or a little bit less, it might mean where we are in the cycle, but ultimately, our depreciation policy will stabilize here over the next couple years. And then what you're going to see is, more accelerated during times when the market is down, and then better gains when the market is up. That's really the way that the model should work. And again, [indiscernible] this has really been a tractor issue. So we're really honed in on making sure that we get this thing stabilized going forward. But once that's done, I think that's the time when you get – you start to see FMS get back to those levels.

Expecting rental up 3% in Q3 and flat in Q4:

**Dennis Cooke**

A

Yeah, so, Justin, we're expecting in Q3 demand for power to be up 3% year-over-year. And it will be really trucks driving that. And then in Q4, we expect it to be flat year-over-year. And you got the mix, you got trucks that are going to be doing well, and you've got tractors that have headwind.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COPELAND_000001271

Philosophically on the way they do depreciation:

**Scott Group**

Hey. Thanks for the follow up. So, Robert, just philosophically, I wanted to ask you a question. So we've got visibility to these continued use headwinds for several more years. Why don't we do just a more aggressive write down, more aggressive accelerated depreciation to just get through this and stop having this same discussion every single quarter?

Yeah, I feel your pain, Scott. And I think that the challenge for us is just the accountants and the way that accounting rules work, right? It is you really can't write down a vehicle that's in operation. And as those residuals change, you have to take it over time as part of your new residual valuation, and then depreciation expense. So that's really been the challenge and that's -- obviously, you're right, or any time we have bad news, our goal is to get it out as soon as possible and get it behind us. This one, as we go into the fourth year of this, we haven't been able to because of the way that you've got to treat vehicles, and you've got to treat these residual assumptions.

These residual assumptions are nothing more than an estimate of what we think the vehicle will sell for over time. Some of these vehicles are going to be sold in the next year, some of them will be sold seven years from now. So this methodology of rolling five-year averages has really held Ryder in good stead for many years. The challenge that we've run into is the precipitous drop in tractor pricing that happened in 2015. And the first and precipitous increase as used vehicle pricing really went up between 2011 and 2015, and then the big drop after that. That increase, after the great recession, really drifted up our residual values more than, obviously, now we would like them to have gone. Never went up to the pricing it was at, but had a little of a drift a little too high, I would say.

Now we're getting in the process of, with this elongated now, what appears to be a more new normal, we're on our way to drifting them down. And all the math we do says that this stuff, if we just continue with the methodology, and this is a new normal, we'll be done by this by 2021. If there's ways to get through that quicker, we're going to continue to look at them and try to get that done. But to this point, Scott, the answer has been that this is the way to really get through it.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COPELAND_000001272

# Ryder System, Inc.

## First Look at 2Q19 Earnings

**Underweight**

R, R US
Price: $59.32
29 Jul 2019

**Initial View – Negative.** We expect the lowered 2019 outlook will weigh on shares of Ryder considering the implied 2H19 guidance is -17% below consensus and -11% below JPMe at the midpoint, despite a modest uplift from the new lease accounting standard. R has lagged peers in the recent run-up this month, but the reduced guidance emphasizes the lack of visibility on used vehicle valuations, which continue to weigh on current results and 2H19 expectations. Management also noted rental activity began deteriorating toward the end of the quarter, which increases the focus on the assumptions embedded in the updated guidance and Ryder's ability to mitigate the pressure of weaker rental activity and lower used vehicle valuations.

**Airfreight and Surface Transportation**

**Brian P. Ossenbeck, CFA** [AC]
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com
Bloomberg JPMA OSSENBECK <GO>

**Lacey-Ann Wisdom**
(1-212) 622-9566
lacey-ann.wisdom@jpmchase.com
J.P. Morgan Securities LLC

* **Deteriorating used vehicle outlook brings down 2019 guidance.** Ryder cut the full year outlook by ~9% despite 2Q19 results in line with the prior range, as softening rental and used vehicle conditions emerged toward the end of the quarter. The reduction was offset by a smaller headwind from lease accounting, which brings the cut to closer to ~10% on a comparable basis. The 3Q19 range of $1.45-1.60 came in below consensus/JPMe of $1.73/1.75, which implies $1.62 at the midpoint for 4Q19 compared to consensus/JPMe of $1.86/1.78 per share.

