# EXHIBIT 44

DePrince, Race & Zollo, Inc.
# PORTFOLIO APPRAISAL
## *Ft. Lauderdale General Employees'*
## *Retirement System*
*May 31, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---|---|---|---|---|---|---|---|
| **Cash & Equivalents** | | | | | | | |
| | Short Term Investment Fund | | 167,780 | | 167,780 | 0.4 | 1.0 |
| **U.S. Common Stock** | | | | | | | |
| Energy | | | | | | | |
| 9,870 | CHEVRON CORP | 111.25 | 1,098,028 | 91.70 | 905,079 | 2.1 | 5.6 |
| 18,040 | CONOCOPHILLIPS COM | 29.28 | 528,128 | 42.18 | 760,927 | 1.8 | 4.0 |
| 12,140 | EXXON MOBIL CORP COM | 83.01 | 1,007,760 | 45.47 | 552,006 | 1.3 | 7.7 |
| 21,600 | MARATHON PETE CORP COM | 57.68 | 1,245,860 | 35.14 | 759,024 | 1.8 | 6.6 |
| 10,780 | ROYAL DUTCH SHELL ADR PLC SPON | 58.23 | 627,695 | 31.95 | 344,421 | 0.8 | 3.4 |
| | | | 4,507,471 | | 3,321,457 | 7.9 | 5.6 |
| Materials | | | | | | | |
| 13,050 | CABOT CORP | 49.94 | 651,674 | 35.72 | 466,146 | 1.1 | 3.9 |
| 23,460 | COMMERCIAL METALS CO COM | 17.96 | 421,395 | 17.16 | 402,574 | 1.0 | 2.8 |
| 8,790 | EASTMAN CHEM CO COM | 73.52 | 646,243 | 68.08 | 598,423 | 1.4 | 3.9 |
| 32,274 | HUNTSMAN CORP COM | 20.22 | 652,546 | 18.15 | 585,773 | 1.4 | 3.6 |
| 19,840 | INTERNATIONAL PAPER | 44.70 | 886,809 | 34.05 | 675,552 | 1.6 | 6.0 |
| 8,380 | LYONDELLBASELL INDUSTR SHS - A | 78.66 | 659,201 | 63.76 | 534,309 | 1.3 | 6.6 |
| 10,860 | NUCOR CORP COM | 56.91 | 617,991 | 42.26 | 458,944 | 1.1 | 3.8 |
| 54,790 | OLIN CORP COM PAR $1 | 21.15 | 1,158,938 | 12.03 | 659,124 | 1.6 | 6.7 |
| 5,700 | RPM INTL INC | 52.94 | 301,732 | 74.78 | 426,246 | 1.0 | 1.9 |
| | | | 5,996,529 | | 4,807,090 | 11.4 | 4.6 |
| Industrials | | | | | | | |
| 5,290 | EATON CORP PLC SHS | 66.91 | 353,961 | 84.90 | 449,121 | 1.1 | 3.4 |
| 10,780 | EMERSON ELEC CO COM | 55.32 | 596,366 | 61.02 | 657,796 | 1.6 | 3.3 |
| 3,600 | HUBBELL INC COM | 110.09 | 396,312 | 122.42 | 440,712 | 1.0 | 3.0 |
| 17,122 | JOHNSON CTLS INTL PLC | 38.62 | 661,263 | 31.41 | 537,802 | 1.3 | 3.3 |
| 2,350 | NORFOLK SOUTHERN CORP COM | 160.54 | 377,281 | 178.29 | 418,982 | 1.0 | 2.1 |
| 3,820 | PARKER HANNIFIN CORP | 152.76 | 583,527 | 179.97 | 687,485 | 1.6 | 2.0 |
| 13,250 | PENTAIR INC COM | 39.09 | 517,958 | 39.14 | 518,605 | 1.2 | 1.9 |
| 12,817 | RAYTHEON TECHNOLOGIES CORP COM | 72.11 | 924,173 | 64.52 | 826,953 | 2.0 | 2.9 |
| 14,620 | RYDER SYS INC COM | 66.08 | 966,042 | 34.26 | 500,881 | 1.2 | 6.5 |
| 3,580 | SNAP ON INC COM | 157.80 | 564,910 | 129.69 | 464,290 | 1.1 | 3.3 |
| 14,170 | TIMKEN CO COM | 41.91 | 593,862 | 42.54 | 602,792 | 1.4 | 2.6 |
| 9,820 | UNITED PARCEL SERVICE | 105.16 | 1,032,659 | 99.71 | 979,152 | 2.3 | 4.1 |
| | | | 7,568,314 | | 7,084,571 | 16.8 | 3.2 |
| Consumer Discretionary | | | | | | | |
| 21,570 | BORGWARNER INC | 26.49 | 571,304 | 32.15 | 693,476 | 1.6 | 2.1 |
| 6,150 | CARTER'S INC | 86.44 | 531,634 | 85.91 | 528,347 | 1.3 | 2.8 |
| 27,750 | GENERAL MTRS CORP | 30.56 | 848,156 | 25.88 | 718,170 | 1.7 | 5.9 |
| 5,480 | GENUINE PARTS CO | 74.16 | 406,382 | 83.41 | 457,087 | 1.1 | 3.8 |
| 50,290 | INTERNATIONAL GAME TEC SHS USD | 14.01 | 704,721 | 8.43 | 423,945 | 1.0 | 9.5 |
| 11,700 | JACK IN THE BOX INC COM | 78.48 | 918,214 | 67.02 | 784,134 | 1.9 | 2.4 |
| 4,300 | LOWES COS INC COM | 84.80 | 364,659 | 130.35 | 560,505 | 1.3 | 1.7 |
| 44,500 | NEWELL RUBBERMAID INC COM | 24.22 | 1,077,727 | 13.15 | 585,175 | 1.4 | 7.0 |
| | | | 5,422,796 | | 4,750,838 | 11.2 | 4.2 |
| Consumer Staples | | | | | | | |
| 9,110 | COCA COLA CO COM | 44.28 | 403,382 | 46.68 | 425,255 | 1.0 | 3.5 |
| 9,520 | COCA-COLA EUROPEAN PARTNERS | 40.50 | 385,540 | 37.70 | 358,904 | 0.8 | 3.7 |
| 24,950 | CONAGRA INC COM | 31.12 | 776,461 | 34.79 | 868,011 | 2.1 | 2.4 |

