# EXHIBIT 45

DePrince, Race & Zollo, Inc.
# PORTFOLIO APPRAISAL
## *Ft. Lauderdale General Employees' Retirement System*
*June 30, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---|---|---|---|---|---|---|---|
| **Cash & Equivalents** | | | | | | | |
| | Short Term Investment Fund | | 353,327 | | 353,327 | 0.8 | 1.0 |
| **U.S. Common Stock** | | | | | | | |
| Energy | | | | | | | |
| 9,600 | CHEVRON CORP | 111.25 | 1,067,991 | 89.23 | 856,608 | 2.0 | 5.8 |
| 16,990 | CONOCOPHILLIPS COM | 29.28 | 497,389 | 42.02 | 713,920 | 1.7 | 4.0 |
| 11,810 | EXXON MOBIL CORP COM | 83.01 | 980,366 | 44.72 | 528,143 | 1.3 | 7.8 |
| 20,480 | MARATHON PETE CORP COM | 57.68 | 1,181,259 | 37.38 | 765,542 | 1.8 | 6.2 |
| 11,110 | ROYAL DUTCH SHELL ADR PLC A | 57.01 | 633,406 | 32.69 | 363,186 | 0.9 | 8.2 |
| | | | 4,360,411 | | 3,227,399 | 7.7 | 6.1 |
| Materials | | | | | | | |
| 12,690 | CABOT CORP | 49.94 | 633,696 | 37.05 | 470,165 | 1.1 | 3.8 |
| 20,080 | COMMERCIAL METALS CO COM | 17.96 | 360,683 | 20.40 | 409,632 | 1.0 | 2.4 |
| 8,550 | EASTMAN CHEM CO COM | 73.52 | 628,598 | 69.64 | 595,422 | 1.4 | 3.8 |
| 38,680 | GRAPHIC PACKAGING HLDG COM | 14.18 | 548,342 | 13.99 | 541,133 | 1.3 | 2.1 |
| 31,394 | HUNTSMAN CORP COM | 20.22 | 634,754 | 17.97 | 564,150 | 1.3 | 3.6 |
| 8,150 | LYONDELLBASELL INDUSTR SHS A | 78.66 | 641,108 | 65.72 | 535,618 | 1.3 | 6.4 |
| 10,560 | NUCOR CORP COM | 56.91 | 600,919 | 41.41 | 437,290 | 1.0 | 3.9 |
| 55,110 | OLIN CORP COM PAR $1 | 20.83 | 1,147,682 | 11.49 | 633,214 | 1.5 | 7.0 |
| 5,540 | RPM INTL INC | 52.94 | 293,263 | 75.06 | 415,832 | 1.0 | 1.9 |
| | | | 5,489,045 | | 4,602,456 | 10.9 | 4.0 |
| Industrials | | | | | | | |
| 5,150 | EATON CORP PLC SHS | 66.91 | 344,593 | 87.48 | 450,522 | 1.1 | 3.3 |
| 10,490 | EMERSON ELEC CO COM | 55.32 | 580,323 | 62.03 | 650,695 | 1.5 | 3.2 |
| 3,500 | HUBBELL INC COM | 110.09 | 385,303 | 125.36 | 438,760 | 1.0 | 2.9 |
| 16,652 | JOHNSON CTLS INTL PLC | 38.62 | 643,111 | 34.14 | 568,499 | 1.3 | 3.0 |
| 2,290 | NORFOLK SOUTHERN CORP COM | 160.54 | 367,648 | 175.57 | 402,055 | 1.0 | 2.1 |
| 3,440 | PARKER HANNIFIN CORP | 152.76 | 525,480 | 183.27 | 630,449 | 1.5 | 1.9 |
| 12,890 | PENTAIR INC COM | 39.09 | 503,885 | 37.99 | 489,691 | 1.2 | 2.0 |
| 12,467 | RAYTHEON TECHNOLOGIES CORP | 72.11 | 898,936 | 61.62 | 768,217 | 1.8 | 3.1 |
| 15,150 | RYDER SYSTEM INC COM | 64.37 | 975,215 | 37.51 | 568,277 | 1.3 | 6.0 |
| 3,480 | SNAP ON INC COM | 157.80 | 549,130 | 138.51 | 482,015 | 1.1 | 3.1 |
| 12,720 | TIMKEN CO COM | 41.91 | 533,093 | 45.49 | 578,633 | 1.4 | 2.5 |
| 9,550 | UNITED PARCEL SERVICE | 105.16 | 1,004,266 | 111.18 | 1,061,769 | 2.5 | 3.6 |
| | | | 7,310,984 | | 7,089,581 | 16.8 | 3.1 |
| Consumer Discretionary | | | | | | | |
| 20,980 | BORGWARNER INC | 26.49 | 555,677 | 35.30 | 740,594 | 1.8 | 1.9 |
| 5,980 | CARTER'S INC | 86.44 | 516,938 | 80.70 | 482,586 | 1.1 | 3.0 |
| 25,740 | GENERAL MTRS CORP | 30.56 | 786,722 | 25.30 | 651,222 | 1.5 | 6.0 |
| 5,330 | GENUINE PARTS CO | 74.16 | 395,258 | 86.96 | 463,497 | 1.1 | 3.6 |
| 48,920 | INTERNATIONAL GAME TEC SHS | 14.01 | 685,523 | 8.90 | 435,388 | 1.0 | 9.0 |
| 9,860 | JACK IN THE BOX INC COM | 78.48 | 773,811 | 74.09 | 730,527 | 1.7 | 2.2 |
| 3,950 | LOWES COS INC COM | 84.80 | 334,978 | 135.12 | 533,724 | 1.3 | 1.6 |
| 43,290 | NEWELL RUBBERMAID INC COM | 24.22 | 1,048,422 | 15.88 | 687,445 | 1.6 | 5.8 |
| | | | 5,097,329 | | 4,724,983 | 11.2 | 4.0 |
| Consumer Staples | | | | | | | |
| 9,430 | COCA COLA CO COM | 44.60 | 420,613 | 44.68 | 421,332 | 1.0 | 3.7 |
| 9,260 | COCA-COLA EUROPEAN PARTNERS | 40.50 | 375,010 | 37.76 | 349,658 | 0.8 | 3.7 |
| 24,270 | CONAGRA INC COM | 31.12 | 755,299 | 35.17 | 853,576 | 2.0 | 2.4 |

