# EXHIBIT 46

DePrince, Race & Zollo, Inc.
# PORTFOLIO APPRAISAL
## *City of Plantation Police Officers' Retirement Fund - LCV*
*+@plancomb*
*May 31, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---|---|---|---|---|---|---|---|
| **Cash & Equivalents** | | | | | | | |
| | Short Term Investment Fund | | 87,370 | | 87,370 | 0.4 | 1.0 |
| **U.S. Common Stock** | | | | | | | |
| Energy | | | | | | | |
| 5,280 | CHEVRON CORP | 110.62 | 584,063 | 91.70 | 484,176 | 2.1 | 5.6 |
| 9,650 | CONOCOPHILLIPS COM | 29.28 | 282,508 | 42.18 | 407,037 | 1.8 | 4.0 |
| 6,500 | EXXON MOBIL CORP COM | 87.95 | 571,691 | 45.47 | 295,555 | 1.3 | 7.7 |
| 11,560 | MARATHON PETE CORP COM | 57.74 | 667,526 | 35.14 | 406,218 | 1.8 | 6.6 |
| 5,770 | ROYAL DUTCH SHELL ADR PLC SPON | 57.79 | 333,464 | 31.95 | 184,352 | 0.8 | 3.4 |
| | | | 2,439,253 | | 1,777,338 | 7.9 | 5.6 |
| Materials | | | | | | | |
| 6,975 | CABOT CORP | 51.09 | 356,364 | 35.72 | 249,147 | 1.1 | 3.9 |
| 12,550 | COMMERCIAL METALS CO COM | 17.92 | 224,932 | 17.16 | 215,358 | 1.0 | 2.8 |
| 4,700 | EASTMAN CHEM CO COM | 74.95 | 352,259 | 68.08 | 319,976 | 1.4 | 3.9 |
| 17,263 | HUNTSMAN CORP COM | 20.22 | 349,079 | 18.15 | 313,323 | 1.4 | 3.6 |
| 10,630 | INTERNATIONAL PAPER CO | 44.47 | 472,718 | 34.05 | 361,952 | 1.6 | 6.0 |
| 4,480 | LYONDELLBASELL INDUSTR SHS - A | 77.59 | 347,601 | 63.76 | 285,645 | 1.3 | 6.6 |
| 5,810 | NUCOR CORP COM | 56.79 | 329,926 | 42.26 | 245,531 | 1.1 | 3.8 |
| 29,300 | OLIN CORP COM PAR $1 | 21.14 | 619,465 | 12.03 | 352,479 | 1.6 | 6.7 |
| 3,050 | RPM INTL INC | 53.05 | 161,803 | 74.78 | 228,079 | 1.0 | 1.9 |
| | | | 3,214,147 | | 2,571,489 | 11.4 | 4.6 |
| Industrials | | | | | | | |
| 2,830 | EATON CORP PLC SHS | 67.46 | 190,913 | 84.90 | 240,267 | 1.1 | 3.4 |
| 5,760 | EMERSON ELEC CO COM | 58.87 | 339,091 | 61.02 | 351,475 | 1.6 | 3.3 |
| 1,930 | HUBBELL INC COM | 110.11 | 212,518 | 122.42 | 236,271 | 1.0 | 3.0 |
| 9,152 | JOHNSON CTLS INTL PLC | 38.70 | 354,167 | 31.41 | 287,464 | 1.3 | 3.3 |
| 1,260 | NORFOLK SOUTHERN CORP COM | 160.57 | 202,313 | 178.29 | 224,645 | 1.0 | 2.1 |
| 2,040 | PARKER HANNIFIN CORP | 152.68 | 311,474 | 179.97 | 367,139 | 1.6 | 2.0 |
| 7,090 | PENTAIR INC COM | 39.31 | 278,739 | 39.14 | 277,503 | 1.2 | 1.9 |
| 6,855 | RAYTHEON TECHNOLOGIES CORP COM | 72.22 | 495,085 | 64.52 | 442,285 | 2.0 | 2.9 |
| 7,843 | RYDER SYS INC COM | 66.64 | 522,679 | 34.26 | 268,701 | 1.2 | 6.5 |
| 1,920 | SNAP ON INC COM | 157.98 | 303,317 | 129.69 | 249,005 | 1.1 | 3.3 |
| 7,580 | TIMKEN CO COM | 41.97 | 318,146 | 42.54 | 322,453 | 1.4 | 2.6 |
| 5,250 | UNITED PARCEL SERVICE | 105.16 | 552,112 | 99.71 | 523,478 | 2.3 | 4.1 |
| | | | 4,080,552 | | 3,790,685 | 16.8 | 3.2 |
| Consumer Discretionary | | | | | | | |
| 100 | ABERCROMBIE & FITCH CO CL A | 33.54 | 3,354 | 11.62 | 1,162 | 0.0 | 6.9 |
| 11,540 | BORGWARNER INC | 26.50 | 305,772 | 32.15 | 371,011 | 1.6 | 2.1 |
| 3,290 | CARTER'S INC | 86.43 | 284,348 | 85.91 | 282,644 | 1.3 | 2.8 |
| 14,850 | GENERAL MTRS CORP | 30.61 | 454,590 | 25.88 | 384,318 | 1.7 | 5.9 |
| 2,930 | GENUINE PARTS CO | 74.15 | 217,265 | 83.41 | 244,391 | 1.1 | 3.8 |
| 26,910 | INTERNATIONAL GAME TEC SHS USD | 14.06 | 378,263 | 8.43 | 226,851 | 1.0 | 9.5 |
| 6,260 | JACK IN THE BOX INC COM | 78.45 | 491,096 | 67.02 | 419,545 | 1.9 | 2.4 |
| 2,300 | LOWES COS INC COM | 84.81 | 195,066 | 130.35 | 299,805 | 1.3 | 1.7 |
| 23,810 | NEWELL RUBBERMAID INC COM | 24.11 | 574,152 | 13.15 | 313,102 | 1.4 | 7.0 |
| | | | 2,903,906 | | 2,542,829 | 11.3 | 4.2 |
| Consumer Staples | | | | | | | |
| 4,865 | COCA COLA CO COM | 44.37 | 215,856 | 46.68 | 227,098 | 1.0 | 3.5 |
| 5,090 | COCA-COLA EUROPEAN PARTNERS | 40.51 | 206,172 | 37.70 | 191,893 | 0.8 | 3.7 |

