# EXHIBIT 47

DePrince, Race & Zollo, Inc.
# PORTFOLIO APPRAISAL
### *City of Plantation Police Officers' Retirement Fund - LCV*
### *+@plancomb*
*June 30, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---|---|---|---|---|---|---|---|
| **Cash & Equivalents** | | | | | | | |
| | Short Term Investment Fund | | 114,149 | | 114,149 | 0.5 | 1.0 |
| **U.S. Common Stock** | | | | | | | |
| Energy | | | | | | | |
| 5,280 | CHEVRON CORP | 110.62 | 584,063 | 89.23 | 471,134 | 2.0 | 5.8 |
| 9,340 | CONOCOPHILLIPS COM | 29.28 | 273,433 | 42.02 | 392,467 | 1.7 | 4.0 |
| 6,500 | EXXON MOBIL CORP COM | 87.95 | 571,691 | 44.72 | 290,680 | 1.3 | 7.8 |
| 11,260 | MARATHON PETE CORP COM | 57.74 | 650,202 | 37.38 | 420,899 | 1.8 | 6.2 |
| 6,110 | ROYAL DUTCH SHELL ADR PLC A | 56.61 | 345,887 | 32.69 | 199,736 | 0.9 | 8.2 |
| | | | 2,425,277 | | 1,774,916 | 7.7 | 6.1 |
| Materials | | | | | | | |
| 6,975 | CABOT CORP | 51.09 | 356,364 | 37.05 | 258,424 | 1.1 | 3.8 |
| 10,990 | COMMERCIAL METALS CO COM | 17.92 | 196,972 | 20.40 | 224,196 | 1.0 | 2.4 |
| 4,700 | EASTMAN CHEM CO COM | 74.95 | 352,259 | 69.64 | 327,308 | 1.4 | 3.8 |
| 21,260 | GRAPHIC PACKAGING HLDG COM | 14.18 | 301,391 | 13.99 | 297,427 | 1.3 | 2.1 |
| 17,263 | HUNTSMAN CORP COM | 20.22 | 349,079 | 17.97 | 310,216 | 1.3 | 3.6 |
| 4,480 | LYONDELLBASELL INDUSTR SHS A | 77.59 | 347,601 | 65.72 | 294,426 | 1.3 | 6.4 |
| 5,810 | NUCOR CORP COM | 56.79 | 329,926 | 41.41 | 240,592 | 1.0 | 3.9 |
| 30,180 | OLIN CORP COM PAR $1 | 20.85 | 629,316 | 11.49 | 346,768 | 1.5 | 7.0 |
| 3,050 | RPM INTL INC | 53.05 | 161,803 | 75.06 | 228,933 | 1.0 | 1.9 |
| | | | 3,024,711 | | 2,528,290 | 11.0 | 4.0 |
| Industrials | | | | | | | |
| 2,830 | EATON CORP PLC SHS | 67.46 | 190,913 | 87.48 | 247,568 | 1.1 | 3.3 |
| 5,760 | EMERSON ELEC CO COM | 58.87 | 339,091 | 62.03 | 357,293 | 1.5 | 3.2 |
| 1,930 | HUBBELL INC COM | 110.11 | 212,518 | 125.36 | 241,945 | 1.0 | 2.9 |
| 9,152 | JOHNSON CTLS INTL PLC | 38.70 | 354,167 | 34.14 | 312,449 | 1.4 | 3.0 |
| 1,260 | NORFOLK SOUTHERN CORP COM | 160.57 | 202,313 | 175.57 | 221,218 | 1.0 | 2.1 |
| 1,890 | PARKER HANNIFIN CORP | 152.68 | 288,571 | 183.27 | 346,380 | 1.5 | 1.9 |
| 7,090 | PENTAIR INC COM | 39.31 | 278,739 | 37.99 | 269,349 | 1.2 | 2.0 |
| 6,855 | RAYTHEON TECHNOLOGIES CORP | 72.22 | 495,085 | 61.62 | 422,405 | 1.8 | 3.1 |
| 8,343 | RYDER SYSTEM INC COM | 64.95 | 541,873 | 37.51 | 312,946 | 1.4 | 6.0 |
| 1,920 | SNAP ON INC COM | 157.98 | 303,317 | 138.51 | 265,939 | 1.2 | 3.1 |
| 6,960 | TIMKEN CO COM | 41.97 | 292,123 | 45.49 | 316,610 | 1.4 | 2.5 |
| 5,250 | UNITED PARCEL SERVICE | 105.16 | 552,112 | 111.18 | 583,695 | 2.5 | 3.6 |
| | | | 4,050,821 | | 3,897,799 | 16.9 | 3.1 |
| Consumer Discretionary | | | | | | | |
| 100 | ABERCROMBIE & FITCH CO CL A | 33.54 | 3,354 | 10.64 | 1,064 | 0.0 | 7.5 |
| 11,540 | BORGWARNER INC | 26.50 | 305,772 | 35.30 | 407,362 | 1.8 | 1.9 |
| 3,290 | CARTER'S INC | 86.43 | 284,348 | 80.70 | 265,503 | 1.2 | 3.0 |
| 14,150 | GENERAL MTRS CORP | 30.61 | 433,161 | 25.30 | 357,995 | 1.6 | 6.0 |
| 2,930 | GENUINE PARTS CO | 74.15 | 217,265 | 86.96 | 254,793 | 1.1 | 3.6 |
| 26,910 | INTERNATIONAL GAME TEC SHS | 14.06 | 378,263 | 8.90 | 239,499 | 1.0 | 9.0 |
| 5,410 | JACK IN THE BOX INC COM | 78.45 | 424,413 | 74.09 | 400,827 | 1.7 | 2.2 |
| 2,170 | LOWES COS INC COM | 84.81 | 184,041 | 135.12 | 293,210 | 1.3 | 1.6 |
| 23,810 | NEWELL RUBBERMAID INC COM | 24.11 | 574,152 | 15.88 | 378,103 | 1.6 | 5.8 |
| | | | 2,804,770 | | 2,598,356 | 11.3 | 4.0 |
| Consumer Staples | | | | | | | |
| 5,175 | COCA COLA CO COM | 44.69 | 231,264 | 44.68 | 231,219 | 1.0 | 3.7 |
| 5,090 | COCA-COLA EUROPEAN PARTNERS | 40.51 | 206,172 | 37.76 | 192,198 | 0.8 | 3.7 |

