**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| STATE OF ALASKA, ALASKA PERMANENT FUND, THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, and THE CITY OF PLANTATION POLICE OFFICERS PENSION FUND, On Behalf of Themselves and All Others Similarly Situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>RYDER SYSTEM, INC., ROBERT E. SANCHEZ, ART A. GARCIA, and DENNIS C. COOKE,<br><br>     *Defendants*. | Civil Action No. 1:20-cv-22109-AMC |

**DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF LEAD PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL AND LIAISON CLASS COUNSEL**

I, John Rizio-Hamilton, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of New York. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, located at 1251 Avenue of the Americas, New York, NY, 10020 and counsel for Court-appointed Lead Plaintiffs The State of Alaska, Alaska Permanent Fund; The City of Ft. Lauderdale General Employees' Retirement System; and The City of Plantation Police Officers Pension Fund (together, "Lead Plaintiffs"). I submit this Declaration in Support of Lead Plaintiffs' Reply in Support of their Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class and Liaison Class

Counsel (the "Motion"). I have personal knowledge of the facts stated herein, and if called to testify, could and would testify competently thereto.

2.      Attached as Exhibit A is a true and correct copy of the Expert Reply Report of Michael L. Hartzmark, Ph.D., dated February 17, 2023.

3.      Attached as Exhibit B is a chart of 82 cases rejecting the same *Comcast*-based arguments Defendants make here.

4.      Attached as Exhibit C is a true and correct copy of relevant excerpts of the Transcript of the Videotaped Deposition of Amy P. Hutton, Ph.D., held on February 2, 2023, with relevant portions highlighted.

5.      Attached as Exhibit D is a true and correct copy of relevant excerpts of the Transcript of the Remote Video Deposition of Michael L. Hartzmark, Ph.D., held on November 30, 2022, with relevant portions highlighted.

6.      Attached as Exhibit E is a true and correct copy of relevant excerpts of the expert report of Steven Feinstein, Ph.D., CFA, in support of plaintiffs' motion for class certification in *In re RH, Inc. Securities Litigation,* No. 4:17–00554–YGR (N.D. Cal. 2017).

7.      Attached as Exhibit F is a true and correct copy of relevant excerpts of the expert report of Chad Coffman, CFA, in support of plaintiffs' motion for class certification in *Public Employees' Retirement System of Mississippi v. TreeHouse Foods, Inc.*, No. 2016-cv-10632 (N.D. Ill. 2016).

8.      Attached as Exhibit G is a true and correct copy of relevant excerpts of the expert report of Zachary Nye, Ph.D., in support of plaintiffs' motion for class certification in *Pirnik v. Fiat Chrysler Automobiles*, *N.V.*, 1:15-cv-07199 (S.D.N.Y. 2017).

2

9.      Attached as Exhibit H is a true and correct copy of relevant excerpts of the Transcript of the Remote Video Deposition of Nicholas Kehr Schiess, held on December 14, 2022, with relevant portions highlighted.

10.     Attached as Exhibit I is a true and correct copy of relevant excerpts of the Transcript of the Remote Video Deposition of Fawad Ahmed Razzaque, held on December 9, 2022, with relevant portions highlighted.

11.     Attached as Exhibit J is a true and correct copy of relevant excerpts of Ryder System, Inc.'s Third Quarter 2019 Earnings Conference Call Presentation dated October 29, 2019.

12.     Attached as Exhibit K is a true and correct copy of relevant excerpts of Ryder System, Inc.'s Fourth Quarter 2019 Earnings & 2020 Forecast Conference Call Presentation dated February 13, 2020.

13.     Attached as Exhibit L is a true and correct copy of relevant excerpts of Ryder System, Inc.'s Fourth Quarter 2019 Earnings Conference Call Transcript dated February 13, 2020, with relevant portions highlighted.

14.     Attached as Exhibit M is a true and correct copy of a J.P.Morgan analyst report dated February 13, 2020 entitled "Stuck in Low Gear," with relevant portions highlighted.

15.     Attached as Exhibit N is a true and correct copy of a SunTrust Robinson Humphrey analyst report dated February 13, 2020 entitled "4Q EPS Miss; 2020 Guidance Well Below as Company Shifts to Higher Returns/Positive FCF," with relevant portions highlighted.

16.     Attached as Exhibit O is a true and correct copy of the Declaration of John Rizio-Hamilton in support of Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel and Liaison Class Counsel (ECF No. 90) intended to be filed on September 23, 2022 and inadvertently excluded from the filing.

3

Executed on this 17th day of February 2023, in New York, New York.

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton