# Exhibit H

State of Alaska       [FINAL]       December 14, 2022
v. Ryder System                 Nicholas Schiess

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
---------------------------------------
STATE OF ALASKA, ALASKA PERMANENT
FUND, THE CITY OF FORT LAUDERDALE
GENERAL EMPLOYEES' RETIREMENT
SYSTEM, and THE CITY OF PLANTATION
POLICE OFFICERS PENSION FUND,
on Behalf of Itself and All
Others Similarly Situated,
            Plaintiffs,
        v.
RYDER SYSTEM, INC.; ROBERT E.
SANCHEZ; ART A. GARCIA; and DENNIS
C. COOKE,
           Defendants.

Civil Action No. 1:20-cv-22109-AMC
---------------------------------------

REMOTE VIDEO DEPOSITION OF
Nicholas Kehr Schiess, Corporate Designee of The
City of Fort Lauderdale General Employees'
Retirement System

December 14, 2022
Lead: Alison B. Brockman, Esquire
Firm: Wachtell Lipton Rosen & Katz

FINAL COPY
JANE ROSE REPORTING  1-800-825-3341

JANE ROSE REPORTING       National Court-Reporting Coverage
1-800-825-3341           janerose@janerosereporting.com

State of Alaska                [FINAL]                December 14, 2022
v. Ryder System                                        Nicholas Schiess

Page 201

A    Correct.  Yes.

Q    And would you understand the reference to "SL" to be a reference to the sale of a security?

A    Yes.

Q    Okay.  So going down to the bottom of the spreadsheet, we can look at the time frame of after June of 2020.

Are we there?

A    Yeah.  To the top.  Yeah.

Q    Okay.  Okay.

A    Very top.  97?

Q    Yes.

So from looking at this spreadsheet of DePrince, Race & Zollo's transactions in Ryder common stock following June of 2020, do you see, in the left-hand column, any indication of any purchases of Ryder common stock?

A    Scroll back up, please.

So the last buy was on 6/17, and after that, after 6/17 they were all sales.

Q    Okay.

A    Not a -- not a single buy.

Q    Okay.  And just looking down, there are, if you can ballpark it, at least 15 different instances when DePrince, Race & Zollo sold Ryder common stock;

State of Alaska                    [FINAL]                 December 14, 2022
v. Ryder System                                            Nicholas Schiess

Page 202

is that right?

A    On at least 15, maybe 20.  Probably closer to 20.

Q    Okay.  And those sales were as high as 1,950 shares; is that right?

A    That's correct.

Q    And there's one transaction where there's a sale of 1,650 shares; is that right?

A    That's correct.

Q    And in another transaction, there's a sale of 1,580 shares; is that right?

A    That's correct.

Q    Okay.  After the filing of the amended complaint in October of 2020, just referring back to this chart, do you see any purchases by DePrince, Race & Zollo of Ryder common stock after the filing of the amended complaint?

A    Not a single buy.

Q    Okay.  And going back to the disclosures that occurred on July 30th, of 2019, October 29th of 2019, and February 13th of 2020, is it your understanding that those disclosures by Ryder corrected the prior alleged misstatements related to residual values in depreciation expense?

A    Yes.