# Exhibit I

State of Alaska       [FINAL]       December 9, 2022
v. Ryder System                     Fawad Razzaque

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
---------------------------------------------
STATE OF ALASKA, ALASKA PERMANENT FUND,
THE CITY OF FORT LAUDERDALE GENERAL
EMPLOYEES' RETIREMENT SYSTEM, and THE CITY
OF PLANTATION POLICE OFFICERS PENSION FUND,
on Behalf of Itself and All
Others Similarly Situated,
               Plaintiffs,
         v.
RYDER SYSTEM, INC.; ROBERT E.
SANCHEZ; ART A. GARCIA; and DENNIS C. COOKE,
            Defendants.

Civil Action No. 1:20-cv-22109-AMC
---------------------------------------------

REMOTE VIDEO DEPOSITION OF
Fawad Ahmed Razzaque, Corporate Designee of
the State of Alaska, Alaska Permanent Fund
December 9, 2022
Lead: Wilfred T. Beaye, Junior, Esquire
Firm: Wachtell Lipton Rosen & Katz

FINAL COPY
JANE ROSE REPORTING  1-800-825-3341

JANE ROSE REPORTING        National Court-Reporting Coverage
1-800-825-3341           janerose@janerosereporting.com

State of Alaska                    [FINAL]                December 9, 2022
v. Ryder System                                          Fawad Razzaque

Page 183

commentary from Ryder, do you?

MR. RIZIO-HAMILTON:  Objection to the form.

Go ahead, Fawad, you can answer.

THE WITNESS:  Yeah, I do not know.  I have no knowledge of that.

BY MR. BEAYE:

Q    And you -- and you do not know if those sales had anything or nothing to do with the decline in used vehicle sales?

A    Yes, I do not know.

Q    Even though there was an email that was circulated to employees at Alaska describing both?

MR. RIZIO-HAMILTON:  Objection.  Go ahead.

THE WITNESS:  Oh, sorry.

MR. RIZIO-HAMILTON:  Objection to the form.

But you can --

THE WITNESS:  That is correct.  We see thousands of emails with mixed reviews.  Some people are optimist on an industry.  Some people are pessimistic.  We generally pay very little attention to these emails.  You know, they're just -- everybody has an opinion that they're free to express.  You know, half the time people are wrong. Half the time people are right.

BY MR. BEAYE:

Page 248

Q    Mr. Razzaque, Alaska's investment managers never contacted you about fraud with respect to Ryder, have they?

A    I don't recall, like I said, them contacting me on Ryder as fraud.

Q    And they haven't contacted you about fraud with respect to Ryder, even though they follow Ryder and Ryder news; isn't that right?

MR. RIZIO-HAMILTON:  Objection to the form.

THE WITNESS:  Yes, I don't remember being contacted by any of them on Ryder.

BY MR. BEAYE:

Q    And they haven't come to you and told you that Alaska was defrauded by Ryder, even though Alaska's investment managers are your fiduciary, right?

MR. RIZIO-HAMILTON:  Objection to the form.

THE WITNESS:  I can't speculate on what they determined.  I don't even know if they are qualified to investigate fraud.  So there's no reason for them to -- to approach me or Alaska with that allegation.  That's not within the bound of their competency.

I feel -- like, I felt it.  I feel it that it's a fraud, but I'm not competent enough to