# Exhibit J

FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS



# Third Quarter 2019 Earnings Conference Call

October 29, 2019

# Residual Value Estimates On All Power Vehicles Reduced To Better Align With Updated Outlook - Negative Earnings Impact From Estimate Changes Declines Each Quarter



**Quarterly**

**Impact of Change in Residual Estimates on Policy Depreciation and Accelerated Depreciation [1]**

- Residual value estimate change impact on policy depreciation represents ~5% of original vehicle investment
- Cumulative impact of reduced residual estimates of ~$844M

Total ~$180M

(1) These estimates are based on management's view of market conditions and reflect the impact of this current change on residual values on the current fleet of power vehicles. Management reviews our residual values periodically based on current and expected market conditions, and, if management's view of market conditions changes, we may adjust, positively or negatively, our residual value estimates for the fleet at such time.

(2) Includes $8M of valuation adjustments in 3Q19

(3) Under our historical assumptions, approximately $100M of the $180M would have been recognized as depreciation expense during 2020. We estimate that the approximately $80M remaining would have been recognized as either policy or accelerated depreciation in 2021 or years thereafter under our historical estimation assumptions.

## Results in earlier recognition of depreciation in 2019 and 2020

©2019 Ryder System ,Inc.
All Rights Reserved

FLEET LEASING & MAINTENANCE   |   DEDICATED TRANSPORTATION   |   SUPPLY CHAIN SOLUTIONS