# Exhibit K

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**



# Fourth Quarter 2019 Earnings & 2020 Forecast Conference Call

February 13, 2020

# Impact from Residual Value Estimate Change

*($ millions)*

### 2019 Actual

| | |
|---|---|
| $ 289 | 2H19 depreciation impact estimate (7/1/19 change) |
| 8 | Variance to depreciation impact estimate (7/1/19 change) |
| 60 | FY19 depreciation impact  (1/1/19 change) |
| 357 | FY19 depreciation impact from residual value estimate changes |
| 59 | FY19 losses from used vehicle sales |
| $ 415 | Total pre-tax impact from depreciation and UVS losses |

### 2020 Forecast

| | |
|---|---|
| $ 250 | FY20 depreciation impact estimate (7/1/19 change) |
| 25 | FY20 depreciation impact estimate (1/1/19 change) |
| 275 | FY20 estimated depreciation impact from residual value estimate changes |
| 20 | FY20 estimated losses from used vehicle sales |
| $ 295 | Total estimated pre-tax impact from depreciation and UVS losses |

| | |
|---|---|
| $ 120 | *Lower estimated year-over-year pre-tax impact from residual value estimate change* |
| $1.65 | *Lower estimated year-over-year after-tax per share impact from residual value estimate change* |

@ 2020 Ryder System, Inc.
All Rights Reserved

**FLEET LEASING & MAINTENANCE   I   DEDICATED TRANSPORTATION   I   SUPPLY CHAIN SOLUTIONS**

