# Exhibit L

## Q4 2019 Ryder System Inc Earnings Call

MIAMI Feb 20, 2020 (Thomson StreetEvents) -- Edited Transcript of Ryder System Inc earnings conference call or presentation
Thursday, February 13, 2020 at 4:00:00pm GMT

CORPORATE PARTICIPANTS
   John J. Diez, Ryder System, Inc. - President of Fleet Management Solutions
   John Steven Sensing, Ryder System, Inc. - President of Global Supply Chain Solutions
   Robert E. Sanchez, Ryder System, Inc. - Chairman, CEO & President
   Robert S. Brunn, Ryder System, Inc. - VP of IR, Corporate Strategy & Product Strategy
   Scott T. Parker, Ryder System, Inc. - Executive VP & CFO
CONFERENCE CALL PARTICIPANTS
   Benjamin John Hartford, Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst
   Brian Patrick Ossenbeck, JP Morgan Chase & Co, Research Division - Senior Equity Analyst
   David Griffith Ross, Stifel, Nicolaus & Company, Incorporated, Research Division - MD of Global Transportation and Logistics
   John R. Cummings, Copeland Capital Management, LLC - Partner & Research Analyst
   Justin Trennon Long, Stephens Inc., Research Division - MD
   Scott H. Group, Wolfe Research, LLC - MD & Senior Transportation Analyst
   Stephanie Benjamin, SunTrust Robinson Humphrey, Inc., Research Division - Associate
   Todd Clark Fowler, KeyBanc Capital Markets Inc., Research Division - MD and Equity Research Analyst

# PRESENTATION

**Operator**

Good morning, and welcome to the Ryder System Fourth Quarter 2019 Earnings Release Conference Call. (Operator Instructions) Today's call is being recorded. If you have any objections, please disconnect at this time. I would now like to introduce Mr. Bob Brunn, Vice President, Investor Relations, Corporate Strategy and Product Strategy for Ryder. Mr. Brunn, you may begin.

**Robert S. Brunn**, Ryder System, Inc. - VP of IR, Corporate Strategy & Product Strategy

Thanks very much. Good morning, and welcome to Ryder's Fourth Quarter 2019 Earnings and 2020 Forecast Conference Call. I'd like to remind you that during this presentation, you'll hear some forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are based on management's current expectations and are subject to unseen changes in circumstances. Actual results may differ materially from these expectations due to changes in economics, business, competitive, market, political and regulatory factors. More detailed information about these factors and a reconciliation of each non-GAAP financial measure to the nearest GAAP measure is contained in this morning's earnings release, earnings call presentation and in Ryder's filings with the Securities and Exchange Commission which are available on Ryder's website.

Presenting on today's call are Robert Sanchez, Chairman and Chief Executive Officer; and Scott Parker, Executive Vice President and Chief Financial Officer. Additionally, John Diez, President of Global Fleet Management Solutions; and Steve Sensing, President of Global Supply Chain Solutions and Dedicated Transportation Solutions, are on the call today and available for questions following the presentation.

At this time, I'll turn the call over to Robert.

**Robert E. Sanchez**, Ryder System, Inc. - Chairman, CEO & President

Good morning, everyone, and thanks for joining us. This morning, we'll provide a brief overview of our fourth quarter results. We'll also provide our 2020 outlook, including actions that we're taking to improve returns. Following our prepared remarks, we'll open the call for questions.

With that, let's turn to an overview of our fourth quarter results. Comparable earnings per share from continuing operations was a loss of $0.01 for the quarter as compared to a profit of $1.87 in the prior year. The loss includes $1.67 in higher depreciation related to previously announced residual value estimate changes. Comparable results were at the lower end of our forecast range of a loss of $0.03 to a profit of $0.07, reflecting a modest increase in the depreciation impact of the residual value change as we trued up the estimates provided.

Operating revenue increased by 3% to a record $1.8 billion for the fourth quarter, driven by contractual revenue growth in Fleet Management and Dedicated partially offset by lower revenue as expected in Supply Chain.

Page 5 includes some additional financial information for the fourth quarter. Comparable EBITDA for the quarter was $564 million, up 1% from the prior year, primarily reflecting earnings contributions from our contractual businesses and cost reductions, partially offset by lower rental demand, higher insurance-related costs and the impact from customer labor strikes. Comparable EBITDA for the full year was a record $2.3 billion, up 11% from the prior year.

The average number of diluted shares outstanding was 52.3 million, down slightly from the prior year. Excluding pension costs and other items, the comparable tax rate was a benefit of 98.7% in Q4 '19 as compared to an expense of 21% in the prior year, reflecting the impact from residual value estimate changes.

Adjusted return on equity was 0.3%, down from 12.7% in the prior year, reflecting lower earnings from higher depreciation related to the previously announced residual value changes.

I'll turn now to Page 6 to discuss key trends that we saw in each business segment. Fleet Management Solutions operating

accounts, that was the $0.25 bucket, and it sounds like of a $0.25 bucket, some of that will continue, but the order of magnitude would be less than the $0.25 going forward?

