# Exhibit N

QUICK THOUGHTS
February 13, 2020

# Ryder System, Inc. (R)


SunTrust Robinson Humphrey

# 4Q EPS Miss; 2020 Guidance Well Below as Company Shifts to Higher Returns/Positive FCF

**Buy**

**Price Target: $60.00**

**Price: $50.19**

**4Q19 Revenue Beat, EPS Miss:** Ryder reported 4Q19 results with sales slightly above expectations and EPS below. For 4Q, it saw **gross revenue of $2.277B (+1% YoY), above our estimate of $2.246B (-0.5% YoY)** and the consensus estimate of $2.26B (+0.1% YoY), and **adjusted EPS of -$0.01, below our estimate of $0.01 and the consensus $0.03**. 4Q EPS came in at the low end of the company's guidance of -$0.03 to +$0.07 as a result of a slightly higher increase in depreciation following its 3Q residual value estimate change.

## Figure 1: 4Q19 Quick Glance



| Revenue | BEAT |
| Adjusted EPS | MISS |
| Earnings Quality | OK |
| Guidance | BELOW |
| Predicted Stock Move | DOWN |

Source: Company Reports, STRH Research

**2020 Guidance Below Expectations:** 2020 appears to be a meaningful investment year for Ryder as it pivots to meaningfully improve its return and free cash flow profiles. While the guidance has a lot of puts and takes (included below in detail), the company is looking for **flat YoY revenue growth (below consensus ests. +1.5% and our est. of +1.3%)**, **comparable EPS in the range of $1.10-$1.50 (below consensus $2.56 and our est. of $2.50)**, and **positive FCF of $350M**, a marked improvement vs. negative -$1B in FCF reported in 2019.

**2020 Strategy Change and How That Impacts Guidance:** In order to achieve a balance of revenue and earnings growth with positive FCF over a cycle, Ryder is altering its strategy by: (1) moderating growth in FMS, while accelerating growth in higher return DTC and SCS segments, (2) raising lease prices and pruning lower-return lease accounts to improve FMS's returns, (3) investing in its sales force and targeted marketing to increase awareness around its DTC and SCS segments, and (4) closing underperforming facilities while expanding

**Stephanie Benjamin**
404-926-5190
stephanie.benjamin@suntrust.com

Joseph Hafling
404-836-5930
joseph.hafling@suntrust.com

**SEE PAGE 3 FOR REQUIRED DISCLOSURE INFORMATION**

Case 1:20-cv-22109-JB   Document 105-15   Entered on FLSD Docket 02/17/2022   Page 3 of 6



other cost-cutting initiatives. The impact of these initiatives result in the below 2020 guidance:

- Total revenue to be up 0.8% YoY, while operating revenue flat YoY. Growth in its leasing and SCS (after lapping 2019 customer loss) segments to be offset by declines in rental and DTC due largely to a weaker freight environment

- Active lease fleet count to be higher by up to 1k vehicles vs. the >10k vehicle increase in 2019

- Expecting a higher number of used vehicles sold in 2020 with used vehicle pricing to be soft in 1H20 and a modest recovery in the 2H

- 2020 comparable EPS in the range of $1.10-$1.50

- 1Q20 comparable EPS in the range of -$0.65 to -$0.80, well below our -$0.17 estimate, due (1) continued impact from residual value estimate change, (2) tough YoY comps, and (3) greater investments in the business in what is the seasonally smallest quarter of the year

- $350M in FCF following a significant reduction in capital spending as it moderates the growth of its lease fleet

**Where Do We Go From Here?:** Following the 4Q EPS miss and much lower-than-expected 2020 EPS guidance, **we expect the stock to be down today.** We had hoped the company cleared the decks in 3Q after significantly lowering EPS expectations following its residual value changes. That said, we believe the changes announced today are positioning the company for less volatility with an improved return profile and positive FCF generation, both of which were key areas of focus for investors. More importantly, the higher investments we view are largely isolated to 2020 and should drive meaningful earnings growth in 2021 as it laps not only these investments, but also lower depreciation headwinds. In our opinion, Ryder continues to have an attractive business proposition where there remains a low penetration rate of transportation outsourcing, combined with increasingly more complex supply chain needs. While we understand it may take a couple quarters for investors to have comfort in Ryder's EPS forecasts, we have confidence in the long-term upside from the updated strategy.

*Our estimates and price target are under review.

**Conference Call Details:** The company will host a conference call at 11:00AM. Dial in: 888-352-6803; pass code: Ryder.

### Figure 2: 4Q19 Results vs 4Q18 and STRH Estimates

(dollars in millions, except per-share data)

|  | F4Q19A | F4Q18A | YoY %Chg | F4Q19E |
|---|---|---|---|---|
| Fleet Management Solutions | $1,431.5 | $1,382.4 | 3.6% | $1,408.2 |
| Dedicated Transportation Solutions | 346.4 | 363.1 | (4.6%) | 374.0 |
| Supply Chain Solutions | 648.7 | 670.4 | (3.2%) | 636.9 |
| **Gross Revenue** | **$2,276.5** | **$2,260.1** | **0.7%** | **$2,246.1** |
| **Operating Income** | **$15.5** | **$187.8** | **91.7%** | **$90.3** |
| *Operating Margin* | *0.7%* | *8.3%* | *-763bps* | *4.0%* |
| **EPS** | **($0.01)** | **$1.87** | **(100.7%)** | **$0.01** |
| **Adjusted EBITDA** | **$532.1** | **$559.7** | **(4.9%)** | **$603.3** |

Source: Company Reports and STRH Estimates



## Valuation and Risks

Our $60 PT assumes a 4.5x multiple on our 2021 EBITDA estimate, at the low end of its historical range of 4x-6x. Given the secular trends toward transportation outsourcing we believe this multiple is justifiable. Risks to our target include (1) declining used vehicle prices, (2) economic recession leading to reduced transportation demand, and (3) high customer concentration for its Supply Chain Solutions segment.

## Analyst Certification

I, Stephanie Benjamin , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

SunTrust Robinson Humphrey, Inc. or an affiliate managed or co-managed a securities offering for the following company within the last 12 months: R-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for investment banking services within the last 12 months: R-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for investment banking services within the last 12 months: R-US

SunTrust Robinson Humphrey, Inc. or an affiliate expects to receive or intends to seek compensation for investment banking services from the following company in the next three months: R-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for non-securities-related services within the last 12 months: R-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for non-securities related services within the last 12 months: R-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## STRH Ratings System for Equity Securities

### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters,



Case 1:20-cv-22109-JB   Document 105-15   Entered on FLSD Docket 02/17/2022   Page 5 of 6

Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

**STRH Rating System for Equity Securities**

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 02/13/2020):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 428 | 61.67% | Buy | 144 | 33.64% |
| Hold | 258 | 37.18% | Hold | 64 | 24.81% |
| Sell | 8 | 1.15% | Sell | 1 | 12.50% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any



security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. SunTrust Robinson Humphrey, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. Truist and SunTrust Robinson Humphrey are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2020. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070