# Exhibit O

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| STATE OF ALASKA, ALASKA PERMANENT FUND, THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, and THE CITY OF PLANTATION POLICE OFFICERS PENSION FUND, On Behalf of Themselves and All Others Similarly Situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> RYDER SYSTEM, INC., ROBERT E. SANCHEZ, ART A. GARCIA, and DENNIS C. COOKE, <br><br> *Defendants.* | Civil Action No. 1:20-cv-22109-AMC |

**DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL AND LIAISON <u>CLASS COUNSEL</u>**

I, John Rizio-Hamilton, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of New York. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), located at 1251 Avenue of the Americas, New York, NY, 10020 and counsel for The State of Alaska, Alaska Permanent Fund ("Alaska"); The City of Ft. Lauderdale General Employees' Retirement System ("Ft. Lauderdale"); and The City of Plantation Police Officers Pension Fund's ("Plantation Police") (together, "Lead Plaintiffs"). I submit this Declaration in Support of Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class

and Liaison Class Counsel (the "Motion"). I have personal knowledge of the facts stated herein, and if called to testify, could and would competently thereto.

2.     Attached as Exhibit A is a true and correct copy of the Declaration of Benjamin Hofmeister in support of the Motion.

3.     Attached as Exhibit B is a true and correct copy of the Declaration of Nick Schiess in support of the Motion.

4.     Attached as Exhibit C is a true and correct copy of the Declaration of Brian Kendall in support of the Motion.

5.     Attached as Exhibit D is a true and correct copy of the Expert Report of Michael L. Hartzmark, Ph.D., dated September 22, 2022.

6.     Attached as Exhibit E is a true and correct copy of the firm resume of Bernstein Litowitz.

7.     As reflected in the Firm Resume, Bernstein Litowitz is among the most experienced securities class action law firms in the country. Bernstein Litowitz served as Lead Counsel in *In re WorldCom, Inc. Securities Litigation*, No. 02-cv-3288 (S.D.N.Y.), in which settlements were obtained for the class totaling in excess of $6 billion. Bernstein Litowitz also secured a resolution of $2.43 billion for the class in *In re Bank of America Corp. Securities, Derivative & "ERISA" Litigation*, No. 09-md-2058 (S.D.N.Y.); a $1.06 billion recovery for the class in *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation*, No. 05-cv-1151 (D.N.J.); and a $730 million settlement on behalf of the class in *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.).

8.     Attached as Exhibit F is a true and correct copy of an order issued by the United States District Court for the Northern District of California in an unrelated action where Bernstein

Litowitz served as lead counsel for the lead plaintiff in that case, SEB Investment Management AB, and class counsel for the certified class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021). As reflected in the order, counsel for an unsuccessful lead plaintiff movant raised questions about Bernstein Litowitz's hiring of a former employee of SEB. Following discovery and extensive briefing, the court found that the evidence did not establish a *quid pro quo*, and allowed Bernstein Litowitz to continue as class counsel. *See id.* at *1-2. The court nevertheless ordered Bernstein Litowitz to bring the order to the attention of any court in which Bernstein Litowitz seeks appointment as class counsel, and also to the decisionmaker for the proposed lead plaintiff who is selecting class counsel. *See id.* at *2. Since that order, the court in *Symantec* granted final approval of the $70 million settlement in that action, commenting on the record that Bernstein Litowitz "did a good job, so thank you for that." *See SEB Inv. Mgmt. AB v. Symantec Corp.*, No. 3:18-cv-2902-WHA, ECF No. 425 at 18 (N.D. Cal. Feb. 10, 2022). Additionally, courts have repeatedly approved Bernstein Litowitz as lead plaintiff and class counsel in securities class actions after being apprised of the *Symantec* order, including *In re Oracle Corp. Securities Litigation*, 2022 WL 1459567, at *5 (N.D. Cal. May 9, 2022), *In re Mattel, Inc. Securities Litigation*, 2021 WL 4704578, at *7 (C.D. Cal. Oct. 6, 2021), *In re Myriad Genetics, Inc. Securities Litigation*, 2021 WL 5882259, at *13 (D. Utah Dec. 13, 2021), *In re EQT Corp. Securities Litigation*, No. 2:19-CV-00754-RJC, 2022 WL 3293518, at *24 (W.D. Pa. Aug. 11, 2022), and *Allegheny Cnty. Employees' Ret. Sys. v. Energy Transfer LP*, No. CV 20-200, 2022 WL 3597200, at *24 (E.D. Pa. Aug. 23, 2022). *See also, e.g.*, Order Granting Motion to Consolidate, Appointing Lead Plaintiff, and Approving Selection of Counsel, *Homyk v. ChemoCentryx, Inc.*, No. 4:21-cv-03343-JST, ECF No. 32 at 6 (N.D. Cal. Jan. 28, 2022); Stipulation and Order Appointing IBEW Local 353 Pension Plan and Xiaobin Cai as Lead Plaintiff, Approving Their

3

Selection of Lead Counsel, and Consolidating Actions, *Chung v. Eargo, Inc.*, No. 3:21-cv-08597-CRB, ECF No. 36 (N.D. Cal. Jan. 5, 2022). Bernstein Litowitz has provided the order to Lead Plaintiffs as reflected in the declarations attached hereto as Exhibits A, B and C.

9.       Since the inception of this litigation, Bernstein Litowitz has vigorously prosecuted this action for the benefit of Lead Plaintiffs and the Class. Bernstein Litowitz's efforts have included, among other things: (i) conducting a thorough pre-suit investigation; (ii) drafting a detailed amended complaint; (iii) overcoming Defendants' hard-fought motion to dismiss; (iv) propounding extensive document requests on Defendants; (v) responding to document requests from Defendants; (vi) retaining an expert in market efficiency; (vii) assembling dedicated teams of experienced attorneys and staff to prosecute the claims on behalf of Lead Plaintiffs and the Class; and (viii) drafting and filing this motion for class certification. Lead Counsel is committed and will continue to vigorously prosecute the action for the benefit of Lead Plaintiffs and the Class.

Executed on this 23rd day of September 2022, in New York, New York.

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton

4