UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-22109-CIV-CANNON/Otazo-Reyes

**STATE OF ALASKA,** *et al.*,

    Plaintiffs,

v.

**RYDER SYSTEM, INC.,** *et al.*,

    Defendants.
_____/

### ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**THIS CAUSE** comes before the Court upon Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion") [ECF No. 111], filed on May 19, 2023.

To facilitate resolution of the Motion, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Court will conduct a Preliminary Approval Hearing on **July 24, 2023, at 2:00 P.M**. at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950.

2. At the Preliminary Approval Hearing, the Court will review and preliminarily determine whether the proposed settlement is fair, reasonable, and adequate in accordance with the requirements set forth in Rule 23(e) of the Federal Rules of Civil Procedure, including the 2018 amendments to Rule 23(e)(2)(C). *See Williams v. Reckitt Benckiser LLC*, No. 22-11232, 2023 WL 2906311, at *13 (11th Cir. Apr. 12, 2023).

CASE NO. 20-22109-CIV-CANNON/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of May 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record