## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STATE OF ALASKA, ALASKA PERMANENT FUND, THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, and THE CITY OF PLANTATION POLICE OFFICERS PENSION FUND, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>RYDER SYSTEM, INC., ROBERT E. SANCHEZ, ART A. GARCIA, and DENNIS C. COOKE,<br><br>    Defendants. | Civil Action No. 1:20-cv-22109-AMC |

### DEFENDANTS' NOTICE OF FILING DECLARATION OF STEVEN WINTER REGARDING COMPLIANCE WITH THE NOTICE REQUIREMENTS OF CAFA IN CONNECTION WITH SECURITIES CLASS ACTION SETTLEMENT

Defendants Ryder System, Inc., Robert E. Sanchez, Art A. Garcia, and Dennis C. Cooke (collectively, "Defendants") by and through its undersigned counsel, hereby give notice of filing the Declaration of Steven Winter Regarding Compliance with the Notice Requirements of CAFA in Connection with Securities Class Action Settlement.

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023, I electronically filed the Declaration of Steven Winter Regarding Compliance with the Notice Requirements of CAFA in Connection with Securities Class Action Settlement using the CM/ECF system, which will send electronic notice to counsel of record.

July 17, 2023

Respectfully submitted,

**GUNSTER, YOAKLEY & STEWART, P.A.**

By:  */s/* Jonathan K. Osborne
Jonathan K. Osborne
Florida Bar No. 95693
David M. Wells
Florida Bar No. 309291
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301

Telephone:  (954) 462-2000
Facsimile:  (954) 523-1722
Email: josborne@gunster.com
Email: dwells@gunster.com

**WACHTELL, LIPTON, ROSEN & KATZ**
William D. Savitt, *pro hac vice*
Steven P. Winter, *pro hac vice*
51 West 52nd Street
New York, New York 10019

Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  wdsavitt@wlrk.com
Email:  swinter@wlrk.com

*Attorneys for Defendants*