**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| STATE OF ALASKA, ALASKA PERMANENT FUND, THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, and THE CITY OF PLANTATION POLICE OFFICERS PENSION FUND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RYDER SYSTEM, INC., ROBERT E. SANCHEZ, ART A. GARCIA, and DENNIS C. COOKE,<br><br>Defendants. | Civil Action No. 1:20-cv-22109-AMC |

**DECLARATION OF STEVEN WINTER
REGARDING COMPLIANCE WITH THE NOTICE REQUIREMENTS OF CAFA
IN CONNECTION WITH SECURITIES CLASS ACTION SETTLEMENT**

Pursuant to 28 U.S.C. § 1746, I, Steven Winter, declare as follows:

1.     I am a Partner at the law firm Wachtell, Lipton, Rosen and Katz, attorneys for defendants Ryder System, Inc., Robert E. Sanchez, Art A. Garcia, and Dennis C. Cooke (collectively, "Defendants") in this action.

2.     As described in the "*Declaration of Kyle S. Bingham on Implementation of CAFA Notice*," dated May 23, 2023, attached as Exhibit A hereto, Epiq Class Action & Claims Solutions, Inc. sent a CAFA notice package ("CAFA Notice") on behalf of Defendants, as required by the Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715, to 57 federal and state officials on May 23, 2023.  The CAFA Notice was mailed via USPS Certified Mail to 55 officials, including the Attorneys General of 49 States, the District of Columbia, and the United States Territories.  As

per the direction of the Office of the Nevada Attorney General, the CAFA Notice was sent to the Nevada Attorney General electronically via e-mail.  The CAFA Notice was also sent via United Parcel Service to the Attorney General of the United States.

3.      In accordance with 28 U.S.C. § 1715(b) and the Parties' Stipulation and Agreement of Settlement (ECF No. 111-1), the CAFA Notice was sent within ten days of the parties' filing of the proposed settlement with the Court (i.e., within ten days of May 19, 2023).

*                       *                       *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2023.

_____
Steven Winter

- 2 -

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

STATE OF ALASKA, ALASKA
PERMANENT FUND, THE CITY OF
FORT LAUDERDALE GENERAL
EMPLOYEES' RETIREMENT SYSTEM,
and THE CITY OF PLANTATION
POLICE OFFICERS PENSION FUND, On
Behalf of Themselves and All Others
Similarly Situated,

     *Plaintiffs,*

     v.

RYDER SYSTEM, INC., ROBERT E.
SANCHEZ, ART A. GARCIA, and
DENNIS C. COOKE,

     Defendants.

Case No. 1:20-cv-22109-AMC

## DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

I, KYLE S. BINGHAM, hereby declare and state as follows:

1.     My name is KYLE S. BINGHAM.  I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.     I am the Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.  I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 350 class action settlements.

3.     Epiq is a firm with more than 25 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services,

receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

4.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

### CAFA NOTICE IMPLEMENTATION

5.      At the direction of counsel for Defendant(s) Ryder System, Inc., Robert E. Sanchez, Art A. Garcia, and Dennis C. Cooke, 57 federal and state officials (Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories) were identified to receive CAFA notice.

6.      Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.      On May 23, 2023, Epiq sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS Certified Mail to 55 officials (the Attorneys General of 49 states, the District of Columbia, and the United States Territories).  As per the direction of the Office of the Nevada Attorney General, the Notice was sent to the Nevada Attorney General electronically via email. The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States.  The CAFA Notice Service List (USPS Certified Mail, Email, and UPS) is included as **Attachment 1**.

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

8.      The materials sent to the federal and state officials included a Cover Letter and Exhibit A to the Cover Letter, which provided notice of the proposed Settlement of the above-captioned case.  The Cover Letter and Exhibit A to the Cover Letter are included as **Attachment 2**.

9.      The cover letter was accompanied by a CD, which included the following:

a.      **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

    a.  Complaint, *Key West Police & Fire Pension Fund* v. *Ryder System, Inc. et al.*, Civil Action No. 1:20-cv-22109-AMC (S.D. Fla.), Dkt. 1 (filed May 20, 2020);

    b.  Civil Cover Sheet attached to Complaint, *Key West Police & Fire Pension Fund* v. *Ryder System, Inc. et al.*, Civil Action No. 1:20-cv-22109-AMC (S.D. Fla.), Dkt. 1-1 (filed May 20, 2020); and

    c.  Amended Complaint, *Key West Police & Fire Pension Fund* v. *Ryder System, Inc. et al.*, Civil Action No. 1:20-cv-22109-AMC (S.D. Fla.), Dkt. 28 (filed October 5, 2020).

b.      **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:** The Stipulation and Agreement of Settlement (filed May 19, 2023) included proposed versions of the following:

    a.  Notice of Pendency of Class Action and Proposed Settlement (Exhibit A-1);

    b.  Proof of Claim and Release Form (Exhibit A-2); and

    c.  Summary Notice of Pendency of Class Action and Proposed Settlement (Exhibit A-3).

