# Exhibit 3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| STATE OF ALASKA, ALASKA PERMANENT FUND, THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, and THE CITY OF PLANTATION POLICE OFFICERS PENSION FUND, On Behalf of Themselves and All Others Similarly Situated, | Civil Action No. 1:20-cv-22109-JB |
| *Plaintiffs*, | |
| v. | |
| RYDER SYSTEM, INC., ROBERT E. SANCHEZ, ART A. GARCIA, and DENNIS C. COOKE, | |
| *Defendants*. | |

**DECLARATION OF BRIAN KENDALL, MEMBER AND FORMER CHAIRMAN OF THE CITY OF PLANTATION POLICE OFFICERS PENSION FUND, IN SUPPORT OF: (I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, BRIAN KENDALL, declare as follows:

1.       I am a member and the former Chairman of the Board of Trustees of The City of Plantation Police Officers Pension Fund ("Plantation Police"), one of the Court-appointed Lead Plaintiffs in the above-captioned securities class action (the "Action").[1]  I submit this declaration in support of: (a) Lead Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for attorneys' fees and Litigation Expenses.

2.       I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I have knowledge of the matters set forth in this Declaration based on my personal knowledge and discussions with other representatives of Plantation Police who have been involved in monitoring and overseeing the prosecution of the Action and the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.       PLANTATION POLICE'S OVERSIGHT OF THE LITIGATION

3.       Plantation Police is a defined benefit pension plan that is administered by its Board of Trustees and provides retirement benefits to police officers of the City of Plantation, Florida and their beneficiaries.  As of September 30, 2023, Plantation Police managed more than $197 million in assets on behalf of more than 300 participants and beneficiaries.  Plantation Police purchased a significant amount of Ryder common stock during the Class Period and suffered substantial losses when Ryder's stock price declined following the corrective disclosures alleged in the Complaint.

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated May 19, 2023 (ECF No. 117-1).

4.      On August 3, 2020, the Court issued an Order appointing Plantation Police as one of the Lead Plaintiffs in the Action pursuant to the PSLRA, and approved Lead Plaintiffs' selection of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G" or "Lead Counsel") as Lead Counsel for the class.

5.      Plantation Police, through my active involvement, has closely supervised and monitored the Action and was actively involved in all material aspects of the prosecution and resolution of the Action.  Throughout the course of this Action, I and other representatives of Plantation Police:

(a)      regularly communicated with Lead Counsel BLB&G and with Plantation Police's outside fiduciary counsel, Klausner Kaufman Jensen & Levinson ("Klausner Kaufman"), by email and telephone calls regarding the posture and progress of the case;

(b)      reviewed all significant pleadings and briefs filed in the Action, including the Amended Complaint for Violations of the Federal Securities Laws (the "Complaint"), the papers in opposition to Defendants' motion to dismiss the Complaint, and the papers submitted in support of Lead Plaintiffs' motion for class certification;

(c)      submitted a declaration in support of Plantation Police's appointment as Lead Plaintiff and in support of Lead Plaintiffs' motion for class certification;

(d)      searched for and produced documents in response to Defendants' discovery requests;

(e)      prepared for and sat for my deposition, taken by Defendants' Counsel in December 2022;

(f)      consulted with BLB&G concerning the settlement negotiations as they progressed; and

(g)      evaluated and approved the proposed Settlement for $45 million in cash.

3

## II.   PLANTATION POLICE STRONGLY ENDORSES APPROVAL OF THE SETTLEMENT

6.      Based on its involvement throughout the prosecution and resolution of the claims asserted in the Action, Plantation Police believes that the proposed Settlement is fair, reasonable, and adequate to the Class.  Plantation Police believes that the Settlement provides an excellent recovery for the Settlement Class, in light of the substantial risks of continuing to prosecute the claims in this case and in recovering a judgment larger than the proposed Settlement.  Therefore, Plantation Police strongly endorses approval of the Settlement by the Court.

## III.   PLANTATION POLICE SUPPORTS LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

7.      Plantation Police believes that Lead Counsel's request for an award of attorneys' fees for all Plaintiffs' Counsel in the amount of 25% of the Settlement Fund net of Litigation Expenses is fair and reasonable.  Plantation Police takes seriously its role as a Lead Plaintiff to ensure that attorneys' fees are fair in light of the result achieved and reasonably compensate counsel for the work involved and the substantial risks counsel undertook.  The fee requested is consistent with a retention agreement that Plantation Police entered into with BLB&G at the outset of the Action.  Plantation Police believes the proposed fee is fair and reasonable in light of the work performed by Plaintiffs' Counsel, the risks of the litigation, and the substantial recovery obtained for the Settlement Class.

8.      Plantation Police further believes that Plaintiffs' Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the institution, prosecution, and resolution of the claims in the Actions.  Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at the most efficient cost, Plantation Police fully supports Lead Counsel's motion for attorneys' fees and Litigation Expenses.

4

## IV.     CONCLUSION

9.      In conclusion, Plantation Police was closely involved throughout the prosecution and settlement of the claims in this Action, strongly endorses the Settlement as fair, reasonable, and adequate, and believes that the Settlement represents a significant recovery for the Settlement Class.  Plantation Police also supports Lead Counsel's motion for attorneys' fees and Litigation Expenses and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Settlement Class, the substantial work conducted, and the litigation risks.  Accordingly, Plantation Police respectfully requests that the Court approve: (a) Lead Plaintiffs' motion for final approval of the proposed Settlement and Plan of Allocation; and (b) Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief, and that I have authority to execute this Declaration on behalf of Plantation Police.

Executed on August 8th, 2024.

BRIAN KENDALL

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated May 19, 2023 (ECF No. 117-1).

5