**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

STATE OF ALASKA, ALASKA
PERMANENT FUND, THE CITY OF FORT
LAUDERDALE GENERAL EMPLOYEES'
RETIREMENT SYSTEM, and THE CITY
OF PLANTATION POLICE OFFICERS
PENSION FUND, On Behalf of Themselves
and All Others Similarly Situated,

Civil Action No. 1:20-cv-22109-JB

  *Plaintiffs*,

  v.

RYDER SYSTEM, INC., ROBERT E.
SANCHEZ, ART A. GARCIA, and DENNIS
C. COOKE,

  *Defendants.*

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING:
(A) CONTINUED MAILING OF THE NOTICE PACKET; AND (B) REPORT ON
REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED**

I, LUIGGY SEGURA, declare as follows:

1. I am the Vice President of Securities Class Actions at JND Legal Administration ("JND"). Pursuant to the Court's February 20, 2024 Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (ECF No. 124) (the "Preliminary Approval Order"), JND was appointed to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action (the "Action").[1] I submit this declaration as an update since my earlier declaration dated August 9, 2024 (ECF No. 129-6) (the "Mailing Declaration"). I am over 21

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated May 19, 2023 (ECF No. 117-1).

years of age and am not a party to the Action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

## CONTINUED MAILING OF THE NOTICE PACKET

2. Since the Mailing Declaration, JND has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to additional requests from potential Settlement Class Members and nominees. As of October 15, 2024, JND had mailed a total of 146,647 Notice Packets to potential Settlement Class Members and nominees.

## TELEPHONE HELPLINE AND SETTLEMENT WEBSITE

3. JND continues to maintain the toll-free telephone helpline (877-381-0372) and interactive voice response system to accommodate inquiries from Settlement Class Members. JND also continues to maintain the website dedicated to the Settlement (www.RyderSystemSecuritiesLitigation.com) (the "Settlement Website") in order to assist Settlement Class Members. On August 12, 2024, JND posted to the Settlement Website copies of the papers filed in support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation and Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses (ECF Nos. 128-129). JND will continue to maintain and, as appropriate, update the Settlement Website and toll-free telephone helpline until the conclusion of this administration.

## REPORT ON OBJECTIONS RECEIVED

4. The Notice informed Settlement Class Members that any objections to the Settlement, Plan of Allocation, or Lead Counsel's motion for attorneys' fees and Litigation Expenses must be mailed to Ryder System Securities Litigation, OBJECTIONS, c/o JND Legal Administration, P.O. Box 91062, Seattle, WA 9811, such that they were received no later than September 11, 2024. As of the date of this declaration, JND has not received any objections.

**REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

5.      The Notice also informed Settlement Class Members that requests for exclusion from the Settlement Class must be mailed to Ryder System Securities Litigation, EXCLUSIONS, c/o JND Legal Administration, P.O. Box 91062, Seattle, WA 98111, such that they were received no later than September 11, 2024.  As of the date of this declaration, JND has received five (5) requests for exclusion from the Settlement Class. Exhibit A attached hereto lists the names of the persons and entities who have requested exclusion from the Settlement Class and their city and state, and attaches copies of each request for exclusion received.  In the interest of privacy and security, the requests for exclusion have been redacted to remove the street addresses, telephone numbers, and financial account numbers of the persons requesting exclusion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of October 2024, at New Hyde Park, New York.

_____
LUIGGY SEGURA

**Exhibit A**

**List of Persons and Entities Requesting Exclusion from the Settlement Class**

| | **Name** | **City, State** |
|---|---|---|
| 1. | Jennifer McManus | Cottageville, SC |
| 2. | Laurel Connell | Barrie, Ontario, Canada |
| 3. | Malta Pension Investments | St. Julians, Malta |
| 4. | Elizabeth Finsterwalder | Roselle, IL |
| 5. | Michael Finsterwalder | Roselle, IL |

# EXCLUSION REQUEST #1

Jennifer McManus

█████████████

Cottageville, SC 29435

Mobile: ███████████

Received
APR 25 2024
by JNDLA

Ryder System Securities Litigation
EXCLUSIONS
c/o JND Legal Administration
P.O. Box91062
Seattle, WA 98111

4/16/2024

RE: Civil Action No. 1:20-cv-22109-AMC

Jennifer McManus, of the above listed address and phone number, requests EXCLUSION from the Settlement Class in *Sate of Alaska et al. v. Ryder System, Inc. et al., Civil Action No. 1:20-cv-22109-AMC.*

**Owned** as of opening 7/23/2015: 373 shares of common stock (symbol: R)

2/18/2020: **Bought** 172 shares of common stock (symbol: R) at 46.166

Sincerely,

Jennifer McManus

# EXCLUSION REQUEST #2

MAY 3 1 2024

Received

MAY 3 1 2024

by JNDLA

I wish to be excluded
from the class action law
suit.
  I do NOT wish to be a
part of this.

