# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 20-cv-22109-JB

STATE OF ALASKA, *et al.*,

      Plaintiffs,

v.

RYDER SYSTEM, INC., *et al.*,

      Defendants.

_____/

### ORDER

The Fairness Hearing set for October 23, 2024, before the undersigned will take place via ZoomGov videoconferencing.  The ZoomGov connection information is as follows: https://www.zoomgov.com; Meeting ID: 161 976 9803; Passcode: 032949; Dial by your location  +1 646 828 7666.

**DONE AND ORDERED** in Miami, Florida, this 16th day of October, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**