* **2Q19 results slightly beat consensus expectations.** Ryder's 2Q19 adjusted comparable EPS from continuing ops of $1.40 came in slightly above the $1.34-1.44 guidance range and between consensus/JPMe $1.38/$1.41. Unlike last quarter, the impact from lease accounting was consistent with the previously issued guidance. Versus our model, FMS was weaker than expected, as used vehicle results and higher bad debt weighed on performance, partially offset by a solid topline and operating beat at DTS during the quarter.

* **Questions for the call.** 1) Where do the updated assumptions for used vehicle prices and rental activity stand now versus the prior 2019 guidance? 2) Does the prior outlook for headwinds from used vehicles still stand through 2021? 3) Has pricing on new contracts and renewals followed broader freight market activity lower? Any noticeable trends between lease and dedicated? 4) Is there a possibility used vehicle prices for vintages sold by Ryder could be up YoY in 2020? 5) How has the inside sales channel helped mitigate used vehicle price volatility and manage the larger fleet?

* **Conference call at 11am ET.** Dial-in: 888-352-6803. Passcode: Ryder.

In terms of valuation, the stock is trading near 10-year lows on most metrics, particularly price to cash flow. Note price to tangible book (they have some goodwill) is 1.4x now. Price to regular book is closer to 1.0x.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COPELAND_000001273





**John Cummings, CFA**
Principal, Research Analyst
**Copeland Capital Management, LLC**
161 Washington Street, Suite 1325 | Conshohocken, PA 19428
(484) 351-3627 Office, (617) 680-2032 Cell
jcummings@copelandcapital.com | www.copelandcapital.com |
www.copelandfunds.com

**From:** John Cummings
**Sent:** Tuesday, July 30, 2019 8:26 AM
**To:** Research <research@copelandcapital.com>
**Subject:** Ryder (R): In-line quarter, but lowers guidance due to used vehicle pricing

07:59 AM
Ryder System reports Q2 comparable EPS $1.40 vs FactSet $1.40

**R-US**

- **Reports Q2**:
  - Revenue $2.25B vs FactSet $2.25B
- **Q3 Guidance**:
  - Comparable EPS from cont. ops. $1.45-1.60 vs FactSet $1.74
- **FY Guidance (Dec 2019)**:
  - Comparable EPS from cont. ops. $5.50-5.80 vs prior guidance $6.05-6.35 and FactSet $6.13
- **Management Comments and Outlook**:
  - Commenting on the company's outlook, Sanchez says, "We continue to see a healthy demand environment across our contractual lease, dedicated, and supply chain businesses; however, beginning late in the quarter,we saw softening demand for heavy-duty tractors in our transactional used vehicle sales and rental product lines, driven primarily by slowing demand from for-hire transportation companies.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COPELAND_000001274

o         "We are on track to achieve strong contractual sales for the year reflecting continuing outsourcing trends in transportation and logistics.

o         "In our supply chain and dedicated businesses, we expect continued strong operating performance resulting in pre-tax margins for the year within our long-term target range.

o         "We're on track to meet or exceed our target 11,000-unit lease fleet growth in 2019, which will be a new record for Ryder.

o         "Our strategy to expand our medium-duty truck rental business to capture growing e-commerce demand is on track. However, given the slower demand from the for-hire sector, we now anticipate heavy-duty tractor rental activity to be somewhat below our prior forecast. We expect to largely mitigate this impact by executing our asset management playbook and taking other cost actions.

o         "In used vehicle sales, based on the demand and market conditions we began to see in June, we now expect tractor pricing to be below our previous forecast, primarily due to more units being wholesaled in H2 of the year."

08:01 AM
StreetAccount Metrics Recap - Ryder System Q2 Earnings

**R-US**

- **Key operating metrics:**
o         Revenue
▪         Fleet Management $1.39B vs FactSet $1.40B
▪         Dedicated Transportation $362.2M vs FS $357.1M
▪         Supply Chain $649.3M vs FS $651.3M
o         Pretax income
▪         Fleet Management $57.7M vs FS $66.8M
▪         Dedicated Transportation $27.1M vs FS $18.8M
▪         Supply Chain $45.8M vs FS $37.5M



**John Cummings, CFA**
Principal, Research Analyst
**Copeland Capital Management, LLC**
161 Washington Street, Suite 1325 | Conshohocken, PA 19428
(484) 351-3627 Office, (617) 680-2032 Cell
jcummings@copelandcapital.com | www.copelandcapital.com |
www.copelandfunds.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COPELAND_000001275