1

CONFIDENTIAL
DRZ_00001523

DePrince, Race & Zollo, Inc.
# PORTFOLIO APPRAISAL
## *Ft. Lauderdale General Employees'*
## *Retirement System*
*May 31, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---|---|---|---|---|---|---|---|
| 9,750 | CVS HEALTH CORP COM | 76.20 | 742,987 | 65.57 | 639,308 | 1.5 | 3.1 |
| 13,150 | ENERGIZER HLDGS INC NE COM | 41.45 | 545,088 | 43.88 | 577,022 | 1.4 | 2.7 |
| 20,320 | KRAFT HEINZ CO COM | 30.87 | 627,183 | 30.47 | 619,150 | 1.5 | 5.3 |
| 13,110 | MOLSON COORS BEVERAGE COMPANY | 66.09 | 866,453 | 37.96 | 497,656 | 1.2 | 6.0 |
| 6,800 | PHILIP MORRIS INTL INC COM | 92.43 | 628,513 | 73.36 | 498,848 | 1.2 | 6.4 |
| 560 | SMUCKER  J M CO COM | 118.55 | 66,387 | 113.93 | 63,801 | 0.2 | 3.1 |
| | | | 5,041,993 | | 4,547,954 | 10.8 | 4.0 |
| **Health Care** | | | | | | | |
| 6,760 | ABBVIE INC. COM | 54.87 | 370,896 | 92.67 | 626,449 | 1.5 | 5.1 |
| 8,700 | BRISTOL-MYERS SQUIBB CO | 45.86 | 398,978 | 59.72 | 519,564 | 1.2 | 3.0 |
| 9,960 | CARDINAL HEALTH INC COM | 71.06 | 707,801 | 54.69 | 544,712 | 1.3 | 3.5 |
| 3,510 | JOHNSON & JOHNSON | 120.42 | 422,690 | 148.75 | 522,113 | 1.2 | 2.7 |
| 6,510 | MERCK & CO INC COM | 62.06 | 404,019 | 80.72 | 525,487 | 1.2 | 3.0 |
| | | | 2,304,385 | | 2,738,325 | 6.5 | 3.5 |
| **Financials** | | | | | | | |
| 19,500 | AMERICAN INTL GROUP | 51.14 | 997,195 | 30.06 | 586,170 | 1.4 | 4.3 |
| 20,740 | BANK NEW YORK MELLON COM | 45.75 | 948,783 | 37.17 | 770,906 | 1.8 | 3.3 |
| 10,410 | CITIGROUP INC | 52.77 | 549,305 | 47.91 | 498,743 | 1.2 | 4.3 |
| 11,520 | EAST WEST BANCORP INC COM | 48.16 | 554,850 | 34.95 | 402,624 | 1.0 | 3.1 |
| 25,240 | FIFTH THIRD BANCORP COM | 22.49 | 567,687 | 19.39 | 489,404 | 1.2 | 5.6 |
| 31,330 | FIRST HAWAIIAN INC COM | 24.05 | 753,467 | 17.25 | 540,443 | 1.3 | 6.0 |
| 3,660 | GOLDMAN SACHS GROUP COM | 211.16 | 772,848 | 196.49 | 719,153 | 1.7 | 2.5 |
| 5,480 | JP MORGAN CHASE & CO COM | 80.84 | 443,003 | 97.31 | 533,259 | 1.3 | 3.7 |
| 12,970 | METLIFE | 40.55 | 525,941 | 36.01 | 467,050 | 1.1 | 5.1 |
| 3,680 | PNC BK CORP COM | 83.79 | 308,352 | 114.04 | 419,667 | 1.0 | 4.0 |