1

CONFIDENTIAL
DRZ_00001478

DRZ_00001478

DePrince, Race & Zollo, Inc.
# PORTFOLIO APPRAISAL
## *Ft. Lauderdale General Employees'*
## *Retirement System*
*June 30, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---:|---|---:|---:|---:|---:|---:|---:|
| 10,520 | CVS HEALTH CORP COM | 75.08 | 789,819 | 64.97 | 683,484 | 1.6 | 3.1 |
| 12,300 | ENERGIZER HLDGS INC NE COM | 41.45 | 509,854 | 47.49 | 584,127 | 1.4 | 2.5 |
| 18,330 | KRAFT HEINZ CO COM | 30.87 | 565,761 | 31.89 | 584,544 | 1.4 | 5.0 |
| 12,750 | MOLSON COORS BEVERAGE CO. | 66.09 | 842,660 | 34.36 | 438,090 | 1.0 | 6.6 |
| 6,610 | PHILIP MORRIS INTL INC COM | 92.43 | 610,952 | 70.06 | 463,097 | 1.1 | 6.7 |
| | | | 4,869,968 | | 4,377,908 | 10.4 | 4.0 |
| **Health Care** | | | | | | | |
| 6,580 | ABBVIE INC. COM | 54.87 | 361,020 | 98.18 | 646,024 | 1.5 | 4.8 |
| 8,460 | BRISTOL-MYERS SQUIBB CO | 45.86 | 387,972 | 58.80 | 497,448 | 1.2 | 3.1 |
| 9,690 | CARDINAL HEALTH INC COM | 71.06 | 688,614 | 52.19 | 505,721 | 1.2 | 3.7 |
| 3,410 | JOHNSON & JOHNSON | 120.42 | 410,648 | 140.63 | 479,548 | 1.1 | 2.9 |
| 6,330 | MERCK & CO INC COM | 62.06 | 392,848 | 77.33 | 489,499 | 1.2 | 3.2 |
| | | | 2,241,102 | | 2,618,241 | 6.2 | 3.6 |
| **Financials** | | | | | | | |
| 20,170 | AMERICAN INTL GROUP | 49.92 | 1,006,963 | 31.18 | 628,901 | 1.5 | 4.1 |
| 20,170 | BANK NEW YORK MELLON COM | 45.75 | 922,707 | 38.65 | 779,571 | 1.9 | 3.2 |
| 10,130 | CITIGROUP INC | 52.77 | 534,530 | 51.10 | 517,643 | 1.2 | 4.0 |
| 11,210 | EAST WEST BANCORP INC COM | 48.16 | 539,919 | 36.24 | 406,250 | 1.0 | 3.0 |
| 24,550 | FIFTH THIRD BANCORP COM | 22.49 | 552,168 | 19.28 | 473,324 | 1.1 | 5.6 |
| 30,480 | FIRST HAWAIIAN INC COM | 24.05 | 733,025 | 17.24 | 525,475 | 1.2 | 6.0 |
| 3,560 | GOLDMAN SACHS GROUP COM | 211.16 | 751,732 | 197.62 | 703,527 | 1.7 | 2.5 |
| 5,330 | JP MORGAN CHASE & CO COM | 80.84 | 430,877 | 94.06 | 501,340 | 1.2 | 3.8 |
| 13,230 | METLIFE | 40.35 | 533,850 | 36.52 | 483,160 | 1.1 | 5.0 |
| 3,730 | PNC BK CORP COM | 85.02 | 317,135 | 105.21 | 392,433 | 0.9 | 4.4 |
| 9,690 | PRUDENTIAL FINL INC COM | 71.12 | 689,128 | 60.90 | 590,121 | 1.4 | 7.2 |