1

CONFIDENTIAL
DRZ_00001982

DRZ_00001982

DePrince, Race & Zollo, Inc.
# PORTFOLIO APPRAISAL
### *City of Plantation Police Officers' Retirement Fund - LCV*
*+@plancomb*
*May 31, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---:|---|---:|---:|---:|---:|---:|---:|
| 13,340 | CONAGRA INC COM | 31.15 | 415,486 | 34.79 | 464,099 | 2.1 | 2.4 |
| 5,210 | CVS HEALTH CORP COM | 75.90 | 395,436 | 65.57 | 341,620 | 1.5 | 3.1 |
| 7,040 | ENERGIZER HLDGS INC NE COM | 41.46 | 291,886 | 43.88 | 308,915 | 1.4 | 2.7 |
| 10,860 | KRAFT HEINZ CO COM | 30.89 | 335,486 | 30.47 | 330,904 | 1.5 | 5.3 |
| 7,020 | MOLSON COORS BEVERAGE COMPAN | 66.23 | 464,968 | 37.96 | 266,479 | 1.2 | 6.0 |
| 3,640 | PHILIP MORRIS INTL INC COM | 89.83 | 326,999 | 73.36 | 267,030 | 1.2 | 6.4 |
| 300 | SMUCKER J M CO COM | 119.03 | 35,708 | 113.93 | 34,179 | 0.2 | 3.1 |
| | | | 2,687,997 | | 2,432,218 | 10.8 | 4.0 |

**Health Care**

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---:|---|---:|---:|---:|---:|---:|---:|
| 3,610 | ABBVIE INC. COM | 61.49 | 221,977 | 92.67 | 334,539 | 1.5 | 5.1 |
| 4,653 | BRISTOL-MYERS SQUIBB CO | 45.86 | 213,406 | 59.72 | 277,877 | 1.2 | 3.0 |
| 5,330 | CARDINAL HEALTH INC COM | 71.74 | 382,359 | 54.69 | 291,498 | 1.3 | 3.5 |
| 1,880 | JOHNSON & JOHNSON | 122.23 | 229,788 | 148.75 | 279,650 | 1.2 | 2.7 |
| 3,480 | MERCK & CO INC COM | 62.46 | 217,362 | 80.72 | 280,906 | 1.2 | 3.0 |
| | | | 1,264,893 | | 1,464,469 | 6.5 | 3.5 |