1

CONFIDENTIAL
DRZ_00001934

DePrince, Race & Zollo, Inc.
# PORTFOLIO APPRAISAL
### *City of Plantation Police Officers' Retirement Fund - LCV*
### *+@plancomb*
*June 30, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---|---|---|---|---|---|---|---|
| 13,340 | CONAGRA INC COM | 31.15 | 415,486 | 35.17 | 469,168 | 2.0 | 2.4 |
| 5,790 | CVS HEALTH CORP COM | 74.79 | 433,033 | 64.97 | 376,176 | 1.6 | 3.1 |
| 6,760 | ENERGIZER HLDGS INC NE COM | 41.46 | 280,277 | 47.49 | 321,032 | 1.4 | 2.5 |
| 10,040 | KRAFT HEINZ CO COM | 30.89 | 310,155 | 31.89 | 320,176 | 1.4 | 5.0 |
| 7,020 | MOLSON COORS BEVERAGE CO. | 66.23 | 464,968 | 34.36 | 241,207 | 1.0 | 6.6 |
| 3,640 | PHILIP MORRIS INTL INC COM | 89.83 | 326,999 | 70.06 | 255,018 | 1.1 | 6.7 |
| | | | 2,668,354 | | 2,406,195 | 10.4 | 4.0 |
| **Health Care** | | | | | | | |
| 3,610 | ABBVIE INC. COM | 61.49 | 221,977 | 98.18 | 354,430 | 1.5 | 4.8 |
| 4,653 | BRISTOL-MYERS SQUIBB CO | 45.86 | 213,406 | 58.80 | 273,596 | 1.2 | 3.1 |
| 5,330 | CARDINAL HEALTH INC COM | 71.74 | 382,359 | 52.19 | 278,173 | 1.2 | 3.7 |
| 1,880 | JOHNSON & JOHNSON | 122.23 | 229,788 | 140.63 | 264,384 | 1.1 | 2.9 |
| 3,480 | MERCK & CO INC COM | 62.46 | 217,362 | 77.33 | 269,108 | 1.2 | 3.2 |
| | | | 1,264,893 | | 1,439,692 | 6.2 | 3.6 |
| **Financials** | | | | | | | |
| 11,090 | AMERICAN INTL GROUP | 50.02 | 554,696 | 31.18 | 345,786 | 1.5 | 4.1 |
| 11,100 | BANK NEW YORK MELLON COM | 45.75 | 507,849 | 38.65 | 429,015 | 1.9 | 3.2 |
| 5,570 | CITIGROUP INC | 52.80 | 294,089 | 51.10 | 284,627 | 1.2 | 4.0 |
| 6,160 | EAST WEST BANCORP INC COM | 48.19 | 296,849 | 36.24 | 223,238 | 1.0 | 3.0 |
| 13,500 | FIFTH THIRD BANCORP COM | 22.58 | 304,869 | 19.28 | 260,280 | 1.1 | 5.6 |
| 16,750 | FIRST HAWAIIAN INC COM | 24.05 | 402,756 | 17.24 | 288,770 | 1.3 | 6.0 |
| 1,960 | GOLDMAN SACHS GROUP COM | 211.04 | 413,629 | 197.62 | 387,335 | 1.7 | 2.5 |
| 2,930 | JP MORGAN CHASE & CO COM | 84.90 | 248,755 | 94.06 | 275,596 | 1.2 | 3.8 |
| 7,270 | METLIFE | 44.81 | 325,745 | 36.52 | 265,500 | 1.2 | 5.0 |
| 2,050 | PNC BK CORP COM | 93.08 | 190,821 | 105.21 | 215,681 | 0.9 | 4.4 |
| 5,330 | PRUDENTIAL FINL INC COM | 86.64 | 461,783 | 60.90 | 324,597 | 1.4 | 7.2 |