**Answer – Robert E. Sanchez:** Right. That would be the expectation.

**Answer – Operator:** And we'll take our next question from Scott Group with Wolfe Research.

---

**Analyst:** Scott H. Group, Wolfe Research, LLC - MD & Senior Transportation Analyst

**Question – Scott H. Group:** So I want to ask about the slide from last quarter with the Xs on used prices. So where are used prices today versus those Xs? I'm wondering if there's any additional cushion left or if we've sort of worked through that now? And then I'm wondering, have you lowered the residual assumptions any further from what you told us last quarter? And then maybe just with that, can you just update us, last quarter, you told us what the depreciation tailwinds would be in '20 and '21. Can you give us the updated numbers to the extent that those have changed at all?

**Answer – Robert E. Sanchez:** Let me address the question on the chart that we showed from last quarter, and then I'll let Scott talk about depreciation. To give you an idea where we're at, if you remember the slide -- I hate talking about a slide from last quarter, but I know this thing got a lot of press. It was a slide that we had a 20-year look back on tractor pricing and then we showed an X as to where our policy depreciation was, but we did not share an X as to where accelerator was just because of -- it would not -- certainly not wanting to drive the market in that direction. But what I just said on this call was that our accelerated depreciation number is towards the trough level that we saw in 2002. So a 20-year low. That's where we have marked the accelerated depreciation at.

Where we ended the quarter was in between the 2 numbers. So we are right in the middle between the -- where the policy X is and where the accelerated depreciation is, which is right where we expect it to be. So you did see a decline in the quarter. Used vehicle pricing continues to decline as we'd expect. We're expecting it to bottom out in the middle of the year and then see some pickup in the second half of the year.

**Answer – Scott T. Parker:** Scott, on the second question, we added a slide on Page 26 of the deck that I'll tie into -- kind of refer to your question about what changed from the third quarter estimate. So if you go back there, we had, for the impact to the second half of 2019, just from the estimate change, was $289 million. We mentioned that there was a slight refinement and true-up as we push that down in the fourth quarter of about $8 million. So the total impact from the change was $297 million. There'll be more details in the K for that.

We also mentioned that there was some policy and depreciation that was effective 1/1 of 2019. That number was about $60 million. So the total depreciation impact in 2019 was around $357 million. And then we add the losses from used vehicle sales. So we had some additional in the fourth quarter than what we had in the third quarter.

So total of all the depreciation and UVS losses for 2019 was around $415 million. As you kind of go into 2020, and the chart we had last quarter had the impact from the estimate change at $250 million. The follow-through of some of the 1/1/2019 does trail into 2020, so that's about $25 million. So the total impact from depreciation, we're expecting at $275 million. And then when it comes to estimation for the used vehicles, we expect that there are some assets that are not in our accelerated classification that on a monthly basis, we do take back units that are outside of that definition that we will have some potential slight losses in 2020 related to those assets. So that gets you to $295 million for the total impact for 2020.

So the year-over-year change is $120 million that we have on the chart, which is about $1.65. So hopefully, when you get to Page 26, you kind of see the details of how that kind of relates to what we shared in the third quarter.

**Question – Scott H. Group:** And I know it's early, but was the $125 million for '21 changed?

**Answer – Scott T. Parker:** The $125 million for '21, if you were to solve right now, like the $120 million year-over-year benefit from '19 to '20, right now we're expecting the impact from 2020 to 2021 to be around that or maybe a little bit higher, maybe $125 million, $130 million impact of positive tailwind from 2021 -- or 2020, sorry.

**Question – Scott H. Group:** Okay. And if I can ask 1 more just on the strategic investments. So I went back and I think this is -- it's now 9 years in a row where it's become a year of -- an incremental year-over-year headwind. I guess 2 things. In prior years, though, there are some cost actions and maintenance things that are offsets how come we don't see anything like that in the bridge this year? And I guess why not a more meaningful sort of reduction in the future to these investments if the growth is slowing and maybe the payout hasn't -- the payout hasn't been there?

**Answer – Robert E. Sanchez:** Yes. Although -- well, couple of things. One is, is there are cost actions in there. We talked about it in the waterfall. We didn't call it out, but we're -- the cylinder -- the item that has overheads is -- has got it netted out with the cost actions. There's at least $20 million of zero-based budgeting benefit built into that, that is offsetting the compensation increases year-over-year. So they are in there.

In terms of why not pull back on the strategic investment. Remember, half of that are investments that we're making to basically get improvements in the business. So we need those in order to get the maintenance cost savings that you're going to see in contractual business and in rental and then also in order to get -- to expand our used vehicle networks so that we can sell more units. So we haven't come off of that. I think the issue is just continuing, is making sure that we're making the investments we need to get the savings along with the investments that we're making. The other investments are primarily related to growing more asset-light supply chain and dedicated businesses.

**Answer – Operator:** And we'll take our next question from Justin Long with Stephens.

**Answer – Justin Trennon Long:** Wanted to follow up on the 2020 guidance, just given some of the earnings volatility we're seeing. Obviously, you gave the first quarter outlook. And Robert, I think you mentioned you expect profitability in the second quarter. But is there any additional color you can provide on the cadence of EPS from 2Q to 4Q this year as we try to model that out? And maybe as you answer that, you could talk about how these strategic investments and the return improvement costs are going to flow through the model quarterly over the course of 2020.