The enclosed executed Stipulation and Agreement of Settlement also included a Proposed Order Preliminarily Approving Settlement (Exhibit A) and a Proposed Final Judgment Approving Class Action Settlement (Exhibit B).

c.      **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** As described above, the enclosed documents included a copy of the executed Stipulation and Agreement of Settlement (filed May 19, 2023) and its accompanying exhibits.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 23, 2023.

_____
KYLE S. BINGHAM

# Attachment 1

**CAFA Notice Service List**
**USPS Certified Mail**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Tim Griffin | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Kris Mayes | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Brian Schwalb | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Anne E Lopez | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Brenna Bird | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Office of the Attorney General | Raul Labrador | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Kris Kobach | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Ave Suite 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Andrea Campbell | 1 Ashburton Pl 20th Fl | | Boston | MA | 02108 |
| Office of the Attorney General | Anthony G Brown | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Andrew Bailey | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | PO Box 220 | | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H Wrigley | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J Platkin | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Raul Torrez | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street 15th Floor | | New York | NY | 10005 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Michelle A. Henry | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Marty Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Sean D Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jason S Miyares | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Charity R Clark | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | American Samoa Gov't Exec Ofc Bldg Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Douglas Moylan | Administrative Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Carol Thomas- Jacobs | 3438 Kronprindsens Gade Ste 2 | GERS BLDG | St Thomas | VI | 00802 |

**CAFA Notice Service List**

**Email**

| Company | Contact Format | State |
|---|---|---|
| Office of the Attorney General for Nevada | All documents sent to NV AG at their dedicated CAFA email inbox. | NV |

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

# Attachment 2

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

May 23, 2023

**VIA UPS OR USPS CERTIFIED MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
| --- |

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Ryder System, Inc. ("Ryder"), Robert E. Sanchez, Art A. Garcia, and Dennis C. Cooke (collectively, the "Defendants"), relating to the proposed settlement of a class action lawsuit.

- **Case:** *State of Alaska, Alaska Permanent Fund et al.* v. *Ryder System, Inc., et al.*, Civil Action No. 1:20-cv-22109-AMC.

- **Court:** United States District Court for the Southern District of Florida (the "Court").

- **Documents Enclosed**:  In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint, Any Amended Complaints, and Materials:**

     a.  Complaint, *Key West Police & Fire Pension Fund* v. *Ryder System, Inc. et al.*, Civil Action No. 1:20-cv-22109-AMC (S.D. Fla.), Dkt. 1 (filed May 20, 2020);

     b.  Civil Cover Sheet attached to Complaint, *Key West Police & Fire Pension Fund* v. *Ryder System, Inc. et al.*, Civil Action No. 1:20-cv-22109-AMC (S.D. Fla.), Dkt. 1-1 (filed May 20, 2020); and

     c.  Amended Complaint, *Key West Police & Fire Pension Fund* v. *Ryder System, Inc. et al.*, Civil Action No. 1:20-cv-22109-AMC (S.D. Fla.), Dkt. 28 (filed October 5, 2020).

  2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  The Court has not scheduled a preliminary approval hearing or a final approval hearing or any other judicial hearing concerning the settlement agreement at this time.

  3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  The enclosed Stipulation and Agreement of Settlement (filed May 19, 2023) includes proposed versions of the following:

     a.  Notice of Pendency of Class Action and Proposed Settlement (Exhibit A-1);

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

    b.   Proof of Claim and Release Form (Exhibit A-2); and

    c.   Summary Notice of Pendency of Class Action and Proposed Settlement (Exhibit A-3).

The enclosed executed Stipulation and Agreement of Settlement also includes a Proposed Order Preliminarily Approving Settlement (Exhibit A) and a Proposed Final Judgment Approving Class Action Settlement (Exhibit B).

4.   **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  As described above, the enclosed documents include a copy of the executed Stipulation and Agreement of Settlement (filed May 19, 2023) and its accompanying exhibits.

5.   **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:**  In addition to the settlement papers supplied herein, there is a confidential Supplemental Agreement relating to the threshold for requests for exclusion from the class that would trigger the Defendants' right to terminate the Settlement, which was reached contemporaneously between lead plaintiffs' counsel and Defendants' counsel. This confidential supplemental agreement provides that it will not be filed with the Court unless and until a dispute as between or among plaintiffs and Defendants concerning its interpretation or application arises, or unless otherwise requested by the Court.  It is customary for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with such litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out."  FED. JUDICIAL CTR., MANUAL FOR COMPLEX LITIGATION (4th ed.) § 21.631.  Other than the Stipulation and Agreement of Settlement and the Supplemental Agreement, there are no other agreements contemporaneously made between lead plaintiffs' counsel and Defendants' counsel concerning the settlement.