Thank you.

Laurel Connell.

L Connell
[redacted]
Barrie ON L4N 0C8
CANADA

Civil Action # 1:20-cv-22109-AmC.

L CONNELL

Barrie, ON
L4N0C8
CANADA

MAY 3 1 2024

CANADA 140

RPL4
RSL

Ryder System Securities Litigation
"Exclusions"
c/o JND Legal Administration
P.O. Box 91062
Seattle, WA 98111

# EXCLUSION REQUEST #3

Received

JUN 10 2024

by JNDLA

**Malta Pension Investments**

Date 20ᵗʰ May, 2024

Malta Pension Investments

████████████ St. Julian's STJ 3140, Malta

*Ryder System Securities Litigation*
EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91062
Seattle, WA 98111

**Request exclusion from the Settlement Class in State of Alaska et al. v. Ryder System, Inc. et al., Civil Action No. 1:20-cv-22109-AMC**

Name: MALTA PENSION INVESTMENTS

Address: ████████████████████

St. Julians STJ3140

Malta

Contact: Markus Pawlik, Managing Director

Email: ████████████████

Telephone: ██████████

Trading history and proof of ownership being in the attached custodian certificate.



Markus Pawlik

Managing Director

Daniel Caruana

Authorised Signatory

For corporate details please turn over.





State Street Bank International GmbH

www.statestreet.com

Luxembourg, May 17th, 2024

**Re: Statement of positions Ryder System, Inc.**
**For the Claimant:** Malta Pension Investments

To Whom It May Concern,

We, State Street Bank International GmbH, Luxembourg branch, act or acted as the custodian bank for the securities listed in the attached Exhibit. We hereby certify that the transactions and holdings for the securities shown in the attached Exhibit are accurate for the dates indicated therein.

The Claimant is/was the legal and beneficial owner of the securities listed in the attached Exhibit and holds all rights and obligations relating to these securities.

State Street Bank International GmbH, Luxembourg Branch

Name:
Title:     Rolland Mathieu AVP

State Street Bank International GmbH
Aufsichtsralsvorsitzender: Jörg Ambrosius
Geschäftsführer: Stefan Gmür, Fabienne Baker, Denis Dollaku, James Fagan,
Andreas Niklaus, Kris Wulteputte
München, Registergericht München HRB 42872

| Fund Legal name | SUB FUND CODE | ISIN | DESCRIPTION | CONT SETL DATE | TRADE (bglm eff) DATE | STL LOC | TRAN TYPE | SHARES | LOCAL NET AMOUNT | LOCAL COMMISSION | LOCAL NET AMOUNT LESS LOC COMMISSION | AS OF SHARE / PAR POSITION | BEG LIT DATE | END LIT DATE | BROKER NAME | UNIT PRICE | TRD CURR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Malta Pension Investments | MP28 | US7835491082 | RYDER SYSTEM INC COMMON STOCK USD.5 | 18/05/2016 | 13/05/2016 | DTC | BUY | 4,000.00 | 273,094.16 | 40.96 | 273,053.20 | 4,000.00 | 23-Apr-15 | 13-May-20 | STATE STREET BANK AND TRUST COMPANY | 68.26 | USD |
| Malta Pension Investments | MP28 | US7835491082 | RYDER SYSTEM INC COMMON STOCK USD.5 | 20/05/2016 | 20/05/2016 | DTC | SELL | -4,000.00 | -266,760.00 | 0 | -266,760.00 | 0 | 23-Apr-15 | 13-May-20 | INCOMING CLIENT | 66.69 | USD |
| Malta Pension Investments | MP51 | US7835491082 | RYDER SYSTEM INC COMMON STOCK USD.5 | 20/05/2016 | 19/05/2016 | DTC | BUY | 4,000.00 | 266,760.00 | 0 | 266,760.00 | 4,000.00 | 23-Apr-15 | 13-May-20 | INCOMING CLIENT | 66.69 | USD |
| Malta Pension Investments | MP51 | US7835491082 | RYDER SYSTEM INC COMMON STOCK USD.5 | 08/07/2016 | 05/04/2016 | DTC | SELL | -2,078.00 | -125,774.22 | -25.16 | -125,749.06 | 1,922.00 | 23-Apr-15 | 13-May-20 | MERRILL LYNCH PIERCE FENNER AND S | 60.54 | USD |
| Malta Pension Investments | MP51 | US7835491082 | RYDER SYSTEM INC COMMON STOCK USD.5 | 12/08/2016 | 09/082016 | DTC | SELL | -1,922.00 | -125,670.92 | -25.14 | -125,645.78 | 0 | 23-Apr-15 | 13-May-20 | MERRILL LYNCH PIERCE FENNER AND S | 65.4 | USD |