| 9,960 | PRUDENTIAL FINL INC COM | 71.12 | 708,329 | 60.96 | 607,162 | 1.4 | 7.2 |
| 16,430 | TCF FINANCIAL CORPORAT COM | 38.96 | 640,093 | 28.92 | 475,156 | 1.1 | 4.8 |
| 27,384 | TRUIST FINL CORP COM | 36.45 | 998,073 | 36.78 | 1,007,184 | 2.4 | 4.9 |
| 15,320 | US BANCORP DEL COM | 44.08 | 675,345 | 35.56 | 544,779 | 1.3 | 4.7 |
| 28,180 | WELLS FARGO & CO DEL COM | 48.30 | 1,361,136 | 26.47 | 745,925 | 1.8 | 7.7 |
| | | | 10,804,408 | | 8,807,623 | 20.9 | 4.8 |
| **Information Technology** | | | | | | | |
| 1,860 | BROADCOM INC COM | 217.12 | 403,835 | 291.27 | 541,762 | 1.3 | 4.5 |
| 21,320 | CISCO SYS INC | 47.41 | 1,010,773 | 47.82 | 1,019,522 | 2.4 | 3.0 |
| 9,570 | INTEL CORP COM | 41.80 | 400,031 | 62.93 | 602,240 | 1.4 | 2.1 |
| 3,490 | INTERNATIONAL BUSINESS MACHINE | 178.40 | 622,600 | 124.90 | 435,901 | 1.0 | 5.2 |
| 4,220 | MICROCHIP TECHNOLOGY COM | 79.32 | 334,737 | 96.02 | 405,204 | 1.0 | 1.5 |
| 5,310 | QUALCOMM INC COM | 58.93 | 312,921 | 80.88 | 429,473 | 1.0 | 3.2 |
| 9,880 | WESTERN DIGITAL CORP COM | 38.63 | 381,662 | 44.37 | 438,376 | 1.0 | 4.5 |
| | | | 3,466,559 | | 3,872,479 | 9.2 | 3.4 |
| **Telecommunication Services** | | | | | | | |
| 15,970 | AT&T INC COM | 29.19 | 466,183 | 30.86 | 492,834 | 1.2 | 6.7 |
| **Utilities** | | | | | | | |
| 7,700 | NATIONAL FUEL GAS N J COM | 53.16 | 409,338 | 41.97 | 323,169 | 0.8 | 4.1 |
| 5,590 | PINNACLE WEST CAP CORP COM | 71.80 | 401,362 | 77.90 | 435,461 | 1.0 | 4.0 |
| | | | 810,701 | | 758,630 | 1.8 | 4.1 |
| **Real Estate** | | | | | | | |
| 48,915 | HOST HOTELS & RESORTS COM | 17.30 | 846,275 | 11.94 | 584,045 | 1.4 | 7.1 |

2

CONFIDENTIAL
DRZ_00001523

DRZ_00001524

DePrince, Race & Zollo, Inc.
## PORTFOLIO APPRAISAL
### *Ft. Lauderdale General Employees'*
### *Retirement System*
*May 31, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---|---|---|---|---|---|---|---|
| 21,815 | OUTFRONT MEDIA INC COM | 21.65 | 472,356 | 14.04 | 306,283 | 0.7 | 10.8 |
| | | | 1,318,631 | | 890,328 | 2.1 | 8.4 |
| | | | 47,707,968 | | 42,072,127 | 99.6 | 4.3 |
| **TOTAL PORTFOLIO** | | | **47,875,748** | | **42,239,907** | **100.0** | **4.3** |

3

CONFIDENTIAL

DRZ_00001523