| 15,980 | TCF FINANCIAL CORPORAT COM | 38.96 | 622,562 | 29.42 | 470,132 | 1.1 | 4.8 |
| 26,634 | TRUIST FINL CORP COM | 36.45 | 970,738 | 37.55 | 1,000,107 | 2.4 | 4.8 |
| 16,290 | US BANCORP DEL COM | 43.45 | 707,825 | 36.82 | 599,798 | 1.4 | 4.6 |
| 30,680 | WELLS FARGO & CO DEL COM | 46.11 | 1,414,599 | 25.60 | 785,408 | 1.9 | 8.0 |
| | | | 10,727,756 | | 8,857,189 | 21.0 | 4.8 |
| **Information Technology** | | | | | | | |
| 1,680 | BROADCOM INC COM | 217.12 | 364,754 | 315.61 | 530,225 | 1.3 | 4.1 |
| 20,740 | CISCO SYS INC | 47.41 | 983,276 | 46.64 | 967,314 | 2.3 | 3.1 |
| 9,310 | INTEL CORP COM | 41.80 | 389,163 | 59.83 | 557,017 | 1.3 | 2.2 |
| 3,390 | INTERNATIONAL BUSINESS MACHINE | 178.40 | 604,760 | 120.77 | 409,410 | 1.0 | 5.4 |
| 3,060 | MICROCHIP TECHNOLOGY INC | 79.32 | 242,724 | 105.31 | 322,249 | 0.8 | 1.4 |
| 7,570 | ORACLE CORP COM | 54.49 | 412,484 | 55.27 | 418,394 | 1.0 | 1.7 |
| 4,930 | QUALCOMM INC COM | 58.93 | 290,527 | 91.21 | 449,665 | 1.1 | 2.9 |
| 9,610 | WESTERN DIGITAL CORP COM | 38.63 | 371,231 | 44.15 | 424,282 | 1.0 | 4.5 |
| | | | 3,658,920 | | 4,078,555 | 9.7 | 3.2 |
| **Communication Services** | | | | | | | |
| 16,900 | AT&T INC COM | 29.46 | 497,871 | 30.23 | 510,887 | 1.2 | 6.9 |
| **Utilities** | | | | | | | |
| 5,560 | DUKE ENERGY CORP | 88.93 | 494,430 | 79.89 | 444,188 | 1.1 | 4.7 |
| 5,800 | PINNACLE WEST CAP CORP COM | 72.08 | 418,076 | 73.29 | 425,082 | 1.0 | 4.3 |
| | | | 912,506 | | 869,270 | 2.1 | 4.5 |
| **Real Estate** | | | | | | | |
| 47,585 | HOST HOTELS & RESORTS COM | 17.30 | 823,265 | 10.79 | 513,442 | 1.2 | 7.9 |

2

CONFIDENTIAL

DePrince, Race & Zollo, Inc.
## PORTFOLIO APPRAISAL
### *Ft. Lauderdale General Employees'*
### *Retirement System*
*June 30, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---|---|---|---|---|---|---|---|
| 21,215 | OUTFRONT MEDIA INC COM | 21.65 | 459,364 | 14.17 | 300,617 | 0.7 | 10.7 |
| | | | 1,282,629 | | 814,059 | 1.9 | 8.9 |
| | | | 46,448,522 | | 41,770,528 | 99.2 | 4.2 |
| **TOTAL PORTFOLIO** | | | **46,801,848** | | **42,123,854** | **100.0** | **4.2** |

3

CONFIDENTIAL
DRZ_00001478

DRZ_00001480