**Financials**

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---:|---|---:|---:|---:|---:|---:|---:|
| 10,430 | AMERICAN INTL GROUP | 51.23 | 534,351 | 30.06 | 313,526 | 1.4 | 4.3 |
| 11,100 | BANK NEW YORK MELLON COM | 45.75 | 507,849 | 37.17 | 412,587 | 1.8 | 3.3 |
| 5,570 | CITIGROUP INC | 52.80 | 294,089 | 47.91 | 266,859 | 1.2 | 4.3 |
| 6,160 | EAST WEST BANCORP INC COM | 48.19 | 296,849 | 34.95 | 215,292 | 1.0 | 3.1 |
| 13,500 | FIFTH THIRD BANCORP COM | 22.58 | 304,869 | 19.39 | 261,765 | 1.2 | 5.6 |
| 16,750 | FIRST HAWAIIAN INC COM | 24.05 | 402,756 | 17.25 | 288,938 | 1.3 | 6.0 |
| 1,960 | GOLDMAN SACHS GROUP COM | 211.04 | 413,629 | 196.49 | 385,120 | 1.7 | 2.5 |
| 2,930 | JP MORGAN CHASE & CO COM | 84.90 | 248,755 | 97.31 | 285,118 | 1.3 | 3.7 |
| 6,940 | METLIFE | 45.21 | 313,782 | 36.01 | 249,909 | 1.1 | 5.1 |
| 1,970 | PNC BK CORP COM | 92.26 | 181,753 | 114.04 | 224,659 | 1.0 | 4.0 |
| 5,330 | PRUDENTIAL FINL INC COM | 86.64 | 461,783 | 60.96 | 324,917 | 1.4 | 7.2 |
| 8,790 | TCF FINANCIAL CORPORAT COM | 38.97 | 342,534 | 28.92 | 254,207 | 1.1 | 4.8 |
| 14,655 | TRUIST FINL CORP COM | 39.44 | 577,953 | 36.78 | 539,011 | 2.4 | 4.9 |
| 8,190 | US BANCORP DEL COM | 45.90 | 375,919 | 35.56 | 291,236 | 1.3 | 4.7 |
| 15,070 | WELLS FARGO & CO DEL COM | 48.20 | 726,428 | 26.47 | 398,903 | 1.8 | 7.7 |
| | | | 5,983,300 | | 4,712,047 | 20.9 | 4.8 |

**Information Technology**

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---:|---|---:|---:|---:|---:|---:|---:|
| 990 | BROADCOM INC COM | 217.02 | 214,848 | 291.27 | 288,357 | 1.3 | 4.5 |
| 11,400 | CISCO SYS INC | 47.42 | 540,546 | 47.82 | 545,148 | 2.4 | 3.0 |
| 5,120 | INTEL CORP COM | 42.36 | 216,890 | 62.93 | 322,202 | 1.4 | 2.1 |
| 1,870 | INTERNATIONAL BUSINESS MACHINE | 173.63 | 324,686 | 124.90 | 233,563 | 1.0 | 5.2 |
| 2,250 | MICROCHIP TECHNOLOGY INC | 79.31 | 178,455 | 96.02 | 216,045 | 1.0 | 1.5 |
| 2,830 | QUALCOMM INC COM | 60.68 | 171,730 | 80.88 | 228,890 | 1.0 | 3.2 |
| 5,290 | WESTERN DIGITAL CORP COM | 38.64 | 204,413 | 44.37 | 234,717 | 1.0 | 4.5 |
| | | | 1,851,568 | | 2,068,923 | 9.2 | 3.4 |

**Telecommunication Services**

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---:|---|---:|---:|---:|---:|---:|---:|
| 8,540 | AT&T INC COM | 29.20 | 249,398 | 30.86 | 263,544 | 1.2 | 6.7 |

**Utilities**

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---:|---|---:|---:|---:|---:|---:|---:|
| 4,140 | NATIONAL FUEL GAS N J COM | 60.59 | 250,857 | 41.97 | 173,756 | 0.8 | 4.1 |
| 2,990 | PINNACLE WEST CAP CORP COM | 71.93 | 215,084 | 77.90 | 232,921 | 1.0 | 4.0 |
| | | | 465,941 | | 406,677 | 1.8 | 4.1 |

2

CONFIDENTIAL
DRZ_00001982

DRZ_00001983

DePrince, Race & Zollo, Inc.
## PORTFOLIO APPRAISAL
### *City of Plantation Police Officers' Retirement Fund - LCV*
### *+@plancomb*
*May 31, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---|---|---|---|---|---|---|---|
| Real Estate | | | | | | | |
| 26,212 | HOST HOTELS & RESORTS COM | 17.32 | 453,956 | 11.94 | 312,971 | 1.4 | 7.1 |
| 11,673 | OUTFRONT MEDIA INC COM | 21.58 | 251,850 | 14.04 | 163,889 | 0.7 | 10.8 |
| | | | 705,805 | | 476,860 | 2.1 | 8.4 |
| | | | 25,846,760 | | 22,507,079 | 99.6 | 4.3 |
| **TOTAL PORTFOLIO** | | | **25,934,129** | | **22,594,449** | **100.0** | **4.3** |

3

CONFIDENTIAL
DRZ_00001982

DRZ_00001984