| 8,790 | TCF FINANCIAL CORPORAT COM | 38.97 | 342,534 | 29.42 | 258,602 | 1.1 | 4.8 |
| 14,655 | TRUIST FINL CORP COM | 39.44 | 577,953 | 37.55 | 550,295 | 2.4 | 4.8 |
| 8,960 | US BANCORP DEL COM | 45.11 | 404,168 | 36.82 | 329,907 | 1.4 | 4.6 |
| 16,860 | WELLS FARGO & CO DEL COM | 46.03 | 776,069 | 25.60 | 431,616 | 1.9 | 8.0 |
| | | | 6,102,566 | | 4,870,846 | 21.1 | 4.8 |
| **Information Technology** | | | | | | | |
| 920 | BROADCOM INC COM | 217.02 | 199,657 | 315.61 | 290,361 | 1.3 | 4.1 |
| 11,400 | CISCO SYS INC | 47.42 | 540,546 | 46.64 | 531,696 | 2.3 | 3.1 |
| 5,120 | INTEL CORP COM | 42.36 | 216,890 | 59.83 | 306,330 | 1.3 | 2.2 |
| 1,870 | INTERNATIONAL BUSINESS MACHINE | 173.63 | 324,686 | 120.77 | 225,840 | 1.0 | 5.4 |
| 1,670 | MICROCHIP TECHNOLOGY INC | 79.31 | 132,454 | 105.31 | 175,868 | 0.8 | 1.4 |
| 4,140 | ORACLE CORP COM | 54.49 | 225,594 | 55.27 | 228,818 | 1.0 | 1.7 |
| 2,700 | QUALCOMM INC COM | 60.68 | 163,841 | 91.21 | 246,267 | 1.1 | 2.9 |
| 5,290 | WESTERN DIGITAL CORP COM | 38.64 | 204,413 | 44.15 | 233,554 | 1.0 | 4.5 |
| | | | 2,008,080 | | 2,238,733 | 9.7 | 3.2 |
| **Communication Services** | | | | | | | |
| 9,290 | AT&T INC COM | 29.47 | 273,789 | 30.23 | 280,837 | 1.2 | 6.9 |
| **Utilities** | | | | | | | |
| 3,040 | DUKE ENERGY CORP | 88.99 | 270,527 | 79.89 | 242,866 | 1.1 | 4.7 |
| 3,180 | PINNACLE WEST CAP CORP COM | 72.20 | 229,589 | 73.29 | 233,062 | 1.0 | 4.3 |
| | | | 500,117 | | 475,928 | 2.1 | 4.5 |

2

CONFIDENTIAL
DRZ_00001934

DRZ_00001935

DePrince, Race & Zollo, Inc.
## PORTFOLIO APPRAISAL
### *City of Plantation Police Officers' Retirement Fund - LCV*
### *+@plancomb*
*June 30, 2020*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct Assets | Yield |
|---|---|---|---|---|---|---|---|
| **Real Estate** | | | | | | | |
| 26,212 | HOST HOTELS & RESORTS COM | 17.32 | 453,956 | 10.79 | 282,827 | 1.2 | 7.9 |
| 11,673 | OUTFRONT MEDIA INC COM | 21.58 | 251,850 | 14.17 | 165,406 | 0.7 | 10.7 |
| | | | 705,805 | | 448,234 | 1.9 | 8.9 |
| | | | 25,829,182 | | 22,959,824 | 99.5 | 4.2 |
| **TOTAL PORTFOLIO** | | | **25,943,331** | | **23,073,973** | **100.0** | **4.2** |

3

CONFIDENTIAL

DRZ_00001936

DRZ_00001934