6.   **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**  To date, the Court has not issued a final order, judgment or dismissal in the above-referenced action.

7.   **Per 28 U.S.C. § 1715(b)(7)(A) and (B) – Names and Estimate of Class Members:**  The Settlement Class[1] consists of:  all persons or entities who purchased or otherwise acquired publicly traded Ryder common stock during the period from July 23, 2015 through February 13, 2020, inclusive (the "Class Period"), and were damaged thereby.  Excluded from the Settlement Class are: (i) Defendants; (ii) the Immediate Family Members of any Individual Defendant; (iii) present or former Officers and directors of Ryder and their Immediate Family Members; (iv) any parent, subsidiary, or affiliate of Ryder; (v) any firm, trust, corporation, or other entity in which any Defendant or other excluded person or

---

[1] All capitalized terms used and not otherwise defined herein shall have the meanings provided in the Stipulation and Agreement of Settlement dated May 19, 2023, which is enclosed.

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

entity has, or had during the Class Period, a controlling interest; and (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded persons or entities.  Also excluded from the Settlement Class are any persons or entities who would otherwise be Settlement Class Members but who validly and timely request exclusion in accordance with the requirements set by the Court in connection with the Settlement, or whose request for exclusion is otherwise accepted by the Court.

A large portion of the outstanding shares of Ryder common stock during the Class Period were registered to brokers or others holding the stock in omnibus accounts for underlying beneficial owners whose names and residence (and other) information is unknown to Defendants.  As a result, Defendants do not have information that would permit them to provide the names of class members who reside in each state, a reasonable estimate of the number of class members residing in any state, or the estimated proportionate share of the claims of the class members in any state.  However, attached as Exhibit A is a breakdown by state of the number of record holders of Ryder common stock at any time during the period from July 23, 2015 through February 13, 2020, inclusive, based on the records of Ryder's transfer agent.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As of the date of this notice, no written judicial opinions have been issued relating to the settlement materials referenced above or the materials described in 28 U.S.C. § 1715(b)(3)-(6).  The Court issued the following opinions in the Action: (1) an opinion granting the motion of the State of Alaska, Alaska Permanent Fund; the City of Fort Lauderdale General Employees' Retirement System; and the City of Plantation Police Officers Pension Fund for appointment as lead plaintiffs on August 4, 2020 and (2) an opinion on Defendants' motion to dismiss the Amended Complaint on May 12, 2022.  These opinions are available on PACER and do not relate to the materials described in 28 U.S.C. § 1715(b)(3)-(6).

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Sincerely,

CAFA Notice Administrator

Enclosures

# Exhibit A

**Ryder System, Inc. Record Holders During the Class Period[1]**

| Domicile | Holder Count |
|---|---|
| ALASKA | 6 |
| ALABAMA | 115 |
| ARKANSAS | 59 |
| ARIZONA | 134 |
| CALIFORNIA | 461 |
| COLORADO | 135 |
| CONNECTICUT | 99 |
| DISTRICT OF COLUMBIA | 8 |
| DELAWARE | 45 |
| FLORIDA | 1072 |
| GEORGIA | 405 |
| HAWAII | 8 |
| IOWA | 48 |
| IDAHO | 16 |
| ILLINOIS | 293 |
| INDIANA | 137 |
| KANSAS | 76 |
| KENTUCKY | 81 |
| LOUISIANA | 68 |
| MASSACHUSETTS | 208 |
| MARYLAND | 147 |
| MAINE | 42 |
| MICHIGAN | 472 |
| MINNESOTA | 142 |
| MISSOURI | 205 |
| MISSISSIPPI | 53 |
| MONTANA | 14 |
| NORTH CAROLINA | 250 |
| NORTH DAKOTA | 2 |
| NEBRASKA | 33 |
| NEW HAMPSHIRE | 61 |
| NEW JERSEY | 263 |
| NEW MEXICO | 27 |
| NEVADA | 50 |

---

[1] Details the number of unique record holders who held Ryder System, Inc. common stock at any point during the Class Period, broken out by geographic location.

-1-

-2-

| | |
|---|---|
| NEW YORK | 413 |
| OHIO | 290 |
| OKLAHOMA | 66 |
| OREGON | 53 |
| PENNSYLVANIA | 357 |
| PUERTO RICO | 1 |
| RHODE ISLAND | 48 |
| SOUTH CAROLINA | 178 |
| SOUTH DAKOTA | 5 |
| TENNESSEE | 236 |
| TEXAS | 492 |
| UTAH | 45 |
| VIRGINIA | 192 |
| VERMONT | 15 |
| WASHINGTON | 97 |
| WISCONSIN | 205 |
| WEST VIRGINIA | 28 |
| WYOMING | 9 |
| ARMED FORCES PACIFIC | 1 |
| UNITED STATES VIRGIN ISLANDS | 3 |