Rolland Mathieu AVP

State Street Bank International GmbH
Aufsichtsratsvorsitzender: Jörg Ambrosius
Geschäftsführer: Stefan Gmür, Fabienne Baker, Denis Dollaku, James Fagan,
Andreas Niklaus, Kris Wulteputte
Sitz München, Brienner Str. 59, D-60333 München, Registergericht München HRB 42872

**Malta Pension Investments**

████████████████████

St. Julians STJ 3140, Malta

| | | | | |
|---|---|---|---|---|
| **malta post** | MALTA PENSION INVESTMENTS | **Customs Declaration** | | **CN23** |
| | From ████████████ | May be opened officially | | |
| | | Importer's reference (if any) (tax code/VAT no./importer code) | | |
| | SAN GILJAN STJ3140 MALTA | Importer's telephone/fax/e-mail(if known) | | |

| Detailed description of contents | Quantity | Net weight (g) | Value EUR | For commercial items only | |
|---|---|---|---|---|---|
| | | | | HS Tariff Number | Country of origin of goods |
| Other printed matters | 1 | 0 | 0.00 | 491199 | MALTA |
| Total: | 1 | 0 (kg) | 0.00 | | |

Category of Item
☐ Sale of Goods  ☐ Returned Goods  ☐ Gift  ☐ Commercial Sample  ☒ Documents  ☐ Other
Explanation:

Office of origin/Date of posting:
MT
27-May-2024

Comments:

Attached documents
☐ License  ☐ Certificate  ☐ Invoice

I certify that the particulars given in the customs declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

**Date and sender's signature**

⚖ 0 (kg)

|||||| RR439806014MT ||||||

**To**

ryder system securities litgation
exclusions c/o jnd legal administration
po box 91062

seattle
wa 98111
USA

27 MAY 2024

RR Registered Item
RR439806014MT

RR439806014MT
Customer's Signature and ID.

Dragonara Road, St. Julian's STJ 3140, Malta

*Ryder System Securities Litigation*
EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91062
Seattle, WA 98111

USA

JUN 1 0 2024

MaltaPost p.l.c.   27-May-2024
Stamps Affixed
€      0.00   Foreign Post - Letters
                Registered
**Total Postage Value**

€                    7.40
Destination:
                          USA
27 MAY 2024
WEIGHT  0.030  Kg   St Julians
                          ACH464
FOREIGN   ZONE  B   (1)   STJ0015633365T
                          STJ081528838
                          12:55:37

RR439806014MT

MALTAPOST
27 MAY 2024
SAN GILJAN

# EXCLUSION REQUEST #4

Elizabeth Finsterwalder

Roselle, IL 60172

Received

JUL 11 2024

by JNDLA

July 05, 2024

Ryder Systems Securities Litigation
EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91062
Seattle, WA 98111

Dear JND Legal Administration,

I, Elizabeth Finsterwalder of ████████ Roselle, IL 60172, ████████ requests exclusion from the Settlement Class in *State of Alaska et al. v. Ryder Systems, Inc. et al.*, Civil Action No. 1:20-cv-22109-AMC.

The number of shares:
A) Owned as of opening of trading on July 23, 2015:  0 (zero) shares
B) Purchased/acquired and/or sold during the period July 23, 2015, through May 13, 2020, inclusive:

| Date | Action | # Shares | Price/Share |
|------|--------|----------|-------------|
| 04/27/2018 | Bought | 10.000 | $67.8500 |
| 06/21/2019 | Sold | 10.000 | $57.4267 |

Sincerely,

*[signature]* 7/5/24

Elizabeth Finsterwalder

# EXCLUSION REQUEST #5

Michael Finsterwalder

██████████

Roselle, IL 60172

██████████████

███████████████████

July 05, 2024

Received
JUL 11 2024
by JNDLA

Ryder Systems Securities Litigation
EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91062
Seattle, WA 98111

Dear JND Legal Administration,

I, Michael Finsterwalder of ██████████ Roselle, IL 60172, ████████████ , requests exclusion from the Settlement Class in *State of Alaska et al. v. Ryder Systems, Inc. et al.*, Civil Action No. 1:20-cv-22109-AMC.

The number of shares:
A) Owned as of opening of trading on July 23, 2015: 0 (zero) shares
B) Purchased/acquired and/or sold during the period July 23, 2015, through May 13, 2020, inclusive:

| Date | Action | # Shares | Price/Share |
|------|--------|----------|-------------|
| 04/27/2018 | Bought | 10.000 | $67.8500 |
| 06/24/2019 | Sold | 10.000 | $54.5296 |

Sincerely,

*Michael Finsterwalder* 7-5-2024

Michael Finsterwalder